IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACCENTURE GLOBAL SERVICES GmbH  )
and ACCENTURE LLP                  )
                                        )
               Plaintiff,      )
                                        )   C.A. No. 07-826 (***)
             v.              )
                                        )
GUIDEWIRE SOFTWARE INC.,      )
                                        )
             Defendant.    )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of

the Court, that the time in which the defendant may answer, move or otherwise respond to the

Complaint is extended until February 6, 2008.

POTTER ANDERSON & CORROON, LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ David E. Moore (#3983)*                 */s Jack B. Blumenfeld (#1014)*
Richard L. Horwitz (#2246)                    Jack B. Blumenfeld (#1014)
David E. Moore (#3983)                        1201 North Market Street
1313 N. Market Street                         P.O. Box 1347
Hercules Plaza, 6th Floor                    Wilmington, DE  19899
P.O. Box 951                              (302) 658-9200
Wilmington, DE 19899                      jblumenfeld@mnat.com
(302) 888-6800
rhorwitz@potteranderson.com              *Attorneys for Defendant*
                                      *  Guidewire Software Inc.*
*Attorneys for Plaintiffs*
  *Accenture Global Services GmbH and*
  *Accenture LLP*

January 3, 2008
1351131

SO ORDERED this _____ day of January, 2008.

_____
     Magistrate Judge