IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GMBH and ACCENTURE LLP Plaintiffs, | ) | |
| v. | ) | Civ. No. 07-826-SLR |
| GUIDEWIRE SOFTWARE INC., Defendant. | ) | |

**ORDER**

At Wilmington this 20th day of May, 2008,

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for 4:30 p.m. Wednesday, June 11, 2008 is hereby rescheduled to **8:30 a.m.** on **Thursday, June 26, 2008.** Counsel for plaintiffs shall coordinate and initiate this call.

Sue L. Robinson

United States District Judge