IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GMBH and ACCENTURE LLP | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-826-SLR |
| | ) | |
| GUIDEWIRE SOFTWARE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 23d day of May, 2008,

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for 8:30 a.m. Thursday, June 26, 2008 is hereby rescheduled to **5:00 p.m.** on **Thursday, June 26, 2008.** Counsel for plaintiffs shall coordinate and initiate this call.

Sue L. Robinson
United States District Judge