Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

June 25, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re: Accenture Global Services GmbH, et al. v. Guidewire Software Inc.**
**C.A. No. 07-826-SLR**

Dear Judge Robinson:

In anticipation of tomorrow's Scheduling Conference, enclosed is the parties' joint proposed Scheduling Order.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM/nmt
871429 / 32523

Enclosure
cc: Clerk of the Court (via hand delivery, w/enc.)
Counsel of Record (via electronic filing, w/enc.)