**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 07-826-SLR |
| GUIDEWIRE SOFTWARE, INC., | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **20th** day of **January, 2009.**

IT IS ORDERED that the mediation conference scheduled for Thursday, February 5, 2009 at 9:00 a.m. with Judge Thynge is cancelled.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE