**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP,

Plaintiffs,

v.

GUIDEWIRE SOFTWARE, INC.,

Defendant.

C.A. No. 07-826-SLR

**JURY TRIAL DEMANDED**

**STIPULATION AND ORDER AMENDING RULE 16 SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 57) dated June 27, 2008, and amended on December 15, 2008 (D.I. 90) is hereby further amended as follows:

| Scheduled Event | Current Deadline | New Deadline |
|---|---|---|
| **Willfulness – Defendant must inform whether it will rely on advice of counsel** | **May 1, 2009** | **July 1, 2009** |
| **Claim Construction Issue Identification** | **May 12, 2009** | **July 13, 2009** |
| **Close of Fact Discovery** | **June 12, 2009** | **August 12, 2009** |
| Document production completion | March 31, 2009 (amended 12/15/2008) | June 1, 2009 |
| Supplementation under Rule 26(e) | Due no later than 45 days before the close of fact discovery | June 10, 2009 |
| **Close of Expert Discovery** | **September 26, 2009** | **November 30, 2009** |
| Expert Reports for which parties have the burden of proof | July 17, 2009 | September 17, 2009 |

| Scheduled Event | Current Deadline | New Deadline |
|---|---|---|
| Rebuttal expert reports | August 21, 2009 | October 21, 2009 |
| *Daubert* motions | October 30, 2009 | December 30, 2009 |
| **Claim Construction** | | |
| Joint Claim Construction Statement | September 4, 2009 | same |
| Opening Claim Construction Briefs | October 2, 2009 | same |
| Responsive briefs | October 30, 2009 | same |
| **Summary Judgment Motions** | | |
| Summary Judgment Motions & Opening Briefs | October 9, 2009 | same |
| Summary Judgment Answering Briefs | November 6, 2009 | same |
| Summary Judgment Reply Briefs | November 20, 2009 | same |
| **Fact Witness Identification** | | |
| Fact Witnesses to be Called at Trial | Within one month following the close of expert discovery (~ October 26. 2009) | December 28, 2009 |
| Rebuttal Fact Witnesses to be Called at Trial | Within one month of receipt of fact witness list (~ November 26, 2009) | January 26, 2010 |
| Deposition for Fact Witnesses not already Deposed | Within one month of receipt of rebuttal fact witness list (~ December 26, 2009) | February 26, 2010 |
| **Hearing on Claim Construction and Summary Judgment** | December 17, 2009 | same |
| **Pretrial Conference** | March 1, 2010 | same |
| **Trial** | March 15, 2010 | same |

POTTER ANDERSON & CORROON LLP

By: /s/ D. Fon Muttamara-Walker
Richard L. Horwitz (#2246)
David E. Moore (#3983)
D. Fon Muttamara-Walker (#4646)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

*Attorneys for Plaintiffs Accenture Global Services GmbH and Accenture LLP*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant Guidewire Software, Inc.*

SO ORDERED, this _______day of _________________, 2009.

______________________________
U.S.D.J.

907891 / 32523