THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH and ACCENTURE LLP,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDEWIRE SOFTWARE INC.,<br><br>Defendant. | C.A. No. 07-826 (SLR) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant Guidewire Software, Inc.'s Eighth Set of Interrogatories to Plaintiffs* were caused to be served on April 6, 2009 upon the following in the manner indicated:

**BY HAND AND ELECTRONIC MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

James Pooley, Esquire
L. Scott Oliver, Esquire
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
Joseph C. Gratz
DURIE TANGRI PAGE
LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

April 6, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on April 6, 2009 upon the following in the manner indicated:

**BY HAND AND ELECTRONIC MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

James Pooley, Esquire
L. Scott Oliver, Esquire
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

*/s/ Julia Heaney*

Julia Heaney (#3052)