MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

April 16, 2009

The Honorable Sue L. Robinson
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

Re: *Accenture Global Services GmbH, et al. v. Guidewire Software Inc.*
C.A. No. 07-826 (SLR)

Dear Judge Robinson:

Briefing has been completed on Guidewire's Motion for an Order Unsealing Its Proposed Answer and Counterclaim (D.I. 138). Pursuant to D. Del. LR 7.1.4, Guidewire requests oral argument on that motion. A discovery conference is set for April 27, 2009 at 4:30 p.m. We will be prepared to argue the motion at that time if the Court wishes to have argument.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
Richard L. Horwitz, Esquire (Via Electronic Mail and Hand Delivery)
James Pooley, Esquire (Via Electronic Mail)
L. Scott Oliver, Esquire (Via Electronic Mail)
Clement S. Roberts, Esquire (Via Electronic Mail)