Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**D. Fon Muttamara-Walker**
Attorney at Law
fmuttamara-walker@potteranderson.com
302 984-6135 Direct Phone
302 778-6135 Fax

April 17, 2009

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Accenture Global Services GmbH, et al. v. Guidewire Software Inc.*
C.A. No. 07-826-SLR

Dear Judge Robinson:

We have received Guidewire's request for oral argument on its motion to unseal. Although we do not believe oral argument is necessary, if Your Honor wants to hear argument on the motion, we are prepared to address it at the April 27, 2009 discovery status conference or at another time convenient to the Court.

Respectfully,

*/s/ D. Fon Muttamara-Walker*

D. Fon Muttamara-Walker

FMW/nmt
912271 / 32523

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic filing)