IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT GUIDEWIRE SOFTWARE, INC.'S**
**NOTICE OF DEPOSITION OF ALEX DUFF**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Guidewire Software, Inc. will take the deposition of Alex Duff by oral examination beginning at 9:30AM on June 15, 2009. Such deposition will take place at the offices of Durie Tangri Page Lemley Roberts & Kent, 332 Pine St, Suite 200, San Francisco, CA, 94111 or such other location as the parties may mutually agree and will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE** that, under Federal Rule of Civil Procedure 30, the deposition testimony will be taken by an officer, notary public, or other person authorized to administer oaths. It will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape. You are invited to attend and cross-examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
Joseph C. Gratz
DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT
332 Pine Street, Suite 200
San Francisco, CA 94104

May 27, 2009

2916530

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on May 27, 2009 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

James Pooley, Esquire
L. Scott Oliver, Esquire
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

/s/ Julia Heaney

Julia Heaney (#3052)