**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, | ) | |
| Plaintiffs, | ) | C.A. No. 07-826-SLR |
| v. | ) | **JURY TRIAL DEMANDED** |
| GUIDEWIRE SOFTWARE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Plaintiff, hereby certifies that copies of the following documents were caused to be served on June 5, 2009, upon the following attorneys of record at the following addresses as indicated:

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF ALEX DUFF

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF G. VICTOR GUYAN

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF RAMKUMAR KOWSHIK

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF JOHN CUSANO

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF COLIN DAVIES

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF NICOLE MICHAELS

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF MATT FOSTER

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF MICHAEL LUCARINI

PLAINTIFFS ACCENTURE GLOBAL SERVICES GMBH'S AND ACCENTURE LLP'S OBJECTIONS AND RESPONSES TO DEFENDANT GUIDEWIRE SOFTWARE, INC.'S NOTICE OF DEPOSITION OF AMY N. SHAHEEN

**VIA ELECTRONIC MAIL & U.S. FIRST CLASS MAIL**

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

Daralyn J. Durie
Ragesh Tangri
Clement S. Roberts
Joseph C. Gratz
DURIE TANGRI LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
ddurie@durietangri.com
rtangri@durietangri.com
croberts@durietangri.com
jgratz@durietangri.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James Pooley
L. Scott Oliver
Diana Luo
Ruchika Agrawal
Matthew Chen
Douglas Chartier
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 813-5700

Dated: June 5, 2009
919499 / 32523

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
D. Fon Muttamara-Walker (#4646)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

*Attorneys for Plaintiffs*
*Accenture Global Services GmbH*
*and Accenture LLP*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 5, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 5, 2009, the attached document was Electronically Mailed and mailed via U.S. First Class Mail to the following person(s):

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

Daralyn J. Durie
Ragesh Tangri
Clement S. Roberts
Joseph C. Gratz
DURIE TANGRI LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
ddurie@durietangri.com
rtangri@durietangri.com
croberts@durietangri.com
jgratz@durietangri.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

848351 / 32523