# EXHIBIT 1

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 2



# WEBSTER'S
## Ninth New
## Collegiate
## Dictionary





## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Based on Webster's third new international
dictionary.
   Includes index.
   1. English language—Dictionaries.  I. Merriam-
Webster Inc.
PE1628.W5638    1985       423       84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be re-produced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

171819RMcN86

Case 1:07-cv-00826-SLR   Document 325-1   Filed 11/06/09   Page 6 of 21



de-cliv-i-ty \-ət-ē\ n, pl -ties [L declivitas, declivitas, fr. declivis sloping down, fr. de- + clivus slope, hill; akin to L clinare] (1612)  1 : downward inclination  2 : a descending slope

de-co \dā-'kō, 'dā-,; 'dek-ō\ n, often cap (1974) : ART DECO

de-coct \di-'käkt\ vt [L decoctus, pp. of decoquere, fr. de- + coquere to cook — more at COOK] (15c)  1 : to extract the flavor of by boiling  2 : BOIL DOWN, CONCENTRATE

de-coc-tion \di-'käk-shən\ n (15c)  1 : the act or process of decocting  2 : an extract obtained by decocting

de-code \'dē-'kōd\ vt (1896) : to convert (a coded message) into intelligible language

de-cod-er \-'kōd-ər\ n (1920) : one that decodes; esp : an electronic device for unscrambling a television transmission

dé-col-la-té \dā-'käl-,ā\ vt -lat-ed; -lat-ing [L decollatus, pp. of decollare, fr. de- + collum neck — more at COLLAR] (1599) : BEHEAD — de-col-la-tion \,dē-kä-'lā-shən\ n

de-col-le-tage \,(dā-,käl-ə-'täzh, dek-(ə-)lə-\ n [F, action of cutting or wearing a low neckline, fr. décolleter] (1894)  1 : the low-cut neckline of a dress  2 : a décolleté dress

dé-col-le-té \-'tā\ adj [F, fr. pp. of décolleter to give a low neckline to, fr. de- + collet collar, fr. OF colet, fr. col collar, neck, fr. L collum neck] (1831)  1 : wearing a strapless or low-necked dress  2 : having a low-cut neckline

de-col-o-nize \'dē-'käl-ə-,nīz\ vt (1963) : to free from colonial status — de-col-o-ni-za-tion \,dē-,käl-ə-nə-'zā-shən\ n

de-col-or-ize \'dē-'kəl-ə-,rīz\ vt -ized; -iz-ing (1836) : to remove color from — vinegar by adsorption of impurities on activated charcoal) — de-col-or-iza-tion \,dē-,kəl-ə-rə-'zā-shən\ n — de-col-or-iz-er \'dē-'kəl-ə-,rī-zər\ n

de-com-pen-sa-tion \,dē-,käm-pən-'sā-shən, -,pen-\ n [ISV] (ca. 1903) : loss of compensation; esp : inability of the heart to maintain adequate circulation — de-com-pen-sate \'dē-'käm-pən-,sāt, -pen-\ vi

de-com-pose \,dē-kəm-'pōz\ vb [F décomposer, fr. dé- de- + composer to compose] vt (1751)  1 : to separate into constituent parts or elements or into simpler compounds (~ water by electrolysis) (~ a mathematical group into subgroups)  2 : ROT ~ vi  1 : to undergo chemical breakdown : DECAY, ROT (fruit ~s)  2 : DECAY — de-com-pos-abil-i-ty \-,pō-zə-'bil-ət-ē\ n — de-com-pos-able \-'pō-zə-bəl\ adj — de-com-po-si-tion \,dē-,käm-pə-'zish-ən\ n

de-com-press \,dē-kəm-'pres\ vt (1821) : any of various organisms (as many bacteria and fungi) that return constituents of organic substances to ecological cycles by feeding on and breaking down dead protoplasm

de-com-pound \'dē-,käm-,paund; ,dē-käm-'\ adj [L de- + compositus, pp. of componere, fr. L decompositus, fr. L de- + a leaf (ca. 1793) : having divisions that are themselves compound

de-com-press \,dē-kəm-'pres\ vt (1903) : to release from pressure or compression ~ vi : to undergo release from pressure; esp : RELAX (need a week off to ~) — de-com-pres-sion \-'presh-ən\ n

