MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 FAX
jheaney@mnat.com

December 28, 2009

**BY E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Guidewire Software, Inc.*, v. *Accenture Global Services, GmbH and Accenture, LLP*, C.A. No. 07-826 (SLR)

Dear Judge Robinson:

Enclosed for the Court's convenience is a CD containing hyperlinked versions of Guidewire's Opening Summary Judgment briefs that were filed on December 16.

Respectfully,

Julia Heaney

JH:ncf
cc: Clerk, District Court (by e-filing)
Richard L. Horwitz (by e-mail)
L. Scott Oliver (by e-mail)

3297988