MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

December 29, 2009

The Honorable Sue L. Robinson
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

Re: *Accenture Global Services GmbH, et al. v. Guidewire Software Inc.*
C.A. No. 07-826 (SLR)

Dear Judge Robinson:

I write on behalf of defendant Guidewire Software in response to Your Honor's December 4 letter. We very much appreciate your fitting us into your trial calendar, and the March 15-19 time frame will work for us. Given the number of issues in the case, however, we believe that a full presentation to the jury in five days will be very challenging. Accordingly, if time does open up on your calendar, we believe that an additional two or three trial days would be very beneficial. We thank you in advance for your consideration of this request.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
Richard L. Horwitz, Esquire (Via Electronic Mail and Hand Delivery)
L. Scott Oliver, Esquire (Via Electronic Mail)
Daralyn Durie, Esquire (Via Electronic Mail)