Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 4, 2010

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Accenture Global Services GmbH, et al. v. Guidewire Software Inc.*
C.A. No. 07-826-SLR

Dear Judge Robinson:

We represent the plaintiffs Accenture LLP and Accenture Global Services in the above-referenced matter, and write in response to Your Honor's December 4, 2009 letter. The proposed dates (March 15-19, with jury selection on March 12) are agreeable to the plaintiffs. Thank you for fitting us into your trial calendar.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM/nmt
947995 / 32523

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic filing)