MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 FAX
jheaney@mnat.com

January 7, 2010

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Guidewire Software, Inc.*, v. *Accenture Global Services, GmbH and Accenture, LLP*, C.A. No. 07-826 (SLR)

Dear Judge Robinson:

Enclosed for the Court's convenience is a CD containing hyperlinked versions of Guidewire's Opening Summary Judgment briefs that were filed on December 16. This version of the DVD contains a corrected Guidewire's Opening Brief in Support of Its Motion for Partial Summary Judgment of Invalidity of '284 Patent Because of an On-Sale Bar (D.I. 377 filed on 12/29/09) and corrected Exhibit 183 to the Appendix of Exhibits (D.I. 372 filed on 12/22/09).

Respectfully,

Julia Heaney

JH:ncf

cc: Clerk, District Court (by hand delivery)
Richard L. Horwitz (by hand delivery w/DVD)
L. Scott Oliver (by e-mail w/o DVD)

3327458