IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S**
**MOTIONS FOR SUMMARY JUDGMENT**

**Volume 1 (Exhibits 1-25)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Confidential Version Filed: December 16, 2009
Public Version Filed: January 8, 2010

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 1 | James Hatch Deposition Minuscript of 08/27/09 | 000001 |
| 2 | David Horton Deposition Minuscript of 08/26/09, vol. 1 | 000036 |
| 3 | David Horton Deposition Minuscript of 08/26/09, vol. 2 | 000133 |
| 4 | Douglas Johnston Deposition Minuscript, 07/01/09 | 000161 |
| 5 | Michael J. Hamman Deposition Minuscript, 09/22/09 | 000217 |
| 6 | Claims and Names & Tables from Pyramid v. 1.2 (produced by Accident Fund without Bates numbers) | 000282 |
| 7 | Pyramid System for Windows Expected Hardware and Software Requirements, CNAGW000014 | 000469 |
| 8 | Claims Administration from Pyramid v. 1.2, CP 000001-39 | 000470 |
| 9 | About Pyramid for Windows, Documentation & Product Support, from Pyramid v. 1.2, CP 000104-36 | 000509 |
| 10 | Litigation Management from Pyramid for Windows User's Guide, CP 000137-42 | 000542 |
| 11 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 000259-72 | 000548 |
| 12 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 000458-81 | 000562 |
| 13 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 001725-38 | 000586 |
| 14 | User Configuration / Set Up for v.1.2 Pyramid for Windows, CP 001739-1804 | 000600 |
| 15 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 001879-1902 | 000666 |
| 16 | Claims Administration for v.1.2 Pyramid for Windows, CP 001903-42 | 000690 |
| 17 | Litigation Management from Pyramid for Windows User's Guide, CP 001973-8 | 000730 |
| 18 | Regulatory Forms for v.1.2 Pyramid for Windows, CP 001979-2005 | 000736 |
| 19 | FileFolder Pyramid for Windows v.1.2b, CP 004805-37 | 000763 |
| 20 | General Tables from v.1.2b Database Layouts, CP 005722-65 | 000796 |
| 21 | Claims Tables from v.1.2b Database Layouts, CP 005766-92 | 000840 |
| 22 | Name and Address Tables v.1.2b Database Layouts, CP 005793-805 | 000867 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 23 | Appendix from v.1.2b Systems Administrator Training Workbook, CP 007452-72 | 000880 |
| 24 | File Folder Overview from v.1.2b Systems Administrator Training Workbook, CP 007517-38 | 000901 |
| 25 | Printout of Policy.SQX source code, CP 007821-86 | 000923 |
| 26 | Printout of ACCPARTY.FRM source code, CP 008157-350 | 000989 |
| 27 | Printout of CLAIM.FRM source code, CP 008351-454 | 001183 |
| 28 | Printout of PYRAMID.FRM source code, CP 008455-709 | 001287 |
| 29 | Entity Relationship Diagrams from Pyramid vol. 001 | 001542 |
| 30 | Horton Deposition Exhibit 5, printout of PAYMENT.FRM source code, CP 008552-4 | 001561 |
| 31 | Horton Deposition Exhibit 6, printout of claimant.sqx source code, CP 008880-2 | 001564 |
| 32 | Horton Deposition Exhibit 9, printout of SCHEDULE.MAK source code, CP 009301 | 001567 |
| 33 | Horton Deposition Exhibit 10, printout of SCHEDNEW.FRM source code, CP 008974-92 | 001568 |
| 34 | Horton Deposition Exhibit 11, printout of SCHEDULE.FRM source code, CP 008777-86 | 001587 |
| 35 | Horton Deposition Exhibit 12, printout of CLAIM.SQX source code, CP 008826-64 | 001597 |
| 36 | Horton Deposition Exhibit 13, printout of claim.txt source code, CP 009364-71 | 001636 |
| 37 | Diamond System Manual, dated 01/03/97, ASI 0000001-140 | 001644 |
| 38 | Diamond Personal Auto, ASI 0003635-46 | 001784 |
| 39 | Diamond System 3.5.032 User Training Manual, INSFT 000001-482 | 001796 |
| 40 | Professional Services Agreement with Applied Systems and Cincinnati Equitable, INSFT 000409-37 | 002278 |
| 41 | Professional Services Agreement with Applied Systems and Proformance Insurance, INSFT 000438-64 | 002307 |
| 42 | Professional Services Agreement with Applied Systems and Palisades Safety, INSFT 000465-93 | 002334 |
| 43 | Professional Services Agreement with Applied Systems and Safeway Property, INSFT 000494-523 | 002363 |
| 44 | Professional Services Agreement with Applied Systems and Northern Mutual, INSFT 000524-53 | 002393 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 45 | Professional Services Agreement with Applied Systems and Southern Mutual, INSFT 000554-84 | 002423 |
| 46 | Professional Services Agreement with Applied Systems and 1st Auto Casualty, INSFT 000585-623 | 002454 |
| 47 | Johnston Deposition Exhibit 134, The Diamond System V2.0 (System Date: 11/03/95) Transaction Selection screen shot | 002493 |
| 48 | Johnston Deposition Exhibit 135, The Diamond System V2.0 (System Date: 11/03/95) Open Tasks screen shot | 002494 |
| 49 | Johnston Deposition Exhibit 136, The Diamond System V2.0 (System Date: 11/03/95) Policy Control screen shot | 002495 |
| 50 | Johnston Deposition Exhibit 137, The Diamond System V2.0 (System Date: 11/03/95) Client Visual Tree screen shot | 002496 |
| 51 | Johnston Deposition Exhibit 138, The Diamond System V2.0 (System Date: 11/03/95) Claim Detail screen shot | 002497 |
| 52 | Johnston Deposition Exhibit 140, article entitled "It's a Gem The Diamond System Speeds Policy Processing" by Elisabeth Boone, CPCU | 002498 |
| 53 | Johnston Deposition Exhibit 141, page from web archive no. 19981201192832, The Diamond System Overview and Features | 002504 |
| 54 | Web Archive No. 19970715154234, The Diamond System, GW08667516 | 002505 |
| 55 | Web Archive No. 19981201192832, The Diamond System Overview and Features, GW08667502 | 002507 |
| 56 | Web Archive No. 19991012203359, Diamond System Sample Workflow Step #2, Open Task, GW08667506 | 002509 |
| 57 | Web Archive No. 20010302142225, The Diamond System Architecture | 002511 |
| 58 | RISKMASTER/Win Advanced Operations Guide, CSC000001-229 | 002512 |
| 59 | RISKMASTER/Win System Adminsitrator's Guide, CSC000230-408 | 002741 |
| 60 | RISKMASTER/Win User's Guide, CSC000409-815 | 002920 |
| 61 | RISKMASTER/Win Report Guide, CSC000816-1074 | 003327 |
| 62 | Screen shots of RISKMASTER/Win System, CSC001182-1207 | 003586 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 63 | Unsigned Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work on Claim Handler Utilities project, dated 04/10/98 | 003614 |
| 64 | FinancialWorks Letter of Understanding on Project Astro, dated 06/15/98 | 003624 |
| 65 | Accenture's Supplemental Responses to Guidewire's Interrogatories Nos. 3, 10, 16, 17 and 18, dated 04/27/09 | 003638 |
| 66 | Signed Reliance - Andersen Consulting Reliance Task Assistant Claims System Project Consultation Agreement, dated 06/01/98, ACN05534988-5009 | 003875 |
| 67 | Wayne L. Hoeschen Deposition Minuscript of 08/05/09 | 003897 |
| 68 | Lucarini Deposition Exhibit 4: E-mail from Michael Lucarini to Regina Kline and Shon Bose re: Reliance Arrangement Letter for Requirements Confirmation for signature, dated 03/10/98, ACN00588281-93 | 003894 |
| 69 | G. Victor Guyan Deposition Minuscript of 08/03/09 | 003999 |
| 70 | Andersen Consulting fax from Mike Badower to Nikole Jankovska enclosing the signed St. Paul Fire and Marine Consulting Services Agreement of 02/08/95, dated 05/20/97, ACN05535696-704 | 004129 |
