IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S**
**MOTIONS FOR SUMMARY JUDGMENT**

**Volume 2 (Exhibits 26-38)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Confidential Version Filed: December 16, 2009
Public Version Filed: January 8, 2010

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 1 | James Hatch Deposition Minuscript of 08/27/09 | 000001 |
| 2 | David Horton Deposition Minuscript of 08/26/09, vol. 1 | 000036 |
| 3 | David Horton Deposition Minuscript of 08/26/09, vol. 2 | 000133 |
| 4 | Douglas Johnston Deposition Minuscript, 07/01/09 | 000161 |
| 5 | Michael J. Hamman Deposition Minuscript, 09/22/09 | 000217 |
| 6 | Claims and Names & Tables from Pyramid v. 1.2 (produced by Accident Fund without Bates numbers) | 000282 |
| 7 | Pyramid System for Windows Expected Hardware and Software Requirements, CNAGW000014 | 000469 |
| 8 | Claims Administration from Pyramid v. 1.2, CP 000001-39 | 000470 |
| 9 | About Pyramid for Windows, Documentation & Product Support, from Pyramid v. 1.2, CP 000104-36 | 000509 |
| 10 | Litigation Management from Pyramid for Windows User's Guide, CP 000137-42 | 000542 |
| 11 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 000259-72 | 000548 |
| 12 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 000458-81 | 000562 |
| 13 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 001725-38 | 000586 |
| 14 | User Configuration / Set Up for v.1.2 Pyramid for Windows, CP 001739-1804 | 000600 |
| 15 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 001879-1902 | 000666 |
| 16 | Claims Administration for v.1.2 Pyramid for Windows, CP 001903-42 | 000690 |
| 17 | Litigation Management from Pyramid for Windows User's Guide, CP 001973-8 | 000730 |
| 18 | Regulatory Forms for v.1.2 Pyramid for Windows, CP 001979-2005 | 000736 |
| 19 | FileFolder Pyramid for Windows v.1.2b, CP 004805-37 | 000763 |
| 20 | General Tables from v.1.2b Database Layouts, CP 005722-65 | 000796 |
| 21 | Claims Tables from v.1.2b Database Layouts, CP 005766-92 | 000840 |
| 22 | Name and Address Tables v.1.2b Database Layouts, CP 005793-805 | 000867 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 23 | Appendix from v.1.2b Systems Administrator Training Workbook, CP 007452-72 | 000880 |
| 24 | File Folder Overview from v.1.2b Systems Administrator Training Workbook, CP 007517-38 | 000901 |
| 25 | Printout of Policy.SQX source code, CP 007821-86 | 000923 |
| 26 | Printout of ACCPARTY.FRM source code, CP 008157-350 | 000989 |
| 27 | Printout of CLAIM.FRM source code, CP 008351-454 | 001183 |
| 28 | Printout of PYRAMID.FRM source code, CP 008455-709 | 001287 |
| 29 | Entity Relationship Diagrams from Pyramid vol. 001 | 001542 |
| 30 | Horton Deposition Exhibit 5, printout of PAYMENT.FRM source code, CP 008552-4 | 001561 |
| 31 | Horton Deposition Exhibit 6, printout of claimant.sqx source code, CP 008880-2 | 001564 |
| 32 | Horton Deposition Exhibit 9, printout of SCHEDULE.MAK source code, CP 009301 | 001567 |
| 33 | Horton Deposition Exhibit 10, printout of SCHEDNEW.FRM source code, CP 008974-92 | 001568 |
| 34 | Horton Deposition Exhibit 11, printout of SCHEDULE.FRM source code, CP 008777-86 | 001587 |
| 35 | Horton Deposition Exhibit 12, printout of CLAIM.SQX source code, CP 008826-64 | 001597 |
| 36 | Horton Deposition Exhibit 13, printout of claim.txt source code, CP 009364-71 | 001636 |
| 37 | Diamond System Manual, dated 01/03/97, ASI 0000001-140 | 001644 |
| 38 | Diamond Personal Auto, ASI 0003635-46 | 001784 |
| 39 | Diamond System 3.5.032 User Training Manual, INSFT 000001-482 | 001796 |
| 40 | Professional Services Agreement with Applied Systems and Cincinnati Equitable, INSFT 000409-37 | 002278 |
| 41 | Professional Services Agreement with Applied Systems and Proformance Insurance, INSFT 000438-64 | 002307 |
| 42 | Professional Services Agreement with Applied Systems and Palisades Safety, INSFT 000465-93 | 002334 |
| 43 | Professional Services Agreement with Applied Systems and Safeway Property, INSFT 000494-523 | 002363 |
| 44 | Professional Services Agreement with Applied Systems and Northern Mutual, INSFT 000524-53 | 002393 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 45 | Professional Services Agreement with Applied Systems and Southern Mutual, INSFT 000554-84 | 002423 |
