IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S**
**MOTIONS FOR SUMMARY JUDGMENT**

**Volume 4 (Exhibits 59-64)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Confidential Version Filed: December 16, 2009
Public Version Filed: January 8, 2010

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 1 | James Hatch Deposition Minuscript of 08/27/09 | 000001 |
| 2 | David Horton Deposition Minuscript of 08/26/09, vol. 1 | 000036 |
| 3 | David Horton Deposition Minuscript of 08/26/09, vol. 2 | 000133 |
| 4 | Douglas Johnston Deposition Minuscript, 07/01/09 | 000161 |
| 5 | Michael J. Hamman Deposition Minuscript, 09/22/09 | 000217 |
| 6 | Claims and Names & Tables from Pyramid v. 1.2 (produced by Accident Fund without Bates numbers) | 000282 |
| 7 | Pyramid System for Windows Expected Hardware and Software Requirements, CNAGW000014 | 000469 |
| 8 | Claims Administration from Pyramid v. 1.2, CP 000001-39 | 000470 |
| 9 | About Pyramid for Windows, Documentation & Product Support, from Pyramid v. 1.2, CP 000104-36 | 000509 |
| 10 | Litigation Management from Pyramid for Windows User's Guide, CP 000137-42 | 000542 |
| 11 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 000259-72 | 000548 |
| 12 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 000458-81 | 000562 |
| 13 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 001725-38 | 000586 |
| 14 | User Configuration / Set Up for v.1.2 Pyramid for Windows, CP 001739-1804 | 000600 |
| 15 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 001879-1902 | 000666 |
| 16 | Claims Administration for v.1.2 Pyramid for Windows, CP 001903-42 | 000690 |
| 17 | Litigation Management from Pyramid for Windows User's Guide, CP 001973-8 | 000730 |
| 18 | Regulatory Forms for v.1.2 Pyramid for Windows, CP 001979-2005 | 000736 |
| 19 | FileFolder Pyramid for Windows v.1.2b, CP 004805-37 | 000763 |
| 20 | General Tables from v.1.2b Database Layouts, CP 005722-65 | 000796 |
| 21 | Claims Tables from v.1.2b Database Layouts, CP 005766-92 | 000840 |
| 22 | Name and Address Tables v.1.2b Database Layouts, CP 005793-805 | 000867 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 23 | Appendix from v.1.2b Systems Administrator Training Workbook, CP 007452-72 | 000880 |
| 24 | File Folder Overview from v.1.2b Systems Administrator Training Workbook, CP 007517-38 | 000901 |
| 25 | Printout of Policy.SQX source code, CP 007821-86 | 000923 |
| 26 | Printout of ACCPARTY.FRM source code, CP 008157-350 | 000989 |
| 27 | Printout of CLAIM.FRM source code, CP 008351-454 | 001183 |
| 28 | Printout of PYRAMID.FRM source code, CP 008455-709 | 001287 |
| 29 | Entity Relationship Diagrams from Pyramid vol. 001 | 001542 |
| 30 | Horton Deposition Exhibit 5, printout of PAYMENT.FRM source code, CP 008552-4 | 001561 |
| 31 | Horton Deposition Exhibit 6, printout of claimant.sqx source code, CP 008880-2 | 001564 |
| 32 | Horton Deposition Exhibit 9, printout of SCHEDULE.MAK source code, CP 009301 | 001567 |
| 33 | Horton Deposition Exhibit 10, printout of SCHEDNEW.FRM source code, CP 008974-92 | 001568 |
| 34 | Horton Deposition Exhibit 11, printout of SCHEDULE.FRM source code, CP 008777-86 | 001587 |
| 35 | Horton Deposition Exhibit 12, printout of CLAIM.SQX source code, CP 008826-64 | 001597 |
| 36 | Horton Deposition Exhibit 13, printout of claim.txt source code, CP 009364-71 | 001636 |
| 37 | Diamond System Manual, dated 01/03/97, ASI 0000001-140 | 001644 |
| 38 | Diamond Personal Auto, ASI 0003635-46 | 001784 |
| 39 | Diamond System 3.5.032 User Training Manual, INSFT 000001-482 | 001796 |
| 40 | Professional Services Agreement with Applied Systems and Cincinnati Equitable, INSFT 000409-37 | 002278 |
| 41 | Professional Services Agreement with Applied Systems and Proformance Insurance, INSFT 000438-64 | 002307 |
| 42 | Professional Services Agreement with Applied Systems and Palisades Safety, INSFT 000465-93 | 002334 |
| 43 | Professional Services Agreement with Applied Systems and Safeway Property, INSFT 000494-523 | 002363 |
| 44 | Professional Services Agreement with Applied Systems and Northern Mutual, INSFT 000524-53 | 002393 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 45 | Professional Services Agreement with Applied Systems and Southern Mutual, INSFT 000554-84 | 002423 |
| 46 | Professional Services Agreement with Applied Systems and 1st Auto Casualty, INSFT 000585-623 | 002454 |
| 47 | Johnston Deposition Exhibit 134, The Diamond System V2.0 (System Date: 11/03/95) Transaction Selection screen shot | 002493 |
| 48 | Johnston Deposition Exhibit 135, The Diamond System V2.0 (System Date: 11/03/95) Open Tasks screen shot | 002494 |
| 49 | Johnston Deposition Exhibit 136, The Diamond System V2.0 (System Date: 11/03/95) Policy Control screen shot | 002495 |
| 50 | Johnston Deposition Exhibit 137, The Diamond System V2.0 (System Date: 11/03/95) Client Visual Tree screen shot | 002496 |
| 51 | Johnston Deposition Exhibit 138, The Diamond System V2.0 (System Date: 11/03/95) Claim Detail screen shot | 002497 |
| 52 | Johnston Deposition Exhibit 140, article entitled "It's a Gem The Diamond System Speeds Policy Processing" by Elisabeth Boone, CPCU | 002498 |
| 53 | Johnston Deposition Exhibit 141, page from web archive no. 19981201192832, The Diamond System Overview and Features | 002504 |
| 54 | Web Archive No. 19970715154234, The Diamond System, GW08667516 | 002505 |
| 55 | Web Archive No. 19981201192832, The Diamond System Overview and Features, GW08667502 | 002507 |
| 56 | Web Archive No. 19991012203359, Diamond System Sample Workflow Step #2, Open Task, GW08667506 | 002509 |
| 57 | Web Archive No. 20010302142225, The Diamond System Architecture | 002511 |
| 58 | RISKMASTER/Win Advanced Operations Guide, CSC000001-229 | 002512 |
| 59 | RISKMASTER/Win System Adminsitrator's Guide, CSC000230-408 | 002741 |
| 60 | RISKMASTER/Win User's Guide, CSC000409-815 | 002920 |
| 61 | RISKMASTER/Win Report Guide, CSC000816-1074 | 003327 |
| 62 | Screen shots of RISKMASTER/Win System, CSC001182-1207 | 003586 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 63 | Unsigned Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work on Claim Handler Utilities project, dated 04/10/98 | 003614 |
| 64 | FinancialWorks Letter of Understanding on Project Astro, dated 06/15/98 | 003624 |
| 65 | Accenture's Supplemental Responses to Guidewire's Interrogatories Nos. 3, 10, 16, 17 and 18, dated 04/27/09 | 003638 |
| 66 | Signed Reliance - Andersen Consulting Reliance Task Assistant Claims System Project Consultation Agreement, dated 06/01/98, ACN05534988-5009 | 003875 |
| 67 | Wayne L. Hoeschen Deposition Minuscript of 08/05/09 | 003897 |
| 68 | Lucarini Deposition Exhibit 4: E-mail from Michael Lucarini to Regina Kline and Shon Bose re: Reliance Arrangement Letter for Requirements Confirmation for signature, dated 03/10/98, ACN00588281-93 | 003894 |
| 69 | G. Victor Guyan Deposition Minuscript of 08/03/09 | 003999 |
| 70 | Andersen Consulting fax from Mike Badower to Nikole Jankovska enclosing the signed St. Paul Fire and Marine Consulting Services Agreement of 02/08/95, dated 05/20/97, ACN05535696-704 | 004129 |
