IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

**Volume 5 (Exhibits 65-99)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Confidential Version Filed: December 16, 2009
Public Version Filed: January 8, 2010

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 1 | James Hatch Deposition Minuscript of 08/27/09 | 000001 |
| 2 | David Horton Deposition Minuscript of 08/26/09, vol. 1 | 000036 |
| 3 | David Horton Deposition Minuscript of 08/26/09, vol. 2 | 000133 |
| 4 | Douglas Johnston Deposition Minuscript, 07/01/09 | 000161 |
| 5 | Michael J. Hamman Deposition Minuscript, 09/22/09 | 000217 |
| 6 | Claims and Names & Tables from Pyramid v. 1.2 (produced by Accident Fund without Bates numbers) | 000282 |
| 7 | Pyramid System for Windows Expected Hardware and Software Requirements, CNAGW000014 | 000469 |
| 8 | Claims Administration from Pyramid v. 1.2, CP 000001-39 | 000470 |
| 9 | About Pyramid for Windows, Documentation & Product Support, from Pyramid v. 1.2, CP 000104-36 | 000509 |
| 10 | Litigation Management from Pyramid for Windows User's Guide, CP 000137-42 | 000542 |
| 11 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 000259-72 | 000548 |
| 12 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 000458-81 | 000562 |
| 13 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 001725-38 | 000586 |
| 14 | User Configuration / Set Up for v.1.2 Pyramid for Windows, CP 001739-1804 | 000600 |
| 15 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 001879-1902 | 000666 |
| 16 | Claims Administration for v.1.2 Pyramid for Windows, CP 001903-42 | 000690 |
| 17 | Litigation Management from Pyramid for Windows User's Guide, CP 001973-8 | 000730 |
| 18 | Regulatory Forms for v.1.2 Pyramid for Windows, CP 001979-2005 | 000736 |
| 19 | FileFolder Pyramid for Windows v.1.2b, CP 004805-37 | 000763 |
| 20 | General Tables from v.1.2b Database Layouts, CP 005722-65 | 000796 |
| 21 | Claims Tables from v.1.2b Database Layouts, CP 005766-92 | 000840 |
| 22 | Name and Address Tables v.1.2b Database Layouts, CP 005793-805 | 000867 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 23 | Appendix from v.1.2b Systems Administrator Training Workbook, CP 007452-72 | 000880 |
| 24 | File Folder Overview from v.1.2b Systems Administrator Training Workbook, CP 007517-38 | 000901 |
| 25 | Printout of Policy.SQX source code, CP 007821-86 | 000923 |
| 26 | Printout of ACCPARTY.FRM source code, CP 008157-350 | 000989 |
| 27 | Printout of CLAIM.FRM source code, CP 008351-454 | 001183 |
| 28 | Printout of PYRAMID.FRM source code, CP 008455-709 | 001287 |
| 29 | Entity Relationship Diagrams from Pyramid vol. 001 | 001542 |
| 30 | Horton Deposition Exhibit 5, printout of PAYMENT.FRM source code, CP 008552-4 | 001561 |
| 31 | Horton Deposition Exhibit 6, printout of claimant.sqx source code, CP 008880-2 | 001564 |
| 32 | Horton Deposition Exhibit 9, printout of SCHEDULE.MAK source code, CP 009301 | 001567 |
| 33 | Horton Deposition Exhibit 10, printout of SCHEDNEW.FRM source code, CP 008974-92 | 001568 |
| 34 | Horton Deposition Exhibit 11, printout of SCHEDULE.FRM source code, CP 008777-86 | 001587 |
| 35 | Horton Deposition Exhibit 12, printout of CLAIM.SQX source code, CP 008826-64 | 001597 |
| 36 | Horton Deposition Exhibit 13, printout of claim.txt source code, CP 009364-71 | 001636 |
| 37 | Diamond System Manual, dated 01/03/97, ASI 0000001-140 | 001644 |
| 38 | Diamond Personal Auto, ASI 0003635-46 | 001784 |
| 39 | Diamond System 3.5.032 User Training Manual, INSFT 000001-482 | 001796 |
| 40 | Professional Services Agreement with Applied Systems and Cincinnati Equitable, INSFT 000409-37 | 002278 |
| 41 | Professional Services Agreement with Applied Systems and Proformance Insurance, INSFT 000438-64 | 002307 |
| 42 | Professional Services Agreement with Applied Systems and Palisades Safety, INSFT 000465-93 | 002334 |
| 43 | Professional Services Agreement with Applied Systems and Safeway Property, INSFT 000494-523 | 002363 |
| 44 | Professional Services Agreement with Applied Systems and Northern Mutual, INSFT 000524-53 | 002393 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 45 | Professional Services Agreement with Applied Systems and Southern Mutual, INSFT 000554-84 | 002423 |
