the person has been involved on could be tracked. (Fraud prevention, monitor vendor relationships, identify risk exposures)

- The button labeled "Detailed Injury Information" takes the user to a list of all of the versions of the injury as reported. This allows the user to choose a previous version of the injury and view it.
- "Injury at a Glance…" provides the user with a report like listing of all of the injury versions. Both provide methods to review the progress and pattern of the injuries as well as report on the injury in an organized fashion.
- Select "Fracture" as the injury type, this will activate the next field, Kind of Injury.
- Select either "Simple" or "Compound" as the kind. Part of Body should be activated.
- Select arm. The Severity should become activated. Select a severity. Press the Add button.
- The injury description should appear in the text box below.
- Identifying the injury could be done by using these drop down lists, or by filling in the ICD-9 codes. Adding a code would result in a phrase like the one you just entered. The ICD-9 could be provided electronically or manually from the physician evaluating the injury.
- A more robust ICD-9 look-up demonstration exists in the Managed Care simulation.
- Again, capturing the injury as fields or as ICD-9 codes provides more than the collection of standardized injury data.. As a result of knowing of an injury as a piece of data, corresponding treatment protocols and standard recovery times can be linked to the injury and provided to the claim handler.

In addition to ICD-9s the industry has another standardized coding scheme for treatments. CPT-4s are codes representing various forms of treatments. With CPT-4s and ICD-9s the treatment program for a specific injury can be evaluated for appropriateness and price.

- Press the treatment icon. This will invoke the treatment window which captures the medicines and treatments for the injured party.

**Prescribed Medicines and Treatments Window:**




- Select a medicine, type in a note regarding the medicine and press the add button. You'll see the prescription and its note show up in the box. The list below captures all of the prescribed medicines throughout the life of the injury.
- Treatments works in a similar fashion. Here's where a CPT-4 could be used to fill in the treatment field. The CPT-4 could appear on a physician bill. A more robust CPT-4 look up example exists in the managed care simulation.
- Press cancel to leave the treatments window.
- Press the disability icon in the injury window. This is the icon which looks like the disabled parking sign (person in wheelchair).
- A window appears which captures the nature of the disability and the percentages of disability. These assist in determining the amount of time the claimant will miss work and how much should be set aside in reserve.

**Disability Window:**




- Cancel out of this window to close it.
- Cancel out of the injury window.

In addition to tracking employment, wage, injury and disability information, a workers compensation claim could also track what treatments, visits, medications, etc., payments are being made towards. This could be done at the line item level. Line items are the detail behind why payments are made to insured and claimants. They represent a large increase in the amount of data captured, but most line item type information could be captured electronically, not requiring work by the claim handler. In the case of medical payment line items, these are items off of a bill. The bill could be sent electronically by the physician or bill review vendor, rather than on paper. This provides the claim handler with the data behind what payments are being made towards and provides the billing party with cost savings in terms of postage and mailing.

- Click on the line item level of the claim, preferably the medical payments (MP) line item. This window demonstrates how payments made towards a workers compensation claim can be tracked down to the detail of billing items.
- Tracking these items means capturing a large amount of data - data which no one would like to key in. A bill review vendor could provide this data electronically to the claims department. Most vendors currently have this data electronically, but most claims departments are technically unable to receive the data in this format.
- Tracking line items assists in evaluating the injury, the recommended treatment and the cost of the treatment. It assists in gathering more accurate data regarding the costs of certain injuries in terms of rehabilitation and lost time costs.

- At the top of the window appears all of the line items applicable to the sub-claim. This is a sortable list view - allowing the user to sort by the type of line item, the treatment code, the date, the cost, and the payment status.
- The bottom of the window shows the payments which have been made towards these items.

**Workers Compensation Line Items:**




- Press the Line Item Payment button. Doing so brings up the window in which one to many items can be grouped for payment. The line item payment function allows the claim handler to order a check or electronic payment for any groups of items.
- Click on the sub-claim listed at the top of the window. Doing so will bring up the line items which fall under the sub-claim.
- Click on one of the items and press the down arrow. Doing this will populate the items to be paid list with the selected item. Click a second item and add it to the to-be-paid list. This is the method a claim handler would use to issue a payment for a group of items.
- Click OK and you will see a window which handles the payment logistics, like who the check is being sent to and where, how the funds are being issued, if the payment is repetitive or not. (A repetitive payment would be appropriate for a lost time sub-claim where a compensation amount needs to be paid on a regular basis). Press OK in this window to close it. Now you will see a

payment has been issued for the items you selected. Issuing a payment is that simple and now the payment status of

- Now that you've returned to the line item window, press the button labeled "Pre-authorized Payment."

**Pre-Authorized Payment Window:**




- The Pre-authorized payment window assists in setting payment parameters for those line items which are anticipated on the claim. For example, if the claim handler is familiar with a particular healthcare provider and the claimant's injury, he or she can pre-authorize the line item billings to be paid.

- The pre-authorized payment window lets the user indicate either only those vendors that should be paid or only those vendors who should not be paid, as well as the payment threshold and the time span over which these conditions hold true.
- This window reduces the number of payments the claim handler has to personally issue, while using parameters to ensure payments above a certain threshold or from other vendors are not paid automatically.
- The system maintains the records of the payments providing historical payment tracking and recalculates the payments versus reserve ratio accordingly.
- This process saves the claim handler time in both issuing payments and documenting the fact that payments were made.
- The process could be used both on a claim by claim basis, and/or a more elaborate window could be used to pre-approve and guard against vendors above the claim level. This window would specifically be used by a vendor manager who monitors the ongoing relationships the insurance company has with its various vendors.
- Press the Cancel button and return to the line item window.

This script laid out the claim data capture features specific to workers compensation. It did not show all of the features of the claim design. For further information on CDC see the claim data capture script. Additionally, for more detailed discussion of the injury, treatments and disability areas of this script, see the managed care script.

The Value to implementing a Workers Compensation series of windows comparable to those demonstrated:

- Utilizes core claim windows without sacrificing the functionality for workers compensation. Claim handlers working on multiple lines of business work with core claim windows which are the same regardless of the line of business.
- More data is captured to assist with the Workers Compensation in a format which aids decision making. The claim handler writes less file notes, performs fewer manual calculations, and can monitor the progress of the injury without having to search through textual descriptions.
- Duration and payment data can be linked to claim type, treatment type and caregivers, insureds and claimants. This data can be tracked to provide feedback information in regards to preferred providers, high risk insureds, etc.

# EXHIBIT 72
# REDACTED IN ITS ENTIRETY

# EXHIBIT 73

Reliance

# RELIANCE INSURANCE COMPANY

*Millennium Claims System*
*Release 1 Business Case*

*February 19, 1998*

ANDERSEN CONSULTING

EXHIBIT
95
GUYAN
8-3-09
PENGAD 800-631-6989

Reliance

# TABLE OF CONTENTS


- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendices
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail


ANDERSEN CONSULTING