Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

Reliance has undertaken several broad-based initiatives to transform its Claims Organization. Progress has been made in the areas of adjuster training, field office reorganizations and core skills development. However, the lack of appropriate tools and management information continues to adversely impact both Loss Cost and LAE.

Based upon our knowledge of the RIC Claims Organization, and with the input of many field office adjusters, we have crafted the first release of a technology solution which should provide immediate and sustainable benefit to the effectiveness and efficiency of claim handlers. This will allow adjusters to free up time, handle more files, and consistently apply practices that will decrease Loss Cost.

The quantifiable business case for this first release is compelling. In addition, critical intangible benefits such as: the ability to more easily integrate new books of business, improve claims management through the better capture of performance measurement data, and increase the morale and retention of world-class claim handlers will also be enabled by this solution.

Reliance

- Executive Summary
- **Millennium Claims Technology Background**
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## RIC is in the midst of implementing the Millennium Claims Vision focused on transforming the entire Claims Organization. Virtually all aspects of the vision require improved data and technology capabilities.

*— Claims Change Vision—*




**People**

- Performance measures based on loss cost outcome *
- Regular file conferencing and enhanced communication across Reliance
- Enhanced coaching and an organizational structure aligned with loss cost reduction
- Superior recruiting and skill development processes

**Process**

- Matching of claim types with appropriate skills and workflows through profiling *
- Upgraded phase-specific capabilities and processes
- Streamlined processes to enable focus on value-added work
- Enhanced vendor/expert management *

**Technology**

- Expertise leveraged through technology-enabled databases and access to on-line information
- Significant upgrade of technology to ensure consistent, sustainable execution of event-based Best Practices

* Technology is needed to enable

ANDERSEN CONSULTING

# Seven projects emerged from the Millennium blueprint that will jointly capture over $45 million of loss cost opportunity.

Completed/In Progress — In Progress — Not Yet Started




**First Steps**
- Capture some benefits immediately through short-term action steps

**Critical Thinking**
- Change the mindset and approach to outcome-based file handling through claims-wide calibration

**Profiles & Practices**
- Identify and transform specific actions, behaviors & decisions to optimize results

**Ongoing Survey/CDA**
- Create an ongoing measurement tool that will track the Reliance capture of benefits and identify specific areas for improvement

**Performance Measures**
- Incent behaviors that lead to best results using a Balanced Scorecard approach
- Provide Reliance executives and managers with a balanced set of outcome-focused measures to proactively manage the Claims Organization

**Conduct Recovery/ SIU/ Lit. Mgmt. Data Analysis**
- Ensure optimal identification and pursuit of **Recovery** and **SIU** dollars and optimize **Litigation** and **Medical Management** results

Not Yet Started




- Sustain capture of benefits by ensuring consistent, world-class decisions and actions on all claims
- Ensure optimal efficiency of claims handling
- Provide data and information to effectively manage the business

***Technology is a critical component of the vision and is necessary to <u>sustain</u> the benefits achieved through the other People & Process initiatives.***

ANDERSEN CONSULTING

**The findings from the Claims Data Analysis and focus group interviews indicate that new technology is required to identify and capture Loss Economic Opportunity.**

*— Loss Economic Opportunity —*




*The impact of technology was significant on 86% of all LEO reduction opportunities.*

ANDERSEN CONSULTING

## A lack of technology has contributed to the inefficient use of claim handlers' time and focus.

*Key Findings:*

- 45% of adjuster's time is spent on overhead tasks rather than core claim handling tasks, which directly impact the paid loss.
- Documentation tasks account for 17% of claim activity, or $3.8 million of annual cost. More specifically, file notes account for over 33 FTE's or $1.7 million annually. However, 25% of the files reviewed were documented unsatisfactorily or poorly, correlating to LEO of 20% and 30% respectively.
- Set-up, maintenance, and review of diaries accounts for 13 technician/management FTE's, or $750,000 annually.
- Setting up an action plan and devising a pricing and negotiation strategy accounts for 10 FTE's.
- Every office and skill level where focus groups were conducted indicated that technology was required to improve efficiency and effectiveness. More specifically, the need for electronic files, communication, automated reporting and access to critical information were discussed most often.

