## Based on the Activity Based Costing (ABC) efficiency study, annual benefits of $ 3.0 - 3.5 million are obtainable. However, recognizing that a Staffing Model or Model Office has not been completed, the exact savings may vary.

| Opportunity Category | Administration FTE | Administration Salary | Technicians FTE | Technicians Salary | Management FTE | Management Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.00 | $ --- | 1.46 | $ 72,622 | 0.00 | $ --- | 1.46 | $ 72,622 |
| Claim Data Capture | 1.21 | $ 37,539 | 1.13 | $ 56,207 | 0.63 | $ 41,121 | 2.97 | $ 134,867 |
| Coaching | 0.03 | $ 931 | 0.56 | $ 27,855 | 0.69 | $ 45,037 | 1.28 | $ 73,823 |
| Correspondence-Forms | 13.42 | $ 416,342 | 12.12 | $ 602,861 | 1.49 | $ 97,254 | 27.03 | $ 1,116,457 |
| Filenotes | 0.10 | $ 3,102 | 12.81 | $ 637,182 | 1.49 | $ 97,254 | 14.40 | $ 737,538 |
| Index and Fileflow | 9.32 | $ 289,144 | 1.68 | $ 83,565 | 0.32 | $ 20,887 | 11.32 | $ 393,595 |
| Inquiry | 0.61 | $ 18,925 | 3.21 | $ 159,669 | 0.39 | $ 25,456 | 4.21 | $ 204,049 |
| Recovery | 0.00 | $ --- | 0.34 | $ 16,912 | 0.48 | $ 31,330 | 0.82 | $ 48,242 |
| Task Assistant | 2.75 | $ 85,316 | 6.82 | $ 339,234 | 3.09 | $ 201,687 | 12.66 | $ 626,237 |
| Vendor Management | 0.16 | $ 4,964 | 0.68 | $ 33,824 | 0.10 | $ 6,527 | 0.94 | $ 45,315 |
| ***Total*** | ***27.60*** | ***$ 856,262*** | ***40.81*** | ***$ 2,029,930*** | ***8.68*** | ***$ 566,552*** | ***77.09*** | ***$ 3,452,745*** |
| **Time Made Available** | **18.27%** | | **15.80%** | | **13.15%** | | **15.73%** | |
| **Average Salary plus Benefits* per Employee** | | **$ 31,024** | | **$ 49,741** | | **$ 65,271** | | |

*** Benefits are estimated at 18% of salary**

ANDERSEN CONSULTING

**Performance data, critical to measuring the effectiveness of vendors, will be captured and allow RIC to make cost effective arrangements with only the best vendors, thereby better managing ALAE, optimizing the ROI on expert usage, and decreasing LEO.**

*Technology will allow RIC to :*

- Monitor the number of files a particular vendor touches
- Review the number of vendors who have touched a particular file
- Alert claim handlers to avoid ineffective vendors
- More effectively manage *all* external resources

*In addition, technology will allow adjusters to know when to use experts :*

| Resource | % Cases Needed, but Not Used | LEO on Those Cases |
|---|---|---|
| Legal/ HO/Supervisor | 45% | 26% |
| IME | 45% | 22% |
| IA | 16% | 24% |
| Other Experts | 39% | 23% |

ANDERSEN CONSULTING

## Certain claims result in chronic LEO. Technology will help institutionalize the identification and handling of these files through event-based diary capabilities that recognize the changing complexity of the claims.

*Investigation*

- Conduct substantive ongoing contacts with the insured - When substantive ongoing contacts were made with the insured, the average LEO was 12.0% versus 29.3% for claims where substantive ongoing contacts were not made with the insured.
- Collect leases and contracts - When applicable leases and contracts were collected, the average LEO was 11.3% versus 28.7% for claims where applicable leases and contracts were not collected.
- *Evaluation*
- Understand all applicable statute/ case laws - When the adjuster developed a clear understanding of applicable statute/case law, the average LEO was 12.1% versus 20.5% for claims where the adjuster did not develop a clear understanding of applicable statute/case law.
- Appropriately determine the extent of the injury - When the extent of the injury was appropriately determined, the average LEO was 15.8% versus 35.2% for those claims where the extent of the injury was not appropriately determined.
- *Negotiation*
- Conduct effective negotiations - When the overall negotiation/disposition was conducted effectively, the average LEO was 11.9% versus 23.5% for claims where the overall negotiation/disposition was not conducted effectively.
- *Other*
- Communicate with underwriting and loss control - In the claims where there was communication between claims, the underwriter, and/or loss control, the average LEO was 10.7% versus 20.0% for those claims where there was no such communication.

