## There is a clear Business Case to consider for the first release of the Millennium claims system.

The Business Case for the first release focuses on reducing Loss Cost, while moderately (28 out of 77) affecting headcount reductions. This reduces the impact of the efficiency benefits, but maximizes the effectiveness benefits. Headcount reduction in the administrative area is fully realized. However, the time saved by technicians and managers through the elimination of non-value added overhead tasks (about 6 hours a week) is re-invested in performing LEO reducing activities. The total benefit is approximately $10 million annually.

# Release 1 is supported by a compelling Business Case.

*The combined effectiveness & efficiency scenario shows annual benefits of at least* ***$10 million***:

| | | |
|---|---|---|
| • Annual effectiveness benefits of : | | $ 9 M |
| • Annual efficiency benefits of : | | $ 1 M |
| • Other benefits : | | $ TBD |
| | *Total :* | *$ 10 M* |

*The First Release of the Claims system has a total cost of* ***$ 18.3 million***:

| | | |
|---|---|---|
| • Task Assistant, Task History and File Notes: | | $ 2.4 M |
| • Claim Folder, Forms & Correspondence, Negotiation, Participant and Organization: | | $ 4.3 M |
| • Legacy integration with PMSC Version 7 : | | $ 7.9 M |
| • Other (hardware, travel, administration, etc.) : | | $ 3.7 M |
| | *Total :* | *$18.3 M* |

ANDERSEN CONSULTING

## A cost-benefit analysis of the claims system reveals a break-even point of 2.6 years for the combined effectiveness & efficiency scenario.

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | *Total* |
|---|---|---|---|---|---|---|---|---|---|
| Costs | $18.3M | $1.52M | $920K | $920K | $920K | $920K | $920K | $920K | *25.3 M* |
| Benefits | ------ | $ 5.5M * | $10 M | $10 M | $10 M | $10 M | $10 M | $10 M | *65.5 M* |
| | *($18.3M)* | *($14.3M)* | *($5.2M)* | *$3.84M ** | *$12.9M* | *$22.0M* | *$31.1M* | *$40.2M* | |

* Denotes the break-even point

Assumptions
- 100% of development costs incurred in year 1.
- 100% of roll-out costs incurred in year 2.
- 50% of effectiveness benefits realized in year 2, 100% thereafter.
- 100% of efficiency benefits realized in year 2 and thereafter.

ANDERSEN CONSULTING

# When capitalizing the costs over seven years, the Business Case is even more compelling.

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | *Total* |
|---|---|---|---|---|---|---|---|---|---|
| Costs | $2.5M | $3.4M | $3.4M | $3.2M | $3.2M | $3.2M | $3.2M | $3.2M | *25.3 M* |
| Benefits | ------ | $ 5.5M * | $10 M | $10 M | $10 M | $10 M | $10 M | $10 M | *65.5 M* |
| | *(2.5M)* | *(.4M)* | *$6.2M* * | *$13.0M* | *$19.8M* | *$26.6M* | *$33.4M* | *$40.2M* | |

* Denotes the break-even point

Assumptions

- All consulting costs plus 80% of RIC personnel costs are capitalized over 7 years.
- Hardware and software are capitalized over 3 years.
- 20% of RIC personnel costs and 100% of RIC travel expenses are incurred in first year.
- 50% of effectiveness benefits realized in year 2, 100% thereafter.
- 100% of efficiency benefits realized in year 2 and thereafter.

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

**Reliance**

# Millennium Claims: Release 1



Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

# Efficiency savings from the implementation of the entire Claims Vision.

| Opportunity Category | Administration FTE | Administration Amount | Technicians FTE | Technicians Amount | Management FTE | Management Amount | Total FTE | Total Amount |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.18 | $ 5,623 | 2.00 | $ 99,418 | 1.35 | $ 87,791 | 3.52 | $ 192,832 |
| Claim Data Capture | 2.84 | $ 88,237 | 7.69 | $ 382,673 | 1.17 | $ 76,151 | 11.70 | $ 547,062 |
| Coaching | 0.30 | $ 9,327 | 1.00 | $ 49,625 | 1.81 | $ 118,078 | 3.11 | $ 177,030 |
| Correspondence-Forms | 15.43 | $ 478,694 | 12.25 | $ 609,411 | 2.57 | $ 167,628 | 30.25 | $ 1,255,733 |
| Coverage | 2.28 | -$ 100,000 | 3.41 | $ 169,563 | 0.09 | $ 5,678 | 1.21 | $ 74,496 |
| Filenotes | 0.10 | $ 2,565 | 12.81 | $ 649,485 | 1.49 | $ 112,117 | 14.40 | $ 764,167 |
| Index and Fileflow | 14.52 | $ 450,516 | 3.32 | $ 165,213 | 0.41 | $ 26,542 | 18.25 | $ 642,271 |
| Inquiry | 2.05 | $ 61,953 | 6.57 | $ 333,190 | 1.28 | $ 96,093 | 9.90 | $ 491,237 |
| Payments | 7.44 | $ 230,871 | 4.24 | $ 211,029 | 0.27 | $ 17,651 | 11.95 | $ 459,551 |
| Recovery | 0.26 | $ 7,137 | 0.89 | $ 45, 155 | 0.48 | $ 36,026 | 1.63 | $ 88,318 |
| Task Assistant | 2.75 | $ 79,256 | 6.82 | $ 345,995 | 3.09 | $ 232,097 | 12.66 | $ 657,348 |
| Vendor Management | 0.26 | $ 6,970 | 1.40 | $ 71,033 | 0.31 | $ 22,950 | 1.96 | $ 100,953 |
| | | | | | | | | |
| **Total** | **43.86** | **$ 1,320,404** | **62.41** | **$ 3,131,791** | **14.29** | **$ 998,803** | **120.56** | **$ 5,450,998** |

ANDERSEN CONSULTING

# The Activity Based Costing analysis revealed where claim adjusters spend their time.

| Opportunity Category | Administration FTE | Administration Amount | Technicians FTE | Technicians Amount | Management FTE | Management Amount | Total FTE | Total Amount |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.76 | $ 23,578 | 7.41 | $ 368,580 | 1.84 | $ 120,099 | 10.01 | $ 512,257 |
| Claim Data Capture | 22.06 | $ 684,390 | 20.31 | $ 1,010,240 | 7.53 | $ 491,491 | 49.90 | $ 2,186,121 |
| Coaching | 5.15 | $ 159,774 | 6.95 | $ 345,700 | 12.12 | $ 791,084 | 24.22 | $ 1,296,558 |
| Correspondence-Forms | 27.36 | $ 848,817 | 26.24 | $ 1,305,203 | 4.17 | $ 272,180 | 57.77 | $ 2,426,200 |
| Coverage | 3.50 | $ 108,584 | 17.47 | $ 868,975 | 2.68 | $ 174,926 | 23.65 | $ 1,152,485 |
| Filenotes | 1.53 | $ 47,467 | 59.04 | $ 2,936,708 | 7.60 | $ 496,059 | 68.17 | $ 3,480,234 |
| Index and Fileflow | 40.81 | $ 1,266,089 | 7.54 | $ 375,047 | 1.29 | $ 84,200 | 49.64 | $ 1,725,336 |
| Inquiry | 4.31 | $ 133,713 | 26.64 | $ 1,325,100 | 2.81 | $183,411 | 33.76 | $ 1,642,224 |
| Payments | 20.83 | $ 646,230 | 15.10 | $ 751,089 | 0.73 | $ 47,648 | 36.66 | $ 1,444,967 |
| Recovery | 0.29 | $ 8,997 | 2.22 | $ 110,425 | 1.16 | $ 75,914 | 3.67 | $ 195,336 |
| Task Assistant | 5.63 | $ 174,665 | 27.07 | $ 1,346,489 | 6.93 | $ 452,328 | 39.63 | $ 1,973,482 |
| Vendor Management | 0.55 | $ 17,063 | 3.63 | $ 180,559 | 1.02 | $ 66,576 | 5.20 | $ 264,198 |
| Loss Cost Containment | 8.52 | $ 264,324 | 47.67 | $ 2,371,153 | 6.13 | $ 400,111 | 62.32 | $ 3,035,588 |
| Out of Scope | 12.94 | $ 401,451 | 11.01 | $ 547,648 | 12.80 | $ 835,469 | 36.75 | $ 1,784,568 |
| **Total** | **154.24** | **$ 4,785,142** | **278.30** | **$ 13,842,916** | **68.81** | **$ 4,491,496** | **501.35** | **$ 23,119,554** |

ANDERSEN CONSULTING

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

# Reliance Closed Claim Questionnaire Sample.

O. CONTACT Part 1 - Standard for All Lines

1. Was the initial contact timely (within 24 hours of receipt at office) with the:
   1) insured?
      (1) Yes
      (2) No
      (3) N/A
   2) claimant?
      (1) Yes
      (2) No
      (3) N/A (attorney representation)
2. During the initial contact, did the adjuster capture all relevant information from the:
   1) insured?
      (1) Yes
      (2) No
      (3) N/A
   2) claimant?
      (1) Yes
      (2) No
      (3) N/A (attorney representation)

P. CONTACT Part 2 - Workers Compensation Only

1. Was the initial contact with /from the doctor timely (within 24 hours of receipt at office)?
      (1) Yes
      (2) No
      (3) N/A
2. During the initial contact, did the adjuster capture all relevant information from the doctor?
      (1) Yes
      (2) No

Q. CONTACT Part 2 - Commercial Property Only

1. Did the adjuster identify immediate needs of the insured relevant to:
   1) financial considerations?
      (1) Yes
      (2) No
      (3) N/A
   2) loss mitigation?
      (1) Yes
      (2) No
      (3) N/A

# Reliance Questionnaire Loss Economic Opportunity Analysis.

| O1.1 | O2.1 | Count | Frequency | Total Loss $ | Total Loss LEO | # Leaky Files | Loss % | Total LAE $ | Total LAE LEO | # Leaky Files | LAE % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | .2 % | 24,490 | 16,763 | 2 | 68.4 | 23,564 | 1,350 | 1 | 5.7 |
| 1 | | 1 | .1 % | 45,649 | 4,287 | 1 | 9.4 | 1,242373 | | 1 | 30.0 |
| 1 | 1 | 574 | 40.5 % | 15,700,690 | 2,221,149 | 354 | 14.1 | 929,404 | 158,950 | 147 | 17.1 |
| 1 | 2 | 317 | 22.4 % | 9,326,726 | 1,632,973 | 267 | 17.5 | 445,136 | 90,132 | 123 | 20.2 |
| 1 | 3 | 3 | .2 % | 112,112 | 7,771 | 3 | 6.9 | 3,816631 | | 2 | 16.5 |
| 2 | | 2 | .1 % | 402,904 | 44,291 | 2 | 11.0 | 4,424 | 1,302 | 1 | 29.4 |
| 2 | 0 | 1 | .1 % | 16,726 | 1,972 | 1 | 11.8 | 0 | 0 | 0 | 0 |
| 2 | 1 | 182 | 12.9 % | 5,048,471 | 742,247 | 121 | 14.7 | 326,968 | 60,344 | 61 | 18.5 |
| 2 | 2 | 230 | 16.2 % | 5,068,669 | 879,622 | 181 | 17.4 | 529,704 | 78,539 | 73 | 14.8 |
| 2 | 3 | 31 | 2.2 % | 515,601 | 137,701 | 22 | 26.7 | 38,387 | 5,194 | 9 | 13.5 |
| 3 | 1 | 2 | .1 % | 11,257 | 931 | 1 | 8.3 | 59 | 56 | 1 | 94.9 |
| 3 | 2 | 1 | .1 % | 37,846 | 5,000 | 1 | 13.2 | 51 | 0 | 0 | 0 |
| 3 | 3 | 69 | 4.9 % | 232,941 | 32,132 | 20 | 13.8 | 16,691 | 2000 | 3 | 12.0 |
| | | 1416 | | 36,544,082 | 5,726,837 | 976 | | 2,319,446 | 398,871 | 422 | 12.0 |

ANDERSEN CONSULTING

# EXHIBITS 74-76
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 77

# *ClaimWorks™ Vision*

***What is the Claim Vision of the future?***

**Claim Vision:**

To be recognized as the preeminent claim service in the insurance industry.

- For our *Business Partners* - we will provide customized, cost-effective, quality claim services that will help them achieve a sustainable competitive advantage.
- For our *Policyholders and Producers* - we will deliver services that meet their unique needs for quality and value.
- For our *Employees* - we will offer a work environment that is rewarding and challenging.

***How will ClaimWorks™ support the Claim Vision?***

**ClaimWorks™ Vision**

To support the Claim Vision by:

- Enhancing claim handler productivity
- Improving data quality and provide superior customer service
- Providing flexibility to enable acquisition and new product development

While creating new business processes and technology tools, maintaining a good work environment, managing to acceptable loss indemnity results and working within the constraints of our resources.

***Who are the key ClaimWorks™ stakeholders?***

| | Business Partners | Policy Holders & Producers | Claim Employees | Information Systems | Project Employees |
|---|---|---|---|---|---|
| ***What will ClaimWorks™ provide to stakeholders?*** | • Reduced unit cost<br>• Timely and accurate loss information<br>• Account based information & services<br>• Manage indemnity payout | • Responsive products and services<br>• Met or exceeded expectations<br>• Timely, accurate loss information<br>• Ease of doing business | • Increase operational effectiveness and value added<br>• Innovative environment with useful technology<br>• Increased ability to effectively manage workplace<br>• Support for clear and improved business processes | • Collaborative development environment<br>• Infrastructure for enterprise-wide client/server systems<br>• Foundation component of strategic technology direction. | • Realistic plans and deadlines<br>• Training for the project processes and tools<br>• Clear expectations and direction<br>• Environment in which creativity and productivity is rewarded |
| ***What is expected of stakeholders?*** | • Participate in setting data and servicing requirements<br>• Encourage an integrated process between Under-writing, Claims, and other areas of the organization<br>• Provide feedback for continuous improvement | • Provide feedback and input to requirements and design which materially impact operations<br>• Provide feedback for continuous improvement | • Provide key resources<br>• Tolerate transition time<br>• Participate in setting data and servicing requirements<br>• Participate in the development of scope, design and implementation<br>• Provide feedback for continuous improvement | • Provide architecture and direction for design and development<br>• Provide cross-functional participation in key projects<br>• Provide project management and consistent management of all IS resources. | • Understand vision, goals, objectives and scope<br>• Provide quality results while meeting project deadlines<br>• Participate in project planning and execution<br>• Work as a team member focused on project goals |

*6/10/97*

cwvision.ppt