# The St. Paul ClaimWorks Blueprint* - Version 6/97



# ClaimWorks Blueprint Component Descriptions

g:\cissp\dat_cap\draft\furtdesc.doc
Prepared by: Nicole Klos / Jan Crozier
Revised: 6/17/97, 8:11 AM

## TABLE OF CONTENTS

Glossary of Terms

Core Claim Processing
- Assignment Logic
- Availability
- Dispatch
- Organization Personnel and Skills
- Resolution and Assignment Profiles

Management / Financial Processing

Large Account Servicing

Management Reporting

Knowledge Management

Claim Utilities

Technical Architecture

Legacy Systems and Interfaces

***General Glossary of Terms:***

| | |
|---|---|
| **CISSP** | Claim Information Systems Strategy (or Solution) Project; a project in which St. Paul partnered with Andersen Consulting to research and develop strategies for new claim processing, and how to apply technology solutions to the problems that exist today. Project timeframe: late 1994 to early 1995. |
| **ClaimProfiler™** | Andersen Consulting's design for an intelligence engine which supports the identification of claim profiles and helps guide the consistent execution against these profiles. The ClaimProfiler™ is capable of monitoring an enormous amount of characteristics and guiding the claim handler towards the proper path in handling the claim. *[recognizes patterns across claims and generates activities and alerts]* |
| **ClaimWorks Blueprint** | A functional view of what is within the CISSP funding and vision. |
| **ClaimWorks Vision** | The project vision for ClaimWorks. It aligns with the Claims vision. It defines the responsibities ClaimWorks has towards its stakeholders, as well as what it's stakeholders should provide to the project. |
| **Components** | Large functional pieces of the future ClaimWorks system. For example, claim data capture is a component which contains the [*responsiblities and* ?] information needed to handle a claim. It can be further broken down into pieces like supplements and participants. |
| **Funded via CISSP** | Business design requirements as identified in the CISSP conceptual design which were funded under the CISSP project funding. |
| **Millennium Claims** | The Andersen Consulting initiative which provides a conceptual design starting point for most of the Blueprint components. The Millennium team has been working towards solving the tough or high impact issues in claims and providing designs, scenarios, an object model and other documentation to support their ideas. |
| **Not Funded via CISSP but in Vision** | Business design requirements as identified in the CISSP conceptual design which were NOT funded under the CISSP project funding but are part of the overall ClaimWorks™ Vision. |
| **Out of Funding and Vision** | Business design requirements NOT within the vision or funding of the CISSP project. At this point there is not intention to cover these within the boundaries and timeframe of ClaimWorks. This does not mean these requirements will not be met by later initiatives or other projects. |
| **profiles** | Sets of characteristics that can apply to a claim, person, concept, organization, etc... For example, a claim can have several profiles: it can be a severe claim needing immediate attention, it can be a fraudulent claim demanding an aggressive claim handling approach and the SIU to become involved, or it can be an easy claim going to a less experience claim handler. All of these profiles can be determined by the characteristics of the claim. [*The profiles will drive activities on a claim.*] |

# *Core Claim Processing*




## Definition:

Core Claim Processing consists of a group of components which provide the basic environment in which claims can be captured, assigned, grouped, investigated and handled. These components mostly focus around capturing and maintaining data relevant to a claim.

**Assignment Processing**

- Assignment Logic
- Availability
- Dispatch
- Resolution and Assignment Profiles
- Oraganization Personnel and Skills
- Workload

**Data Capture**

- Claim Data Capture Framework
- Coverage Validation
- First Report Capture
- Line of Business Specific Data Capture

**Event / CAT Management**

## *Core Claim Processing*

### Assignment Logic




### Definition:

The assignment component administers the rules and parameters by which all losses can be assigned directly to claim handlers. The goal is to assign a large proportion of all new losses without intervention from a supervisor. This requires an assignment component interact with first notice, the profiling and segmentation components, and claim data capture (for reassignment or claims captured directly into the Claim component).

### Vision and Scope:

Funded via CISSP:
Automated and semi-automated assignment of work based on a prerson's workload, skills and availability and the claim's characteristics. This component works with the resolution and assignment templates to determine the best fit of claim to claim handler.

Not Funded via CISSP but in Vision:
Automated re-assignment

Not Funded via CISSP and Out of Vision:
Automated vendor assignment.

## *Core Claim Processing*

### Availability




### Definition:

This component administers the availability of staff for claim and task assignments. Claim handlers or their supervisors must be able to remove themselves from the pool of available staff. The reasons for doing so include vacations, training time, or workload balancing.

### Vision and Scope:

Funded via CISSP:
Tracking availability at the task and claim level, includeing vacation, training, illness and workload.

Not Funded via CISSP but in Vision:
N/A

Not Funded via CISSP and Out of Vision:
N/A

## *Core Claim Processing*

### Dispatch




### Definition:

The Dispatch component is targeted at the proper assignment of specific claim tasks (appraisal) or vendor functions (direct replacement). The dispatch manages the scheduling of interactions with the insured and/or claimant, and the vendors or internal staff who will provide services. This component will also schedule facilities like drive-in appraisals and direct repair facilities.

### Vision and Scope:

Funded via CISSP:
Assigning work at the event, occurrence, claimant, supplement and task level.

Not Funded via CISSP but in Vision:
Management of work assignment to vendors.

Not Funded via CISSP and Out of Vision:
N/A

# *Core Claim Processing*

## Organization Personnel and Skills




### Definition:

This component maintains an organizational model by which the assignment component administers work. This component recognizes workgroup and supervisory relationships, and tracks individual claim handlers, their skills, geographic territory served, and types of claims for which they are qualified. This component contains the organization objects and personnel objects that manage this process.

### Vision and Scope:

Funded via CISSP:
Hierarchical structure of the organization, skill levels and business unit expertise.

Not Funded via CISSP but in Vision:
The extended organization (agents, risk managers, insureds, vendors).

Not Funded via CISSP and Out of Vision:
N/A

## *Core Claim Processing*

### Resolution and Assignment Profiles




### Definition:

Assignment and resolution profiles are specific parameters and characteristics by which claims are triaged and assigned during the First Notice process, as well as reassigned as the claim proceeds through its lifecycle. The goal of these profiles is the proper segmentation of losses to separate claims according to risk and severity, and to be sure that the proper resources are allocated to obtain maximum claims effectiveness and customer service impact.

### Vision and Scope:

<u>Funded via CISSP:</u>
Profiles which supports the assignment of the claim. This logic assists the assignment component in analyzing the type and nature of the claim so that a person with the proper skills, availability and workload can be assigned to the claim. See the definition of profiles in the attached glossary.

<u>Not Funded via CISSP but in Vision:</u>
Immediate resolution claim handling.

<u>Not Funded via CISSP and Out of Vision:</u>
The ClaimProfiler™ being used to support the assignment logic rather than assignment templates. Further description of the profiler is contained in the profiler's definition appearing later in this document.

## *Core Claim Processing*

### Workload




### Definition:

The workload component monitor s the workload of claim handlers and other support staff in order to make equitable work assignments, and to review individual and team performance. The workload component maintains the information regarding new losses, pending files, and closings in order to provide this service.

### Vision and Scope:

Funded via CISSP:
Current resources and a workload capacity model (in other words, what's a reasonable amount of work given the LOB).

Not Funded via CISSP but in Vision:
Recognizing new claim assignments versus work in process when evaluating workload. Reviewing and maintaining team performance statistics.

Not Funded via CISSP and Out of Vision:
N/A

## *Core Claim Processing*

### Claim Data Capture Framework




### Definition:

This component provides the necessary data capture that is generic to all lines of business and all losses. It includes all claim objects (Claim, Supplement, Participant, Injury, Vehicle, etc.) and makes those objects available to any line of business which require them. For example, vehicles are specific to automobile losses, but they can also be a damaged object under a general liability claim, and the vehicle object is available to both. This allows line of business variations to be confined to a more narrow segment of loss data and processing. All claims have a lifecycle which includes a predefined series of lifecycle events that can be system-generated or user initiative. The Claim will publish the occurrence of lifecycle events as a method of communicating with other interested components or objects. This component will also provide creative methods for capturing the increased amount of data that will surface with a new claim design.

Negotiation: Captures the strengths and weaknesses, the target settlement range, the historical and current demands and offers per supplement negotiation. Supplements can be grouped or have individual negotiation. This sub-component within claim captures information about the negotiation that is normally captured in file notes in order to have one consistent place to see summary negotiation window, to track demands and offers in the same location in a historical fashion, to speed the claim handler's work in capturing the characteristics of the negotiation and to capture the information as data that can later be analyzed for trends, etc.

Claim: Performs the processing and captures the information at the claim level. This includes the characteristics of the loss, the claim owner and other claims professionals assigned the claim, indications of whether coverage has been verified and when, whether or not the claim is part of an event, and other claim level information.

Participant: Performs the processing and captures the information at the participant level. Participants include insureds, claimants and any vendors or third parties associated to the claim, like physicians, attorneys and autobody shops. Participant links a person from the name and address book to the claim. It is really considered a component outside of the claim, but can be completely viewed from within the claim. This is because participants can be associated with other things like events, policies and accounts.

Supplement: Performs all of the processing and captures all of the information specific to a supplement within a claim. For example, the supplement component tracks the person assigned the specific supplement and its open, closed dates, whether a negotiation exists for the supplement, whether a litigation exist for the supplement, whether subrogation is taking place for the supplement, etc. Based on the supplement type, very specific information is captured as well. For example for a collision supplement, the vehicle, the deductible and the coverage limit on the vehicle could be displayed.

Injury: The injury component tracks the historical and current injury information for a participant. Versions of the injury or injuries are kept as well as who reported these injuries and the current prognosis. Severity, type, kind, part of body can all be entered using a structured data approach. Medical provider history, treatment history, and disability and rehabilitation can also be tracked. CPT-4's and ICD-9s could also be utilized to populate and evaluate the treatment an injuries. An injury can be viewed or added within the participant and supplement levels and can be utilized on any LOB where an injury is possible.

Vehicle: The vehicle component tracks information about both claimant and insured vehicles. It requests information like the VIN, license number, make, model year, owner, etc. The vehicle information can also include vehicle damage information, like a repair estimate, damage characteristics and whether or not the vehicle is a possible or confirmed total loss. A vehicle can be linked at the claim, supplement, and policy level and can also be accessed from the first notice reporting tool.

Property: The property component tracks information about any type of property involved in a loss. This information includes a description of the property, the property location, and other property related information. The property can also contain damage information. Vehicle is a special extension of the property component. A property component can be viewed at the claim, supplement, and possibly the policy levels.

Policy: The policy component provides claim data capture with the insureds on the policy, the coverages on the policy, the policy limits, and the deductibles. If a strong link between the policy component and claim component exist, logic could assist the claim handler in confirming coverage down to the supplement level.

Account: The account component provides claim data capture with the basic account information, reserve and payment summaries, and the nature of the account arrangement. The component also displays the policies which fall under the account and the claims against these policies. This information assists the claim handler in evaluating the account as a whole and in monitoring aggregate limits or any information necessary on the account level.

## Vision and Scope:

Funded via CISSP:

- Basic account servicing and product information
- The ability to access regulatory information
- Claim summary information
- Claim data
- Claim file management (opening, closing and archiving)
- Capturing basic coverage data (see coverage component)
- Basic injury information

Not Funded via CISSP but in Vision:

- More extensive injury information
- Account summary information
- Policy and coverage data (more extensive data capture)
- Negotiation information capture

Not Funded via CISSP and Out of Vision:
N/A

# *Core Claim Processing*

## Coverage Validation




### Definition:

Coverage validation represents the interaction between the claim components and any policy administration systems, premium warehouse, or manual policy coding processing. The claim system is insulated from the variety of policy administration techniques that any insurer may utilize. The claim objects request standard information needed to set up losses, and can respond to product or policy specific data capture if the policy system makes such a request. Service Agreements for TPA arrangements are also included in this processing. Coverage validation occurs at the claim/policy/service agreement level, as well as the supplement/coverage line level, and recognizes the role of various participants in the coverage verification process. Final determination of coverage is always reserved for the authorized claim handler, and coverage confirmations, denials, or questions are claim lifecycle events which may trigger additional behaviors in the claim object.

### Vision and Scope:

Funded via CISSP:

- Automatic coverage match
- Notification of unsucessful coverage match
- Automatic communication to underwriting upon coverage match difficulty
- Statistical record creation when coverage match complete
- Read and update of premium data
- Collecting results of coverage decisions
- Capture of policy limits
- Policy look up
- Identification of an applicable policy and the effective dates associated with a claim
- Identification of information which will feed the coverage confirmation
- Locating relevant policies
- Policies missing coverage information reports

Not Funded via CISSP but in Vision:

- Automatic coverage, limits and deductible information electronically linked to and accessible within the claim.

Not Funded via CISSP and Out of Vision:

N/A

## *Core Claim Processing*

### First Report Capture




### Definition:

First notice provides a rapid method of gathering the initial claim information in a variety of settings: call center, independent agency, insured site, or directly through an intranet or the Internet. The process allows the user to provide the claim facts, participants, and objects involved at their own pace and sequence. The primary goal for first notice is to generate new claims that have been properly triaged so that they can be automatically assigned to a specific claim handler without involving a supervisor or manager. Many claims will be eligible for immediate resolution and will be handed off to an immediate resolution unit via CTI. The interface for first notice is distinctly different than claim data capture. Claim data capture is intended to organize all claim information in a fashion that is intuitive to the ongoing management of a claim. First Notice is intended to expedite the reporting process.

### Vision and Scope:

Funded via CISSP:

- Initial claim information capture
- New claim creation
- Internal logic and robust scripting to capture the more detailed claim information
- Internal and call center claim data capture

Not Funded via CISSP but in Vision:

- Intranet and Internet first notice

Not Funded via CISSP and Out of Vision:

N/A

## *Core Claim Processing*

### Line of Business Specific Data Capture




### Definition:

Line of Business Specific Data Capture recognizes the unique processing and data capture needs across lines of business (combinations of supplements, product lines, and coverage objects) which allows it to support the claim handler in handling these claims as well as provide unique insight into loss cost drivers and pricing indicators.

### Vision and Scope:

<u>Funded via CISSP:</u>
All Business Units: (provide list per business unit/lob here

<u>Not Funded via CISSP but in Vision:</u>
Loss cost and pricing indicator analysis per line of business and/or per business unit

<u>Not Funded via CISSP and Out of Vision:</u>
N/A

## *Core Claim Processing*

### Event/CAT Management:




### Definition:

Events must be managed separate from the losses and claims which they spawn. This module manages the administration of events (natural disasters, toxic or environmental claims, etc.), as well as the rules and parameters by which early aggregate reserves for these events will be established as new unreserved losses are reported. This component interacts with First Notice and Claim Data Capture to insure that events are properly linked to the claims from which they are derived.

Environmental:
Claims made by several claimants against a single insured's policy or group of insureds' policies due to some type of contamination or destruction of the environment. For example: if two factories dump toxic waste into the same ditch, contaminating a nearby water supply, the claims submitted against these companies by the area residents would be tracked as a group of claims.

Aggregate Limits:
Claims made by several claimants against a single insured's policy usually in regards to a single incident or defective product. The claims are grouped to evaluate the amount paid against aggregate limits. For example: if a toy manufacturer develops a defective toy and parents who purchase the toy claim against the manufacturers for harm to their children, the claims submitted against is manufacturer by the parents would be tracked as a group of claims.

Catastrophe:
Claims made by several insureds against their own policies due to a natural disaster. For example, several homeowners insured by the same company experience damage to their homes due to an earthquake and submit insurance claims to fund the repair of the damaged property. Their claims are tracked as a group of claims.

## Vision and Scope:

Funded via CISSP:
Setting up catastrophic, aggregate limits, environmental, and general claims related.

Not Funded via CISSP but in Vision:
Calculating and summarizing average reserves, total reserves, total paid, aggregate limits, and claims included on an event level basis.

Not Funded via CISSP and Out of Vision:
Establishing CAT processing centers.

## *Management Processes and Financial/Accounting Processes*




### Definitions:

<u>Management Processes:</u>
Management Processes involve managing people or processes outside of a specific claim. Usually one person or a group of people are dedicated towards getting a optimal result by managing these items in an aggregate fashion. For example, in vendor management, the management process involves tracking vendors, striking and tracking vendor discount and service arrangements, and ensuring the preferred vendor is utilized during the claim handling process. For subrogation management it means setting up criteria for recognizing subrogation potential, procedures for tracking the subrogation process, and the ability to summarize and report on historical subrogation activity.

<u>Financial/Accounting Processes:</u>
Financial/Accounting Processes involve managing the financial aspects of handling these larger efforts. For example, the financial processes in vendor management include receiving vendor billings, paying vendor billings and tracking the amount and volume of business done with the vendor. For subrogation, financial management tracks the amount of subrogation received and profit center towards which the intake is credited.

## *Management Processes and Financial/Accounting Processes*

### Fraud Profiles




### Definition:

Fraud Profiles recognize potential fraud cases, support intervening early, and suggest alternative strategies for managing the risk of fraud. This component interacts heavily with the claim objects, participant component, task assistant component, and vendor management component. Outside sources of information are utilized to gather fraud indicators that are defined in the pallet of the fraud evaluation profiles.

### Vision and Scope:

Funded via CISSP:
N/A

Not Funded via CISSP but in Vision:

- Flagging potentially fraudulent vendors, insureds and claimants on the participant record and having them recognized as such in future claims.
- Recognizing claims as fraudulent based on claim characteristics.

Not Funded via CISSP and Out of Vision:
Use of fraud profiles and their published messages to the task assistant.

## *Management Processes and Financial/Accounting Processes*

### Loss Cost Containment Profiles




### Definition:

Loss Cost Containment Profiles manage the strategies applied to any group of claims which meet a designated profile. The strategy may cause a reassignment to occur, invoke relevant best practices, cause a Center of Excellence to be assigned to a claim, or cause a new reserve to be considered. The ClaimProfiler™ will interact with this component as well as the claim objects during their lifecycle in order to insure that claims which change profiles are properly managed for maximum effectiveness. (See more detail under the ClaimProfiler™ definition.

### Vision and Scope:

Funded via CISSP:
N/A

Not Funded via CISSP but in Vision:
N/A

Not Funded via CISSP and Out of Vision:
Loss Cost Containment Profiles and their interaction with the ClaimProfiler™

# EXHIBIT 78

# Claim Handler Utilities
# PROJECT INITIATION REPORT

## TABLE OF CONTENTS

**OBJECTIVE** ..... **1**
BACKGROUND ..... 1
BUSINESS OBJECTIVES ..... 1
PROJECT OBJECTIVES ..... 2
SCOPE ..... 3
INCLUDED ..... 3
EXCLUDED ..... 4
**BENEFITS** ..... **4**
**CRITICAL REQUIREMENTS** ..... **6**
**ASSUMPTIONS** ..... **7**
**ISSUES** ..... **8**
**RISKS** ..... **9**
**CONSTRAINTS** ..... **10**
**CRITICAL SUCCESS FACTORS** ..... **10**
**PROJECT ORGANIZATION** ..... **12**
BUSINESS ROLES ..... 12
INFORMATION SYSTEMS ROLES ..... 12
**PROJECT APPROACH/PLAN** ..... **14**
BUSINESS MODELING AND SOLUTION STRATEGY / BUSINESS PROCESS DESIGN ..... 14
CONCEPTUAL DESIGN / APPLICATION DESIGN ..... 14
WORKING MODEL / APPLICATION ENGINEERING / DISCOVERY MODEL ..... 15
TESTING ..... 15
DISTRIBUTED DEPLOYMENT ..... 15
APPROACH TO GATHERING FIELD INPUT AND VERIFYING PROJECT RESULTS ..... 13
OTHER TASKS ..... 16
**DEPENDENCIES** ..... **17**
**ESTIMATES** ..... **17**
**APPENDIX 1 - SCOPE DETAILS** ..... **18**
TASK ASSISTANT ..... 18
FORMS AND CORRESPONDENCE ..... 19
ENHANCED PHONE INQUIRY ..... 20
STRUCTURED FILE NOTES ..... 20
CLAIM HANDLING SCENARIO ..... 21
**APPENDIX 2 - RELATED DOCUMENTS** ..... **23**
**APPENDIX 3 - PROJECT PROCESSES** ..... **24**

# Objective

## Background

The Claim Information System Strategy Project (CISSP) made recommendations in March 1995 to create a new Claim Information System. CISSP estimated that the new system could save $15.5 million annually in addition to competitive and customer service benefits.

CISSP outlined a plan of 4 releases to build this new system. The first release consists of applications using existing Client/Server Architecture which fulfill the immediate requirements for indexing and structure imposed by the Claim re-structuring this year. Claim Handler Utilities is the second release which will create a claim handler desktop environment and initial functionality, but still utilize ACE as the data capture tool. Claim Handler Utilities are intended to be a replacement for the ACE diary and filenotes capabilities. The third release will be to provide claim data capture and begin the replacement of ACE. The fourth project will provide core financial processing and MIS functions.

Earlier this year, the Client/Server Technical Architecture 2 project (CSTA2), investigated the next generation of Client/Server technical architecture. The conclusion of this project is that CSTA2 will be based on the Eagle object oriented architecture. The resulting project to bring the Eagle environment in house is called the Object Oriented Technical Architecture (OOTA) Project. A significant part of this Claims Handler Utilities project will be to prove that the results of OOTA is a usable development and operational environment, and to introduce this technology to field use.

There are four critical parts to a successful project, the first is the continuing strategic decisions by management that drive the other three. A strategy drives the business process changes needed to implement the strategy, which in turn direct the technology of the enabling tools. Finally there must be change management which actually places the process and technology changes into the organization. This project is the technology and process changes, but the change management piece is missing.

## Business Objectives

The business objective of this project is to provide an efficient claim handler desktop framework that can be built upon and expanded in future releases. This framework should communicate claim handling requirements to claims handlers in a clear and consistent manner. This release includes regulatory, customer and best practices requirements. It begins to provide for increased claim handler productivity and loss cost reduction by providing efficient task assignment, execution, and organization and faster inquiry of better claim information. Additional customer service benefits should be realized by both assisting customized claim handling by business unit and product.

This framework should provide expanded support for the new claims organization (e.g. consolidated offices now cross multiple regulatory jurisdictions). It should leverage and coordinate the knowledge and activities of consolidated offices and distributed workers.

This is the foundation for future components which will provide significant cost savings when completely implemented. See the section titled **Benefits** for details.

## Project Objectives

The objectives for this project fall into the categories of Claim Business and Technical. The following claims business objectives are defined for this project.

To
provide, introduce and implement Claim Handler Utilities in the claim organization
in a way that
creates an integrated, seamless claim handler desktop that supports the entire solution
creates a "demand pull" for these tools from the field claims organization
balances business objectives with technology risks
defines processes in which the new applications and ACE interact
develops claim processes, roles, and workgroup configurations
defines appropriate use of technology for the field
increases the technology readiness of the field claims organization
establishes a technology vision for the field and communicates it well
preserves existing data security and reliability at high standards
so that we meet the business objectives outlined above.

The following technical objectives are defined for this project.

To
provide, introduce and assimilate Object - Oriented Development to the IS organization
in a way that
validates and provides feedback to the technical architecture project,
establishes processes, tools, roles to populate and maintain systems,
builds technical support skills so they can support the new systems effectively,
extends the technical architecture based on our requirements
begins to develop self-sufficiency for the St. Paul with this new technology
identifies components that may be reusable and develops them with reusability in mind
proves to claims that our process and development tools work and are effective
proves that we can manage organizational changes
proves that the learning curve does not prohibit success
begins to develop business architect skills
defines an approach for dealing with legacy applications from data and process perspectives
so that we meet the business objectives outlined above..

## Scope

The scope of this project is outlined in this section and more information is listed in Appendix 1, Scope Details.

## Included

The Claims Information Systems Strategy Project identified 13 components that make up the new Claims Information System. This project will implement the majority of the Task Assistant component and part of three others:

***Task Assistant***

This is a primary workspace for the claim handler which builds and maintains task lists on a claim by claim basis utilizing the following information:

- Account management tasks
- Best Practices tasks
- Regulatory compliance tasks
- Claim Handler specified tasks (i.e. user defined)

It is also a framework for future tools in the Claim Information System.

***Forms and Correspondence***

This component covers the functions that :

- Generate forms and correspondence including inserting leveraged data from indexing and allowing for customization.
- Deliver forms and correspondence through local printing or existing fax interfaces only, use enhanced methods in later releases.
- Track sent forms and correspondence in structured file notes

***Enhanced Phone Inquiry***

The primary function is to help a user quickly and accurately separate calls that require the claim handler from those that do not and provide data as appropriate. It will utilize the indexing system to help find out which claim the call is related to. A summary screen for each claim will be created utilizing index information and those fields from ACE which are determined to be the most often inquired. Research will be done on the integration and usability of voice response units, along with a study of its business benefits.

***Structured File Notes***

This provides a method for summarizing the actions taken and information collected during the claim process. The filenotes offer an overview of the information gathered, correspondence/forms generated, and activities conducted. To effectively document and locate data, the new filenotes are organized into logical categories, including correspondence, legal, fraud, subrogation, medical, etc. Summary and search capabilities are included.

***General***

In addition, the following overall items are within the scope of this project:

- Multiple claims in the Claim Handler Utilities can be viewed at one time
- Multiple tasks can be performed at one time
- Closed claims are visible in the system
- There will be changes in ACE required by this system. This project includes these changes
- The system will include an appropriate level of performance support, help files, and good user interface design
- Existing open claims will be converted and loaded into this system as outlined in the approach section
- The definition of the data store for newly identified information

## Excluded

Any sort of MIS system (reporting)
Automated claim assignment
Personal lines claims

# Benefits

The benefits of the Claim Handler Utilities project include:

- Increased claim handler productivity
- Better customer service
- Better regulatory compliance
- Loss cost reduction
- Sets the stage for faster and less costly future enhancements to the Claims Information System

ULE cost savings described by CISSP are:

| Component | When Realized | Annual Savings |
|---|---|---|
| Forms and Correspondence | Minimal savings at first, increasing through following 2 releases | $3.3M |
| Task Assistant | none | none |
| Enhanced Phone Inquiry | Partial savings at first, increasing through following 2 releases, depends on outcome of VRU research | $1.9M |
| Structured Filenotes | Beginning with this release | $2.4M |

# Critical Requirements

Critical requirements are the minimum set of requirements that must be satisfied for the project to be considered successful. The critical requirements and acceptance criteria for this project are to:

1. Express claim Handling requirements clearly to claims handers on a claim by claim basis including:
    a) Regulatory requirements
    b) Requirements specified by our customers
    c) Best Practices:
        i) Efficient assignment of tasks
        ii) Productivity
        iii) Loss cost reduction
        iv) Customized by business unit and product
        v) Claim Handler entry
2. Provide expanded support for the new claims organization (e.g. consolidated offices now cross multiple regulatory jurisdictions.)
3. Leverage and coordinate the knowledge and activities of consolidated offices and distributed workers by allowing cross-assignment of tasks.
4. Provide tools to help get work done more efficiently:
    a) Faster inquiry with better information
        i) Voice response units (VRU) if appropriate
        ii) Aid in passing manual inquiries to the right person
    b) Forms and correspondence
    c) Improved filenotes with the capability of automating routine work
5. Develop claim process, roles, and team configurations
6. Get jobs done at the right time by the right people

The critical requirements may be expanded after the first conceptual design stage of this project. At that point they must be reviewed and approved by the business sponsors.

# Assumptions

Assumptions are situations considered in scoping and planning this project which are considered to be true. If these assumptions turn out not to be true, scope or plan changes will be necessary. The assumptions made in developing this project plan follow:

- Adequate application, technical, and operations staff can be assigned for the time frame needed.
- Contract negotiations will proceed quickly enough to allow the project to proceed as scheduled.
- The Eagle base architecture will meet our performance and capacity requirements with sufficient design guidance, anticipated upgrades, and prudent enhancements.
- Adequate access to field staff for on-site visits
- The system developed in this project will require that corresponding business practices be modified in order to take full advantage of its capabilities. This project needs as part of its charter to implement workflow changes. No major organizational changes are required to execute this charter.

# Issues

The following open project issues have been identified as necessary to get this project started:

| Issue | Approach/Resolution |
|---|---|
| Is the change management to be considered part of this project?<br>Is the approach outlined adequate and supported by claims?<br>Are Personal Lines Systems in the scope of this project? | |

An issues log will be kept in g:\cissp\chu\plan\chuissue.doc. Anyone can add an issue into this log. We will review this log each week during the status meeting, identify responsible parties and define or track the resolutions.

# Risks

Risks are situations that can be mitigated which pose a possibility of schedule delay or scope change. The major risks identified with this project are:

| Risk | Mitigation Approach |
| --- | --- |
| Object oriented technology is very new and is early on the technical adoption curve. An adequate supply of trained and experienced staff does not exist, consequently we will incur costs and time to develop the talent. | 1-1 Mentoring between experience OO and new developers. Just-in-time training on tools and techniques. |
| That we produce an application on the Eagle architecture but can not deploy it because we can not establish an adequate execution and production environment to run the application on. The performance and capacity may not scale up enough to be adequate for and enterprise system. | Ensure that performance and capacity requirements are defined and tested early in the first working model increment. |
| Field readiness is low in terms of PC experience. | Address as part of training and rollout. Utilize previous PC file notes project as a vehicle to bring the field readiness to a higher level. |
| No buy-in of workflow changes by the field. A change management plan does not exist. Change management skills do not exist in this project. | Address with claim senior management as a project start-up issue. |

# Constraints

Constraints pose a schedule or scope risk but cannot be mitigated. Some constraints identified are as follows:

| Constraint | Implication |
|---|---|
| Technical people: We are using our best available people. However, many of them are inexperienced in SmallTalk and Object-Oriented design. | Training "across the board" is needed for most design/developers. |
| Eagle architecture: We will use the refactored Baseworks for application design. The Eagle architecture is evolving in parallel with this project. | Development cannot start in earnest until the end of January, 96. |
| Organization: There are a number of organizations involved in this effort. The current IS and Claim organization will stay in effect during this project. Therefore, we will need to coordinate this closely with the claim and underwriting application efforts. We need to coordinate this closely between the different phases to assure complete coverage of the issues. This will be challenging given the number of people and areas involved. | More project management coordination and communication is needed than with projects utilizing "legacy" technologies. |
| Time: This project has to deliver its solutions to the model office by the end of 1996. | Components and requirements must be managed to this timeline. |

# Critical Success Factors

The following conditions must exist up-front and during the project in order to succeed:

*Overall Factors*

1. Focus on business integration of new applications in people and organization design, process and technology in alignment with claim strategy.
2. Manage the expectations of those outside the project to ensure that the perception of the objectives and goals are in line with those of the project team
3. Maintain an intensity and focus on aggressive goals using dedicated, full-time people.
4. Train project members through formal means and mentoring so that they have the appropriate skills and perspective to effectively collaborate
5. Resolve issues in a timely fashion

*Business factors*

1. Assign the right people to the project with the right skills at the right time
   a) Technical
   b) Business (field and CHQ)

c) Management (steering committee and advisory)

2. Involve and engage the field throughout the development process
3. The field takes ownership of this project (e.g. model office)
4. Ensure an ownership mentality among senior Claim management
5. Communicate the vision, implementation strategy, and progress to the team accurately and frequently
6. Have a clear mandate and charter to change roles and processes
7. Follow well-defined scope management procedures that accurately identify changes to the project scope and the resulting changes to cost, schedule, and risk. Ensure that the appropriate parties approve all changes.
8. Take off organizational hats, everyone is part of the same team whether from AC or SPC, IS or Claims.

*Technical Factors*

1. Create and follow clear processes
2. Receive Eagle's and other vendors' delivery of architecture components in time
3. Coordinate effectively across initiatives by understanding the interdependencies and relationships
4. Leverage existing knowledge, project management success from other projects. Utilize people with SPC culture knowledge.

# Project Organization

| | |
|---|---|
| Project Sponsors | Mike Conroy, Wayne Hoeschen, Tom Gag |
| Project Business Manager | Bill Barnes |
| Project Management Steering Committee | Lee Bennett, Dave Christesen, Tom Gag |
| Project Application Manager | Peter Breyfogle |
| Project Leadership Team | Peter Breyfogle, Bruce Cygnar, Barb Kramer, Bill Barnes, Lead Claim Project Consultant TBD |
| Claim Project Consultants | Kathy Seaton, Wayne Inlow |
| Application Development Team -- Deploy Design, Construction, and Testing Processes and Tools. | Barb Kramer, Ann Romberg, Bruce Cygnar, Dave DeJong, Mike Selby, Anita Johnston |

## Business Roles

Roles needed from the Claims organization include:

- **Project Sponsorship**, to own and provide resources for the project
- **Project Business Manager**, to handle the overall management of the project, coordinate business and technical management issues.
- **Project Management Steering Committee**, to be the resolution point for issues.
- **Claim Project Consultants**, to provide requirements and active involvement in the design of the project
- **Model Office**, to provide design feedback, process change evaluation and a thorough test environment that includes the depth of claim field roles
- **Business User Group**, a widely dispersed group of people who provide design feedback

Each of these groups' involvement in the project development phases is highlighted within the *Project Approach/Plan* section beginning on page 14. Further details regarding the anticipated roles of claim field personnel are provided in the *Claims Field Personnel: Gathering Input and Verifying Results* section below.

## Information Systems Roles

A project status review will be held each week to monitor progress, track/resolve issues, and compile a weekly report. This review team includes the Project Business Manage and the Project Leadership team.

See the document ***Information Systems Roles*** on chqnfb\vol10:claim\claim_is\cissp\admin\plan\isroles.doc for further role discussion. Also see *Appendix 3 - Project Processes* for further project organization details.

## Claims Field Personnel: Gathering Input and Verifying Results

As noted in earlier sections, appropriate involvement from Claim Field personnel is essential to this project. We plan to engage the field in both our day-to-day solution design, as well as in targeted efforts to solicit specific field input. On a full-time basis, **Claim Project Consultants** will be team members helping design the Claim Handler Utilities. These are experienced claims people who will to apply their real-world, business perspective to decisions made during the project. They will provide detailed input into areas such as future business process design, capturing detailed business rules, establishing our training approach and requirements, and other topics related to overall application design and effective change management.

In addition to the ongoing participation of the Claim Project Consultants, we plan to establish a **Model Office** organization at one of the service centers. The goal of this group would be to represent the depth of affected claim handling roles (supervisors, claim support associates, etc.) and provide feedback to the CHU team before major implementation of process or technology changes. The Model Office would be involved early in usability and business process design activities. Later, as we populate the content of our Task Assistant and other CHU applications, the Model Office group would be the pilot location to test software, revised business processes, and training mechanisms.

Both the Claim Project Consultants and Model Office will be considered focused resources in or near CHQ. In order to ensure broad field representation, we also plan to employ the following techniques to gather input:

**Site Visits** will be conducted to bring the CHU team to the field in order to ensure proper perspective regarding the current business operations. We anticipate at least three site visits to the model office and other Claim offices in order to gather input about business process flow, current file handling procedures, physical environment considerations, and other task analysis topics.

**Diagnostic Sessions,** such as those conducted during the Claims IS Strategy Project, are intended to bring a broader audience of field personnel into the application and business process design, either in CHQ or out in the field. We will determine the proper points at which to engage various lines of business and types of users in helping create and validate our design before major construction activities commence.

While conducting the site visits and diagnostic sessions we plan to identify capable and interested field personnel to act as "testers" of our solution design, forming a **Business User Group** (BUG) organization. The Field BUG team will see early releases of CHU software and provide broad-based feedback regarding its usability and content design, as well as any support, training, or other materials planned to be distributed to the entire field organization. Where the Model Office group is intended to represent the depth of claim handling roles, the BUG team would represent the breadth of the organization. In addition to testing our solution, they will be instrumental in generating organization-wide field enthusiasm.

# Project Approach/Plan

This project will use the Eagle Design/Development process as its base, augmented with the LBMS Project Initiation and Distributed Deployment Stages.




This approach begins with a formal initiation and planning effort, followed by a business modeling and solution strategy phase. Design will be done with a conceptual design phase followed by development in a series of 3 incremental working models.

## Business Modeling and Solution Strategy / Business Process Design

This phase involves defining the scope of business practices that the project will address, putting them in the context of the entire St. Paul Enterprise, and developing a guiding "vision" of what the project will develop. We will identify component re-use opportunities and develop and model of St. Paul business considerations which will influence the overall development. The deliverables from this phase include an initial set of legacy and business component definitions which will drive the Conceptual Design phase.

Facilitated sessions of up to 12 project members will be the primary technique for this phase. Claim Project Consultants will provide extensive input in reviewing the business and confirming the scope of the development effort. Their real-world experience will be critical to help the team to understand the business, and to confirm the approach.

## Conceptual Design / Application Design

In this phase, the detailed business process requirements will be identified and a detailed business class model will be defined. The user interface will be drawn out and the test plan and development plan will be created. During this phase, we will progress as follows:

1. Create scenarios of claims processing
2. Abstract the scenarios into requirements for claims processing
3. Validate the requirements using site visits
4. Create the business class model and control model



TRA00010607

GSJAPP004266

5. Design the user interface
6. Plan the working model phase

The entire team participates in the conceptual design. This will allow all team members to have input into the overall infrastructure of the application and basic functionality. It will also give team members a basis for making more detailed designs in subsequent increments.

During this phase we explore the Economy Heritage system for re-use of applicable concepts.

Claim Project Consultants will participate heavily in identifying requirements from both the business and user perspectives. They will work with the developer team members to design and test user interfaces and to create the business control model. The business control model represents business rules and policies that will be incorporated into the system. Claim Project Consultants will participate in an advisory capacity in creating the business class model. Their experience will be important in answering functional questions that come up during the class modeling activity.

## Working Model / Application Engineering / Discovery Model

The system will be constructed in 3 incremental working models. The first increment will consist of the framework of the system (especially the general designs of the task assistant and file notes). The second increment will add task assistant functionality with the three data sources and integrate the forms and correspondence and phone inquiry components. The third increment will fill out the components and add any new functionality discovered in the previous increments.

Claim Project Consultants will continue to advise the developers as the design is built out in the Working Model phase. They will review work as it is completed to ensure the practicality of the results. (Note that this is a 'reality check' only. Confirmation will take place as additional user feedback is obtained in usability testing.)

A Discovery Model is code used to fully explore and resolve unresolved issues. Discovery Model tasks will be planned as risk areas are identified. They will occur in parallel with the planned increments. Results will provide input to subsequent (or current) increments. We will maintain a clear separation between discovery and implementation. This will insure that the final product is driven by business requirements and not technical requirements. Discovery projects will begin during the conceptual design to determine the direction for forms and correspondence and phone inquiry.

## Solution Testing

Testing tasks are scattered through the Eagle Process, beginning with developing a testing approach in Solution Strategy and culminating in a full product test. Claim Project Consultants will be involved in all of the testing tasks except those at the detailed code level. Prior to full System Testing, the team will construct its full testing approach plan.

## Distributed Deployment

This phase includes tasks to do the training, rollout, data conversion, and field acceptance testing of the system. This phase does not begin after development is complete, rather it is begun along with Conceptual Design and Working Models to insure that the system is built to be deployable and as self-

training as practical. Claim Project Consultants will consult on the training development and participate in the acceptance testing. The Model Office and Business User Group will be the proving ground for initial deployment and training.

## Other Tasks

In addition to Eagle design and development tasks, Claim Project Consultants will work on other tasks. These include:

- Confirm / revise claim work flow for conversion to Task Assistant.
- Help prepare the field management for implementation of technological and work flow changes.
- Help review content of initial task lists in Task Assistant.

The high-level schedule is shown below:



# Dependencies

Other projects that we depend on are:

- OOTA, to provide the development environment
- Indexing, to be used in the enhanced phone inquiry component
- Regulatory, as a source of tasks in the task assistant
- Needed changes to ACE provided by the responsible Center of Excellence
- The PC Filenotes project will set the strategy for rollout

# Estimates

The following estimate shows total work days as estimated by the CISSP and also based on an initial project plan (which provides detail only through the Conceptual Design phase). A learning curve of about 20% has been factored into estimates and reflected in the staffing.

***CISSP Estimate for Claim Handler Utilities***

| | | | *Key Assumptions* |
|---|---|---|---|
| **Top Down Estimate from CISSP** | **4,249** | | |
| Analysis and Design | 772 | | |
| Implementation | 3,087 | | |
| Migration and Conversion | 390 | | Assume 1/2 of estimate (780 days) will be performed by legacy team |
| Embedded Contingency | -20% | | |
| **Embedded Contingency** | **(850)** | | |
| **Pure Effort Estimate** | **3,399** | | |
| *CHU By Project Segment* | | | |
| **Project Mobilization** | 40 | 1% | 2 days per person, 20 People |
| **Business Modeling/Solution Strategy** | 102 | 3% | |
| **Conceptual Design** | 510 | 15% | |
| **Working Model Increments** | 782 | 23% | |
| **Systems Testing** | 782 | 23% | |
| **Pilot Preparation and Execution** | 432 | 13% | 6 people for 4 months @ 18 days per person month |
| **Project Administration** | 646 | 19% | |
| **Research/Discovery Model** | 110 | 4% | 11 Topics @ 10 Days Per Topic |
| **Oct 23 Thru Feb 2** | 988 | 29% | Includes PM, BM/SS, CD, 35% of PA, and R/DM |
| **Feb 2 Through Completion** | 2,415 | 71% | |

# Appendix 1 - Scope Details

## Task Assistant

***Included***

The task assistant is the primary workspace for the claim handler. It is also the standard bearer for the user interface design of future claim applications. It is the most visible component that aids in the processing a claim. For this release it will provide the following functions:

Suggest a specific task list for a particular claim
The task assistant builds, rebuilds (on user command), and presents a list of specific tasks to handle a claim. This core list which varies with claim attributes reflects corporate best practices. The comprehensive task list includes the follows types of tasks as identified (triggered) by the system:

- Custom Handling Service Instructions (MASI)
- Regulatory
- Best Practices tasks

The task assistant will use existing data for the creation of standard task lists, account special instructions and regulatory requirements.

As tasks are performed, the claim system automatically updates the task list and prompts for appropriate filenotes.

Provide a diary of date sensitive tasks
The task assistant provides a diary of dates. These on-line "reminders" can appear for several reasons:

- User added tasks and dates established by the by claim handler
- Standard best practice time requirements
- Regulatory constraints that have limited "windows" of opportunity
- Exception triggers -- notification that a task done within a specified period of time, or pre-requisites tasks need to be completed.

Several interested parties may receive, see, or act on the same diary notice simultaneously, i.e. it allows collaborative work. For example, a supervisor can see the tasks his/her people have. A user can pass/create/assign a task to another, e.g. request a fraud specialist to review a claim.

The task assistant provides functions for maintaining the plan itself, add, delete, modify, and create tasks.

Tasks may be of several "flavors" such as mandatory, optional, or user-defined.

The task assistant can operate in a usable way when "untethered", i.e. not connected to a network. For example, when untethered, only the work of the workstations claim handler can be seen. Changes to the local task lists are automatically fed and resolved into the master data stores when it is reconnected.

***Excluded***

Claims does not have a consistent work breakdown structure. There will be no changes/modifications/replacements of ABC or CFR applications.

There will be no automation of tasks other than that described in the components included in this project.

The task assistant will not include (but not preclude) specific capabilities for tasks relating to the following:

- Product
- Fraud
- Recovery
- Case management
- Litigation

## Forms and Correspondence

***Included***

The Forms and Correspondence component covers the functions that :

- Generate forms and correspondence including inserting leveraged data from indexing or inquiry and allowing for customization.
- Deliver forms and correspondence through local printing only, use enhanced methods in later releases.
- Track sent forms and correspondence in structured file notes

This project will utilize Microsoft Word as the correspondence generating tool. It will investigate outside vendors and corporate standard tools for forms tools and forms packages.

***Excluded***

Inserting any data that is not in the index data base.
Any processing of inbound forms.
Building of any core forms package.
Deliver forms and correspondence through enhanced methods including centralized printing and EDI.
Build a "library" of standard letters and forms including specifications of default copies, relevant information to automatically filled in from claims databases.
Stored generated forms and correspondence in the electronic folder
No document management capabilities are included.

## Enhanced Phone Inquiry

***Included***

Provide an approach to quickly and accurately separate those calls that require the claim handler from those that do not and provide data as appropriate. Fully integrate with the indexing system to find out which claim the call is related to. Call types are as follows:

Calls that can be handled through easy access to customer inquiry information
Query the key summary information about a claim that an insured, claimant, agent or other stakeholder would most often require. For this release, the data will be limited to that which can be found in indexing, filenotes, or task assistant.

Maintain a summary screen for a claim using index, filenotes, and task assistant data. As tasks are added or completed in the plan of action or additional information is added to the structured file notes, the system would automatically update the summary of file activity and the data elements contained in the summary screen.

Calls that can be handled by a fully automated answer function.
Investigate the use of a Voice Recognition Unit to answer routine inquiries from a regular group of providers or vendors, especially those relating to payments.

Calls that can not be addressed through the customer inquiry information function and must be routed to the appropriate person.
Screen out those calls that do not fit within the customer inquiry information function or the automated voice response function, determine who should receive the call and route the call to the appropriate party or voice mailbox if unavailable.

***Excluded***

The summary screen will not be a generalized inquiry screen. It is not intended to be a replacement for any ACE inquiry screens.

## Structured File Notes

***Included***

The structured filenotes provide a method for summarizing the actions taken and information collected during the claim process. The filenotes often contain an overview of the information gathered, correspondence/forms generated, and activities conducted. To effectively document and locate data, the new filenotes are organized into logical categories, including correspondence, legal, fraud, subrogation, medical, etc. Each claim also has a summary file note list for quick review. A user could also "search" through the notes via several variables, like contact name and key words.

Documentation would be made easier through these features:

- Basic word processing capabilities
- Ability to exchange (i.e. cut and paste) information between e-mail and other systems

- Ability to access the related source documents
- Automatic update for system-generated correspondence and To Do List steps
- Ability to access multiple files simultaneously
- The claim handler can use in an untethered fashion

Agents and insureds should be able to access and update filenotes from remote locations.

***Excluded***

Any interaction between file notes and any electronic folder tools.

## Claim Handling Scenario

The following chart describes business practices performed in handling a typical claim, and where this system and existing systems would be used:

| | |
|---|---|
| Check for Duplicate | Use new Index system |
| Enter FNOL info | Current ACE system |
| Identify and enter additional Stakeholder info | Index system |
| Route claim to supervisor | Paper |
| Assign and path, Reassign and repath | ACE update |
| Route to claim handler | Paper |
| Trigger Task Assistant | Manual or Automated |
| Build Plan | Task Assistant |
| Notify Claim Handler | Task Assistant |
| Review Facts of Loss | Enhanced Inquiry, ACE, and/or paper |
| Coverage Match | ACE, Task Assistant if not found (route work to coverage unit) |
| Maintain Plan (Add, change, schedule, complete, etc.) | Task Assistant |
| Assign internal resources to claim (tasks, access to ACE data) | Task Assistant, ACE |
| Sending correspondence/letters | Forms and Correspondence:<br>- find the template letter<br>- address the letter (including claim #, date of loss, any other Index data)<br>- manually type custom data<br>- print/fax<br>- e-mail?<br>Manually store letters on file<br>Automatically generate file note regarding letter sent |
| Sending Forms | Same as letters, may use forms from vendors for jurisdiction and integrate if available. Will not build forms package or build library of forms |
| Answer Inquiries, Review basic Facts of Loss | Index to find/navigate<br>Enhanced Inquiry to summarize key facts, status, and events on claim<br>Structured filenotes and Task Assistant for background<br>ACE for detail data inquiry |
| Gathering Add'l data | Index to find/navigate<br>Structured filenotes and Task Assistant for background capture<br>ACE for detail data capture |
| Processing Reserves | ACE |
| Paying the Claim | ACE |
| Close Claim | ACE |
| Close Index | Task Assistant, Index, ACE |
| Account Management | Service Instructions in Task Assistant, other functions in ACE |
| Regulatory Management | Juristiction Instructions in Task Assistant, other functions in ACE |
| Best Practices | Task Assistant |
| Filing and Folder management | Manual/ACE as today, generated structure filenote |

# Appendix 2 - Related Documents

The g drive references the server **chqnfb\vol10:claim\claim_is.**

*CISSP Business Case Background*
g:\cissp\prep\busncase.ppt

*Claims IS Strategy Overview*
g:\cissp\admin\present\cisspish.ppt

*Object Background and Strategy*
g:\cissp\admin\present\isobjstr.ppt

*Claim Handler Utilities Project Plan*
g:\cissp\chu\plan\chu_wbs.mpp

*Status Reports*
g:\cissp\chu\admin\status**date**SR.doc

*Issues Log*
g:\cissp\chu\plan\chuissue.doc

*Ideas Log*
g:\cissp\chu\plan\goodidea.doc

*Eagle Presentations (Including details on Process/Methodology)*
g:\cissp\chu\eagle\presents*.ppt

*Object-Oriented Technical Architecture Establishment PIR*
g:\cissp\admin\plan\ootapir.doc

*Claims Information Systems Strategy Project Final Presentation*
chqnfb\vol10:claim\claim\ciss\data\final\final6.ppt

*Structure Project PIR*
TBD

*Information Systems Roles*
g:\cissp\admin\plan\isroles.doc

# Appendix 3 - Project Processes

This appendix describes the methods used to control this project.

***Quality Plan***

The primary determination of scope, objectives, critical requirements, etc. are documented in this Project Initiation Report. In addition, the team plans to develop a living Quality Plan based on a combination of St. Paul Companies' standards and Andersen Consulting's Quality-Value Management process. The Quality Plan will contain the measurable expectations provided by internal and external project stakeholders. Time will be allocated across the project to ensuring the Quality Plan is managed continually.

***Process control***

After each project stage we will hold a stage-end assessment in order to capture any process improvement for future projects. At this point project leadership also meets with sponsors to review progress and plans for the next stage.

***Progress Control***

***Time reporting***

Time reporting will be done by entering hours into a spreadsheet located in g:\cissp\admin\timesht**username**.xls where **username** is a persons login username. Times are broken out by PACII id and activity codes on a weekly basis. A spreadsheet with a standard set of codes will be provided for each person on the project. Periodically all hours will be captured into a master spreadsheet and entered into PACII by support staff.

***Task reporting***

The project plan will track project steps/task packages and milestones. Tasks will either be listed in the plan as a milestone or will be part of a checklist leading to a milestone or step/package. Completion reporting will be done to Michael Selby or Bruce Cygnar will be maintaining the plan.

***Project status reporting***

The project management team will meet weekly to gather status, check issues, review task completion vs. Plan, and identify necessary corrective actions. The status report will be kept in g:\cissp\chu\admin\status**date**SR.doc. The attendees are listed in the mailing list CIS-CHU-STATUS. Weekly status meeting.

***Tolerance Parameters***

The status review team should be notified by an issue or agenda item whenever an estimate is exceeded or expected to exceeded by more than 20%. This includes time, effort, cost, resource, or quality metrics. Also the review team should be notified of a schedule delay of more than a week (for example a schedule slip due to someone's illness).

***Change Control***

Change control will be established prior to the end of the conceptual design phase. Prior to that, any change in the scope will be reviewed and approved by the project status team via the issues handling process.

# EXHIBIT 79

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SUBPOENA**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the attached subpoena will be served:

| | Exhibit |
|---|---|
| Michael A. Jackowski<br>c/o Christopher W. King, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404<br>Subpoena to Testify and to Produce Documents on 10/30/09 | A |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
Joseph C. Gratz
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

October 19, 2009

EXHIBIT #
Jackowski 1
10-30-09

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on October 19, 2009 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

James Pooley
L. Scott Oliver
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)

# EXHIBIT A

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| Accenture Global Services GmbH & Accenture LLP<br>*Plaintiff*<br>v.<br>Guidewire Software, Inc.<br>*Defendant* | Civil Action No. 1:07-cv-00826-SLR<br>(If the action is pending in another district, state where:<br>District of Delaware |

## SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To: Michael A. Jackowski, c/o Christopher W. King, Esq., (312) 876-8224; cking@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP, 233 S. Wacker Drive, Suite 7800, Chicago, IL 60606-6404

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

The development of the product and technology that became Accenture's Claims Components initial offers for sale and sales of that tecnology; your work at Accenture; your production of source code in the above captioned case.

| Place: Sonnenschein Nath & Rosenthal LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404 | Date and Time:<br>10/30/2009 9:30 am |
|---|---|

The deposition will be recorded by this method: stenographic and videographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

(1) All documents and materials (including emails) relating to the product and technology that ultimately became known as Accenture's Claims Components including but not limited to documents and code relating to the Astro, Tango, Salsa and Leadership in Claims projects at Accenture; (2) all documents and materials (including e-mails) relating to competing claims handling systems including but not limited to Guidewire.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/19/2009

*CLERK OF COURT*

OR

_______________________ /s/ Julia Heaney

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Guidewire Software, Inc. , who issues or requests this subpoena, are:

Julia Heaney (#3052)
Morris, Nichols, Arsht, Tunnell LLP
1201 N. Market St., 18th FL, P.O. Box 1347, Wilmington, DE19899-1347; (302) 351-9221; jheaney@mnat.com

Civil Action No. 1:07-cv-00826-SLR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* ______________________
was received by me on *(date)* __________ .

☐ I personally served the subpoena on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☐ I returned the subpoena unexecuted because ______________________ ; or

☐ Other *(specify)*:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ __________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

# EXHIBIT 80
# REDACTED IN ITS ENTIRETY

# EXHIBIT 81

FINANCIALWORKS

# Salsa Project

April 2, 1998

EXHIBIT
Jackowski 3
10-30-09

# FINANCIALWORKS Background

- St. Paul Fire and Marine Insurance Company
- U.S. insurance underwriting operation of The St. Paul Companies
  - Property - 14th
  - Medical - 1st
  - Specialty Insurance- Lead
- 1853, St. Paul, Minnesota
- Existing client