# FINANCIAL**WORKS** ClaimWorks Utilities 2

- Follow-on to Claim Handler Utilities
- Task Assistant and File Notes
- Built to support multiple front-ends
  - VB application in LAN environment
- Technical Architecture
- Application Framework
- Partnership between St. Paul and Leadership in Claims Market Offering

**FINANCIALWORKS**

# Leadership in Claims Component Blueprint



# FINANCIALWORKS Multi-Site Project



# FINANCIALWORKS TA/FN Development Methodology



# FINANCIALWORKS Deliverable Flow



# FINANCIALWORKS Development Scorecard

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **9. Plan Assembly Test for Solution Center Testing** | | | | | | | | |
| | | | | | | | | |
| 9.1 | Assembly Test Approach | | | | | | | |
| | 9.1.A | Assembly Test Approach | Standard | MG | 100% | 100% | 50% | 16-Sep |
| | | | | | | | | |
| 9.2 | Assembly Test Conditions | | | | | | | |
| | 9.2.A | Task Engine | Standard | MM | 100% | 100% | 25% | 26-Sep |
| | 9.2.B | Task Assistant | Standard | DM | 100% | 100% | 25% | 26-Sep |
| | 9.2.C | Claim History & File Notes | Standard | MG | 100% | 100% | 25% | 26-Sep |
| | | | | | | | | |
| 9.3 | Assembly Test Cycles | | | | | | | |
| | 9.3.A | Task Engine | Standard | MM | 100% | 100% | 25% | 26-Sep |
| | 9.3.B | Task Assistant | Standard | DM | 100% | 100% | 25% | 26-Sep |
| | 9.3.C | Claim History & File Notes | Standard | MG | 100% | 100% | 25% | 26-Sep |
| | | | | | | | | |
| | | | | | | | | |
| **10. Design Automated Processes** | | | | | | | | |
| | | | | | | | | |
| 10.1 | Interface Design | | | | | | | |
| | 10.1.A | Interface Design | Standard | MM/CN | 25% | | | 26-Sep |
| | | | | | | | | |
| 10.2 | Component Test Approach | | | | | | | |
| | 10.2.A | Component Test Approach | Standard | MG | 100% | 100% | 50% | 23-Sep |
| | | | | | | | | |
| 10.3 | Program Spec | | | | | | | |
| | 10.3.A | Application Objects | Standard | MG | 100% | 100% | N/A | 12-Sep |
| | | Task Engine | | | | | | |
| | 10.3.B | UI Controllers | Standard | MM | 100% | 100% | N/A | 26-Sep |
| | 10.3.C | Business Objects | Standard | MM | 100% | 100% | N/A | 26-Sep |
| | 10.3.D | Services/Servers | Standard | MM | 100% | 100% | N/A | 26-Sep |

# FINANCIALWORKS Assembly Test Scorecard

## Assembly Test ScoreCard

| | |
|---|---|
| Total Outstanding SIRs: | 52 |
| Total Non-Staged/Promoted SIRs: | 47 |
| Total Hot! SIRs | 1 |
| Total High/Med. SIRs | 30 |
| Total Low SIRs | 21 |
| Total Staged/Promoted SIRs | 5 |

| Assembly Test Cycles | | | Script | | Cycle Execution | | | | | | | | | Outstanding SIRs | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pass 1 | | | Pass 2 | | | Pass 3 | | | | | | | |
| Drop | Asmbly # | Assembly Name | Target Date | Comp Date | Target Date | Comp % | Comp Date | Target Date | Comp % | Comp Date | Target Date | Comp % | Comp Date | SIR Total | HOT! | High/ Med | Low | Staged / Promoted |
| **General** | | | | | | | | | | | | | | | | | | |
| | None | No Assembly Assigned | | | | | | | | | | | | 12 | 0 | 8 | 4 | 0 |
| **Zero** | | | | | | | | | | | | | | | | | | |
| | A1 | Create Final File Note | 12/12/97 | 12/12/97 | 1/6/98 | 100% | 12/31/97 | 1/14/98 | 100% | 1/14/98 | | | | 9 | 0 | 5 | 4 | 0 |
| **One** | | | | | | | | | | | | | | | | | | |
| | A2 | Create & View Final File Notes (normal FN); Review File Note system enabled task | 1/9/98 | 1/13/98 | 1/21/98 | 100% | 1/21/98 | | | | | | | 10 | 0 | 6 | 4 | 0 |
| | A3 | Create Task Templates | 1/9/98 | 1/13/98 | 1/21/98 | 100% | 1/21/98 | | | | | | | 4 | 0 | 2 | 2 | 1 |
| | A4 | Events with Task Engine Response | 1/9/98 | 1/14/98 | 1/21/98 | 100% | 1/29/98 | | | | | | | 4 | 0 | 2 | 2 | 0 |
| | A5 | Search for and Complete Tasks (generated from template) | 1/9/98 | 1/14/98 | 1/21/98 | 100% | 1/29/98 | | | | | | | 2 | 0 | 1 | 1 | 1 |
| | A6 | Event with Data Change Response | 1/9/98 | 1/15/98 | 1/21/98 | 100% | 1/29/98 | | | | | | | 1 | 1 | 0 | 0 | 0 |
| | A7 | Search for Claim History Tasks | 1/9/98 | 1/15/98 | 1/21/98 | 100% | 1/28/98 | | | | | | | 3 | 0 | 2 | 1 | 2 |
| | A8 | Search for Claim Events | 1/9/98 | 1/15/98 | 1/21/98 | 100% | 1/28/98 | | | | | | | 2 | 0 | 2 | 0 | 0 |
| | A9 | Events with Task Engine Response (complete tasks) | 1/9/98 | 1/15/98 | 1/21/98 | 100% | 1/29/98 | | | | | | | 5 | 0 | 2 | 3 | 1 |

# FINANCIALWORKS Status - Gantt



# FINANCIALWORKS Design Organization Chart



# FINANCIALWORKS Construction Organization Chart

