# FINANCIALWORKS Development Processes

- Requirements Tracking / Change Control
- Project Tracking
- Software Configuration Management
- Deliverable Signoff Processes
- Software Quality Assurance
- Client Quality Management
- Peer Reviews

# EXHIBIT 82

Andersen Consulting

# Astro Project Debrief

Elroy Remembers Astro...



©Andersen Consulting 1998

EXHIBIT
Jackowski 4
10.30.09

Andersen Consulting

# Discussion Topics

- Project Timeline
- Astro Functional Capabilities
- Technology & Architecture
- Organization and Staffing
- Key Metrics
- Spacely Sprockets and Cogswell Cogs
- Wrap-up, Questions, etc.

©Andersen Consulting 1998

Andersen Consulting

# Project Timeline

**March '95??**
Smalltalk / Baseworks Development (CHU1) Begins

**June '97**
Salsa Project (CHU2) Begins

**March '98**
Salsa Project (CHU2) Ends

9 Months

**June '97**
Tango Project Begins

**Feb '99**
Tango Project Ends (planned)

6.5 Months

**April '98**
Smalltalk Development (CHU1) Terminated;

Astro Project (VBCHU) Begins

**Nov '98**
Astro Project (VBCHU) Ends

**Legend**

**CHU1** - Claim Handler Utilities 1 -- St. Paul initiative

**CHU2** - Claim Handler Utilities 2 -- SC initiative

**VBCHU** - Visual Basic Claim Handler Utilities (1 and 2) -- SC initiative

Timeline not drawn to scale

©Andersen Consulting 1998