Andersen Consulting

# Astro Functional Capabilities

## All Functionality based on Millennium Blueprint

- Claim Folder - Claim Data Capture
- Forms & Correspondence
- Organization / Performer
- Participant / Address Book
- Task Assistant (Salsa)
- Task Engine (Salsa)
- File Notes (Salsa)
- Claim History (Salsa)

©Andersen Consulting 1998




GSJAPP004304

Andersen Consulting

# Technology & Architecture

- CBA/M - Component Based Architecture for MTS
  - Execution & Development Architectures
  - Application Architecture
- Microsoft Centric Architecture
  - Visual Basic / Active X
  - NT / MTS / SQL Server



©Andersen Consulting 1998