
Andersen Consulting
CBA/M Topology
Client Tier
Middle Tier
Data Tier
Microsoft Transaction Server
MTS Package
MTS Component
MTS Component
MTS Component
Microsoft Visual Basic 5.0
DCOM
Microsoft Visual Basic 5.0
DCOM
Microsoft ActiveX Data Object (ADO) 1.5
ODBC 3.0
Microsoft SQL Server 6.5
SNA Server
Legacy Applications
WWW Browser
WWW Browser
Internet (HTTP, HTML)
Active Server Page
Active Server Page
Active Server Page
Microsoft Internet Information Server 4.0
Legacy Tier
- Custom Built
©Andersen Consulting 1998

Andersen Consulting

# Organization and Staffing

- Average AC Staffing
  - Astro: 32 FTE's
  - Salsa: 22 FTE's
- Peak AC Staffing
  - Astro: 42 FTE's (during programming)
  - Salsa: 27 FTE's (during programming)
- Total Project Peak (includes client involvement)
  - Astro: 50 FTE's
  - Salsa: 30 FTE's

©Andersen Consulting 1998

Andersen Consulting

# Astro Staffing Pyramid




Does not include Manager Overtime

©Andersen Consulting 1998

Andersen Consulting

# Salsa Staffing Pyramid




Does not include Manager Overtime

©Andersen Consulting 1998

Andersen Consulting

# Astro Project Team

**Analysts**
- Adam Helmer
- Adriana Leon
- Ashish Shah
- Chad Williams
- Christina Fisher
- Chris Millar
- Chris Zenk
- Ethan Tran
- George Boukalis
- James Omodio
- Justin Raniszeski
- Kareem Daniel
- Katherine McNally
- Kim Svenson
- Levon Hooks
- Rick Knafelz

**Analysts (contd.)**
- Sara Terp
- Troy Eddy
- Mary Dwyer
- Monika Ventiro
- Nathan Mondrus
- Rhonda Ruden

**Consultants**
- Dale Cardozo
- Eric Eyken-Sluyters
- Esther Storrie
- Jon DeMaster
- Ken Richardson
- Laura Lewin
- Mauricio Benes
- Monica Grubisic

**Consultants (contd.)**
- Raymond Makhoul
- Ren Labhsetwar
- Rick Kennedy
- Rob Gillman
- Ryan Imler

**Managers**
- Dave Nuernberg
- Debbie Thornton
- Carles Muntada
- Jeffrey Wargin
- Joseph Chacko
- Julie Wood

**Managers (contd.)**
- Kevin Tolva
- Luiz Oliveira
- Mark Moran
- Mike Jackowski

**Associate Partners & Partners**
- Debbie Thornton
- Jeff Stocker
- Roger Lehman
- Mike Badower
- Vic Guyan

Aqua indicates non-SC personnel

©Andersen Consulting 1998