Andersen Consulting

# Astro / Salsa Key Metrics

## Total Days

**Astro 4350**

| By Phase | Total | % |
|---|---|---|
| Design | 1230 | 28% |
| Build | 1325 | 30% |
| Test | 1082 | 25% |
| Tech | 713 | 16% |

**Average Days Per Workunit:** 14
**Average Days Per Component:** 31
**Average Days Per UI:** 69

**Salsa 4303**

| By Phase | Total | % |
|---|---|---|
| Design | 1008 | 23% |
| Build | 895 | 21% |
| Test | 968 | 22% |
| Tech | 1433 | 33% |

**Average Days Per Workunit:** 35
**Average Days Per Component:** 81
**Average Days Per UI:** 240

©Andersen Consulting 1998

Andersen Consulting

# Astro / Salsa Key Metrics

## Workunits - By Type

**Astro 318**

| By Type | Total | % |
|---|---|---|
| UI's | 63 | 20% |
| Srvr Methd's | 203 | 64% |
| Bus Obj's | 45 | 14% |
| Appl Obj's | 7 | 2% |

**ActiveX Components:** 141

**Salsa 123**

| By Type | Total | % |
|---|---|---|
| UI's | 18 | 15% |
| Srvr Methd's | 90 | 73% |
| Bus Obj's | 11 | 9% |
| Appl Obj's | 4 | 3% |

**ActiveX Components:** 53

©Andersen Consulting 1998

Andersen Consulting

# Astro / Salsa Key Metrics

## Workunits - By Complexity

**Astro 318**

| By Cmplxty | Total | % |
|---|---|---|
| High | 48 | 15% |
| Medium | 141 | 44% |
| Low | 129 | 41% |

**Salsa 123**

| By Cmplxty | Total | % |
|---|---|---|
| High | 19 | 15% |
| Medium | 53 | 43% |
| Low | 51 | 41% |

©Andersen Consulting 1998

Andersen Consulting

# Astro / Salsa Key Metrics

## SIR's

### Astro 2539

| Final Status | Total | % |
|---|---|---|
| Closed | 2048 | 81% |
| Rejected | 486 | 19% |
| Delivered | 5 | 0% |

| By Priority | Total | % |
|---|---|---|
| Hot | 303 | 15% |
| High | 523 | 25% |
| Medium | 676 | 33% |
| Low | 546 | 27% |

**Avg SIR's Per Workunit:** 8.0
**Avg SIR's Per Component:** 18.0

### Salsa 1199

| Final Status | Total | % |
|---|---|---|
| Closed | 1013 | 85% |
| Rejected | 183 | 15% |
| Delivered | 3 | 0% |

| By Priority | Total | % |
|---|---|---|
| Hot | 162 | 16% |
| High | 263 | 26% |
| Medium | 375 | 37% |
| Low | 213 | 21% |

**Avg SIR's Per Workunit:** 9.7
**Avg SIR's Per Component:** 22.6

©Andersen Consulting 1998

Andersen Consulting

# Astro / Salsa Key Metrics

## Overtime - Astro




Overall Average Overtime Percentage for Project: 17%

Overtime % calculated utilizing only Analyst and Consultant time
Calculated by dividing Total Overtime worked by Total Available time for period

©Andersen Consulting 1998