Andersen Consulting

# Astro / Salsa Key Metrics

## Overtime - Salsa




**Overall Average Overtime Percentage for Project: 16%**

Overtime % calculated utilizing only Analyst and Consultant time
Calculated by dividing Total Overtime worked by Total Available time for period

©Andersen Consulting 1998

Andersen Consulting

# Spacely Sprockets



Best People - Strong commitment to success, Dedicated Efficient Fix Team, Full-time DBA, EMS resource, Highly leveraged pyramid.

Training - Mentoring Program, Brown Bag sessions, Developer Meetings helped effectively educate inexperienced development team

Processes - PTS, Issue Process, Code Review Process, Deliverable Review Process, SIR Process, Status Process, Templates, etc. Processes made client management comfortable.

Architecture - Proven and established - Allowed quick ramp-up and successful implementation

©Andersen Consulting 1998

Andersen Consulting

# Spacely Sprockets - Continued

Client Management Support - St. Paul management had faith in our process and supported the SC model. Six (6) full-time client programmers assigned to SC for project.

Client Code Reviews - Gained client acceptance of code well before final signoff / acceptance date

Outsider Review of Workplan - During critical period, had non-project manager review workplan and suggest improvements

©Andersen Consulting 1998