Andersen Consulting

# Cogswell Cogs



Two Clients / One Product - Scope control issues, timeline dependencies, resource sharing -- Pain. Financial arrangements complicated situation (Tango = Fixed Fee)

Broken Estimating Assumptions

- Assumed more experienced programmers
- Assumed more workunits per programmer (didn't see backside of learning curve)
- Assumed less issues and less time to resolve issues (already designed system shouldn't have many issues).
- Assumed creation of test data was not a full time role.

©Andersen Consulting 1998

Andersen Consulting

# Cogswell Cogs - Continued

**Client Staff Reluctance** - Client staff not comfortable with work performed in SC. Impacted design signoff process (2 weeks schedule loss), issue resolution process, code review.

**Level of Client Code Review** - Although beneficial for project acceptance, Clients reviewed code to excruciating level of detail which slowed overall process.

**Production Architecture Changes** - Develop on the platform on which you intend to roll-out. Particularly in terms of Database.

**Staffing / Roles** - Improve team lead continuity. More lead time for roll-on's and roll-off's.

**Performance Test Feedback** - Allow for more time after execution of Performance Test to improve code.

©Andersen Consulting 1998

Andersen Consulting

# Questions???



©Andersen Consulting 1998

# EXHIBITS 83-98
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 99

Reliance

# RELIANCE INSURANCE COMPANY

*Millennium Claims System*
*Release 1 Business Case*

*February 19, 1998*

ANDERSEN CONSULTING

EXHIBIT 95 GUYAN 8-3-09

EXHIBIT Jackowski 21 10-30-09

Reliance

# TABLE OF CONTENTS


- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendices
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail


ANDERSEN CONSULTING

Reliance

- **Executive Summary**
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

Reliance has undertaken several broad-based initiatives to transform its Claims Organization. Progress has been made in the areas of adjuster training, field office reorganizations and core skills development. However, the lack of appropriate tools and management information continues to adversely impact both Loss Cost and LAE.

Based upon our knowledge of the RIC Claims Organization, and with the input of many field office adjusters, we have crafted the first release of a technology solution which should provide immediate and sustainable benefit to the effectiveness and efficiency of claim handlers. This will allow adjusters to free up time, handle more files, and consistently apply practices that will decrease Loss Cost.

The quantifiable business case for this first release is compelling. In addition, critical intangible benefits such as: the ability to more easily integrate new books of business, improve claims management through the better capture of performance measurement data, and increase the morale and retention of world-class claim handlers will also be enabled by this solution.

Reliance


- Executive Summary
- **Millennium Claims Technology Background**
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail


ANDERSEN CONSULTING

**RIC is in the midst of implementing the Millennium Claims Vision focused on transforming the entire Claims Organization. Virtually all aspects of the vision require improved data and technology capabilities.**

*— Claims Change Vision—*




**People**

- Performance measures based on loss cost outcome *
- Regular file conferencing and enhanced communication across Reliance
- Enhanced coaching and an organizational structure aligned with loss cost reduction
- Superior recruiting and skill development processes

**Process**

- Matching of claim types with appropriate skills and workflows through profiling *
- Upgraded phase-specific capabilities and processes
- Streamlined processes to enable focus on value-added work
- Enhanced vendor/expert management *

**Technology**

- Expertise leveraged through technology-enabled databases and access to on-line information
- Significant upgrade of technology to ensure consistent, sustainable execution of event-based Best Practices

*** Technology is needed to enable**

ANDERSEN CONSULTING

# Seven projects emerged from the Millennium blueprint that will jointly capture over $45 million of loss cost opportunity.

Completed/In Progress — In Progress — Not Yet Started

| First Steps | Critical Thinking | Profiles & Practices | Ongoing Survey/ CDA | Performance Measures | Conduct Recovery/ SIU/ Lit. Mgmt. Data Analysis |
|---|---|---|---|---|---|
| • Capture some benefits immediately through short-term action steps | • Change the mindset and approach to outcome-based file handling through claims-wide calibration | • Identify and transform specific actions, behaviors & decisions to optimize results | • Create an ongoing measurement tool that will track the Reliance capture of benefits and identify specific areas for improvement | • Incent behaviors that lead to best results using a Balanced Scorecard approach<br>• Provide Reliance executives and managers with a balanced set of outcome-focused measures to proactively manage the Claims Organization | • Ensure optimal identification and pursuit of Recovery and SIU dollars and optimize Litigation and Medical Management results |

Not Yet Started

**Technology**

- Sustain capture of benefits by ensuring consistent, world-class decisions and actions on all claims
- Ensure optimal efficiency of claims handling
- Provide data and information to effectively manage the business

*Technology is a critical component of the vision and is necessary to sustain the benefits achieved through the other People & Process initiatives.*

ANDERSEN CONSULTING

## The findings from the Claims Data Analysis and focus group interviews indicate that new technology is required to identify and capture Loss Economic Opportunity.




*The impact of technology was significant on 86% of all LEO reduction opportunities.*

ANDERSEN CONSULTING

## A lack of technology has contributed to the inefficient use of claim handlers' time and focus.

*Key Findings:*

- 45% of adjuster's time is spent on overhead tasks rather than core claim handling tasks, which directly impact the paid loss.
- Documentation tasks account for 17% of claim activity, or $3.8 million of annual cost. More specifically, file notes account for over 33 FTE's or $1.7 million annually. However, 25% of the files reviewed were documented unsatisfactorily or poorly, correlating to LEO of 20% and 30% respectively.
- Set-up, maintenance, and review of diaries accounts for 13 technician/management FTE's, or $750,000 annually.
- Setting up an action plan and devising a pricing and negotiation strategy accounts for 10 FTE's.
- Every office and skill level where focus groups were conducted indicated that technology was required to improve efficiency and effectiveness. More specifically, the need for electronic files, communication, automated reporting and access to critical information were discussed most often.

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
    - A. Release 1 Overview Schematic
    - B. Effectiveness Data Analysis Detail
    - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## The Release 1 Claims System will provide benefits across several areas :

- *Effectiveness in Reducing LEO* *
- *Efficiency in Obtaining ULAE Savings* *
- *Improved Claims Management Through the Capture and Use of Performance Measurement Data* *
    - Vendor Management - Control ALAE, provide higher ROI, and reduce paid loss through the identification and proper use of the best appraisers, experts, etc.
    - Profiles and Practices - Segment and act upon claim types that are a consistently high source of LEO. Disseminate information on certain behaviors and decisions that result in low LEO
    - Fraud Detection - Alert and guide claim handler if high risk or high fraud potential
    - Recovery Detection - Identify and pursue opportunities, track aggregate limits, etc.
    - Negotiation - Create and execute effective negotiation plans
- *Increased Change Readiness for Both New Business Acquisition and Business as Usual*
    - Consistency in usage allows for the rapid assimilation of new employees (Task Assistant & Claim Folder enabled)
    - More flexible front-end for implementing frequent, rapid, and economical data and business edit changes
    - Less dependence on legacy V7 system
- *Increased Customer Service*
    - Large accounts, claims service customers, agents, etc.
- *Increased Claim Adjuster Morale and Productivity*
    - Retention of world-class claim handlers
    - Strengthened recruiting basis

* Details on the following pages

ANDERSEN CONSULTING

# Technology should instill the rigor and consistency of timely and complete information, resulting in LEO reductions of $ 9-12 million.*

| Phase | LEO w/ R1 ** | Avg. LEO w/o R1 | R1 impact on LEO |
|---|---|---|---|
| Initial Contact (insured) | 14.1% | 16.5% | 2.4% |
| Initial Contact (doctor) | 13.2% | 15.3% | 2.1% |
| Investigation (insured) | 11.4% | 17.0% | 5.6% |
| Investigation (doctor) | 12.9% | 13.4% | 0.5% |
| Investigation (witness) | 11.3% | 18.2% | 6.9% |
| Investigation (other) | 9.9% | 22.1% | 12.2% |
| Investigation (using appraiser) | 16.4% | 21.9% | 5.5% |
| Fraud Detection (using SIU) | 13.8% | 13.9% | 0.1% |
| Evaluation (case strategy) | 13.1% | 17.3% | 4.2% |
| Negotiation (plan creation) | 12.4% | 17.0% | 4.6% |
| Supervision (initial guidance) | 13.1% | 17.7% | 4.6% |
| Supervision (follow-up guidance) | 10.2% | 12.1% | 1.9% |
| Customer Service (communication) | 11.9% | 18.6% | 6.7% |
| Average when R1 used | 12.6% | | |
| Average when R1 not used | | 17.0% | |
| R1 impact on LEO | | | 4.4% |
| % of impact of R1 on LEO reduction | | 25.9 % | |
| Total anticipated reduction in LEO | | $ 46.0 M | |
| % of impact of R1 on LEO reduction | | $ 11.9 M | |
| **Total Effectiveness Benefit** | | **$ 9 - $ 12 M ***** | |

* A 75-100% range of benefits has been incorporated to reflect the percent of time that the system will realistically ensure timeliness and completeness

** R1 refers to Release 1 of technology.

*** Benefits are conservatively stated. The assumption is that technology will allow all adjusters to function at the *existing* best level of timeliness & completeness. The reality is that the performance of all adjusters will improve with the new technology and the result will be an even lower acceptable LEO standard.

ANDERSEN CONSULTING

**Based on the Activity Based Costing (ABC) efficiency study, annual benefits of $ 3.0 - 3.5 million are obtainable. However, recognizing that a Staffing Model or Model Office has not been completed, the exact savings may vary.**

| Opportunity Category | Administration FTE | Administration Salary | Technicians FTE | Technicians Salary | Management FTE | Management Salary | Total FTE | Total Salary |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.00 | $ — | 1.46 | $ 72,622 | 0.00 | $ — | 1.46 | $ 72,622 |
| Claim Data Capture | 1.21 | $ 37,539 | 1.13 | $ 56,207 | 0.63 | $ 41,121 | 2.97 | $ 134,867 |
| Coaching | 0.03 | $ 931 | 0.56 | $ 27,855 | 0.69 | $ 45,037 | 1.28 | $ 73,823 |
| Correspondence-Forms | 13.42 | $ 416,342 | 12.12 | $ 602,861 | 1.49 | $ 97,254 | 27.03 | $ 1,116,457 |
| Filenotes | 0.10 | $ 3,102 | 12.81 | $ 637,182 | 1.49 | $ 97,254 | 14.40 | $ 737,538 |
| Index and Fileflow | 9.32 | $ 289,144 | 1.68 | $ 83,565 | 0.32 | $ 20,887 | 11.32 | $ 393,595 |
| Inquiry | 0.61 | $ 18,925 | 3.21 | $ 159,669 | 0.39 | $ 25,456 | 4.21 | $ 204,049 |
| Recovery | 0.00 | $ — | 0.34 | $ 16,912 | 0.48 | $ 31,330 | 0.82 | $ 48,242 |
| Task Assistant | 2.75 | $ 85,316 | 6.82 | $ 339,234 | 3.09 | $ 201,687 | 12.66 | $ 626,237 |
| Vendor Management | 0.16 | $ 4,964 | 0.68 | $ 33,824 | 0.10 | $ 6,527 | 0.94 | $ 45,315 |
| *Total* | *27.60* | *$ 856,262* | *40.81* | *$ 2,029,930* | *8.68* | *$ 566,552* | *77.09* | *$ 3,452,745* |
| Time Made Available | 18.27% | | 15.80% | | 13.15% | | 15.73% | |
| Average Salary plus Benefits* per Employee | | $ 31,024 | | $ 49,741 | | $ 65,271 | | |

* Benefits are estimated at 18% of salary

ANDERSEN CONSULTING

**Performance data, critical to measuring the effectiveness of vendors, will be captured and allow RIC to make cost effective arrangements with only the best vendors, thereby better managing ALAE, optimizing the ROI on expert usage, and decreasing LEO.**

*Technology will allow RIC to :*

- Monitor the number of files a particular vendor touches
- Review the number of vendors who have touched a particular file
- Alert claim handlers to avoid ineffective vendors
- More effectively manage *all* external resources

*In addition, technology will allow adjusters to know when to use experts :*

| Resource | % Cases Needed, but Not Used | LEO on Those Cases |
|---|---|---|
| Legal/ HO/Supervisor | 45% | 26% |
| IME | 45% | 22% |
| IA | 16% | 24% |
| Other Experts | 39% | 23% |

ANDERSEN CONSULTING

## Certain claims result in chronic LEO. Technology will help institutionalize the identification and handling of these files through event-based diary capabilities that recognize the changing complexity of the claims.

*Investigation*

- Conduct substantive ongoing contacts with the insured - When substantive ongoing contacts were made with the insured, the average LEO was 12.0% versus 29.3% for claims where substantive ongoing contacts were not made with the insured.
- Collect leases and contracts - When applicable leases and contracts were collected, the average LEO was 11.3% versus 28.7% for claims where applicable leases and contracts were not collected.
- *Evaluation*
- Understand all applicable statute/ case laws - When the adjuster developed a clear understanding of applicable statute/case law, the average LEO was 12.1% versus 20.5% for claims where the adjuster did not develop a clear understanding of applicable statute/case law.
- Appropriately determine the extent of the injury - When the extent of the injury was appropriately determined, the average LEO was 15.8% versus 35.2% for those claims where the extent of the injury was not appropriately determined.
- *Negotiation*
- Conduct effective negotiations - When the overall negotiation/disposition was conducted effectively, the average LEO was 11.9% versus 23.5% for claims where the overall negotiation/disposition was not conducted effectively.
- *Other*
- Communicate with underwriting and loss control - In the claims where there was communication between claims, the underwriter, and/or loss control, the average LEO was 10.7% versus 20.0% for those claims where there was no such communication.

## Technology will assist the claim adjuster in identifying high risk and fraudulent cases.

- The claim handler will be alerted and guided through high-risk and high fraud potential files.
    - 254 out of 1416 files (18%) reviewed should have been referred to SIU, but were not. The LEO dollars associated with these files represent 23% of all LEO dollars.

- An expert system for SIU has already been approved for 1998. The first release of the Millennium system will provide benefit to the new expert system by integrating it into a real-time environment.

# Technology will also automate the identification of potential recovery opportunities.

- Recovery potential was not investigated in 30% of all claims reviewed (423 out of 1416 files); in these files, the average LEO was 24% higher than in those files where recovery potential was investigated.
- When recovery potential was investigated, all avenues of recovery were not explored 36% of the time (232 out of 653 files); in these files, the average LEO was 94%higher than in those files where all avenues of recovery were explored.

## Technology will enable the development and pursuit of a negotiation plan and strategy to lower LEO.

- We did not negotiate 62% of all claims that warranted negotiation.
- For those claims which were negotiated, we did not complete a negotiation plan 22% of the time. When a plan was not completed, LEO was 19% versus 14% when it was.
- Case strategies were not always communicated to relevant parties. For the initial strategy, cases were not communicated 10% (66 out of 710) of the time for a LEO of 21%. For subsequent strategies, cases were not communicated 23% (42 out of 186) of the time for a LEO of 21%.

## Annual Benefits Summary

| Benefit | Annual Projected Savings (in millions) |
|---|---|
| *Effectiveness in reducing LEO* | $ 9 - 12 * |
| *Efficiency in obtaining ULAE savings* | $ 3 - 3.5 * |
| *Improved Claims Management* | |
| • Vendor Management | ● |
| • Profiles and Practices | ● |
| • Fraud Detection | ◐ |
| • Recovery Detection | ◐ |
| • Negotiation | ◐ |
| *Increased Change Readiness* | ○ |
| *Increased Customer Service* | ○ |
| *Increased Morale and Productivity* | ○ |

**KEY**

- ● Significant Potential
- ◐ Moderate Potential
- ○ Unknown Potential

* Benefits may not be additive.

ANDERSEN CONSULTING

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

# Release 1 one-time costs are forecasted to be $ 18.3 million, with annual ongoing costs of $920,000.

| | Andersen Consulting Costs | Andersen Consulting Days | Contractor Costs | Contractor Days | Reliance Insurance Costs | Reliance Insurance Days | Total |
|---|---|---|---|---|---|---|---|
| Utilities [1] | $ 2,400,000 | 4200 | | | | | $ 2,400,000 |
| Utilities [2] | $ 4,300,000 | 5200 | | | | | $ 4,300,000 |
| Integration [3] | $ 4,900,000 | 3000 | $ 896,000 | 1120 | $ 1,280,000 | 4800 | $ 7,076,000 |
| Transfer to RIC IT | | | | | $ 450,000 | 1650 | $ 450,000 |
| Rollout to RIC Field | | | | | $ 380,000 | 1400 | $ 380,000 |
| Miscellaneous | | | | | | | |
| Hardware, Software | | | | | $ 978,000 | | $ 978,000 |
| Travel, etc. | $ 1,000,000 | | | | $ 525,000 | | $ 1,525,000 |
| Admin [5] | | | | | $ 1,171,000 | | $ 1,171,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1] Task Assistant, Task History and File Notes. Discount of 65% over regular pricing.

[2] Claim Folder, Forms and Correspondence, Negotiation, Injury, Participant and Organization. Discount of 50% over regular pricing.

[3] Legacy integration with Version 7, Data Conversion, Integration Testing, Rollout.

[4] Includes Software Licensing, 6 IT support staff, and 2 librarians.

[5] Facilities, Equipment, Telephones, Support, and New Employee Costs.

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## There is a clear Business Case to consider for the first release of the Millennium claims system.

The Business Case for the first release focuses on reducing Loss Cost, while moderately (28 out of 77) affecting headcount reductions. This reduces the impact of the efficiency benefits, but maximizes the effectiveness benefits. Headcount reduction in the administrative area is fully realized. However, the time saved by technicians and managers through the elimination of non-value added overhead tasks (about 6 hours a week) is re-invested in performing LEO reducing activities. The total benefit is approximately $10 million annually.

# Release 1 is supported by a compelling Business Case.

*The combined effectiveness & efficiency scenario shows annual benefits of at least* ***$10 million:***

| | |
|---|---|
| • Annual effectiveness benefits of : | $ 9 M |
| • Annual efficiency benefits of : | $ 1 M |
| • Other benefits : | $ TBD |
| *Total :* | *$ 10 M* |

*The First Release of the Claims system has a total cost of* ***$ 18.3 million:***

| | |
|---|---|
| • Task Assistant, Task History and File Notes: | $ 2.4 M |
| • Claim Folder, Forms & Correspondence, Negotiation, Participant and Organization: | $ 4.3 M |
| • Legacy integration with PMSC Version 7 : | $ 7.9 M |
| • Other (hardware, travel, administration, etc.) : | $ 3.7 M |
| *Total :* | *$18.3 M* |

ANDERSEN CONSULTING

Reliance — Cost-Benefit Summary

**A cost-benefit analysis of the claims system reveals a break-even point of 2.6 years for the combined effectiveness & efficiency scenario.**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Tota l |
|---|---|---|---|---|---|---|---|---|---|
| Costs | $18.3M | $1.52M | $920K | $920K | $920K | $920K | $920K | $920K | 25.3 M |
| Benefits | ------ | $ 5.5M * | $10 M | $10 M | $10 M | $10 M | $10 M | $10 M | 65.5 M |
| | ($18.3M) | ($14.3M) | ($5.2M) | $3.84M * | $12.9M | $22.0M | $31.1M | $40.2M | |

* Denotes the break-even point

Assumptions
- 100% of development costs incurred in year 1.
- 100% of roll-out costs incurred in year 2.
- 50% of effectiveness benefits realized in year 2, 100% thereafter.
- 100% of efficiency benefits realized in year 2 and thereafter.

ANDERSEN CONSULTING

Reliance **Summary**

## When capitalizing the costs over seven years, the Business Case is even more compelling.

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | *Total* |
|---|---|---|---|---|---|---|---|---|---|
| Costs | $2.5M | $3.4M | $3.4M | $3.2M | $3.2M | $3.2M | $3.2M | $3.2M | *25.3 M* |
| Benefits | ------- | $ 5.5M * | $10 M | $10 M | $10 M | $10 M | $10 M | $10 M | *65.5 M* |
| | *(2.5M)* | *(.4M)* | *$6.2M* * | *$13.0M* | *$19.8M* | *$26.6M* | *$33.4M* | *$40.2M* | |

* Denotes the break-even point

Assumptions
- All consulting costs plus 80% of RIC personnel costs are capitalized over 7 years.
- Hardware and software are capitalized over 3 years.
- 20% of RIC personnel costs and 100% of RIC travel expenses are incurred in first year.
- 50% of effectiveness benefits realized in year 2, 100% thereafter.
- 100% of efficiency benefits realized in year 2 and thereafter.

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

Reliance Millennium Claims: Release 1




ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
  - A. Release 1 Overview Schematic
  - B. Effectiveness Data Analysis Detail
  - C. Activity Based Costing Detail

ANDERSEN CONSULTING

## Efficiency savings from the implementation of the entire Claims Vision.

| Opportunity Category | Administration FTE | Administration Amount | Technicians FTE | Technicians Amount | Management FTE | Management Amount | Total FTE | Total Amount |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.18 | $ 5,623 | 2.00 | $ 99,418 | 1.35 | $ 87,791 | 3.52 | $ 192,832 |
| Claim Data Capture | 2.84 | $ 88,237 | 7.69 | $ 382,673 | 1.17 | $ 76,151 | 11.70 | $ 547,062 |
| Coaching | 0.30 | $ 9,327 | 1.00 | $ 49,625 | 1.81 | $ 118,078 | 3.11 | $ 177,030 |
| Correspondence-Forms | 15.43 | $ 478,694 | 12.25 | $ 609,411 | 2.57 | $ 167,628 | 30.25 | $ 1,255,733 |
| Coverage | 2.28 | - $ 100,000 | 3.41 | $ 169,563 | 0.09 | $ 5,678 | 1.21 | $ 74,496 |
| Filenotes | 0.10 | $ 2,565 | 12.81 | $ 649,485 | 1.49 | $ 112,117 | 14.40 | $ 764,167 |
| Index and Fileflow | 14.52 | $ 450,516 | 3.32 | $ 165,213 | 0.41 | $ 26,542 | 18.25 | $ 642,271 |
| Inquiry | 2.05 | $ 61,953 | 6.57 | $ 333,190 | 1.28 | $ 96,093 | 9.90 | $ 491,237 |
| Payments | 7.44 | $ 230,871 | 4.24 | $ 211,029 | 0.27 | $ 17,651 | 11.95 | $ 459,551 |
| Recovery | 0.26 | $ 7,137 | 0.89 | $ 45, 155 | 0.48 | $ 36,026 | 1.63 | $ 88,318 |
| Task Assistant | 2.75 | $ 79,256 | 6.82 | $ 345,995 | 3.09 | $ 232,097 | 12.66 | $ 657,348 |
| Vendor Management | 0.26 | $ 6,970 | 1.40 | $ 71,033 | 0.31 | $ 22,950 | 1.96 | $ 100,953 |
| Total | 43.86 | $ 1,320,404 | 62.41 | $ 3,131,791 | 14.29 | $ 998,803 | 120.56 | $ 5,450,998 |

ANDERSEN CONSULTING

## The Activity Based Costing analysis revealed where claim adjusters spend their time.

| Opportunity Category | Administration FTE | Administration Amount | Technicians FTE | Technicians Amount | Management FTE | Management Amount | Total FTE | Total Amount |
|---|---|---|---|---|---|---|---|---|
| Assignment | 0.76 | $ 23,578 | 7.41 | $ 368,580 | 1.84 | $ 120,099 | 10.01 | $ 512,257 |
| Claim Data Capture | 22.06 | $ 684,390 | 20.31 | $ 1,010,240 | 7.53 | $ 491,491 | 49.90 | $ 2,186,121 |
| Coaching | 5.15 | $ 159,774 | 6.95 | $ 345,700 | 12.12 | $ 791,084 | 24.22 | $ 1,296,558 |
| Correspondence-Forms | 27.36 | $ 848,817 | 26.24 | $ 1,305,203 | 4.17 | $ 272,180 | 57.77 | $ 2,426,200 |
| Coverage | 3.50 | $ 108,584 | 17.47 | $ 868,975 | 2.68 | $ 174,926 | 23.65 | $ 1,152,485 |
| Filenotes | 1.53 | $ 47,467 | 59.04 | $ 2,936,708 | 7.60 | $ 496,059 | 68.17 | $ 3,480,234 |
| Index and Fileflow | 40.81 | $ 1,266,089 | 7.54 | $ 375,047 | 1.29 | $ 84,200 | 49.64 | $ 1,725,336 |
| Inquiry | 4.31 | $ 133,713 | 26.64 | $ 1,325,100 | 2.81 | $183,411 | 33.76 | $ 1,642,224 |
| Payments | 20.83 | $ 646,230 | 15.10 | $ 751,089 | 0.73 | $ 47,648 | 36.66 | $ 1,444,967 |
| Recovery | 0.29 | $ 8,997 | 2.22 | $ 110,425 | 1.16 | $ 75,914 | 3.67 | $ 195,336 |
| Task Assistant | 5.63 | $ 174,665 | 27.07 | $ 1,346,489 | 6.93 | $ 452,328 | 39.63 | $ 1,973,482 |
| Vendor Management | 0.55 | $ 17,063 | 3.63 | $ 180,559 | 1.02 | $ 66,576 | 5.20 | $ 264,198 |
| Loss Cost Containment | 8.52 | $ 264,324 | 47.67 | $ 2,371,153 | 6.13 | $ 400,111 | 62.32 | $ 3,035,588 |
| Out of Scope | 12.94 | $ 401,451 | 11.01 | $ 547,648 | 12.80 | $ 835,469 | 36.75 | $ 1,784,568 |
| **Total** | 154.24 | $ 4,785,142 | 278.30 | $ 13,842,916 | 68.81 | $ 4,491,496 | 501.35 | $ 23,119,554 |

ANDERSEN CONSULTING

Reliance

- Executive Summary
- Millennium Claims Technology Background
- Benefits
- Costs
- Summary
- Appendix
    - A. Release 1 Overview Schematic
    - B. Effectiveness Data Analysis Detail
    - C. Activity Based Costing Detail

ANDERSEN CONSULTING

# Reliance Closed Claim Questionnaire Sample.

O. CONTACT Part 1 - Standard for All Lines

1. Was the initial contact timely (within 24 hours of receipt at office) with the:
   1) insured?
      (1) Yes
      (2) No
      (3) N/A
   2) claimant?
      (1) Yes
      (2) No
      (3) N/A (attorney representation)
2. During the initial contact, did the adjuster capture all relevant information from the:
   1) insured?
      (1) Yes
      (2) No
      (3) N/A
   2) claimant?
      (1) Yes
      (2) No
      (3) N/A (attorney representation)

P. CONTACT Part 2 - Workers Compensation Only

1. Was the initial contact with /from the doctor timely (within 24 hours of receipt at office)?
   (1) Yes
   (2) No
   (3) N/A
2. During the initial contact, did the adjuster capture all relevant information from the doctor?
   (1) Yes
   (2) No

Q. CONTACT Part 2 - Commercial Property Only

1. Did the adjuster identify immediate needs of the insured relevant to:
   1) financial considerations?
      (1) Yes
      (2) No
      (3) N/A
   2) loss mitigation?
      (1) Yes
      (2) No
      (3) N/A

ANDERSEN CONSULTING

Reliance **Activity Based Costing Detail**

# Reliance Questionnaire Loss Economic Opportunity Analysis.

| O1.1 | O2.1 | Count | Frequency | Total Loss $ | Total Loss LEO | # Leaky Files | Loss % | Total LAE $ | Total LAE LEO | # Leaky Files | LAE % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | .2 % | 24,490 | 16,763 | 2 | 68.4 | 23,564 | 1,350 | 1 | 5.7 |
| 1 | | 1 | .1 % | 45,649 | 4,287 | 1 | 9.4 | 1,242373 | | 1 | 30.0 |
| 1 | 1 | 574 | 40.5 % | 15,700,690 | 2,221,149 | 354 | 14.1 | 929,404 | 158,950 | 147 | 17.1 |
| 1 | 2 | 317 | 22.4 % | 9,326,726 | 1,632,973 | 267 | 17.5 | 445,136 | 90,132 | 123 | 20.2 |
| 1 | 3 | 3 | .2 % | 112,112 | 7,771 | 3 | 6.9 | 3,816631 | | 2 | 16.5 |
| 2 | | 2 | .1 % | 402,904 | 44,291 | 2 | 11.0 | 4,424 | 1,302 | 1 | 29.4 |
| 2 | 0 | 1 | .1 % | 16,726 | 1,972 | 1 | 11.8 | 0 | 0 | 0 | 0 |
| 2 | 1 | 182 | 12.9 % | 5,048,471 | 742,247 | 121 | 14.7 | 326,968 | 60,344 | 61 | 18.5 |
| 2 | 2 | 230 | 16.2 % | 5,068,669 | 879,622 | 181 | 17.4 | 529,704 | 78,539 | 73 | 14.8 |
| 2 | 3 | 31 | 2.2 % | 515,601 | 137,701 | 22 | 26.7 | 38,387 | 5,194 | 9 | 13.5 |
| 3 | 1 | 2 | .1 % | 11,257 | 931 | 1 | 8.3 | 59 | 56 | 1 | 94.9 |
| 3 | 2 | 1 | .1 % | 37,846 | 5,000 | 1 | 13.2 | 51 | 0 | 0 | 0 |
| 3 | 3 | 69 | 4.9 % | 232,941 | 32,132 | 20 | 13.8 | 16,691 | 2000 | 3 | 12.0 |
| | | 1416 | | 36,544,082 | 5,726,837 | 976 | | 2,319,446 | 398,871 | 422 | 12.0 |

ANDERSEN CONSULTING