| | |
|---|---|
| Check for Duplicate | Use new Index system |
| Enter FNOL info | Current ACE system |
| Identify and enter additional Stakeholder info | Index system |
| Route claim to supervisor | Paper |
| Assign and path, Reassign and repath | ACE update |
| Route to claim handler | Paper |
| Trigger Task Assistant | Manual or Automated |
| Build Plan | Task Assistant |
| Notify Claim Handler | Task Assistant |
| Review Facts of Loss | Enhanced Inquiry, ACE, and/or paper |
| Coverage Match | ACE, Task Assistant if not found (route work to coverage unit) |
| Maintain Plan (Add, change, schedule, complete, etc.) | Task Assistant |
| Assign internal resources to claim (tasks, access to ACE data) | Task Assistant, ACE |
| Sending correspondence/letters | Forms and Correspondence:<br>- find the template letter<br>- address the letter (including claim #, date of loss, any other Index data)<br>- manually type custom data<br>- print/fax<br>- e-mail?<br>Manually store letters on file<br>Automatically generate file note regarding letter sent |
| Sending Forms | Same as letters, may use forms from vendors for jurisdiction and integrate if available. Will not build forms package or build library of forms |
| Answer Inquiries, Review basic Facts of Loss | Index to find/navigate<br>Enhanced Inquiry to summarize key facts, status, and events on claim<br>Structured filenotes and Task Assistant for background<br>ACE for detail data inquiry |
| Gathering Add'l data | Index to find/navigate<br>Structured filenotes and Task Assistant for background capture<br>ACE for detail data capture |
| Processing Reserves | ACE |
| Paying the Claim | ACE |
| Close Claim | ACE |
| Close Index | Task Assistant, Index, ACE |
| Account Management | Service Instructions in Task Assistant, other functions in ACE |
| Regulatory Management | Juristiction Instructions in Task Assistant, other functions in ACE |
| Best Practices | Task Assistant |
| Filing and Folder management | Manual/ACE as today, generated structure filenote |

# Appendix 2 - Related Documents

The g drive references the server **chqnfb\vol10:claim\claim_is.**

*CISSP Business Case Background*
g:\cissp\prep\busncase.ppt

*Claims IS Strategy Overview*
g:\cissp\admin\present\cisspish.ppt

*Object Background and Strategy*
g:\cissp\admin\present\isobjstr.ppt

*Claim Handler Utilities Project Plan*
g:\cissp\chu\plan\chu_wbs.mpp

*Status Reports*
g:\cissp\chu\admin\status**date**SR.doc

*Issues Log*
g:\cissp\chu\plan\chuissue.doc

*Ideas Log*
g:\cissp\chu\plan\goodidea.doc

*Eagle Presentations (Including details on Process/Methodology)*
g:\cissp\chu\eagle\presents*.ppt

*Object-Oriented Technical Architecture Establishment PIR*
g:\cissp\admin\plan\ootapir.doc

*Claims Information Systems Strategy Project Final Presentation*
chqnfb\vol10:claim\claim\ciss\data\final\final6.ppt

*Structure Project PIR*
TBD

*Information Systems Roles*
g:\cissp\admin\plan\isroles.doc

# Appendix 3 - Project Processes

This appendix describes the methods used to control this project.

***Quality Plan***

The primary determination of scope, objectives, critical requirements, etc. are documented in this Project Initiation Report. In addition, the team plans to develop a living Quality Plan based on a combination of St. Paul Companies' standards and Andersen Consulting's Quality-Value Management process. The Quality Plan will contain the measurable expectations provided by internal and external project stakeholders. Time will be allocated across the project to ensuring the Quality Plan is managed continually.

***Process control***

After each project stage we will hold a stage-end assessment in order to capture any process improvement for future projects. At this point project leadership also meets with sponsors to review progress and plans for the next stage.

***Progress Control***

***Time reporting***

Time reporting will be done by entering hours into a spreadsheet located in g:\cissp\admin\timesht**username**.xls where **username** is a persons login username. Times are broken out by PACII id and activity codes on a weekly basis. A spreadsheet with a standard set of codes will be provided for each person on the project. Periodically all hours will be captured into a master spreadsheet and entered into PACII by support staff.

***Task reporting***

The project plan will track project steps/task packages and milestones. Tasks will either be listed in the plan as a milestone or will be part of a checklist leading to a milestone or step/package. Completion reporting will be done to Michael Selby or Bruce Cygnar will be maintaining the plan.

***Project status reporting***

The project management team will meet weekly to gather status, check issues, review task completion vs. Plan, and identify necessary corrective actions. The status report will be kept in g:\cissp\chu\admin\status**date**SR.doc. The attendees are listed in the mailing list CIS-CHU-STATUS. Weekly status meeting.

***Tolerance Parameters***

The status review team should be notified by an issue or agenda item whenever an estimate is exceeded or expected to exceeded by more than 20%. This includes time, effort, cost, resource, or quality metrics. Also the review team should be notified of a schedule delay of more than a week (for example a schedule slip due to someone's illness).

***Change Control***

Change control will be established prior to the end of the conceptual design phase. Prior to that, any change in the scope will be reviewed and approved by the project status team via the issues handling process.

# EXHIBIT 105
# REDACTED IN ITS ENTIRETY

# EXHIBIT 106




# Leadership in Claims (LiC)
# Case Study

A Model For MSO - Proven Practices

Mike Jackowski

EXHIBIT
Jackowski 28
10-30-09

Microsoft

# Agenda

- Brief Overview LiC
  - → History
  - → Business Case
  - → The Solution
- I-CBA/M Architecture
  - → Architecture Intro
  - → Strategy
  - → Drivers
  - → Why Microsoft
- I-CBA/M Accomplishments
  - → Client Success
  - → Delivery Capability
  - → Scale
- I-CBA/M Proven Practices
  - → Technology
  - → People (Skills)
  - → Processes

**What** we've done over the past 3 years

**Why** we consider ourselves an excellent model for MS Solutions

**How** we achieved success

Anti-Trust Trial

# But First, We Need an Answer to the Anti-Trust Trial



# LiC Overview - History

Andersen Consulting began the Leadership in Claims investment in 1995 in response to client needs in the P&C marketplace.

- New technology had become essential:
  - → Creating durable improvements through business process and organizational changes alone had limited success.
  - → Clients were often locked into existing processes by aging technology.
- However, there was a clear lack of viable software packages available. Existing packages frequently were:
  - → Not functionally robust and in need of extensive customization
  - → Supported by unproven vendors or lacking marketplace acceptance
  - → Not scaleable or based on limited architecture
- Finally, custom developed software had proven to be expensive and high-risk with many well-advertised failures.

**Our clients asked us to respond with more predictable solutions that would accelerate implementation and reduce cost and risk.**

# LiC Overview – Project History

| Client / Project | Dates | Tech. | Remarks |
|---|---|---|---|
| **St. Paul – Phase I** | 1996 | CORBA Sybase | Never deployed, plagued by performance issues |
| **St. Paul – Phase II** | Jun. 1997 – Mar. 1998 | Microsoft DB/2 | First utilities created, CBA/M created |
| **St. Paul – Phase III** | Mar. 1998 – Jan. 1999 | Microsoft DB/2 | CORBA App rewritten, CBA/M enhanced |
| **Reliance** | Sep. 1998 – Jul. 1999 | Microsoft DB/2 | Added Negotiation & Injury |
| **CNA - Personal Lines** | Apr. 1999 – Oct. 1999 | Microsoft Oracle | Demonstrated support for Oracle |
| **Slim (Internal)** | Jul. 1999 – Aug. 1999 | Microsoft SQL Svr | Move to Browser Interface |
| **WCB** | Jan. 2000 – Ongoing | Microsoft DB/2 | First Browser implementation |
| **Chubb** | May 2000 - Ongoing | Microsoft DB/2 | Largest initiative to date (~30,000 work days) |

# LiC Overview - Business Case

- 80% of the annual revenues for a typical insurer flows through claims
- Routinely identify a three to five point improvement in Combined Ratio
- Potential to achieve a $5,000,000 per month improvement
- New opportunities such as eProcurement offer even greater savings.

*– Five Year Industry Average Distribution of Premium –*




* Source: A.M. Best

# *Technology@Work*
## What must Technology Deliver?

- ❒ Reinforce Consistency
- ❒ Create Time
- ❒ Expand the Information Available
- ❒ Provide Infrastructure

# LiC Overview – The Solution

**Because our clients had a compelling business case but the business problem could be as large as 120,000 workdays, we began to develop software using a component-based approach.**

- ❒ Translate the vision into achievable segments of work
- ❒ Provide a context for individual components
- ❒ Manage scope & communicate scope decisions
- ❒ Facilitate priority setting among senior sponsors
- ❒ Rationalize vendor offerings



# LiC Overview – The Solution



# LiC Overview – The Technologies



# Accomplishments




- Client Success
  - → Never missed implementation date
  - → All Client Satisfaction Surveys > 4.4
  - → Clients realizing measurable business benefits
- Delivery Capabilities
  - → Delivered robust CBA/M architecture which is now being used at 20+ engagements
  - → Key project to help initiate and mature Solution Center delivery capabilities
  - → Robust estimating model and tools
- Scale
  - → Production at 3 client sites
  - → 2 new clients in progress
  - → Largest installation is 2,500 Claim Handlers
  - → Extensive performance testing
- Thwarted IBM Several Times

# Accomplishments – Client Delivery

## Each project has delivered within 12 month window – mainly due to compressed design and construction timeframes



# Accomplishments – Client Satisfaction



| Client Satisfaction | |
|---|---|
| St. Paul | 5.0 |
| Reliance | 4.5 |
| CNA | 4.4 |

## Measured Improvements

- A 7.5% reduction in loss costs compared to Net Written Premium
- A measured, steady decrease in the Paid Loss Average (8+% drop)
- Improvements of 10% - 20% in productivity

## Client Comments

- Senior executives have firm control over project deliverables, timetables, and costs
- The teams have a clear understanding of project scope
- The change control process is clear and closely matched to the business case and anticipated business benefits
- Business and I/T managers make well-reasoned choices in the use of contingency budget
- The project milestones are explicit and intended to confine risk for each phase of the project
- Clear accountability exists for project deliverables and timing

# Accomplishments – CBA/M

CBA/M

- Focus on OLTP
- Investment of over 2,000 days
- Application Architecture Framework
- Technical Infrastructure
- Design/Programming Common Practices
- Development Tools/Proven Practices

## Used at Over 20 Projects

| | |
|---|---|
| St. Paul | Reliance |
| CNA | Covation Health Systems |
| Aon Aviation | Marsh & McLennan |
| AMEX | NetInsurance |
| Miller Brewing | 3Dsize.com |
| Allplastx | Bouygues |
| eCDC | Global Markets Portal |
| State of New Mexico | |