# Accomplishments – Demonstrating Scale

- All Deployments:
  - → 4,500 total desktops implemented; 5,000+ planned
  - → 900,000 claims in production; 1.4 million planned
- St. Paul
  - → 2,500 total users
  - → > 500,000 Claims
  - → 99% Uptime
  - → Over 700,000 Transactions/Day
  - → 3 Server Cluster with < 10% CPU Utilization




Proven Practices


Industry and Functional Knowledge
Process
Reuse
"Superior Execution" requires greater optimization and reuse of knowledge and people
Architecture and Tools
People

# Proven Practices – Industry & Functional Knowledge

**We must partner with the Market Units and understand all aspects of the total solution in order to position Microsoft Technologies for success**






# Proven Practices – Reusable Processes




- ❒ Estimating Process / Tool
- ❒ Requirements Tracking / Change Control
- ❒ Project Tracking
- ❒ Software Configuration Management
- ❒ Deliverable Signoff Processes
- ❒ Knowledge Transfer
- ❒ Software Quality Assurance
- ❒ Client Quality Management
- ❒ Peer Reviews

# Proven Practices – People (Skills)




**We must seed our projects with the appropriate skills**

- ❒ Application Architect
  - → Application Architecture has an enormous impact on scalability when using MS technologies
  - → OLTP knowledge is critical
- ❒ DBA/Data Architect
  - → Regardless of the technologies (objects, e-commerce, java, COM, etc.), the database counts the most
  - → SQL Server skills are highly durable and transferable
- ❒ Technical Architect
  - → Product Specialists
  - → Netcentric Experts

# Proven Practices – Technology & Tools




- Integrated MS Technologies
  - → One stop shopping
  - → Integrated with development tools
- CBA/M Architecture
  - → Proven architecture components
  - → Common standards
- Easy to Use Development Tools
  - → Microsoft's forte'
  - → Integrated Toolset
  - → COM makes it simple
- Reusable Development Environment
  - → Source Code Management
  - → Automated System Builds

# Integrated Microsoft Solution




## One Vendor Solution

- ❐ Reduces conflicts which arise when integrating several vendor's products together
- ❐ Market penetration
- ❐ Long term viability

| Tier | Products |
|---|---|
| Client | Visual Basic 6.0 |
| | Internet Explorer 4.0 or higher |
| Middle | Transaction Server 2.0 |
| | Visual Basic 6.0 |
| | Internet Information Server 4.0 |
| | Active Server Pages |
| Data | SQL Server 6.5 or 7.0 |
| | ActiveX Data Objects (ADO) 2.0 |
| Legacy | SNA Server |
| Middleware | COM/DCOM, COM+ |
| | MSMQ |

# CBA/M Application Architecture




- The Application Architecture framework consists of the following items:
  - → Browser
  - → Active Server Page
  - → Web Controller Component
  - → COM Component Interface
  - → Server Component
  - → Architecture Component






# CBA/M Scalability

- Application Architecture
  - → Framework for application partitioning
  - → Patterns for component interaction
  - → Guidelines/Best Practices for development (e.g. error handling, security, etc.)

- Technical Architecture
  - → Technical Infrastructure - operating systems, hardware, software, and network
  - → Execution services (security component, performance logging, error logging, code/decode table lookup, etc.)
  - → Provides location transparent access to components







Impact on Scalability

# CBA/M Application Architecture Guidelines




- The Application Architecture will have, by far, the most impact on the scalability and performance of the applications we develop for MTS.
- Component partitioning will be determined by the following factors (factors are listed in order of importance):
  - → Scalability
  - → Performance
  - → Extensibility
  - → Reuse
- Design/Enable separation of concern
- Isolate changes to a component from rippling through all components
- Partition to allow flexibility in packaging and distribution of application components
- Extensible and reusable for future applications
- Easy to understand

# CBA/M Application Architecture Guidelines




- ❐ Optimize Scalability/Performance
  - → Reduce network "chattiness"
  - → Reduce database "chattiness"
  - → Optimize transaction/query performance
  - → Improve legacy integration performance
  - → Improve "user perceived" performance
- ❐ Optimize Extensibility/Reuse
  - → Separate business logic from UI processing
  - → Enable flexible packaging
- ❐ Standards for Web-based Navigation
  - → Intuitive page flow
  - → Maintain Concise "Logical Units of Work"
  - → Intuitive commit points

# CBA/M Technical Architecture Services



# In Summary

- Leadership in Claims has developed a robust Insurance Claims Solution and made good penetration in the Insurance Marketplace
- The LiC Assets have successfully proven the viability of the Microsoft platform
  - → Delivered very complex applications in a short period of time
  - → Demonstrated excellent scalability of the Microsoft platform
- The LiC projects yielded several reusable assetts and processes to help the firm deliver Microsoft-based solutions
  - → CBA/M
  - → Development Processes

# Questions?



GSJAPP004598

# EXHIBIT 111

## Window Design Specifications:

Are conceptual designs, including visual representations of application windows with claim data capture functionality. These documents were used as discussion tools to gain a sense of the overall claims environment and its business requirements. Each window design is populated with any design suggestions made during the course of this review. This document will serve as an input to the official conceptual design of claim data capture.

**Designs Included:**

Account
Account Management
Additional Insurance
Auto Claim
Auto Sub-Claim
Bodily Injury
Claim
Claim History
Claim Search
Event
FNOL
Line Item
Litigation
Name and Address Book
Negotiation
Participant
Payment
Policy
Preferred Vendor
Rapid Data Capture
Reserve
Sub-Claim
Task Assistant
Workers Compensation
Workload and Availability

EXHIBIT
4
11/25/09 N. Gisch

## Account – Details




**GmoParty Attributes:**

- organizationName
- participantName
- homeStreetAddress
- businessStreetAddress
- homeCity
- businessCity
- homeState
- businessState
- homeZipCode
- businessZipCode
- homeGeographicalCode
- businessGeographicalCode
- homeCountry
- businessCountry
- contactLastName
- contactFirstName
- contactJobTitle
- contactPhoneNumber
- assistantLastName
- assistantFirstName
- assistantPhoneNumber

**Functional Overview:**

- An account typically involves a large insured requiring several forms of coverage over a geographical area and a diverse set of operations. Tracking the policies and billing codes associated with an account is a complex task. The Account series of windows will attempt to provide a mechanism to capture and represent difficult organizational arrangements and allow for maintaining and reporting against these arrangements. **This account design is just a start. The levels that exist above the claim level could vary by line of business and by arrangement. Another view of account is that of the Risk Manager. See the LAP design for further detail.**
- The General tab on the account level of windows communicates who the account belongs to. The participant on the account can be a commercial or a personal participant.
- The account set of tabs resides on the upper tree; it is not displayed on the claim handler's main view but can be accessed easily. The account level is not immediately shown because claim handlers would reference this information infrequently compared to the core claim data. Information at the account level could be provided by a policy administrative system or could be captured at the time the claim is established.

**Design Specifications:**

- These windows are found at the top of the claim tree. They are read-only to demonstrate the data could come from a policy administration or underwriting database. However, the fields could appear in update mode as well. This would happen if the data is captured by the claim department at the time a claim is being settled.
- The Name of the primary insured, either an organization or a person, appears at the top of the window. For the person, this is the concatenated version of the first, middle and last names.
- The Address information is also that of the primary insured. This information can also be accessed on the Participant window. The Participant Search button is provided for adding the name of the primary insured when the account data is captured during the claim settlement process.
- The Contact information applies to organizations. It displays the Name, Job Title and Phone Number of the primary contact person for the large account. This is most likely the risk manager.
- The Contact Assistant provides the user with another person to contact in the event the primary contact is not available.
- The Phone icons in both contact boxes provide a Telephony application with which to call these people.

## Account – Relationships




**GmoAccount Attributes:**
- policiesIncludedCollection
- relationshipDescription
- riskId

**GmoPolicyAttributes:**
- claimsIncludedCollection

**Functional Overview:**
- The Relationships tab provides an interface to explain the account organization and to quickly identify which policies and their corresponding claims fall under the account.
- The data entered in the risk manager's interface, in which a risk manager establishes the structure of his or her organization, could directly feed into the account relationships tab. The design of the risk manager's interface will impact the design of the claim handler's account window.

**Design Specifications:**
- This window is represented as read-only to the claim handler. In the event this information is not captured until the claim settlement process, then these fields would appear in update mode.
- The first text box contains the description of the account and why the policies are grouped together within the account.
- The Policies Included area captures a listing of all of the policies associated with a specific account.

- The Corresponding Claims populates based upon which policy is selected on the left. When a policy is selected, the claims tied to that policy appearing in the right hand list.
- Risk Id represents a group of accounts to which the displayed account belongs.

*The Reserve tab appears in the Reserve Design document. See this document for more information.*

**Design Ideas:**

- Account can have a variety of definitions. We will need to explore the variety of definitions to understand how to capture and use account data as it relates to claim handling.
- Need to be able to see a listing of all the open claims on an account
- Need to be able to capture all the policies on an account
- Need to accommodate multiple name and addresses for an account. Each site of an account will have a key contact.
- Policy and schedules - how they are written and rated impacts large account servicing instructions
- More information needed at the account level - will explore in later design phases.
- Many large accounts have sub-profit centers - we will need the ability to capture the addresses and key contacts for each. Furthermore, these sub-profit centers can have different names.
- Special service instructions indicator on policy window.
- Provide indicator showing special instructions exist & the ability to see these special instructions
- Need to evaluate data quality concerns with account specific data capture. How can we ensure the right data is being collected at the appropriate time.
- Claim handler might want to be aware of the account specific data capture - this will enable the claim handler to ask the questions needed to get the data in the same phone call other questions are asked.
- UW needs to be involved in identifying and billing for the account specific data capture. CSCs have full input into what is integrated into the large account deal.
- Might want to use account specific data capture in a historical sense. For example, be able to look back over the last 30 days and identify claims having specific characteristics. This would initiate a query on all the account's claims and place a task on the task asst notifying the claim handler he or she must find out more information within the claim folder.
- The account profile is the summary information about an account. Should include in the CH series of windows to provide the CH with background information about the account.
- Accounts have participants - both for the Insured and the and the Insurance company. The Insured participants include people like regional risk managers and onsite medical professionals. The Insurance company's participants include CSCs and agents. Leverage stakeholder to change key contacts for account.
- Present the claim handler with a summary list of all the tasks, alerts, and data promised to an account. These will spell out what the applicable service instructions are for a particular claim.
- Provide the claim handler with the accounts "Hot Buttons." For example "Risk manager is actively involved in this account"
- Small accounts might want location codes as opposed to tree view. Need to determine criteria for which accounts would utilize LAP design
- We could use the aggregate limit window to handle an aggregate deductible, to handle a single loss that crosses two policies for which a single limit applies. How do we handle reaching a "retro max?"
- Determine requirements for self-managed accounts; a suggested group is Major Markets, Medical Services with Stephen Brown and an underwriter from Transportation

## Account Profile



Account Contacts



Account Special Instructions



Account Relationships

