**Large Account Processing - Bill Information Window**


Detailed Billing Information for Andersen Consulting

January February

| | | | | |
|---|---|---|---|---|
| Policy AUTOP1111 | January | - | - | $15,000.00 |
| Policy FIREP33333 | January | - | - | $12,369.00 |
| Policy FLDP99384 | January | - | - | $18,975.00 |
| Policy EQP12379 | January | - | - | $8,750.00 |
| Policy COMP333333 | January | - | - | $13,568.00 |
| Computing Usage | January | 34.56 | $5.34 | $184.55 |
| Data Storage | January | - | - | $840.00 |
| Access Fees (T1 Line) | January | 24.5 | $9.00 | $220.50 |
| Access Fees (56K Leased Line) | January | 10.06 | $3.56 | $35.81 |
| Lowering Your Loss Exposure - Seminar (Denver) | January | - | - | $5,600.00 |
| Risk Assesment for Denver Office | January | 5.75 | $125.00 | $718.75 |
| Policy AUTOP1111 | February | - | - | $15,000.00 |
| Policy FIREP33333 | February | - | - | $12,369.00 |
| Policy FLDP99384 | February | - | - | $18,975.00 |
| Policy EQP12379 | February | - | - | $8,750.00 |
| Policy COMP333333 | February | - | - | $13,568.00 |
| Computing Usage | February | 24.5 | $5.34 | $130.83 |
| Data Storage | February | - | - | $840.00 |
| Access Fees (T1 Line) | February | 20 | $9.00 | $180.00 |
| Access Fees (56K Leased Line) | February | 4.5 | $3.56 | $16.02 |

$146,090.46

**GmoAccount Attributes:**

- fromMonth
- toMonth
- billingCollection
- dollarTotal

**Functional Overview:**

- This window allows a user to view real time charges for their account.
- Multiple months' charges can be shown and sorted.
- The window comes up showing the charges accrued for the current month.
- Sorting by month works, but it is alphabetical not chronologically

**Design Specifications:**

- The To and From fields at the top of the window allow the user to specify a month or months for which they will view the billing. The To and From months will be defaulted to the current month when the user enters the window. Enhanced querying capabilities should be included for the user to filter the query.
- Clicking the Find Now button populates the list view with the billing data filtered by the months listed in the To and From fields.
- The list view will list the item billed, the month it was billed (or a date to be more specific), the hours billed (if applicable), the hourly billing rate (if applicable), and the

total charge for that item. The items are then totaled for the list view at the bottom of the window. A column indicating whether or not an item is paid should be included in the list view. Additionally, the risk manager should be allowed to view charges in a tree structure or by different categories.

- The list view allows the user to select only one item at a time, but the risk manager may want to pay multiple items at a time. Therefore, the Authorize Payment window should drive the user to a pop-up window where multiple items could be selected and triggered for payment.
- The Print Statement button should take the user to a window that lists pre-formatted reports so the usercan print the statement using different formats.

**Large Account Processing - Data Map Loss Distribution**






**GmoClaim Attributes:**

- map

**Functional Overview:**

- This window should demonstrate the power of the analysis that the system can perform to help the user manage their account. This enables risk managers to view their losses geographically. Items the risk manager may want to see in a map are Loss Amount, Reserved Amount, Litigation Status, etc.

**Design Specifications:**

- The window loads displaying a map of the USA, with all loses (claims) displayed. Density of claims is represented by various sized dots (see pictures).
- When the map is activated, a user can select different data to see (loss amount and reserved amount), and change the representation of the data (zoom in, zoom out, add features to the map, etc.)
- The Activate Map button automates the process of activating the map control, connecting to the LAP database, choosing a table and selecting the fields to include in the map.

**Large Account Processing - Return On Investment**




**GmoClaim Attributes:**

- All data is derived.

**Functional Overview:**

- This window should demonstrate the power of the analysis that the system can perform to help the user manage their account. The design for this window should be very graphical and include pie charts and graphs (or the user can drive from this window and make use of Excel charts and graphs).
- The Account Manager will use this window to view the profitability of any group of polices over any period of time.
- This tab can display cost/benefit data for the Risk Manager who will want to know how the insurer is helping to save them money.
- The user can select any of three graphs from a combo box. When selected, the graph becomes visible.

**Design Specifications:**

- This tab will display for the Account Manager the present losses and premiums for a set of policies, and the user will need a query facility to declare a group of policies to review and be able to aggregate up from policies by year.
- The Send Data to Excel button will allow the user to send the data to a spreadsheet from which the user can then manipulate and create other reports. Using a spreadsheet (like Excel) allows the user the flexibility to create their own graphs, charts and reports without the cost of building these capabilities in a new application.

### Large Account Processing - Reports




**GmoReport Attributes:**
- reportCollection

**Functional Overview:**
- Display a list of pre-made reports that can be viewed and printed.

**Design Specifications:**
- Contains a list of pre-made reports in the current directory.
- A user can double-click a report, or select a report then click Print Report. This opens the report in print preview mode. The user can then choose to print or not.
- The New Report button brings up Crystal Reports, attaches to the LAP database and brings up a dialog that allows a user to select fields from the database to appear in the new report.
- The Refresh Display button re-queries the current directory for files ending in .rpt (Crystal Reports default extension) to refresh the list of available reports.

## Large Account Processing - Account Management Overview




**GmoAccount Attributes:**
- lossAllocationTree
- levelCollection

**Functional Overview:**
- This component contains all of the information necessary to manage account and claim relationships on behalf of Risk Managers, affinity groups, and more.
- This facility allows the RM to perform profit center updates in a highly intuitive and flexible interface for managing complex allocation and hierarchy changes over time.
- Location coding and profit center processing will be externalized from the claim data capture and migrated to the risk manager whenever possible. Versioning and complete history of all updates will be provided in production, but not in the demo.
- The primary Large Account window will allow Risk Managers to perform three critical functions: create and modify allocation structures, allocate losses to levels in the structure, and perform analysis on the allocation costs.
- In this example, Andersen Consulting is the account whose Risk Manager is using this Account Management facility.
- Most new claims will be allocated at FNOL automatically by default allocation rules previously setup (see the Rules Tab documentation for more details). The CSR will allocate many of the remaining claims that can not be allocated automatically (i.e. claims that do not meet any of the criteria for

automatic allocation). Claims that can not be automatically allocated or allocated by the CSR will show up in the Claims Needing Allocation View for the Risk Manager to review and allocate.

- Allows user to set up and modify relationships in a very logical GUI format.
- Allows user to analyze information based on relationships.
- Claims may not have the same level of granularity. For example, claims by division level employees for a manufacturing account may not associated with a product line, production facility or shift. These claims will only be assigned to the division level and will only appear in views at that level. This allows costs to be allocated properly throughout the organization.

**Design Specifications:**

- The New Level button adds a child to the level highlighted in the tree.
- The Edit button will allow the user to edit the detail information for the highlighted level or deal in the appropriate tab.
- The Delete button will delete a highlighted level if it has no children (deals, claims, or other levels). The Delete button will also delete a highlighted loss allocation.
- To allocate a claim, the user can drag & drop, or cut & paste a claim to any level (excluding the Claims Needing Allocation view in the tree to which no claims can be added).
- After allocating a "claim needing allocation" to a level, a pop-up box will ask the user if the they are finished allocating the claim.
- If yes, the claim will disappear from the Claims Needing Allocation View.
- If not, the claim will remain in the Claims Needing Allocation view so the user can drag & drop again.
- The following checks are in place: levels cannot be moved under deals or claims; deals cannot be moved under claims; and claims cannot be moved under other claims.
- Visual Basic does not allow the user to select more than one leaf on the tree at a time. Therefore, allocation of multiple claims cannot be made simultaneously through drag & drop within the tree. Multiple claim or level operations will be possible by dragging & dropping from the Query Results tab to the tree.
- To keep consistent with the Explorer application, the user will be able to cut & paste instead of dragging & dropping if they want.
- The Large Account Processing database tables track the structure of the tree and all loss allocations independent of the claims themselves.
- Tool Bar will have the following order: up/down; applications; searches; payment & billing; and reports so that the order is consistent with Claim Data Capture.
- Events may not be relevant as they may be wrapped up as part of a deal or a new deal or sub-deal can be created which will hold the claims associated with an event.
- The user will need to drive to CDC to view detailed claim information.
- Task Assistant, File Notes, Forms & Correspondence will remain on the tool so long as they can be launched from this Internet application.
- If the insurer's Account Manager had this application on his desktop to view his accounts, an Account Search button would be necessary to find accounts.
- NOTE: Processing should be enabled at the sub claim level, not at the claim level. This will allow the risk manager to be exact in allocating claims and will allow deals to be tracked at the sub-claim level (e.g., a deal to cover hurricane damage which is identified at the sub-claim level).

## Large Account Processing - Account Management, Allocation Rules Tab




**GmoAccount Attributes:**

- attribute
- operand
- attributeValues
- allocationCollection
- levelCollection

**Functional Overview:**

- This tab allows a risk manager to create and maintain default allocations. Based on criteria entered by a risk manager, an incoming claim will automatically be allocated to the correct view(s).
- Existing allocation rules are displayed in a list view on the tab.
- Building a default allocation rule entails stringing together several criteria and identifying the leaf to which the claims will be allocated if those criteria are met. Boolean operators are used between each criteria.

**Design Specifications:**

- Allocation rules that are currently in the system are displayed at the top of the tab.

- New allocation rules can be created by clicking the New Rule button and creating the rule using the drop down boxes below. Each selection made in a drop down box filters the choices available on the next drop down box for that condition. Conditions can be joined by using either and/or between them.
- The Edit Rule button populates the condition boxes for any rule selected in the "Allocate Claim To" list box. These boxes will be enabled for editing purposes.
- The Delete Rule button deletes any rule selected in the "Allocate Claims To" list box.
- A querying mechanism should also be included that would allow a RM to search for existing rules to ensure they don't add a rule that already exists.
- The number of criteria in a rule should not be limited.
- Listing of the rules probably wouldn't remain in a list view-type control. A list of criteria vertically with the destination allocation at the top might work. A simple query mechanism could populate this information. For example, the user could pick an allocation level from a drop-down and that would show all the allocation rules for that level so the user could scroll through them.
- Rules would be relatively simple. These rules are not an attempt to allocate claims via profiling. Profiling would require a different interface, more complex processes, and more sophisticated technology.

## Large Account Processing - Account Management, Claim Details Tab




**GmoAccount Attributes:**

- allocationCollection

**GmoClaim Attributes:**

- reserveAmount
- incurredAmount
- totalPaid
- subrogationIndicator
- litigationIndicator
- CATIndicator

**GmoPolicy Attributes:**

- primaryInsuredName

**GmoLoss Attributes:**

- lossDate
- lossAmount

**Functional Overview:**

- This tab provides a view of all allocations for any claim selected in the Loss Allocation tree. This will enable the Risk Manager to view allocations on a claim by claim basis.
- Additionally, the Risk Manager can view basic information about each claim. Basic claim information such as loss date, loss report date, and loss description can be displayed below the loss allocation list view. For more detailed claim information, the risk manager could drive to Claim Data Capture.

**Design Specifications:**

- When a claim is selected in the tree, the Claim Details tab is automatically displayed so the user can see all of the claim's allocations.
- Included in the list view is the claim number, view name, the leaf level name, and the value to which it is assigned in that level. All of this information is displayed from the loss allocation tables.
- The View Claim Details button displays basic claim information: insured name, loss date, loss amount, total incurred, total paid, total reserved, subrogation potential, pending litigation, and CAT loss indicator. Due to the potential cost of the query to display this information, the query is not run unless specifically requested by the user by clicking this button. This allows the user to quickly identify a claim's allocations without waiting for the claim details to be queried.
- The View Claim in CDC button would be available if the insurer maintained their CDC on the Internet and wanted to provide the large account risk managers access to more detailed claim information.

**Large Account Processing - Account Management, Claim Query Tab**




**GmoClaim Attributes:**

- claimCollection
- subrogationIndicator
- litigationIndicator
- CATStatusIndicator
- lossAmountGreater
- lossAmountLess
- dateTypeIndicator
- afterDate
- beforeDate
- reserveGreater
- reserveLess
- field
- operand
- fieldValues
- allocationValues
- dealValues

**GmoParticipant Attributes:**

- participantCollection

**Functional Overview:**

- This tab presents an intuitive, yet powerful way for a RM to quickly retrieve claims matching one or more criteria.
- Claims matching the query criteria can be viewed in two manners; the claims can be viewed in the list view on the Query Results tab either with or without the Loss Allocation tree filtered to display only those claims. Filtering the tree view presents a graphical positioning of matching claims in the tree, while the list view contains more detailed information on the claims.
- This allows the Risk Manager to easily re-allocate a group of claims. By using this tab, the Risk Manager can query a group of claims which will appear in the Query Results tab, highlight them, then drag & drop them to a leaf of the tree (e.g., if the Technology Park office closed, the Risk Manager could query specific claims to drag into the Chicago office, then query claims using different criteria to drag into the Denver office).
- The user may also view reports based on their query.

**Design Specifications:**

- The Participant Search button will allow the risk manager to identify participants from which queries can be run against. The user will be allowed to select multiple participants.
- The Claim button will allow the user to input claim numbers from which queries can be run against. The user will be allowed to select multiple claims. These claims can be searched for using the Claim Search window.
- The Claim Status frame allows the user to select from three choices each for Subrogation Status, Litigation Status and CAT Status. For each, the user can specify to search for those that are true, those that are false or those that should be ignored. Additionally, the user can specify a claim status of either Open or Closed.
- The Loss Amount frame allows the user to specify a range within which the loss amount of the queried claims must fall.
- The Date frame will search for claims with Loss, Opened or Closed dates with a range.
- The Reserved Amount frame allows the user to specify a range within which the reserved amount of the queried claims must fall.
- The Financial Allocations field allows the user to specify a leaf in the Loss Allocation within which the claims are queried. The deal box allows the user to quickly identify a deal to search against.
- The Claim Table Fields frame allows the user to choose from a static list of fields in the database against which the query will be run and the value that the claims should have in that field.
- The Filter Tree From Query button drives the user to the Query Results tab where the results are displayed in a list view. Additionally, the Loss Allocation tree is filtered so that only claims in the result set are displayed in the tree. A panel on the status bar bears the caption "Allocation Tree Filtered."
- The View Report button will drive the user to a report that can be viewed on-line and printed. The report will use the criteria set on this tab to filter the data.
- The Find Now button drives the user to the Query Results tab where claims can be dragged & dropped into a leaf on the tree.
- New Search button clears out all the search criteria.

## Large Account Processing - Account Management, Query Results Tab




**GmoAccount Attributes:**

- *accountCollection*

**GmoClaim Attributes:**

- claimCollection

**Functional Overview:**

- This tab will enable the user to view the results of a query or the claims, deals and levels associated with a level in the Loss Allocation tree. Additionally, all claims listed in this view can be dragged & dropped or copy & pasted to a leaf on the tree. They will be added to a view if they are not already allocated to the view. If they are, then they will be moved within the view.
- Levels can also be dragged & dropped to the tree. If they are dropped within the same view, they will be moved, if not, notification is raised.
- This tab allows a risk manager to select multiple claims or levels at once and move them, similar to Windows Explorer functionality.

**Design Specifications:**

- Queries can be run from the Claims Query tab that will drive the user to the list view in this tab. The user can then sort using the column headings and can view the data in formats identical to Microsoft's Explorer (via the four view representation buttons).
- Similar to Window's Explorer, the user can drag & drop from the list view on the right into the tree on the left.
- The Filter Tree from Query button works identically as on the Claim Query tab, filtering the Loss Allocation tree to display only the claims that are the result of the query.
- The View Report button drives the user to a list of pre-formatted reports for viewing the results and printing if necessary.
- The Map Losses button drives the user to a mapping application which will map the all losses for the insured. The mapping application should also allow the user to filter the losses that are mapped.
- The Query Level button will clear the list view and populate it with a list of all the levels, deals and claims allocated to the level last selected in the Loss Allocation tree.
- The New Search button does not clear the list view on the Query Results tab, but it drives the user to the Claim Query tab so the user can execute an new search.

## Large Account Processing - Account Management, Deals Tab




**GmoAccount Attributes:**
- dealName
- dealDescription
- activeDates

**GmoAgreement Attributes:**
- trackingNumber

**GmoClaim Attributes:**
- reserveAmount
- incurredAmount
- totalPaid

**Functional Overview:**
- From this tab, the user (either a Risk Manager or Account Manager) can view non-loss details regarding a deal.
- This tab will also provide the user with the capability to view loss summary of the deal or a list of claims allocated to the deal.

- New deals will also be triggered from this tab. A New Deal button will drive the user to a different window where the necessary information can be entered.

**Design Specifications:**

- When the user highlights a deal on the tree, specific non-loss details regarding the deal will be displayed in text boxes on the top half of the tab.
- To provide the risk manager with the updated status of the deal, threshold information will be displayed. The three key thresholds are Total Incurred (total amount of losses to date under this deal that *must* be paid), Total Paid (total amount of losses to date under this deal that *have been* paid), and Total Reserved (total amount of losses to date under this deal that *may have to be* paid).
- The Edit button allows the user to edit the Deal details. It also enables the Update and Cancel buttons.
- The Update button must be clicked to save changes.
- The Cancel button cancels changes.

## Large Account Processing - Account Management, Level Details Tab




**GmoAccount Attributes:**
- levelName
- levelDescription
- effectiveDates
- levelView

**GmoAgreement Attributes:**
- trackingNumber

**GmoClaim Attributes:**
- reserveAmount
- incurredAmount
- totalPaid

**GmoParticipant Attributes:**
- participantCollection

**Functional Overview:**

- This tab provides the Risk Manager with basic information regarding a level in the tree they have selected. The Risk Manager can use this information to track a variety of level specific information.
- The Risk Manager will also want to view summary data regarding the level including the total number of claims, total dollars reserved, and number of claims in litigation.
- This tab will also provide the user with the capability to view loss summary of the level by clicking the View Summary Details button.

**Design Specifications:**

- To add, edit or delete a level, see the Account Management Overview above.
- This tab provides the name of the level, a description of the level, an accounting code, the level type (listed in the Level Name field), the effective dates of the level and the view to which the level belongs.
- The user can identify interested parties for a level which would include Level Participants. Clicking on the icon will drive the user to the participant search from which an interested party may be added.
- The Risk Manager will also want to view summary data regarding the level including the total number of claims, total dollars reserved, and number of claims in litigation for the level. Summary information will be queried by clicking on the View Summary Details button. This data is not queried until the button is clicked for performance purposes so that it does not take a long time for the tab to be viewed when it is selected.

**Window Ideas:**

- RM needs to commit the data to have a new version of the tree recorded. For example, if the RM adds a few new levels to his/her organizational structure, he or she needs to officially say "I'm done updating the tree, now create this as a new version"
- Use of LAP might depend on the size of the account. If the account is small, but the organization changes frequently, might want to utilize LAP anyhow. This will prevent having the CH update loss codes and place the burden on the RM - cost savings in the long run.
- Need to investigate ways to improve the data quality of the loss coding for the accounts. Seems to be poor no matter how big or small the account is.
- The LAP design contains a spot where a location code accompanies the level of the tree. The St. Paul would use this field as an entry field for the RM. The RM would enter his corresponding accounting code for the level in the hierarchy. This will enable the RM to consolidate the data from other Insurance companies with that of the St. Paul
- RM alerts - some of the large account handling instructions could be handled by the risk mgr under what conditions he/she would like to be notified. More active risk managers would be interested in using this.
- Need to evaluate data quality concerns with account specific data capture. How can we ensure the right data is being collected at the appropriate time.
- Claim handler might want to be aware of the account specific data capture - this will enable the claim handler to ask the questions needed to get the data in the same phone call other questions are asked.
- UW needs to be involved in identifying and billing for the account specific data capture. CSCs have full input into what is integrated into the large account deal.
- Might want to use account specific data capture in a historical sense. For example, be able to look back over the last 30 days and identify claims having specific characteristics. This would initiate a query on all the account's claims and place a task on the task asst notifying the claim handler he or she must find out more information within the claim folder.
- Small accounts might want location codes as opposed to tree view. Need to determine criteria for which accounts would utilize LAP design
- Perhaps the RM could enter a series of english descriptions/questions for the claim handler to assist them in allocating losses to the right branch in the RM's organization.
- LAP query concept is transferable to other areas like Underwriting in order to view a specific group of claims.

## Additional Insurance




**GmoOtherInsurance Attributes:**

- otherOrganizationList
- addInOfficeName
- addInContactName
- billingOfficeName
- billingContactName
- statusRequiredIndicator
- statusFrequency
- statusOfficeName
- statusContactName
- thresholdAmount
- percentageReinsurance
- addInPolicyNumber
- addInClaimNumber
- addInLimit
- recoveryAmountToDate
- reinsuranceType
- adInnLead
- termsCondText

**Functional Overview:**

- Additional Insurance allows an insurance company to leverage its risk exposure. Its like an insurance policy on an insurance policy. When an insurance company has a great exposure to a certain peril it may seek to buy reinsurance with another company. For example, if an insurance company insures a large percentage of houses along a volatile fault line, they may seek reinsurance for that group of homeowners or commercial property policies.
- The company or office providing additional might not be the same business unit billing for the additional insurance or requesting its status. Therefore, all of this information must be captured.
- Assuming the additional insurance arrangement has already been captured in the system by an underwriter, the additional insurance window would be read-only to the claim handler. If the deal was being discovered by the claim handler, because the policy side was unable to capture the information, then all fields should be presented in update mode.

**Design Specifications:**

- Additional Insurance is called from the sub-claim details tab and from some of the reserve tabs.
- The list view of insurers at the top displays all of the insurers involved in the additional insurance arrangement. Both a primary role and secondary role are captured for the insurers to better describe the arrangement. Highlighting one of the insurers brings the corresponding detail about that insurer's arrangement into the window.
- The new button provides the user with the ability to add a new insurer to the arrangement. The edit button gives the user the ability to edit an insurer on the list. The delete button removes an insurer on the list. This functionality in terms of pop-ups has not been designed yet. It is assumed these actions are the responsibility of someone on the policy side.
- The Participant icon allows you to see further detail about the additional insurer, the billed party for the additional insurance, and the reporting status party. These may be different offices under the organization, or different contacts with in the same organization. Regardless, they are all separate instances of participant. The further detail is contained on the participant name and address book windows. The icon shown here is a participant search icon, it should be replaced with simply a participant (no magnifying glass).
- Office contains the name of the office which is concerned with the additional insurance, billing and reporting status.
- Required indicates if status reporting is required by the additional insurer. If so, frequency contains values like monthly, bi-monthly, quarterly, semi-annually, anually, etc. to explain how often the status must be reported.
- Policy number contains the number of the additional insurance policy this insurer has purchased from the additional insurer.
- Claim number is the number of the insurer's claim against the additional insurer.
- Recovery to date is the amount the additional insurer has paid to the insurance company (the additional insurer's client) towards the claim.
- Lead contains the name of the insurance company playing the lead in an agreement involving multiple additional insurers.
- Limit is the limit of the additional insurance policy.
- Threshold is amount the claim must reach in dollars paid before the additional insurance is applicable.
- Percentage is the percentage of the amount above the threshold a co-insurer is responsible for. For example, if two co-insurers have an arrangement to pay 50/50 on claims for a policy for XYZ insurance company, once XYZ insurance company has a relevant claim reach the threshold, the co-insurers are each responsible for half the amount above the threshold. Their percentages are 50% a piece. This applicable when co-insurance is involved.
- Re-insurance indicates the type of re-insurance involved. This is applicable when the insurer highlighted at the top of the window is a re-insurer.
- The Save button should be replaced with an OK button.
- Terms and conditions takes the user to a window to capture a free form text description of the terms and conditions (see below). Both Cancel and OK buttons should appear on this window.

## Terms and Conditions



**Design Ideas:**

- The additional insurance window should be left in an updateable format. It could have other purposes outside of showing reinsurance and co-insurance deals. For example, this window could provide the claim handler with the ability to show other insurance companies responsible for coverage on a WC claim where the claimant has had past claims. It could help the claim handler sort out these responsibilities. It would also help with second injury fund - for making sure you can articulate the what portion of the benefits should be paid back to the organization. These occur on a per claim basis, a form with a schedule of payments is sent to the state on a per claim basis. sometimes an adjuster does this, sometimes this process is assigned.
- For a catatrophe, it would be nice to see when reinsurance kicks in. Perhaps an indicator and link to the event windows.
-

## Claim - Covered Auto




**GmoAutoClaim Attributes:**
- injuryIndicator
- injuryTotal
- pedestrianIndicator
- pedestrianTotal
- vehiclesInvolvedTotal
- driverName
- drivingPermissionIndicator
- driverInsuredRelationship
- tripPurposeDescription
- autoCitedIndicator

**GmoPolicy Attributes:**
- excludedDriverIndicator
- noFaultCoverageIndicator
- primaryVehicle

**GmoVehicle Attributes:**
- ownerName
- vehicleIdentificationNumber
- license
- location

- make
- model
- year

**Functional Overview:**

- The Auto tab on claim specifically displays information for the vehicle listed on the insured's policy. At times the vehicle on the policy is not damaged, or is not the primary vehicle in the claim. Regardless, data on the insured vehicle needs to be captured.
- The top half of the window captures and displays information indicating the involvement of other participants and vehicles in the claim. This information assists the claim handler in determining the severity of the claim and corresponding reserves that must be set. It also aids in determining coverage.

**Design Specifications:**

- Portions of the vehicle information could be captured by a First Notice application. However, the user must always be able to update the data.
- Injury/Injuries indicates that injuries exist. When the indicator is checked a number should appear to the right of the label to show the number of injuries.
- Pedestrians Involved indicates that pedestrians were involved in the auto accident. When the indicator is set to true, the corresponding number of pedestrians must be populated.
- Vehicles Involved captures the number of vehicles involved in the accident.
- Driver is the person driving the vehicle. This person must exist as a participant and either needs to be attached to the claim or taken from the existing participant list for the claim and placed in this field. The Participant Search icon to the right of this field provides the user with the ability to add and attach participants.
- Relationship to Insured describes the relationship of the driver to the primary insured. Its populated with values like spouse, cousin and friend.
- Purpose Of Trip captures the purpose of the trip at the time of the accident. Its populated with values like business and entertainment.
- Driving with Permission and Auto Cited indicate if either of these items were true at the time of the accident.
- Excluded Drivers indicates that the policy covering the auto specifically recognizes drivers as being excluded from coverage on certain vehicles. When this is true the Excluded Driver button takes the user to the Excluded Drivers window.
- No Fault Coverage indicates the policy covering the auto is a no-fault policy. This assists the claim handler in determining coverage.
- Primary Vehicle indicates the primary vehicle on the policy. The Owner, VIN, License Number, Location, Make, Model and Year are all taken from the vehicle information on the policy. This data can be brought over from a policy administration system or can be populated by the claim handler as the claim is being processed.
- The Vehicles button takes the user to a window to change the primary vehicle on the Vehicle tab.

## Excluded Drivers




**GmoPolicy Attributes:**

- excludedDriversCollection

**Functional Overview:**

- The Excluded Drivers window contains the names of people excluded from driving and the vehicles they are excluded from driving as indicated on the policy. If a policy database exists to populate the data, it will be provided automatically to the claim handler. This assists the claim handler in determining coverage.

**Design Specifications:**

- The Excluded Drivers window is a read only list simply provided for further information. The collection consists of the participant's concatenated name, and the concatenation of the year, make and model of the vehicle.

## Covered Vehicles




**GmoPolicy Attributes:**
- policyNumber
- coveredVehiclesCollection

**Functional Overview:**
- The Covered Vehicles window contains the vehicles included on the policy. If an underwriting system exists to populate the data, it will be provided automatically to the claim handler. This assists the claim handler in determining coverage.

**Design Specifications:**
- The Covered Vehicles window is a read only list simply provided for further information. The collection consists of the year, make and model of each vehicle on the applicable policy.

## Subclaim - Auto Property Damage/ Collision/Comprehensive




Claim Data Capture [Collision Subclaim# AUTOPRSNL; Claim# 111111AUTO, Participant# AUTO100]
111111AUTO
Black, Ralph
Collision
Simpson, Bill
BI
APD
Ralph Black
Honda
EV4321234678
Civic
ZIPPY
1995
Joe's Body Shop
John Adams
Witness
$500.00




**GmoVehicle Attributes:**
- ownerName
- make
- model
- vehicleIdentificationNumber
- license
- location
- year
- vehicleDamagedIndicator
- recoveredIndicator
- lossType

**GmoAutoPolicy Attributes:**
- collDeductibleAmount
- collDeductibleIndicator
- compDeductibleIndicator
- compDeductibleAmount

**GmoSubClaim Attribute:**
- coverageConfirmedIndicator

**GmoClaim Attribute:**
- eventIndicator

**GmoEvent Attributes:**

- eventName

**Functional Overview:**

- The Vehicle Property Damage tab appears at the subclaim level only when a claim is an auto subclaim. Comprehensive, Collision and Auto Property Damage appear as three different versions of the Auto Subclaim tab, based on which applies. The Auto Subclaim tabs contains additional subclaim information specifically captured because the subclaim pertains to a vehicle.

**Design Specifications:**

- Tab title should be Comprehensive, Collision, or Auto Property Damage depending on the type of subclaim.
- Vehicle information is populated with data about a vehicle involved in the loss. If the primary vehicle on the policy is also one with collision or comprehensive damage, it is represented here and on the claim level.
- Partial vehicle information, especially for claimant vehicles, might be captured at first notice and will already appear in the fields on this window.
- Vehicle Damaged indicates the vehicle actually suffered damages in addition to being involved in the loss. The button to the right of the indicator takes the user to a window which captures information about the damaged vehicle.
- On the Collision tab, information regarding the collision coverage is also represented. Coverage Confirmed indicates someone has actually investigated the policy coverages to ensure the collision damage is covered. Deductible indicates a deductible applies and displays the Deductible Amount.
- On the Comprehensive tab, Type Of Loss identifies how the vehicle suffered the comprehensive damages. Example data includes: theft, hail, and fire. Event indicates the comprehensive damage came about as a result of an event or catastrophe. The name of the event appears to the right of the indicator. Vehicle Recovered indicates the vehicle is held at a salvage yard or auto body shop. Deductible indicates a deductible applies to the comprehensive loss and displays the Deductible Amount.

## Damaged Vehicle




**GmoVehicle Attributes:**
- possibleTotalLossInd
- confirmedTotalLossInd
- damageDescIndicator1
- damageDescIndicator2
- damageDescIndicator3
- damageDescIndicator4
- damageDescIndicator5
- damageDescIndicator6
- damageDescIndicator7
- damageDescIndicator8
- damageDescIndicator9
- damageDescIndicator10
- damageDescIndicator11

**GmoDamagedProperty:**
- repairEstimateIndicator

- repairEstimateAmount
- repairFacilityName
- preferredVendorIndicator
- insuranceCompanyName
- insuranceIndicator
- mortagageeIndicator
- mortgageeName

**Functional Overview:**

- The Damaged Vehicle window contains information regarding any vehicle damaged in a loss.
- A preferred vendor is usually offered to the insured and the claimants when discussing the repairs to property. Preferred vendors provide volume discounts, guarantees, and preferred service level to the insurance company and its claimants.
- The Damage Descriptors assist the claim handler or the call center representative determine if the vehicle is a total loss. Most often this data will be captured at the time of First Notice as to prevent the vehicle from being towed to an auto body shop unnecessarily.
- Mortgagees are captured as they are often on the lien of the property along with the owner. Because the mortgagee has a lien on property, it is often a payee along with the owner on settlement payments.

**Design Specifications:**

- The Damaged Vehicle window is called from the Auto Subclaim windows. The claim handler will need the ability to update this window on an ongoing basis, but none of the fields are required for the window to close.
- Possible Total Loss and Confirmed Total Loss can both be true at the same time. This shows a progression of identifying the potential for a loss, and then actually confirming the loss.
- Insurance and Mortgagee capture two participants in the claim which have a financial interest in the severity of the claim. Both of these participants can be added and attached using the Global Name and Address Book accessible from the Participant Search icons. To understand more about adding people to a claim see the Global Search design.
- Repair Estimate indicates if an estimate exists. If an estimate does exists, the dollar amount of the estimate appears next to the indicator. Next to the dollar amount is a Vehicle Repairs Estimate button that leads to the repair estimate.
- Willing to Use Preferred Vendor indicates the insured's or claimant's desire to use a vendor with which the insurance company has a preferred relationship. The View Vendor button provides the user with the ability to locate an applicable vendor in the insured's geographical area. If no preferred vendor is located, but the insured or claimant expressed the willingness to use one, the box will remain checked.
- When a claimant or insured refuses a preferred vendor the box remains unchecked. Furthermore, if the vendor he or she chooses happens to be a preferred vendor , the box still remains unchecked. The check box indicates willingness, not actual use.
- Repair Facility Selected indicates a vendor has been chose regardless of whether that vendor is preferred or not.
- The Damage Descriptor are the fields used to assist the claim handler in determining whether the vehicle is a total loss. The descriptors can be updated to suit the needs of the insurance carrier; therefore, the descriptor attribute names are generic.

**Design Ideas:**

- Can a supplement be deleted? Rules exist in detailed design.
- Capture driver information at supplement level. Want to know this about a claimant also.
- Query for previous property damage to avoid paying for the same damage twice. Perhaps provide a diagram of the car showing where the damage occurred.
- Do we need a driver's license number?
- The entire VIN is not necessary so this field should be able to handle any size field from 4 char to 15+ (anticipate VINs will increase over time)
-

## Injury




**GmoInjury Attributes:**
- type
- kind
- injurySummary
- partOfBody
- severity
- reportDate
- reportedByName
- overallPrognosis
- generalProgress
- icd9Code
- reportBasisIndicator

**GmoDisability Attributes:**
- disabledUntilDate

**GmoParty Attributes:**
- participantName

**GmoInjuryTreatment Attributes:**

- nextTreatmentDate

**GmoMedicalProvider Attributes:**
- nextEvaluationDate

**Functional Overview**
- *This design is the first generation of injury data capture. A more advanced design exists within the managed care designs.*
- The Injury Window captures a participant's injury information in a very structured format. Capturing injury information in fields rather than in file notes helps track injury severity and progress. The interface also provides a quick glance at the current status of the injury and a method of capturing different versions of the injury.
- When injury codes are available electronically rather than on paper copies of bills, the injury data could be populated automatically.

**Design Specifications:**
- This window is called from the Participant window and the Sub-Claim window.
- Injury Summary For is populated with the name of the participant the Injury window has been called for. This field is always populated by the system and should be read-only.
- As Reported By contains the name of the participant reporting the injury. Reports of injury can come from any participant, including medical doctors, nurses and the injured party. People reporting injuries are participants. If they do not already exist on the claim, he or she must be attached using the Global Name and Address Book. For more information on searching for and adding participants see the Global Name and Address Book window.
- The Detailed Historical Injury Information and the Injury At A Glance buttons take the user to windows providing the complete injury history in different formats. The Historical button takes the user to a UI providing a list of the different versions of the injury. The user can select one of the versions to view in the Injury UI. The Glance button takes the user to a document containing a report of the injury as it has progressed.
- The Injury Type, Kind, Part and Severity values build upon one another. As the user chooses an Injury, the Kind list populates with values that correlate with the type. The same occurs for Part and Severity. Once values for all four are chosen the Add button places a sentence about the injury on the injury list below these fields. The sentence is constructed with these four descriptors.
- ICD-9 codes provide an alternative method for adding injuries. ICD-9 codes can be provided electronically or can be manually taken from billing or treatment documentation.
- Injury Summary contains a collection of injuries as constructed with the injury fields or the ICD-9 codes.
- Medical Provider History captures the date the injured party last received a medical evaluation and provides a button taking the user to a window to track evaluations.
- Prescribed Medicines and Treatments captures the date the injured party last received treatment and provides a button taking the user to a window to track medicines and treatments.
- Disability and Rehabilitation Status captures the date the injured party will be disabled until and provides a button taking the user to a window containing disability information.
- The Overall Prognosis and General Progress slider bars are a visual representation of the claim handler's overall impression of the injury and the insured's or claimant's ability to heal.

## Injury History Search




**GmoInjury Attributes:**

- historicReportCollection

**Functional Overview**

- The Injury History Search provides the user with a listing of all of the injury reports received for the injured party. This window allows the user to open each injury and see it as it was reported.

**Design Specifications:**

- This window is called from the Injury window.
- The historical list is a collection of injuries sorted by the date they were reported with the most recent on top. Double clicking an injury opens the Injury window with the historical version of the injury populating the fields.

## Medical Provider History




**GmoMedicalProvider Attributes:**
- providerName
- providerRole
- visitDate
- hospitalName
- servicesEngagedCollection

***GmoInjury***
- medicalProviderCollection

**Functional Overview**
- The Medical History Provider window captures all of the physicians, physical therapists, nurses, etc. that have provided care for an injured party. The listing provides a chronological view of the injured party's treatment history.

**Design Specifications:**
- This window is called from the Injury window.
- Services Engaged By captures the reason the injured party is attending a specific physician. In other words, did the employee prefer the doctor, did his or her employer promote this doctor or did the injured go to this doctor because another physician provided him or her with a referral to do so.
- The Provider Name must be populated with the name of someone who is identified as a participant. If the person does not already exist on the claim, he or she must be attached using the Global Name and

Address Book. For more information on searching for and adding participants see the Global Name and Address Book window

- The Provider Role captures what type of caregiver the provider is. Example values include: physician, physical therapist and nurse.
- The Visit Date is the day the injured party met with the medical provider.
- The Hospital or Clinic Name is the hospital in which the visit took place.
- The listing of providers builds as new visits and physician are added.

## Prescribed Medicines and Treatments




**GmoInjuryMedication Attributes:**
- prescribedMedicine
- additionalMedicineNotes

**GmoInjuryTreatment Attributes:**
- prescribedTreatment
- additionalTreatmentNotes
- cpt4Code

**GmoInjury Attributes:**
- medicineCollection
- treatmentCollection

**Functional Overview**

- The Prescribed Medicines and Treatments window provides a method to record medications and treatments for an injured party. The structured format enables comparisons of injuries and treatments, evaluation of treatment appropriateness, and quick observations of treatment data.

**Design Specifications:**

- This window is called from the Injury window.
- Prescribed Medicines provides a large choice of medications for the claim handler to choose from. Additional Medicine Notes allows the user to enter free form text regarding a prescribed medicine. When the user chooses a medicine, composes a note and presses the Add button, the text box below fills with the combination of the two. Each time a medicine is added a new line is created in the text box showing a historical record of the medicines prescribed.
- Prescribed Treatment provides a large choice of treatments for the claim handler to choose from. Additional Treatment Notes allows the user to enter free form text regarding a treatment. When the user chooses a treatment, composes a note and presses the Add button, the text box below fills with the combination of the two. Each time a treatment is added a new line is created in the text box showing a historical record of the treatments prescribed.

## Disabled




**GmoDisability Attributes:**

- tempTotalDisableIndicator
- tempPartDisableIndicator
- permPartDisableIndicator
- permTotalDisableIndicator
- tempTotalDisablePercentage
- tempPartDisablePercentage
- permPartDisablePercentage
- permTotalDisablePercentage
- partsOfBody
- amputationIndicator
- visionLossIndicator
- hearingLossIndicator
- releasedModifiedDate
- returnedModifiedDate
- releasedFullDate
- returnedFullDate
- restrictionDescription

**Functional Overview**

- The Disability window conveys the status of an injured party's ability to perform work related tasks and potential dates to return the injured party to work. Disability may need to be captured for more than one injury, so check boxes are used to describe permanency and text boxes are used to described body parts and restrictions.
- This window also provides a structured, quick glance at disability data that may be hidden in file notes otherwise.

**Design Specifications:**

- Temporary Total, Temporary Partial, Permanent Partial and Permanent Total indicators communicate the status of one or more injuries and the potential for the injured party to recover from those injuries. Along with the Disability indicators are Percentage fields to capture the severity of the permanency.
- The Permanent Disability box focuses on injuries which have no potential of complete or even partial recovery. The user can both textually describe the body parts and indicate some of the most frequent permanent conditions using check boxes.
- Date Released to Modified Duty and Date Returned to Modified Duty capture the date the medical provider indicates the injured party can return to a modified form of work and the date the injured party actually returns to modified work. Restrictions captures what actions the injured party cannot perform while on modified duty.
- Date Released to Full Duty and Date Returned to Full Duty capture the date the medical provider indicates the injured party can return to their previous level of work and the date the injured party actually returns to work.

## Rehabilitation




**GmoRehabilitation Attributes:**

- vendorName
- establishedDate
- closedDate
- typeIndicator
- reserveAmount
- paidAmount
- savedAmount
- costAmount

**Functional Overview**

- The Rehabilitation window tracks a rehabilitation program for an injured party, specifically the dates and costs associated with the rehabiliation.

**Design Specifications:**

- Vendor captures the name of the participant providing the treatment. This person must exist as a person to be included in the Rehabilitation window. The Global Search button takes the user to the series of interfaces that helps find and add a participant. See the Global Name and Address Book design for more detail on adding participants.
- Date Established and Date Closed capture the beginning and end of the treatment program.
- Rehabilitation Type indicates the type of rehabilitation taking place.
- Reserve Amount, Paid to Date, Savings to Date and Cost to Date capture the relative costs and benefits of pursuing the rehabilitation program.

**Design Ideas:**

- ICD-9s and CPT-4s can be easily purchased and utilized in the capturing of injuries. The dominant ICD-9 code appears at the top because the most severe injury is going to drive the overall treatment program and the person's prognosis.
- Being able to track treatment providers, so that when a potentially risky provider appears on the claim, the claim handler is aware this provider might be a challenge.
- Add the date to the day a medicine or treatment was added for the injury.
- Add the claim number and the claimant to the title bar of Injury pop-ups so that the user knows who they are dealing with.
- Temporary Total and Permanent Total disability percents always = 100%.
- Work restrictions can be acquired via external databases like ICD-9s and CPT-4s can.
- Included last day worked.
- Look back at each new period of disability - provide an injury history - not only for this claim, but the ability to see injury history from past claims as well.
- Include disability provider on window.
- Need a quick method for looking up disability information. Right now disability information is tied to a version of the injury. But a single disability status may hold true for several reportings of the injury.
- The employment tab holds things like average weekly wage, number of hours, position, etc. Does some of this information need to appear within the injury window as well?
- Need rehabilitation key contact, phone number and address.
- Like the feature in Millennium's Injury window which captures multiple injuries, with one designated as the primary injury.
- Purchase BodyWorks or some other type of software which allows the claim handler to indicate which body part was injured.
- What does the St. Paul have in terms of permanent and temporary treatment parameters that could be integrate with the CPT-4 logic and injury alerts? Is this something TA should know about.
- Not only do we need to see the history of the current and past disabilities, but the wages paid out for these as well.
- ICD-9s are used for cause of loss as well as for injury data and rating purposes. For example, why the claimant was admitted into the hospital or Emergency room recieves an injury ICD-9. However, when there is an overlap of damages, meaning the claimant started treatment in a certain condition and changes occurred, there is an ICD-9 for the cause of loss; The change is what can be alleged in damages against SPC.
- How might we capture pre-existing injuries? Is there a need for this?

## Claim - Details




**GmoClaim Attributes:**
- eventIndicator
- status
- primaryClaimHandlerName
- supervisorName
- claimOffice
- primaryProfitCenter
- secondaryProfitCenter
- alternativeRiskIndicator
- litigationIndicator
- addClaimHandlerCollection
- subClaimTotal
- relationshipIndicator

**GmoLoss:**
- lossEnteredDate
- lossEnteredName

**GmoPolicy:**
- policyVerifiedIndicator
- policyVerifiedDate
- additionalInsuranceIndicator

**Functional Overview:**

- A Claim is created when a First Notice Of Loss is captured. The initial data about a claim can be captured using a variety of FNOL interfaces. A claim consists of several levels of information and can be organized by the people involved in the claim and their sub-claims. Therefore, only information regarding the loss, basic data about the claim and summary reserve information is displayed at the claim level. The rest of the data is grouped with its corresponding people or sub-claims.
- To the left of this series of tabs a tree structure assists the user in navigating through the different levels of a claim. The primary tree begins with Claim at the highest level. From this level Participant (person or organization associated with a claim), Sub-Claim and Line Item appear in a hierarchical fashion. The organization of the claim was designed in this manner to support quick navigation through layers of information.
- The first tab at the claim level displays information regarding the assignment of the claim and whether several other characteristics are present for the claim. For example, indicators demonstrate whether additional insurance exists or whether litigation has taken place for any of the sub-claims. This is the first window the claim handler sees when opening the claim.

**Design Specifications:**

- Any data captured about the claim will be already displayed in this window. All of the data fields are editable and none are required. This provides the claim handler with the flexibility to capture data as it is learned.
- Claim Status identifies whether the claim is open, closed, pending or in suspense. Indicating a claim is closed enables the Claim Closed button in the lower right hand corner of the window.
- Handling Office shows what office is handling the adjudication of the claim.
- Supervisor indicates the person monitoring the work of the handling staff on the claim.
- Primary claim handler is the person assigned primary responsibility for the handling of the claim.
- Primary Profit Center is the department, unit or area which will be charged with the expenses of settling the claim.
- Secondary Profit Center is another level of the insurance company which will be financially impacted by the settlement of the claim.
- Additional Claim Handlers are those people who assist in investigating, negotiating and settling the claim. The additional claim handlers will most likely be included in handling the claim due to areas of expertise.
- Entered By captures the person actually entering the claim. This will tell the claim handler where the claim has come from and who to contact with questions regarding the initial data. Date Entered captures the date the loss was entered into the system.
- Policy Verified indicates whether or not someone has verified a policy exists for the claim. Date Verified captures the date the policy was verified.
- Event indicates the loss was part of a larger event. For example, a homeowner's loss could be one of many losses caused by a hurricane. When the icon to the right of the Event indicator is pressed, an Event pop-up appears. See the Event design for this window's design.
- Additional Insurance indicates the policy covering the claim is part of an insurance agreement, like a reinsurance deal. The icon to the right of this indicator takes the user to a window describing the additional insurance. See the Additional Insurance design for more details.
- Alternative Risk Transfer indicates an alternative risk transfer exists for the claim. Currently a window is not provided behind the associated icon.
- Litigation indicates any one of the sub-claims for the claim have gone into litigation. The actual Litigation interface is available at the sub-claim level.
- Claim Relationship indicates the claim is associated with other claims in the system. Pressing the icon next to this indicator initiates the Claims Relationship window.
- Sub-Claims shows the number of sub-claims involved in the claim. This number gives the claim handler a sense for the severity of the claim.

  The Claim Closed button is active once the claim status is changed to closed. This button takes the user to a window capturing when it was closed, whether the claim is restricted, and who is the authorized staff to reopen the claim.