## Line Item – General Characteristics




**GmoLineItem Attributes:**

- itemMake
- itemModel
- serialNumber
- purchaseDate
- purchaseVendor
- purchasePrice
- itemLocationCollection
- itemManufacturer
- itemOwner
- directReplacementIndicator
- replaceItemIndicator
- giftIndicator
- manualIndicator
- otherDocIndicator
- otherDocumentation
- photoIndicator
- receiptIndicator
- filterSearchIndicator

**Functional Overview:**

- Line items provide further detail as to what comprises a sub-claim. For example, in an auto collision sub-claim, line items detail the repairs made to fix the collision damage.
- Line items are most likely to be captured in some electronic format, like an electronic version of a vendor bill from the bill review vendor. If some electronic means of receiving the data does not exist, it might not be worth the cost and time to capture this information manually.
- The item list view that appears at the top of the window provides a short description and payment information about each item on the list.
- The General Characteristics tab is the first in a series of three line item tabs. This first tab provides information about a selected item in the list. It displays data such as the make, model and serial number of the item.
- The information in the General Characteristics window is common across types of items. It should handle electronics, furniture, clothing, etc.

**Design Specifications:**

- Line item information is captured by electronic means when possible. It can be updated at any time.
- A filtered list of unpaid, partially settled or all line items is displayed at the top of the window. Information regarding each line item's sequential list number, quantity, category such as electronics or clothing and a short description is displayed. Financial data such as the item's original cost, replacement cost, actual cash value, the amount paid and remaining and settlement status is also shown.
- Make and model provide the brand name and type of an item. For example, an electronic item's make may be Zenith, Sony or Aiwa with a model number of X2000 or JV23.
- Manufacturer provides the name of the company who produced the item, such as Panasonic USA or Levi Strauss and Co.
- Serial Number captures the unique identifying number of an item.
- Purchase Date, Vendor and Price provides the when, where and for how much an item was originally purchased.
- Item Owner captures the name of the individual who owned the item and Location is the place where the item was located prior to its loss or damage.
- When Replace Item is selected, the claimant's or insured's choice to replace an item is indicated and Use Direct Replacement Services is subsequently enabled. Selecting Use Direct Replacement Services indicates that an item should be replaced by a preferred vendor. If an item is not replaced, payment will be given instead.
- Available supporting documentation provides the means to prove an item's existence and worth. Supporting documentation may include a receipt, owner's manual or photo of the item. If other documentation is available, a free form text field is enabled for entry.
- If the item was a gift, a gift icon is enabled which takes the user to a window capturing information about the gift giver.

## Gift Item Contact




**GmoLineItem Attributes:**
- contactLastName
- contactFirstName
- contactMiddleName
- contactStreetAddress
- contactCity
- contactState
- contactZipCode
- contactPhone
- contactCountry

**Functional Overview:**
- The gift pop-up simply provides the user with contact information. The user can contact a person who gave an item which became stolen or destroyed.

**Design Specifications:**
- Will be populated if user has specified that an item was a gift and is able to name the person who gave the gift.
- Full name, address and phone number of the gift giver are displayed. An individual's name and address information may be pre-filled through a returned match in the Global Name and Address Book.
- When pressed, the phone button takes user to a telephony pop-up from which a contact can be dialed directly.
- OK saves the attached information and returns the user to the line item General Characteristics tab.

Cancel returns the user to the line item General Characteristics tab without saving any information changes.

## Line Item – Specific Characteristics




**GmoLineItem Attributes:**

- furtherItemDescription
- featuresIndicator
- characteristicsIndicator
- screenSizeCollection

**Functional Overview:**

- The Specific Characteristics tab displays specific information about an item due to the type of item it is. For example, the specific characteristics about a television include the existence of a remote control, its size and whether it's a black and white or color television.

**Design Specifications:**

- Line item information is captured by electronic means when possible. It can be updated at any time.
- Features and Characteristic indicators are dynamic based on the type of item selected.
- A detailed description of the item may be entered free-form.
- The item's specific characteristics and features will need to be built into the item's sub-class. For example, the class "electronics" would have a sub-class "stereo" with features like AM/FM radio, CD player, turntable, etc.
- The above mentioned approach would require an extensive line item design. Instead, this tab could simply hold any additional information available. For example, if Best Buy were to send an itemized list of things purchased by the insured and it contained details like whether a remote or antenna exists, those pieces of information would be generically placed here.

**Design Ideas:**

- OCR could be used to electronically read in an insured's hand written inventory.
- Need to be able to track expense line items and loss line items for a supplement.
- Could access the scheduled property on a policy to become line item detail on a claim.
- Provide a summary payment list with a filtering capability by payment category. Allow the claim handler to print the results of a filter an search - or leverage this data onto an F&C form. This will assist a claim handler dealing with both WC comp pymts and liability pymts
- Each line item could carry with it default payment codes
- In "Handling Multiple Claims/Profiles" we discuss a charge card - in managed care where treatments are often times pre-approved a charge card may not be applicable. However SPC is looking to use a "checking account". The insured is literally handed a checkbook and a balance equalling their settlement. The insured/claimant can spend it as he or she sees fit.

## Litigation




**GmoLitigation Attributes:**

- defenseCounselName
- plaintiffCounselName
- venue
- court
- trialDate
- trialResult
- adrType
- totalBudgetAmount
- expenseToDate
- type
- status
- establishedDate
- closedDate
- subClaimCollection

**Functional Overview:**

- The litigation window captures the general information regarding a litigation which might normally be captured in file notes as free form text. This window provides an easy to access view regarding the litigation.
- The basic litigation window is not sufficient to meet the needs of full litigation management. Methods for budgeting and tracking a litigation per its attorneys are needed as well. The line item and workers compensation wages designs demonstrates methods of tracking details and budgeting amounts.

**Design Specifications:**

- This window is accessible from the sub-claim window. Several sub-claims can be tied to a single litigation, and therefore, an intermediate window to identify the litigation and its sub-claim might appear. The intermediate window appears below.
- Type of litigation captures the type of litigation taking place, for example: Third Party Cause of Action.
- Status identifies the status of the litigation process.
- Established Date holds the date the litigation was initiated, while Closed Date is the date the litigation is officially settled.
- Venue is the venue in which the litigation is taking place, while Trial Court is the court in which the litigation will be heard.
- The Defense Counsel is a participant in the litigation and needs to be captured with the participant search if the party has not already been attached to the claim. The same is true for the Plaintiff's Counsel.
- Trial date captures the date the litigation actually goes to trial, and result captures the final result of the litigation.
- ADR Type contains the Alternative Dispute Resolution which applies to the litigation case.
- Total Budget and Expense to Date assist the claim handler in understanding the budgetary state of the litigation.
- Other Sub-Claims captures those sub-claims within the claim that are also included in this litigation.

## Set Up Litigation




**GmoLitigation Attributes:**
- createLinkIndicator
- litigationId

**GmoSubClaim Attributes:**
- subClaimType
- subClaimId

**GmoParticipant Attributes:**
- primaryRole

**GmoParty Attributes:**
- name

**Functional Overview:**
- The Set Up Litigation window gives the user the ability to establish a single litigation for multiple sub-claims.

**Design Specifications:**
- This window is accessible from the sub-claim window. It is called when a sub-claim is being added to current litigation.
- The user selects which sub-claim(s) he or she wants to include in the negotiation by highlighting it (them). Once the sub-claims are chosen, the user presses OK to access the litigation window.
- If more than one litigation is taking place, the claim handler can use the persons and sub-claim types to choose the litigation he or she wishes to view.

**Design Ideas:**

- In many jurisdictions, when litigation reached, original copies of medical reports need.
-

## Name and Address Book






**GmoParty Attributes:**

- personalCommerIndicator
- primaryCategory
- secondaryCategory
- organizationName
- lastName
- firstName
- middleName
- businessStreetAddress
- homeStreetAddress
- businessCity
- homeCity
- businessState
- homeState
- businessZipCode
- homeZipCode
- businessPhoneNumber
- homePhoneNumber
- socialSecurityNumber
- taxIdentificationNumber

- preferredVendorIndicator

**Functional Overview:**

- The Global Name and Address Book allows the user to search for a new or existing person on the system. When a person or organization is found, the window enables the user to link the person or business to a claim. The linking of a person or organization to a claim makes he, she or it a participant. When no matches are found, the person or business is added to the Name and Address Book before the link to the claim takes place.
- The instances in the Global Name and Address Book are kept independent of a claim, to allow the people or businesses to be linked to more than one claim. This way, only one instance of the person exists while several links associate the individual with various claims.
- The linking tracks each time an instance participates in a claim. Because of this, the linking can help track a person's or business' claims history and possible riskiness.
- The search window also eliminates duplicates and prevents entry errors.

**Design Specifications:**

- The search is conducted based upon the information added to the window. Specifying values in a greater number of fields further narrows the search. Searches without any fields filled in are not permitted.
- The Stop button is initially disabled before a search begins and after a search ends. It is enabled during the search. The Find Now button is disabled while the search takes place and until a New Search is indicated.
- The fields prompted for are dependent upon the Personal and Commercial radio buttons. If the Commercial radio button is populated, the fields which appear request information about a business. If the Personal radio button is populated, the fields which appear request information about a person.
- Primary Category contains values regarding the most common role of this participant in a claim. For example, if the participant is typically an attorney, specifying attorney could narrow the search.
- Secondary Category expands upon the Primary Category. For example, if the participant is typically an attorney, they could be mostly a plaintiff's attorney.
- Last Name, First Name and Middle Name appear for personal participants. These capture the name of the person being searched for.
- Home Street Address captures the address of a personal participant. Home City, Home State, Home Zip Code, Home Country and Social Security Number all capture information about a personal participant as well.
- Organization Name appears for commercial participants. Business Street Address, Business City, Business State, Business Zip Code, Business Country and Tax Identification Number all capture information about a commercial participant.
- Preferred Vendor indicates if the business being searched for is a preferred vendor. Preferred vendors typically provide volume discounts, product guarantees and preferred service levels for insureds.
- Filling in at least one of these fields and hitting the Find Now button, initiates the search. While the search is taking place, an animated icon indicates the system is busy.
- The Attach button is enabled when the user finds a match for the person or business being searched for. Highlighting the person or business and hitting Attach creates a link between the person or business and the claim, creating a participant record.
- Add New is enabled when the user does not find a match for the person or business being searched for. Hitting Add New creates a Global Name and Address record with the little information provided in the search and creates a link between the person or business and the claim, creating a participant record as well.

## Participant Role Attach




**GmoParticipant Attributes:**
- primaryRole
- secondaryRole

**Functional Overview:**
- Once a person or business is identified as participant in the claim, the role the participant plays in this specific claim must be identified. Specifying the role indicates whether the participant will be placed in the claim tree with the insureds and the claimants or in the participant listing with the vendors for the claim.

**Design Specifications:**
- At the very least, the Primary Role must be identified. Examples of primary roles: insured, claimant, physician, attorney, auto body shop.
- The Secondary Role further describes the person or business. Examples of secondary roles: driver, passenger, plaintiff's attorney.
- Pressing the OK button takes the user back to the claim. The newly added participant is highlighted on the tree or the list, and the Participant tabs display whatever data has been entered.

**Design Ideas:**

- Would be nice to keep historical records of a person's previous name and address. Would assist in fraud detection.
- Should payee names be kept on stakeholder? Should a payee be officially in the name and address book before being able to receive a payment? Fraud prevention. Processing time and exception handling might increase time to pay these vendors.
- 

## Negotiation




**GmoNegotiation Attributes:**
- strengthsCollection
- assertionsCollection
- caseStrengthPercentage
- demandOfferDate
- demandOfferAmount
- demandOfferMode
- targetRangeFromAmount
- targetRangeToAmount

**GmoSubClaim Attributes:**
- subClaimName
- negAssocIndicator
- subClaimId

**Functional Overview:**

- The negotiation interface provides the user with a template to capture the characteristics and events regarding a negotiation. By tracking strengths and assertions and demands and offers, the user can look at this single window to understand the negotiation situation.
- Because the negotiation window provides a negotiation tracking tool, it largely eliminates the need for file notes. Data on every case is summarized in the same format and is easy to find, making recording and reviewing the case considerably less time consuming and more organized.
- The data captured by the negotiation window could also be used to initiate certain processes. For example, if the negotiation seems to be going poorly from the insurance company's perspective, certain additional tasks or documents might be requested of the claim handler. Because negotiation information is captured in the form of data fields, parts of this logic could be initiated automatically.

**Design Specifications:**

- The plaintiff assertions and strength descriptors have standard values. The standard values can be indicated as relevant and/or the user can add other assertions or strengths.
- The user has the ability to indicate an assertion or strength exists by clicking the relevant item. An "X" appears to the right of the item when the item is left clicked.
- Right clicking an item indicates an assertion or strength has been successfully used in the negotiation process.
- The strength of the case can also be subjectively determined. The strength indicator captures the user's judgment of the strength or weakness of the claim.
- The sub-claims grouped area allows several sub-claims to be included in a single negotiation.
- The settlement target range provides dollar amount parameters within which the claim handler should settle in this particular negotiation. The numbers could be defaulted for the user if access to historical data on like claims is available.
- The demand and offer fields provide the user with the latest demand and offer made on the negotiation. To access the ability to set new demands and offers or to see the demand and offer history, the user can press the demand and offer button.

## Add Assertions and Add Strengths







**GmoNegotiation Attributes:**
- strengthAssertionDescription
- usedInNegotiationIndicator
- addToListIndicator

***Functional Overview:***
- The Add Assertion and Add Strength windows allow the user to add assertions and strengths not available on the standardized list. These assertions and strengths help track the status of the negotiation and give the claim handler an overall sense of the state of the negotiation.

***Design Specifications:***
- These windows are called from the Negotiation window.
- The Description field allows the user to label an assertion or strength with a string of text.
- Used in this negotiation indicates the strength or assertion should be added to the list view of strengths or assertions with an "X" appearing to the right of the description in the related column.

Add to the system's list indicates that this strength or assertion should always be an option in the list anytime the Negotiation window is used.

## Demand and Offer Information




**GmoNegotiation Attributes:**

- demandOfferDate
- demandOfferAmount
- demandOfferMode
- demandOfferType

**Functional Overview:**

- The Demand and Offer Information window allows the user to set new demands and offers, while tracking the history of the demands and offers already set. Viewing the progression of demands and offers gives the user the ability to quickly recognize the direction in which the negotiation is headed.

**Design Specifications:**

- This window is called from the Negotiation Window. The window shows the latest demand and offer, provides the ability to set a demand and offer, and displays the history as well.
- In adding a demand or offer, the user must specify the type. Type is either "Demand" or "Offer."
- The date refers to the date the demand or offer was made.
- The mode is the format in which the demand and offer was submitted. For example a "letter" or a "phone call" might be the vehicle for these submissions.
- The amount is the actual monetary amount of the demand or offer. By pressing the add button, the new demand or offer is added to the list.
- Pressing the file note icon takes the user to the file note application to write a file note about the demand or offer.

## Set Up Negotiation




**GmoNegotiation Attributes:**
- createLinkNegIndicator

**GmoSubClaim Attributes:**
- subClaimName
- subClaimId

**GmoParty Attributes:**
- name

**GmoParticipant Attributes:**
- primaryRole

**Functional Overview:**
- This window enables the user to relate a sub-claim to an existing negotiation. Because more than one negotiation can exist for a claim and several sub-claims can be included in one negotiation, an interface must be used to define and choose these relationships.

**Design Specifications:**
- This window appears when the negotiation button is pressed on the sub-claim and the sub-claim has not yet been linked to a negotiation. The sub-claim can be associated with an existing negotiation, or it can have its own negotiation.
- Once the user chooses between new and existing, the list within existing negotiations populates. As the user moves through the existing negotiations, the applicable sub-claims populate in the sub-claim list view.

Highlighting the desired negotiation and double clicking or pressing okay relates the sub-claim to the negotiation. The Negotiation window populated with the chosen negotiation then appears.

## Negotiation - Revised




**GmoNegotiation Attributes:**

- demandOfferDate
- demandOfferAmount
- demandOfferMode
- targetRangeFromAmount
- targetRangeToAmount

**GmoFileNotes Attributes:**

- fileNoteDate
- authorName
- addresseeNameCollection
- category
- accessIndicator

- fileNoteText
- fileNoteDescription
- participantName

**Functional Overview:**

- This redesign of the negotiation interface provides the user with a single template to capture events regarding a negotiation.
- The data captured by the negotiation window could also be used to initiate certain processes. For example, if the negotiation seems to be going poorly from the insurance company's perspective, certain additional tasks or documents might be requested of the claim handler. Because negotiation information is captured in the form of data fields, parts of this logic could be initiated automatically.
- The Demand and Offer Information section allows the user to set new demands and offers, while tracking the history of the demands and offers already set. Viewing the progression of demands and offers gives the user the ability to quickly recognize the direction in which the negotiation is headed.
- Data on every case is summarized in the same format and is easy to find, making recording and reviewing the case considerably less time consuming and more organized.
- The File Notes section allows claim handlers to enter a brand new file note. File notes are free form text describing events or facts regarding the claim. File notes help document the history of a claim.

***Design Specifications:***

- The settlement target range provides dollar amount parameters within which the claim handler should settle in this particular negotiation. The numbers could be defaulted for the user if access to historical data on like claims is available.
- The demand and offer fields in the settlement frame provide the user with the latest demand and offer made on the negotiation. Users are able to set new demands or offers in the fields of Offer/Demand History. Old demands and offers can be removed by selecting them in the History list box and clicking the remove button. If a current demand/offer is removed, the next most recent demand/offer will take its place.
- In adding a demand or offer, the user must specify the type. Type is either "Demand" or Offer."
- The mode is the format in which the demand or offer was submitted. For example, a "letter" or a "phone call" might be the vehicle for these submissions.
- The amount is the actual monetary amount of the demand or offer. By pressing the add button, the new demand or offer is added to the list.
- The header fields like Date, Author, Category, and Participant, categorize the file note for ease of sorting. Not all fields are mandatory.
- Date defaults to the current date.
- Author defaults to the user of the system. It contains the name of the person writing the file note. The text box should contain all other people in the department.
- The Category should be populated with values like negotiation and litigation.
- Participant should include the participants on the claim with the insured and claimants listed prior to the vendors.
- Public/Private indicates whether anyone outside the claim department can view a file note.
- Send To indicates whether the file note should be e-mailed to someone within the insurance company.
- The text box below the header information allows for unlimited free form text entry. It would actually contain a document application.
- Save as Final saves the file note in final format, which will not allow future edit of the footnote text. A footnote in final format can be re-categorized for the purposes of sorting.
- Save as Draft saves the file note in draft format, allowing for future editing of both the text and the heading.
- Cancel brings the user out of the window. Use a dialog box to confirm the user's preference to leave the window.

Offer File Note and Demand File Note pre-populate the text of the file note, specifying the file note pertains to "Offer made to Ian Summerville on 1/28/97 for 1,000.00, Letter," for example, allowing the user to add to this initial statement.

**Design Ideas:**

- 4-5 basic terms of demands and offers exist. Could capture these as data when we capture a demand or offer. Should provide a text box to capture a comment for each demand and offer.
- Negotiation mixes up strategizing with documenting. Should we provide a pop-up with categorized strengths and weaknesses that assists the claim handler in going through and evaluating the negotiation.
- Reference to fraud is a "no-no," especially in certain states. How do we want to handle within the claim? Specifically, in negotiation? Fraud indication must be supported with facts.
- Include file note capabilities on the main window of Negotiation.
- Negotiation should provide some time of wizard facility or help UI to lead the user through the negotiaion process. The help facility would help the user not only identify strengths and weaknesses, but would provide the user with a formula for developing a negotiation strategy.
- Regarding the negotiation screen - Can you do the same as far as gaps in dates? i.e. no date on an offer. The posting of the demand, it would initiate the Task Assistant.

## Participant Details




**GmoParticipant Attributes:**

- firstContactDate
- primaryRole
- secondaryRole
- acknowledgeLetterIndicator
- employedIndicator
- employerName
- representedCounselIndicator
- counselName
- insuredIndicator
- insuranceCompanyName

**GmoInjury Attributes:**

- injuredIndicator
- injuryDescription
- disabledFromWorkIndicator
- disableDescription

**GmoParty Attributes:**

- doNotPayIndicator
- participantRisk
- personalCommerIndicator

- birthDate
- age
- name
- maritalStatus
- dependentsNames
- dependentsNumber
- genderIndicator

**Functional Overview:**

- People and businesses can be captured without being linked to a claim. Once a person or business is linked to the claim, he, she, or it officially becomes a participant on the claim. The relationship between an individual and a claim is captured on the Details tab. This tab contains information captured only when a relationship is established.
- Separate records may be kept for both an organization and a person working for an organization. For example, a law firm having several attorneys would have a record for the law firm and a record for each attorney. When a claimant has obtained counsel, the law firm will be captured as a counsel participant, with the specific attorney being captured as simply an additional participant. Tracking the attorney separate from the organization allows the claim handler to evaluate the riskiness of the person as well as the business as a whole.

**Design Specifications:**

- The Details tab should be the third tab in the Participant series of tabs.
- The data on all tabs should be editable when first setting up the participant, but read-only when viewing. The user will have to choose to edit the data to alter any of the participant's information. This will enable the system to check for duplicate participants once the data is updated.
- Display the Participant's Name, regardless of whether its an organization name or the concatenated person's name, at the top of this window. The business name is used when the participant is a commercial participant. Likewise, the person's name is used when the participant is a personal participant. This field is read only and is captured in the previous two tabs.
- Personal or Commercial indicates the type of participant. For example, commercial participants are hospitals, lawyers, law firms and auto body shops. A primary insured may also be a commercial participant; this would be true of commercial policy holders. Personal participants are typically claimants, witnesses, and insureds who are personal policy holders.
- Gender, Date of Birth, Age, Marital Status, Number of Dependents and Names are only populated when the participant is a personal participant. The Names field is a free form text box allowing the user to capture the dependents' names.
- Participant risk is influenced by the participant's historical risk and risk for the current claim. Identifying a risky participant can assist in determining the strategy in handling the claim.
- The fields in the Insured/Claimant Information box are only enabled when the participant is an insured or claimant. These fields are used to capture information about other related participants and possible injuries. They are represented in a check box format to imply the user should inquire and obtain information about each of these areas. The Insurance field is specifically used for third parties who are insured through other insurance companies.
- The drop down lists to the right of Insurance, Represented by Counsel, and Employed contain the names of the insurance companies, lawyers and employers already captured for this claim. This facilitates quick data capture. For example, for a family involved in an auto accident, each family member might have the same counsel.
- Pressing the icons to the right of the name fields takes the user to the Participant Search. This search function allows the user to add participants to the claim. See the Participant Search design for more information.
- The Injured checkbox captures the fact that the person was injured and the text box captures a basic, initial description of the injury. Pressing the icon to the right of injury takes the user to an Injury window, where the injury, the treatments and the medication can be historically tracked.

- The Disabled from Work checkbox indicates that the injured person is also unable to attend work, at least temporarily. A basic description regarding the disability can be captured in the corresponding text box. Pressing the icon to the right of the text box invokes a Disability window which captures the permanency of the disability and the percentage disabled.
- Primary Role is the role of the person during the loss. Its populated with values like insured, claimant, witness, police officer, lawyer.
- Secondary Role further describes the role of the person during the loss. For example an insured can be a driver or a passenger in an insured auto. A lawyer can be the defense or plaintiff attorney.
- First Contact is populated with the date the user first contacts the participant.
- Acknowledgment Letter Sent indicates this document has been sent to the participant.
- Do Not Pay indicates no payment should be sent to the participant. Automatic payments or pre-authorized payments would not be sent to this participant if this item were checked.

## Participant Business




**GmoParty Attributes:**
- organizationName
- businessStreetAddress
- businessCity
- businessState
- businessZipCode
- businessGeographicalCode
- businessPhoneNumber
- businessCountry
- contactLastName
- contactFirstName
- contactMiddleName
- contactJobTitle
- contactOffice
- contactAssistant
- businessCountyParish
- preferredVendorIndicator

**GmoPolicy Attributes:**
- primaryInsured

**Functional Overview:**

- The Business tab for the Participant window serves several purposes. Its primary purpose is to capture information about commercial insureds and vendor participants. Therefore, when a participant is a commercial participant this tab will appear first. Additionally, for personal participants it captures information about that person's occupation. This might assist a claim handler in contacting the participant. Lastly, it serves as organization information for a participant that is a primary contact for a company or firm. For example Joe Attorney may be the person we are dealing with, but he's a member of Snob, Snob, & Nitwit law firm.
- When a person is first added to a claim, the user must identify a participant as commercial or personal, as well as the participant's role. Therefore the tabs will already appear in the proper order when they appear as part of Claim Data Capture.
- Participants will also be tracked as preferred vendors. When a vendor is flagged as preferred it implies the insurance company has a special arrangement with that vendor. For example, the vendor may take 10% off all goods supplied to claimants in exchange for their volume of business. Because of this type of relationship, preferred vendors are also low risk vendors. However, the converse is not always true: being low risk does not imply being preferred.

**Design Specifications:**

- The data for the Business tab might exist prior to a loss occurring, as the data might be available from the policy administration system. Also, the data could be captured at the time of a previous loss. The fields should be read-only unless the window is being used to capture someone completely new to the system, or the user has specified the need to update the data.
- The Organization field at the top of this tab contains the name of the commercial participant.
- The Street Address, City, State, Zip Code, County, Country and GIS Code captures the location of the organization. The State stores a two character abbreviation for the state, but also shows the corresponding name of the state in the drop down list.
- The Contact box contains information about the primary contact person at an organization. The Last Name, First Name and Middle fields capture who this primary contact person is. The Job Title tells what role this contact plays in the organization. The Office indicates where or what division the contact works in. The Assistant is the name of the person who serves as an executive assistant, secretary, or comparable role for the primary contact. The Business Phone is that number which directly reaches the primary contact.
- The insured name per policy is the primary insured listed on the policy covering the participant..
- The Phone icon to the right of the Business Phone takes the user to a Telephony application, with the business phone number defaulted as the number to be called.
- Preferred Vendor indicates the participant is a preferred vendor. A preferred vendor is one is a product vendor, physician, repair shop, etc. which the insurance company has formed a special alliance with. This alliance can result in discounts on replacement items or services, repair guarantees or reduced need for vendor audits.

## Participant Home




**GmoParty Attributes:**

- lastName
- firstName
- middleName
- homeStreetAddress
- homeCity
- homeState
- homeZipCode
- homeGeographicalCode
- homePhoneNumber
- homeCountry
- homeCountyParish

**Functional Overview:**

- The Home tab for participant captures information about a personal participant. This interface is mostly used to capture information about insureds, claimants and witnesses.

**Design Specifications:**

- The data for the Home tab might exist prior to a loss occurring, as the data might be available from the policy administration system. Also, the data could be captured at the time of a previous loss. The fields should be read-only unless the window is being used to capture someone completely new to the system, or the user has specified they need to update the data.
- The Last Name, First Name and Middle fields contain the name of the participant. The Middle field can be middle name or middle initial based on design preferences. The Address fields capture the address of the participant. The State is displayed as a two character abbreviation, with the drop down list showing the entire name of the state.
- Pressing the Phone icon to the right of the Home Phone Number invokes a Telephony application, with the home telephone number defaulted as the number to be dialed.

## Participant Identification




**GmoParty Attributes:**
- socialSecurityNumber
- taxIdentificationNumber
- federalEmployIdentifNumber
- dunBradstreetNumber
- standardIndustrialCode
- name

**GmoParticipant Attributes**
- referenceNumber
- referenceType

**Functional Overview:**
- The Identification tab on Participant provides several methods to identify a person or an organization. Based upon the type of participant, some fields will be populated while others are not. For example, a personal participant will not have a Standard Industrial Code but a business participant will.

**Design Specifications:**
- The field at the top of the window is the Participant's Name, whether an organization for a commercial participant or the concatenated name of a person for a personal participant. It's populated by the data capture in either the Business or Home tab.

- The Social Security Number, Tax Identification Number, Federal Employee Identification Number, Dun & Bradstreet Number, and Standard Industrial Code are further methods of identifying the participant. These fields are used to communicate with other organizations, or to gain more information about the participant. The SSN appears only for personal participants, the TINs appears only for commercial participants.
- The Vendor Reference section is designed to capture the fact that this participant may have records maintained with other vendors. For example, a lawyer may have a file on a claimant. This file would have a Reference Number for the law firm's filing system. When looking up the lawyer or law firm participant information, a Reference Number should appear in this text box. This number represents how the law firm identifies the claimant it represents. Knowing this number when contacting the law firm eases the process of contacting the law firm.
- The Type of Reference includes values like: claim number, case number, policy number, etc.

## Participant Phone




**GmoParty**
- homePhoneNumber
- businessPhoneNumber
- cellularPhoneNumber
- faxPhoneNumber
- pagerPhoneNumber
- eMailAddress
- name

**Functional Overview:**
- The Phone tab on the Participant window allows the user to quickly contact the participant without having to pick up the phone.
- This window also gives you the ability to send e-mail or a fax without filling in the header information.

**Design Specifications:**
- The field at the top of the window is read only. It is the Name of the organization for a commercial participant or the concatenated name of the person for a personal participant. It's populated by the data captured in either the Business or Home tab.
- The Phone icons brings the user to a Telephony application. The number to the left of the icon is the defaulted number for the dialer. Once the phone call is completed, the user is prompted with a Phone

Task window, prompting the user for details regarding the phone call. See the Task Assistant design documentation for more information on the phone task.

- The Fax icon takes the claim handler to a Forms and Correspondence interface allowing the user to fax a document given the fax number. The document sent will be saved and made available in the Claim History which tracks all the forms and correspondence, file notes, and tasks for a given claim.
- The Email icon takes you to a Forms and Correspondence area allowing you to e-mail the participant given the email address. The document sent will be saved and will be available in the Claim History which tracks all the forms and correspondence, file notes, and tasks for a given claim. For more information on the Claim History window see the Claim History design.

*The Reserve tab which appears here with the other participant tabs is included in the Reserve design document.*
*See the Workers Compensation Design to view the participant employment tab.*

## Participant – Employment




**GmoEmployment Attributes:**

- employerName
- supervisorName
- jobTitle
- jobDescription
- unionIndicator
- hireDate
- employmentStatus
- employeeNumber
- shift
- yearsEmployed
- dailyWorkHours
- weeklyWorkDays
- weeklyWorkHours
- otherEmploymentIndicator
- otherIncomeIndicator
- otherIncomeAmount
- otherPayRateAmount
- otherWeeklyWorkHrs

**GmoWage Attributes:**

- aveWeekEarningAmount
- aveWeekCompensationAmount

**Functional Overview:**

- This window captures employment information for an insured or claimant. Employment information can be used to determine both lost time and lost wages for injured participants in workers compensation and other types of claims. The employment information is captured at the participant level, as it is information which is tied directly to a specific person.
- On workers compensation claims this information will be available at the time of first notice and could be populated prior to the claim handler opening the claim.

**Design Specifications:**

- This tab appears only for claimants and insureds. All other types of participants will not have information for this tab.
- Employer contains the name of the organization employing the insured or claimant. The employer is a participant on the claim as well. Therefore, the Participant Search icon appears to the right of the Employer's name to facilitate attaching the employer to the claim. For more information regarding the Participant Search window, see the Participant Search design.
- The Supervisor of the employee is also a participant in the claim. Therefore, the Participant Search icon appears to the right of the Supervisor's name to facilitate attaching the employer to the claim.
- Job Title is a free form text field which contains the job title as indicated by the employer.
- Job Description and Duties is a free form text box which contains a description of the insured's or claimant's duties as described by the employer.
- Date of Hire is the date the employee was first hired with the employer.
- Employment Status captures the insured's or claimant's employment status immediately before the injury. Example values include: employed and laid off.
- Employee Number captures the identification number the employer uses to uniquely identify the employee.
- Shift captures the time of day the insured or claimant normally works.
- Years Employed captures the number of years the employee has worked for the current employer. Hours Per Day contains the average number of hours the insured or claimant works each day. Days Per Week captures the average number of days the insured or claimant works each week. Hours Per Week is the average number of hours the employee works each week.
- Other Employment indicates the claimant or insured has employment in addition to the primary employer indicated. When this is true, the window prompts the user to enter the Hours Worked Per Week and the Weekly Rate of Pay for the additional employment.
- Other Income indicates the claimant or insured has income in addition to the income he or she earns at the position described. When this is true, the interface prompts the user to enter the Income Amount.
- The Wage Information box contains summary information brought forward from a Wage Spreadsheet. The Wage Spreadsheet is located behind the Wage icon. The Total Average Weekly Pay is the average weekly pay the claimant and insured have been earning including wages, per diems, etc. The Average Weekly Compensation Rate is the rate at which the insured or claimant will be compensated for the loss, given the average weekly wage.

## Wage Statement




**GmoWage Attributes:**

- wageCategory
- wageAmount
- wageFrequency
- wageMultiplierDivisor
- wageFactor
- compensationPercentage
- maximumWeeklyAmount
- minimumWeeklyAmount
- aveWeekEarningAmount
- aveWeekCompensationAmount

**Functional Overview:**

- This window provides a spreadsheet function for an employee's wage information. The spreadsheet calculates the average weekly wage based on the amounts and frequency of various wage sources. The window takes the total average, the maximum amount allowed and the compensation percentage and calculates the weekly compensation rate.
- This window applies primarily to workers compensation claims, but can be used for any claim where bodily injury is preventing the claimant or insured from working.

**Design Specifications:**

- This tab appears only for claimants and insureds. All other types of participants will not have information for this tab.
- Wage Category captures the type of wage received. Example values include: wages, gratuities, per diems, etc. The corresponding Amount of the wage is captured in the next column.
- The Per column contains how often the amount is paid. This value directly impacts the next two columns Multiplier/Divisor and Factor. If the amount is paid daily, the amount should be multiplied by a factor of 5 or 7. If the amount is paid yearly, the amount should be divided by 52. Both calculations result in an Average Weekly Amount.

- The Percentage field is the portion of the actual earnings the claimant or insured will be paid. This is determined by government regulation in workers compensation claims.
- Maximum Weekly Amount is the highest dollar amount the employee can be paid regardless of the value of the average weekly wage. Minimum Weekly Amount is the lowest dollar amount the employee can be paid regardless of the value of the average weekly wage. Both of these are determined by government regulation in workers compensation claims.
- Total Average Weekly Wage is an amount calculated by adding up all of the wage average weekly amounts.
- Average Weekly Compensation Rate is calculated by taking the percentage times the average wage or the maximum amount which ever is lower. If the percentage times the average wage is lower than the minimum weekly amount, the weekly minimum amount is used as the compensation rate.

**Design Ideas:**

- Do we need a driver's license number?
- Make sure we know an injured person's employer
- Differentiate in the way the tabs appear for a vendor versus a personal participant. For example, Do Not Pay belongs only on a vendor participant window
- Date of first contact - need to capture for insured and claimant, but might not be necessary for vendor.
- Participant phone and address can be combined on one screen which allows for multiples of both.
- Would like mapping feature on address tab for participant - for all types of participant.
- Need to even more clear between the check boxes labeled Willing to use Preferred Vendor and Preferred Vendor (as in the participant is a preferred vendor).
- Make sure we have job title for a person - also what kind of business does the employer do.
- Is it important to know whether the participant owns his/her home or rents?
- Make whether the person is a claimant or insured more evident on the tree. Furthermore, make evident who of the participants were drivers.
- Be able to filter lower participant list to show only the vendors that apply at the tree level chosen
- Would like the ability to identify if a claimant has had previous WC claims.
- Would like to be able to click on a vendor and see all the participants he or she is linked to. Currently provided in ClaimWorks.
- Would like a mechanism for communicating fraudulent vendors automatically to SIU. Additionally, would like to know on future claims when a vendor, previously marked as fraudulent, exists.
- For non-bodily injury claims need something like the claim level Injury box to access data like Employment Practices, D and O, E and O, etc.
- Can recieve medical data from outside sources such as American Hospital Association (AHA); In ClaimWorks, might want to capture data such as AMA#. BNDD#, DEA# and state license #.
- How might we capture pre-existing injuries? Is there a need for this?

## Line Item – Settlement




**GMOSettlement Attributes:**
- settlementHistoryCollection

**Functional Overview:**
- The settlement series of windows are found both at the line item level on the claim tree and on the overall claim toolbar. This design promotes tying line items to payments whenever possible while allowing for a payment to be requested on a claim without this detail.
- The settlement tab contains the payment history for all of the line items for a particular sub-claim. The list view above the Settlement tab contains a list of these items. Settlement history appears in several forms, here it pertains to the line items on a particular sub-claim.

**Design Specifications:**
- The settlement history appears as the last tab at the line item level. It appears per line item rather than per payment. For example if one payment was made towards both a television set and a stereo, two lines appear – one for the television and one for the stereo. That is because this window is meant to reflect the payment status of the line items. It helps the claim handler keep track of what he or she has paid and not paid.
- The listview containing the history displays:
  - ⇒ the date the payment was made.
  - ⇒ the item being paid.
  - ⇒ the amount paid toward the item.

- ⇒ The status of the payment. For example a payment could be "requested" by the claim handler and then "paid" by the accounting department.
- ⇒ The status of the line item. For example the item could have a remaining amount to be paid ("Open") or could be completely satisfied ("Closed").
- ⇒ The method used to pay for the line item: check, EFT, draft, etc.
- ⇒ Further detail regarding the settlement, such as the institution supporting the transaction.
- ⇒ The nature of the payment in terms of whether it fulfills part of the cost of the item or the full cost of the item. If an item is going to be covered using Actual Cash Value, and the entire ACV amount is paid, the item payment status in full and the line item status in closed. If an item is going to be covered using replacement value and only the ACV has been paid, the payment status is partial and the item is still in open status.

- Selecting a settlement history record and clicking the Show Detail button brings the user to the settlement window used to request the payment. The line item and all the others included in the payment are displayed. The design for this window is the same as the line item payment window, but is displayed as read-only.
- Vendor Transfer initiates a settlement window. This window provides the user with the ability to designate specific items as being replaced by a preferred vendor.
- Line Item Payment initiates a settlement window allowing the user to request a single check, draft, or EFT for an item or group of items.
- Direct Payment initiates a settlement window allowing the user to request a check without specifying a line item. These payments are often used for large losses or losses in which the insured or claimant requires funds immediately.
- Pre-Authorized Payment provides the user with the ability to set up parameters by which preferred vendor bills can be paid automatically.

## Settlement Type




**GmoSettlement Attributes:**
- settlementTypeIndicator

**Functional Overview:**
- The Settlement Type pop-up is displayed when the settlement icon is selected from the tool bar. It indicates which settlement type is to be used to process a payment.

**Design Specifications:**
- A user may process a payment through a line item payment, vendor transfer, direct payment or a pre-authorized payment.
- After a settlement type is selected, the OK button is enabled.
- With the OK button, the corresponding pop-up to the selected settlement type is displayed and this pop-up is closed.
- A selected settlement type can be canceled with the Cancel button.

## Settlement Processing – Line Item Payment



## Settlement Processing –Vendor Transfer




**GmoLineItem Attributes:**
- filterSearchIndicator
- itemsAvailable

**GmoSubclaim Attributes:**
- subClaimDescription

**GmoSettlement Attributes:**
- settlementItems
- costSettledIndicator
- settlementTotal

**GmoVendorOrder Attributes:**
- vendorName

**Functional Overview:**
- This pop-up is initiated when the user selects Line Item Payment of Vendor Transfer from a settlement history window or the Settlement Type pop-up.

- Line item settlement processing provides the ability to issue a single payment for one to many line items. This window is designed to help the user group payments, make partial payments and recognize the payment status of all of the line items.
- Settlement processing utilizing a vendor transfer uses this window to group items for replacement by one vendor and to recognize the settlement status of all line items.

**Design Specifications:**

- The user must first select a sub-claim for processing from the sub-claim list. Clicking on a sub-claim displays a filtered list of unpaid, partially settled or all line items for the sub-claim in the Items Available To Be Paid list view.
- Information regarding each line item's sequential list number, quantity, category such as electronics or clothing and a short description is displayed. Financial data such as the item's original cost, replacement cost, actual cash value, the amount paid and remaining, settlement status and a validation code is also shown.
- Highlighting an item such as a CD player in the Items Available to be Paid list and pressing the down arrow causes that item to move to the Selected Settlement Items list. The up arrow moves a highlighted item in the selected items list back to the available items list.
- Pay All moves all available items in the sub-claim to the Selected Settlement Items list; Clear List button removes all items from the Selected Settlement Items list and returns them to the Items Available list.
- The total amount to be paid is displayed and updated as items are added to the list of selected settlement items for a line item payment.
- Settlement processing for Vendor Transfers provides a list of vendors to choose from to replace the loss. The vendors are selected according to the type of item and the location of the insured or claimant. Initiating a vendor replacement for an item means the item will not be paid for in cash, but will be repaired or replaced with a new item via a vendor with which the insurance company has a special arrangement.
- Preferred Vendor button initiates a Preferred Vendor Search pop-up to help find a vendor with a desired location, hours and services.
- OK button initiates the appropriate payment method pop-up: Check, EFT, Vendor Transfer, General Vendor Authorization.
- Hold Payment is enabled when viewing a settlement process that is already underway. It changes payment status for a selected payment to held. This is used when the claim handler is interrupted or chooses to hold off on completing the settlement, but wants to save his or her work.

## Check/Draft – Direct Payment




## EFT – Line Item Payment



**GmoPayment Attributes:**
- paymentSubclaim
- repetitivePayIndicator
- applyDeductionIndicator
- addresseeName
- checkAddress
- checkNotes
- deductionAmount
- payeeName
- frequencyIndicator
- paymentMethod
- participantName
- paymentTotalAmount
- payeeRelationshipIndicator
- numberOfPayments
- paymentStartDate
- paymentEndDate
- weeklyDayCollection
- biweeklyDayCollection
- monthlyPaymentDay
- yearlyMonthCollection
- yearlyPaymentDay
- bankName
- accountNumber

**Functional Overview:**
- This pop-up window is used to set up direct or line item payment by check, draft or EFT. The window is initiated when Direct Payment processing is selected from settlement history or the Settlement Type pop-up.
- The fields are dynamic based on the type of payment processing selected: check, draft or EFT.

**Design Specifications:**
- Payment Type options change the fields displayed on the window (fields are the same for check and draft). For example, if the payment type is EFT, the payee's account number is provided but payment addressee information is not shown.
- Line item payments being made are displayed in a read-only list view identical to the list of items selected to be paid in the Settlement Processing window. When a direct payment is being made, a list view of sub-claims to pay is displayed.
- The total amount being paid by this check, draft or EFT is indicated in a read-only text box.
- The Apply Deductible checkbox enables a text box displaying the deductible amount; the deductible is subtracted from the total payment.
- Selecting the Make Repetitive Payments check box enables the items in the Repetitive Payments frame; when unchecked, items are disabled and cleared.
- Start Date of a repeating payment is the date the first repeating payment must be initiated.
- End Date of a repeating payment is the date the last repeating payment must be initiated.
- Number of Times is the number of times the payment will repeat.
- Frequency gives the user four frequency choices with which to specify exactly when a payment should be made. When the user chooses Weekly for a frequency, the user must also choose a corresponding day of the week. The same must occur if the user chooses Biweekly. Upon choosing Monthly, the user must choose the day of the month, meaning a number. For example, 4 would mean the user wants the payment to be made on the fourth of each month. Finally, if the user chooses Yearly then a corresponding month and date must be selected.

- List of payee(s) who are being paid by a check or draft are given with default as the name of the insured or claimant having the sub-claim. If this person is replaced with another person, the new payee must be a participant.
- Participant Search button aids the user in finding the correct payee(s) and addressee. The Global Name and Address Book is searched for the individual. If the individual is not found, the person should be added as a payee or addressee. All payees and addressees must be added as a participant on the claim.
- When there are multiple payees, the user must indicate if the people listed as payees must all sign the check (AND) or only one of the payees must sign the check (OR).
- The addressee and address to which a check or draft will be sent are displayed. When the addressee is selected, the address populates with the individual's or organization's primary address.
- When processing a check, Check Notes may be entered in free form text. They will appear in the memo section of the cut check.
- When using EFT, Bank Name is a read-only field indicating the name of the bank at which the payee's account is located.
- When using EFT, the payee's known accounts are contained in a list used to select which account the money should be transferred to.
- When the window is entered from Line Item Payment Processing, the user can go back to the processing window to review or change the payments to be made by pressing the Back button.
- Payment on a line item or direct payment may be stopped after it has been issued by pressing the Stop Payment button. A claim handler may wish to stop a payment if an issue arises such as the payment was made in error.
- Upon completing a line item payment, the user returns to the window he or she called the payment from. If this window is the line item window, the paid items appear updated with their new payment statuses.

## Order Processing




**GmoSettlement Attributes:**
- settlementItems

**GmoVendorOrder Attributes:**
- vendorName
- deliveryDate

**GmoPayment Attributes:**
- collectFromCustomer

**GmoLineItem Attributes:**
- upgradeIndicator

**Functional Overview:**
- This pop-up window is used to set up a vendor transfer for a line item(s) so that an insured or claimant may receive a replacement for his or her loss without dealing with the bills. The order processing is done electronically between the user and the vendor. Once the items are ordered, it's up to the vendor to contact the customer, deliver the items and bill the insurance company.
- The window is initiated after line items have been selected for vendor transfer in the Settlement Processing window. These items are displayed in a list view at the top of the Order Processing window.

**Design Specifications:**

- Items to be paid are identical to the list of selected settlement items in the Settlement Processing window. Information about each line item is displayed including a short description, category such as electronics or clothing, replacement cost and actual cash value of the item and the settlement status e.g., full, partial or open.
- Vendor name is the vendor to whom the order is being sent for processing. The Vendor Search button initiates a pop-up where the user can find an appropriate vendor. The resulting vendor is placed in the Name text box.
- When the telephone button is pressed, a telephony pop-up is initiated where the user can automatically dial the vendor directly to check on such things as items in stock, location and hours.
- Delivery date of the item is the date on which the claimant is expected to receive the line item(s). With the use of electronic order processing, the delivery time to customers can be decreased.
- Amount to collect from the customer is the amount that the claimant needs to pay the vendor directly. For example, to replace a stolen TV the claimant may have a $50 deductible to pay to the vendor, but the remainder of the bill will be sent by the vendor directly to the insurer.
- When the ability to upgrade indicator is checked, the customer may upgrade the item at their own expense. For example, the loss may be for a AM/FM car stereo, but the customer may choose to replace it with a car CD player.
- By pressing the Back button, users can go back to the Settlement Processing window before the ordering process is complete to review or change the selected settlement items.
- Stop Payment is enabled when viewing a order process which is already underway. It changes payment status for this order to stopped.
- OK button submits the order request and displays the order request form being sent to the vendor.
- Cancel ends the vendor order processing before it is completed.

## Set-up Pre-Authorization




**GmoSettlement Attributes:**

- startDate
- endDate
- daysAfterClose
- totalPaymentThreshold
- singleItemThreshold
- authorizedVendors
- excludedVendors
- itemCategoryCollection
- typeOfAuthorization
- subClaimList
- exceptionsIndicator

**Functional Overview:**