- The Set-Up Pre-Authorization pop-up is used to set-up payment pre-authorization to a vendor for a particular sub-claim(s).
- Authorized and excluded vendors and authorization criteria for the sub-claim are displayed. Other sub-claims may never require authorization criteria and payments are automatically authorized.

**Design Specifications:**

- Sub-claims available for pre-authorization of payments are listed.
- Authorized and excluded vendors are displayed and may be added, edited or removed.
- Sub-claims which don't require authorization criteria may be automatically authorized.
- Authorization Criteria are enabled with the Require Authorization Based on Criteria Below radio button.
- Authorization criteria includes item categories such as furniture and clothing, threshold amounts for single items and total payments, authorization effective dates, and exceptions like items with prior damage.
- Authorize button provides the user with a message box indicating that the sub-claim has been pre-authorized for payment.

**Design Ideas:**

- Would like to view bill from bill review vendor as soon as they've captured it. Usually are not able to see bill until right before its paid. Also like the logic to exist to help ensure a bill doesn't get paid until its due date. For example, if its due in 30 days, don't pay it until day 30.
- Provide a summary payment list with a filtering capability by payment category. Allow the claim handler to print the results of a filter an search - or leverage this data onto an F&C form. This will assist a claim handler dealing with both WC comp pymts and liability pymts
- Need an Add Payee button on the window in which the check/eft/draft is established
- Need Payment Coding information in this window. Need to include these fields and more: type of expense (litigation, non-litigation), transaction date, period of payment (which treatment period), tax identification number, vendor type (medical provider versus professional services) - might want to utilize SICs for vendor types
- Authorize/Deny payment - need to capture a list of reasons why not paid - these go back to vendor (HBM) with explanation (HBM sets it up for payment, provides a hard copy of the EOB and The St. Paul either approves or denies the payment).
- Memo line on check should provide specific verbage choices. Currently if a claim handler requests and ACI check - the system brings up an entire 81/2 by 11 page in which the claim handler can enter notes. This page is a big text field kept in a separate ACI db. Manual checks have memo lines. Checks will be produced by CDS (Check Distribution System) in the future.
- Date range can be set up automatically for repetitive payments
- Reference CISSP to understand the behind the scenes processing for payments
- Need to be able to set up the series of repetitive payments for future check issuance automatically.
- The positioning of some of the fields in the check and EFT windows is inconsistent
- You can allocate a single payment across supplements and need the ability to do so, identify the supplements and identify the portion going to each supplement.
- Current systems have 2 separate dbs - one in which the check resides (draft db) and one in which the accounting transactions occur.
- Each line item could carry with it default payment codes
- Payment offsets and onsets impact a portion of a payment they act like an adjustment to the payment. Need to be able to make these. Also need to handle stops, voids and any other exception processing
- Need to add the payment history window into the settlement design - it exists in demo but does not appear in design doc.
- Current process notes: checks are printed in Woodbury and on site. Printing checks on site means having more control over them. Woodbury checks come 1-2 later, are in a batch job, and have a generic printed status when the batch job runs (not when the check is actually produced). Would like to know status like "The check has left the office"
- Have to provide the ability to deny any payment down to the line item level.
- In "Handling Multiple Claims/Profiles" we discuss a charge card - in managed care where treatments are often times pre-approved a charge card may not be applicable. However SPC is looking to use a "checking account". The insured is literally handed a checkbook and a balance equalling their settlement. The insured/claimant can spend it as he or she sees fit.
- Allow flexibility to issue checks in different ways such as to someone who isn't the claimant or split payments between participants.
- Determine requirements for self-managed accounts; a suggested group is Major Markets, Medical Services with Stephen Brown and an underwriter from Transportation

## Preferred Vendor - Auto Body




**GmoParty Attributes**

- organizationName

**GmoPreferredVendor Attributes**

- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredAuto Attributes**

- loanerCarsIndicator
- towServiceIndicator
- independentDealerIndicator
- specialtyAreasCollection

**Functional Overview:**

- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred auto body shop, a button takes the user to a participant list containing only preferred auto body vendors near the given zip code.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

***Design Specifications:***

- All fields are read-only.
- Preferred Vendor Names are populated when the window is called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact displays the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility or is part of a dealer arrangement.
- Loaner Cars Available indicates whether the auto body shop provides loaner cars for insureds or claimants to use while their vehicles are being repaired.
- Tow Service Available indicates whether the auto body shop provides towing for the insured's or claimant's vehicle.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Specialty Areas displays the services in which the vendor has an expertise.
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides parts or services.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began providing its products and/or services.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of PRP Repairs contains the number of repair the vendor has performed as a preferred vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Preferred Vendor - Electronics




**GmoParty Attributes**
- organizationName

**GmoPreferredVendor Attributes**
- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredElectronics Attributes**

- repairServiceIndicator
- deliveryServiceIndicator
- businessTypeCollection
- itemTypesCollection

**Functional Overview:**

- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred electronics retailer, a button takes the user to a participant list containing only preferred electronics stores near the given zip code.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

**Design Specifications:**

- All fields are read-only.
- Preferred Vendor Names are populated when the window are called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact is the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility, is part of a dealer arrangement, or is an actual manufacturer.
- Delivery Service Available indicates whether the retailer provides the delivery of repaired or replacement items for insureds or claimants.
- Repair Service Available indicates whether the retailer fixes items as well as sells them.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Types of items contains a listing of the categories of items sold or fixed by the retailer.
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides products or services.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began providing its products and/or services.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of Item Replacements contains the number of items replaced or repaired by the vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Preferred Vendor - Clothing




**GmoParty Attributes**
- organizationName

**GmoPreferredVendor Attributes**
- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredClothing Attributes**
- overnightDeliveryIndicator
- businessTypeCollection
- clothingTypesCollection

**Functional Overview:**

- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred clothing retailer, a button takes the user to a participant list containing only preferred clothing stores near the given zip code or available for toll free ordering.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

**Design Specifications:**

- All fields are read-only.
- Preferred Vendor Names are populated when the window are called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact is the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility, is part of a dealer arrangement, or is an actual manufacturer.
- Overnight Delivery Service Available indicates whether the retailer provides overnight delivery of replacement clothing items for insureds or claimants.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Types of clothing contains a listing of the categories of clothing sold by the vendor
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides clothing.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began selling clothing.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of Item Replacements contains the number of items replaced by the vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Vendor Maintenance




**GmoParty Attributes**

- organizationName
- taxIdentificationNumber
- standardIndustrialCode

**GmoPreferredVendor Attributes**

- vendorSpecialtiesCollection
- vendorTerritoriesCollection
- thresholdDiscountCollection
- totalYearlyAmount
- totalYearlyQuantity
- totalCurrentAmount
- totalCurrentQuantity
- vendorRelationship
- dAndBRating
- unfavorableCommentsNumber
- billPayingScore
- totalAssetsAmount
- specialEventsText
- publicFilingsText

**Functional Overview:**

- The Vendor Maintenance Window identifies the type of relationship an insurance company has with a preferred vendor. It contains threshold information and comparisons of average yearly sales versus current. Also provided on the window is the information gained when the vendor is deemed a valid vendor.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- This window is not provided to the claim handler. Rather, its an interface used by the person within the insurance company responsible for developing vendor relationships.

**Design Specifications:**

- All fields are enterable. This is a stand-alone window. Should be called from the start up menu and from the menu options along the top of the Claim Handlers window (for demonstration purposes only).
- The name of the vendor is the organization name of the business. The user can call the participant search to find the correct name. **Therefore, a button taking the user to the participant search should be added to this window.**
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Specialties displays the operations or features in which the vendor specializes.
- Threshold/Discount contains the threshold levels and corresponding discount percentages which are provided by the preferred vendor.
- Average Yearly Purchases contains the average dollar amount and item volume the insurance carrier purchases from the vendor each year.
- Current Yearly Purchases contains the current dollar amount and item volume the insurance carrier has purchased from the vendor to date.
- Vendor Relationship indicates whether the relationship with the vendor is poor, average, excellent or somewhere in between.
- The data contained in the Background Check Information area can largely be captured via Dun & Bradstreet. This information could be downloaded if provided in electronic format. The Dun and Bradstreet icon takes the user to an image or electronic copy of D&B's report regarding the vendor. Currently, the report window does not exist.
- Dun and Bradstreet rating provides the with the overall D&B rating given to the vendor.
- Number of Unfavorable Comments contains the number of negative comments received when surveyed regarding the vendor. The Customer Feedback button provides a link to a document containing the comments the surveyed customers provided. This window is not designed yet.
- Bill paying score contains the score D&B reports in regards to the vendor paying its bills on time.
- Total assets contains the dollar amount of the vendor's total assets.
- Tax Identification Number is the unique tax code identifying the vendor
- Standard Industrial Code places the vendor within a certain industry.
- Special Events provides the ability to capture Special Events from the D&B report in a free form text format. Public Filings provides the ability to capture Public Filings from the D&B report in a free form text format.

**Design Ideas:**

- Would like to view bill from bill review vendor as soon as they've captured it. Usually are not able to see bill until right before its paid. Also like the logic to exist to help ensure a bill doesn't get paid until its due date. For example, if its due in 30 days, don't pay it until day 30.
- Appreciate the concept in the scenario "WC Serious Loss." The system helps prevent a claim handler from failing to respond to the multiple and varied requests for payment.
- Should look into what D&B software/Internet access is available for getting background information on vendors.
- Would like a mechanism for communicating fraudulent vendors automatically to SIU. Additionally, would like to know on future claims when a vendor, previously marked as fraudulent, exists.
- Change title of design to "Vendor Management" and remove 2nd bullet on page 8.
- Need to determine when a vendor is established in the vendor database - just preferred? What about frequently used but not preferred? What aobut risky vendors?
- Outsourcing vendor management - from Rich Dryden conversation, companies like Waxman provides replacement for lost items. This company has an inventory of the most often claimed items.
- In "Handling Multiple Claims/Profiles" we discuss a charge card - in managed care where treatments are often times pre-approved a charge card may not be applicable. However SPC is looking to use a "checking account". The insured is literally handed a checkbook and a balance equalling their settlement. The insured/claimant can spend it as he or she sees fit.
- Vendors certificates of insurance need to meet requirements. This data could be held in vendor maintenance. Certificates of Insurance from vendors are required and are quite stringent. Not many vendors are meeting these requirements. This ties into the corporate risk assessment.
- Claim Handlers need to know if the vendor/attorney is licensed in the jurisdiction you want them to work in as well as other states. This has implications for international claims.
- Use vendor maintenance designs to help track and manage TPA relationships, fee arrangements, management reports, aggregating money information, pricing, etc.

## Specialized Claims Data - Product




**Functional Overview:**

- This window is for the use of Product Development, Account Managers, Claims Department, etc. in conjunction with their desktop views. It is designed as an input for the information and data fields needed to capture specialized claims data in CDC . The specialized claims data includes data that is currently not being captured and will be used for exception cases or as temporary test data for certain products, accounts or policies.
- The reason for the set-up of specialized data (product, account or policy) is indicated first. The user is then able to narrow the criteria for data capture by selecting the product name, account number and name, or policy number, type and insured.
- The level (claim, participant, etc.) and sublevel (bodily injury claim, insured, etc.) at which data is to be captured and when it is applicable to capture the data (FNOL, litigation point, if fraud is detected) is then indicated.
- The level and sublevel will determine where in CDC the new tab with the specialized claims data fields will appear.

**Specialized Claims Data – Policy**




**Functional Overview:**

- Within the Data Capture Set-Up frame, the user is able to denote what the new fields will be to capture the specialized data in CDC. New fields may be added at each data level.
- The field title is entered free form followed by a short description which could be incorporated into the claim handler's help system in CDC.
- Display type is then indicated to determine what sort of a field is required for the data collection in CDC. If the display type is free form, the user is prompted to indicate whether the input data should be alpha, numeric or monetary.
- Standard display type presents the user with a text box where specialized claims data values can be added as data options in a list box. Values can also be removed from the list box with the Remove button.

**Addition Complete Message Box**




**Functional Overview:**

- Pressing the OK button saves the titles of the new data fields ,their values and the rest of the entered information. The saved data is then displayed as a new tab at the appropriate data level within CDC when the requirements for its data capture are met.

**CDC – Additional Details**




**Functional Overview:**

- When the requirements for specialized data capture are met, the claim handler will view an additional tab within CDC at the appropriate level (claim, line item, etc.). A task will also be added to the Task Assistant indicating that additional information is required on a particular claim. For example, claims for a particular account may only require certain specialized data when there is a coverage question. The new tab within CDC and additional task to capture that data would not appear until a coverage question occurred.
- The point in time when the additional data is required is displayed along with the data fields and any standard values they may have.
- Data fields which had been given a free form display type in the Specialized Claims Data window, are presented with a large text box which handles multi-line text entry. Data fields with a standard display type are displayed with the data values which had been added in the Specialized Claims Data window.
- Reports on the additional data may then be made on such things as product development testing or account feedback.

Window Ideas:

- Need to evaluate data quality concerns with account specific data capture. How can we ensure the right data is being collected at the appropriate time.
- Claim handler might want to be aware of the account specific data capture - this will enable the claim handler to ask the questions needed to get the data in the same phone call other questions are asked.
- UW needs to be involved in identifying and billing for the account specific data capture. CSCs have full input into what is integrated into the large account deal.
- Might want to use account specific data capture in a historical sense. For example, be able to look back over the last 30 days and identify claims having specific characteristics. This would initiate a query on all the account's claims and place a task on the task asst notifying the claim handler he or she must find out more information within the claim folder.
- Rapid data capture uses: CAT type data; Account – transit data at a lower level: ups, us mail, fedex; or commercial – very specific location e.g. restaurant restroom, salad bar

## Account Reserves




**GmoReserveAccount Attributes:**

- accountName
- associationCollection
- closedClaimsTotal
- expenseAggregateLimit
- expenseIncurredAmount
- lossAggregateLimit
- lossIncurredAmount
- lossAggregateType
- expenseAggregateType
- openClaimsTotal
- expensePaidAmount
- expenseReserveAmount
- lossPaidAmount
- lossReserveAmount

**Functional Specifications:**

- Account reserve amounts and percentages are simply calculated from all the claims that fall under a specific account. This window serves as a reporting tool to allow claim handlers and account managers to view how much has been paid versus an aggregate limit allowed for an entire account. Users can also get a feel for how reserves compared to the aggregate limit and to the actual paid.

- Frequently, insurance companies establish accounts for the purpose of imposing aggregate limits on a group of policies. Accounts are also established when amounts or risks are high enough that additional insurance is purchased.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the claims that fall under this account.
- This window is located at the account level of the claim tree as a tab.
- Account name is the title given a group of accounts. Association is a standardized description describing the nature of the relationship between accounts.
- Total reserved is the total amount of the reserves set for all the claims falling under the account. This window captures a reserve amount for both the total losses paid and the total loss adjustment expense.
- Total paid is the total amount paid on all of the claims falling under the account This window captures a paid amount for both total losses paid and the total loss adjustment expense.
- Total incurred is the total amount incurred on all claims falling under the account. This window captures an incurred amount for both total losses paid and the total loss adjustment expense.
- If an aggregate is imposed on the group of accounts, the type of aggregate is captured in addition to the dollar amount of the aggregate limit.
- An Additional Insurance icon takes the user to an additional insurance window which shows the re-insurance and co-insurance deals made on the account.
- The pie charts at the top of the window are a graphical representation of the amount paid versus the amount reserved and the amount paid versus the aggregate limit. In both pie charts the amount paid is a percentage or a slice of the pie. Once paid equals reserved, the reserve pie chart becomes red and 100% appears. Once paid equals limits, the aggregate pie chart becomes red and 100% appears.

## Claim Reserves




**GmoReserveClaim Attributes:**
- lossReserveAmount
- lossPaidAmount
- lossIncurredAmount
- lossReinsuranceAmount
- expenseReserveAmount
- expensePaidAmount
- expenseIncurredAmount
- expenseReinsuranceAmount

**GmoReserveHistory Attributes:**
- reserveHistoryList
- lossExpenseIndicator

**Functional Requirements:**
- The claim reserves window allows the claim handler to know the overall status of the claim in regard to how much has been paid towards the claim compared to what has been reserved.
- Reserve amounts can largely be subjective as frequently part or all of the claim reserve is set by claim handler using his or her experience as an only reference. For very specific sub-claims or claims, however, part or all of the reserve might be automatically calculated. If a reserve is partially or

completely derived from an equation, this needs to be communicated to the user by displaying a sigma or summation icon. This icon is not a button, its just a picture that commands the user's attention.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the sub-claims (for all participants) that fall under this claim.
- This window is located at the claim level of the claim tree as a tab.
- Total reserved is the total amount of the reserves set for all the sub-claims falling under the claim. This window captures a reserve amount for both the total losses paid and the total loss adjustment expense.
- Total paid is the total amount paid on all of the sub-claims falling under the claim. This window captures a paid amount for both total losses paid and the total loss adjustment expense.
- Total incurred is the total amount incurred on all sub-claims falling under the claim. This window captures an incurred amount for both total losses paid and the total loss adjustment expense.
- An Additional Insurance icon takes the user to an additional insurance window which shows the re-insurance and co-insurance deals made on the account in which the claim is included. The amount of additional insurance reflects the amount paid on the claim that will be paid back to the insurer by a re-insurer or co-insurer or combination of insurers. This field is labeled "Reinsurance" in the label above. Label it "Additional Insurance" instead.
- The pie chart at the top of the window is a graphical representation of the amount paid versus the amount reserved. The amount paid is a percentage or a slice of the pie. Once paid equals reserved, the reserve pie chart becomes red and 100% appears.
- A list view appears at the bottom of the window showing the history of all reserves set on the claim. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Participant Reserves




**GmoReserveParticipant Attributes:**
- totalReserveAmount
- totalPaidAmount
- lossReserveAmount
- lossPaidAmount
- expenseReserveAmount
- expensePaidAmount

**GmoReserveHistory Attributes:**
- reserveHistoryList
- lossExpenseIndicator

**Functional Requirements:**
- The participant reserves window allows the claim handler to know how much has been paid to a participant versus how much has been reserved.
- Reserve amounts can largely be subjective as frequently part or all of the reserve is set by claim handler using his or her experience as an only reference. For very specific sub-claims, however, part or all of the reserve might be automatically calculated. If a reserve is partially or completely derived from an equation, this needs to be communicated to the user by displaying a sigma or summation icon. This icon is not a button, its just a picture that commands the user's attention.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the sub-claims that fall under this participant.
- This window is located at the participant level of the claim tree as a tab.
- Total reserved is the total amount of the reserves set for all the sub-claims falling under this participant.
- Total paid is the total amount paid on all of the sub-claims falling under the participant.
- The total paid is shown as a percentage of the total reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Total loss reserved is the total amount of loss reserves set for all the sub-claims falling under this participant.
- Total loss paid is the total loss amount paid on all of the sub-claims falling under the participant
- The total loss paid is shown as a percentage of the total loss reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Total expense reserved is the total amount of expense reserves set for all the sub-claims falling under this participant.
- Total expense paid is the total expense amount paid on all of the sub-claims falling under the participant
- The total expense paid is shown as a percentage of the total expense reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- A list view appears at the bottom of the window showing the history of all reserves set for the participant. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Sub-Claim Reserves




**GmoReserveSubClaim Attributes:**
- totalReservedAmount
- suspenseIndicator
- manualAutoIndicator
- lossReserveAmount
- lossPaidAmount
- lossDeductibleAmount
- lossIncurredAmount
- lossReinsuranceAmount
- lossRetentionReserve
- expenseReserveAmount
- expensePaidAmount
- expenseDeductibleAmount
- expenseIncurredAmount
- expenseReinsuranceAmount
- expenseRetentionReserve

**GmoReserveHistory Attributes:**
- lossExpenseIndicator
- reserveHistoryList

**Functional Requirements:**

- The sub-claim reserves window allows the claim handler to estimate how much is being paid towards a sub-claim's losses and the expenses in comparison to the reserves set for each of these areas.
- The claim handler sets reserves at the sub-claim level. He or she can update the reserve amounts throughout the life of the claim and close out the expense, loss or both reserves at any time.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total for all the expense reserves that fall under a sub-claim.
- This window is located on the sub-claim level as a tab.
- Manual and Auto indicate whether the reserve amounts were set using a manual approximation or some type of computer generated estimate, given the type of sub-claim.
- Total reserved is the total amount of the loss and expense reserves set for this sub-claim.
- Total paid is the total amount of the loss and expense payments made towards this sub-claim.
- The total paid is shown as a percentage of the total reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Sub-claim in suspense indicates something about the sub-claim requires resolution before payments can be made towards the sub-claim.
- Update Reserve takes the user to the reserve window to establish a new reserve amount for either loss or expense. A separate pop-up appears to handle this transaction. This button is labeled "New Reserve" when no reserves are set and is disabled when the reserves are closed.
- Close Both Reserves automatically closes both the loss and expense reserves for the sub-claim. A separate pop-up appears to handle this transaction. This button reads Re-Open Both Reserves upon the reserve being closed.
- Reserves for both the loss and expenses reflect the latest reserve amounts established for both of these categories.
- Close appears for both the loss and expense reserves. These buttons initiate a close reserve window. Their labels appear as "Re-open" once their reserves are closed.
- Paid reflects the total amount made in payments towards the sub claims. Amounts exist for both loss and expense.
- Deductible indicates what amount of the sub-claim amounts will be covered by the insured per the policy.
- Additional Insurance indicates what amount is covered by another insurer per a re-insurance agreement, co-insurance agreement or combination of additional insurance arrangements. Amounts exist for both loss and expense. In the above picture they are listed as "Reinsurance." Change this to "Additional Insurance."
- Retention credit reserve is the amount covered by a retention arrangement. A portion of the loss could be covered by the insured outside of the deductible. This amount is displayed for both loss and expense.
- Incurred is the resulting amount the insurance company is covering, taking reserves, paid, re-insurance, deductibles, etc. into consideration. This amount is displayed for both loss and expense.
- A list view appears at the bottom of the window showing the history of all reserves set for the participant. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Set Reserve




**GmoReserveHistory Attributes:**

- lossExpenseIndicator
- suspenseIndicator
- newReserveAmount
- currentReserveAmount
- transactionType
- authorizationName
- transactionDate
- transactionReason

**Functional Requirements:**

- This window allows the user to set new reserve amount. Tracks whether the claim handler is posting a reserve amount to be approved, setting an amount within his or her authority or approving an amount posted by another person. This interface controls the addition of reserves which will be reflected in the reserve history spreadsheet once the user leaves this pop-up.

**Design Specifications:**

- Called when a new reserve, update reserve, close reserve or re-open reserve is called.
- Sub-claim in suspense indicates something about the sub-claim requires resolution before payments can be made towards the sub-claim.
- When new reserve: current reserve amount = 0. The user should be prompted in the new reserve field. The transaction should be defaulted to post reserve, the performed by to the person logged in, and the date to today's date. Reason should be disabled.
- When update reserve: previous amount = the latest reserve amount set. Prompt user in new reserve field. Default the transaction as post reserve, the performed by to the person logged in, and the date to today's date. The reason list view should be populated with values like liability change, adverse ADR result, etc.

- The Set-Up Pre-Authorization pop-up is used to set-up payment pre-authorization to a vendor for a particular sub-claim(s).
- Authorized and excluded vendors and authorization criteria for the sub-claim are displayed. Other sub-claims may never require authorization criteria and payments are automatically authorized.

**Design Specifications:**

- Sub-claims available for pre-authorization of payments are listed.
- Authorized and excluded vendors are displayed and may be added, edited or removed.
- Sub-claims which don't require authorization criteria may be automatically authorized.
- Authorization Criteria are enabled with the Require Authorization Based on Criteria Below radio button.
- Authorization criteria includes item categories such as furniture and clothing, threshold amounts for single items and total payments, authorization effective dates, and exceptions like items with prior damage.
- Authorize button provides the user with a message box indicating that the sub-claim has been pre-authorized for payment.

**Design Ideas:**

- Would like to view bill from bill review vendor as soon as they've captured it. Usually are not able to see bill until right before its paid. Also like the logic to exist to help ensure a bill doesn't get paid until its due date. For example, if its due in 30 days, don't pay it until day 30.
- Provide a summary payment list with a filtering capability by payment category. Allow the claim handler to print the results of a filter an search - or leverage this data onto an F&C form. This will assist a claim handler dealing with both WC comp pymts and liability pymts
- Need an Add Payee button on the window in which the check/eft/draft is established
- Need Payment Coding information in this window. Need to include these fields and more: type of expense (litigation, non-litigation), transaction date, period of payment (which treatment period), tax identification number, vendor type (medical provider versus professional services) - might want to utilize SICs for vendor types
- Authorize/Deny payment - need to capture a list of reasons why not paid - these go back to vendor (HBM) with explanation (HBM sets it up for payment, provides a hard copy of the EOB and The St. Paul either approves or denies the payment).
- Memo line on check should provide specific verbage choices. Currently if a claim handler requests and ACI check - the system brings up an entire 81/2 by 11 page in which the claim handler can enter notes. This page is a big text field kept in a separate ACI db. Manual checks have memo lines. Checks will be produced by CDS (Check Distribution System) in the future.
- Date range can be set up automatically for repetitive payments
- Reference CISSP to understand the behind the scenes processing for payments
- Need to be able to set up the series of repetitive payments for future check issuance automatically.
- The positioning of some of the fields in the check and EFT windows is inconsistent
- You can allocate a single payment across supplements and need the ability to do so, identify the supplements and identify the portion going to each supplement.
- Current systems have 2 separate dbs - one in which the check resides (draft db) and one in which the accounting transactions occur.
- Each line item could carry with it default payment codes
- Payment offsets and onsets impact a portion of a payment they act like an adjustment to the payment. Need to be able to make these. Also need to handle stops, voids and any other exception processing
- Need to add the payment history window into the settlement design - it exists in demo but does not appear in design doc.
- Current process notes: checks are printed in Woodbury and on site. Printing checks on site means having more control over them. Woodbury checks come 1-2 later, are in a batch job, and have a generic printed status when the batch job runs (not when the check is actually produced). Would like to know status like "The check has left the office"
- Have to provide the ability to deny any payment down to the line item level.
- In "Handling Multiple Claims/Profiles" we discuss a charge card - in managed care where treatments are often times pre-approved a charge card may not be applicable. However SPC is looking to use a "checking account". The insured is literally handed a checkbook and a balance equalling their settlement. The insured/claimant can spend it as he or she sees fit.
- Allow flexibility to issue checks in different ways such as to someone who isn't the claimant or split payments between participants.
- Determine requirements for self-managed accounts; a suggested group is Major Markets, Medical Services with Stephen Brown and an underwriter from Transportation

## Preferred Vendor - Auto Body




**GmoParty Attributes**
- organizationName

**GmoPreferredVendor Attributes**
- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredAuto Attributes**
- loanerCarsIndicator
- towServiceIndicator
- independentDealerIndicator
- specialtyAreasCollection

**Functional Overview:**

- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred auto body shop, a button takes the user to a participant list containing only preferred auto body vendors near the given zip code.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

***Design Specifications:***

- All fields are read-only.
- Preferred Vendor Names are populated when the window is called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact displays the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility or is part of a dealer arrangement.
- Loaner Cars Available indicates whether the auto body shop provides loaner cars for insureds or claimants to use while their vehicles are being repaired.
- Tow Service Available indicates whether the auto body shop provides towing for the insured's or claimant's vehicle.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Specialty Areas displays the services in which the vendor has an expertise.
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides parts or services.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began providing its products and/or services.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of PRP Repairs contains the number of repair the vendor has performed as a preferred vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Preferred Vendor - Electronics




**GmoParty Attributes**
- organizationName

**GmoPreferredVendor Attributes**
- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredElectronics Attributes**
- repairServiceIndicator
- deliveryServiceIndicator
- businessTypeCollection
- itemTypesCollection

**Functional Overview:**
- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred electronics retailer, a button takes the user to a participant list containing only preferred electronics stores near the given zip code.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

**Design Specifications:**
- All fields are read-only.
- Preferred Vendor Names are populated when the window are called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact is the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility, is part of a dealer arrangement, or is an actual manufacturer.
- Delivery Service Available indicates whether the retailer provides the delivery of repaired or replacement items for insureds or claimants.
- Repair Service Available indicates whether the retailer fixes items as well as sells them.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Types of items contains a listing of the categories of items sold or fixed by the retailer.
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides products or services.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began providing its products and/or services.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of Item Replacements contains the number of items replaced or repaired by the vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Preferred Vendor - Clothing




**GmoParty Attributes**
- organizationName

**GmoPreferredVendor Attributes**
- vendorManagerName
- vendorPhone
- territoriesServedCollection
- manufacturersRepresentedCollection
- daysHoursCollection
- vendorDirectionsText
- complaintTotal
- unresolvedComplaintTotal
- preferredProviderYear
- beginOperationYear
- repairReplaceTotal

**GmoPreferredClothing Attributes**
- overnightDeliveryIndicator
- businessTypeCollection
- clothingTypesCollection

**Functional Overview:**

- The preferred vendor window provides the claim handler or call center representative with the ability to tell an insured about a preferred vendor. For example, when an insured agrees to use a preferred clothing retailer, a button takes the user to a participant list containing only preferred clothing stores near the given zip code or available for toll free ordering.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- A person outside of the claim handling staff would enter this data when establishing vendor relationships. When this window appears on the claim handling workbench, it can be read only - no edits can take place.

**Design Specifications:**

- All fields are read-only.
- Preferred Vendor Names are populated when the window are called. The list is populated by a set of search criteria which are established when the window is from a payment or property loss window. The search data would include the geographical reason or local zip codes of the claimant's address, the type of vendor that is needed and the preferred vendor indicator set to "Y"es. As the user highlights each vendor name, the data in the fields changes to correspond with the vendor chosen. The filter button would takes the user to a window which helps narrow even further the list of available vendors. This window has not been designed yet.
- Vendor Contact is the person who should be called with any questions regarding the auto service and the phone number with which to call this person.
- Hours of Operation is a collection of standard days and times during which the vendor is open for service to the insured.
- The Franchise radio buttons indicate whether the vendor is an independent service facility, is part of a dealer arrangement, or is an actual manufacturer.
- Overnight Delivery Service Available indicates whether the retailer provides overnight delivery of replacement clothing items for insureds or claimants.
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Types of clothing contains a listing of the categories of clothing sold by the vendor
- Manufacturers Represented lists the manufacturers with which the vendors are familiar and/or from which the vendors provides clothing.
- Directions provide free form text descriptions of how to reach the vendor from major highways, coming from the North, South, East, West. The globe icon next to the directions takes the user to a map of the vendor's location which corresponds with the written directions. This function would be enabled with the assistance of a mapping application.
- In Operation Since contains the year the vendor began selling clothing.
- Preferred Repair Provider Since contains the year the vendor became a preferred vendor with the insurance company.
- Number of Item Replacements contains the number of items replaced by the vendor.
- Number of Complaints contains the number of complaints the vendor has received since it became a preferred vendor.
- Number of Complaints not resolved contains the number of complaints the vendor has received since it became a preferred vendor in which the matter was not reconciled with the customer.

## Vendor Maintenance




**GmoParty Attributes**

- organizationName
- taxIdentificationNumber
- standardIndustrialCode

**GmoPreferredVendor Attributes**

- vendorSpecialtiesCollection
- vendorTerritoriesCollection
- thresholdDiscountCollection
- totalYearlyAmount
- totalYearlyQuantity
- totalCurrentAmount
- totalCurrentQuantity
- vendorRelationship
- dAndBRating
- unfavorableCommentsNumber
- billPayingScore
- totalAssetsAmount
- specialEventsText
- publicFilingsText

**Functional Overview:**

- The Vendor Maintenance Window identifies the type of relationship an insurance company has with a preferred vendor. It contains threshold information and comparisons of average yearly sales versus current. Also provided on the window is the information gained when the vendor is deemed a valid vendor.
- This window could be called from First Notice of loss windows, property damage windows, and line item capture .
- This window is not provided to the claim handler. Rather, its an interface used by the person within the insurance company responsible for developing vendor relationships.

**Design Specifications:**

- All fields are enterable. This is a stand-alone window. Should be called from the start up menu and from the menu options along the top of the Claim Handlers window (for demonstration purposes only).
- The name of the vendor is the organization name of the business. The user can call the participant search to find the correct name. **Therefore, a button taking the user to the participant search should be added to this window.**
- Territories Serviced contains a listing of all of the Zip+4 areas serviced by the vendor.
- Specialties displays the operations or features in which the vendor specializes.
- Threshold/Discount contains the threshold levels and corresponding discount percentages which are provided by the preferred vendor.
- Average Yearly Purchases contains the average dollar amount and item volume the insurance carrier purchases from the vendor each year.
- Current Yearly Purchases contains the current dollar amount and item volume the insurance carrier has purchased from the vendor to date.
- Vendor Relationship indicates whether the relationship with the vendor is poor, average, excellent or somewhere in between.
- The data contained in the Background Check Information area can largely be captured via Dun & Bradstreet. This information could be downloaded if provided in electronic format. The Dun and Bradstreet icon takes the user to an image or electronic copy of D&B's report regarding the vendor. Currently, the report window does not exist.
- Dun and Bradstreet rating provides the with the overall D&B rating given to the vendor.
- Number of Unfavorable Comments contains the number of negative comments received when surveyed regarding the vendor. The Customer Feedback button provides a link to a document containing the comments the surveyed customers provided. This window is not designed yet.
- Bill paying score contains the score D&B reports in regards to the vendor paying its bills on time.
- Total assets contains the dollar amount of the vendor's total assets.
- Tax Identification Number is the unique tax code identifying the vendor
- Standard Industrial Code places the vendor within a certain industry.
- Special Events provides the ability to capture Special Events from the D&B report in a free form text format. Public Filings provides the ability to capture Public Filings from the D&B report in a free form text format.

**Design Ideas:**

- Would like to view bill from bill review vendor as soon as they've captured it. Usually are not able to see bill until right before its paid. Also like the logic to exist to help ensure a bill doesn't get paid until its due date. For example, if its due in 30 days, don't pay it until day 30.
- Appreciate the concept in the scenario "WC Serious Loss." The system helps prevent a claim handler from failing to respond to the multiple and varied requests for payment.
- Should look into what D&B software/Internet access is available for getting background information on vendors.
- Would like a mechanism for communicating fraudulent vendors automatically to SIU. Additionally, would like to know on future claims when a vendor, previously marked as fraudulent, exists.
- Change title of design to "Vendor Management" and remove 2nd bullet on page 8.
- Need to determine when a vendor is established in the vendor database - just preferred? What about frequently used but not preferred? What aobut risky vendors?
- Outsourcing vendor management - from Rich Dryden conversation, companies like Waxman provides replacement for lost items. This company has an inventory of the most often claimed items.
- In "Handling Multiple Claims/Profiles" we discuss a charge card - in managed care where treatments are often times pre-approved a charge card may not be applicable. However SPC is looking to use a "checking account". The insured is literally handed a checkbook and a balance equalling their settlement. The insured/claimant can spend it as he or she sees fit.
- Vendors certificates of insurance need to meet requirements. This data could be held in vendor maintenance. Certificates of Insurance from vendors are required and are quite stringent. Not many vendors are meeting these requirements. This ties into the corporate risk assessment.
- Claim Handlers need to know if the vendor/attorney is licensed in the jurisdiction you want them to work in as well as other states. This has implications for international claims.
- Use vendor maintenance designs to help track and manage TPA relationships, fee arrangements, management reports, aggregating money information, pricing, etc.

## Specialized Claims Data - Product




**Functional Overview:**

- This window is for the use of Product Development, Account Managers, Claims Department, etc. in conjunction with their desktop views. It is designed as an input for the information and data fields needed to capture specialized claims data in CDC . The specialized claims data includes data that is currently not being captured and will be used for exception cases or as temporary test data for certain products, accounts or policies.
- The reason for the set-up of specialized data (product, account or policy) is indicated first. The user is then able to narrow the criteria for data capture by selecting the product name, account number and name, or policy number, type and insured.
- The level (claim, participant, etc.) and sublevel (bodily injury claim, insured, etc.) at which data is to be captured and when it is applicable to capture the data (FNOL, litigation point, if fraud is detected) is then indicated.
- The level and sublevel will determine where in CDC the new tab with the specialized claims data fields will appear.

**Specialized Claims Data – Policy**




**Functional Overview:**

- Within the Data Capture Set-Up frame, the user is able to denote what the new fields will be to capture the specialized data in CDC. New fields may be added at each data level.
- The field title is entered free form followed by a short description which could be incorporated into the claim handler's help system in CDC.
- Display type is then indicated to determine what sort of a field is required for the data collection in CDC. If the display type is free form, the user is prompted to indicate whether the input data should be alpha, numeric or monetary.
- Standard display type presents the user with a text box where specialized claims data values can be added as data options in a list box. Values can also be removed from the list box with the Remove button.

**Addition Complete Message Box**




**Functional Overview:**

- Pressing the OK button saves the titles of the new data fields ,their values and the rest of the entered information. The saved data is then displayed as a new tab at the appropriate data level within CDC when the requirements for its data capture are met.

**CDC – Additional Details**




**Functional Overview:**

- When the requirements for specialized data capture are met, the claim handler will view an additional tab within CDC at the appropriate level (claim, line item, etc.). A task will also be added to the Task Assistant indicating that additional information is required on a particular claim. For example, claims for a particular account may only require certain specialized data when there is a coverage question. The new tab within CDC and additional task to capture that data would not appear until a coverage question occurred.
- The point in time when the additional data is required is displayed along with the data fields and any standard values they may have.
- Data fields which had been given a free form display type in the Specialized Claims Data window, are presented with a large text box which handles multi-line text entry. Data fields with a standard display type are displayed with the data values which had been added in the Specialized Claims Data window.
- Reports on the additional data may then be made on such things as product development testing or account feedback.

Window Ideas:

- Need to evaluate data quality concerns with account specific data capture. How can we ensure the right data is being collected at the appropriate time.
- Claim handler might want to be aware of the account specific data capture - this will enable the claim handler to ask the questions needed to get the data in the same phone call other questions are asked.
- UW needs to be involved in identifying and billing for the account specific data capture. CSCs have full input into what is integrated into the large account deal.
- Might want to use account specific data capture in a historical sense. For example, be able to look back over the last 30 days and identify claims having specific characteristics. This would initiate a query on all the account's claims and place a task on the task asst notifying the claim handler he or she must find out more information within the claim folder.
- Rapid data capture uses: CAT type data; Account – transit data at a lower level: ups, us mail, fedex; or commercial – very specific location e.g. restaurant restroom, salad bar

## Account Reserves




**GmoReserveAccount Attributes:**

- accountName
- associationCollection
- closedClaimsTotal
- expenseAggregateLimit
- expenseIncurredAmount
- lossAggregateLimit
- lossIncurredAmount
- lossAggregateType
- expenseAggregateType
- openClaimsTotal
- expensePaidAmount
- expenseReserveAmount
- lossPaidAmount
- lossReserveAmount

**Functional Specifications:**

- Account reserve amounts and percentages are simply calculated from all the claims that fall under a specific account. This window serves as a reporting tool to allow claim handlers and account managers to view how much has been paid versus an aggregate limit allowed for an entire account. Users can also get a feel for how reserves compared to the aggregate limit and to the actual paid.

- Frequently, insurance companies establish accounts for the purpose of imposing aggregate limits on a group of policies. Accounts are also established when amounts or risks are high enough that additional insurance is purchased.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the claims that fall under this account.
- This window is located at the account level of the claim tree as a tab.
- Account name is the title given a group of accounts. Association is a standardized description describing the nature of the relationship between accounts.
- Total reserved is the total amount of the reserves set for all the claims falling under the account. This window captures a reserve amount for both the total losses paid and the total loss adjustment expense.
- Total paid is the total amount paid on all of the claims falling under the account This window captures a paid amount for both total losses paid and the total loss adjustment expense.
- Total incurred is the total amount incurred on all claims falling under the account. This window captures an incurred amount for both total losses paid and the total loss adjustment expense.
- If an aggregate is imposed on the group of accounts, the type of aggregate is captured in addition to the dollar amount of the aggregate limit.
- An Additional Insurance icon takes the user to an additional insurance window which shows the re-insurance and co-insurance deals made on the account.
- The pie charts at the top of the window are a graphical representation of the amount paid versus the amount reserved and the amount paid versus the aggregate limit. In both pie charts the amount paid is a percentage or a slice of the pie. Once paid equals reserved, the reserve pie chart becomes red and 100% appears. Once paid equals limits, the aggregate pie chart becomes red and 100% appears.

## Claim Reserves




**GmoReserveClaim Attributes:**
- lossReserveAmount
- lossPaidAmount
- lossIncurredAmount
- lossReinsuranceAmount
- expenseReserveAmount
- expensePaidAmount
- expenseIncurredAmount
- expenseReinsuranceAmount

**GmoReserveHistory Attributes:**
- reserveHistoryList
- lossExpenseIndicator

**Functional Requirements:**
- The claim reserves window allows the claim handler to know the overall status of the claim in regard to how much has been paid towards the claim compared to what has been reserved.
- Reserve amounts can largely be subjective as frequently part or all of the claim reserve is set by claim handler using his or her experience as an only reference. For very specific sub-claims or claims, however, part or all of the reserve might be automatically calculated. If a reserve is partially or

completely derived from an equation, this needs to be communicated to the user by displaying a sigma or summation icon. This icon is not a button, its just a picture that commands the user's attention.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the sub-claims (for all participants) that fall under this claim.
- This window is located at the claim level of the claim tree as a tab.
- Total reserved is the total amount of the reserves set for all the sub-claims falling under the claim. This window captures a reserve amount for both the total losses paid and the total loss adjustment expense.
- Total paid is the total amount paid on all of the sub-claims falling under the claim. This window captures a paid amount for both total losses paid and the total loss adjustment expense.
- Total incurred is the total amount incurred on all sub-claims falling under the claim. This window captures an incurred amount for both total losses paid and the total loss adjustment expense.
- An Additional Insurance icon takes the user to an additional insurance window which shows the re-insurance and co-insurance deals made on the account in which the claim is included. The amount of additional insurance reflects the amount paid on the claim that will be paid back to the insurer by a re-insurer or co-insurer or combination of insurers. This field is labeled "Reinsurance" in the label above. Label it "Additional Insurance" instead.
- The pie chart at the top of the window is a graphical representation of the amount paid versus the amount reserved. The amount paid is a percentage or a slice of the pie. Once paid equals reserved, the reserve pie chart becomes red and 100% appears.
- A list view appears at the bottom of the window showing the history of all reserves set on the claim. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Participant Reserves




**GmoReserveParticipant Attributes:**
- totalReserveAmount
- totalPaidAmount
- lossReserveAmount
- lossPaidAmount
- expenseReserveAmount
- expensePaidAmount

**GmoReserveHistory Attributes:**
- reserveHistoryList
- lossExpenseIndicator

**Functional Requirements:**
- The participant reserves window allows the claim handler to know how much has been paid to a participant versus how much has been reserved.
- Reserve amounts can largely be subjective as frequently part or all of the reserve is set by claim handler using his or her experience as an only reference. For very specific sub-claims, however, part or all of the reserve might be automatically calculated. If a reserve is partially or completely derived from an equation, this needs to be communicated to the user by displaying a sigma or summation icon. This icon is not a button, its just a picture that commands the user's attention.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total amounts for all the sub-claims that fall under this participant.
- This window is located at the participant level of the claim tree as a tab.
- Total reserved is the total amount of the reserves set for all the sub-claims falling under this participant.
- Total paid is the total amount paid on all of the sub-claims falling under the participant.
- The total paid is shown as a percentage of the total reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Total loss reserved is the total amount of loss reserves set for all the sub-claims falling under this participant.
- Total loss paid is the total loss amount paid on all of the sub-claims falling under the participant
- The total loss paid is shown as a percentage of the total loss reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Total expense reserved is the total amount of expense reserves set for all the sub-claims falling under this participant.
- Total expense paid is the total expense amount paid on all of the sub-claims falling under the participant
- The total expense paid is shown as a percentage of the total expense reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- A list view appears at the bottom of the window showing the history of all reserves set for the participant. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Sub-Claim Reserves




**GmoReserveSubClaim Attributes:**

- totalReservedAmount
- suspenseIndicator
- manualAutoIndicator
- lossReserveAmount
- lossPaidAmount
- lossDeductibleAmount
- lossIncurredAmount
- lossReinsuranceAmount
- lossRetentionReserve
- expenseReserveAmount
- expensePaidAmount
- expenseDeductibleAmount
- expenseIncurredAmount
- expenseReinsuranceAmount
- expenseRetentionReserve

**GmoReserveHistory Attributes:**

- lossExpenseIndicator
- reserveHistoryList

**Functional Requirements:**

- The sub-claim reserves window allows the claim handler to estimate how much is being paid towards a sub-claim's losses and the expenses in comparison to the reserves set for each of these areas.
- The claim handler sets reserves at the sub-claim level. He or she can update the reserve amounts throughout the life of the claim and close out the expense, loss or both reserves at any time.

**Design Specifications:**

- Read only dollar amounts. Window reflects the total for all the expense reserves that fall under a sub-claim.
- This window is located on the sub-claim level as a tab.
- Manual and Auto indicate whether the reserve amounts were set using a manual approximation or some type of computer generated estimate, given the type of sub-claim.
- Total reserved is the total amount of the loss and expense reserves set for this sub-claim.
- Total paid is the total amount of the loss and expense payments made towards this sub-claim.
- The total paid is shown as a percentage of the total reserved using the pie chart icon. The total paid is a slice of the pie. When paid equals reserve the pie chart becomes completely red displaying 100%.
- Sub-claim in suspense indicates something about the sub-claim requires resolution before payments can be made towards the sub-claim.
- Update Reserve takes the user to the reserve window to establish a new reserve amount for either loss or expense. A separate pop-up appears to handle this transaction. This button is labeled "New Reserve" when no reserves are set and is disabled when the reserves are closed.
- Close Both Reserves automatically closes both the loss and expense reserves for the sub-claim. A separate pop-up appears to handle this transaction. This button reads Re-Open Both Reserves upon the reserve being closed.
- Reserves for both the loss and expenses reflect the latest reserve amounts established for both of these categories.
- Close appears for both the loss and expense reserves. These buttons initiate a close reserve window. Their labels appear as "Re-open" once their reserves are closed.
- Paid reflects the total amount made in payments towards the sub claims. Amounts exist for both loss and expense.
- Deductible indicates what amount of the sub-claim amounts will be covered by the insured per the policy.
- Additional Insurance indicates what amount is covered by another insurer per a re-insurance agreement, co-insurance agreement or combination of additional insurance arrangements. Amounts exist for both loss and expense. In the above picture they are listed as "Reinsurance." Change this to "Additional Insurance."
- Retention credit reserve is the amount covered by a retention arrangement. A portion of the loss could be covered by the insured outside of the deductible. This amount is displayed for both loss and expense.
- Incurred is the resulting amount the insurance company is covering, taking reserves, paid, re-insurance, deductibles, etc. into consideration. This amount is displayed for both loss and expense.
- A list view appears at the bottom of the window showing the history of all reserves set for the participant. Reserves are posted at the sub-claim level, so this window must get this data by looking at the reserves set on each sub-claim. The list view can be filtered, using radio buttons, to show only the reserves set towards expenses, only the reserves set towards losses, or both.

## Set Reserve




**GmoReserveHistory Attributes:**

- lossExpenseIndicator
- suspenseIndicator
- newReserveAmount
- currentReserveAmount
- transactionType
- authorizationName
- transactionDate
- transactionReason

**Functional Requirements:**

- This window allows the user to set new reserve amount. Tracks whether the claim handler is posting a reserve amount to be approved, setting an amount within his or her authority or approving an amount posted by another person. This interface controls the addition of reserves which will be reflected in the reserve history spreadsheet once the user leaves this pop-up.

**Design Specifications:**

- Called when a new reserve, update reserve, close reserve or re-open reserve is called.
- Sub-claim in suspense indicates something about the sub-claim requires resolution before payments can be made towards the sub-claim.
- When new reserve: current reserve amount = 0. The user should be prompted in the new reserve field. The transaction should be defaulted to post reserve, the performed by to the person logged in, and the date to today's date. Reason should be disabled.
- When update reserve: previous amount = the latest reserve amount set. Prompt user in new reserve field. Default the transaction as post reserve, the performed by to the person logged in, and the date to today's date. The reason list view should be populated with values like liability change, adverse ADR result, etc.