- When close reserve: previous amount = the latest reserve amount set. New reserve field equals zero. Default the transaction as close reserve, the performed by to the person logged in, and the date to today's date. Reason should be enabled, prompted for and required.
- When re-open reserve: previous amount = zero. New reserve field prompted for. Default the transaction as re-open reserve, the performed by to the person logged in, and the date to today's date. Reason should be enabled and required.
- Transaction is the mode the reserve is in. For example, a reserve can be posted by one person, and then authorized by another. Entry Required.
- Performed By is the field showing who is submitting the transaction. Entry Required.

**Design Ideas:**

- Monitoring reserves against aggregates is an excellent idea. Currently the system does not tell you if your reserves are approaching an aggregate limit.
- Expenses exist which reduce loss reserves instead of expense reserves. Need to identify these at the claim level - not necessarily tied to event, but came up in talking about reserves. Its always nice to know if the insurance company is paying the expenses or if the insured is footing the bill.
- Add the ability to enter an initial average reserve all claims should be set at - should this be automated? Also, a text box to describe how this reserve was derived or a link to spreadsheet showing this calculation.
- "Financial" might be a better title for the reserve tab.
- Claim folder currently has a reserve and payments query window. We are going to want to look at the fields defined on this window and include them in our financial summary window as well.
- It might be more appropriate to track reserves at the policy level instead of the account level. What aggregates do you truly have at the account level that you need to track?
- When closing a reserve, for WC medical and indemnity, the claim handler must give a close status. He or she has 4-5 choices to define the close status.
- When setting reserves, it would be nice to have an automated worksheet with which to calculate the reserves. Often times large accounts request to see this worksheet. This worksheet would also aid the adjuster in calculating his reserves.
- Would be nice to have some type of automated reserve where all the adjustments, the SB rate, the life tables, etc. are taken into consideration (i.e. a pension system for lifetime benefits). Right now this process is very manual and very complicated. Claim handlers will be more timely with calculating these reserves if the task was less overwhelming. This automated process would help in subrogation too.
- There is a desire to see all financial data on the reserve level, not only loss and expense data, but reinsurance, deductible and subrogation information in the same area. I would want to see the data at a claim level to see all of it at a glance, but may want to go to another level. Having the data would save a lot of time. Other users beyond claims would also have a need it for – that was a huge issue with ACE.

## Sub-Claim Details




**GmoSubClaim Attributes:**

- status
- openDate
- closeDate
- primaryClaimHandlerName
- category1
- category2
- category3
- coverageConfirmedIndicator
- subrogationIndicator
- transferIndicator
- negotiationIndicator
- litigationIndicator
- salvageIndicator
- transferIndicator

**GmoPolicy Attributes:**

- deductibleIndicator
- deductibleAmount
- aggregateLimitIndicator
- aggregateLimitAmount
- retentionIndicator

- retentionAmount
- additionalInsuranceIndicator

**Functional Overview:**

- The third level of claim data is the sub-claim level. The first level of the claim contains basic loss and claim assignment information, the second level contains information about the people involved in the claims, and this third level contains information about the damages suffered. Example sub-claims include bodily injury, medical payments, lost time, property damage, and collision. The applicable types of sub-claims largely depend upon the related policy's line of business.
- Applicable sub-claim data largely depends upon the type of sub-claim. For example, a property damage sub-claim requires information which is quite different from a bodily injury sub-claim. This design demonstrates a property damage sub-claim, while the Injury and Auto Sub-Claim designs show two other views of sub-claims.
- The Details tab on the sub-claim contains the data relevant to all types of sub-claims. The window primarily leads to settlement and recovery information found on various pop-ups.

***Design Specifications:***

- Status, Date Opened, and Date Closed refer to the overall status of the sub-claim.
- Primary Claim Handler is the claim handler primarily responsible for the sub-claim. This field is populated only if the sub-claim was assigned to a specific person due to expertise. Otherwise, it is assumed the Primary Claim Handler of the claim is the same as the Primary Claim Handler of the sub-claim.
- Sub-Claim Characteristics, are generic coding fields which build upon one another. Depending on the users of this window, these drop downs will further define the claim for the purpose of keeping statistics or tracking billing.
- Negotiation indicates whether or not the sub-claim is involved in a negotiation. The icon to the right of the label brings the user to the negotiation series of windows. More than one sub-claim can be tied to a single negotiation, making a pop-up window the preferred method of presenting the negotiation data. For more information on negotiation see the Negotiation window design.
- Litigation indicates whether or not the sub-claim is involved in a litigation. The icon to the right of the label brings the user to the litigation series of windows. More than one sub-claim can be tied to a litigation, making a pop-up window the preferred method of presenting the litigation data. For more information on litigation see the Litigation window design.
- Coverage Confirmed notes someone has actually confirmed that the insured's policy covers the sub-claim.
- Deductible indicates a deductible applies to the sub-claim and presents the deductible amount. This data can be populated from policy information, if links to the policy system exist. Otherwise, the user can enter this information as it is known.
- Aggregate Limit indicates a aggregate limit applies to the policy or account the sub-claim falls under and presents the limit amount. This data can be populated from policy or account information if links to the policy system exist. Otherwise, the user can enter this information as it is known.
- Retention indicates the insurance contract has a retention agreement wherein the insured agrees to retain a portion of the loss. The amount portion of the loss retained is captured in the Amount field. This data can be populated from the insurance contract information if links to this data exists. Otherwise, the user can enter this information as it is known.
- Additional Insurance recognizes the existence of an additional insurance agreement. The window explaining this agreement can be called by pressing the icon next to the corresponding indicator. For more information on reinsurance or additional insurance, see the Additional Insurance window design.
- Subrogation signals subrogation of loss costs exists. The button to the right of this indicator takes the user to a Subrogation window to further describe the subrogation. For more information see the Subrogation design.

- Salvage indicates that recovery through property salvage exists. The button to the right of the Salvage indicator brings the user to a Salvage window to further describe the salvage. For information see the Salvage design.
- Transfer indicates the sub-claim has been mistakenly entered for the claim. The sub-claim has been transferred to another claim. When this is true the Transfer button is enabled and is linked to the transfer information.

*The Reserve and Settlement tab designs are located in the Reserve and Settlement design documents.*

## Sub-Claim Property Damage




**GmoDamagedProperty Attributes:**

- description
- streetAddress
- city
- state
- zipCode
- geographicalCode
- damageDescriptor1
- damageDescriptor2
- damageDescriptionText

**Functional Overview:**

- This tab serves as an example of what additional tabs would appear on the sub-claim level. The tabs which appear will depend heavily on the type of sub-claim.
- This tab is a Property Damage tab. It captures the description and location of the property and of the damage to the property as caused by the loss.

**Design Specifications:**

- This tab appears at the sub-claim level when a claim involves property damage.

- The Description and Address fields within the Property Location box capture the location of the property which was damaged in the loss. For example, a building which experiences damages would be represented by its address and a textual description of the location.
- Loss Description contains two drop down lists which can accommodate standardized loss coding. These fields can be dependent on one another so that Description 2 builds upon Description 1. These fields would be customized to fit the line of business and/or client.
- Loss Description also contains a textual description of the loss, the Damage Description.

## Property Repair




**GmoDamagedProperty:**
- repairEstimateIndicator
- repairEstimateAmount
- repairFacilityName
- preferredVendorIndicator
- insuranceCompanyName
- insuranceIndicator
- mortagageeIndicator
- mortgageeName

**Functional Overview:**
- The Damaged Property window contains information regarding any property damaged in a loss.
- A preferred vendor is usually offered to the insured and the claimants when discussing the repairs to property. Preferred vendors provide volume discounts, guarantees, and preferred service level to the insurance company and its claimants.
- Mortgagees are captured as they are often on the lien of the property along with the owner. Because the mortgagee has a lien on property, it is often a payee along with the owner on settlement payments.

**Design Specifications:**
- The Damaged Property window is called from the Sub-Claim window. The claim handler will need the ability to update this window on an ongoing basis, but none of the fields are required for the window to close.
- Insurance and Mortgagee capture two participants in the claim which have a financial interest in the severity of the claim. Both of these participants can be added and attached using the Global Name and Address Book accessible from the Participant Search icon. To understand more about adding people to a claim see the Global Search design.
- Repair Estimate indicates if an estimate exists. If an estimate does exists, the dollar amount of the estimate appears next to the indicator.

- Willing to Use Preferred Vendor indicates the insured's or claimant's desire to use a vendor with which the insurance company has a preferred relationship. The Find Vendor button provides the user with the ability to locate an applicable vendor in the insured's geographical area. If no preferred vendor is located, but the insured or claimant expressed the willingness to use one, the box will remain checked.
- When a claimant or insured refuses a preferred vendor the box remains unchecked. Furthermore, if the vendor he or she chooses happens to be a preferred vendor, the box still remains unchecked. The check box indicates willingness, not actual use.
- Repair Facility Selected indicates a vendor has been chosen regardless of whether that vendor is preferred or not.

## Subrogation




**GmoSubrogation Attributes:**

- subrogationEstablishedDate
- subrogationClosedDate
- subrogationAmount
- subrogationExpenseAmount
- subrogeeNameCollection
- subrogationRecoveryType

**Functional Overview:**

- Subrogation occurs when the insurance company recovers loss costs from participants in the claim. For example, if a person other than the insured caused damage to the insured's auto the insurance company covers the loss for the insured while seeking funds from the person causing the damage to compensate for the loss.
- The Subrogation window captures basic information about the type and amount of the subrogation being sought from another party.

**Design Specifications:**

- The Subrogation window is called from the Sub-Claim Details window.
- Established Date is the date the insurance company began subrogating against a participant on a claim. Date Closed is the date the subrogation process ended.
- Recovery Type is the type of subrogation that is taking place.

- Amount to Date captures the dollar amount recovered thus far in the subrogation process. Expenses Incurred records the cost of obtaining the recovery funds.
- Subrogees lists the people being subrogated against. New brings the user to attach an existing participant or find/add a new participant. Edit allows the user to edit the participant's information in the participant windows. Delete allows the user to remove a participant from the subrogee list.

## Salvage




**GmoSalvage Attributes:**

- establishedDate
- closedDate
- salvageAmount
- expenseIncurred
- buyersCollection

**Functional Overview:**

- Salvage is the damaged property which can be reconditioned and sold to reduce the amount of loss costs. This window helps capture the dollar amount salvaged, and the expense associated with achieving the salvage.

**Design Specifications:**

- Invoked from Sub-Claim window. No fields are required before closing this window.
- Establish Date and Date Closed mark the dates the salvage was first pursued and the day the total amount was received.
- Amount to Date captures the dollar amount of the salvage is worth.
- Expense Incurred captures the cost of obtaining salvage.

- Salvage Buyers is a list of all of the buyers providing salvage funds towards the sub-claim. New brings the user to attach an existing participant or find/add a new participant. Edit allows the user to edit the participant's information in the participant windows. Delete allows the user to remove a participant from the salvage list.

## Transfer Information




**GmoSubClaim Attributes:**
- transferDate
- transferPolicyNumber
- transferReason

**Functional Overview:**
- Transferring a sub-claim from one claim to another occurs when a sub-claim is added to an incorrect claim. This window simply notes the sub-claim has been transferred and to which policy it belongs.

**Design Specifications:**
- The Transfer window is called from the Sub-Claim *Details* tab.
- Date captures the date of the transfer.
- Transfer Policy captures the policy with which the sub-claim aligns.
- Reason captures the reason transfer needs to take place.

**Design Ideas:**

- Will need to explore St. Paul's cause of loss codes and class codes and determine what data needs are met by Millennium and which are not. This is really getting down to the data field level and is too much detail for the conceptual design review.
- Who really owns subrogation and salvage? The recovery unit handles salvage, subrogation and deductibles, and performs actions which mirror that of a claim handler. However, it is the claim handler that must come up with proof that salvage and subrogation opportunities exist.
- Name of the adjuster and phone number should be included on property damage window.
- Need the ability to transfer sub-claims created in error, between claims and participants.
- Would be nice to have some type of automated reserve where all the adjustments, the SB rate, the life tables, etc. are taken into consideration (i.e. a pension system for lifetime benefits). Right now this process is very manual and very complicated. Claim handlers will be more timely with calculating these reserves if the task was less overwhelming. This automated process would help in subrogation too.
- Need to be able to indicate potential fraud and capture supporting information for this suspicion.
- Pre-establish a link between premium and supplement type for automatic match when we do definition of new supplement.

## Task Assistant View




**GmoTask Attributes:**

- fromDate
- toDate
- performerName
- type
- completionDate
- authorName
- status
- dueDate
- ticklerDate
- mandatoryTaskIndicator
- source
- enabledTaskIndicator
- participantName
- claimType
- claimTrackingNumber

**GmoParticipant Attributes:**

- primaryRole

**GmoClaim Attributes:**
- status
- owner
- trackingNumber
- claimParticipant

**GmoClaimHistory Attributes:**
- claimTaskList

**GmoPolicy Attributes:**
- primaryInsuredName
- linesOfBusiness

**GmoLoss Attributes:**
- lossDate

**Functional Overview:**
- The Task Assistant task list provides the claim handler with tasks that need to be completed within a specified date range for each claim. This is the claim handler's dynamic to-do list.
- Tasks may be enabled. An enabled task is one which performs a function without user intervention. For example, upon taking a first notice and assigning a claim some insurance companies send a post card to the insured to let them know their claim is being adjusted. Having recognized a new claim exists, the task assistant could automatically address and produce this post card in the mail room. No claim handler intervention is needed. However, claim handler interaction is somewhat necessary for the more common, partially enabled tasks. Partially enabled tasks are those which require a little user interaction, but are largely automated. For example, a phone task would provide the user with a dialer mechanism and a place to capture notes about the phone call.
- Mandatory tasks are tasks that must be performed given the claim's type and lifecycle state. For example, for an auto claim with a bodily injury negotiation taking place, the task assistant may populate certain tasks that always have to be performed when a bodily injury goes into negotiation.
- Regulatory tasks are a special type of mandatory task. Regulatory tasks are business functions that need to be performed based on state or federal laws.
- Best practices tasks are those processes that need to take place during a claim's life because the organization handling the claims has distinguished these tasks as being critical to the organization's success. Performing these steps consistently on each claim might give the organization a competitive advantage.
- Personal profile tasks are steps that need to be taken due to the person assigned the claim. For example, a new claim handler might have a list of tasks his or her supervisor has identified as needing to be done each time the claim handler receives a new claim.
- The task list for a claim is updated by the system as events occur during the life of the claim. For example, if a minor injury becomes a major injury, additional tasks will automatically appear on the task assistant. These tasks could come from any of several sources: best practices, regulatory, . mandatory, etc.
- The tasks remain once they are completed as a historical record of what occurred during the life of a claim. They can be viewed in the claim history window. The existence of these completed tasks eliminates some of the need for file notes.
- The Task Assistant also tracks how much time was spent on each task as best it can. This provides the framework for Activity Based Costing.

**Design Specifications:**
- This window can be called from the toolbar in the Claim Data Capture windows or can be initiated from the Main Menu. It runs as a separate application and will be kept open throughout most of the claim handler's work day. This window works similar to a search window.

- The first box of the Date Range is defaulted to the current date. The second box can also be defaulted, perhaps with a date a week into the future. To avoid performing an excessively large search, this field should be populated.
- Performer defaults to the person logged into the system. The remainder of the list contains people in the claim handling department. To avoid performing an excessively large search, this field should be populated.
- Type contains the different types of tasks. For example: phone tasks, correspondence, coverage, etc. This is not a mandatory field for the search to be performed.
- Status contains the different task statuses: open, partially complete and completed. This is not a mandatory field for the search to be performed.
- The Claim Type is the line of business under which the policy was underwritten. For example: personal auto, commercial liability and homeowners. This is not a mandatory field for the search to be performed.
- The Task List is displayed as a tree. The claim is the parent on the tree and the tasks are the children. Only the tasks within the header criteria are shown.
- Task Details provides a summary of the task characteristics. This area is populated when a single task is highlighted. This area shows information such as the Tickler Date, Date Due, whether the task is Enabled or not, the Participant for which the task is being performed, etc.
- Claim Details provides the summary information about the claim. This area is populated when a claim is highlighted or a task within a claim is highlighted. It shows the Primary Insured, Date Of Loss, Line Of Business, Claim Owner, and Status of the claim.
- Highlighting a task and pressing the Initiate button, initiates a task. For enabled tasks this means actually sending the letter or making the phone call. It also could mean prompting the user to choose the letter or select a phone number. For a manual task it means prompting the user with a dialog and buttons to indicate how the task was completed. Some tasks will be accompanied with pre-formatted file notes which are saved once the task is completed.
- New Task button brings the user to the New Task window. This window assists the user in immediately creating a new task.
- Task Details button brings the user to the details of the established task. For tasks created for the Task Library, a view of the Task Library is displayed. For tasks created by the claim-handler, the New Task window is displayed showing the set-up information.
- The Reassign button allows the user to quickly change who a task is assigned to. The Update Task window is presented to the user with the cursor positioned in the performer field.
- The Delete button removes a task from the task list permanently. An "Are you sure?" dialog box appears when the user chooses to delete a task. Mandatory tasks cannot be deleted.
- The Go To Claim button brings up the Claim Data Capture interface with the corresponding claim opened.
- The Go to Workplan button takes the user to the claim's Workplan. This is the interface used to plan the tasks for a single claim.

## Build Workplan




**GmoTask Attributes:**
- taskLibraryList
- lifecycleEvent
- claimType
- subClaimType

**GmoClaimHistory:**
- claimTaskList

**Functional Overview:**
- The Workplan window allows the user to establish all of the tasks to be performed for a single claim. The user can pull standardized tasks from the claim department's class library to create the plan. This window would be mostly used when a claim is new and complex in order to establish a claim handling strategy.
- The standard library of tasks is a series of tasks created by the claim department to reflect best practices, regulations, agreements with large accounts, and standard business processes. The list can be filtered on the Workplan window by the Claim Type, Sub-Claim Type, and Lifecycle states of the claim.
- Mandatory tasks known by the system due to the type of claim and events that have occurred within the claim always appear as part of the claim's task list. They will appear on the right hand list within the claim's Task Tree. Mandatory tasks cannot be removed from the claim's task list.

- Pre-formatted tasks exist in the Task Library for the user to add to the claim list. Any known data about the claim or task can be inserted to facilitate the execution of this task in the future. For example, in a pre-established correspondence task, the user can add the addressees for which the letter will be sent. When the task is executed, the letter will already be formatted with the appropriate addressees.
- New tasks can also be added to the list. A user might choose to add a new task when an appropriate task does not exist in the Task Library. A New Task window captures the basic information about a task and populates the Task Assistant with the task name.

**Design Specifications:**

- This window is called from the main view of the Task Assistant using the Go To Workplan button. It works similar to a search window.
- Claim Type defaults with the claim type designated on the claim. Other claim types may also be selected if the claim has characteristics similar to other types as well. This field is not mandatory for the search.
- Sub-claim helps further narrow the search so the user can work through one sub-claim at a time. This field is not mandatory for the search.
- Lifecycle Events filters the task list as well. One to many lifecycle events can be chosen to build the task list on the left hand side. This field is not mandatory for the search.
- The left hand list of tasks are all the non-mandatory tasks from the Task Library which meet the search criteria. Each task is listed once.
- The right hand list of tasks is a tree representation of the claim, participants, and the participants' sub-claims. Tasks can be designated as falling under any of these levels. For example, "Take a Recorded Statement" could fall under each participant while "Inspect Vehicle" would fall under only and auto property damage, collision, or comprehensive sub-claim.
- Users can drag tasks from the left hand side to the right side, populating the task under the appropriate level. Tasks will not disappear from the left hand side, as they may need to be used several times. Highlighting both the task and the level and pressing the right arrow key performs the same function as the drag and drop.
- An unwanted task can be removed from the claim's plan, by having the user highlight the task and press the left arrow key.
- Select All chooses all of the tasks on the left hand list.
- Deselect All clears any selected tasks in the left hand list.
- New Task button brings the user to the New Task window ready to accept information regarding a user created task.
- Highlighting a task within the workplan, meaning one the user has identified as being part of the strategy, and pressing the repetitive task button brings up the repetitive task window. This window makes the claim task appear periodically through the lifecycle of the claim.
- Task Details button brings the user to the details of the established task. For tasks created for the Task Library, a view of the Task Library is displayed. For tasks created by the claim-handler, the New Task window is displayed showing the set-up information.

## Repetitive Task




**GmoTask Attributes:**

- taskName
- frequencyCollection
- frequencyNumber
- startDate
- endDate
- frequencyWeekDay
- frequencyBiWeekDay
- frequencyMonthDay
- frequencyYearMonth
- frequencyYearDay

**Functional Overview:**

- The repetitive task window provides a claim handler with the ability to make a standard task from the task library repeat. Making a task repeat means making it appear as a to-do item on a regular basis like weekly, biweekly, monthly or annualy.

**Design Specifications:**

- This window is called from the workplan window within task assistant. It provides the user with the ability to make a task within the claim's strategy a repeating task.
- The Task Name is a short description of the task. This text appears in the Task Assistant to identify the task.
- The Start Date of a repeating task is the date the first repeating task must be initiated.
- The End Date of a repeating task is the date the last repeating task must be initiated.
- The Number of Times is the number of times the task will repeat.
- The Frequency gives the user four frequency choices. When the user chooses Weekly for a frequency, the user must also choose a corresponding day of the week. The same must occur if the user chooses Biweekly. Upon choosing Monthly, the user must choose the day of the month, meaning a number. For example, 4 would mean the user wants the task to be due on the fourth of each month. Finally, if the user chooses Yearly then a corresponding month and date must be selected.
- Pressing the OK button saves the repetitive task information and returns the user to the workplan window. Pressing cancel simply returns the user to the workplan, saving nothing.

## Personal Profile




**GmoTask Attributes:**
- taskLibraryList
- performerName
- claimHierarchyLevel
- lifecycleEventCollection
- subClaimType
- claimType

**GmoClaimHandler Attributes:**
- personalProfileList

**Functional Overview:**
- The Personal Profile window for the Task Assistant enables the claim handler or supervisor to set up tasks a specific person will perform for every claim. For example, a supervisor might set up some standard tasks for a new claim handler to guide the claim handler's work effort.
- The tasks are set up per person rather than per level to avoid maintaining a task per career level list. This approach allows people who grow faster in ability to have tasks removed from the list sooner. It also enables experienced claim handlers to identify frequently used tasks on their own.

**Design Specifications:**

- This window appears as a menu option on the Task Assistant. It works similar to a search window.
- All mandatory tasks will pre-populate the right hand list.
- Performer defaults to the person logged into the system. This field is mandatory for the search to be performed.
- Claim Type and Sub-claim Type can be set to help organize the process of setting up tasks. These fields are not mandatory, but recommended to set up the Personal Profile in an organized manner.
- Lifecycle Events can be used to set up the personal profile as well. This field is not mandatory either.
- The left hand list of tasks are all the non-mandatory tasks from the Task Library which meet the search criteria. Each task is listed once.
- The right hand list of tasks is a list of all the tasks the claim handler will do for a particular kind of claim in a particular lifecycle event. The performance criteria are determined by the search fields the user chooses. For example, if the user selects tasks for an auto claim in negotiation, then those tasks will always appear to a claim handler when an auto claim reaches negotiation. Mandatory tasks based on the search criteria will automatically populate the right hand side.
- Users can drag tasks from the left hand side to the right side, populating the tasks on the claim handler's list. Highlighting both the task and the level and hitting the right arrow key performs the same function as the drag and drop.
- An unwanted task can be removed from the claim's plan, by having the user highlight the task and press the left arrow key.
- Select All chooses all of the tasks on the left hand list.
- Deselect All clears any selected tasks in the left hand list.
- Task Details brings the user to the details of the established task specifically, a view of the Task Library is displayed.

## New Task




**GmoTask Attributes:**
- taskName
- description
- type
- ticklerDate
- participantName
- performerName
- creationDate
- authorName
- repetitiveTaskIndicator
- launchFileNoteIndicator
- frequencyCollection
- frequencyNumber
- startDate
- endDate
- frequencyWeekDay
- frequencyBiWeekDay
- frequencyMonthDay
- frequencyYearMonth
- frequencyYearDay

**Functional Overview:**
- The New Task window enables the user to create a task, when an applicable one does not appear on the Task Library. The user can add a new task from the main window of the Task Assistant or while in the Workplan windows.

**Design Specifications:**

- This interface is called from within the Task Assistant or the Workplan. A claim must be identified before this window can be called.
- The Task Name is a short description of the task. This text appears in the Task Assistant to identify the task.
- The Task Description is a long description of the task.
- The Type Of Task indicates whether the task is a phone, correspondence, ad hoc, or other type of task. By indicating a task is a phone task, the user is setting up the dialer to be called when the task is actually invoked. This logic follows for a correspondence task as well.
- The Participant is the name of the participant for whom the task will be performed. This list is populated with all of the participants on the claim.
- The Performer is defaulted to the user. Populate this list with everyone in the claim handling department.
- The Tickler Date is the date the task is due to be performed. By hitting <Ctrl> <D> the user is taken to a Calendar utility which facilitates choosing a tickler date.
- Repetitive Task indicates whether this task must occur multiple times. The logic for setting up a repetitive task is presented to the user when this box is checked.
- Launch File Note at Execution indicates the file note dialog will be presented to the user once the task is complete.
- The Start Date of a repeating task is the date the first repeating task must be initiated.
- The End Date of a repeating task is the date the last repeating task must be initiated.
- The Number of Times is the number of times the task will repeat.
- The Frequency gives the user four frequency choices. When the user chooses Weekly for a frequency, the user must also choose a corresponding day of the week. The same must occur if the user chooses Biweekly. Upon choosing Monthly, the user must choose the day of the month, meaning a number. For example, 4 would mean the user wants the task to be due on the fourth of each month. Finally, if the user chooses Yearly then a corresponding month and date must be selected.

## Phone Task




**GmoPhoneTask Attributes:**
- phoneResultCollection
- rediaryDate

**GmoParty Attributes:**
- homePhoneNumber
- businessPhoneNumber

**GmoTask Attributes:**
- category
- participantName

**GmoFileNotes Attributes:**
- fileNoteText

**Functional Overview:**
- The Phone Dialog window provides the user with ability to create a record of what happened when a phone call was triggered from the Task Assistant. It facilitates the writing of a file note and establishing future phone task. If no file note is written, the historical record that the task was initiated can be used to document the call was made.
- The phone task provides one example of the interface for a partially enabled task.

**Design Specifications:**
- The Participant defaults with the name of person being called as identified by the task's location on the tree. For example, if the task is located under John Doe on the Claim's Workplan, then John Doe will be the defaulted participant. The drop down list contains every participant on the claim.
- The Phone Number defaults with the business phone number for a commercial participant and the home phone number for a personal participant.

- The Mark Completed radio button changes the task status to completed. The Re-diary leaves the task incomplete and prompts the user for a new Tickler Date. The Restore to Task List leaves the task incomplete and intact.
- The Left Message, No Answer, and Busy buttons pre-format the file note that appears in the box below these buttons.
- The Save As a Draft button saves the file note in draft format, indicating it can be updated later.
- The Save as Final button saves the file note in final format, indicating it cannot be updated later.
- Pressing the Phone icon brings the user to a Dialer or other Phone Application with the Phone Number defaulted with the number of the participant being called. The other phone numbers captured for the participant will populate the drop down list.
- Clear File Note removes the text entered regarding the phone call.

## Task Maintenance – Details




**GmoTask Attributes:**

- type
- taskName
- source
- ownerRole
- claimHierarchyLevel
- mandatoryTaskIndicator
- enabledTaskIndicator
- authorName
- creationDate
- description
- category
- claimType
- jurisdictionCollection
- status
- lifecycleEvent

**Functional Overview:**

- The Task Library provides a claims department with the ability to define certain standardized tasks which are completed frequently for claims. The tasks in the Task Library include tasks established based upon best practices, regulations and the nature of the claim.
- The Details tab helps identify under what conditions the task shows up as a defaulted task for a claim.
- The Maintenance tabs will be read-only for claim handlers to provide details about the tasks while preventing the Task Library from being updated. The task detail will most likely be maintained by one or a few individuals who are designated the task librarians.

**Design Specifications:**

- This interface is called when the user selects a task and presses the Task Details button from the main Task Assistant window or the claim Workplan window.
- The left hand list contains all the tasks within the Task Library. The list can be sorted by Task Name or by Category.
- The Type of Task indicates whether the task will trigger a phone call, a letter, or other types of functions. For example, a phone task will trigger a Telephony or Dialer application
- The Task Name is the short text description of the task.
- The Source of the task is the reason the task has been included in the library. For example, it may be a government regulation or a best practice of the insurance company.
- The Applies At box indicates the level at which the task is performed. For example, a task might be performed for a specific participant.
- Mandatory Task indicates whether the task must take place in the handling of the claim. Mandatory tasks cannot be removed from the claim handler's list.
- Enabled Task indicates whether the task actually initiates an executable or performs a specific function rather than simply serving as a reminder.
- Created By should default to the user as it captures the person establishing the task.
- Creation Date should default to the date the task was first created.
- The Claim Type identifies which lines of business the task exists for. For example the task could be a commercial auto task or a homeowner's task. Rather than a drop down list, this should really be a multiple selection list as several claim types could share the need for a task to be performed.
- The Jurisdiction identifies which states require the task to be performed. This is relevant for regulatory tasks. Rather than a drop down list, this should really be a multiple selection list as several jurisdictions could share the requirement for a task to be performed.
- The Category is a field that will most often be used in the historical reporting of claims. For example, category may contain "negotiation." When the claim handler checks into all of the events around the negotiation, the Category will be the key sort field. Rather than a drop down list, this should really be a multiple selection list as a task could apply to several categories.
- Lifecycle Event describes at what state in the claims life the task should be performed.
- Claim Status indicates if the task is an open, pending or close claim task.
- Description is a free form text explanation regarding the task and its purpose.

## Task Maintenance – Dates




**GmoTask Attributes:**

- type
- taskName
- jurisdictionCollection
- invokeIndicator
- invokeDaysNumber
- rptSupervisorIndicator
- rptSupervisorDaysNumber
- notifySupervisorIndicator
- notifySupervisorDaysNumber
- remainOpenIndicator
- repetitiveTaskIndicator
- repeatDaysNumber
- lifecycleEvent
- claimType

**Functional Overview:**

- The Dates tab helps establish the date parameters for the task. For example, the interface allows the user to establish that if the task is not completed within a certain number of days, a supervisor will be automatically notified.

**Design Specification:**

- The Type of Task, Task Name, Claim Type and Jurisdiction are carried over from the first tab, the Details tab. The user would not change these fields on this tab. The user would have to return to the previous tab to do so. These fields simply help identify the task.
- The user is able to set one to many of the indicators. Each indicator identifies a set of conditions which relate to the creation of the task, the events corresponding to the task completing or not completing.

- The first indicator pertains to when the task should appear in the user's task assistant. It collects the event that occurs and the number of days following the event for which the task should appear in the Task Assistant.
- The second indicator pertains to an action which must occur if the task is not completed. In this case the supervisor would be notified (probably with another task) when the task is completed within a certain number of days. Again, the user must fill in the number of days.
- The third indicator involves notifying a supervisor a certain number of days before a task is due. The user must fill in the number of days.
- The fourth indicator allows the claim to be closed before the task is completed.
- The fifth indicator pertains to the repeating nature of the task and how often the task should repeat.

## Task Maintenance – Enablement




**GmoTask Attributes:**
- type
- taskName
- jurisdictionCollection
- claimType
- excelIndicator
- excelTemplate
- wordIndicator
- wordTemplate
- graphIndicator
- graphTemplate
- claimDetailsIndicator
- phoneIndicator
- triggerEventIndicator

**Functional Overview:**
- The Enablement tab of the Task Maintenance window is used to indicate what executables should be run in connection to the task being invoked. This tab helps to enable a task and minimize the user's need to interact with the task.
- The Enablement tab is not truly complete. The types of executables and applications largely depend upon the organization. A more complex series of "if this occurs then trigger this" statements could provide the user with the ability to establish enablement.

**Design Specification:**
- The Type of Task, Task Name, Claim Type and Jurisdiction are carried over from the first tab, the Details tab. The user would not change these fields on this tab. The user would have to return to the previous tab to do so. These fields simply help identify the task.
- The boxed in area allows the user to specify which executables are triggered by the task. The first three indicators center around specific software. Tasks may trigger spreadsheets, word processors, or

graphics applications to be executed. All or one these applications, along with the standard template name can be indicated for a task.

- A task could also require the use of the Claim Data Capture windows. These windows will be brought up when a task is executed when the fourth indicator is marked.
- A Telephony application can be hooked up to a task using the fifth indicator. This indicates a Dialer or Telephony application will fire when the task is initiated.
- When the last indicator is marked, the task will publish it has completed. This will tell other objects in the system this has taken place with anticipation that the objects may respond to this information. For example, a task could publish itself, and the profiler component might respond to this event by re-profiling the claim.

## Daily Activity Summary




**GmoTask Attributes:**

- taskLibraryList
- userDefinedTaskCollection
- dailyTaskCollection
- taskName
- taskDuration
- category

**Functional Overview:**

- The daily activity summary assists the claim handler in allocating his or her time for the work day. The data gathered in the daily activity is used to determine how much time, as a whole for the claim handling department, is spent doing various claim handling activities. This information is used to determine which processes require improvement, and perhaps even automation.
- This tool provides follow-up or progress data following an activity based costing exercise. It allows claim departments to track whether or not redesigned process are more efficient and which other activities require improvement.
- This tool is not meant to monitor productivity. The data is collected for future improvements as an organization.

**Design Specification:**

- This window is called from the menu bar in the task assistant. It is to be used at the end of each day by the task assistant user. It provides the user with the structure to allocate their work time to specific activities.
- System Defined Tasks are those from the task library.
- User Defined Tasks are those the claim handler has set aside to allocate time to. These do not appear on the standard task library, yet are significant enough for the claim handler to track.
- Daily Tasks are those tasks which have been completed for the current day. The tasks appear with the amount of time the system tracked the user had the task open. These times are changeable by double clicking as the user might not have been performing the task the entire time it was open.
- The user can drag additional tasks from both the task library and user defined tasks to help define what he or she completed that day.
- The user can add a new task by pressing the Add button.
- Remove Task removes the task from the daily list.
- A task can be deleted from the user defined list by highlighting it and pressing the Delete button.
- Add Claim adds a claim for which the claim handler did work on during the course of the day.
- The window computes the total time allocated to all of the daily tasks combined and displays it at the bottom of the window. This field is not stored; it's calculated.

## Add Task




**GmoTask Attributes:**
- taskName
- category

**Functional Overview:**
- Provides the user of the daily schedule to add an activity to his or her user defined or daily task list.

**Design Specification:**
- This window is called when the user of the daily activity window presses Add. It provides the user with the ability to add a new user defined or daily task list.
- The category provides further definition as to what aspect of the claim the task applies. For example the task could pertain to negotiation, medical, litigation etc.
- Task name is a free for text field to capture the name of the task.

**Design Ideas:**

- Make sure we discuss tasks that are required in the evaluation process.
- What does the St. Paul have in terms of permanent and temporary treatment parameters that could be integrate with the CPT-4 logic and injury alerts? Is this something TA should know about.
- Indicate to the Risk Manager that new claims have been automatically allocated.
- Utilize consistent visual cues throughout the application to indicate various ideas. e.g. Stop light alerts in red, yellow and green.
- Ability to change tasks retroactively - Can we filter by source? e.g. see all regulatory
- In Task Assistant, could a claim handler set up a group of tasks in their Personal Profile that were automatically assigned to a particular performer such as a clerk or adjuster? Consequently, in an exception claim, the automated assignment of the tasks would need to be prevented or the tasks would have to be "un-assigned" from the performer.

This design contains the windows that appear in addition to the standard claim, participant and line item windows when a claim is a workers compensation claim.

## Facts of Accident/Exposure




**GmoLoss Attributes:**

- reportDate
- lossDate
- lossTime
- locationDescription
- lossState
- streetAddress
- lossCity
- lossCountyParish
- lossZipCode
- lossCountry
- lossDescription
- witnessNameCollection
- policeName
- occupTraumaIndicator
- occupDiseaseIndicator
- mentalIllnessIndicator
- fatalityIndicator
- deathDate

**GmoParty Attributes:**

- name

**Functional Overview:**

- The Facts of Accident/Exposure tab captures where, when and how a workers compensation loss occurred. Most of this data will most likely be captured during the first notice of loss process and will be accessible to the claim handler to view and to modify as more information regarding the loss is gathered.
- The Facts of Accident/Exposure appears on the claim series of tabs for a Workers Compensation claim.

**Design Specifications:**

- All data can be updated and no data is required.
- Date of Injury is the date the actual injury occurred. Time of Injury is the time the injury occurred. Date Injury Reported is the date the injury was actually reported to the insurance company.
- Location Description is a textual description of where the accident occurred. It contains descriptions of buildings, street corners, the weather, and any items that might impact the cause of the loss.
- Street is the street location of where the accident occurred. City, State, Zip Code, County, and Country State also capture address information in regards to the location where the loss occurs.
- Loss Description contains textual information about how the accident occurred and what was involved in the occurrence. For example, a workers compensation loss description would detail the events that led up to the injury, the equipment involved and the people involved.
- Witnesses lists who the witnesses of the accident were. The Participant Search icon to the right of the Witness list enables the user to search for and add new witnesses from the Global Name and Address Book.
- Police indicates which precinct conducted the investigation, if one took place. The Participant Search icon to the right of the Police Investigation indicator assists the user in finding and adding the police as a participant.
- Occupational Trauma, Occupational Disease, Mental Illness and Fatality all provide further details about the injury. If a fatality has occurred the date of death is prompted for.

## Participant Employment




**GmoEmployment Attributes:**
- employerName
- supervisorName
- jobTitle
- jobDescription
- unionIndicator
- hireDate
- employmentStatus
- employeeNumber
- shift
- yearsEmployed
- dailyWorkHours
- weeklyWorkDays
- weeklyWorkHours
- otherEmploymentIndicator
- otherIncomeIndicator
- otherIncomeAmount
- otherPayRateAmount
- otherWeeklyWorkHrs

**GmoWage Attributes:**
- aveWeekEarningAmount

- aveWeekCompensationAmount

**Functional Overview:**

- This window captures employment information for an insured or claimant. Employment information can be used to determine both lost time and lost wages for injured participants in workers compensation and other types of claims. The employment information is captured at the participant level, as it is information which is tied directly to a specific person.
- On workers compensation claims this information will be available at the time of first notice and could be populated prior to the claim handler opening the claim.

**Design Specifications:**

- Employer contains the name of the organization employing the insured or claimant. The employer is a participant on the claim as well. Therefore, the Participant Search icon appears to the right of the Employer's name to facilitate attaching the employer to the claim. For more information regarding the Participant Search window, see the Participant Search design.
- The Supervisor of the employee is also a participant in the claim. Therefore, the Participant Search icon appears to the right of the Supervisor's name to facilitate attaching the employer to the claim.
- Job Title is a free form text field which contains the job title as indicated by the employer.
- Job Description and Duties is a free form text box which contains a description of the insured's or claimant's duties as described by the employer.
- Date of Hire is the date the employee was first hired with the employer.
- Employment Status captures the insured's or claimant's employment status immediately before the injury. Example values include: employed and laid off.
- Employee Number captures the identification number the employer uses to uniquely identify the employee.
- Shift captures the time of day the insured or claimant normally works.
- Years Employed captures the number of years the employee has worked for the current employer. Hours Per Day contains the average number of hours the insured or claimant works each day. Days Per Week captures the average number of days the insured or claimant works each week. Hours Per Week is the average number of hours the employee works each week.
- Other Employment indicates the claimant or insured has employment in addition to the primary employer indicated. When this is true, the window prompts the user to enter the Hours Worked Per Week and the Weekly Rate of Pay for the additional employment.
- Other Income indicates the claimant or insured has income in addition to the income he or she earns at the position described. When this is true, the interface prompts the user to enter the Income Amount.
- The Wage Information box contains summary information brought forward from a Wage Spreadsheet. The Wage Spreadsheet is accessible by pressing the Wage icon. The Total Average Weekly Pay is the average weekly pay the claimant and insured have been earning including wages, per diems, etc. The Average Weekly Compensation Rate is the rate at which the insured or claimant will be compensated for the loss, given the average weekly wage.

## Wage Statement




| | | | | | |
|---|---|---|---|---|---|
| Gratuities | $0.00 | Weekly | * | 1 | $0.00 |
| Wages | $2,000.00 | Weekly | * | 1 | $2,000.00 |
| Per Diems | $0.00 | Weekly | * | 1 | $0.00 |
| Mileage | $0.00 | Weekly | * | 1 | $0.00 |
| Meals | $0.00 | Weekly | * | 1 | $0.00 |
| Board/Rent | $0.00 | Weekly | * | 1 | $0.00 |
| Other Income | $0.00 | Weekly | * | 1 | $0.00 |
| Other Renumeration | $0.00 | Weekly | * | 1 | $0.00 |

**GmoWage Attributes:**
- wageCategory
- wageAmount
- wageFrequency
- wageMultiplierDivisor
- wageFactor
- compensationPercentage
- maximumWeeklyAmount
- minimumWeeklyAmount
- aveWeekEarningAmount
- aveWeekCompensationAmount

**Functional Overview:**
- This window provides a spreadsheet function for an employee's wage information. The spreadsheet calculates the average weekly wage based on the amounts and frequency of various wage sources. The window takes the total average, the maximum amount allowed and the compensation percentage and calculates the weekly compensation rate.
- This window applies primarily to workers compensation claims, but can be used for any claim where bodily injury is preventing the claimant or insured from working.

**Design Specifications:**
- This tab appears only for claimants and insureds. All other types of participants will not have information for this tab.
- Wage Category captures the type of wage received. Example values include: wages, gratuities, per diems, etc. The corresponding Amount of the wage is captured in the next column.
- The Per column contains how often the amount is paid. This value directly impacts the next two columns Multiplier/Divisor and Factor. If the amount is paid daily, the amount should be multiplied by a factor of 5 or 7. If the amount is paid yearly, the amount should be divided by 52. Both calculations result in an Average Weekly Amount.

- The Percentage field is the portion of the actual earnings the claimant or insured will be paid. This is determined by government regulation in workers compensation claims.
- Maximum Weekly Amount is the highest dollar amount the employee can be paid regardless of the value of the average weekly wage. Minimum Weekly Amount is the lowest dollar amount the employee can be paid regardless of the value of the average weekly wage. Both of these are determined by government regulation in workers compensation claims.
- Total Average Weekly Wage is an amount calculated by adding up all of the wage average weekly amounts.
- Average Weekly Compensation Rate is calculated by taking the percentage times the average wage or the maximum amount which ever is lower. If the percentage times the average wage is lower than the minimum weekly amount, the weekly minimum amount is used as the compensation rate.

## Medical Line Items




**GmoLineItem Attributes:**
- itemNumber
- category
- paymentStatus

**GmoMedicalLineItem Attributes:**
- providerName
- providerRole
- hospitalName
- visitDate
- prescribedMedicine
- prescribedTreatment
- hospitalFromDate
- hospitalToDate
- evaluationDate
- treatmentDate
- injuryDescription

**Functional Overview:**
- The Medical payments line item window captures the details behind medical billings for the treatments of workers compensation claimants.
- This level of detail would only be captured by the claims system if it were electronically available either from the treatment facility or the bill review vendor.

- Being able to monitor this level of detail gives the organization the ability to assess the progress and severity of the claim, as well assess the treatments for reasonableness.
- This window also protects against loss leakage, as each payment is linked to a line item or group of line items, preventing items from being paid for more than once.

**Design Specifications:**

- Line items are a branch of the claim tree which appear below the sub-claim letter. Specifically, they are the detail behind the nature of and cost of the sub-claim. Highlighting the line item level causes a series of line items to appear to the right of the tree.
- Notice the number of line items indicated in the tree matches the number of line items which are listed on the right hand side of the tree.
- The list provides the user with the various treatments and medicines the insurance company must pay for as part of a workers compensation claim. The list can be filtered by the radio buttons appear at the top. The user can view all line items, just the paid line items, or just the unpaid line items.
- Highlighting a line item populates the tabs at the bottom of the window with data relevant to that line items. For example, highlighting a treatment the user can see the medical provider, the clinic, the date, etc. of that particular treatment.
- The list can also be sorted, as the list view widget provides sorting capabilities by column.
- Medical Provider is the name of the participant providing the treatment to the workers compensation claimant. The Medical Provider must be identified as a participant on the claim, so the participant search icon is provided.
- Role\Type describes the medical provider further. It specifies whether the provider is a physical therapist, podiatrist, family practice physician, etc.
- The Hospital or Clinic name contains the name of the facility in which the claimant was treated.
- Prescribed Medicines contains the name of any medicines prescribed by the medical provider during the visit.
- Prescribed Treatments contains the name of any treatments, like physical therapy, prescribed by the medical provider during the visit.
- Hospital Stay contains the date in which claimant stayed at the hospital in relation to the line item being viewed.
- Evaluation date is the date the medical provider performed his or her evaluation of the claimant.
- Treatment date is the actual date the claimant received the treatment as prescribed.
- Injury contains the free form text description of the injury the evaluation and treatment apply to.

## Loss Time Line Items




**GmoLineItem Attributes:**

- itemNumber
- category
- paymentStatus

**GmoLostTimeLineItem Attributes:**

- vendor
- fromDate
- toDate
- rate
- numberOfDays
- frequency
- billedAmount
- paidAmount

**Functional Overview:**

- The loss time line item window captures the details behind the reimbursement a claim handler receives as a result of missing work.
- Being able to monitor this level of detail gives the organization the ability to accurately price the claim.

**Design Specifications:**

- Line items are a branch of the claim tree which appear below the sub-claim letter. Specifically, they are the detail behind the nature of and cost of the sub-claim. Highlighting the line item level causes a series of line items to appear to the right of the tree.
- Notice the number of line items indicated in the tree matches the number of line items which are listed on the right hand side of the tree.
- The list provides the user with the various wages and sources of income the insurance company must pay for as part of a workers compensation claim. The list can be filtered by the radio buttons appear at the top. The user can view all line items, just the paid line items, or just the unpaid line items.
- Highlighting a line item populates the tabs at the bottom of the window with data relevant to that line items. In this case, lost time icons have very little detail that is interesting other than time frames and amounts. Therefore, just the settlement window appears. See the settlement design for further information.
- The list of line items can be sorted as the list view widget provides sorting capabilities by column.
- Item number is the unique number identifying the sub-claim's line items.
- Category is the type of wage or compensation being paid towards.
- Payee/Vendor is the party being paid for the line item by the insurance company.
- From Date is the beginning of the time frame the lost time line item covers. To Date is the end of the time frame the lost time line item covers.
- Rate is the amount per day the item costs.
- Number of Days is the number of days for which the rate applied.
- Time is the frequency with which the total billed amount must be paid.
- Paid is the amount already paid towards the line item.

**Design Ideas:**

- Work restrictions can be acquired via external databases like ICD-9s and CPT-4s can.
- Included last day worked.
- Make sure we have job title for a person - also what kind of business does the employer do.
- Need to enhance the Injury/Illness types to make sure there is a complete list. Refer to/Include bureau and stat coding
- Need to expand field where the user enters what happened on the WC loss.
- Sometimes need to handle property like eye glasses and hearing aides in a workers comp claim.
- Capture which union, the union steward, and the union steward's contact information in addition to whether a union simply exists.
- Facts of WC accident tab needs a police report order button like the facts of loss tab has on other claim types
- Not only do we need to see the history of the current and past disabilities, but the wages paid out for these as well.
- Name and address of the additional employers should be added to the area which captures whether or not the claimant has additional employment
- Identify salaried versus hourly.
- Provide multiple methodologies for calculating compensation. Need to handle different jurisdictions as well as varied work patterns - like seasonal work.
- Would like the ability to identify if a claimant has had previous WC claims.
- WC payment calculator - is there one available to help the adjuster calculate the weekly compensation rate? Do packages exist out there? Is this in vision? Would a vendor maintain the data per the changing rules.
-

## Workload




- Workload is viewed through an Assignment window when making a claim assignment or from a supervisor's desktop to view his or her group's overall workload
- Workload levels may be searched on for both groups and individuals; search results are displayed within the workload frame and list view

## Workload - Group




- When searching for a group's workload level, the search is narrowed through Structure, Office and/or Business Unit
- The Structure, Office and Business Unit lists are filtered based on the value selected before it, e.g., if the Large Account structure is selected, values for office and business unit include only those which are part of the Large Account structure such as the Manufacturing business unit
- Selecting the Search button initiates a search based on the search criteria. Search results are displayed in the Workload frame
- New Search clears the returned data from the Workload frame and the original search criteria
- When searching on a Group, aggregate information at the lowest group level selected is displayed. This data includes Total Claim Counts and Average Workload Level for the group
- Claim handlers belonging to the search group are displayed in the list view with their individual current case load, workload level and total capacity
- After a search, supervisors may print a copy of the returned workload report by selecting the Print Workload button
- Selecting an individual from the list view enables the Availability and Case Details buttons
- Pushing the Availability button takes the user to an availability window where an individual's calendar can be viewed
- The Case Details button takes the user to a tree view of the selected claim handler's outstanding claims and the claims' details