decompression sickness n (ca. 1941) : BEND 3, AEROEMBOLISM 2

de-con-cen-trate \'dē-'kän(t)-sən-,trāt, -,sän-\ vt (ca. 1889) : DECENTRALIZE — de-con-cen-tra-tion \,dē-,kän(t)-sən-'trā-shən, -,sən-\ n

de-con-di-tion \,dē-kən-'dish-ən\ vt (1945)  1 : to cause extinction of (a conditioned response)  2 : to cause to lose physical fitness

de-con-ges-tant \,dē-kən-'jes-tənt\ n (1947) : an agent that relieves congestion (as of mucous membranes) — decongestant adj

de-con-ges-tion \,dē-kən-'jes(h)-chən\ n (1908) : the process of relieving congestion — de-con-gest \-'jest\ vt — de-con-ges-tive \-'jes-tiv\ adj

de-con-se-crate \'dē-'kän(t)-sə-,krāt\ vt (1876) : to remove the sacred character of (~ a church) — de-con-se-cra-tion \,dē-,kän(t)-sə-'krā-shən\ n

de-con-tam-i-nate \,dē-kən-'tam-ə-,nāt\ vt (1935) : to rid of contamination (as radioactive material) — de-con-tam-i-na-tion \,tam-ə-'nā-shən\ n — de-con-tam-i-na-tor \,-'tam-ə-,nāt-ər\ n

de-con-trol \,dē-kən-'trōl\ vt (1919) : to end control of — decontrol n

de-cor or dé-cor \dā-'kō(ə)r, dā-'; 'dek-,ō(ə)r, 'dāk-,\ n [F décor, fr. décorer to decorate, fr. L decorare] (1897)  1 : a stage setting  2 a : DECORATION  b : the style and layout of interior furnishings

dec-o-rate \'dek-ə-,rāt\ vt -rat-ed; -rat-ing [L decoratus, pp. of decorare, fr. decus, decus ornament, honor — more at DECENT] (1530)  1 : to add honor to  2 : to furnish with something ornamental  3 : to award a mark of honor to  syn see ADORN

dec-o-ra-tion \,dek-ə-'rā-shən\ n (1530)  1 : the act or process of decorating  2 : ORNAMENT  3 : a badge of honor (as a U.S. military award)

Decoration Day n [fr. the custom of decorating graves on this day] (1871) : MEMORIAL DAY

dec-o-ra-tive \'dek-(ə-)rət-iv, 'dek-ə-,rāt-\ adj (1791) : serving to decorate; esp : purely ornamental — dec-o-ra-tive-ly adv — dec-o-ra-tive-ness n

dec-o-ra-tor \'dek-ə-,rāt-ər\ n (ca. 1755) : one that decorates; esp : one that designs or executes interiors and their furnishings

dec-o-ra-tor adj (1950) : suitable for interior decoration (~ fabrics)

dec-o-rous \'dek-ə-rəs, also di-'kōr-əs or -'kȯr-\ adj [L decorus, fr. decor beauty, grace; akin to L decēre to be fitting — more at DECENT] (1673)  1 : marked by propriety and good taste : CORRECT (~ conduct) — dec-o-rous-ly adv — dec-o-rous-ness n

de-cor-ti-ca-tion \(,)dē-,kȯrt-ə-'kā-shən\ n [L decorticatio, decorticatio, fr. decorticatus, pp. of decorticare remove the bark from, fr. de- + cortic-, cortex bark — more at CUIRASS] (ca. 1623)  1 : the act or process of removing the outer coverings (as bark or husks) from something (as fiber or seed)  2 : the surgical removal of the cortex of an organ (as the brain), an enveloping membrane, or a constrictive fibrinous covering — de-cor-ti-cate \'dē-'kȯrt-ə-,kāt\ vt

de-co-rum \di-'kōr-əm, -'kȯr-\ n [L, neut. of decorus] (1568)  1 : literary and dramatic propriety : FITNESS  2 : propriety and good taste in conduct or appearance  3 : ORDERLINESS  4 pl : the conventions of polite behavior

de-cou-page or dé-cou-page \,dā-(,)kü-'päzh\ n [F découpage, lit., act of cutting out, fr. MF, fr. découper to cut out, fr. de- + couper to cut — more at COPE] (1946)  1 : the art of decorating surfaces by applying cutouts (as of paper) and then coating with usu. several layers of finish (as lacquer or varnish)  2 : work produced by decoupage

'de-coy \'dē-,kȯi, di-'\ n [prob. fr. D de kooi, lit., the cage, fr. de, masc. def. art. (akin to OE thæt, neut. def. art.) + kooi cage, fr. L cavea — more at THAT, CAGE] (1641)  1 a : a pond into which wildfowl are lured for capture  2 : someone or something used to lure or lead another into a trap; esp : an artificial bird used to attract live birds within shot

2de-coy \di-'kȯi, 'dē-,\ vt (1660) : to lure by or as if by a decoy : ENTICE  syn see LURE

de-crease \di-'krēs, 'dē-,\ vb de-creased; de-creas-ing [ME decreessen, fr. (assumed) AF decreiser, fr. L decrescere, fr. de- + crescere to grow — more at CRESCENT] vi (14c)  1 : to grow progressively less (as in size, amount, number, or intensity) ~ vt  1 : to cause to decrease — de-creas-ing-ly \-'krē-siŋ-lē\ adv

syn DECREASE, LESSEN, DIMINISH, REDUCE, ABATE, DWINDLE mean to grow or make less. DECREASE suggests a progressive decline in size, amount, numbers, or intensity; LESSEN suggests a decline in amount rather than in number; DIMINISH emphasizes a perceptible loss and implies its subtraction from a total; REDUCE implies a bringing down or lowering; ABATE implies a reducing of something excessive or oppressive in force or amount; DWINDLE implies progressive lessening and is applied to things growing visibly smaller.

2de-crease \'dek-,rēs, di-'\ n (14c)  1 : the process of decreasing  2 : an amount of diminution : REDUCTION

'de-cree \di-'krē\ n [ME, fr. MF decré, fr. L decretum, fr. neut. of decretus, pp. of decernere to decide, fr. de- + cernere to sift, decide — more at CERTAIN] (14c)  1 : an order usu. having the force of law  2 a : a religious ordinance enacted by council or titular head  b : a foreordaining will  3 a : a judicial decision of the Roman emperor  b : a judicial decision esp. in an equity or probate court

2decree vb decreed; de-cree-ing vt (14c)  1 : to command or enjoin by or as if by decree (~ an amnesty)  2 : to determine or order judicially (~ a punishment) ~ vi : ORDAIN — de-cre-er \-'krē-ər\ n

de-cree-law \di-'krē-,lȯ\ n (1926) : a decree of a ruler or ministry having the force of a law enacted by the legislature

dec-re-ment \'dek-rə-mənt\ n [L decrementum, fr. decrescere] (1610)  1 : a gradual decrease in quantity or quantity  2 a : the quantity lost by diminution or waste  b : the amount of decrease (as of a variable) — dec-re-men-tal \,dek-rə-'ment-ᵊl\ adj

de-crep-it \di-'krep-ət\ adj [ME, fr. MF, fr. L decrepitus] (15c)  1 : wasted and weakened by or as if by the infirmities of old age  2 a : impaired by use or wear : WORN-OUT  b : fallen into ruin or disrepair  3 : DILAPIDATED, RUN-DOWN  syn see WEAK — de-crep-it-ly adv

de-crep-i-tate \di-'krep-ə-,tāt\ vb [prob. fr. (assumed) NL decrepitatus, pp. of decrepitare, fr. L de- + crepitare to crackle — more at CREPITATE] vt (1646) : to roast or calcine (as salt) so as to cause crackling or until crackling stops ~ vi  1 : to become decrepitated — de-crep-i-ta-tion \di-,krep-ə-'tā-shən\ n

de-crep-i-tude \di-'krep-ə-,t(y)üd\ n (1603) : the quality or state of being decrepit

de-cre-scen-do \,dā-krə-'shen-,(,)dō\ adv or adj [It, lit., decreasing, fr. L decrescendum, gerund of decrescere] (1806) : with a decrease in volume — used as a direction in music

2decrescendo n, pl -dos (ca. 1880)  1 : a gradual decrease in volume of a musical passage  2 : a decrescendo musical passage



de-cres-cent \di-'kres-ᵊnt\ adj [alter. of earlier decrescant, prob. fr. AF, prp. of (assumed) AF decreistre to decrease] (1610) : becoming less by gradual diminution : DECREASING, WANING

de-cre-tal \di-'krēt-ᵊl\ n [ME decretale, fr. MF, fr. LL decretalis of a decree, fr. L decretum decree] (14c) : DECREE; esp : a papal letter giving an authoritative decision on a point of canon law

mark indicating decrescendo 2

de-cre-tive \di-'krēt-iv\ adj (1609) : having the force of a decree : DECRETORY

de-cre-to-ry \'dek-rə-,tōr-ē, -,tȯr-; de-'krēt-ə-rē\ adj (1631) : relating to or fixed by a decree or decision

de-crim-i-nal-ize \(,)dē-'krim-ən-ᵊl-,īz, -'krim-nal-\ vt (1969) : to remove or reduce the criminal classification or status of; esp : to repeal a strict ban on while keeping under some form of regulation (~ the possession of marijuana) — de-crim-i-nal-iza-tion \,dē-,krim-ən-ᵊl-ə-'zā-shən, -,krim-nal-\ n

de-cry \di-'krī\ vt [F décrier, fr. OF descrier, fr. des- de- + crier to cry] (1617)  1 : to depreciate (as a coin) officially or publicly  2 : to express strong disapproval of (~ the emphasis on sex) — de-cri-er \-'krī(-ə)r\ n

syn DECRY, DEPRECIATE, DISPARAGE, BELITTLE, MINIMIZE mean to express a low opinion of. DECRY implies open condemnation with intent to discredit; DEPRECIATE implies a representing as being of less value than commonly believed; DISPARAGE implies depreciation by indirect means such as slighting or invidious comparison; BELITTLE and MINIMIZE imply depreciation; BELITTLE suggesting usu. a contemptuous or envious attitude; MINIMIZE connoting less personal aloofness.

de-crypt \'dē-'kript\ vt [ISV de- + cryptogram, cryptograph] (1935)  1 : DECIPHER  2 : DECODE — de-cryp-tion \-'krip-shən\ n

de-cum-bent \di-'kəm-bənt\ adj [L decumbent-, decumbens, prp. of decumbere to lie down, fr. de- + -cumbere to lie down — more at HIP] (1656)  1 : lying down  2 of a plant : reclining on the ground but with ascending apex or extremity

dec-u-ple \'dek-yə-pəl\ adj [F décuple, fr. MF, fr. LL decuplus, fr. L decem ten + -plus multiplied by — more at TEN, DOUBLE] (1613)  1 : TENFOLD  2 : taken in groups of 10

de-cu-ri-on \di-'kyùr-ē-ən\ n [ME decurionus, fr. L decurion-, decuria, fr. decuria division of ten, fr. decem] (14c)  1 : a Roman cavalry officer in command of ten men  2 : a member of a Roman senate

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart  \au\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot  \y\ yet  \zh\ vision  \ə, k, ᵊ, ⁿ, œ, ǣ, ᵫ, ᴣ\ see Guide to Pronunciation

# EXHIBIT 3

# REDACTED
# IN ITS
# ENTIRETY

EXHIBIT 4

REDACTED
IN ITS
ENTIRETY

EXHIBIT 5

REDACTED
IN ITS
ENTIRETY

EXHIBIT 6

# REDACTED
# IN ITS
# ENTIRETY

EXHIBIT 7

# IBM

# Dictionary of
# Computing

▼ The most comprehensive computing dictionary ever published
▼ More than 18,000 entries

NORTHWEST COLLEGE LIBRARY
KIRKLAND, WASHINGTON  98033

# IBM DICTIONARY
# OF COMPUTING

*Compiled and edited by*
## GEORGE McDANIEL

**McGRAW-HILL, INC.**
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

Sp

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**ry system (DD/DS)**

DL) A language for
onships in a database.
on language. (T)

) The name of a data
corresponds to a data
ime name.

of data characters
t, or volume. (T)
unit of measure on a
bytes per inch.

cts that are not self-
ita object that describe
sed.

BOL, an entry in the
gram that is composed
by a data-name, if
set of data clauses, as

ionym for data defi-

**(DDS)** In the AS/400
ription of the user's
ntered into the system
is then used to create

: that;   for data of a
ins metadata that deal
1 their various occur-
       (2) A centralized
data such as meaning,
n, usage, and format.
administrators, system
ammers in planning,
ollection, storage, and
m/36 interactive data
ontains field;   format,
DDU, an object for
file definitions.

D/D) (1) A database
data dictionary and a
n inventory of data
lity of data elements
rves as the repository
but each data element,
     (A)   (3) Loosely, a
     (A)   (4) Loosely,
e dictionary. (A)

tem (DD/DS) (1) A
aintains and manages
     (A)   (2) Loosely,

---

synonym for information resource dictionary system.
(A)

**data dictionary system** A software system for cre-
ating, maintaining, processing, and using database dic-
tionaries. (T)

**data directory** (1) An inventory that specifies the
source, location, ownership, usage, and destination of
all of the data elements that are stored in a database.
(A)   (2) A subset of a data dictionary/directory that
has the functions of *(1)*.  (A)   (3) Deprecated term
for data dictionary. (T)

**data directory system** The computer software system
that manages and maintains a data directory.  (A)

**data display station** In System/36, a display station
at which an operator can enter data but not commands.
A data display station is acquired and controlled by a
program. Contrast with command display station.

**Data Division** One of the four main parts of a
COBOL program. The Data Division describes the
files to be used in the program and the records con-
tained within the files.  It also describes any internal
working-storage records that are needed.

**data dump** In COBOL, the contents of the data areas
used by a program that has failed.

**data element** A unit of data that, in a certain context,
is considered indivisible;   for example, the data
element "age of a person" with values consisting of all
three-decimal digit combinations. (T)

**data element dictionary** Synonym for data dic-
tionary.  (A)

**data-encrypting key** A key used to encipher, deci-
pher, or authenticate data.   See also session
cryptography key. Contrast with key-encrypting key.

**data encryption algorithm (DEA)** In computer secu-
rity, a 64-bit block cipher that uses a 64-bit key, of
which 56 bits are used to control the cryptographic
process and 8 bits are used for parity checking to
ensure that the key is transmitted properly.

**Data Encryption Algorithm (DEA) Standard** In
computer security, the American National Standard
ANSI X3.92-1981, which allows hardware and soft-
ware implementations of the data encryption algo-
rithm.

**Data Encryption Standard (DES)** In computer secu-
rity, the National Institute of Standards and Tech-
nology (NIST) Data Encryption Standard, adopted by
the U.S. government as Federal Information Proc-
essing Standard (FIPS) Publication 46, which allows

---

only hardware implementations of the data encryption
algorithm.

**data encryption subroutine** A subroutine that codes
and decodes data for security purposes.

**data entry** (1) The process of putting data onto a
machine-readable medium;   for example, to enter data
into a payroll file on a flexible disk from a
terminal. (T)   (2) The entry of data into a computer
from a device, usually a terminal. (3) In FORTRAN,
an entity that has or may have a data value. (4) In
VSAM, a catalog entry that describes a data compo-
nent of a cluster or catalog.  A data entry contains the
attributes of the data component, allocation and extent
information, and statistics.  A data entry for a cluster
or catalog data component can also contain the pass-
words and protection attributes of the data component.

**data entry database (DEDB)** In IMS/VS, a direct
access database used for the Fast Path feature that
consists of one or more areas that contain segments
and dependent segments.  The database is accessed
using VSAM improved control interval processing
(ICIP).  See also sequential dependent segment.

**data entry panel** A panel in which the user commu-
nicates with the system by filling in one or more
fields. See also menu, panel.

**data exchange** The use of data by more than one
program or system.  Data recorded or transmitted in a
format is referred to as exchange data.  See also data
interchange.

**data extent block (DEB)** An extension of the data
control block that contains information about the phys-
ical status of the data set being processed.

**Data Facility Data Set Services (DFDSS)** A backup
and restore program product.

**Data Facility Product (DFP)** A program that isolates
applications from storage devices, storage manage-
ment, and storage device hierarchy management.

**Data Facility Storage Management Subsystem** An
operating environment that helps automate and cen-
tralize the management of storage.  To manage
storage, SMS provides the storage administrator with
control over data class, storage class, management
class, storage group, and automatic class selection
routine definitions.

**data field** (1) A component of a record corresponding
to an attribute. (T)   (2) In IMS/VS, any designated
portion of a database segment.   A segment may
contain one or more data fields.   (3) In SAA
Advanced Common User Access, the Dialog Manager
term for an area in which a user types information.

EXHIBIT 8

REDACTED
IN ITS
ENTIRETY