| 71 | Accenture Leadership in Claims Workers Compensation Simulation Script, undated, ACN05712381 | 004138 |
| 72 | Guyan Deposition Exhibit 43: Draft Andersen Consulting letter from David P. Hollander to Michael Natan of Reliance Insurance Co. re Millennium Claims initiatives, dated 03/10/98, ACN00588284-9 | 004150 |
| 73 | Guyan Deposition Exhibit 45: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case," dated 02/19/98 | 004156 |
| 74 | Hoeschen Deposition Exhibit 7: Fax enclosing unsigned Andersen Consulting letter of 06/16/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325073-85 | 004190 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 75 | Hoeschen Deposition Exhibit 8: Fax enclosing unsigned Andersen Consulting letter of 09/29/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325086-90 | 004203 |
| 76 | Lucarini Deposition Exhibit 5: Reliance – Andersen Consulting, Reliance Task Assistant Claims System Project Consulting Agreement for Work Order No. 1, dated 10/22/98, ACN05534967-87 | 004208 |
| 77 | ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004229 |
| 78 | Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004253 |
| 79 | Jackowski Deposition Exhibit 1: Notice and Subpoena to Michael A. Jackowski, dated 10/19/09 | 004278 |
| 80 | Jackowski Deposition Exhibit 2: Michael A. Jackowski – Andersen Consulting résumé, ACN00507145-7 | 004284 |
| 81 | Jackowski Deposition Exhibit 3: FinancialWorks PowerPoint on Salsa Project, dated 04/02/98 | 004287 |
| 82 | Jackowski Deposition Exhibit 4: Andersen Consulting PowerPoint on Astro Project Debrief, dated 00/00/98 | 004300 |
| 83 | Jackowski Deposition Exhibit 5: Address Book, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295213-32 | 004322 |
| 84 | Jackowski Deposition Exhibit 6: Address Book, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295234-40 | 004342 |
| 85 | Jackowski Deposition Exhibit 7: Project Tango, Component Description, Address Book, dated 05/05/98, ACN02310613-4 | 004349 |
| 86 | Jackowski Deposition Exhibit 8: Project Tango, Component Description, Performer, dated 04/29/98, ACN02310636-7 | 004351 |
| 87 | Jackowski Deposition Exhibit 9: Project Tango, Component Description, Forms and Correspondence, dated 04/29/98, ACN02310621-2 | 004353 |
| 88 | Jackowski Deposition Exhibit 10: Project Tango, Component Description, File Notes, dated 04/29/98, ACN02310623-4 | 004355 |
| 89 | Jackowski Deposition Exhibit 11: Project Tango, Component Description, Event Processor / Task Engine, dated 04/30/98, ACN02310641-2 | 004357 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 90 | Jackowski Deposition Exhibit 12: Project Tango, Component Description, Injury, dated 07/22/98, ACN02310627-8 | 004359 |
| 91 | Jackowski Deposition Exhibit 13: Project Tango, Component Description, Organization, dated 04/30/98, ACN02310631-2 | 004361 |
| 92 | Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30 | 004363 |
| 93 | Jackowski Deposition Exhibit 15: Project Tango, Component Description, Participant, dated 04/29/98, ACN02310633-5 | 004365 |
| 94 | Jackowski Deposition Exhibit 16: Project Tango, Component Description, Index, dated 04/29/98, ACN02310625-6 | 004368 |
| 95 | Jackowski Deposition Exhibit 17: Project Tango, Component Description, Task Assistant, dated 04/29/98, ACN02310638-40 | 004370 |
| 96 | Jackowski Deposition Exhibit 18: Project Tango, Component Description, Claim History, dated 04/29/98, ACN02310619-20 | 004373 |
| 97 | Jackowski Deposition Exhibit 19: Project Tango, Component Description, Claim Folder, dated 04/29/98, ACN02310615-8 | 004375 |
| 98 | Jackowski Deposition Exhibit 20: Project Tango, UI Design with marginalia, dated 04/28-29/98, ACN05528698—788 | 004379 |
| 99 | Jackoswki Deposition Exhibit 21: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case" dated 02/19/98 (also Guyan Deposition Exhibit 45) | 004470 |
| 100 | Jackoswki Deposition Exhibit 22: E-mail from Michelle L. Krause to Joseph E. Quinn re: review process doc, dated 07/25/97, ACN00592751-6 | 004504 |
| 101 | Jackoswki Deposition Exhibit 23: E-mail from Jill B. Smart to David P. Hollander, Thomas Skelly and Glenn A. Sieber re: URGENT – Project Tango Risks, dated 08/05/98, ACN0587479-83 | 004510 |
| 102 | Jackoswki Deposition Exhibit 24: E-mail from Shon Bose to Asif F. Mailk, Deborah J. Thornton, G. Victor Guyan, Jeffrey M. Wargin, Michael A. Jackowski, Richard E. Balon and William A. Grubb re: Agenda for March 16-18 Reliance visit to Financial Works, dated 03/16/98, ACN00588210-3 | 004515 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 103 | Jackoswki Deposition Exhibit 25: ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004519 |
| 104 | Jackoswki Deposition Exhibit 26: Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004543 |
| 105 | Jackoswki Deposition Exhibit 27: E-mail from William A. Grubb to Asif F. Malik re: RIC tech arch questions, dated 04/08/98, ACN00588176-8 | 004568 |
| 106 | Jackoswki Deposition Exhibit 28: Andersen Consulting PowerPoint for Microsoft Solutions Organization entitled "Leadership in Claims (LiC), A Model for MSO – Proven Practices, Mike Jackowski," dated 05/12/00 | 004571 |
| 107 | Michael A. Jackowski Minuscript of 10/30/09 | 004599 |
| 108 | Myron Ray Badower Minuscript of 11/25/09 | 004649 |
| 109 | Badower Deposition Exhibit 2: St. Paul Fire and Marine Claim Handler General Experience Information by Mike Badower, ACN02307495-6 | 004680 |
| 110 | Badower Deposition Exhibit 3: St. Paul Fire and Marine Task Assistant and File Notes General Experience Information by Mike Badower, ACN02307497-98 | 004682 |
| 111 | Badower Deposition Exhibit 4: ClaimWorks Windows Design Specifications manual, TRA00015049-285 | 004684 |
| 112 | Badower Deposition Exhibit 6: Draft Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work in the Structure Design and Analysis Project, dated 07/14/95, ACN05529385-405 | 004921 |
| 113 | Badower Deposition Exhibit 9: The St. Paul ClaimWorks Blueprint – Version 9/97, dated 10/06/97, TRA00000325-72 | 004942 |
| 114 | Badower Deposition Exhibit 17: Claim Folder, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295286-93 | 004990 |
| 115 | Badower Deposition Exhibit 18: Claim Folder, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295241-83 | 004998 |
| 116 | Badower Deposition Exhibit 19: Participant, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295365-73 | 005041 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 117 | Badower Deposition Exhibit 20: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295353-64 | 005050 |
| 118 | Badower Deposition Exhibit 21: Performer, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295386-92 | 005062 |
| 119 | Badower Deposition Exhibit 22: Performer, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295376-85 | 005069 |
| 120 | Badower Deposition Exhibit 23: Organization, Functional Business Requirements, ClaimWorks Redesign, dated 03/20/98, TRA00013660-69 | 005079 |
| 121 | Badower Deposition Exhibit 24: Organization, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN05528581-602 | 005089 |
| 122 | Badower Deposition Exhibit 25: Index, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295347-51 | 005111 |
| 123 | Badower Deposition Exhibit 26: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295338-46 | 005116 |
| 124 | Badower Deposition Exhibit 27: Forms and Correspondence, Functional Business Requirements, ClaimWorks Retooling, dated 04/03/98, ACN02295328-37 | 005125 |
| 125 | Badower Deposition Exhibit 28: Forms and Correspondence, Behavioral Specifications, ClaimWorks Retooling, dated 04/03/98, ACN02295294-325 | 005135 |
| 126 | Badower Deposition Exhibit 29: Organization Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528992-9001 | 005167 |
| 127 | Badower Deposition Exhibit 30: Performer Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528984-91 | 005177 |
| 128 | Badower Deposition Exhibit 33: FY 1998 Engagements > $5Million by client name, 00/00/00, ACN00586586 | 005185 |
| 129 | Michael A. Costonis Deposition Minuscript of 05/06/09 | 005190 |
| 130 | John L. DelSanto Deposition Minuscript of 09/11/09 | 005300 |
| 131 | Guidewire's Amended 30(b)(6) Notice of Deposition to Accenture, dated 06/23/09 | 005418 |
| 132 | Guidewire web site pages, ACN05754701 | 005427 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 133 | Accenture e-mail attaching document entitled "Guidewire Software Competitor Profile," dated 03/28/03, ACN00358999-9014 | 005488 |
| 134 | Preliminary Amendment from Guyan file history application no. 09/305,146, dated 04/19/02 | 005504 |
| 135 | U.S. PTO Office Action, Final Rejection of Guyan file history application no. 09/305,146, dated 05/06/02 | 005512 |
| 136 | Amendment from Guyan file history application no. 09/305,146, dated 07/03/02 | 005518 |
| 137 | Accenture e-mail attaching document entitled "June Competitive Update," dated 07/02/03, ACN00338412-4 | 005525 |
| 138 | Accenture e-mail from Donald Laackman to Anastasia Petropulos, Michelle L. Krause and Glenn A. Sieber re: Lunch with Steve Murnen – CNA, dated 05/22/03, ACN0348817-8 | 005528 |
| 139 | Accenture e-mail from Michael A. Lucarini to G. Victor Guyan re: forwarding website link for Guidewire board directors, dated 01/09/03, ACN0375622-3 | 005530 |
| 140 | Accenture e-mail from Michelle L. Krause to G. Victor Guyan, Donald Laackman and Anastasia Petropulos re: website link for Guidewire board directors, dated 01/08/03, ACN0375737 | 005532 |
| 141 | Guidewire website page listing Board of Advisors from Web Archive, 01/00/03, GW19456721-2 | 005533 |
| 142 | Metadata printout from ACN02310629, Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30, showing 04/30/98 creation date | 005535 |
| 143 | Shamos Amended Expert Report, Exhibit C, Cell 146J, dated 10/19/09 | 005537 |
| 144 | Shamos Amended Expert Report, Exhibit C, Cell 148J, dated 10/19/09 | 005538 |
| 145 | Shamos Amended Expert Report, pages 47, 48, 53 and 54, dated 10/19/09 | 005539 |
| 146 | Badower Deposition Exhibit 10: ClaimWorks, Claim Folder Design Deliverable Packet, TRA00014390-454, dated 07/30/96 | 005544 |
| 147 | Badower Deposition Exhibit 11: ClaimWorks, Participant Design Deliverable Packet, TRA00014558-74, dated 08/15/96 | 005609 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 148 | Badower Deposition Exhibit 12: ClaimWorks, Perfomer Deliverable Packet, TRA00014576-91, dated 08/13/96 | 005626 |
| 149 | Badower Deposition Exhibit 13: ClaimWorks, Organization Design Deliverable Packet, TRA00014620-37, dated 07/12/96 | 005642 |
| 150 | Badower Deposition Exhibit 14: ClaimWorks, Index Search Design Deliverable Packet, TRA00014537-56, dated 08/14/96 | 005660 |
| 151 | Badower Deposition Exhibit 15: ClaimWorks, Address Book Design Deliverable Packet, TRA00014456-98, dated 08/13/96 | 005680 |
| 152 | Badower Deposition Exhibit 16: ClaimWorks, Forms and Correspondence Design Deliverable Packet, TRA00014500-35, dated 07/17/96 | 005723 |
| 153 | Supplemental Information Disclosure Statement for U.S. Patent Application No. 11/017,086, dated 07/11/05 | 005759 |
| 154 | Guidewire's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,013,284 under 35 U.S.C. §§ 302-307, dated 06/19/08 | 005763 |
| 155 | U.S.P.T.O. Grant of *Ex Parte* Reexamination of U.S. Patent No. 7,013,284, dated 08/01/08 | 005890 |
| 156 | U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 07/17/09 | 005903 |
| 157 | Accenture Response to U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 09/17/09 | 005931 |
| 158 | Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006204 |
| 159 | Declaration of Marcus Ryu, dated 12/16/09 | 006284 |
| 160 | Pyramid for Windows version 1.2, CP 001486–2027, dated 00/00/96 | 006285 |
| 161 | About Pyramid for Windows, Documentation & Product Support, CP 001692-1724 | 006665 |
| 162 | Amended Opening Expert Report of William Kuebler Relating to Invalidity of U.S. Patent Nos. 7,013,284 and 7,017,111, dated 10/12/09 | 006698 |
| 163 | Exhibit C to Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006944 |
| 164 | Exhibit A to Invalidity Expert Report of William Kuebler, dated 11/30/09 | 007150 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 165 | Supplemental Expert Report of Michael I. Shamos Regarding Infringement of Patents-In-Suit with Exhibit B, dated 11/30/09 | 007597 |
| 166 | Supplemented Exhibit D to Supplemental Expert Report of Michael I. Shamos Regarding Infrigement of the Patents-In-Suit, dated 11/30/09 | 007779 |
| 167 | Expert Report of Bill Kuebler on Noninfringement, dated 12/14/09 | 007863 |
| 168 | Shamos Expert Report Exhibit D, Cell 52L, dated 11/30/09 | 007975 |
| 169 | Shamos Expert Report Exhibit D, Cell 55L, dated 11/30/09 | 007976 |
| 170 | Pyramid for Windows File Folder Product Description, CP 006001-45, dated 00/00/98 | 007977 |
| 171 | Pyramid for Windows Account Set up and Claim Processing Training Guide, CNAGW000163-844 dated 12/00/98 | 008010 |
| 172 | Hamman Deposition Exhibit 2: Contracts, CSC001173-80 | 008692 |
| 173 | Shamos Expert Report Exhibit C, Cells 108J-110K, dated 10/16/09 | 008700 |
| 174 | Shamos Expert Report Exhibit C, Cells 82J-82K, dated 10/16/09 | 008704 |
| 175 | Shamos Expert Report Exhibit C, Cells 85J, dated 10/16/09 | 008706 |
| 176 | Shamos Expert Report Exhibit D, Cell 24L, dated 11/30/09 | 008707 |
| 177 | Shamos Expert Report Exhibit D, Cell 91L, dated 11/30/09 | 008708 |
| 178 | Article entitled "Vendor and Comparative Analysis" by David A. Tweedy, GW09445759, dated 00/00/95 | 008709 |
| 179 | Article entitled "Vendor Profile" by David A. Tweedy, GW09445760, dated 00/00/95 | 008712 |
| 180 | Article entitled "Vendor/System Review " by David A. Tweedy, GW09445761, dated 00/00/95 | 008715 |
| 181 | Article entitled "Comparative Analysis Large to Moderate Systems" by David A. Tweedy, GW09445707, dated 00/00/95 | 008753 |
| 182 | Supplemental Expert Report on Invalidity of Bill Kuebler, dated 11/30/09 | 008757 |
| 183 | Declaration of John Seybold, dated 12/16/09 | 008842 |

# EXHIBITS 1-5
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 6

**Training Workbook**

# Medical Management

**Pyramid Services, Inc.**

This manual was produced using *Doc-To-Help*®, by WexTech Systems, Inc.

WexTech Systems, Inc.
310 Madison Avenue, Suite 905
New York, NY 10017
(212) 949-9595

# Contents


## Getting Acquainted With Pyramid for Windows 3

The Pyramid for Windows Program Group ... 3
Starting Pyramid for Windows 1.2 ... 4
Understanding the Pyramid Desktop ... 5
Using Help ... 6
Additional Help ... 7
    Context-Sensitive Help ... 7
The Pyramid Button Stack ... 8
Pyramid Labels ... 9
Toggling ... 10

## Medical Case Management 11

Overview ... 11
Concepts ... 11
Terminology ... 12

## The Diary 13

Opening the Diary ... 13
    Diary Options ... 14

## Managing a Case 16

Building a Case ... 16
    Building a Case from a Diary or a Claim ... 16
    Building a Case in Standalone Medical Case Management ... 19
Adding Medical Providers to the Case ... 23
    Adding a Provider Who Is Not in the System ... 24
    Adding a Provider Who Is Already in the System ... 26
    Locating a Provider with Specific Qualifications ... 28
Additional Case Information ... 30
Adding an Episode ... 31
Interview ... 33
    Conducting a New Interview ... 33
    Episode Supplemental Information ... 34
    Preexisting Medical Condition Screen ... 35
    Task Timer ... 35
Creating a Treatment Plan ... 37
    Building a Plan ... 37
Provider Interview ... 39
    Adding A New Interview ... 39
    Completing the Plan ... 43
File Folder ... 46

Adding a Diary Entry ........ 47
Return to Work Management ........ 48

# Getting Acquainted With Pyramid for Windows

## The Pyramid for Windows Program Group

This is the Pyramid for Windows Program Group, which will be setup for you during installation.




**Pyramid for Windows** -- Connects to the Main Pyramid for Windows system.

**Pyramid Utilities** -- Maintains tables; will mainly be used by DBAs.

**Pyramid Setup Options** -- Tracks the PYRAMID.INI file

**Load External Data** -- Used for loading comma-delimited ASCII files.

# Starting Pyramid for Windows 1.2

To gain access to the Pyramid system:

From your program group, **DOUBLE CLICK** on the Pyramid for Windows icon.

This will bring you to the login box.




Enter your user identification and password as prompted and click OK.

# Understanding the Pyramid Desktop

Pyramid for Windows consists of a main system and many subsystems. The Pyramid Desktop is the central window of the Pyramid system. The Desktop window looks like this:




**Title Bar** Contains the name of the program that is running or the name of the current window.

**Menu Bar** Lists the available menus.

**Tool Bar** Displays icons, known as "tool buttons." Use these as shortcuts to perform various actions. The buttons on the Toolbar will vary depending on which window is active.

A special button in Pyramid is the green arrow button. Clicking on this button returns you to the previous screen.. Using this button ensures that your work is saved.

*(Details about the remaining Pyramid tool buttons are presented in the Users Manual.)*

**Message Bar** Gives on-going cues about what has been done or what needs to be done.

# Using Help

One of Pyramid's greatest strengths is its extensive Help system.

To access the most familiar type of Help:

**From the Menu Bar** select **Help.** A drop-down menu will give the following options:




**Contents** Links you to Help's Table of Contents. This shows you the chapters and the main topics in each chapter. Clicking on the topic will "jump" you to the information.

**Search** Allows you to search for help on specific topics. Enter topic into the text box. As you type, the word or phrase relating to the characters entered will appear in the list box below the text box.

When the desired topic appears, select it to display all related topics. Select the desired topic and click "Go To." The information will be displayed.

**Obtaining Technical Support** and **About Pyramid for Windows** are single screens providing contact and set-up information.

# Additional Help

Pyramid for Windows offers an additional way of accessing Help:

## Context-Sensitive Help

Gives you immediate help on the action you are trying to perform:

1. Place your cursor at the topic or in the field about which you have a question
2. Press F1.

A Help screen will appear that is relevant to the topic or field.



# The Pyramid Button Stack

The Button Stack and Label formats have common usage throughout every window.

As an example, display the Zip Code window:

1. From the **Menu Bar**, select **File|Zip/Post Code**




On the right side of the screen is the Pyramid Button Stack. You will see it in most screens:

| | |
|---|---|
| **Query** | Prepares the system to search for information that is already in the database. When clicked on, the **Query** button turns to **Search**. |
| **Search** | This performs the search on information that is already in the database. You will not see this button until you have clicked on **Query**. To limit your search, click on **Query**, enter the search criteria as prompted, then click on **Search**. |
| > | Moves forward one record. |
| < | Moves back one record. |
| **Add** | Prepares the system to add a record. You must click on **Save** to add the record to the system. |
| **Save** | Saves a change or addition. You must click on **Add** first. |
| **Cancel** | Works like an eraser. It cancels whatever information you have entered on the current window since the last Save. If you press Cancel immediately after saving, you will not lose any information. |

# Pyramid Labels

A quick look at a typical Pyramid screen also shows field labels with differing colors and formats. Each format has a special meaning:

| | |
|---|---|
| **Black Labels** | Information in this field is user-defined and must be manually entered. |
| **Italicized Labels** | Indicates a Lookup label. This is connected to a table of related information. Click on any italicized label or press F2. |
| **Maroon Labels** | Indicates indexed information. Provides a fast way to find information in your database. |
| **Bright Red Labels** | Indicates the current "order by" selective. |

## Try It!

**In the Zip Code Maintenance window displayed on your screen:**

1. Click on the Italicized "State" Label to see an example of a Lookup Table.
2. Use the up and down arrows to scroll through the table
3. Double-click on the desired state OR...
4. Exit through the green arrow button.

**Now try this in the Zip Code Maintenance window...**

1. Click on "**Query**."
2. Put the cursor in the "Zip" field.
3. Press F2. The Zip Code Lookup window will display.

   Choose "Find", "All", and "Yes" as prompted. An abbreviated Zip Code list will display.
4. Click on any Zip Code Number.
5. Click "OK." You will return to the Zip Code Maintenance window. Your chosen zip code will be displayed in the Zip field.
6. Click on "**Search**." Pyramid will fill the remaining fields appropriate to your zip code.
7. Exit through the green arrow button.

# Toggling

You can move quickly between applications and screens by "toggling."




To toggle:

Press and hold the <ALT> button, then tap <TAB>

Toggling does not interfere with actions already completed in separate screens or applications.

## Try It!

**In the Pyramid System for Windows screen**

1. Press and hold the <ALT> button, then tap <TAB> to access the grayed window.
2. Continue to hold <ALT> and tap <TAB> until you see "Program Manager". **Release the keys.**
3. You will now be in the Program Manager desktop.
4. To return to Pyramid, hold <ALT> and tap <TAB> until you see "Pyramid" in the gray window. **Release the keys.**
5. You will now have returned to the "Pyramid System for Windows" screen.

# Medical Case Management

## Overview

Pyramid for Windows' Medical Case Management is a system designed to assist you in monitoring the medical services provided to injured claimants. This module can operate in a standalone environment or it can be used in conjunction with the Medical Bill Review, 1st Report, and Claims Administration modules.

A claim established in 1st Report stores the name and address record of the claimant, and will create a Case in the Medical Case Management module if prompted to do so by the user. A 1st Report record may also be used with the Claims Administration module. The claims information may then be used in the Medical Case Management module to build a case and create a plan(s). Medical Case Management manages the plan; however, it does not evaluate monetary factors. Medical Bill Review evaluates monetary factors.

## Concepts

Medical Case Management will help you accomplish the following:

* Manage diary entries and daily work flow (with user defined event codes);

* Record, track and keep history information pertinent to the medical case (i.e., providers, diagnosis, pre-existing medical conditions);

* Conduct Interviews with the medical care providers to enter and review medical treatment plans based on an established protocol and library of treatment parameters;

* Use Medical Case Management with Return to Work Management to track segments of lost time, key dates toward recovery and hospital stay information.

# Terminology

Before using Medical Case Management system, you will need to be familiar with the following terms:

**Case**. A case is established when a claimant is injured in a work-related incident. A case is said to be "attached" to a claimant, and a claimant may have only one case. The Medical Case Management module establishes a case.

**Episode**. An episode of care includes the treatment provided to a claimant with a defined beginning date and continuing until the claimant arrives at maximum medical improvement. There may be many episodes for each case.

**Plan.** A plan is a treatment of care to be provided to a claimant and agreed upon by both the care provider and case manager . There may be several plans for each episode of care.

# The Diary

The Diary is a daily activity log. It outlines all of the jobs and daily tasks that need to be done for cases that are currently open. You, your supervisor, or any other authorized personnel may add diary entries during the course of the work day.

Since the Diary acts as a "To-Do" list, you will probably return to this screen frequently.

*Note: Creating diaries will be discussed in a later section.*

## Opening the Diary

After you login, your diary will appear on the Pyramid for Windows desktop. All diary entries will be visible in the **Diary Activity** window. Use the arrow buttons to scroll right and left, up and down.



## Diary Options

There are several useful options within the Diary which are available to you or to any authorized personnel.

To access Diary Options, from the Menu Bar, select **Diary**. A drop-down menu will appear with the following choices:




**Diary Grid**. A checkmark in front of Diary Grid means that your Diary will appear on the desktop immediately after login. No checkmark means that your Diary will not appear immediately after login. **Click on Diary Grid to select or deselect.**

**Calendar.** A monthly calendar that allows you to view your monthly workload at a glance. The calendar appears at the bottom left of your screen. **Click on Calendar to select and deselect.**

**Monthly Workload.** This option counts the number of diary entries entered for each day of the month and displays the daily total in the calendar. **With the calendar open, click on Monthly Workload to select and deselect.**

**User Workload.** Your week at a glance is also available through this option. **Click on User Workload to select and deselect.**

**Days Off**. You can mark your holidays, vacation days, and personal days on the calendar. **With the Calendar open, Click on the day(s) off, go to Diary...Day Off.** Your days off will be grayed out on the calendar.

**Search.** Use this option to search for all diary entries for a single date or a range of dates.

1. At the left-center of the screen is the field **Date Range.** Enter the date or range of dates you wish to check.
2. Click on the **Search** button. The Diary entries will appear in the Diary Activity area.

Another nice Diary feature is the quick access it provides to any established case. **To quickly access a case just DOUBLE CLICK on a diary entry.**

# Managing a Case

## Building a Case

The case manager can expect a case to be assigned in one of several ways:

1. The case can be assigned via diary to the case manager.
2. The case may come via a first report of injury or in another type of paper mode.
3. The case may be assigned via phone contact.

### Building a Case from a Diary or a Claim

If you are notified by diary that a case has been assigned to you, certain case information already exists in the system and can, therefore, be accessed.

Likewise, if a claim already exists in the system (i.e., in Pyramid Claims Administration module), some information will automatically rollup into the Medical Management screen.

To open a Medical Management Case that already exists in the system:

1. From the **Menu Bar**, select **Administration|Medical Case Management.**



The Medical Case Management window displays. It is divided horizontally:

The top section is information regarding the case. This is the section of our current focus.

The bottom section contains information regarding a particular episode. Episodes will be addressed in a later section.

*Case Fields*




*Episode Fields*




*A quick method of accessing case information:*

*In the Diary, double-click on the entry desired. The case screen will display.*

3. Press the **Query** button in the upper right corner.

4. **Enter** your search criteria (i.e., Account No., Case No., Client Name, etc.).

5. Press **Search**. You may use the forward or backward arrows to scroll through the cases to find the applicable case. The account, case number, case name, injury date, claim number, claim office and patient information will prefill from the Claims Administration module.

6. You may then proceed with building the case by entering any missing data, as described in the next section.

# Building a Case in Standalone Medical Case Management

If you are establishing a new case in a "standalone" mode ( i.e. from written notification or telephone contact) the case information must be manually entered. Use the following steps to build a standalone medical case.

1. From the **Menu Bar**, select **Administration|Medical Case Management.** The Medical Case Management window displays.

*Case Fields*




*Episode Fields*




3. Press the **Add** button.



GSJAPP000302

4. To enter the claimant:

   a) From the **Menu Bar**, select **File|Patient Add.** A window will open named "Attach a Patient to the Case."




   c) **Select** the **Not Attached to a Claim** button on the top portion of the screen.

   d) From the Menu Bar, select **View|Patient Name and Address Information**. The Name and Address window displays.

   e) Click **Add**. Enter pertinent data and click **Save**. Exit through the Green Door. You will return to the Attach A Patient to a Case window.

   f) Click on **Accept.** You will return to the Medical Case Management screen. The patient name and address information will prefill in the Patient box.

5. You may now enter information by tabbing through the following case fields:

*Remember......*

*Any italicized field label indicates a connection to indexed information.*

*For quick access:*

*Double-click on the italicized label*

*OR*

*With your cursor in the desired field, press F2.*

**Account Number** - Enter the account number attached to the case/claim or retrieve it from F2 lookup.

**Review** - Enter the review status. This is a user defined field that can be retrieved through F2 lookup. Certain states require that cases be classified based on severity; this information can be captured here, but it is not a mandatory field.

**Case #**- Enter a case number. This field is filled in with your company's current numerical assignment of case. *(user defined field).*

**Open, Reopen, Closed** -- Enter the case status by clicking on the appropriate description.

**Case Name** - Enter the case name. Typically the claimant's last name, first name and middle initial are entered, in that order.

**Injury Date** - This is the date that the incident occurred. Enter the date of injury or use the F2 calendar lookup:

*On the F2 Calendar Lookup:*

*Use the arrows on each side of the Month to move to view a previous month or a later month.*

*Use the arrows on each side of the year to view a previous year or a later year.*

*Double-click on the desired date. It will automatically fill the "Injury Date" field and return you to the previous screen.*




**State** - This is the state where the injury occurred. It is not a mandatory field. Enter the state code or use the F2 lookup:

*In the F2 State Lookup:*

*States are listed alphabetically by state abbreviation.*

*Use the up and down arrows to scroll through the list.*

*Double-click on the desired state. It will automatically fill the "State" field and return you to the previous screen.*




**Claim Office** - Is an optional field that the user can fill in to associate the claim with a claim office.

# Adding Medical Providers to the Case

Now that you have entered your case information, you'll want to make sure that the claimant will be seen by the appropriate provider; or if the claimant has already been seen, you will want to contact the provider as soon as possible.

*(Note: It is necessary to build a case before a provider can be linked to it.)*

1. From the **Medical Case Management Menu Bar**, select **View|Provider|Add to Case.**




The Medical Provider window displays:




From this point you have some options.



GSJAPP000306

## Adding a Provider Who Is Not in the System

If the provider you are adding is not already in the system, then you will need to add him/her to Name and Address:

1. From the **Medical Provider Menu Bar**, select **View|Provider Name and Address Information**.




The Name and Address window displays:




*To quickly access the Name and Address Information, click on the Envelope icon in the upper left corner.*

2. Click on **Add.**
3. **Enter** all pertinent data.
4. **Save** your entry.
5. **Exit** by clicking on the green door.
6. The provider information will prefill the Medical Provider box. Click on the **Save** button.

The provider information will prefill the Medical Provider box on the Medical Case Management screen.

## Adding a Provider Who Is Already in the System

If you have an identifier (i.e. last name, or social security number, or FEIN) for a provider who is already in the system, you can use that identifier to locate the provider:

1. From the **Menu Bar**, select **View|Provider|Add to Case.** The Medical Provider window will display.




2. From the **Medical Provider Menu Bar**, select **Lookup|Provider ID|Search Off**. This will enable the Medical Lookup box.






GSJAPP000309

3. From the Medical Lookup window Menu Bar, select **Find.**




4. Choose your **search parameter** (i.e. whatever identifier you have). The system will locate the provider.

5. **Double click** on the selection.




6. Select **Save.**

Your provider selection will prefill into the case screen.



# Locating a Provider with Specific Qualifications

At times you may need to assist a claimant/patient in locating a specific provider. For example, the claimant may need an orthopedist in zip code 06877 area, or a provider who speaks Spanish.

1. From the **Menu Bar**, select **View|Provider|Add to Case**.




2. In the Medical Provider window, select **Lookup|Provider ID|Search On.** This enables the Medical Provider Lookup box.
3. Enter the **search parameters** (i.e. zip code 06877 or "Spanish" in Language field).
4. Select **Search**. Providers matching the search parameters will be displayed on the top half of the screen.






GSJAPP000311

5. **Double click** on your choice.




6. In the Medical Provider screen, select **Save**.

Your choice will prefill to the Medical Case Management screen.






GSJAPP000312

# Additional Case Information

The final case information is **Savings.** The Savings section is located at the bottom of the Case Field section of the Medical Case Management screen.

The Savings fields give you the ability to track monetary factors associated with the medical case, for example, medical savings or early return to work:




**Medical.** This field is used to capture dollar savings associated with the medical treatment plan via case management.

**Indemnity.** This field is used to record savings to the company in the form of weekly wages.

**Other.** This field is user-defined to record any savings for the company that do not fall under the Medical or Indemnity categories, i.e. savings in legal fees.

**Try It!**

**Build a Stand-Alone case using one of your relatives as the patient and your family doctor as the Medical Provider.**

# Adding an Episode

An **episode** is the result of a loss or injury. Each **case** may have several episodes.

The bottom section of the Medical Case Management window contains information regarding an episode.




*Note: For the first episode, you do not have to press the **add** button. When the patient information from the upper part of the window is saved, **Episode 1** is automatically established and the Case Manager field is prefilled with the case manager's (user) ID. This may be over-written.*

The following fields will need to be filled in to complete this screen:

**Priority**: This is a user-defined numeric code (1 to 9) assigned to the case being managed.

**Referral**: If this case was referred or if a referral is in the process, fill in or look up (F2) the appropriate code for this field.

**Status**: Indicate the status of the episode, fill in or look up (F2) the appropriate code for this field.

**Appeal**: If an appeal is in process for this claim, fill in or look up (F2) the appropriate code for this field.

**Part Of The Body**: Enter the code for the part(s) of body associated with the injury or retrieve it from F2 look up.



GSJAPP000314

**Diagnosis**: As with a standard HCFA 1500 or UB92 form, this field has space to accommodate four separate diagnoses related to this episode. Fill in the ICD9 code or retrieve it from F2 look up. Type F2 and menu option Find; choose your search parameter, and double click on your choice.

*Note: If you search by Description and deselect Text Begins With, the search will bring back all ICD9 codes with the word or phrase in it.*

**Description**: This field is an optional field used to record a description of the incident/accident. Example: "Pt slipped and fell on wet floor."

**Injury Date**: This date is associated with the current episode. The date field will appear only on episodes subsequent to the first one.

**Total Plans**: This number is the number of developed plans associated with this episode. Once a plan has been entered, this area records in green the number of plans.

When finished, click on Save.

# Interview

At this time, the case manager may decide to conduct an interview with the employee or employer regarding the injury.

## Conducting a New Interview

1. From the **Medical Case Management Screen** choose **View|Interview.** The **Interview Selection** window will display.




*Any interviews previously conducted for this case will display in the grid in the lower portion of this screen.*

2. Select **Lookup|Interview ID.** From the options that display, highlight the desired interview. Click **OK.** The Interview Selection window will display. The Interview Type will prefill.

3. Click on **New**. Your interview questions will display on the screen.




3. Enter the answer to the first question in the *Response* box at the lower left of the screen.

4. Continue answering the questions, using the **forward arrow** button or the mouse to select the next question.

5. When completed, click the **Finished** button.

## Episode Supplemental Information

This window allows the case manager to record additional information about the injury(s) and the percentage of disability sustained by the patient.

To access this window, choose **View|Episode Supplemental Information**.




This window is an extension of the episode as it tracks a maximum medical improvement date, permanent impairment %, whole body impairment % and cumulative whole body %.

Each part of body code and diagnosis code will prefill from the Episode window.

Update these fields as needed by retyping over the last entry. After any changes, remember to click on Save.

## Preexisting Medical Condition Screen

This window is designed for narrative notes. The case manager may record any preexisting medical conditions or health history that may impact or complicate the current episode and/or claimant recovery.

From the Medical Case Management window, choose **View|Preexisting Medical Condition.**




Enter any pertinent information. It will be saved when you exit through the Green Door.

## Task Timer

The Task Timer allows the case manager to track the time spent working on a case along with an event code describing the type of activity. It must be activated at the beginning of an activity.

1. From the Medical Case Management menu bar, choose **View|Task Timer.**






GSJAPP000318

2. Click on **Start.** The current time will prefill the "Start Time" field.




3. **Double-click** on *Action code for current task* to make your selection from the Lookup (or use F2).

4. Click on Close.

5. At the completion of working on the case, re-enter this window and click **Stop.** The End time and Current elapsed time will prefill.




## Try It!

**Get a feel for the above features. In the case that you just created in class, go into each of the options listed above and practice!**

# Creating a Treatment Plan

Each provider may have several treatment plans for the claimant depending on the type of injury, the medical treatment, and the length of time required for treatment. Therefore, each episode of care may have several treatment plans associated with it.

## Building a Plan

1. From the Medical Case Management Menu Bar, select **View|Plan**. The Plan Selection window displays.




*Any plans previously established for this case will be listed. To access these, double-click on your choice.*

*If no plans exist for this case, the statement "There are no plans for this episode" appears in red. Continue to the next step.*

2. Click on **Add**. The Plan for Case window displays.



3. Build the plan by entering information in the following fields:

**Plan Number**: This is the number of the plan being created.

**Provider Type**: This information will prefill when the provider ID is added.

**ID**. Double click on ID. The Provider Lookup Options window displays.




Click on the radio button of your selection. With each selection, additional windows will display, leading you to your Provider.

*Note: When option 2 or option 3 is used, the provider chosen will also prefill the provider box on the main Medical Management window.*

**Effective Date**: This prefills with today's date.

**Plan Category** Enter the code for the type of review associated with this plan or retrieve it from the F2 lookup.

**Status**. The status of the plan is entered here (i.e. Open plan, Closed plan).

**Contact**. Record the appropriate contact for this treatment plan (i.e. the case manager may follow-up with a nurse or office administrator rather than the provider.)

**Diagnosis Section**. If you had entered this information in the Medical Case Management window, these boxes will automatically prefill. If not, the information can be entered manually here.

The variance box is used for a code to identify any discrepancy between the diagnosis of the medical provider and the case manager.

**Approved**. This field enables the case manager to override the system and approve the treatment plan.

4. Click on **Save** to save the initial information just entered.

The remaining information can be entered after the interview with the provider is completed.

# Provider Interview

The medical provider is interviewed at the plan level. Pyramid provides standard scripts or you may build your own. These can be linked to certain fields in Episode, Plan, or Return to Work such that interview answers populate those fields. Diary entries may also be initiated, and providers added to the case from the interview.

## Adding a New Interview

1. From the **Plan for Case** Menu Bar, select **View|Interview.** The Pyramid Interview Selection window will display.




1.

*Any provider interviews previously conducted for this case will display in the grid list in the lower portion of this screen. To review one of these, double-click on the selection.*

2. Enter the following information:

**Interview ID**: This lookup field identifies the question set for an interview. You can view a subset of these questions by choosing several options from the View menu.

**Interview Type**: This field corresponds to the provider type (i.e., MD, Chiropractor, Employee) being interviewed.

3. Click on New. The interview questions will display in the following window:




The questions are contained in the mid section of the screen. Move through the questions by pressing the Enter key on the keyboard or by using the mouse to click on the up and down arrow keys.

The bottom section of the window displays the following information:

- The question;
- the question ID number ("MMB3");
- the placement of the question in the entire list ("1 of 21");
- An example of an answer to this question ("01/01/96");
- whether or not a response is needed ("Required" or blank);
- the field for entering the interviewee's actual response.

If the response required has an F2 associated with it, the word "*Response*" will appear in italics. You can select your choice by clicking on the appropriate line and pressing OK or by double clicking on the appropriate selection.

A response from a previously answered question will display in blue.



GSJAPP000323

3. **Choices Under View Menu for Interview:**




a. **All Questions**: Makes available the complete set of questions associated with the current interview ID.

b. **Answered Questions**: Allows the user to select questions that have been previously entered.

c. **Required Questions**: Allows the user to view a list of questions required that have been set up in the Interview Question Maintenance.

d. **Unanswered Questions**: Displays the list of questions that were unanswered.

e. **Medical Provider Option**: Provides access to the medical provider information from the Interview window. Selecting this option brings up the Medical Lookup window. Enter the search criteria and press **Search**.

f. **Diary Question**: Questions that require a follow up or some other action may be included in the interview. These questions will display the word "Diary" in place of the word "Response."



When diary is displayed, click the word **Diary** with your mouse or go to the file menu and choose **Diary Entry**. The **Interview Diary Entry** window will be displayed. This window will allow you to make a diary entry, assign it to yourself or another, enter a follow up date and enter the comments. Press OK to save the entry.

g. **Medical Management Party Questions**: Questions that require a response that identifies a party to the medical case may be included in the interview script. These questions will show the words "Med Mgmt" in place of the word "Response."




When **Med Mgmt** is displayed, click the words **Med Mgmt** with your mouse or go to the **File** menu and choose **Med Mgmt Party**. **The Med Mgmt Accident Party** window will be displayed. This window allows lookups for the parties to the case by:

- Giving access to the Medical Provider lookup window.
- Giving access to the Name and Address lookup.

h. When the interview has been conducted and completed, press the **Finish** button. Information entered in this section will now automatically prefill in the plan section started prior to conducting the interview.

## Completing the Plan




The Treatment fields are found in the lower half of the window. The number of treatments requested and approved are recorded here as well as the number of weeks and the treatments per week. There is also a variance box that indicates why there was a difference between what was requested and what actually was approved by the case manager and the protocol guidelines.

2. **Length of Disability**: Five boxes are located here requesting the following information:

a. **Request Modified**: This is recorded in increments of days that the care provider is requesting that the claimant return to a modified work environment.

b. **Request Regular**: The amount of days a care provider is requesting before a claimant can return to regular employment.

c. **Approved Modified**: The amount of days the case manager is approving for modified return to work employment.

d. **Approved Regular**: The amount of days the case manager is approving before a claimant can return to regular employment.

e. **Variance**: This is a code that indicates the difference between the requested and the approved length of disability.

3. **Place Of Service**: These codes identify the physical environment where the service was provided:

a. **Requested Place of Service**. This field is for documenting the place of service requested by the medical provider.

b. **Approved Place of Service**. This field is for documenting the place of service approved by the case manager.

c. **Variance**. Indicates by a code why the setting varied from the guidelines recommended for final treatment.

4. **The Hospital Section**. This section is used if inpatient care is requested or utilized.

a. **Surgery**. This is to be checked off if the claimant will require surgery.

b. **Type Of Stay**. This is a coded field describing the type of stay (i.e., inpatient or ambulatory surgery).

c. **Admission**. The admission date.

d. **Planned Discharge**. The date of planned discharge.

e. **Actual Discharge**. The date that the claimant was actually discharged from the hospital.

f. **Actual Days**. Total days the claimant was hospitalized.

5. **Length Of Stay**

a. Listed are the days requested, the approved days, and a variance code that explains the difference between them.

6. **Preop Length Of Stay**

a. Listed are the days requested, the approved days, and a variance code that explains the difference between them.

7. **Assistant Surgeon**.

a. The case manager would record here whether or not an assistant surgeon is being requested, utilized or may be on call, and a field for the variance to explain any discrepancy.

8. **Plan Details**

The bottom of the window allows the case manager to incorporate additional and pertinent treatment plan details.

a. Click on **Add Details**. A window displays asking for the CPT code.