| 46 | Professional Services Agreement with Applied Systems and 1st Auto Casualty, INSFT 000585-623 | 002454 |
| 47 | Johnston Deposition Exhibit 134, The Diamond System V2.0 (System Date: 11/03/95) Transaction Selection screen shot | 002493 |
| 48 | Johnston Deposition Exhibit 135, The Diamond System V2.0 (System Date: 11/03/95) Open Tasks screen shot | 002494 |
| 49 | Johnston Deposition Exhibit 136, The Diamond System V2.0 (System Date: 11/03/95) Policy Control screen shot | 002495 |
| 50 | Johnston Deposition Exhibit 137, The Diamond System V2.0 (System Date: 11/03/95) Client Visual Tree screen shot | 002496 |
| 51 | Johnston Deposition Exhibit 138, The Diamond System V2.0 (System Date: 11/03/95) Claim Detail screen shot | 002497 |
| 52 | Johnston Deposition Exhibit 140, article entitled "It's a Gem The Diamond System Speeds Policy Processing" by Elisabeth Boone, CPCU | 002498 |
| 53 | Johnston Deposition Exhibit 141, page from web archive no. 19981201192832, The Diamond System Overview and Features | 002504 |
| 54 | Web Archive No. 19970715154234, The Diamond System, GW08667516 | 002505 |
| 55 | Web Archive No. 19981201192832, The Diamond System Overview and Features, GW08667502 | 002507 |
| 56 | Web Archive No. 19991012203359, Diamond System Sample Workflow Step #2, Open Task, GW08667506 | 002509 |
| 57 | Web Archive No. 20010302142225, The Diamond System Architecture | 002511 |
| 58 | RISKMASTER/Win Advanced Operations Guide, CSC000001-229 | 002512 |
| 59 | RISKMASTER/Win System Adminsitrator's Guide, CSC000230-408 | 002741 |
| 60 | RISKMASTER/Win User's Guide, CSC000409-815 | 002920 |
| 61 | RISKMASTER/Win Report Guide, CSC000816-1074 | 003327 |
| 62 | Screen shots of RISKMASTER/Win System, CSC001182-1207 | 003586 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 63 | Unsigned Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work on Claim Handler Utilities project, dated 04/10/98 | 003614 |
| 64 | FinancialWorks Letter of Understanding on Project Astro, dated 06/15/98 | 003624 |
| 65 | Accenture's Supplemental Responses to Guidewire's Interrogatories Nos. 3, 10, 16, 17 and 18, dated 04/27/09 | 003638 |
| 66 | Signed Reliance - Andersen Consulting Reliance Task Assistant Claims System Project Consultation Agreement, dated 06/01/98, ACN05534988-5009 | 003875 |
| 67 | Wayne L. Hoeschen Deposition Minuscript of 08/05/09 | 003897 |
| 68 | Lucarini Deposition Exhibit 4: E-mail from Michael Lucarini to Regina Kline and Shon Bose re: Reliance Arrangement Letter for Requirements Confirmation for signature, dated 03/10/98, ACN00588281-93 | 003894 |
| 69 | G. Victor Guyan Deposition Minuscript of 08/03/09 | 003999 |
| 70 | Andersen Consulting fax from Mike Badower to Nikole Jankovska enclosing the signed St. Paul Fire and Marine Consulting Services Agreement of 02/08/95, dated 05/20/97, ACN05535696-704 | 004129 |
| 71 | Accenture Leadership in Claims Workers Compensation Simulation Script, undated, ACN05712381 | 004138 |
| 72 | Guyan Deposition Exhibit 43: Draft Andersen Consulting letter from David P. Hollander to Michael Natan of Reliance Insurance Co. re Millennium Claims initiatives, dated 03/10/98, ACN00588284-9 | 004150 |
| 73 | Guyan Deposition Exhibit 45: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case," dated 02/19/98 | 004156 |
| 74 | Hoeschen Deposition Exhibit 7: Fax enclosing unsigned Andersen Consulting letter of 06/16/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325073-85 | 004190 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 75 | Hoeschen Deposition Exhibit 8: Fax enclosing unsigned Andersen Consulting letter of 09/29/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325086-90 | 004203 |
| 76 | Lucarini Deposition Exhibit 5: Reliance – Andersen Consulting, Reliance Task Assistant Claims System Project Consulting Agreement for Work Order No. 1, dated 10/22/98, ACN05534967-87 | 004208 |
| 77 | ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004229 |
| 78 | Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004253 |
| 79 | Jackowski Deposition Exhibit 1: Notice and Subpoena to Michael A. Jackowski, dated 10/19/09 | 004278 |
| 80 | Jackowski Deposition Exhibit 2: Michael A. Jackowski – Andersen Consulting résumé, ACN00507145-7 | 004284 |
| 81 | Jackowski Deposition Exhibit 3: FinancialWorks PowerPoint on Salsa Project, dated 04/02/98 | 004287 |
| 82 | Jackowski Deposition Exhibit 4: Andersen Consulting PowerPoint on Astro Project Debrief, dated 00/00/98 | 004300 |
| 83 | Jackowski Deposition Exhibit 5: Address Book, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295213-32 | 004322 |
| 84 | Jackowski Deposition Exhibit 6: Address Book, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295234-40 | 004342 |
| 85 | Jackowski Deposition Exhibit 7: Project Tango, Component Description, Address Book, dated 05/05/98, ACN02310613-4 | 004349 |
| 86 | Jackowski Deposition Exhibit 8: Project Tango, Component Description, Performer, dated 04/29/98, ACN02310636-7 | 004351 |
| 87 | Jackowski Deposition Exhibit 9: Project Tango, Component Description, Forms and Correspondence, dated 04/29/98, ACN02310621-2 | 004353 |
| 88 | Jackowski Deposition Exhibit 10: Project Tango, Component Description, File Notes, dated 04/29/98, ACN02310623-4 | 004355 |
| 89 | Jackowski Deposition Exhibit 11: Project Tango, Component Description, Event Processor / Task Engine, dated 04/30/98, ACN02310641-2 | 004357 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 90 | Jackowski Deposition Exhibit 12: Project Tango, Component Description, Injury, dated 07/22/98, ACN02310627-8 | 004359 |
| 91 | Jackowski Deposition Exhibit 13: Project Tango, Component Description, Organization, dated 04/30/98, ACN02310631-2 | 004361 |
| 92 | Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30 | 004363 |
| 93 | Jackowski Deposition Exhibit 15: Project Tango, Component Description, Participant, dated 04/29/98, ACN02310633-5 | 004365 |
| 94 | Jackowski Deposition Exhibit 16: Project Tango, Component Description, Index, dated 04/29/98, ACN02310625-6 | 004368 |
| 95 | Jackowski Deposition Exhibit 17: Project Tango, Component Description, Task Assistant, dated 04/29/98, ACN02310638-40 | 004370 |
| 96 | Jackowski Deposition Exhibit 18: Project Tango, Component Description, Claim History, dated 04/29/98, ACN02310619-20 | 004373 |
| 97 | Jackowski Deposition Exhibit 19: Project Tango, Component Description, Claim Folder, dated 04/29/98, ACN02310615-8 | 004375 |
| 98 | Jackowski Deposition Exhibit 20: Project Tango, UI Design with marginalia, dated 04/28-29/98, ACN05528698—788 | 004379 |
| 99 | Jackoswki Deposition Exhibit 21: Andersen Consulting PowerPoint entitled “Reliance Insurance Company, Millennium Claims System, Release 1 Business Case” dated 02/19/98 (also Guyan Deposition Exhibit 45) | 004470 |
| 100 | Jackoswki Deposition Exhibit 22: E-mail from Michelle L. Krause to Joseph E. Quinn re: review process doc, dated 07/25/97, ACN00592751-6 | 004504 |
| 101 | Jackoswki Deposition Exhibit 23: E-mail from Jill B. Smart to David P. Hollander, Thomas Skelly and Glenn A. Sieber re: URGENT – Project Tango Risks, dated 08/05/98, ACN0587479-83 | 004510 |
| 102 | Jackoswki Deposition Exhibit 24: E-mail from Shon Bose to Asif F. Mailk, Deborah J. Thornton, G. Victor Guyan, Jeffrey M. Wargin, Michael A. Jackowski, Richard E. Balon and William A. Grubb re: Agenda for March 16-18 Reliance visit to Financial Works, dated 03/16/98, ACN00588210-3 | 004515 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 103 | Jackoswki Deposition Exhibit 25: ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004519 |
| 104 | Jackoswki Deposition Exhibit 26: Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004543 |
| 105 | Jackoswki Deposition Exhibit 27: E-mail from William A. Grubb to Asif F. Malik re: RIC tech arch questions, dated 04/08/98, ACN00588176-8 | 004568 |
| 106 | Jackoswki Deposition Exhibit 28: Andersen Consulting PowerPoint for Microsoft Solutions Organization entitled "Leadership in Claims (LiC), A Model for MSO – Proven Practices, Mike Jackowski," dated 05/12/00 | 004571 |
| 107 | Michael A. Jackowski Minuscript of 10/30/09 | 004599 |
| 108 | Myron Ray Badower Minuscript of 11/25/09 | 004649 |
| 109 | Badower Deposition Exhibit 2: St. Paul Fire and Marine Claim Handler General Experience Information by Mike Badower, ACN02307495-6 | 004680 |
| 110 | Badower Deposition Exhibit 3: St. Paul Fire and Marine Task Assistant and File Notes General Experience Information by Mike Badower, ACN02307497-98 | 004682 |
| 111 | Badower Deposition Exhibit 4: ClaimWorks Windows Design Specifications manual, TRA00015049-285 | 004684 |
| 112 | Badower Deposition Exhibit 6: Draft Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work in the Structure Design and Analysis Project, dated 07/14/95, ACN05529385-405 | 004921 |
| 113 | Badower Deposition Exhibit 9: The St. Paul ClaimWorks Blueprint – Version 9/97, dated 10/06/97, TRA00000325-72 | 004942 |
| 114 | Badower Deposition Exhibit 17: Claim Folder, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295286-93 | 004990 |
| 115 | Badower Deposition Exhibit 18: Claim Folder, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295241-83 | 004998 |
| 116 | Badower Deposition Exhibit 19: Participant, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295365-73 | 005041 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 117 | Badower Deposition Exhibit 20: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295353-64 | 005050 |
| 118 | Badower Deposition Exhibit 21: Performer, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295386-92 | 005062 |
| 119 | Badower Deposition Exhibit 22: Performer, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295376-85 | 005069 |
| 120 | Badower Deposition Exhibit 23: Organization, Functional Business Requirements, ClaimWorks Redesign, dated 03/20/98, TRA00013660-69 | 005079 |
| 121 | Badower Deposition Exhibit 24: Organization, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN05528581-602 | 005089 |
| 122 | Badower Deposition Exhibit 25: Index, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295347-51 | 005111 |
| 123 | Badower Deposition Exhibit 26: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295338-46 | 005116 |
| 124 | Badower Deposition Exhibit 27: Forms and Correspondence, Functional Business Requirements, ClaimWorks Retooling, dated 04/03/98, ACN02295328-37 | 005125 |
| 125 | Badower Deposition Exhibit 28: Forms and Correspondence, Behavioral Specifications, ClaimWorks Retooling, dated 04/03/98, ACN02295294-325 | 005135 |
| 126 | Badower Deposition Exhibit 29: Organization Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528992-9001 | 005167 |
| 127 | Badower Deposition Exhibit 30: Performer Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528984-91 | 005177 |
| 128 | Badower Deposition Exhibit 33: FY 1998 Engagements > $5Million by client name, 00/00/00, ACN00586586 | 005185 |
| 129 | Michael A. Costonis Deposition Minuscript of 05/06/09 | 005190 |
| 130 | John L. DelSanto Deposition Minuscript of 09/11/09 | 005300 |
| 131 | Guidewire's Amended 30(b)(6) Notice of Deposition to Accenture, dated 06/23/09 | 005418 |
| 132 | Guidewire web site pages, ACN05754701 | 005427 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 133 | Accenture e-mail attaching document entitled "Guidewire Software Competitor Profile," dated 03/28/03, ACN00358999-9014 | 005488 |
| 134 | Preliminary Amendment from Guyan file history application no. 09/305,146, dated 04/19/02 | 005504 |
| 135 | U.S. PTO Office Action, Final Rejection of Guyan file history application no. 09/305,146, dated 05/06/02 | 005512 |
| 136 | Amendment from Guyan file history application no. 09/305,146, dated 07/03/02 | 005518 |
| 137 | Accenture e-mail attaching document entitled "June Competitive Update," dated 07/02/03, ACN00338412-4 | 005525 |
| 138 | Accenture e-mail from Donald Laackman to Anastasia Petropulos, Michelle L. Krause and Glenn A. Sieber re: Lunch with Steve Murnen – CNA, dated 05/22/03, ACN0348817-8 | 005528 |
| 139 | Accenture e-mail from Michael A. Lucarini to G. Victor Guyan re: forwarding website link for Guidewire board directors, dated 01/09/03, ACN0375622-3 | 005530 |
| 140 | Accenture e-mail from Michelle L. Krause to G. Victor Guyan, Donald Laackman and Anastasia Petropulos re: website link for Guidewire board directors, dated 01/08/03, ACN0375737 | 005532 |
| 141 | Guidewire website page listing Board of Advisors from Web Archive, 01/00/03, GW19456721-2 | 005533 |
| 142 | Metadata printout from ACN02310629, Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30, showing 04/30/98 creation date | 005535 |
| 143 | Shamos Amended Expert Report, Exhibit C, Cell 146J, dated 10/19/09 | 005537 |
| 144 | Shamos Amended Expert Report, Exhibit C, Cell 148J, dated 10/19/09 | 005538 |
| 145 | Shamos Amended Expert Report, pages 47, 48, 53 and 54, dated 10/19/09 | 005539 |
| 146 | Badower Deposition Exhibit 10: ClaimWorks, Claim Folder Design Deliverable Packet, TRA00014390-454, dated 07/30/96 | 005544 |
| 147 | Badower Deposition Exhibit 11: ClaimWorks, Participant Design Deliverable Packet, TRA00014558-74, dated 08/15/96 | 005609 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 148 | Badower Deposition Exhibit 12: ClaimWorks, Perfomer Deliverable Packet, TRA00014576-91, dated 08/13/96 | 005626 |
| 149 | Badower Deposition Exhibit 13: ClaimWorks, Organization Design Deliverable Packet, TRA00014620-37, dated 07/12/96 | 005642 |
| 150 | Badower Deposition Exhibit 14: ClaimWorks, Index Search Design Deliverable Packet, TRA00014537-56, dated 08/14/96 | 005660 |
| 151 | Badower Deposition Exhibit 15: ClaimWorks, Address Book Design Deliverable Packet, TRA00014456-98, dated 08/13/96 | 005680 |
| 152 | Badower Deposition Exhibit 16: ClaimWorks, Forms and Correspondence Design Deliverable Packet, TRA00014500-35, dated 07/17/96 | 005723 |
| 153 | Supplemental Information Disclosure Statement for U.S. Patent Application No. 11/017,086, dated 07/11/05 | 005759 |
| 154 | Guidewire's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,013,284 under 35 U.S.C. §§ 302-307, dated 06/19/08 | 005763 |
| 155 | U.S.P.T.O. Grant of *Ex Parte* Reexamination of U.S. Patent No. 7,013,284, dated 08/01/08 | 005890 |
| 156 | U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 07/17/09 | 005903 |
| 157 | Accenture Response to U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 09/17/09 | 005931 |
| 158 | Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006204 |
| 159 | Declaration of Marcus Ryu, dated 12/16/09 | 006284 |
| 160 | Pyramid for Windows version 1.2, CP 001486–2027, dated 00/00/96 | 006285 |
| 161 | About Pyramid for Windows, Documentation & Product Support, CP 001692-1724 | 006665 |
| 162 | Amended Opening Expert Report of William Kuebler Relating to Invalidity of U.S. Patent Nos. 7,013,284 and 7,017,111, dated 10/12/09 | 006698 |
| 163 | Exhibit C to Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006944 |
| 164 | Exhibit A to Invalidity Expert Report of William Kuebler, dated 11/30/09 | 007150 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 165 | Supplemental Expert Report of Michael I. Shamos Regarding Infringement of Patents-In-Suit with Exhibit B, dated 11/30/09 | 007597 |
| 166 | Supplemented Exhibit D to Supplemental Expert Report of Michael I. Shamos Regarding Infrigement of the Patents-In-Suit, dated 11/30/09 | 007779 |
| 167 | Expert Report of Bill Kuebler on Noninfringement, dated 12/14/09 | 007863 |
| 168 | Shamos Expert Report Exhibit D, Cell 52L, dated 11/30/09 | 007975 |
| 169 | Shamos Expert Report Exhibit D, Cell 55L, dated 11/30/09 | 007976 |
| 170 | Pyramid for Windows File Folder Product Description, CP 006001-45, dated 00/00/98 | 007977 |
| 171 | Pyramid for Windows Account Set up and Claim Processing Training Guide, CNAGW000163-844 dated 12/00/98 | 008010 |
| 172 | Hamman Deposition Exhibit 2: Contracts, CSC001173-80 | 008692 |
| 173 | Shamos Expert Report Exhibit C, Cells 108J-110K, dated 10/16/09 | 008700 |
| 174 | Shamos Expert Report Exhibit C, Cells 82J-82K, dated 10/16/09 | 008704 |
| 175 | Shamos Expert Report Exhibit C, Cells 85J, dated 10/16/09 | 008706 |
| 176 | Shamos Expert Report Exhibit D, Cell 24L, dated 11/30/09 | 008707 |
| 177 | Shamos Expert Report Exhibit D, Cell 91L, dated 11/30/09 | 008708 |
| 178 | Article entitled "Vendor and Comparative Analysis" by David A. Tweedy, GW09445759, dated 00/00/95 | 008709 |
| 179 | Article entitled "Vendor Profile" by David A. Tweedy, GW09445760, dated 00/00/95 | 008712 |
| 180 | Article entitled "Vendor/System Review " by David A. Tweedy, GW09445761, dated 00/00/95 | 008715 |
| 181 | Article entitled "Comparative Analysis Large to Moderate Systems" by David A. Tweedy, GW09445707, dated 00/00/95 | 008753 |
| 182 | Supplemental Expert Report on Invalidity of Bill Kuebler, dated 11/30/09 | 008757 |
| 183 | Declaration of John Seybold, dated 12/16/09 | 008842 |

# EXHIBITS 26-28
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 29

LEGAL PROJECT ERD - v1.2 Pyramid Services, Inc. copyright, 1996 all rights reserved

Compiled 10-28-96




COPY ✓

CLAIM PROJECT ERD - v1.2 Pyramid Services, Inc. copyright, 1995 all rights reserved



**PAYMENT PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved

Completed 10-28-96



**REPORTS PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved



POLICY PROJECT ERD - v1.2 Pyramid Services, Inc. copyright, 1995 all rights reserved
Complete 10-15-95



**SECURITY PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved **Completed 10-17**




Project Name:
Project Path:
Chart File:
Chart Name: User Security
Created On: Jun-15-1995
Created By:
Modified On: Oct-17-1996
Modified By:

**SAFETY PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved
Completed 10-25-96






| | |
|---|---|
| Project Name: | |
| Project Path: | |
| Chart File: | |
| Chart Name: | Recoveries |
| Created On: | Feb-06-1996 |
| Created By: | |
| Modified On: | Oct-28-1996 |
| Modified By: | |

**BANK PROJECT ERD - v1.2** **Pyramid Services, Inc. copyright, 1995 all rights reserved**

**Complete 10-28-96**




| | |
|---|---|
| **Project Name:** | |
| **Project Path:** | |
| **Chart File:** | |
| **Chart Name:** | Bank |
| **Created On:** | Jun-14-1995 |
| **Created By:** | |
| **Modified On:** | Oct-28-1996 |
| **Modified By:** | |

**CLIENT PROJECT ERD - v1.2** **Pyramid Services, Inc. copyright, 1995 all rights reserved**
**Complete 10-29-96**




| | |
|---|---|
| Project Name: | |
| Project Path: | |
| Chart File: | |
| Chart Name: | Client |
| Created On: | Jun-14-1995 |
| Created By: | |
| Modified On: | Oct-28-1996 |
| Modified By: | |


Claimants (CLAIMANT)
FOL_ID-CLMT_ID
Med. Mngt. Cases (MMCASE)
CLAIM
CLMXREF
fol_id - clmt_id
unq_id,clm_sfx
UNQ_ID-CASE_ID
CASE_ID
Med Provider Cross Ref (MMXREF)
SVC_TYP, NA_TYP, NA_ID, NA_SFX
Medical Episodes (MMEPIS)
MMXREF (claim.unq_id, claimant.clm_sfx,'M', na_typ,na_id,na-sfx) - CLMXREF(unq_id, clm_sfx,ref_typ,na_typ,na_id,na_sfx)
EPIS_ID
PRV_TYP, TYP, ID, ID_SFX
Medical Plans (MMPLAN)
MMCASE(case_id,'MMCASE') -FILEFOLD(tar_id,fil_nam)
MMPLAN(plan_id,'MMPLAN') -FILEFOLD(tar_id,fil_nam)
MMXREF(na_typ,na_id,na_sfx) PPO(na_typ,na_id,na_sfx)
WORKSCHD
FILEFOLD
PLAN_ID
PPO
NAMEIND(typ,id,id_sfx) -PPO(na_typ,na_id,na_sfx)
Medical Plan Detail (MMPLNDET)
NAMEIND
MMXREF (svc_typ,na_typ,na_id,na_sfx) - NAMEIND(typ_cod,typ,id,id_sfx)
MMPLAN( prv_typ,na_typ,na_id,na_sfx)-NAMEIND(typ_cod,typ,id,id_sfx)
Chart Name: Medical Management
Created On: Feb-06-1996
Created By:
Modified On: Oct-17-1996
Modified By:




Chart Name: Medical Fee
Created On: Feb-06-1996
Modified On: Oct-28-1996
Modified By:

CODES PROJECT ERD - v1.2 Pyramid Services, Inc: copyright, 1995 all rights reserved

Complete 10-15-96




Chart Name: Codes
Created On: Jun-15-1995
Modified On: Oct-15-1996


LANGUAGE
EMPLOYEE
MEDINFO (Med. Provider Info)
MMXREF
PPO
ppo_c
PPONAM (Name Info)
unq_id
unq_id
MMXREF(NA_TYP,NA_ID,NA_SFX,[SVC_TYP])
TYP,ID,ID_SFX,[TYP_COD]
ppo_cod
EMPLOYEE(soc_num)-NAMEIND(id)
Names (NAMEIND)
NAMEIND (typ,id,id_sfx) - PPO(na_typ,na_id,na_sfx)
PPOSTA
NA_TYP,NA_ID,NA_SFX
UNQ_ID
ppo_
CLMXREF
unq_id
Addresses (ADDRESS)
CLIENTP
NAMEMED (Med. Specialties)
unq_id
unq_id,spec_cod
NAMESVC (Medical Services)
Below are various Views of NAMEIND and ADDRESS
NAMEALL
NAMESEND
NAMECORR
NAMEADDR
Chart Name: New 1.2 Name / A
Created On: Jul-08-1996
Created By:
Modified On: Oct-17-1996
Modified By:




Project Name:
Project Path:
Chart File:
Chart Name: Locate
Created On: Jun-07-1995
Created By:
Modified On: Oct-17-1996
Modified By:

**FILE FOLDER PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved **Completed 10-17-96**



**EMPLOYEE PROJECT ERD - v1.2** Pyramid Services, Inc. copyright, 1995 all rights reserved
Complete 10-28-96



Complete 10-15-96

1STREPORT PROJECT ERD - v1.2 Pyramid Services, Inc. copyright, 1995 all rights reserved






| | |
|---|---|
| Project Name: | |
| Project Path: | |
| Chart File: | |
| Chart Name: | Claim Financial |
| Created On: | Feb-07-1996 |
| Created By: | |
| Modified On: | Oct-28-1996 |
| Modified By: | |

# EXHIBITS 30-38
# REDACTED IN THEIR ENTIRETY