| 71 | Accenture Leadership in Claims Workers Compensation Simulation Script, undated, ACN05712381 | 004138 |
| 72 | Guyan Deposition Exhibit 43: Draft Andersen Consulting letter from David P. Hollander to Michael Natan of Reliance Insurance Co. re Millennium Claims initiatives, dated 03/10/98, ACN00588284-9 | 004150 |
| 73 | Guyan Deposition Exhibit 45: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case," dated 02/19/98 | 004156 |
| 74 | Hoeschen Deposition Exhibit 7: Fax enclosing unsigned Andersen Consulting letter of 06/16/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325073-85 | 004190 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 75 | Hoeschen Deposition Exhibit 8: Fax enclosing unsigned Andersen Consulting letter of 09/29/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325086-90 | 004203 |
| 76 | Lucarini Deposition Exhibit 5: Reliance – Andersen Consulting, Reliance Task Assistant Claims System Project Consulting Agreement for Work Order No. 1, dated 10/22/98, ACN05534967-87 | 004208 |
| 77 | ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004229 |
| 78 | Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004253 |
| 79 | Jackowski Deposition Exhibit 1: Notice and Subpoena to Michael A. Jackowski, dated 10/19/09 | 004278 |
| 80 | Jackowski Deposition Exhibit 2: Michael A. Jackowski – Andersen Consulting résumé, ACN00507145-7 | 004284 |
| 81 | Jackowski Deposition Exhibit 3: FinancialWorks PowerPoint on Salsa Project, dated 04/02/98 | 004287 |
| 82 | Jackowski Deposition Exhibit 4: Andersen Consulting PowerPoint on Astro Project Debrief, dated 00/00/98 | 004300 |
| 83 | Jackowski Deposition Exhibit 5: Address Book, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295213-32 | 004322 |
| 84 | Jackowski Deposition Exhibit 6: Address Book, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295234-40 | 004342 |
| 85 | Jackowski Deposition Exhibit 7: Project Tango, Component Description, Address Book, dated 05/05/98, ACN02310613-4 | 004349 |
| 86 | Jackowski Deposition Exhibit 8: Project Tango, Component Description, Performer, dated 04/29/98, ACN02310636-7 | 004351 |
| 87 | Jackowski Deposition Exhibit 9: Project Tango, Component Description, Forms and Correspondence, dated 04/29/98, ACN02310621-2 | 004353 |
| 88 | Jackowski Deposition Exhibit 10: Project Tango, Component Description, File Notes, dated 04/29/98, ACN02310623-4 | 004355 |
| 89 | Jackowski Deposition Exhibit 11: Project Tango, Component Description, Event Processor / Task Engine, dated 04/30/98, ACN02310641-2 | 004357 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 90 | Jackowski Deposition Exhibit 12: Project Tango, Component Description, Injury, dated 07/22/98, ACN02310627-8 | 004359 |
| 91 | Jackowski Deposition Exhibit 13: Project Tango, Component Description, Organization, dated 04/30/98, ACN02310631-2 | 004361 |
| 92 | Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30 | 004363 |
| 93 | Jackowski Deposition Exhibit 15: Project Tango, Component Description, Participant, dated 04/29/98, ACN02310633-5 | 004365 |
| 94 | Jackowski Deposition Exhibit 16: Project Tango, Component Description, Index, dated 04/29/98, ACN02310625-6 | 004368 |
| 95 | Jackowski Deposition Exhibit 17: Project Tango, Component Description, Task Assistant, dated 04/29/98, ACN02310638-40 | 004370 |
| 96 | Jackowski Deposition Exhibit 18: Project Tango, Component Description, Claim History, dated 04/29/98, ACN02310619-20 | 004373 |
| 97 | Jackowski Deposition Exhibit 19: Project Tango, Component Description, Claim Folder, dated 04/29/98, ACN02310615-8 | 004375 |
| 98 | Jackowski Deposition Exhibit 20: Project Tango, UI Design with marginalia, dated 04/28-29/98, ACN05528698—788 | 004379 |
| 99 | Jackoswki Deposition Exhibit 21: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case" dated 02/19/98 (also Guyan Deposition Exhibit 45) | 004470 |
| 100 | Jackoswki Deposition Exhibit 22: E-mail from Michelle L. Krause to Joseph E. Quinn re: review process doc, dated 07/25/97, ACN00592751-6 | 004504 |
| 101 | Jackoswki Deposition Exhibit 23: E-mail from Jill B. Smart to David P. Hollander, Thomas Skelly and Glenn A. Sieber re: URGENT – Project Tango Risks, dated 08/05/98, ACN0587479-83 | 004510 |
| 102 | Jackoswki Deposition Exhibit 24: E-mail from Shon Bose to Asif F. Mailk, Deborah J. Thornton, G. Victor Guyan, Jeffrey M. Wargin, Michael A. Jackowski, Richard E. Balon and William A. Grubb re: Agenda for March 16-18 Reliance visit to Financial Works, dated 03/16/98, ACN00588210-3 | 004515 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 103 | Jackoswki Deposition Exhibit 25: ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004519 |
| 104 | Jackoswki Deposition Exhibit 26: Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004543 |
| 105 | Jackoswki Deposition Exhibit 27: E-mail from William A. Grubb to Asif F. Malik re: RIC tech arch questions, dated 04/08/98, ACN00588176-8 | 004568 |
| 106 | Jackoswki Deposition Exhibit 28: Andersen Consulting PowerPoint for Microsoft Solutions Organization entitled "Leadership in Claims (LiC), A Model for MSO – Proven Practices, Mike Jackowski," dated 05/12/00 | 004571 |
| 107 | Michael A. Jackowski Minuscript of 10/30/09 | 004599 |
| 108 | Myron Ray Badower Minuscript of 11/25/09 | 004649 |
| 109 | Badower Deposition Exhibit 2: St. Paul Fire and Marine Claim Handler General Experience Information by Mike Badower, ACN02307495-6 | 004680 |
| 110 | Badower Deposition Exhibit 3: St. Paul Fire and Marine Task Assistant and File Notes General Experience Information by Mike Badower, ACN02307497-98 | 004682 |
| 111 | Badower Deposition Exhibit 4: ClaimWorks Windows Design Specifications manual, TRA00015049-285 | 004684 |
| 112 | Badower Deposition Exhibit 6: Draft Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work in the Structure Design and Analysis Project, dated 07/14/95, ACN05529385-405 | 004921 |
| 113 | Badower Deposition Exhibit 9: The St. Paul ClaimWorks Blueprint – Version 9/97, dated 10/06/97, TRA00000325-72 | 004942 |
| 114 | Badower Deposition Exhibit 17: Claim Folder, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295286-93 | 004990 |
| 115 | Badower Deposition Exhibit 18: Claim Folder, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295241-83 | 004998 |
| 116 | Badower Deposition Exhibit 19: Participant, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295365-73 | 005041 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 117 | Badower Deposition Exhibit 20: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295353-64 | 005050 |
| 118 | Badower Deposition Exhibit 21: Performer, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295386-92 | 005062 |
| 119 | Badower Deposition Exhibit 22: Performer, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295376-85 | 005069 |
| 120 | Badower Deposition Exhibit 23: Organization, Functional Business Requirements, ClaimWorks Redesign, dated 03/20/98, TRA00013660-69 | 005079 |
| 121 | Badower Deposition Exhibit 24: Organization, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN05528581-602 | 005089 |
| 122 | Badower Deposition Exhibit 25: Index, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295347-51 | 005111 |
| 123 | Badower Deposition Exhibit 26: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295338-46 | 005116 |
| 124 | Badower Deposition Exhibit 27: Forms and Correspondence, Functional Business Requirements, ClaimWorks Retooling, dated 04/03/98, ACN02295328-37 | 005125 |
| 125 | Badower Deposition Exhibit 28: Forms and Correspondence, Behavioral Specifications, ClaimWorks Retooling, dated 04/03/98, ACN02295294-325 | 005135 |
| 126 | Badower Deposition Exhibit 29: Organization Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528992-9001 | 005167 |
| 127 | Badower Deposition Exhibit 30: Performer Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528984-91 | 005177 |
| 128 | Badower Deposition Exhibit 33: FY 1998 Engagements > $5Million by client name, 00/00/00, ACN00586586 | 005185 |
| 129 | Michael A. Costonis Deposition Minuscript of 05/06/09 | 005190 |
| 130 | John L. DelSanto Deposition Minuscript of 09/11/09 | 005300 |
| 131 | Guidewire's Amended 30(b)(6) Notice of Deposition to Accenture, dated 06/23/09 | 005418 |
| 132 | Guidewire web site pages, ACN05754701 | 005427 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 133 | Accenture e-mail attaching document entitled "Guidewire Software Competitor Profile," dated 03/28/03, ACN00358999-9014 | 005488 |
| 134 | Preliminary Amendment from Guyan file history application no. 09/305,146, dated 04/19/02 | 005504 |
| 135 | U.S. PTO Office Action, Final Rejection of Guyan file history application no. 09/305,146, dated 05/06/02 | 005512 |
| 136 | Amendment from Guyan file history application no. 09/305,146, dated 07/03/02 | 005518 |
| 137 | Accenture e-mail attaching document entitled "June Competitive Update," dated 07/02/03, ACN00338412-4 | 005525 |
| 138 | Accenture e-mail from Donald Laackman to Anastasia Petropulos, Michelle L. Krause and Glenn A. Sieber re: Lunch with Steve Murnen – CNA, dated 05/22/03, ACN0348817-8 | 005528 |
| 139 | Accenture e-mail from Michael A. Lucarini to G. Victor Guyan re: forwarding website link for Guidewire board directors, dated 01/09/03, ACN0375622-3 | 005530 |
| 140 | Accenture e-mail from Michelle L. Krause to G. Victor Guyan, Donald Laackman and Anastasia Petropulos re: website link for Guidewire board directors, dated 01/08/03, ACN0375737 | 005532 |
| 141 | Guidewire website page listing Board of Advisors from Web Archive, 01/00/03, GW19456721-2 | 005533 |
| 142 | Metadata printout from ACN02310629, Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30, showing 04/30/98 creation date | 005535 |
| 143 | Shamos Amended Expert Report, Exhibit C, Cell 146J, dated 10/19/09 | 005537 |
| 144 | Shamos Amended Expert Report, Exhibit C, Cell 148J, dated 10/19/09 | 005538 |
| 145 | Shamos Amended Expert Report, pages 47, 48, 53 and 54, dated 10/19/09 | 005539 |
| 146 | Badower Deposition Exhibit 10: ClaimWorks, Claim Folder Design Deliverable Packet, TRA00014390-454, dated 07/30/96 | 005544 |
| 147 | Badower Deposition Exhibit 11: ClaimWorks, Participant Design Deliverable Packet, TRA00014558-74, dated 08/15/96 | 005609 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 148 | Badower Deposition Exhibit 12: ClaimWorks, Perfomer Deliverable Packet, TRA00014576-91, dated 08/13/96 | 005626 |
| 149 | Badower Deposition Exhibit 13: ClaimWorks, Organization Design Deliverable Packet, TRA00014620-37, dated 07/12/96 | 005642 |
| 150 | Badower Deposition Exhibit 14: ClaimWorks, Index Search Design Deliverable Packet, TRA00014537-56, dated 08/14/96 | 005660 |
| 151 | Badower Deposition Exhibit 15: ClaimWorks, Address Book Design Deliverable Packet, TRA00014456-98, dated 08/13/96 | 005680 |
| 152 | Badower Deposition Exhibit 16: ClaimWorks, Forms and Correspondence Design Deliverable Packet, TRA00014500-35, dated 07/17/96 | 005723 |
| 153 | Supplemental Information Disclosure Statement for U.S. Patent Application No. 11/017,086, dated 07/11/05 | 005759 |
| 154 | Guidewire's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,013,284 under 35 U.S.C. §§ 302-307, dated 06/19/08 | 005763 |
| 155 | U.S.P.T.O. Grant of *Ex Parte* Reexamination of U.S. Patent No. 7,013,284, dated 08/01/08 | 005890 |
| 156 | U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 07/17/09 | 005903 |
| 157 | Accenture Response to U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 09/17/09 | 005931 |
| 158 | Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006204 |
| 159 | Declaration of Marcus Ryu, dated 12/16/09 | 006284 |
| 160 | Pyramid for Windows version 1.2, CP 001486–2027, dated 00/00/96 | 006285 |
| 161 | About Pyramid for Windows, Documentation & Product Support, CP 001692-1724 | 006665 |
| 162 | Amended Opening Expert Report of William Kuebler Relating to Invalidity of U.S. Patent Nos. 7,013,284 and 7,017,111, dated 10/12/09 | 006698 |
| 163 | Exhibit C to Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006944 |
| 164 | Exhibit A to Invalidity Expert Report of William Kuebler, dated 11/30/09 | 007150 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 165 | Supplemental Expert Report of Michael I. Shamos Regarding Infringement of Patents-In-Suit with Exhibit B, dated 11/30/09 | 007597 |
| 166 | Supplemented Exhibit D to Supplemental Expert Report of Michael I. Shamos Regarding Infrigement of the Patents-In-Suit, dated 11/30/09 | 007779 |
| 167 | Expert Report of Bill Kuebler on Noninfringement, dated 12/14/09 | 007863 |
| 168 | Shamos Expert Report Exhibit D, Cell 52L, dated 11/30/09 | 007975 |
| 169 | Shamos Expert Report Exhibit D, Cell 55L, dated 11/30/09 | 007976 |
| 170 | Pyramid for Windows File Folder Product Description, CP 006001-45, dated 00/00/98 | 007977 |
| 171 | Pyramid for Windows Account Set up and Claim Processing Training Guide, CNAGW000163-844 dated 12/00/98 | 008010 |
| 172 | Hamman Deposition Exhibit 2: Contracts, CSC001173-80 | 008692 |
| 173 | Shamos Expert Report Exhibit C, Cells 108J-110K, dated 10/16/09 | 008700 |
| 174 | Shamos Expert Report Exhibit C, Cells 82J-82K, dated 10/16/09 | 008704 |
| 175 | Shamos Expert Report Exhibit C, Cells 85J, dated 10/16/09 | 008706 |
| 176 | Shamos Expert Report Exhibit D, Cell 24L, dated 11/30/09 | 008707 |
| 177 | Shamos Expert Report Exhibit D, Cell 91L, dated 11/30/09 | 008708 |
| 178 | Article entitled “Vendor and Comparative Analysis” by David A. Tweedy, GW09445759, dated 00/00/95 | 008709 |
| 179 | Article entitled “Vendor Profile” by David A. Tweedy, GW09445760, dated 00/00/95 | 008712 |
| 180 | Article entitled “Vendor/System Review ” by David A. Tweedy, GW09445761, dated 00/00/95 | 008715 |
| 181 | Article entitled “Comparative Analysis Large to Moderate Systems” by David A. Tweedy, GW09445707, dated 00/00/95 | 008753 |
| 182 | Supplemental Expert Report on Invalidity of Bill Kuebler, dated 11/30/09 | 008757 |
| 183 | Declaration of John Seybold, dated 12/16/09 | 008842 |

# EXHIBITS 59-62
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 63

April 10, 1998

Mr. Michael J. Conroy
Executive Vice President and Chief Administrative Officer
Mr. Wayne L. Hoeschen
Senior Vice President, Information Systems
St. Paul Fire and Marine Insurance Company
385 Washington Street
Saint Paul, Minnesota 55102

Dear Messrs. Conroy and Hoeschen:

We are pleased to confirm our arrangements to assist St. Paul Fire and Marine Insurance Company, hereafter referred to as "St. Paul", in the development of the Claim Handler Utilities functions onto the Microsoft-centric component-based architecture ("Project"). This Project will position both the replatformed Claim Handler Utilities on Visual Basic ("VBCHU") and the recently completed Task Assistant/File Notes on the same Microsoft-centric architecture. Positioning all of the Claims Handler client and server components on the Microsoft-centric architecture will eliminate the complexities of integrating and maintaining applications built on two different, competing, architectural standards and toolsets. Future integration to existing or packaged server applications may also be simplified and standardized through Microsoft's COM/DCOM interface.

This letter ("Arrangement Letter") is an Appendix to the Consulting Services Agreement between Andersen Consulting LLP ("Andersen Consulting") and St. Paul dated February 8, 1995, and sets forth the terms of this engagement and confirms the role that St. Paul and Andersen Consulting will play in the design ("Design") and construction ("Construction") of VBCHU components and documents our arrangements for this effort regarding:

- Scope and Objectives
- Approach, Timeline and Deliverables
- Technical Architecture
- Project Organization and Staffing
- Professional Fees
- Asset Rights and Business Arrangements
- General Business Terms

**Scope and Objectives**

We understand that St. Paul's business objectives for ClaimWorks™ include: enhancing claim handler productivity, improving data quality and providing superior customer service, and providing flexibility to enable acquisition and new product development. The Project leverages the work done to date on ClaimWorks™ and on Andersen Consulting's Millennium

Claims design to help achieve your objectives. The design and construction Project will design, build and product/performance test the VBCHU functionality based on the design confirmation work just completed. The deliverables from the successfully completed Design Confirmation define the scope of the Project. However, the scope will be contained within the original estimate of 3,400 days. As the Project progresses and the Design is completed, we will work together to manage the scope for construction within the estimate of 3,400 days for the Project.

The major components that will be developed as part of VBCHU are as follows:

- **Claim Folder** - The Claim Folder represents the focal point of claim handling. Using the Claim Folder, the user can access information regarding the claim. The claim tree is composed of four main levels--policy, claim, claimant or insured, and supplement. Each level may be composed of several tabs to assist in the organization of the displayed data.

- **Index** - The Index component provides the ability to locate claims within the system using various search criteria. This can speed up finding claims and also may minimize entry of duplicate claims. The search results display selected claim and participant data to help determine if the desired claim was found. This component can be used to handle phone inquiries, to help match mail, and to support the fraud identification process.

- **Forms & Correspondence** - The Forms & Correspondence component supports internal and external Claim communication across the claim handling process. This is accomplished by providing access to a library of form and letter templates that are used during the claim process. The component leverages data from the Claim Folder to populate designated fields in the document created from the selected template. This component provides a template maintenance function which is a tool for the template librarian(s) to create, duplicate, edit, and delete templates and their associated criteria.

- **Address Book/Participant** - The primary function of this component is to support adding participants to a claim. It acts as a pathway to the corporate name and address book database for searching out existing stakeholders, adding new stakeholders to the corporate database, and maintaining name, address, and phone data about existing stakeholders. The component also allows the user to define a participant's role(s) on a claim and establish associations between participants within a claim.

- **Performer -** The Performer component allows organizational entities (individuals, groups, offices, etc.) to be assigned to various roles in handling the claim from report to resolution. The component supports the assignment process through the complete claim handling process. Besides supporting the assignment process, this component also provides the history of the organizational entities that have been assigned to the claim.

**Approach, Timeline and Deliverables**

Based upon the success of Task Assistant/File Notes development at FinancialWorks, we will follow primarily the same approach to completing this project. The approach that we have agreed to for the design of VBCHU is to begin with the "confirmed" Millennium design as the default, and deviate from this principle only when it is required. There should be few exceptions to this principle. We will leverage the current Claim Handler Utilities system to provide detail design assistance. We have agreed to manage the scope and estimated time frames tightly—focusing on value to Claims and working within the estimates. We have agreed that issue resolution will be managed aggressively. We expect that most design issues have been resolved during prior CHU development. During this Project, Andersen Consulting will take the lead, working together with Tom Gag, Vice President, St. Paul Fire and Marine Claims, and Dave Christesen, Officer, St. Paul Fire and Marine Information Systems, to quickly resolve issues. We have agreed that the issue management process that we used during the Task Assistant/File Notes project, although very effective for that effort, must be streamlined and the number of people involved in resolving issues must be reduced to very few. A detailed workplan for the Design has been prepared that reflects the effort for the VBCHU Design, beginning from April 13, 1998, and extending for 2 ½ months. A high-level estimate has been prepared for the construction effort that must be confirmed at the completion of the design.

For the scope of this engagement, the design and construction will occur predominantly in FinancialWorks with design review and issue resolution meetings occurring when appropriate.

The following table summarizes the major segments of work and the respective deliverables for VBCHU Design and Construction:

| *Work Segment* | *Key Deliverables* |
|---|---|
| **DESIGN**<br>**Application Design** | • Finalized User Interface Design<br>• Finalized Overall Application Design<br>• Acceptance Criteria Defined<br>• Component Interaction Diagram<br>• Test Strategy (report)<br>• Partitioned Component Model<br>• Design Packages<br>• Database Design |
| **Architecture Development – will reuse TA/FN deliverables and modify as necessary.** | • Architecture Requirements<br>• System Topology Diagram<br>• Performance Analysis Model<br>• Technical Arch Approach<br>• Architecture Spec Packages & Code<br>• Technical Arch Usage Guidelines<br>• Technical Arch Product Test Approach |
| **CONSTRUCTION**<br>**Core Application Construction** | • Completed Program Specifications<br>• Documented Design/Code Reviews<br>• Sign-off on each work unit |
| **Technical Support** | • Architecture Enhancements |
| **Testing** | • Documented and Executed Assembly Test<br>• Scripts for Product Test<br>• Expected Results for Product Test<br>• Actual Results for Product Test<br>• Sign-off on Product Test<br>• Scripts for Performance Test<br>• Expected Results for Performance Test<br>• Actual Results for Performance Test<br>• Sign-off on Performance Test |
| **Project Management and Administration** | • Quality Plan<br>• Project Status Reports<br>• User Sign-Off of Complete Design<br>• Detailed Construction Plans<br>• Issue Log<br>• User Sign-Off of Working Application in Solution Center |

The VBCHU components will be built in FinancialWorks and delivered to St. Paul when completed. We originally estimated both the Design and construction phases of VBCHU in FinancialWorks to be approximately 3,400 days. This estimate reflected our understanding of the scope and complexity without the benefit of completing the design. The construction phase is included under this Arrangement Letter and the construction phase will be reestimated at the completion of the Design. At the completion of the Design, we will discuss with you any changes from the original estimate.

The scope of the Project originally estimated above does not include the integration and testing of VBCHU into St. Paul's environment, training, change management activities, additional scope or custom functionality. As currently understood, the integration and the testing of the integrated system will be St. Paul's responsibility. Any of these "out of scope" activities would be managed under a separate arrangement.

**Technical Architecture**

The application will be built using the Component Based Architecture for MTS ("CBAM") recently developed in FinancialWorks. The database for the application will be SQLServer as selected by St. Paul as a part of a prior project . We understand that you intend to deploy VBCHU using DB/2. Consistent with the Task Assistant/File Notes project, we will work to make your efforts in transitioning to DB/2 as simple as reasonably possible. We will provide code drops to St. Paul on a scheduled basis that we will set in Construction planning.

**Organization and Staffing**

The Project will include both Andersen Consulting and St. Paul personnel ("Project Team"). We understand that from St. Paul's perspective, Tom Gag and Dave Christesen will continue to have responsibility for this effort and for subsequent phases of ClaimWorks[R]. Mike Badower, an Andersen Consulting Partner in our Insurance Practice, will have responsibility for our involvement on this engagement. Mike will work closely with Tom, Dave, and the two of you to establish accurate and realistic expectations of Project results and focus Project efforts so that the expectations are met.

Roger Lehman, an Associate Partner in our Insurance Technology Practice, will be the Andersen Consulting liaison with the FinancialWorks team. Roger will be working in St. Paul on other efforts and will spend a few days each month seeing to it that the FinancialWorks and St. Paul teams are communicating and remain in-sync. We understand

that St. Paul will provide Sue Sande, Director, St. Paul Fire and Marine Information Systems, as a coordinator to work with Roger.
Vic Guyan, a Partner in our Insurance Practice, will continue in his role of providing functional leadership, design assistance and swift issue resolution.

Debbie Thornton, an Andersen Consulting Manager, will manage the FinancialWorks effort. Working together with Debbie, Jeff Wargin, an Andersen Consulting Manager, will lead the development efforts, Michael Jackowski, an Andersen Consulting Manager, will lead the Architecture efforts and Mark Moran and Dave Nurenberg, both Andersen Consulting Managers, with some assistance from Bobby Pish, an Andersen Consulting Manager, will lead the functional design efforts. Additional FinancialWorks staffing will come from the current Task Assistant/File Notes team and will be finalized over the next few weeks.

The Project Team located in FinancialWorks will include up to six (6) people from St. Paul, each person from St. Paul will be responsible for specific tasks in the project workplan, including specific time for knowledge transfer based on their available hours at FinancialWorks.

We agree that as the Project progresses, we will need to have the flexibility to assign/ reassign resources based on the nature of work being performed and the experience required. Prior to any changes to project staffing, Roger will work with Dave Christesen, Tom Gag and Mike Badower so that the parties agree with and understand the impact to the Project (costs, timelines, scope, etc.).

At various points in the Project, additional experience levels will be required by the Project Team, and Andersen Consulting can leverage our worldwide resources to assist. When necessary, the appropriate Project resources will prepare a brief memo outlining the scope of effort and the experience level(s) required. Andersen Consulting will provide background on our proposed resources and submit this to St. Paul's project management for approval.

As part of our commitment to quality, Dave Roessl, an Andersen Consulting Partner, will continue to serve as our Quality Partner for this effort. Dave will work with Mike and Roger to keep current on project status and schedule visits at the appropriate project junctures to provide additional insight into project strategies. As part of these visits, Dave will meet with St. Paul and Andersen Consulting Project Team members and management to understand Project specifics and will provide feedback to both management teams.

**Professional Fees**

We anticipate that this Project will be jointly funded by St. Paul and one additional Andersen Consulting client. The client will complete their design confirmation by approximately May 1. Assuming they commit to this effort and based upon our staffing for this effort, our average hourly rate for the project will not exceed $44 per hour for St. Paul over the duration of the design and construction effort. The average rate that we will bill each month will be the actual for that month. Therefore, for the Design phase, the average rate may exceed the $44 per hour, but in total over the duration of the VBCHU project, it will not exceed the average. However, if the other client does not participate in this project, your maximum hourly rate would increase from $44 to $120. We will bill you on a time-and-materials basis for actual hours worked. It is our practice to bill for the project at the beginning of each month. The invoice will include estimated fees for that month, along with the prior month's out-of-pocket expenses, including FinancialWorks hardware (server) and software expenses, and along with a credit or additional billing for the prior month insofar as actual hours worked during such month were greater or lesser than estimated. Monthly spreadsheets documenting billed hours per person will be made available to St. Paul. We expect to receive payment within thirty (30) working days of your receipt of our invoice.

As in the past, if circumstances occur that change the scope of our involvement with this project, and as a result more time, resources, increased average hourly rate, etc., are required than originally anticipated, we will inform you of the impact on our fees prior to proceeding with the scope change.

**Asset Rights and Business Arrangements**

**Work Product -** St. Paul shall have a perpetual, non-transferable, fully-paid, worldwide right and license for purposes of its internal business, but with the right to grant sub-licenses to the extent set forth below, to use, copy, modify and prepare derivative works of the deliverable items developed in the course of the Services hereunder, whether jointly or individually (which items as to programming shall be delivered in source code), subject to Section 6 of the Agreement. St. Paul may grant sub-licenses within the scope of the foregoing license to such deliverable items (i) to any reinsurer, broker, managing general or any other agent, independent contractor, insurance intermediary or other person with which it does business for use in its internal business with St. Paul or any its Affiliates, it being agreed that all such sublicenses are deemed to be for purposes of the internal business of St. Paul. For purposes of this Arrangement Letter and Affiliate shall be an entity which controls, is controlled by or under common control with St. Paul, control for such purpose being established by the ownership of not less than fifty-one percent (51%) of the outstanding

shares of stock. All other rights in the deliverable items and related intellectual property rights remain in and/or are assigned to Andersen Consulting. The parties will cooperate with each other and execute such other documents as may be appropriate to achieve the objective described above.

**Year 2000** - Andersen Consulting warrants that the VBCHU ("Developed Software") will, for a period of ninety (90) days from the Final Acceptance Date (the "Year 2000 Warranty Period"), continue to perform in accordance with the software description with respect to data, calculations, and other processing for the Year 2000 and beyond developed as part of Final Acceptance Testing ("Year 2000 Software Description"), such Year 2000 Software Description to be set forth on Schedule. St. Paul acknowledges and agrees that: (i) the Year 2000 Software Description is the only measure of Year 2000 capabilities that the Developed Software must satisfy; (ii) there may be other potential problems that either directly or indirectly arise out of, or are related to, the Year 2000 century date change that are not included in the Year 2000 Software Description; and (iii) Andersen Consulting shall have no liability arising out of, nor obligation to correct, such other Year 2000 problems not included in the Year 2000 Software Description. In addition, St. Paul acknowledges and agrees that Andersen Consulting shall have no liability arising out of, nor obligation to correct, any problems that either directly or indirectly arise out of, or are related to, the Year 2000 century date change, including the failure of the Developed Software to perform in accordance with the Year 2000 Software Description, that arise out of or are related to: (i) St. Paul or Third-Party hardware, firmware, software or data that interfaces with, is manipulated by, or otherwise operates in conjunction with, the Developed Software; (ii) modification of the Developed Software or (iii) failure by St. Paul to comply with the obligations and responsibilities set forth in this Agreement. Further, if any problem that either directly or indirectly arises out of, or is related to, the Year 2000 century date change disrupts, delays, or prevents Andersen Consulting's ability to perform under this Agreement, Andersen Consulting shall not be responsible for delays in the performance of its obligations that result from such Year 2000 problems and the parties shall adjust any schedules or fee estimates accordingly. ST. PAUL'S SOLE AND EXCLUSIVE REMEDY FOR ANY BREACH OF THE WARRANTY IN THIS SECTION WILL BE THE CORRECTION BY ANDERSEN CONSULTING OF ANY DEFECTS IN THE DEVELOPED SOFTWARE THAT CAUSE IT NOT TO SUBSTANTIALLY CONFORM TO THE YEAR 2000 SOFTWARE DESCRIPTION DURING THE YEAR 2000 WARRANTY PERIOD.

The following shall be added to the Agreement in Section 6 "Confidential Information", as a new paragraph 6.7

"In connection with the Services, Andersen will from time to time undertake one or more quality assessment reviews. In order for such reviews to be frank and candid, for the greatest benefit to both Client and Andersen, they should be kept confidential to the greatest extent possible. The parties agree that any documentation created in connection with such quality assessment reviews shall be Confidential Information and in no event shall such documentation or the results of such reviews be discoverable or admissible (or used for any purpose) in any proceedings related to this Agreement or the Services."

**General Business Terms**

The terms and conditions of this Arrangement Letter and the Consulting Services Agreement entered into by and between Andersen Consulting and The St. Paul Companies on February 8, 1995 (which is fully incorporated herein by reference), set forth the entire understanding between the parties, and supersede all prior agreements, arrangements and communications between us concerning this project. The parties understand and agree that the reference contained with the preamble of the CSA was intended to be "St. Paul Fire and Marine Insurance Company". As such, "The St. Paul Companies, Inc." in the preamble shall be deleted and shall be replaced by "St. Paul Fire and Marine Insurance Company".

In the event of a conflict between any term of this Arrangement Letter and the Consulting Services Agreement, this Arrangement Letter shall control; all other terms and conditions of the Consulting Services Agreement remain unchanged.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

We appreciate the opportunity to work with you on this important project. If you have any questions concerning this arrangement, please do not hesitate to call Mike Badower at 334-4506.

Please indicate your agreement with the contents of this Arrangement Letter by signing below and returning the original document to Mike Badower's attention.

Very truly yours,

ANDERSEN CONSULTING LLP

By
Mike R. Badower

VS

Acknowledged and accepted:

ST. PAUL FIRE AND MARINE

By ______________________________

Title ____________________________

Date ____________________________

# EXHIBIT 64

FINANCIALWORKS

An Andersen Consulting Solution Center

# *Project Astro*

# *Letter of Understanding*

*Project Start 4/13/98*

# TABLE OF CONTENTS

1.0 ASTRO PROJECT SCOPE, APPROACH, AND OBJECTIVES....3
1.1 FINANCIALWORKS KEY DELIVERABLES....3
1.2 STANDARD FINANCIALWORKS PROCEDURES....3
1.3 TEAM INTERACTIONS AND RESPONSIBILITIES....3
1.4 WORK PLAN, STAFFING PLAN, AND SCHEDULE....4
1.5 PROJECT ASSUMPTIONS....5
1.6 FINANCIALWORKS REMOTE ACCESS....5
1.7 MEDIA SERVICES AND OWNERSHIP....5
1.8 SOLUTION CONSTRUCTION AIDS....5
1.9 PHASE CONTAINMENT PROCEDURES....5
1.10 CHANGE CONTROL PROCEDURES....6
1.11 PROJECT MANAGEMENT AND REPORTING....6
1.12 FINANCIALWORKS PROJECT FEES, EXPENSES, AND FINANCIAL OVERVIEW....7
1.14 QUALITY PLAN MANAGEMENT....10
1.15 PROJECT RISKS AND RISK MANAGEMENT....11
1.16 DUAL CLIENT SCOPE MANAGEMENT....11
1.17 OVERALL TERMS AND CONDITIONS....11
EXHIBIT A – FINANCIALWORKS BASELINE DETAIL....13

## 1.0 Astro Project Scope, Approach, and Objectives

This document describes the arrangement between St Paul / Reliance and Andersen Consulting to create VB version of Claim Handler Utilities (VBCHU). This Letter of Understanding specifically covers the involvement of FinancialWorks in the completion of this project.

Appendix A contains the overall Client Engagement Arrangement Letter. That document effectively covers the scope, approach, objectives, and costs of the overall project.

The primary purpose of this letter is to delineate the role that FinancialWorks will play as part of the overall project team and to document the scope of the overall project which FinancialWorks will help to deliver.

Appendix A is the St Paul arrangement letter. Included in this document is the scope of the work, milestones, and key dates. The arrangement letter is exclusively for the work being done in the solution center. Therefore, all aspects of the arrangement letter are directly applicable to the solution center work.

### 1.1 FinancialWorks Key Deliverables

Appendix B is a methodology chart that depicts all of the deliverables that will be developed as part of the VBCHU application.

### 1.2 Standard FinancialWorks Procedures

FinancialWorks is committed to utilizing consistent, repeatable, measurable processes. To assist with "institutionalizing" and optimizing processes and procedures, FinancialWorks has developed an operating procedures database that is called the FW Guide. This guide outlines how the FinancialWorks Team and the Client Site Engagement Team will work together. Following the processes laid out in the FW Guide will also help ensure that FinancialWorks meets the expectations of the Client Engagement Team.

The solution Center Standard procedures will be utilized for VBCHU. During the prior phase (Project Salsa) a number of updates were identified and worked into the overall processes. These processes will be the basis for the VBCHU processes. All of these processes have been discussed and agreed to at a detailed level.

### 1.3 Team Interactions and Responsibilities

Personnel at the client project site (Client Site Engagement Team) and at FinancialWorks (FinancialWorks Team) will complete the project. Each team will normally include both FinancialWorks and Market Unit Portfolio personnel, with some personnel moving between team locations throughout the course of the project.

Exhibit A, the Interaction Matrix, defines how individual Task Package completion and approval responsibilities are typically divided between FinancialWorks and the Client Site Engagement Team throughout the course of a project. This document will be used to set the initial "going-in" position for each of the teams. It is expected that the teams will need to adjust responsibilities as the project progresses and evolves. Any adjustments will be appended to this document to ensure all tasks are appropriately accounted for and managed.

The following are agreed-on variations from the standard approach guidelines, as defined for this project:

At this time there is not a Client Site Engagement Team at the St Paul. FinancialWorks is the sole team working with the client on this engagement.

**FinancialWorks Key Responsibilities Include:**

FinancialWorks Reponsibilities include:

- Estimation
- Workplanning
- Monitoring against the Workplan and delivering status
- Completion of Conceptual Design and all Deliverables
- Completion of Detailed Design and all Deliverables
- Completion of Code and Test and all Deliverables
- Completion of Assembly Test and all Deliverables
- Completion of Product Test and all Deliverables

**FinancialWorks Responsibilities Do Not Include:**

- Billing the Client
- Financial arrangements between St Paul and Reliance

## *1.4 Work Plan, Staffing Plan, and Schedule*

The following attachments provide details regarding the FinancialWorks work plan, staffing plan, and schedule:

{Attach and reference documents as necessary. Be sure to update the Table of Contents as necessary if all attachments are not provided.}

- **Attachment C ( FinancialWorks Work Plan)** - Contains the work plan outlining the components of the project that the FinancialWorks Team is responsible for.
- **Attachment D (Project Staffing Plan)** - Contains the project staffing plan and organization chart which is a view of the project organization denoting the detailed structure of the FinancialWorks Team and its relationships to the Client Site Engagement Team.
- **Attachment E (Project Timeline)** – Contains the detailed project timeline for the FinancialWorks Team and its relationship to the larger Client Site Engagement Team project timeline.

**Total Work Effort:**

The total FinancialWorks work effort is currently estimated at 3916 days, including 415 days of contingency. The work plan estimates are based on our current understanding of scope (Sections 1.0 and 1.1) and several key assumptions (Section 1.5). It is expected that the actual requirements will be identified and/or confirmed during the Design Phase and Construction Phase.

The work plan and estimates will be reviewed and revised, if necessary, at the conclusion of each of these phases to ensure the current estimates and the forecasted actual schedule are still on track with respect to the initial baseline work plan and estimate. Any new (or remaining) work will be (re)estimated at these checkpoints before work begins on the next stage/phase.

**Schedule and Resource Management Control:**

The project will be tracked using the Andersen Standard ABT Project Workbench. The results will be reported in the weekly status report.

## *1.5 Project Assumptions*

- The assumptions to the estimates and workplan are in the estimate (Appendix C) in the comments column.

## *1.6 FinancialWorks Remote Access*

Prior to establishing data connectivity between FinancialWorks and any client, a signed agreement must be in place. The purpose of this agreement is to establish responsibilities and understand the potential issues arising from this connectivity and how they are agreed upon to be addressed. A copy of this agreement is included as Attachment E.

Remote Access is not a requirement of this arrangement. We will be replicating a notes database but this machine and the connectivity sit outside of the Andersen Consulting network firewall.

## *1.7 Media Services and Ownership*

Ownership issues related to media are extremely important in multimedia development. Documentation detailing the origin of each media element must be provided prior to media integration. That way, clear title to the media will be established and legal issues can be avoided.

Not Applicable to the Arrangement

## *1.8 Solution Construction Aids*

FinancialWorks will utilize various Solution Construction Aids (SCAs) to improve development productivity and the quality of the final product. SCAs may be used as construction tools and/or be incorporated in some form in the final application. These SCAs represent accumulated Andersen Consulting knowledge capital. SCAs, their extensions and derivatives that result from our project work remain Andersen Consulting knowledge capital assets. We have identified the SCAs that will be used as a basis for our project work in Exhibit B.

Not applicable at this time. We will be utilizing the Leadership in Claims asset materials and the CBAM architecture. At this time these are not official SCA's but we will be using them as such.

## *1.9 Phase Containment Procedures*

The deliverable exchange between teams will happen on an on-going basis as deliverables are completed and reviewed. We suggest that a handoff meeting be conducted to review and discuss the material being exchanged. This process is intended to facilitate effective communication between the Client Site Team and the FinancialWorks Team and to avoid rework. Following AC Best Practices, as captured in the FW Guide, deliverables must meet the entry/exit criteria defined in the Stage Containment Checklist of the SQA (Software Quality Assurance) Plan. If deliverables do not meet the entry/exit criteria, they will not move into subsequent phases until the entry/exit criteria for that phase is met. The FinancialWorks Management Team will work together with the Client Site Management Team to determine whether deliverables meet the criteria and ensure they are added to the version control system.

- Items must have passed through the projects Deliverable Review Process

## *1.10 Change Control Procedures*

Once the Requirements Baseline is established, as described in Sections 1.0 and 1.1, changes, additions, and deletions of requirements will require approval through a formal change control process. In general, the process is as follows:

1. All change requests will be documented in the Change Control System.
2. For each change, an analysis will be made to estimate the impact to budget, resources, and schedule.
3. FinancialWorks and Client Site Team management will review each change request:
    a. understanding what the request is and the planned design solution
    b. understanding and verifying the impact(s) identified
    c. approving, rejecting, or deferring the change request
    d. prioritizing and assigning approved change requests to the appropriate team/individual for inclusion in a specified release
4. Approved change requests will then be added into the Requirements Baseline and likewise added to the work plan, staffing plan, and schedule.

(Refer to Attachment E – Issue Process for the detailed procedure.)

## *1.11 Project Management and Reporting*

Debbie Thornton and Jeff Wargin will manage all FinancialWorks Team tasks. Appendix D, Organization and Reporting Structure, defines the project organization and reporting structure of the FinancialWorks team.

In functioning as one unified project, Client Site Engagement Team management and FinancialWorks Team management will attend either in person, or by conference call, all project management and quality assurance meetings, as mutually agreed. This will ensure that Client Site Engagement Team and FinancialWorks Team personnel are aware of all significant project or client issues and that the appropriate progress is being made.

The following meetings are targeted to be scheduled:

| | | | |
|---|---|---|---|
| Monday | April 27 | 1:00 pm | Conference Call |
| Monday | May 4 | 1:00 pm | Conference Call |
| Monday | May 11 | 1:00 pm | Conference Call |
| Monday | May 18 | 1:00 pm | St Paul |
| Monday | May 25 | 1:00 pm | Conference Call |
| Monday | June 1 | 1:00 pm | Chicago |
| Monday | June 8 | 1:00 pm | Conference Call |
| Monday | June 15 | 1:00 pm | St Paul |
| Monday | June 22 | 1:00 pm | Conference Call |
| Monday | June 29 | 1:00 pm | Chicago |
| Monday | July 6 | 1:00 pm | Conference Call |
| Monday | July 13 | 1:00 pm | St Paul |
| Monday | July 20 | 1:00 pm | Conference Call |
| Monday | July 27 | 1:00 pm | Chicago |

| | | | |
|---|---|---|---|
| Monday | Aug 3 | 1:00 pm | Conference Call |
| Monday | Aug 10 | 1:00 pm | St Paul |
| Monday | Aug 17 | 1:00 pm | Conference Call |
| Monday | Aug 24 | 1:00 pm | Chicago |
| Monday | Aug 31 | 1:00 pm | Conference Call |
| Tuesday | Sept 8 | 1:00 pm | St Paul |
| Monday | Sept 14 | 1:00 pm | Conference Call |
| Monday | Sept 21 | 1:00 pm | Chicago |
| Monday | Sept 28 | 1:00 pm | Conference Call |
| Monday | Oct 5 | 1:00 pm | St Paul |
| Monday | Oct 12 | 1:00 pm | Conference Call |

**Day-to-day Communication:**

The FinancialWorks Team will communicate with the Client Site Engagement Team by a combination of means:

- Lotus Notes
- Conference Calls or other Conferencing Infrastructure
- Fax (this method is used when timeliness is important and when the material can not be electronically transferred via Lotus Notes).

**Status Reporting:**

The FinancialWorks lead manager will prepare and submit a regular weekly status report to the Client Site Engagement Partner and those members of the Client Site Management Team with direct responsibility for the work that includes FinancialWorks delivery. This report summarizes the accomplishments for the week, tasks planned for the following week, and issues requiring management attention. Please refer to the FW Guide for additional information on the weekly status report.

## 1.12 *FinancialWorks Project Fees, Expenses, and Financial Overview*

The FinancialWorks Project Office will perform time entry and job number reconciliation tasks for the FinancialWorks work plan. To facilitate the reconciliation process, and in order to conform to Andersen Consulting accounting requirements, a separate engagement job number needs to be established for the FinancialWorks Team. This job number is required, similar to the policies governing any other job number, before any work can be performed. Like other opportunities, Practice Development carried out in advance of a project by FinancialWorks personnel will be charged to the appropriate St Paul / Reliance practice development account.

The estimates for this project are as follows:

FinancialWorks VBCHU Financial Overview

| | |
|---|---|
| Total Estimated Gross Fees for FinancialWorks Work | $ 5,670,000 |
| Expense Breakdown: | |
| Seat Charge (at cost) | $ 326, 400 |
| Project Charge | $ 0 |
| Out-of-pocket Expenses | $Currently being reestimated. |
| Total Estimated Expenses | $ 326400+ |

| | |
|---|---|
| Total Estimated Gross Fees and Expenses | $ 6,000,000 |

- The solution center will manage to a total days figure as the fee structure between the St Paul and Reliance will continue to evolve until the Reliance arrangement letter is signed.
- For purposes of this letter Gross Fees = 3833 days * $185 average hourly rate = 5.67 Million
- Seat Charge estimates = Andersen Seats + St Paul Seats

  Andersen Seats = 6 months * 30 people = $288,000

  St Paul Seats = 4 months * 6 people = $38,400
- Project Charge = 0, all non-standard hardware and software has been donated by vendors. The only potential change to this will be if the Reliance would like to add Rational Rose to the development environment. This item will continue to evolve as the Reliance arrangement continues to be negotiated.
- Out-of-Pocket charges are currently being re-estimated given the change in location for some of the conceptual design tasks.

The seat charge covers the baseline level of hardware, software, and technical support provided by FinancialWorks (refer to Exhibit C for detail). The project charge estimate covers the estimated cost of project-specific hardware and software. The estimated cost of project-specific technical support is included in the estimated gross fees.

No non-standard expenses were added.

**FinancialWorks Financial Overview:**

Solution Centers provide a solution delivery mechanism different from the traditional client-site based approach. Therefore, the costs and revenues associated with a FinancialWorks project must be accounted for in the appropriate manner. This section discusses the financial picture associated with a FinancialWorks engagement.

**Daily Accounting Flow Example:**

| JOB | | | | |
|---|---|---|---|---|
| Gross Fee Revenue | $ 1,832 | | inflow | |
| 30% PFA | $ (550) | | outflow | |
| **Net Fees** | | $ 1,282 | | |
| Seat Charge Revenue | $ 100 | | inflow | |
| **Net Revenue** | | $ 1,382 | | |
| Loaded Payroll (214%) | $ (668) | | outflow | |
| Seat Charge (Other Cost) | $ (80) | | outflow | |
| **Job Margin*** | | $ 634 | inflow | |

| SOLUTION CENTER | | | |
|---|---|---|---|
| Payroll Cost | $ | (312) | outflow |
| Payroll Relief | $ | 312 | inflow |
| Payroll Recovery (114%) | $ | 356 | inflow |
| Seat Charge | $ | 80 | inflow |
| | $ | 436 | inflow |

| | |
|---|---|
| **Gross Margin** = Job Margin / Net Revenue | 46% |

| **Assumptions:** | | | |
|---|---|---|---|
| Blended Gross Rate: | $ | 229 | per hour |
| | $ | 1,832 | per day |
| PFA: | | 30% | |
| Gross Salary: | $ | 312 | per day |
| SC Seat Charge to the Job: | $ | 80 | per day |
| Seat Charge to the client: | $ | 100 | per day |
| Loaded Payroll to the Job: | | 214% | of gross salary |
| Payroll Recovery to the SC: | | 114% | of gross salary |
| Gross Margin = Job Margin/Net Revenue | | | |
| *note: Project charges will be considered and classified as project out of pocket expenses and will be passed on to the job accordingly | | | |

The following are agreed-on variations from the standard accounting approach:

None identified at this time.

**Additional Accounting Considerations:**

- Billing Rate and Cost Rate - The loaded payroll cost for FinancialWorks personnel will be determined using the "A" cost rate code regardless of what billing rate code is used to bill the client. Cost rates are determined by personnel location, and the Chicago cost rate is "A".

  "B" Billing Rates and "A" Cost Rates will be used on the engagement.

- Timing of FinancialWorks Charges - Hours charged to the client job number will occur via standard time reporting cycles. Journal entries will be made at month end for the seat and project charges during the month in which they are incurred.

- Market Unit Engagement Accounting Team - The Client Site Engagement Accounting team is responsible for producing all client bills and for the collection of the appropriate fees from the client.

- Use of Sub-Contractors on FinancialWorks Engagements - The FinancialWorks Finance Manager will receive and code all sub-contractor bills and will journal entry a cost to the client engagement. The revenue will be recorded at 40% to FinancialWorks and 60% to the client margin.

  Any contracted work to outside sources will be passed along as an expense to VBCHU via a charge number provided to FinancialWorks by the Market Unit Team. A standard margin will be added to the cost as defined in the Firm's standard Global Financial Policy ACP284 which defines accounting for subcontractor revenues and costs.

- Travel to Facilitate Collaboration - Travel to facilitate collaboration will be scheduled throughout the project. This may require travel by the Client Site Team to FinancialWorks or the FinancialWorks Team to the client site. Travel will occur as needed and the number of

people traveling will vary. Travel expenses are estimated at $650 for a day trip that includes transportation.

- Seat Charge - This charge represents the incremental investment made by FinancialWorks in providing the physical and development environment infrastructure needed at FinancialWorks over that expended at the client site. This includes the underlying support of FinancialWorks through such activities as OA90 environment and support, designated space, and one supported standard development environment profile. Exhibit A describes the standards supported through the seat charge.

  The suggested fee to be billed to the client is $100 per seat, per day, which will be charged to the client job on a monthly basis, generating "inventory" on the job summary, and "other revenue" on the client activity log. The cost to the market unit will be $80 per seat, per day, which will be charged to projects mapped to the jobs. This is done in order to associate the expense with the revenue charged to the client, generating an operating margin of 20% on the seat charge.

  The FinancialWorks Finance Team will be responsible for processing all of the seat charge journal entries.

  Due to normal project agreements with clients, the FinancialWorks seat charge does not cover the cost of hardware for FinancialWorks Team personnel assigned to the client site for extended periods; that should be provided by the client. For short client site visits (less than two weeks), on the other hand, laptops will be provided for FinancialWorks Team personnel.

- Defining a FinancialWorks Seat - There are four scenarios listed below which define when a seat charge will be assessed to a project:

  1. When a FinancialWorks resource is "loaned" to a project or engagement and there is no plan to bring the project back to FinancialWorks,
     a. if the request is motivated by the outside project or engagement a seat charge will be assessed.
     b. if the request is motivated by FinancialWorks to enhance the skills or increase the chargeability of the resource a seat charge will not be assessed.
  2. The project is split between the FinancialWorks site and the client site, with some teams being in each location. If we have staff on the client site team, with no intention of bringing that team back to FinancialWorks, there is no seat charge for our staff on the client site team.
  3. The project has a team primarily located at FinancialWorks, with occasional visits or periods where FinancialWorks personnel go to the client site; there is a seat charge for these people, regardless of whether they are at the client site or at FinancialWorks.
  4. The project has a team primarily located at FinancialWorks, with the front end, or back end of the project being done at the client site. There should be a seat charge for everyday, including the up front and back end days at the client site. An example of this is if we spend a few weeks (or even months) at the client site doing conceptual design for a project that will be constructed at FinancialWorks. We should be charging a seat charge for the conceptual design days.

- The Project Management Team - The Project Management Team will be involved immediately in any projected budget and/or schedule overruns.

## *1.14 Quality Plan Management*

The Quality Plan document (refer to Attachment J) provides a detailed description of the quality management procedures which will be used on the Astro Project. This document contains:

- quality plan objectives
- roles and responsibilities of each member of the project team
- quality plan timeline
- description of the components of the quality management process.

Please refer to the Quality Plan section of the FW Guide for additional information regarding the FinancialWorks Quality Plan (based on AC Best Practices).

Currently under development.

## *1.15 Project Risks and Risk Management*

The Risk Assessment Memo (refer to Attachment K) describes the potential risks to the successful completion of the project and the approaches that will be used to manage those risks.

## *1.16 Dual Client Scope Management*

The Astro project will have two clients, The St Paul Companies and The Reliance Insurance Company. Astro will be developed in conjunction with St Paul. Both St Paul and Reliance have completed a requirements confirmation. The Astro team is responsible for developing to the combined set of requirements set forth by the St Paul and Reliance requirements confirmation.

If any questions arise they are to be directed to Vic Guyan for discussion with two clients and finally resolution. During the Astro development Vic Guyan will be heavily involved in issue resolution and scope management to verify that the design work done with the St Paul will meet and not overly complicate the Reliance modification and enhancement work being addressed in Project Tango.

The scope of this Letter of Understanding is between FinancialWorks and The St Paul Andersen client team. A second Letter of Understanding will be created to scope the FinancialWorks and Reliance arrangement. (In process as the arrangement has not been signed as of 06/15/98).

## *1.17 Overall Terms and Conditions*

It is our understanding that the project will follow standard AC terms and conditions (e.g. a Master Services Agreement) which would include ownership rights. If Andersen Consulting retains ownership rights, then FinancialWorks, like the firm, retains the right (by default) to use the deliverable items on other FinancialWorks projects.

To ensure our compliance with firm guidelines, a signed copy of this Letter of Understanding should be provided to FinancialWorks.

Accepted By:

| AC CLIENT ENGAGEMENT PARTNER | FINANCIALWORKS PARTNER |
|---|---|
| By: ______________________ | By: ______________________ |

| (Authorized Signature) | (Authorized Signature) |
|---|---|
| Name: ______________________ | Name: ______________________ |
| Title: ______________________ | Title: ______________________ |
| Date: ______________________ | Date: ______________________ |

## *Exhibit A – FinancialWorks Baseline Detail*

**Individual Work Space**
- Developer-class desktop workstation with Win95 or WinNT 4.0
- OA90 Software Suite (MS Office, Artes, CMAP Writer)
- FinancialWorks development environment profile
- Desktop space and file storage
- Telephone and voicemail

Network
- IDs for local NT domains with Anet connectivity and high-speed Internet access
- IDs for local Notes domains including secured access to KX databases
- Local Notes mailboxes for project personnel (AC and client) without AC Worldwide IDs
- Online and secure project data storage on NT Server
- Backup and restore (including off-site storage) for servers located in the computer room
- Support for project-specific wide area connectivity on a chargeable basis

Other
- Media Development tools (video and audio editing, 3D rendering, stock photo library)
- The availability of media artists on a chargeable basis
- Shared use of off-line data storage devices (CD ROM burner, Zip drive, Syquest drive)
- Use of video conferencing/shared whiteboard/application sharing (Proshare or PictureTel)
- Use of conference rooms and audio/visual equipment (speakerphone, projector, VCR)
- Use of demonstration hardware

**Project Office Support**
- Administering time reports and turnaround documents
- Administering, maintaining, and reporting on project plans using Project Workbench
- Procurement services (requisitioning, purchasing, receiving)

**Technical Support**
- Technical support for the above baseline items
- The availability of technical support for project-specific items on a chargeable basis
- The graphic below compares baseline and project-specific technical support