| 46 | Professional Services Agreement with Applied Systems and 1st Auto Casualty, INSFT 000585-623 | 002454 |
| 47 | Johnston Deposition Exhibit 134, The Diamond System V2.0 (System Date: 11/03/95) Transaction Selection screen shot | 002493 |
| 48 | Johnston Deposition Exhibit 135, The Diamond System V2.0 (System Date: 11/03/95) Open Tasks screen shot | 002494 |
| 49 | Johnston Deposition Exhibit 136, The Diamond System V2.0 (System Date: 11/03/95) Policy Control screen shot | 002495 |
| 50 | Johnston Deposition Exhibit 137, The Diamond System V2.0 (System Date: 11/03/95) Client Visual Tree screen shot | 002496 |
| 51 | Johnston Deposition Exhibit 138, The Diamond System V2.0 (System Date: 11/03/95) Claim Detail screen shot | 002497 |
| 52 | Johnston Deposition Exhibit 140, article entitled "It's a Gem The Diamond System Speeds Policy Processing" by Elisabeth Boone, CPCU | 002498 |
| 53 | Johnston Deposition Exhibit 141, page from web archive no. 19981201192832, The Diamond System Overview and Features | 002504 |
| 54 | Web Archive No. 19970715154234, The Diamond System, GW08667516 | 002505 |
| 55 | Web Archive No. 19981201192832, The Diamond System Overview and Features, GW08667502 | 002507 |
| 56 | Web Archive No. 19991012203359, Diamond System Sample Workflow Step #2, Open Task, GW08667506 | 002509 |
| 57 | Web Archive No. 20010302142225, The Diamond System Architecture | 002511 |
| 58 | RISKMASTER/Win Advanced Operations Guide, CSC000001-229 | 002512 |
| 59 | RISKMASTER/Win System Adminsitrator's Guide, CSC000230-408 | 002741 |
| 60 | RISKMASTER/Win User's Guide, CSC000409-815 | 002920 |
| 61 | RISKMASTER/Win Report Guide, CSC000816-1074 | 003327 |
| 62 | Screen shots of RISKMASTER/Win System, CSC001182-1207 | 003586 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 63 | Unsigned Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work on Claim Handler Utilities project, dated 04/10/98 | 003614 |
| 64 | FinancialWorks Letter of Understanding on Project Astro, dated 06/15/98 | 003624 |
| 65 | Accenture's Supplemental Responses to Guidewire's Interrogatories Nos. 3, 10, 16, 17 and 18, dated 04/27/09 | 003638 |
| 66 | Signed Reliance - Andersen Consulting Reliance Task Assistant Claims System Project Consultation Agreement, dated 06/01/98, ACN05534988-5009 | 003875 |
| 67 | Wayne L. Hoeschen Deposition Minuscript of 08/05/09 | 003897 |
| 68 | Lucarini Deposition Exhibit 4: E-mail from Michael Lucarini to Regina Kline and Shon Bose re: Reliance Arrangement Letter for Requirements Confirmation for signature, dated 03/10/98, ACN00588281-93 | 003894 |
| 69 | G. Victor Guyan Deposition Minuscript of 08/03/09 | 003999 |
| 70 | Andersen Consulting fax from Mike Badower to Nikole Jankovska enclosing the signed St. Paul Fire and Marine Consulting Services Agreement of 02/08/95, dated 05/20/97, ACN05535696-704 | 004129 |
| 71 | Accenture Leadership in Claims Workers Compensation Simulation Script, undated, ACN05712381 | 004138 |
| 72 | Guyan Deposition Exhibit 43: Draft Andersen Consulting letter from David P. Hollander to Michael Natan of Reliance Insurance Co. re Millennium Claims initiatives, dated 03/10/98, ACN00588284-9 | 004150 |
| 73 | Guyan Deposition Exhibit 45: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case," dated 02/19/98 | 004156 |
| 74 | Hoeschen Deposition Exhibit 7: Fax enclosing unsigned Andersen Consulting letter of 06/16/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325073-85 | 004190 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 75 | Hoeschen Deposition Exhibit 8: Fax enclosing unsigned Andersen Consulting letter of 09/29/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325086-90 | 004203 |
| 76 | Lucarini Deposition Exhibit 5: Reliance – Andersen Consulting, Reliance Task Assistant Claims System Project Consulting Agreement for Work Order No. 1, dated 10/22/98, ACN05534967-87 | 004208 |
| 77 | ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004229 |
| 78 | Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004253 |
| 79 | Jackowski Deposition Exhibit 1: Notice and Subpoena to Michael A. Jackowski, dated 10/19/09 | 004278 |
| 80 | Jackowski Deposition Exhibit 2: Michael A. Jackowski – Andersen Consulting résumé, ACN00507145-7 | 004284 |
| 81 | Jackowski Deposition Exhibit 3: FinancialWorks PowerPoint on Salsa Project, dated 04/02/98 | 004287 |
| 82 | Jackowski Deposition Exhibit 4: Andersen Consulting PowerPoint on Astro Project Debrief, dated 00/00/98 | 004300 |
| 83 | Jackowski Deposition Exhibit 5: Address Book, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295213-32 | 004322 |
| 84 | Jackowski Deposition Exhibit 6: Address Book, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295234-40 | 004342 |
| 85 | Jackowski Deposition Exhibit 7: Project Tango, Component Description, Address Book, dated 05/05/98, ACN02310613-4 | 004349 |
| 86 | Jackowski Deposition Exhibit 8: Project Tango, Component Description, Performer, dated 04/29/98, ACN02310636-7 | 004351 |
| 87 | Jackowski Deposition Exhibit 9: Project Tango, Component Description, Forms and Correspondence, dated 04/29/98, ACN02310621-2 | 004353 |
| 88 | Jackowski Deposition Exhibit 10: Project Tango, Component Description, File Notes, dated 04/29/98, ACN02310623-4 | 004355 |
| 89 | Jackowski Deposition Exhibit 11: Project Tango, Component Description, Event Processor / Task Engine, dated 04/30/98, ACN02310641-2 | 004357 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 90 | Jackowski Deposition Exhibit 12: Project Tango, Component Description, Injury, dated 07/22/98, ACN02310627-8 | 004359 |
| 91 | Jackowski Deposition Exhibit 13: Project Tango, Component Description, Organization, dated 04/30/98, ACN02310631-2 | 004361 |
| 92 | Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30 | 004363 |
| 93 | Jackowski Deposition Exhibit 15: Project Tango, Component Description, Participant, dated 04/29/98, ACN02310633-5 | 004365 |
| 94 | Jackowski Deposition Exhibit 16: Project Tango, Component Description, Index, dated 04/29/98, ACN02310625-6 | 004368 |
| 95 | Jackowski Deposition Exhibit 17: Project Tango, Component Description, Task Assistant, dated 04/29/98, ACN02310638-40 | 004370 |
| 96 | Jackowski Deposition Exhibit 18: Project Tango, Component Description, Claim History, dated 04/29/98, ACN02310619-20 | 004373 |
| 97 | Jackowski Deposition Exhibit 19: Project Tango, Component Description, Claim Folder, dated 04/29/98, ACN02310615-8 | 004375 |
| 98 | Jackowski Deposition Exhibit 20: Project Tango, UI Design with marginalia, dated 04/28-29/98, ACN05528698—788 | 004379 |
| 99 | Jackoswki Deposition Exhibit 21: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case" dated 02/19/98 (also Guyan Deposition Exhibit 45) | 004470 |
| 100 | Jackoswki Deposition Exhibit 22: E-mail from Michelle L. Krause to Joseph E. Quinn re: review process doc, dated 07/25/97, ACN00592751-6 | 004504 |
| 101 | Jackoswki Deposition Exhibit 23: E-mail from Jill B. Smart to David P. Hollander, Thomas Skelly and Glenn A. Sieber re: URGENT – Project Tango Risks, dated 08/05/98, ACN0587479-83 | 004510 |
| 102 | Jackoswki Deposition Exhibit 24: E-mail from Shon Bose to Asif F. Mailk, Deborah J. Thornton, G. Victor Guyan, Jeffrey M. Wargin, Michael A. Jackowski, Richard E. Balon and William A. Grubb re: Agenda for March 16-18 Reliance visit to Financial Works, dated 03/16/98, ACN00588210-3 | 004515 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 103 | Jackoswki Deposition Exhibit 25: ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004519 |
| 104 | Jackoswki Deposition Exhibit 26: Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004543 |
| 105 | Jackoswki Deposition Exhibit 27: E-mail from William A. Grubb to Asif F. Malik re: RIC tech arch questions, dated 04/08/98, ACN00588176-8 | 004568 |
| 106 | Jackoswki Deposition Exhibit 28: Andersen Consulting PowerPoint for Microsoft Solutions Organization entitled "Leadership in Claims (LiC), A Model for MSO – Proven Practices, Mike Jackowski," dated 05/12/00 | 004571 |
| 107 | Michael A. Jackowski Minuscript of 10/30/09 | 004599 |
| 108 | Myron Ray Badower Minuscript of 11/25/09 | 004649 |
| 109 | Badower Deposition Exhibit 2: St. Paul Fire and Marine Claim Handler General Experience Information by Mike Badower, ACN02307495-6 | 004680 |
| 110 | Badower Deposition Exhibit 3: St. Paul Fire and Marine Task Assistant and File Notes General Experience Information by Mike Badower, ACN02307497-98 | 004682 |
| 111 | Badower Deposition Exhibit 4: ClaimWorks Windows Design Specifications manual, TRA00015049-285 | 004684 |
| 112 | Badower Deposition Exhibit 6: Draft Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work in the Structure Design and Analysis Project, dated 07/14/95, ACN05529385-405 | 004921 |
| 113 | Badower Deposition Exhibit 9: The St. Paul ClaimWorks Blueprint – Version 9/97, dated 10/06/97, TRA00000325-72 | 004942 |
| 114 | Badower Deposition Exhibit 17: Claim Folder, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295286-93 | 004990 |
| 115 | Badower Deposition Exhibit 18: Claim Folder, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295241-83 | 004998 |
| 116 | Badower Deposition Exhibit 19: Participant, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295365-73 | 005041 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 117 | Badower Deposition Exhibit 20: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295353-64 | 005050 |
| 118 | Badower Deposition Exhibit 21: Performer, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295386-92 | 005062 |
| 119 | Badower Deposition Exhibit 22: Performer, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295376-85 | 005069 |
| 120 | Badower Deposition Exhibit 23: Organization, Functional Business Requirements, ClaimWorks Redesign, dated 03/20/98, TRA00013660-69 | 005079 |
| 121 | Badower Deposition Exhibit 24: Organization, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN05528581-602 | 005089 |
| 122 | Badower Deposition Exhibit 25: Index, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295347-51 | 005111 |
| 123 | Badower Deposition Exhibit 26: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295338-46 | 005116 |
| 124 | Badower Deposition Exhibit 27: Forms and Correspondence, Functional Business Requirements, ClaimWorks Retooling, dated 04/03/98, ACN02295328-37 | 005125 |
| 125 | Badower Deposition Exhibit 28: Forms and Correspondence, Behavioral Specifications, ClaimWorks Retooling, dated 04/03/98, ACN02295294-325 | 005135 |
| 126 | Badower Deposition Exhibit 29: Organization Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528992-9001 | 005167 |
| 127 | Badower Deposition Exhibit 30: Performer Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528984-91 | 005177 |
| 128 | Badower Deposition Exhibit 33: FY 1998 Engagements > $5Million by client name, 00/00/00, ACN00586586 | 005185 |
| 129 | Michael A. Costonis Deposition Minuscript of 05/06/09 | 005190 |
| 130 | John L. DelSanto Deposition Minuscript of 09/11/09 | 005300 |
| 131 | Guidewire’s Amended 30(b)(6) Notice of Deposition to Accenture, dated 06/23/09 | 005418 |
| 132 | Guidewire web site pages, ACN05754701 | 005427 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 133 | Accenture e-mail attaching document entitled "Guidewire Software Competitor Profile," dated 03/28/03, ACN00358999-9014 | 005488 |
| 134 | Preliminary Amendment from Guyan file history application no. 09/305,146, dated 04/19/02 | 005504 |
| 135 | U.S. PTO Office Action, Final Rejection of Guyan file history application no. 09/305,146, dated 05/06/02 | 005512 |
| 136 | Amendment from Guyan file history application no. 09/305,146, dated 07/03/02 | 005518 |
| 137 | Accenture e-mail attaching document entitled "June Competitive Update," dated 07/02/03, ACN00338412-4 | 005525 |
| 138 | Accenture e-mail from Donald Laackman to Anastasia Petropulos, Michelle L. Krause and Glenn A. Sieber re: Lunch with Steve Murnen – CNA, dated 05/22/03, ACN0348817-8 | 005528 |
| 139 | Accenture e-mail from Michael A. Lucarini to G. Victor Guyan re: forwarding website link for Guidewire board directors, dated 01/09/03, ACN0375622-3 | 005530 |
| 140 | Accenture e-mail from Michelle L. Krause to G. Victor Guyan, Donald Laackman and Anastasia Petropulos re: website link for Guidewire board directors, dated 01/08/03, ACN0375737 | 005532 |
| 141 | Guidewire website page listing Board of Advisors from Web Archive, 01/00/03, GW19456721-2 | 005533 |
| 142 | Metadata printout from ACN02310629, Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30, showing 04/30/98 creation date | 005535 |
| 143 | Shamos Amended Expert Report, Exhibit C, Cell 146J, dated 10/19/09 | 005537 |
| 144 | Shamos Amended Expert Report, Exhibit C, Cell 148J, dated 10/19/09 | 005538 |
| 145 | Shamos Amended Expert Report, pages 47, 48, 53 and 54, dated 10/19/09 | 005539 |
| 146 | Badower Deposition Exhibit 10: ClaimWorks, Claim Folder Design Deliverable Packet, TRA00014390-454, dated 07/30/96 | 005544 |
| 147 | Badower Deposition Exhibit 11: ClaimWorks, Participant Design Deliverable Packet, TRA00014558-74, dated 08/15/96 | 005609 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 148 | Badower Deposition Exhibit 12: ClaimWorks, Perfomer Deliverable Packet, TRA00014576-91, dated 08/13/96 | 005626 |
| 149 | Badower Deposition Exhibit 13: ClaimWorks, Organization Design Deliverable Packet, TRA00014620-37, dated 07/12/96 | 005642 |
| 150 | Badower Deposition Exhibit 14: ClaimWorks, Index Search Design Deliverable Packet, TRA00014537-56, dated 08/14/96 | 005660 |
| 151 | Badower Deposition Exhibit 15: ClaimWorks, Address Book Design Deliverable Packet, TRA00014456-98, dated 08/13/96 | 005680 |
| 152 | Badower Deposition Exhibit 16: ClaimWorks, Forms and Correspondence Design Deliverable Packet, TRA00014500-35, dated 07/17/96 | 005723 |
| 153 | Supplemental Information Disclosure Statement for U.S. Patent Application No. 11/017,086, dated 07/11/05 | 005759 |
| 154 | Guidewire's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,013,284 under 35 U.S.C. §§ 302-307, dated 06/19/08 | 005763 |
| 155 | U.S.P.T.O. Grant of *Ex Parte* Reexamination of U.S. Patent No. 7,013,284, dated 08/01/08 | 005890 |
| 156 | U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 07/17/09 | 005903 |
| 157 | Accenture Response to U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 09/17/09 | 005931 |
| 158 | Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006204 |
| 159 | Declaration of Marcus Ryu, dated 12/16/09 | 006284 |
| 160 | Pyramid for Windows version 1.2, CP 001486–2027, dated 00/00/96 | 006285 |
| 161 | About Pyramid for Windows, Documentation & Product Support, CP 001692-1724 | 006665 |
| 162 | Amended Opening Expert Report of William Kuebler Relating to Invalidity of U.S. Patent Nos. 7,013,284 and 7,017,111, dated 10/12/09 | 006698 |
| 163 | Exhibit C to Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006944 |
| 164 | Exhibit A to Invalidity Expert Report of William Kuebler, dated 11/30/09 | 007150 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 165 | Supplemental Expert Report of Michael I. Shamos Regarding Infringement of Patents-In-Suit with Exhibit B, dated 11/30/09 | 007597 |
| 166 | Supplemented Exhibit D to Supplemental Expert Report of Michael I. Shamos Regarding Infrigement of the Patents-In-Suit, dated 11/30/09 | 007779 |
| 167 | Expert Report of Bill Kuebler on Noninfringement, dated 12/14/09 | 007863 |
| 168 | Shamos Expert Report Exhibit D, Cell 52L, dated 11/30/09 | 007975 |
| 169 | Shamos Expert Report Exhibit D, Cell 55L, dated 11/30/09 | 007976 |
| 170 | Pyramid for Windows File Folder Product Description, CP 006001-45, dated 00/00/98 | 007977 |
| 171 | Pyramid for Windows Account Set up and Claim Processing Training Guide, CNAGW000163-844 dated 12/00/98 | 008010 |
| 172 | Hamman Deposition Exhibit 2: Contracts, CSC001173-80 | 008692 |
| 173 | Shamos Expert Report Exhibit C, Cells 108J-110K, dated 10/16/09 | 008700 |
| 174 | Shamos Expert Report Exhibit C, Cells 82J-82K, dated 10/16/09 | 008704 |
| 175 | Shamos Expert Report Exhibit C, Cells 85J, dated 10/16/09 | 008706 |
| 176 | Shamos Expert Report Exhibit D, Cell 24L, dated 11/30/09 | 008707 |
| 177 | Shamos Expert Report Exhibit D, Cell 91L, dated 11/30/09 | 008708 |
| 178 | Article entitled “Vendor and Comparative Analysis” by David A. Tweedy, GW09445759, dated 00/00/95 | 008709 |
| 179 | Article entitled “Vendor Profile” by David A. Tweedy, GW09445760, dated 00/00/95 | 008712 |
| 180 | Article entitled “Vendor/System Review ” by David A. Tweedy, GW09445761, dated 00/00/95 | 008715 |
| 181 | Article entitled “Comparative Analysis Large to Moderate Systems” by David A. Tweedy, GW09445707, dated 00/00/95 | 008753 |
| 182 | Supplemental Expert Report on Invalidity of Bill Kuebler, dated 11/30/09 | 008757 |
| 183 | Declaration of John Seybold, dated 12/16/09 | 008842 |

# EXHIBITS 65-70
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 71

# Leadership in Claims
# Workers Compensation Simulation Script

The design for a claim handler's desktop centers around basic claim data capture and branches out to further detail for each line of business. In this workers compensation example, additional tabs and pop-ups hold the data specific to workers compensation. This method of design holds true for each line of business demonstrated in this simulation. The consistent claim data capture design assists the claims professional who works with multiple lines of business or must learn multiple lines of business.

In addition to the claim windows described in this script, windows exist for managed care. These windows take the injury and disability windows you see here a giant leap forward. For those clients who are very interested in workers compensation or managed care those scripts and demos are highly recommended.

- Start by opening a workers compensation claim in CDC. Use the WCCLAIM01 claim.
- Upon opening the claim you will see the claim tree displays the employer directly below the claim number. This is the insured.
- The next participant on the tree is the workers compensation claimant. Below the claimant are further branches for his or her sub-claims and the corresponding line items. Examples of sub-claims are medical payments and lost time. Examples of line items are physical therapy bills and medications.
- When positioned on the claim level of the tree, three tabs appear to the right. The first tab contains basic claim details. Every type of claim has these details. The second tab contains the reserve totals for the entire claim. Reserves are not set at the claim level, they are set at the sub-claim level. Here the reserves are summarized for the entire claim. The reserve tab appears on claims from all Lines of Business. (Consistency in design, shorter learning curve, re-use, quicker data retrieval)
- Notice a tab on the claim level called "Facts of Accident/Exposure." This is unique to workers compensation claims. The facts of accident/exposure tab contains claim level information regarding the workers compensation loss. It shows information regarding where the loss occurred, what happened and who was involved. Its a high level view of the loss.

# Leadership in Claims
# Workers Compensation Simulation Script

**Claim Data Capture Window for a Workers Compensation Claim:**




- Click on the second person in the claim tree, which would be the workers compensation claimant. Now click on the Employment tab.
- This tab displays information specifically about the claimant's employment with the insured. This information does not appear for claims other than workers compensation claims. <u>Again, this is a tab added to the standard claims tabs because the Line of Business requires additional information.</u> Other lines of business show the Business, Home, Details, Identification, Phone and Reserve tabs for each participant.

**Participant Employment Window:**




- The employment tab basically displays the wage, hour and experience information which could impact the compensation received by the injured worker. Any form of wage or hourly data which needs to be captured should be included on this window.
- For insureds who capture this data in an electronic format, this data could be down loaded or populated from an employer's human resources database. This would eliminate the need for the claim handler to enter this information into the system, reducing time spent and errors.
- Resulting from the wage and income information is an average weekly compensation rate. Although it is displayed here, the rate is actually calculated on another window. To see this window press the icon located in the Wage Information box.

**Wage Statement Worksheet for a Workers Compensation Claimant:**



Wage Statement

Wage Statement

| Category | Amount | Frequency | Multiply/Divide | Factor/Divisor | Average Weekly Amount |
|---|---|---|---|---|---|
| Gratuities | $1.00 | Weekly | * | 1 | $1.00 |
| Per Deims | $0.00 | Weekly | * | 1 | $0.00 |
| Mileage | $0.00 | Weekly | * | 1 | $0.00 |
| Meals | $0.00 | Weekly | * | 1 | $0.00 |
| Board/Rent | $0.00 | Weekly | * | 1 | $0.00 |
| Other Income | $0.00 | Weekly | * | 1 | $0.00 |
| Other Renumeration | $0.00 | Weekly | * | 1 | $0.00 |
| Wages | $100.00 | Weekly | * | 1 | $100.00 |
| Per Diems | $0.00 | Weekly | * | 1 | $0.00 |

Percentage: 66.00
Maximum Weekly Amount: $425.00
Minimum Weekly Amount: $130.00
Total Average Weekly Earnings: $101.00
Average Weekly Compensation Rate: $130.00

OK Cancel

- The wage statement window assists in capturing the various amounts which make up the claimant's total wage.
- All values might not be available in weekly amounts but must be represented in weekly amounts. Therefore, the spreadsheet application provided captures an amount and how often the amount is paid. Then the columns to the right of this amount calculate the resulting weekly average. For example a $50.00 monthly renumeration amount could be entered as such. Then the spread sheet would divide the amount by four to derive a average weekly renumeration of $12.50.
- Double clicking a line item allows you to change the values in that item's row. Changing the dollar amounts will change the average weekly earnings. (What appears here is an embedded Excel spreadsheet, which carries with it some performance issues - that's why you'll see it cycles through every row whenever you make even the tiniest change).
- The percentage is the percentage, as governed by the jurisdiction of the claim, of the wage actually compensated to the injured party.
- The Maximum weekly amount is the highest amount of weekly compensation a claimant can receive regardless of the value of his or her weekly compensation rate(here 66% of the total average weekly earnings). This cap on weekly compensation negatively impacts those having higher salaries. The minimum weekly compensation amount is the least amount of weekly compensation a claimant will receive regardless of the value of his or her weekly compensation rate. This positively impacts those making a very small salary.
- The resulting compensation rate appears in the bottom right hand corner of the window.
- This window assists the claim handler in capturing all of the items which could impact the amount of compensation and in performing the compensation equation. Changes to any amounts simply mean an automated re-calculation, rather than a manual process of calculation. The items and amounts are now captured data fields which can be used for later reserve or strategy decisions.
- Press cancel to leave this window.

While the employment and wage information is captured on the claim level, the injury information can be found at the participant level. The injury, treatment and disability windows shown in this simulation are in their first generation form. In our managed care series of windows, you'll see a further development of each of these windows. The managed care windows are very complex and are contained within their own script.

- Click on the details tab for the participant.
- This window provides details about the claimant. Information such as employment, dependents, etc. is more applicable on a workers compensation claim than any other, but could be needed for other claim types as well.
- Click on the Injury icon. This will bring you to the injury window (first generation).


*Andersen Consulting Proprietary Material*

**Injury window:**




- The injury window captures versions of a claimant's injuries as they progress. This window captures injury information in the form of discrete data fields rather than free form text file notes. Capturing data instead of text allows the injury to be closely tracked and quickly reported. The data can also serve as feedback statistics for those underwriting the insured.
- The person telling the claim handler about the injury appears in the As Reported By field. This person could be the claimant, a staff nurse at the employer, a physician examining the claimant, etc. Regardless of who the person is, he or she must be captured as a participant on the claim. Physicians which have already appeared on claims or who are captured as preferred providers will simply need to be searched for and attached to the claim. This function of identifying and attaching a person to a claim provides the ability to track the claims with which a particular person has been involved. A risky physician could be tracked back to all of the claims in which he or she played a role. The same function could be performed for a claimant. If someone has appeared several times as a claimant - even on different claim types or under different employers, all of the claims