Reliance

- Executive Summary
- Millennium Claims Technology Background
- **Benefits**
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## The Release 1 Claims System will provide benefits across several areas :

- ☐ *Effectiveness in Reducing LEO **
- ☐ *Efficiency in Obtaining ULAE Savings **
- ☐ *Improved Claims Management Through the Capture and Use of Performance Measurement Data **
  - Vendor Management - Control ALAE, provide higher ROI, and reduce paid loss through the identification and proper use of the best appraisers, experts, etc.
  - Profiles and Practices - Segment and act upon claim types that are a consistently high source of LEO. Disseminate information on certain behaviors and decisions that result in low LEO
  - Fraud Detection - Alert and guide claim handler if high risk or high fraud potential
  - Recovery Detection - Identify and pursue opportunities, track aggregate limits, etc.
  - Negotiation - Create and execute effective negotiation plans
- ☐ *Increased Change Readiness for Both New Business Acquisition and Business as Usual*
  - Consistency in usage allows for the rapid assimilation of new employees (Task Assistant & Claim Folder enabled)
  - More flexible front-end for implementing frequent, rapid, and economical data and business edit changes
  - Less dependence on legacy V7 system
- ☐ *Increased Customer Service*
  - Large accounts, claims service customers, agents, etc.
- ☐ *Increased Claim Adjuster Morale and Productivity*
  - Retention of world-class claim handlers
  - Strengthened recruiting basis

* Details on the following pages

ANDERSEN CONSULTING

# Technology should instill the rigor and consistency of timely and complete information, resulting in LEO reductions of $ 9-12 million.*

| Phase | LEO w/ R1 ** | Avg. LEO w/o R1 | R1 impact on LEO |
|---|---|---|---|
| Initial Contact (insured) | 14.1% | 16.5% | 2.4% |
| Initial Contact (doctor) | 13.2% | 15.3% | 2.1% |
| Investigation (insured) | 11.4% | 17.0% | 5.6% |
| Investigation (doctor) | 12.9% | 13.4% | 0.5% |
| Investigation (witness) | 11.3% | 18.2% | 6.9% |
| Investigation (other) | 9.9% | 22.1% | 12.2% |
| Investigation (using appraiser) | 16.4% | 21.9% | 5.5% |
| Fraud Detection (using SIU) | 13.8% | 13.9% | 0.1% |
| Evaluation (case strategy) | 13.1% | 17.3% | 4.2% |
| Negotiation (plan creation) | 12.4% | 17.0% | 4.6% |
| Supervision (initial guidance) | 13.1% | 17.7% | 4.6% |
| Supervision (follow-up guidance) | 10.2% | 12.1% | 1.9% |
| Customer Service (communication) | 11.9% | 18.6% | 6.7% |
| Average when R1 used | **12.6%** | | |
| Average when R1 not used | | **17.0%** | |
| R1 impact on LEO | | | **4.4%** |
| % of impact of R1 on LEO reduction | | **25.9 %** | |
| Total anticipated reduction in LEO | | $ 46.0 M | |
| % of impact of R1 on LEO reduction | | $ 11.9 M | |
| **Total Effectiveness Benefit** | | **$ 9 - $ 12 M ***** | |

* A 75-100% range of benefits has been incorporated to reflect the percent of time that the system will realistically ensure timeliness and completeness

** R1 refers to Release 1 of technology.

*** Benefits are conservatively stated. The assumption is that technology will allow all adjusters to function at the *existing* best level of timeliness & completeness. The reality is that the performance of all adjusters will improve with the new technology and the result will be an even lower acceptable LEO standard.

ANDERSEN CONSULTING