ANDERSEN CONSULTING

## Technology will assist the claim adjuster in identifying high risk and fraudulent cases.

- The claim handler will be alerted and guided through high-risk and high fraud potential files.
    - 254 out of 1416 files (18%) reviewed should have been referred to SIU, but were not. The LEO dollars associated with these files represent 23% of all LEO dollars.

- An expert system for SIU has already been approved for 1998. The first release of the Millennium system will provide benefit to the new expert system by integrating it into a real-time environment.

## Technology will also automate the identification of potential recovery opportunities.

- Recovery potential was not investigated in 30% of all claims reviewed (423 out of 1416 files); in these files, the average LEO was 24% higher than in those files where recovery potential was investigated.

- When recovery potential was investigated, all avenues of recovery were not explored 36% of the time (232 out of 653 files); in these files, the average LEO was 94%higher than in those files where all avenues of recovery were explored.

## Technology will enable the development and pursuit of a negotiation plan and strategy to lower LEO.

- We did not negotiate 62% of all claims that warranted negotiation.
- For those claims which were negotiated, we did not complete a negotiation plan 22% of the time. When a plan was not completed, LEO was 19% versus 14% when it was.
- Case strategies were not always communicated to relevant parties. For the initial strategy, cases were not communicated 10% (66 out of 710) of the time for a LEO of 21%. For subsequent strategies, cases were not communicated 23% (42 out of 186) of the time for a LEO of 21%.

# Annual Benefits Summary

| Benefit | Annual Projected Savings (in millions) |
|---|---|
| ☐ *Effectiveness in reducing LEO* | $ 9 - 12 * |
| ☐ *Efficiency in obtaining ULAE savings* | $ 3 - 3.5 * |
| ☐ *Improved Claims Management* | |
| • Vendor Management | ● |
| • Profiles and Practices | ● |
| • Fraud Detection | ◐ |
| • Recovery Detection | ◐ |
| • Negotiation | ◐ |
| ☐ *Increased Change Readiness* | ○ |
| ☐ *Increased Customer Service* | ○ |
| ☐ *Increased Morale and Productivity* | ○ |

**KEY**

- ● Significant Potential
- ◐ Moderate Potential
- ○ Unknown Potential

* Benefits may not be additive.

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- **Costs**
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## Release 1 one-time costs are forecasted to be $ 18.3 million, with annual ongoing costs of $920,000.

| | Andersen Consulting Costs | Andersen Consulting Days | Contractor Costs | Contractor Days | Reliance Insurance Costs | Reliance Insurance Days | Total |
|---|---|---|---|---|---|---|---|
| Utilities [1] | $ 2,400,000 | 4200 | | | | | $ 2,400,000 |
| Utilities [2] | $ 4,300,000 | 5200 | | | | | $ 4,300,000 |
| Integration [3] | $ 4,900,000 | 3000 | $ 896,000 | 1120 | $ 1,280,000 | 4800 | $ 7,076,000 |
| Transfer to RIC IT | | | | | $ 450,000 | 1650 | $ 450,000 |
| Rollout to RIC Field | | | | | $ 380,000 | 1400 | $ 380,000 |
| Miscellaneous | | | | | | | |
| Hardware, Software | | | | | $ 978,000 | | $ 978,000 |
| Travel, etc. | $ 1,000,000 | | | | $ 525,000 | | $ 1,525,000 |
| Admin [5] | | | | | $ 1,171,000 | | $ 1,171,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1] Task Assistant, Task History and File Notes. Discount of 65% over regular pricing.

[2] Claim Folder, Forms and Correspondence, Negotiation, Injury, Participant and Organization. Discount of 50% over regular pricing.

[3] Legacy integration with Version 7, Data Conversion, Integration Testing, Rollout.

[4] Includes Software Licensing, 6 IT support staff, and 2 librarians.

[5] Facilities, Equipment, Telephones, Support, and New Employee Costs.

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- **Summary**
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING