## Workload - Individual




- When searching for an individual's workload level, the search is narrowed through Specialty, Account and/or Name
- Specialty, Account and Name lists are filtered based on the value selected before it, e.g., if the Environmental claims specialty is selected, values for Account and Name include only those which are part of the Environmental specialty
- The Organization buttcon takes the user to an Organization and Personnel Search pop-up; a selected individual from that search is returned to the Name combo box
- Selecting the Search button initiates a search based on the search criteria. Search results are displayed in the Workload frame
- When searching for an individual, if Specialty or Account types were specified as part of the search criteria, aggregate Total Claim Counts and Average Workload Level is displayed in the Workload frame at the lowest level of the two selected. For example, if an account within the environmental specialty is selected, then details at the account level will be displayed; otherwise, if only a specialty such as environmental is searched upon, then that level of detail will be given
- When a single individual is selected in a search, his or her current case load, workload level and total capacity is displayed in the list view; Otherwise, when a search is not narrowed to a single individual, claim employees belonging to the specialty or account selected are returned in the list view

## Availability




- Availability window is reached through the Workload window; it provides a detailed view of an individual's current and future availability
- An individual's Employment Status and Hours Worked Per Week is provided
- Today's date highlighted in the individual's personal calendar
- Remaining Hours Available for the week and month are displayed to the right of the calendar along with specific dates when the individual is Unavailable This Week
- As the calendar is scrolled through, the next week is highlighted, consequently changing the availability values to the right
- A Vacation icon is visible when vacation time is approaching, indicating that the individual will be out of the office in the near future, thus affecting his or her availability
- Availability information could be integrated with an individual's personal scheduler or the entire availability interface could be a purchased package

# EXHIBIT 112
# REDACTED IN ITS ENTIRETY

# EXHIBIT 113

## Blueprint:

This document conveys the ClaimWorks Vision in terms of what is in scope for ClaimWorks development as a single initiative. The blueprint divides the claims design into functional groupings to communicate core processing, financial, management, and utility type functionality within claims processing. The blueprint also demonstrates where integration exists between claims and areas like account management, management reporting, premium systems, etc. During design reviews, migration planning meetings and stakeholder sessions, the blueprint was evaluated and updated. The blueprint essentially mirrors the final view of the ClaimWorks migration plan, meaning the last release will bring the implementation up to the functionality of the vision.

**Blueprint Graphic:**
A pictorial view of the ClaimWorks Vision using functional claims components.

**Blueprint Descriptions:**
Definitions for each component represented on the blueprint and a description of the component's functionality.

EXHIBIT
9
11/28/09 N. Gisch

# The St. Paul ClaimWorks® Blueprint* - Version 9/97




*Refer to the Blueprint Component Descriptions for more detail.

TRA00000326

# ClaimWorks® Blueprint Component Descriptions

**ClaimWorks Blueprint**
**Component Descriptions**

## TABLE OF CONTENTS


| | |
|---|---|
| Glossary of Terms | 4 |
| Purpose of Document | 5 |
| I. Core Claim Processing | 6 |

- Dispatch
- Assignment Logic
- Workload
- Availability
- Organization Personnel and Skills
- Pathing Profiles
- Event / CAT Management
- Physical File
- Line of Business Specific Data Capture
- First Report Capture
- Claim Data Capture Framework
- Coverage Validation

| | |
|---|---|
| II. Management/Financial Accounting Processes | 22 |

- Fraud Profiles
- Lost Cost Containment Profiles
- Vendor Mgt. - Litigation Management
- Vendor Mgt. - Preferred Vendor
- Vendor Mgt. - Managed Care
- Vendor Mgt. - Third Party Administration
- Recovery Processing - Salvage
- Recovery Processing - Subrogation
- Recovery Processing - Other Insurance
- Recovery Processing - Reinsurance/Co-Insurance
- Recovery Processing - Deductible
- Recovery Processing - Self-Insured Retention
- Aggregate Management
- Alternative Dispute Resolution
- Reserving
- Payment Processes
- Line Item Processing
- Currency Conversion

| | |
|---|---|
| III. Large Account Servicing | 34 |

- Risk Management
- Account Management
- Account Service Instructions

IV. Management Reporting 37

- Reporting
- Data Mining/Feedback

V. Knowledge Management 39

VI. Claim Utilities 40

- Task Assistant
- Regulatory Management
- Address Book
- Claim Participant
- Untethered Capability
- Forms & Letters
- Address Verification
- File Notes
- Browser Enablement
- Activity Based Casting
- Geographic Information Systems
- International Capability
- Document Management
- Estimating Tools
- Digital Imaging
- Profiling Engine
- External Interfaces
- Inbound Communication
- Outbound Communication
- Fax, Mail Processing, E-Mail
- Telephony Integration
- EDI Integration

VII. Technical Architecture. 45

- Development Environment
- Execution Environment
- Operations Environment
- Security

VIII. Interfaces with Legacy and Future Systems 46

- Policy
- Account Management
- Financial

# ClaimWorks Blueprint
# Component Descriptions

***General Glossary of Terms:***

**CISSP**
Claim Information Systems Strategy (or Solution) Project; a project in which St. Paul partnered with Andersen Consulting to research and develop strategies for new claim processing, and how to apply technology solutions to the problems that exist today. Project timeframe: late 1994 to early 1995.

**ClaimProfiler™**
Andersen Consulting's design for an intelligence engine which supports the identification of claim profiles and helps guide the consistent execution against these profiles. The ClaimProfiler™ is capable of monitoring an enormous amount of characteristics and guiding the claim handler towards the proper path in handling the claim. It recognizes patterns across claims and generates activities and alerts to the claim handling staff and other system users.

**ClaimWorks Blueprint**
A functional view of what is within the ClaimWorks project vision.

**ClaimWorks Project**
A project in which St. Paul is partnered with Andersen Consulting to research and develop strategies for new claim processing, and how to apply technology solutions to the business needs.

**ClaimWorks Vision**
The project vision for ClaimWorks. It aligns with the Claim vision. It defines the responsibilities ClaimWorks has towards its stakeholders, as well as the responsibilities of its stakeholders to the project.

**Components**
Large functional pieces of the future ClaimWorks system. For example, claim data capture is a component which contains the information needed to handle a claim. It can be further broken down into pieces like supplements and participants.

**In Scope**
Business design requirements within the scope and vision of the ClaimWorks project.

**Millennium Claims**
The Andersen Consulting initiative which provides a conceptual design starting point for most of the Blueprint components. The Millennium team has been working towards solving the tough or high impact issues in claims and providing designs, scenarios, an object model and other documentation to support their ideas.

**Opportunistic Components**
Components which can be purchased and integrated into ClaimWorks independent of any release.

**Out of Scope**
Business design requirements NOT within the vision of the ClaimWorks project. At this point there is no intention to cover these within the boundaries and timeframe of ClaimWorks. This does not mean these requirements will not be met by later initiatives or other projects.

**Profiles**
Sets of characteristics that can apply to a claim, person, concept, organization, etc. For example, a claim can have several profiles: it can be a severe claim needing immediate attention, a fraudulent claim demanding an aggressive claim handling approach and the SIU to become involved, or an easy claim going to a less experienced claim handler. All of these profiles can be determined by the characteristics of the claim.

**ClaimWorks Blueprint**
**Component Descriptions**

**Purpose of Document**

The objective of this document is to provide brief descriptions of the various functional groupings and components of ClaimWorks as outlined in the ClaimWorks Blueprint. It breaks down the components and helps define what lies behind or within each functional component.

This document also provides context to functionality *in scope* for ClaimWorks and *out of scope* for ClaimWorks. These definitions can be found in the Glossary of Terms.

One objective of the document was to provide the ClaimWorks Management team with a clear understanding of what was in and out of scope, as well as what functionality had been considered in the 1995 Claim Information Systems Strategy Project (CISSP). The document was to be used internally to generate discussion and action plans.

The document will also be used as a communication tool with stakeholders to help them understand how the technology solutions suggested in the CISSP (and that have arisen since), can be broken up into logical groupings of functions or processes, how they interrelate, and how a claim system could be developed and implemented in logical components/application.

# *I. Core Claim Processing*




## Definition:

Core Claim Processing consists of a group of components which provide the basic environment in which claims can be captured, assigned, grouped, investigated and handled. These components mostly focus around capturing and maintaining data relevant to a claim.

Core Claim Processing is broken into the following major functional groups. Each will be addressed separately in this document.

**Assignment Processing**

- Assignment Logic
- Availability
- Dispatch
- Pathing Profiles
- Organization Personnel and Skills
- Workload

**Data Capture**

- Claim Data Capture Framework
- Coverage Validation
- First Report Capture
- Line of Business Specific Data Capture

**Event / CAT Management**

**Physical File**

## *Core Claim Processing*

### Assignment Logic




**Definition:**

The assignment component administers the rules and parameters by which all losses can be assigned directly to claim handlers. The goal is to assign a large proportion of all new losses without intervention from a supervisor or their designee. This requires an assignment component interact with first notice, the profiling and segmentation components, and claim data capture (for reassignment or claims captured directly into the Claim component).

**Scope:**

**In Scope:**

- Automated and semi-automated assignment of work based on a person's workload, skills and availability and the claim's characteristics. This component works with the resolution and assignment templates to determine the best fit of claim to claim handler.
- Manual re-assignment.
- Automated re-assignment.
- Automated vendor assignment.

**Out of Scope:**
N/A

# *Core Claim Processing*

## Availability




### Definition:

This component administers the availability of staff for claim and task assignments. Claim handlers or their supervisors must be able to remove themselves from the pool of available staff. The reasons for doing so include vacations, training time, or workload balancing.

### Scope:

<u>In Scope:</u>
Tracking availability at the task and claim level, including vacation, training, illness and workload.

<u>Out of Scope:</u>
N/A

# *Core Claim Processing*

## Dispatch




### Definition:

The Dispatch component is targeted at the proper assignment to vendors of specific claim tasks (appraisal) or vendor functions (direct replacement). Dispatch manages the scheduling of interactions with the insured and/or claimant, and the vendors or internal staff who will provide services. This component will also schedule facilities like drive-in appraisals and direct repair facilities.

### Scope:

<u>In Scope:</u>

- Assigning work at the event, occurrence, claimant, supplement and task level to vendors
- Management of work assignment to vendors

<u>Out of Scope:</u>

N/A

## *Core Claim Processing*

### Organization Personnel and Skills




### Definition:

This component maintains an organizational model by which the assignment component administers work. This component recognizes workgroup and supervisory relationships, and tracks individual claim handlers, their skills, geographic territory served, and types of claims for which they are qualified. This component contains the organization objects and personnel objects that manage this process.

### Scope:

<u>In Scope:</u>

- Hierarchical structure of the organization, skill levels and business unit expertise e.g. COEs.
- The extended organization (agents, risk managers, insureds, vendors).

<u>Out of Scope:</u>
N/A

## *Core Claim Processing*

### Pathing Profiles




### Definition:

Pathing profiles are specific parameters and characteristics by which claims are triaged and assigned during the First Notice process, as well as reassigned as the claim proceeds through its lifecycle. The goal of the pathing profiles is the proper segmentation of losses to separate claims according to risk and severity, and to be sure that the proper resources are allocated to obtain maximum claims effectiveness and customer service impact.

### Scope:

<u>In Scope:</u>

- Pathng profiles which support the assignment of the claim. This logic assists the assignment component in analyzing the type and nature of the claim so that a person with the proper skills and workload can be assigned to the claim. See the definition of profiles in the attached glossary.
- Immediate resolution claim handling (Path A claims).

<u>Out of Scope:</u>

- The ClaimProfiler™ being used to support the assignment logic rather than assignment templates. Further description of the profiler is contained in the profiler's definition appearing later in this document.
- Pathing and assignment based upon identification of fraud and recovery potential, since the identification of potential in these areas is out of scope

# *Core Claim Processing*

## Workload




### Definition:

The workload component monitors the workload of claim handlers and other support staff in order to make equitable work assignments, and to review individual and team performance. The workload component maintains the information regarding new losses, pending files, and closings in order to provide this service.

### Scope:

In Scope:

- Current resources and a workload capacity model (in other words, what's a reasonable amount of work given the LOB).
- Recognizing new claim assignments versus work in process when evaluating workload.
- Reviewing and maintaining team performance statistics.

Out of Scope:
N/A

## *Core Claim Processing*

### Claim Data Capture Framework




### Definition:

This component provides the necessary data capture that is generic to all lines of business and all losses. It includes all claim objects (Claim, Supplement, Participant, Injury, Vehicle, etc.) and makes those objects available to any line of business which require them. For example, vehicles are specific to automobile losses, but they can also be a damaged object under a general liability claim, and the vehicle object is available to both. This allows line of business variations to be confined to a more narrow segment of loss data and processing. All claims have a lifecycle which includes a pre-defined series of lifecycle events that can be system-generated or user initiated. The Claim will publish the occurrence of lifecycle events as a method of communicating with other interested components or objects. This component will also provide creative methods for capturing the increased amount of data that will surface with a new claim design.

Evaluation: Captures the strengths and weaknesses of the three areas of evaluation, i.e., liability, causation and damages. This claim sub-component captures evaluation information that is normally captured in file notes in order to: have one consistent place to see summary evaluation data; track status of evaluations; speed the claim handler's work in capturing the characteristics of the evaluation, and capture the information as data that can later be analyzed for trends, etc.

Negotiation: Captures the strengths and weaknesses as well as the negotiation and the target settlement range, the historical and current demands and offers per supplement negotiation. Supplements can be grouped or have individual negotiation. This claim sub-component captures negotiation information that is normally captured in file notes in order to: have one consistent place to see summary negotiation data; track demands and offers in the same location, in a historical fashion; speed the claim handler's work in capturing the characteristics of the negotiation, and capture the information as data that can later be analyzed for trends, etc.

Claim: Performs the processing and captures the information at the claim level. This includes: the characteristics of the loss; the claim owner and other claims professionals assigned the claim; indications of whether coverage has been verified and when; whether or not the claim is part of an event, and other claim level information.

Supplement: Performs all of the processing and captures all of the information specific to a supplement within a claim. For example, the supplement component tracks the person assigned the specific supplement, its open and closed dates, whether a negotiation or litigation exists for the supplement, whether subrogation is taking place for the supplement, etc. Based on the supplement type, very specific information is captured as well. For example for a collision supplement, the vehicle, the deductible and the coverage limit on the vehicle could be displayed.

Participant: Performs the processing and captures the information at the participant level. Participants include insureds, claimants and any vendors or third parties associated to the claim, like physicians, attorneys and auto body shops. Participant links a person from the name and address book to the claim. It is really considered a component outside of the claim, but can be completely viewed from within the claim. This is because participants can be associated with other things like events, policies and accounts.

Injury: The injury component tracks the historical and current injury information for a participant. Versions of the injury or injuries are kept as well as who reported these injuries and the current prognosis. Severity, type, kind, part of body can all be entered using a structured data approach. Medical provider history, treatment history, and disability and rehabilitation can also be tracked. CPT-4's and ICD-9s could also be utilized to populate and evaluate the treatment of injuries. An injury can be viewed or added within the participant and supplement levels and can be utilized on any LOB where an injury is possible.

Vehicle: The vehicle component tracks information about both claimant and insured vehicles. It requests information like the VIN, license number, make, model, year, owner, etc. The vehicle information can also include vehicle damage information, like a repair estimate, damage characteristics and whether or not the vehicle is a possible or confirmed total loss. A vehicle can be linked at the claim, supplement, and policy level and can also be accessed from the first notice reporting tool.

Property: The property component tracks information about any type of property involved in a loss. This information includes a description of the property, the property location, and other property related information. The property can also contain damage information. Vehicle is a special extension of the property component. A property component can be viewed at the claim, supplement, and possibly the policy levels.

Damages: The damages component captures information about compensatory damages alleged and/or sustained by the claimant in personal injury cases. Damages is a special extensionof injury, and would include information on both special and general damages, as well as any alleged punitive damages. This component would include reference to type of verification of damages received.

Account: The account component provides Claim Data Capture with account information such as contacts and servicing instructions, reserve and payment summaries, and the nature of the account arrangement. The component also displays the policies which fall under the account and the claims against these policies. This information assists the claim handler in evaluating the account as a whole and in monitoring aggregate limits or any information necessary on the account level.

Policy: The policy component provides Claim Data Capture with the insureds on a policy, the coverages on a policy, and policy limits and deductibles. If a strong link between the policy component and claim component exist, logic could assist the claim handler in confirming coverage down to the supplement level.

## Scope:

**In Scope:**

- Summarized account servicing and product information (Task assistant will provide the claim handler with task to perform, the claim folder will provide a window in which all instructions and account information is summarized).
- The ability to access regulatory information
- Claim summary information
- Claim data
- Claim file management (opening, closing and archiving)
- Capturing policy and coverage data (see coverage component)
- Injury information
- Account summary information
- Negotiation information capture

**Out of Scope:**

N/A

# *Core Claim Processing*

## Coverage Validation




### Definition:

Coverage validation represents the interaction between the claim components and any policy administration systems, premium warehouse, or manual policy coding processing. The claim system is insulated from the policy administration operations. The claim component is able to request standard information needed to set up losses from the policy system. Coverage validation occurs at the claim/policy/service agreement level, as well as the supplement/coverage line level, and recognizes the role of various participants in the coverage verification process. Final determination of coverage is always reserved for the authorized claim handler, and coverage confirmations, denials, or questions are claim lifecycle events which may trigger additional behaviors in the claim object.

### Scope:

<u>In Scope:</u>

- Automatic coverage match
- Notification of unsuccessful coverage match
- Automatic communication to underwriting upon coverage match difficulty
- Statistical record creation when coverage match complete
- Read and update of premium data in the premium warehouse
- Collecting results of manual coverage decisions (when the nature of the policy requires manual confirmation and matching)
- Capture of policy limits
- Policy look up
- Identification of an applicable policy and the effective dates associated with a claim
- Identification of information which will feed the coverage confirmation
- Locating relevant policies
- Policies missing coverage information reports
- Automatic coverage, limits and deductible information electronically linked to and accessible within the claim.

<u>Out of Scope:</u>
N/A

## *Core Claim Processing*

### First Report Capture




#### Definition:

First notice provides a rapid method of gathering the initial claim information in a variety of settings: call center, independent agency, insured site, or directly through an intranet or the Internet. The process allows the user to provide the claim facts, participants, and objects involved at their own pace and sequence. The primary goal for first notice is to generate new claims that have been properly triaged so that they can be automatically assigned to a specific claim handler without involving a supervisor or manager. The interface for first notice is distinctly different than claim data capture. Claim data capture is intended to organize all claim information in a fashion that is intuitive to the ongoing management of a claim. First Notice is intended to expedite the reporting process.

#### Scope:

<u>In Scope:</u>
- Initial claim information capture
- New claim creation
- Internal logic and robust scripting to capture the more detailed claim information
- Internal and call center claim data capture
- Intranet and Internet first notice

<u>Out of Scope:</u>
N/A

## *Core Claim Processing*

### Line of Business Specific Data Capture




### Definition:

Line of Business Specific Data Capture recognizes the unique processing and data capture needs across lines of business (combinations of supplements, product lines, and coverage objects) which allows it to support the claim handler in handling these claims as well as provide unique insight into loss cost drivers and pricing indicators.

### Scope:

<u>In Scope:</u>
Lines of business including auto, property, liability, workers compensation, and specialty lines such as ocean, bond (fidelity only) and global accounts

<u>Out of Scope:</u>
Surety and Foreign Risk Services business units

## *Core Claim Processing*

### Event/CAT Management:




### Definition:

Events must be managed separate from the losses and claims which they spawn. This module manages the administration of events (natural disasters, toxic or environmental claims, etc.), as well as the rules and parameters by which early aggregate reserves for these events will be established as new unreserved losses are reported. This component interacts with First Notice, Claim Data Capture and the Financial components, to insure that events are properly linked to the claims from which they are derived.

There a can be many types of events or event-like items to which we could apply this functionality. Examples of event types are:

<u>Environmental:</u>
Claims made by several claimants against a single insured's policy or group of insureds' policies due to some type of contamination or destruction of the environment. For example: if two factories dump toxic waste into the same ditch, contaminating a nearby water supply, the claims submitted against these companies by the area residents would be tracked as a group of claims.

<u>Aggregate Limits:</u>
Claims made by several claimants against a single insured's policy usually in regards to a single incident or defective product. The claims are grouped to evaluate the amount paid against aggregate limits. For example: if a toy manufacturer develops a defective toy and parents who purchase the toy claim against the manufacturers for harm to their children, the claims submitted against is manufacturer by the parents would be tracked as a group of claims.

<u>Catastrophe:</u>
Claims made by several insureds against their own policies due to a natural disaster. For example, several homeowners insured by the same company experience damage to their homes due to an earthquake and submit insurance claims to fund the repair of the damaged property. Their claims are tracked as a group of claims.

## Scope:

**In Scope:**

- Setting up catastrophic, aggregate limits, environmental, and general claims related.
- Calculating and summarizing average reserves, total reserves, total paid, aggregate limits, and claims included on an event level basis.

**Out of Scope:**

Establishing CAT processing centers.

## *Core Claim Processing*

### Physical File




#### Definition:

Physical file manages the tracking and displaying of the physical whereabouts of the claim file and any copies of the claim file. This is for the purposes of routing correspondence as quickly as possible to where the physical file is located. Other features of this component include functions to consolidate physical file copies, list physical files eligible for archiving by office, and creating the archiving rules for any given office. The component tracks the phyical file only, not the electronic file.

This component interacts with the Claim Folder and Index search.

#### Scope:

<u>In Scope:</u>

- tracking of physical files and all copies
- creation of rules for archiving
- maintenance feature to update archive rules
- tracking and presenting files to be archived

<u>Out of Scope:</u>
N/A

## *II. Management Processes and Financial/Accounting Processes*




**Definitions:**

Management and Financial processes are show together due to the close ties of many of the individual functional components. To many of the components, there is both a management process and a financial transaction process.

Management Processes:
Management Processes involve managing people or processes outside of a specific claim. Usually one person or a group of people are dedicated towards getting a optimal result by managing these items in an aggregate fashion. For example, in vendor management, the management process involves tracking vendors, striking and tracking vendor discount and service arrangements, and ensuring the preferred vendor is utilized during the claim handling process. For subrogation management it means setting up criteria for recognizing subrogation potential, procedures for tracking the subrogation process, and the ability to summarize and report on historical subrogation activity.

Financial/Accounting Processes:
Financial/Accounting Processes involve managing the financial aspects of handling these larger efforts. For example, the financial processes in vendor management include receiving vendor billings, paying vendor billings and tracking the amount and volume of business done with the vendor. For subrogation, financial management tracks the amount of subrogation received and profit center towards which the intake is credited.

## *Management Processes and Financial/Accounting Processes*

### Fraud Profiles




### Definition:

Fraud Profiles recognize potential fraud cases, support intervening early, and suggest alternative strategies for managing the risk of fraud. This component interacts heavily with the claim objects, participant component, task assistant component, and vendor management component. Outside sources of information are utilized to gather fraud indicators that are defined in the pallet of the fraud evaluation profiles.

### Scope:

<u>**In Scope:**</u>
N/A

<u>**Out of Scope:**</u>
- Flagging potentially fraudulent vendors, insureds and claimants on the participant record and having them recognized as such in future claims.
- Recognizing claims as fraudulent based on claim characteristics.
- Use of fraud profiles and their published messages to the task assistant.

- ***Management Processes and Financial/Accounting Processes***

## Loss Cost Containment Profiles




## Definition:

Loss Cost Containment Profiles manage the strategies applied to any group of claims which meet a designated profile. The strategy may cause a reassignment to occur, invoke relevant best practices, cause a Center of Excellence to be assigned to a claim, or cause a new reserve to be considered. The ClaimProfiler™ will interact with this component as well as the claim objects during their lifecycle in order to insure that claims which change profiles are properly managed for maximum effectiveness. (See more detail under the ClaimProfiler™ definition.)

SPC Claim Centers of Expertise are examples of Lost Cost Containment strategies.

## Scope:

**In Scope:**
N/A

**Out of Scope:**
Loss Cost Containment Profiles and their interaction with the ClaimProfiler™

## *Management Processes and Financial/Accounting Processes*

**Vendor Management**




### Definition:

Vendor management manages all aspects of vendor and claim relationships within the organization. The component will interact with the corporate name & address and claim participant components in order to create the necessary relationships to manage the process. Also included is a vendor administration facility with which to enter and promote new vendors, manage the vendor library and authorization process, capture relevant data regarding preferred vendors, monitor vendor performance, maintain records regarding purchasing agreements, discounts and thresholds, and cope with questionable or fraudulent vendors.

Litigation Management:
Litigation management provides the ability to capture basic litigation information (example: trial date, venue) on a claim or supplement level, to budget for litigation on a per counsel basis, and track payments against the litigation budget.

Preferred Vendor:
The preferred vendor component manages relationships with vendors with whom the insurer has special arrangements, primarily for the purpose of transferring claim handling functions and achieving increased discounts and loss cost management impact. The information necessary to market preferred vendors to insureds and claimants, as well as the administration facility to manage the vendors (key performance indicators, reinspection frequency and results, audits, and vendor maintenance) will also be included in this component.

Managed Care:
Managed care will be an essential component to the achievement of world-class results for workers compensation insurance and TPA services. Furthermore, a majority of insurers will not develop their own managed care facilities, but will strike alliances with managed care organizations and arrange to transfer sections of the claim handling process and even a limited degree of risk to these alliance partners. For this reason there will be a close association between vendor management and managed care. It is also expected that the Managed Care component will interact closely with the claim object during its lifecycle, and will require extensive payment and line-item information in order to manage the alliance relationship. Additionally managed care will utilize packaged vendor data and perhaps applications assisting in the evaluation of prescribed treatments and medications. Managed care could also contain return to work rehabilitation support.

Third Party Administration:
Claims handled by a TPA will need to be recognized as such, with the corresponding claim information entered into Claim Folder. Currently, TPA data comes into ACE via ACE Import Process. It does not allow the data to be filtered and viewed according to set criteria. This component will improve the current error correction process and allow flexible filtering of data for management/oversight purposes.

## Scope:

In Scope:
- Managing the payment processing associated with vendor management
- Vendor location and contact information (person, fax, address, phone)
- Vendor type, status and historical information
- Preferred method of communication with a vendor
- Service level agreement data
- Capturing basic litigation information on the claim or supplement level
- Budgeting for litigation on a per counsel basis
- Tracking line items and payments against litigation budget
- Recognizing preferred vendors exist for a claim
- Provide claim data to a vendor maintenance facility
- Import of TPA Data into ClaimWorks

Out of Scope:
- Managed Care for workers compensation claims
- Set-up, management and monitoring of vendor agreements including those with TPAs, litigation and managed care vendors.

## *Management Processes and Financial/Accounting Processes*

**Recovery Processing**




### Definition:

The establishment and management of recovery processes including the tracking of recovered funds to the appropriate cost centers. This includes collecting information and establishing standard processes for recovering salvage, subrogation, deductibles and SIR deductibles.

Salvage:
This component is intended to manage and maximize the salvage recovery process. It will interact closely with the participant component, vendor management, supplement, payments, and task assistant. Salvage contracts will be managed along with the salvage lifecycle within the regular lifecycle of a claim.

Subrogation:
This component will manage the subrogation negotiation and collection process. It will interact with Profiling in order to identify subrogation potential early, and will interact with the task assistant, claim, supplement, and payment components. The negotiation and settlement objects used in complex negotiations and litigation will also be available. Subrogation will have a separate lifecycle which will be closely linked to the claim lifecycle.

Other Insurance:
This component manages information and process for all additional insurance available to the claimant on an individual loss. The module contemplates the management of this additional coverage. The nature of the insuring arrangement will be captured along with any reporting requirements, billing arrangements, contacts involved, etc.... Multiple insurance arrangements for any individual sub-claim or claim can co-exist and be managed.

Reinsurance/Co-insurance:
This component manages information and process for all additional insurance available to SPC or the insured on an individual loss. The most common collection and interaction will be with reinsurance, but the module contemplates the management of primary and excess layers, slip business, and co-insurance/contribution. The nature of the insuring arrangement will be captured along with any reporting requirements, billing arrangements, and all contacts involved. Multiple insurance arrangements for any individual supplement or claim can co-exist and be managed via this component.

Deductible:
This component manages primarily third party deductibles wherein the insured agrees to reimburse the insurer for a portion of the loss. Deductible accounting and file specific collection may be managed through this component. In the event of an aggregate limit or a centralized billing arrangement, this component will work with other components to manage the aggregate or generate loss-sensitive bills.

Self Insured Retention:
This component manages primarily self-insurance arrangements wherein the insured agrees to reimburse the insurer for a portion of the loss. Self-insured retention accounting and file specific collection may be managed through this component. In the event of an aggregate limit or a centralized billing arrangement, this component will work with other components to manage the aggregate or generate loss-sensitive bills.

## Scope:

In Scope:
- Basic salvage information: if it exists, how much, salvage organization, etc.
- Basic subrogation information: if it exists, how much, who the insurance company is seeking subrogation from, etc.
- The name of the insurance company with which the insured or claimant has other insurance
- The amount of the deductible on the insured policy for the applicable coverage and whether or not it has been recovered
- The amount of self-insured retention and whether or not it has been recovered
- The financial processing and identification of received salvage, subrogation, deductibles or SIR payments
- Message to recovery unit that other insurance exists
- Automated recognition when reinsurance exists
- Interface to Ceded Re to handle reinsurance recovery
- Utilizing policy information for the handling of individual claims falling under SIR policies
- Access to reinsurance deal information

Out of Scope:
- Establishment of and data analysis for salvage management
- Establishment of and data analysis for subrogation management
- Utilizing policy information for the aggregate management of claims under SIR policies
- Management of the reinsurance recovery process and the financial functions to support and allocate received amounts

## *Management Processes and Financial/Accounting Processes*

**Aggregate Management**




### Definition:

The component manages a very broad array of aggregates and includes relationships between claims which are "declared" to be related "on-the-fly." The functionality will exist for managing standardized processing of aggregates on limits, deductibles, or cross-policy and line of business aggregates. Once claims are associated for a particular aggregate, the processing and accounting for those related claims will be managed automatically by the component.

### Scope:

<u>In Scope:</u>

- Summarizing payments and reserves at the aggregate level
- Receiving aggregate information from policy systems and applying it to claims processing

<u>Out of Scope:</u>
N/A

# *Management Processes and Financial/Accounting Processes*

**Alternative Dispute Resolution**




## Definition:

Typically, claim settlements are made in lump sum payments to the claimant and claimant attorney. Alternative dispute resolution refers to alternative, creative and more cost effective methods of settling claims, and paying claimant attorney legal fees. These methods allow creative settlement solutions, benefiting both the company and the claimant. ADR supports business strategies for improved cash flow and loss and expense cost savings.

Examples of ADR are the use of structured settlements, the purchase of annuities to pay the claim over longer periods of time; and use of the Retained Assets program, a special program by which settlement moneys are deposited in a bank account and the claim is allowed to draw checks against the money. Other forms of ADR are through the use of special judges, settlement panels, etc. to avoid the cost and time associated with use of the standard court system.

Currently there are several processes set up to track settlements made via these alternative methods. This component will help track and manage these items on an individual claim basis in Data Capture, and across multiple claims via an event or deal-type component. The ADR process is linked closely with the negotiation component, payment processing and the Task Assistant.

## Scope:

<u>In Scope:</u>
- Tracking payments made by SPC
- Tracking of alternative methods of claim settlements
- Tracking across claims by ADR types

<u>Out of Scope:</u>
- Tracking payments made through a life company, bank or other financial institution

## *Management Processes and Financial/Accounting Processes*

**Reserving**




### Definition:

The reserving component manages all aspects of establishing and maintaining loss and expense reserves, reserve accounting and monitoring, automated reserves, and reserve authority. The feedback processing for loss development and reserve adequacy will be managed in this component.

### Scope:

**<u>In Scope:</u>**
Tracking reserves at the supplement, claim, policy, aggregate, and event level

**<u>Out of Scope:</u>**
N/A

## *Management Processes and Financial/Accounting Processes*

**Payment Processes**




### Definition:

This component handles routine payments of drafts and checks, and also includes electronic funds transfer. There are also a series of productivity and EDI functions that make the settlement of losses more manageable. These include: vendor transfer, pre-authorized settlement of individual payments and/or groups of payments, repetitive payments, and a series of functions which are intended to manage the accounting of complex settlements. This component will interact closely with the supplement, participant, vendor management, and line item processing components. Authority thresholds and requests for authority will be managed through this component and the task assistant.

### Scope:

<u>In Scope:</u>

- Issuing automatic, manual and internal payments
- Deleting, stopping, and voiding payment
- Atypical recovery
- Change/offset payment
- Bulk billing and bulk payments
- Structured settlement
- Request checks or other payment plans, currency types, bank accounts
- Interfaces with:
  - Reserving tools
  - Medical Cost Review
  - Settlement information and tools
  - Rules for deductibles, SIRs, Retros, TPAs
  - Authority Information
  - Vendors, bill review systems, bulk billing systems

<u>Out of Scope:</u>
N/A

## *Management Processes and Financial/Accounting Processes*

### Line Item Processing




### Definition:

Line item processing manages the settlement and payment process at a finer level of granularity in order to accommodate more sophisticated vendor management functions, and to account for more complex loss cost analysis. The types of line items will vary by line of business and supplement type, and this feature is intended to provide very flexible modifications for individual product lines. Payments and settlements will often be at the line item level, and sophisticated accounting, summary and analytical tools will be available to accommodate the complex processing required, and to insure data quality.

### Scope:

<u>In Scope:</u>
- Tracking the line item breakouts of supplements and payments towards supplements
- Methods for obtaining line item detail outside of manual entry

<u>Out of Scope:</u>
N/A

## *III. Large Account Servicing*




### Definition:

These components contain all of the information necessary to manage account and claim relationships, interactions with risk managers, agents and brokers, and account servicing instruction. It interacts with Task Assistant, account, policy and other components.

### Risk Management




### Definition:

This component manages the interaction with the risk manager or agent/broker for large account or affinity group business. The component works closely with the account / claim component to recognize risk and profit center relationships that apply to individual accounts and risk managers. Interaction with the risk manager through the task assistant, e-mail, and regular account servicing will be accommodated in this component. Risk information review will be provided through the Internet and other EIS tools.

### Scope:

**In Scope:**
N/A

**Out of Scope:**
Risk manager application for location coding, loss summary analysis, etc.

## *Large Account Servicing*

### Account Management




### Definition:

This component contains all of the information necessary to manage account and claim relationships on behalf of large accounts, risk managers, affinity groups, etc. An account in relationship to claims is a loosely defined concept which allows almost any group of claims or policies and claims to be associated in a variety of relationships as defined and maintained by the risk manager, underwriter, or claim handler. Versioning and complete history of all updates will be provided. Location coding and profit center processing will be externalized from the claim data capture and migrated to the risk manager whenever possible.

### Scope:

<u>In Scope:</u>

- Account servicing instructions
- Account background information
- Key client contacts
- Account arrangement information
- Account selected vendors
- Account service history
- Account specific data capture
- Ability to change the data needed by accounts
- Risk manager contact information
- Account summary information
- Location/profit center coding

<u>Out of Scope:</u>
N/A

# *Large Account Servicing*

## Account Servicing Instructions




### Definition:

This component contains the information necessary to manage all of the rules, participants, and tasks for large account special claim handling instructions or arrangements. This would include account-specific data capture, rules regarding assignment of staff or outside service providers, authorized vendors, etc. This component interacts with Task Assistant as the mechanism for alerting handlers to the special account requirements.

### Scope:

<u>In Scope:</u>

- Account servicing instructions
- Account background information
- Key client contacts
- Account arrangement information
- Account selected vendors
- Account service history
- Alerts to the claim handlers regarding account specific data capture
- Ability to change the data needed by accounts

<u>Out of Scope:</u>
N/A

## *IV. Management Reporting*




### Reporting




**Definition:**

Claim must provide loss data for a variety of internal reporting and satellite systems. Data must be accessible to all reporting systems. It will be necessary to create a new reporting/satellite system source file/database in order to make the data available/accessible to all who need it.

**Scope:**

In Scope:
- Feeding quality loss data to FFS warehouse and existing systems
- Some internal reporting for claims

Out of Scope:
Creating or maintaining existing reporting systems external to claims

# *Management Reporting*

## Data Mining and Feedback




### Definition:

A core capability in profiling is the ability to review the large amounts of data captured in the new claim environment (vendor information, fraud indicators, line-item values, medical treatments and diagnosis, etc.) and seek patterns that will influence or guide future claim handling. Data mining and the infrastructure necessary to support it are the function of this component. Also included is the ability to measure and monitor the key performance indicators incorporated into any profiles that are established. It is expected that some profiles will be created simply because they are "interesting" or "intuitive" to the process, and the data mining and feedback process will determine whether the intuition has substance for guiding future claim handling.

### Scope:

<u>In Scope:</u>
N/A

<u>Out of Scope:</u>
- Measurement against key performance indicators
- Data mining of large amounts of claim data

## *Knowledge Management*




### Definition:

This component would assist in the management of claim organizational knowledge crucial to achieving claim and corporate objectives, and responding to marketplace competition. Knowledge silos must be eliminated in individual departments/units/structures, and focus on leveraging collective claim knowledge.

There are two types of claim knowledge to be managed - explicit and tacit. Explicit knowledge refers to information that is written down or captured by other means, such as procedure manuals, reports, etc. Tacit knowledge consists of undocumented ideas, methods, procedures, knowledge, etc. Both type of knowledge must be captured, packaged and reused.

The Claim Centers of Expertise process and organization represents some current knowledge management efforts.

This component would interact with Org/Personnel, Assignment, Task Assistant, and potentially other components. It would use data captured in a variety of components. It would also lend itself to profiling type of functionality.

### Scope:

<u>In Scope:</u>
- Present claim related knowledge to handlers
- Tracking claim organizational knowledge

<u>Out of Scope:</u>

- Identifying, defining, redesigning the business process associated with knowledge management in Claim
- managing corporate organizational knowledge or that which falls outside Claim

**ClaimWorks Blueprint**
**Component Descriptions**

## *Claim Utilities*




<u>Task Assistant:</u>
Task assistant is the cornerstone of the claim handler's working environment. It touches all major processes in the blueprint. Although it is a utility, it interacts with core claim processing, large account servicing, and management/financial processes. It includes the diary functions and the worksteps necessary to manage complex claims. Task assistant assembles all of the tasks needed for any individual claim based on the claim type and the lifecycle of the claim. The task list is assembled for an individual claim based on regulatory compliance requirements, account servicing commitments, and company best practices. The claim handler has control over the task list or plan and can add tasks as the claim proceeds. Tasks can be date sensitive and will vary based on the lifecycle of the claim and the occurrence of claim events. Tasks can be pre-defined or ad hoc, and many tasks are "enabled" in that they can execute themselves once the diary date has expired or at the claim handler's request. Completed tasks form a work history on the claim. Tasks can be assigned to performers regardless of organizational structure or geography, and tasks are often used to communicate information between claim handlers who are managing separate aspects of a claim.




### Definition:

Utilities can provide services to claim handlers independent of the claim folder. For example, managing inbound and outbound communication can occur outside of the claim data and processing itself.

## Definition of Utilities In Scope:

Address Book:
The corporate name and & address component is a repository of information about individuals and business entities that does not vary across claims (or other corporate applications). Examples of this information include the name and all addresses (home and/or business), all phone numbers (business, home, fax, cellular, etc.), tax identification or social security numbers, e-mail addresses, D&B number, etc. This repository also recognizes every relationship that the individual or business has with regard to claims on which there is a participant record.

Regulatory Management:
This component manages the claim aspects of regulatory compliance. It is intended to manage the rules, information, and requirements by which claim regulatory compliance is managed. This component works very closely with the task assistant and forms & letters to organize those requirements which can be translated into tasks to be performed or forms or letters which must be completed. The component manages jurisdictional issues and data-sensitive tasks and is capable of intervening when attributes of the claim change during its lifecycle. When regulators require custom information for their jurisdiction, the dialogs and rules by which this information are managed in this component.

Claim Participant:
The claim participant is the relationship between individuals and entities in the corporate name & address component and any individual claim. Included in this relationship is a role that this participant has with regard to the claim, and it is possible for a individual or entity to have multiple roles for one or more claims. It is through this relationship that vendor management is accomplished, some aspects of fraud are detected, and Claim Profiles are recognized. All payments must be made to an established participant, and all vendors must be known to the system. Cross-claim participant processing and monitoring is enabled by this component

Forms and Letters:
This component manages outgoing correspondence and forms. The component interacts with the participant component to obtain names and addresses, and then provides a library of context sensitive letters and forms which leverage claim information. Forms and letters are objects which are stored and available within the claim objects to provide a history of outgoing documentation. Forms or letters will often be directly related to tasks and enabled tasks will know the forms or letters and participants to which they apply. Internal company forms will not likely be implemented within this component as the information gathered and communicated on internal forms will more often be managed within claim data capture. This component will provide and administrative facility and library functions which permit versioning, data tagging, and routine maintenance. The component will interact with standard word processing and forms packages. This component also manages e-mail communication.

File Notes:
File notes capture the textual information that cannot be gathered in discrete data elements within claim data capture. File notes will also be used as an internal communication device between claim handlers, vendors, and often customers. File notes will have the ability to be structured by participant or claim category (medical, investigation, coverage, etc.) in order to permit rapid retrieval and organization of this textual information. File notes will often be an integral part of enabled tasks in that the logical documentation method for a task will be a file note, and much of the text will be pre-filled for the claim handler.

Activity Based Costing:
The activity based costing component works closely with the task assistant to gather detailed and precise information regarding the time consumed handling various claim activities. This component will refer to the library of tasks available and completed on any claim during the course of each day, and will then present a highly intuitive interface to the claim handler from which they can adjust and document the total time consumed for any task or file. The output of this component will be used for claim cost allocation, or in the case of TPA services, it will permit billing of claim services to the customer.

External Interfaces:
External interfaces allow for information to be exchanged with outside parties. These include any systems that directly supply data to The St. Paul, such as the Index Bureau.

Mail Processing:
This component controls correspondence production, sorting, packaging, postage and delivery for regular or express mail services. This can be done at various levels of automation, and can be outsourced to mail processing vendors.

E-Mail:
As the Internet gains widespread acceptance and security issues are overcome, more and more insurers will use e-mail as the major communication vehicle with their customers.

EDI Integration:
EDI transfers information from and to external parties involved in the claim handling process. Examples include data suppliers and other vendors, regulatory bodies, and insureds.

Browser Enablement:
Internet/Intranet technologies could be used for direct data capture from insureds, agents and vendors, as well as transfer of correspondence, billings and reports from vendors, attorneys and other companies. These technologies could also be used to support internal communication between geographical territories. This component will manage the websites, transaction modules, and applets that are used to manage this interaction.

Estimating Tools:
Estimating tools include packages such as MitchellMatix an Boeckh, which aid in the evaluation of auto and property damages.

## Definition of Utilities Out of Scope:

Profiling Engine:
The ClaimProfiler™ is a utility which has the ability to profile any business domain based upon the pallet of parameters and the profile characteristics to which those parameters apply. The utility also can maintain the key performance indicators of any designated profile. The actual profiles are created and maintained in insurer specific components that will usually be highly proprietary.

Untethered Capability:
This component provides a series of utilities which allow an untethered worker to store work on their laptop and forward it when they next dock into the network. This utility collaborates closely with task assistant, forms & letters, participant, and file notes. The architectural aspects of this component include all necessary modules to sync up work done by the claim handler while not linked to the network, as well as work performed on files by others which then needs to be loaded to the claim handler's records on the laptop. This component is now closely linked to the technical architecture and to the Internet applications.

International Capability:
International processing involves the ability to rapidly deploy the claim application in a global setting. This includes access to currency conversion, the translation of literals into foreign languages, and the ability to capture, address and telephone information using local conventions.

## Definition of Opportunistic Components In Scope:

Address Verification:
The address verification component will use industry standard packages to normalize address entries, correct erroneous addresses on-line, and provide zip+four information for geophysical coding. The component will permit location based risk assessment and management by normalizing address information and cross-referencing prior location claim and risk history. This location history will be an attribute of risk management and fraud detection. The address information will be used to sort and simplify mail processing and reduced mailing expense.

Document Management:
Document management is the utility which manages all claim documents including paper based or image. When the document represents an image or electronic file, document management will store the document in the proper context, and will manage routine functions like check-out, retrieval, updating, versioning, etc. When the document is paper based, the document management system will provide a location for the material. This functionality is expected to be achieved by integrating an outside package.

Digital Imaging:
Imaging provides for all elements of document display and manipulation including scanning, storage, file transfer, in-bound and out-bound fax, and optical character recognition. The functions will include display, reprint on demand, and rapid indexing of claim related documents.

Fax:
Fax processing include in-bound fax processing and out-bound fax generation. This includes fax servers and first notice processing where fax is the medium of choice. It is expected that fax and e-mail will be closely related, as will the Forms & Letters component.

Geographic Information Systems:
Geographic information systems will provide geophysical coding and related services based on the zip+four or other geophysical parameters. This component will include mapping programs and will be used to locate vendors and services that are in close proximity to insureds and claimants. This module will also be used for assignment processing.

Inbound Communication:
Inbound communication collects, routes and presents all information that an insurance company receives, whether in the form of mail fax, e-mail, telephony, or EDI. This information can be routed to claim handlers for user processing or automated interfaces for automatic processing. Inbound communication can be managed more effectively with tools like task assistant and document management, where claim handlers could be notified of incoming correspondence when received and be able to see it on-line.

Outbound Communication:
This component seeks to isolate the choice of information delivery vehicles to external parties based on the preferences of the receiver. For example, the delivery option (fax, mail, e-mail, etc.) of a letter should be made by the system based on a customer's preferences. This component will also package information based on the delivery option to isolate low-value tasks from the claim handler.

Telephony:
Telephony is the component that manages computer and telephone integration in order to transfer telephone traffic and claim information across the network. Included in this component will be in-bound call recognition and routing. Voice Response Units are not included in the component because VRU is not anticipated to provide a satisfactory solution to inquiry functions for property / casualty claims.

## *Technical Architecture*




### Definition:

Security:
Security involves those programs which are intended to keep unauthorized outsiders from gaining entry into the network and claim records.

Development Environment:
The development environment supports the ClaimWorks Design and Construction teams. It includes the development methodology and all the tools needed to create design deliverables and build the application based on that methodology. These are stored in the ClaimWorks development repository.

Execution Environment:
The execution environment contains components needed to run the ClaimWorks application. It includes software to present information, access data, manage transactions, and communicate between PCs, servers, and the mainframe.

Operations Environment:
The operations environment contains the tools, support services, procedures and controls required to keep a production system operating. It includes facilities to support users (e.g. the Help Desk), distributes software, monitor performance, manage outages and exceptions, and other components that ensure the system is operating to expectations.

## *Legacy Systems & Interfaces*




### Definition:

Overall, legacy systems and interfaces include any non-ClaimWorks applications that currently exist or need to be created in order to support business processes. Legacy systems include any existing application that either supplies information to or receives information from ClaimWorks. There will be many of these systems, but the major categories are described below.

<u>Policy Administration:</u>
Policy administration systems include Includes any existing system that supplies policy information to ClaimWorks. Examples includes CLASS and Plato. In addition to policy information, account management systems would also be considered under these administration systems.

<u>Legacy Claims:</u>
Legacy claims includes not only the primary claim processing system, ACE, but any other systems used to support claim operations, e.g. Claim File Review, and Workload Measures.

<u>Conversions:</u>
Conversion applications support the migration of each release of ClaimWorks. Each time a set of components is rolled-out to the field, conversion programs are needed to transform existing information into formats needed in the new environment. They also may be built to provide facilities to initially populate information that does not currently exist but is required to support the new application.

# EXHIBITS 114-119
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 120

The St Paul

# Organization

# Functional Business Requirements

# ClaimWorks Redesign

3/20/98

Prepared by: Information Systems Division
St. Paul Fire and Marine Insurance Company, Inc.

Copyright © 1997 by The St. Paul Companies, Inc. All Rights Reserved

EXHIBIT
23
11/28/09 N. Gisch

# Table of Contents

**BUSINESS REQUIREMENTS** .......... 3
HIGH LEVEL COMPONENT DEFINITION .......... 3
*Definition* .......... 3
*Key Business Process* .......... 3
*Key Component Functionality* .......... 3
*Assumptions* .......... 3
FUNCTIONAL REQUIREMENTS .......... 4
BUSINESS SCENARIOS .......... 10

# BUSINESS REQUIREMENTS

## HIGH LEVEL COMPONENT DEFINITION

### Definition

The organization component maintains the hierarchical structure of a company and the details of its entities. The Organization Component consists of organization entity types and organization entities. Organization entity types can be either individuals or groups. Organization entities are specific groups or individuals. Only entities within the organization structure may be assigned to a claim as a performer. An example of an organization entity type would be structure. Commercial and ocean marine would be examples of specific organization entities.

### Key Business Process

The Organization component supports several different business processes within the claim handling process. Org holds performer information such as locations, reporting relationships, and primary ids for potential claim performers. In doing so, it provides support to several ClaimWorks components such as <u>Task Assistant, Indexing, Forms & Corr, Caseload and Claim Folder.</u>

The <u>key</u> business processes supported by the Organization component are:

- Assignment of claims
  (Initiate Claim process - DC Process work)
- Assignment of tasks
  (Manage Workplan - DC Process work)

Redesign to Incorporate new claim & business structure

### Key Component Functionality

The organization component will provide the following:

1. Maintenance of organization entity types and their relationships
2. Addition of new organization entity types and relationships
3. Maintenance of organization entities and their relationships
4. Maintenance of organization entities details
5. Add organization entity
6. Search for organization entity

### Assumptions

# FUNCTIONAL REQUIREMENTS

*Priority: A=Can't release without it, B=Need, but there is a work around or aligned with Data Capture, C=Nice to have*

| Req. # | Priority Number (A,B,C) | Requirement | Description - Measures - Rules | UI (Num & Name) | System (U1, Millennium, Gap, Both) |
|---|---|---|---|---|---|
| 1 | A ?? | Organization system needs to be able to support unlimited entity types and relationships between those entity types | Entities include individuals - both employees and non-employees and non-individuals (groups, units, offices, structures, etc.) | | Millennium |
| 3 | A | There needs to be security around who can make changes to the detailed information about the entities or their relationships | Details will need to be determined at a later date. | | Both |
| | | | | | |
| 4 | A | Maintain organization entity type | Once an organization entity type is selected, the existing relationship rules to other organization entity types are displayed. Only user's with the appropriate authorization may add or edit. | Maintain Organization Entity Type | Millennium |
| 5 | A | Add new organization entity type | If there is a change in the organization, due to merger or reorganization, new organization entity types may need to be added. This option will be in the menu bar, and will be accessible by only those with access to add or update the rules of the organization. All fields will by cleared and new relationships may be entered and saved. | Maintain Organization Entity Type | Millennium |
| 6 | A | Maintain organization entity relationships | Any time an entity changes its relationships, the entities relationships can be edited by an authorized user. This may be a unit manager or an office leader or perhaps authority to change a relationship is centralized within an office or unit. No matter how this is done, there will be someone with access to change the relationships between the entities. | Maintain Organization Entity – Relationship Tab | Millennium |
| 7 | A | Maintain organization entity leader(s) | Each organization entity defined as a group must have at least one specified leader. This leader must come from an organization entity type defined as an individual. Each group may have multiple leaders. | Maintain Organization Entity – Leader Tab | Millennium |
| 8 | A | Maintain organization entity – TSID's | The TSID's for an organization entity type can be maintained. One of the TSID's must be specified as the primary TSID. | Maintain Organization Entity – Maintain TSID Tab | Millennium |

| | | | | | |
|---|---|---|---|---|---|
| 9 | A | Maintain organization entity details – Location(s) | After searching and identifying a specific organization entity, maintain the locations of that entity via the location tab on the maintain organization entity UI. The locations already listed may be viewed and/or edited. New locations may be added. A primary location should be specified. Certain entity types can default to their office, unit or structure location. | Maintain Organization Entity – Location Tab and Location UI | Millennium |
| 10 | A | Add organization entity | When adding an organization entity, there will be information that is mandatory on each tab before the entity may be persisted to the database. | Maintain Organization Entity and Location | Millennium |
| 11 | A | Search for organization entity | The search for an organization entity needs to be flexible. The organization entity type which is trying to be located must be entered. The user can search by name or relationship criteria. All of the entity types that are related to the one being searched for are defaulted in the list box. Any combination of these could be specified. | Search for Organization Entity | Millennium |
| | | | | | |
| 12 | A | As ClaimWorks is rolled out to the field, the preliminary organizational entity information (data and relationships) will be populated | See detailed rules listed below - review UI rules and determine which should be put in place - including what entities types are needed, relationships between entity types, and specific relationships created for specific groups and individuals. | | Both |
| | | Structure | The structure is the top of the hierarchy in the organization component. | | UI |
| | | | A structure must be added in order to add an office and any units and employees to the office/unit combination. | | UI |
| | | | A structure can only be added if it has a unique name | | UI |
| | | | A structure can only be deleted if it has no employees associated with it. This includes the RCM that is attached to the office, the unit manager associated with the unit, and the employees attached to the unit. | | UI |
| | | Office | An office is the second level of the organization hierarchy. | | UI |
| | | | A regional claim manager must be assigned to the structure you want the office to be associated with. | | UI |
| | | | An office must be associated with a structure. | | UI |
| | | | A office in the US must have an office name, unique office code, city name, state name, 5 digit zip code, 10 digit phone number, and a RCM in order to be saved. | | UI |
| | | | An international office must have the same information as the US except for the zip code. | | UI |
| | | | An office must be formed before you can associate any units or employees to a structure because a unit is attached to a structure and an office. | | UI |

| | | | | | |
|---|---|---|---|---|---|
| | | RCM | There are no rules to deleting an RCM, although at least one RCM must be associated with an office/structure combination. | | UI |
| | | | Each RCM in the view RCM UI can be associated with the same office, but could possibly be associated with different structures. | | UI |
| | | | When adding an RCM, the list of claim managers showing up only includes those employees with a RCM job code. | | UI |
| | | | When a regular employee needs to be the assigned RCM, they can be added by doing a search through the organization's employee database. | | UI |
| | | | Both a structure and a claim manager must be selected before you can save an RCM to an office. | | UI |
| | | Unit | A unit must exist before any employees can be added to the structure/office hierarchy. The unit is the third level of the hierarchy. | | UI |
| | | | When adding a unit manager, the list of unit managers showing up only includes those employees with a unit manager job code. | | UI |
| | | | To create a new unit, a unit manager, a LOB, a structure, and an office must be assigned. This will then form a hierarchy with the unit attached to the structure and office specified. | | UI |
| | | | When a regular employee needs to be the assigned unit manager, they can be added by doing a search through the organization's employee database. | | UI |
| | | | A unit can be deleted if there are no employees attached to it. | | UI |
| | | | A unit can be replaced at any time whether or not there are employees attached to the unit. | | UI |
| | | | To maintain a unit, the unit manager can be changed the same way as adding a new unit, but the LOB, Structure, and Office associated with the unit must remain the same. | | UI |
| | | Employee | Details about employee can be viewed from assign/view performer, as well as organization. | | UI |
| | | | When viewed from either Assign Performer or View Performer, these rules apply:<br>• Employee # is not visible. (Confidential information)<br>• Title is read only.<br>• CW User Status is read only.<br>• Line Of Business (LOB) is read only.<br>• Reporting relationships cannot be altered (added or deleted).<br>• CW User information cannot be altered. | | UI |

| | | | | | |
|---|---|---|---|---|---|
| | | | When the individual being viewed/altered is a contractor, these rules apply:<br>• Title can be selected from a subset of the PeopleSoft claim title codes. Subset includes:<br>01743 Claim Representative Clm Rep<br>CL119 Claim Support Associate CSA<br>CL118 Inside Claim Representative In Clm Rep<br>CL080 Recovery Analyst Rcvry Analyst<br>• Contractors are designated with an icon in the reporting relationships area. | | UI |
| | | | Employee Status must be Active and one of the Employee's TSIDs must be Primary for the user to be able to make the CW User Status Active. | | UI |
| | | Employee reporting relationships/adding emp to unit... | Reporting Relationships will be displayed in the following hierarchical format:<br>• Structure displaying structure name<br>• Offices displaying office name, Regional Claim Manager, job title, Regional Claim office<br>• Units displaying Unit name (which is manager name), manager job title, unit lob, regional claim office<br>• Employees displaying employee name, job title, lob, location | | UI |
| | | | Cannot delete Employee/Contractor without first selecting which instance of employee to delete (in the case of the Employee belonging to more than one unit.) | | UI |
| | | | When the Employee/Contractor is deleted from their only unit they are placed in the Unassigned group. | | UI |
| | | | When adding an Employee to a Unit, Unit selection is filtered the same way as it is on the main Organization UI. Office is filtered based on Structure selection and Unit is filtered based on Office selection. | | UI |
| | | | These three organization types can only be selected in descending order: Structure, Office, Unit. | | UI |
| | | | An Employee/Contractor cannot be added to a unit that they already belong to. | | UI |
| | | | All three organization types (Structure, Office, Unit) must be selected. (i.e. a user cannot select an office that has no units associated with it.) | | UI |
| | | | A RCM cannot be added as an employee to a unit within their office. | | UI |
| | | CW User/TSID | Only one TSID can be marked as Primary at one time. | | UI |

| | | | | | |
|---|---|---|---|---|---|
| | | | Once a TSID is marked as Primary, there always has to be one that is Primary. Initially, there is no Primary TSID brought in from PeopleSoft. This is the only time when an employee has no Primary TSID. | | UI |
| | | | User cannot delete any TSIDs. | | UI |
| | | | There is no limit to the number of TSIDs an employee can have. | ? | UI |
| | | | A new TSID must: Begin with 'TS', Be no more than 8 characters long, Be uppercase, Be unique in system/database. | TZ [illegible] | UI |
| | | Batch processes not separated by functional area. | St. Paul employee changes are triggered by changes to PeopleSoft. | | UI |
| | | | contractor changes are triggered by changes to data security | | UI |
| | | | The following employee (St. Paul & contractors) attributes are captured from the trigger files: employee number, job code, name (first, middle, last), status, location (work city, state, zip, country), location description, mail code) | | UI |
| | | | The following employee attributes are retrieved from the email file: userid, phones (bus & fax), email name | | UI |
| | | | update process does not update changes unless they fit one of the following criteria: already exist in ClaimWorks, division is CLAIMS, division is MAJOR MKTS and Jobcode is CL230, or dept. Id is 22H0968 | | UI |
| | | | Employees can not be set up as managing themselves | | UI |
| | | | Non-claim employees with access to ClaimWorks are kept track of in a file. Their manager, office, and structure code are retrieved from it. | | UI |
| | | | Employee LOB is determined from workgroup on the claim structure file, if it does not match it is defaulted to Z10 | | UI |
| | | | When employee is a claim employee, the structure code is retrieved from the claim structure file. If it can not be found on the structure file, it is defaulted to 'ZZZ'. | | UI |
| | | | Verify that email record has valid active userid, if not it is created from the employee number by taking the first 5 digits of the employee number and adding after 'TS' | | UI |
| | | | create employee if it does not exist | | UI |
| | | | when creating an employee, if employee manager has a unit, then the employee is assigned to that unit | | UI |
| | | | when creating an employee that is a Regional Claim manager, an association is added to the office | | UI |
| | | | employees that exist are updated | | UI |
| | | | jobcodes are not updated for contractors, since they can be changed in ClaimWorks | | UI |
| | | | userids that are new for an employee are added | | UI |
| | | | userids on creation are defaulted to not active and not primary | | UI |

| | | | | | |
|---|---|---|---|---|---|
| | | | when new userids are created, user preferences are added | | U1 |
| | | | when user preferences are added, expand tree & template path are defaulted (expand tree is false) | | U1 |
| | | | userids that exist are updated | | U1 |
| | | | when employee's employment status changes from active, the cwuser status will be set to false | | U1 |

## BUSINESS SCENARIOS

| Business Scenarios # | Business Scenarios |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBITS 121-127
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 128

**FY 1998 ENGAGEMENTS > $5 Million**

| MARKET UNIT | ENG GMU | ENG GMU DESC | CLIENT NAME | CLIENT # | ENG # | ENG DESC | ENG PARTNER | ENG FY 98 GROSS FEES |
|---|---|---|---|---|---|---|---|---|
| FINANCIAL SERVICES | 0256 | US FSI | AMERICAN EXPRESS | AXX286 | CT | TRAVEL RELATED SVCS | STEINER, J. A. | $103,551,408 |
| COMMUNICATIONS | 0228 | COMM-US | IRIDIUM, INC. | IRI003 | AA | BUSINESS SUPPORT SYS | KRALL, A. M. | $90,295,565 |
| RESOURCES | 0049 | US ENERGY | HALLIBURTON COMPANY | HAL015 | SP | SAP | MILLER, W. J. | $56,955,198 |
| RESOURCES | 0972 | AM PRD MFG | LTV STEEL | LTV003 | BF | BPR FIXED FEE | DICKEY, J. M. | $54,035,031 |
| COMMUNICATIONS | 0228 | COMM-US | AT&T BMD | ATB001 | SI | BILLER SYSTEMS INTEG | HEDDENS, J. F. | $52,117,646 |
| FINANCIAL SERVICES | 0256 | US FSI | NATIONSBANK | NAY016 | DB | DIRECT BANKING | POLLAN, T. D. | $51,091,744 |
| COMMUNICATIONS | 0228 | COMM-US | BELL ATLANTIC | BEL538 | AD | BELL BILLING | POOL, E. F. | $48,875,527 |
| RESOURCES | 0234 | US UTIL | COMMONWEALTH EDISON | COM008 | TI | T4 INITIATIVE | WARNER, J. T. | $43,158,368 |
| FINANCIAL SERVICES | 0615 | GERMANY | DEUTSCHE BOERSE | GER232 | DD | DT BOERSE STRATEGY | CARNAHAN, K. . | $40,122,126 |
| COMMUNICATIONS | 0228 | COMM-US | ALLTEL INFO SERVICES | SYS076 | EC | VIRTUOSO II | GAILEY, M. L. | $39,385,434 |
| FINANCIAL SERVICES | 0256 | US FSI | ALLSTATE INSURANCE | ALL018 | KA | BUSINESS PROC MGMT | SENEGOR, Y. . | $37,874,269 |
| COMMUNICATIONS | 0228 | COMM-US | BELLSOUTH BPM | BST002 | SA | SYMPHONY ALLIANCE | BRANNAN JR, D. H. | $37,181,973 |
| COMMUNICATIONS | 0615 | GERMANY | DEUTSCHE TELEKOM AG | TEL720 | AC | FRD NEU EINFUEHRUNG | REMARK, H. . | $36,117,392 |
| COMMUNICATIONS | 0615 | GERMANY | DEUTSCHE TELEKOM AG | TEL720 | AA | FAKT 2000 | WESSELHOEFT, J. | $36,033,989 |
| FINANCIAL SERVICES | 0256 | US FSI | BCBS - FL | BLU255 | VC | VO RELEASE 2 DEVELOP | KELLER, K. C. | $34,739,237 |
| FINANCIAL SERVICES | 0256 | US FSI | U.S. BANCORP | USB008 | AQ | ACQUISITIONS | COOK, JR., J. S. | $32,542,713 |
| RESOURCES | 0972 | AM PRD MFG | HOECHST CELANESE | HOE085 | GT | GLOBAL TRANSFORMATIO | BENITEZ, J. L. | $31,939,119 |
| RESOURCES | 0972 | AM PRD MFG | DOW CHEMICAL COMPANY | DOW112 | DA | DOW ALLIANCE | WATKINS, W. H. | $31,699,381 |
| FINANCIAL SERVICES | 0615 | GERMANY | COMMERZBANK | COX544 | AA | ENTERPRISE TRANSFORM | FLOETHER, K. H. | $31,562,675 |
| RESOURCES | 0049 | US ENERGY | SHELL | SHE843 | SP | SAP | MILLER, W. J. | $31,204,372 |
| FINANCIAL SERVICES | 0615 | GERMANY | SUDWESTDEUTSCHE LB | SUD045 | PS | PLANNING SECURITIES | VOGELSANG, P. E. | $30,394,220 |
| COMMUNICATIONS | 0228 | COMM-US | AT&T WIRELESS | AWS001 | EE | AWS ENGAGEMENT | ELLIOTT, S. A. | $28,361,217 |
| COMMUNICATIONS | 0228 | COMM-US | SPRINT PCS | FON226 | BM | SPRINT PCS BPM | ANDREWS, D. G. | $28,230,494 |
| RESOURCES | 0234 | US UTIL | MIDAMERICAN ENERGY | MID077 | CI | CIS FIT ASSESSMENT | TERRY, D. M. | $27,623,853 |
| COMMUNICATIONS | 0676 | PARIS | FRANCE TELECOM | MIN249 | AB | FTM ADV ITINERIS | ENJOLRAS, M. . | $25,881,079 |
| RESOURCES | 0234 | US UTIL | WI ELECTRIC POWER CO | WIS079 | CS | CUSTOMER SERVICE SYS | PHILLIPS, J. P. | $25,151,377 |
| FINANCIAL SERVICES | 0256 | US FSI | AON CORPORATION | AON014 | FP | FINANCIAL PLANNING | BOLTON, J. R. | $24,221,491 |
| GOVERNMENT | 0215 | US GOVT | US POSTAL SERVICE | UNI209 | YK | YEAR 2000 | MASCOLO, L. M. | $22,938,753 |
| RESOURCES | 0234 | US UTIL | PP&L | PEN520 | CS | CIS | BIEBER, D. L. | $22,846,143 |
| RESOURCES | 0049 | US ENERGY | CITGO PETROLEUM CORP | CIT363 | EN | ENTERPRISE 2000 | SUROVIK, M. E. | $22,624,473 |
| RESOURCES | 0234 | US UTIL | ORANGE & ROCKLAND | ORA011 | CI | CIS | BIEBER, D. L. | $22,017,735 |
| COMMUNICATIONS | 0228 | COMM-US | SPRINT PCS | FON226 | TV | TELECOM VENTURES | FOSNACHT, F. M. | $21,382,994 |
| COMMUNICATIONS | 0724 | AUSTRALIA | TELSTRA | TEL166 | RQ | FLEXCAB | KAVALS; V. P. | $21,321,704 |
| RESOURCES | 0234 | US UTIL | NIAGARA MOHAWK POWER | NIA006 | CS | CIS | MARTIN, R. T. | $20,730,775 |
| RESOURCES | 0049 | US ENERGY | KOCH INDUSTRIES, INC | KOC058 | KA | KOCH CORP ACCOUNTING | MACK, E. G. | $20,728,237 |
| RESOURCES | 0049 | US ENERGY | AMOCO CORPORATION | AMO026 | PF | PROJECT FOCUS | MACK, E. G. | $20,480,535 |
| RESOURCES | 0049 | US ENERGY | CONOCO | COZ755 | BC | SAP BUSINESS CASE | BERKEMEYER, D. W. | $20,395,830 |
| FINANCIAL SERVICES | 0256 | US FSI | MERRILL LYNCH & CO., | MER047 | CE | GLOBAL IT ASSESSMENT | WEISEL, J. T. | $20,374,710 |
| COMMUNICATIONS | 0228 | COMM-US | BELL ATLANTIC | BEL538 | AC | LIVEWIRE | RIPPERT, D. J. | $20,175,297 |
| GOVERNMENT | 0215 | US GOVT | NEW YORK COMPTROLLER | NEW167 | AB | STATEWIDE PAYROLL | MITCHELL, K. . | $20,122,534 |
| RESOURCES | 0049 | US ENERGY | TOSCO CORPORATION | TOS002 | CS | COMMERCIAL SYSTEMS | ATKINSON, J. D. | $20,004,403 |
| RESOURCES | 0972 | AM PRD MFG | DUPONT DOW ELASTOMER | DUP039 | SA | STRATEGY ASSESSMENT | HUFF, F. P. | $19,962,189 |
| COMMUNICATIONS | 0228 | COMM-US | BELL ATLANTIC NORTH | BEL285 | PF | PEOPLESOFT FIN SYS | LUKS, H. C. | $19,880,451 |
| FINANCIAL SERVICES | 0256 | US FSI | MARSH & MCLENNAN | MAR009 | CD | GLOBAL BROKING | SIEBER, G. A. | $19,471,404 |
| RESOURCES | 0234 | US UTIL | SO CALIFORNIA EDISON | SOU006 | CA | CSS IMPL ASSIST | LINKA, R. M. | $19,425,251 |
| FINANCIAL SERVICES | 0256 | US FSI | CAPITAL GROUP, INC., | CAP473 | CB | SPARK III | ZMRHAL, R. . | $19,226,701 |
| GOVERNMENT | 0215 | US GOVT | HUD | UNZ727 | AA | HUD-WASHINGTON DC | GUTKOWSKI, S. J. | $19,164,177 |
| FINANCIAL SERVICES | 0256 | US FSI | JP MORGAN | MOR466 | BP | BPM | MOKUVOS, E. . | $19,057,090 |
| FINANCIAL SERVICES | 0676 | PARIS | CNCA | CAI039 | BI | GENERAL DESIGN | VOGELSANG, P. E. | $18,977,702 |
| RESOURCES | 0406 | BELGIUM | ELECTRABEL | ELE709 | CA | SAP ISSUES SUPPORT | LONBOIS, E. . | $18,822,748 |
| COMMUNICATIONS | 0409 | ARGENTINA | TELECOM ARGENTINA | TEL066 | GP | PROJECT GENESIS | STERNBERG, M. . | $18,798,833 |
| COMMUNICATIONS | 0228 | COMM-US | SBC COMMUNICATIONS | SBC010 | IT | INFORMATION TECH | WILCOX, S. A. | $18,780,771 |
| FINANCIAL SERVICES | 0564 | LUXEMBOURG | B.G.L. | BAN792 | AA | CARAT | GILLET, D. . | $18,674,984 |
| COMMUNICATIONS | 0228 | COMM-US | BELLSOUTH BPM | BST002 | TR | SYMPHONY TRANSITION | BRANNAN JR, D. H. | $18,129,173 |
| RESOURCES | 0615 | GERMANY | CLARIANT | CLR672 | RO | WINS ROLLOUT | RIGGERT, T. . | $17,989,480 |
| FINANCIAL SERVICES | 0256 | US FSI | U.S. BANCORP | USB008 | CC | CREDIT CARD | COOK, JR., J. S. | $17,853,983 |
| FINANCIAL SERVICES | 0256 | US FSI | CAROLINAS HLTHCR SYS | CHA716 | TT | TEAM 2000 | JOHNSON, J. W. | $17,291,980 |
| COMMUNICATIONS | 0228 | COMM-US | US WEST | USW001 | OM | OMEGA | BALAGUER, E. M. | $16,587,832 |
| FINANCIAL SERVICES | 0256 | US FSI | MERRILL LYNCH & CO., | MER047 | CF | IT TRANSIT. PHASE 2 | WEISEL, J. T. | $16,153,500 |
| GOVERNMENT | 0215 | US GOVT | VIRGINIA PEOPLESOFT | VIR001 | AB | FMS II | HITCH, V. E. | $16,074,961 |
| FINANCIAL SERVICES | 0624 | ITALY | BANCA INTESA S.P.A. | BAW755 | AM | PROGRAMMA INFO 2000 | BARINI-MI, M. . | $15,840,683 |
| RESOURCES | 0406 | BELGIUM | NORSK HYDRO | HYD669 | CA | HYDRO AGRI | BONTINCK, P. . | $15,772,655 |
| FINANCIAL SERVICES | 0799 | UK BI | LEGAL & GENERAL | LEG006 | MR | MARITIME | NORWOOD, G. . | $15,757,771 |
| COMMUNICATIONS | 0228 | COMM-US | AT&T CORPORATE | ATC009 | UA | UNIVERSAL ACCT MGMT | GOURGEY, W. E. | $15,598,208 |
| COMMUNICATIONS | 0228 | COMM-US | US WEST | USW001 | PA | PACT | BALAGUER, E. M. | $15,559,094 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AF | T&A FASE 2 | FIORAMONTI-MI, W. | $15,532,486 |
| RESOURCES | 0234 | US UTIL | AMEREN (UE) | UNI069 | CI | C/1 IMPLEMENTATION | GLASSBERG, A. M. | $15,493,869 |
| FINANCIAL SERVICES | 0256 | US FSI | ANTHEM/BCBS-IN | BLU103 | MC | MANAGED CARE SYSTEMS | BURNS, S. R. | $15,459,059 |
| FINANCIAL SERVICES | 0256 | US FSI | NATIONSBANK | NAY016 | RL | NB WEST IMPLEMENTATI | BRYDON, T. E. | $15,307,837 |
| GOVERNMENT | 0677 | CAN GOVT | MCSS(COMSOC)-ONTARIO | ONT061 | AB | BUS TRANSFORM PROJ | GRANT, A. . | $15,022,179 |
| COMMUNICATIONS | 0228 | COMM-US | AMERITECH | AMZ566 | CD | NEXT GENERATION BILL | MEIXNER JR, R. H. | $14,977,362 |
| RESOURCES | 0973 | AM PRD BPM | LTV STEEL | LTV003 | KY | YEAR 2000 | SELLERS, R. D. | $14,909,664 |
| COMMUNICATIONS | 0228 | COMM-US | SPRINT PCS | FON226 | CX | COX COMM PCS,LP | KERR, S. W. | $14,847,287 |
| FINANCIAL SERVICES | 0582 | SPAIN | BANCO SANTANDER,S.A. | BAN577 | CD | CONVERGENCIA | GOMEZ ESTEBAN, J. | $14,811,004 |
| COMMUNICATIONS | 0228 | COMM-US | TELEPHONE DATA SYSTE | TEL052 | WI | WIN PROJECT | [illegible] | [illegible]803,397 |
| PRODUCTS | 0971 | AM PRD CON | RETEK INFORMATION SE | RET005 | CA | RETEK SERVICES | [illegible] | [illegible]534,889 |

EXHIBIT
33
11/25/09 N. Gisch

| MARKET UNIT | ENG GMU | ENG GMU DESC | CLIENT NAME | CLIENT # | ENG # | ENG DESC | ENG PARTNER | ENG FY 98 GROSS FEES |
|---|---|---|---|---|---|---|---|---|
| PRODUCTS | 0972 | AM PRD MFG | BOSTON SCIENTIFIC | BOS028 | CD | GSP DESIGN & BUILD | BREEN, W. T. | $14,516,588 |
| FINANCIAL SERVICES | 0256 | US FSI | VISA U.S.A. INC. | VIS051 | CC | RETAIL (CONSUMER) | GREENE, J. S. | $14,409,193 |
| FINANCIAL SERVICES | 0615 | GERMANY | DEUTSCHE BOERSE | GER232 | AA | DTB SUPPORT | CARNAHAN, K. . | $14,300,159 |
| FINANCIAL SERVICES | 0799 | UK BI | PRUDENTIAL - U.K. | PRU072 | MR | 02/96 MARITIME | MIDDLETON, A. J. | $14,285,001 |
| COMMUNICATIONS | 0228 | COMM-US | BELLSOUTH | BEL529 | BG | CLEC | RAMSEY, L. C. | $14,207,522 |
| FINANCIAL SERVICES | 0256 | US FSI | WACHOVIA CORPORATION | WAC021 | CA | ACQUISITION CONSOLID | CHURCH, N. H. | $14,167,082 |
| GOVERNMENT | 0724 | AUSTRALIA | DEPT. OF DEFENCE | DEP339 | PH | CAMM2 PHASE 2 | HICKLING, H. C. | $14,144,845 |
| PRODUCTS | 0972 | AM PRD MFG | MICROSOFT | MIC083 | CA | MICROSOFT DEVELOPMNT | SCHAFFNER, W. A. | $14,127,049 |
| PRODUCTS | 0971 | AM PRD CON | MARS-ISI | MQQ480 | SS | SHARED SERVICES | RIEDEL, R. A. | $13,902,401 |
| RESOURCES | 0972 | AM PRD MFG | BASF CORPORATION | BXX213 | PM | TECH SYSTEMS PROJECT | EMBREE, H. R. | $13,823,076 |
| PRODUCTS | 0676 | PARIS | CARREFOUR | CAR823 | AB | PEOPLE SOFT IMPLEMEN | APPEL, D. B. | $13,769,786 |
| PRODUCTS | 0971 | AM PRD CON | DELUXE CORPORATION | DEL053 | FE | FINANCIAL ASSESSMENT | LEFFIN, J. W. | $13,755,832 |
| PRODUCTS | 0799 | UK BI | ERICSSON AB | ERI687 | AD | TTC PHASE 3 | LENZ, J. O. | $13,473,418 |
| GOVERNMENT | 0799 | UK BI | D.S.S. (TANGO) | SOY668 | MR | 03/96 MARITIME | WATMORE, I. C. | $13,410,131 |
| FINANCIAL SERVICES | 0624 | ITALY | SEC PADOVA | COZ794 | AD | GAP ANALYSIS SIGLO | CIVIDINI-MI, G. | $13,343,003 |
| FINANCIAL SERVICES | 0763 | JAPAN | SUMIGIN LEASE | SUM401 | AB | SYSTEM INSTALLATION | FUJII, M. . | $13,293,107 |
| PRODUCTS | 0973 | AM PRD BPM | RYDER SYSTEM INC | RYD014 | OS | IT OUTSOURCING | JOHNSON, S. A. | $13,104,361 |
| COMMUNICATIONS | 0228 | COMM-US | AMERITECH | AMZ566 | RD | CSG | ROGERS, E. M. | $12,949,891 |
| RESOURCES | 0234 | US UTIL | ISO NEW ENGLAND | NEW208 | DF | ISO DESIGN/FORMATION | WINTER, L. A. | $12,869,916 |
| PRODUCTS | 0806 | FINLAND BI | NOKIA | NOK010 | IP | INDUSTRIAL PRODUCTS | NIVEN, R. R. | $12,829,185 |
| FINANCIAL SERVICES | 0799 | UK BI | CEDEL BANK | CED678 | AB | 4/97 CDB MARTIME/EXP | CHALABY, C. M. | $12,822,145 |
| COMMUNICATIONS | 0228 | COMM-US | SPRINT | FON008 | PC | CARDINAL IT SUPPORT | FOSNACHT, F. M. | $12,783,242 |
| COMMUNICATIONS | 0228 | COMM-US | MCI | MCI129 | BM | MCI BUSINESS MARKETS | HOLTGREWE, K. L. | $12,596,362 |
| RESOURCES | 0972 | AM PRD MFG | LTV STEEL | LTV003 | BI | BPR IMPLEMENTATION | SELLERS, R. D. | $12,579,199 |
| GOVERNMENT | 0215 | US GOVT | AIR FORCE | AIR027 | IM | IMDS | PETCHON, S. B. | $12,568,028 |
| FINANCIAL SERVICES | 0256 | US FSI | MERRILL LYNCH & CO., | MER047 | CB | TRANSFORM, TRADE, OP | GACH, R. P. | $12,519,014 |
| RESOURCES | 0972 | AM PRD MFG | ROCHE VITMS & CHEM | ROC056 | CD | ROCHE SAP | PISCIOTTA, V. C. | $12,502,849 |
| PRODUCTS | 0972 | AM PRD MFG | MOTOROLA, INC. | MOT125 | SP | STAR PROJECT | HILL, M. C. | $12,481,366 |
| RESOURCES | 0975 | CANADA | ALCAN | ALU040 | FM | PHASE5 F2K | MORRIS, W. . | $12,473,178 |
| GOVERNMENT | 0215 | US GOVT | NEW YORK SACWIS | NEW112 | AA | NYS SACWIS | TELLER, J. L. | $12,408,510 |
| RESOURCES | 0234 | US UTIL | SOUTHERN COMPANY | SOU085 | SS | CSS SUPPLEMNTL SUPPT | COONS, D. S. | $12,381,048 |
| COMMUNICATIONS | 0614 | BRAZIL CON | BELLSOUTH | BEL529 | PR | TELCELL-IT PRIME | GENESINI, S. J. | $12,298,273 |
| FINANCIAL SERVICES | 0582 | SPAIN | YAPI KREDI BANKASI | YAP002 | JA | OPERATIONAL | VIDAL AMADOR DE L | $12,239,085 |
| GOVERNMENT | 0215 | US GOVT | US POSTAL SERVICE | UNI209 | MO | PPP-MAILOPS PORTFOL. | BRENNAN, C. . | $12,205,311 |
| GOVERNMENT | 0677 | CAN GOVT | CPC | CAN005 | AC | YEAR 2000 INIATIVE | DUFFY, K. M. | $12,161,231 |
| PRODUCTS | 0615 | GERMANY | VOLKSWAGEN A.G. | VOL015 | BP | BPR AND IT CONTROL | RIEWE, J. . | $11,849,231 |
| RESOURCES | 0049 | US ENERGY | EQUILON | SHT003 | SP | SAP | BALDWIN, K. W. | $11,700,323 |
| PRODUCTS | 0971 | AM PRD CON | OCEAN SPRAY | OCE132 | IS | INTE SUPP/DEM CHA PR | SUPRON, G. J. | $11,587,457 |
| GOVERNMENT | 0215 | US GOVT | OHIO STATE UNIVERSIT | OHI097 | FH | FIN/HUMAN RES ASSESS | HENDRICKS, R. J. | $11,559,746 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AA | NETWORK CREAT. MGMNT | BALDISSERA-P-MI, | $11,545,475 |
| PRODUCTS | 0676 | PARIS | ALCATEL N.V. | ALC076 | CO | CONCERTO | HARRIS, C. L. | $11,472,632 |
| COMMUNICATIONS | 0615 | GERMANY | DEUTSCHE TELEKOM AG | TEL720 | AB | ELECTRONIC INVOICE | WESSELHOEFT, J. F | $11,421,009 |
| RESOURCES | 0234 | US UTIL | COMMONWEALTH EDISON | COM008 | FS | FINANCIAL SYSTEMS | HEISER, D. T. | $11,295,135 |
| PRODUCTS | 0972 | AM PRD MFG | CHRYSLER | CHR258 | CA | CUSTOMER ACCEPT PROC | FREITAS, S. T. | $11,281,668 |
| FINANCIAL SERVICES | 0676 | PARIS | CIPC | CIP670 | AD | PROGRAMME ISIS | ANDRE, A. . | $11,239,033 |
| RESOURCES | 0763 | JAPAN | JAPAN SYNTHETIC(JSR) | JAP074 | BB | BPR CONSULT. & SAP | UNNO, C. . | $11,152,864 |
| FINANCIAL SERVICES | 0256 | US FSI | AON CORPORATION | AON014 | AE | AON ENTERPRISE | BOLTON, J. R. | $11,143,765 |
| FINANCIAL SERVICES | 0772 | SWITZERLAN | BASLER KANTONALBANK | BAS284 | VM | VERTRAGSHAND/MIGPLAN | STOLL, M. . | $11,033,806 |
| FINANCIAL SERVICES | 0256 | US FSI | METLIFE | MET057 | CC | WORKFLOW ROLLOUT RIS | STANLEY, C. M. | $11,015,060 |
| FINANCIAL SERVICES | 0256 | US FSI | KAISER PERMANENTE | KAI040 | DF | NAT'L INS PROJECT | ADKINS, K. D. | $10,968,802 |
| PRODUCTS | 0812 | SWEDEN BI | ERICSSON AB | ERI687 | AD | 5/97 EXTENSION TTC | LILLJEQVIST, C. A | $10,721,543 |
| COMMUNICATIONS | 0676 | PARIS | CGE | CGE668 | AA | CGE | ENJOLRAS, M. . | $10,582,647 |
| GOVERNMENT | 0215 | US GOVT | UNIV OF MICHIGAN | UNI712 | DI | PEOPLESFT HR/FIN/SIS | SINGER, S. M. | $10,528,820 |
| PRODUCTS | 0971 | AM PRD CON | DELUXE VIDEO | RAN057 | CA | SAP IMPLEMENTATION | MOSETICK, M. . | $10,515,606 |
| PRODUCTS | 0972 | AM PRD MFG | COMPAQ COMPUTER CORP | COY766 | DE | AC INTEGRATION | BELL JR, T. R. | $10,494,708 |
| GOVERNMENT | 0215 | US GOVT | COMMERCE | UNY009 | AA | CFS-MONTGOMERY CTY | GUTKOWSKI, S. J. | $10,420,063 |
| RESOURCES | 0676 | PARIS | TOTAL OIL | TOT097 | AG | SAP R3 TRD | GENUINI, B. . | $10,322,487 |
| PRODUCTS | 0763 | JAPAN | SONY CORPORATION OF | SON081 | AD | GLOBAL SUPPLY CHAIN | YUI, N. . | $10,307,427 |
| PRODUCTS | 0972 | AM PRD MFG | SHARP ELECTR USA | SHA078 | SA | SAP PROJECT | KAPLER III, A. W. | $10,284,252 |
| PRODUCTS | 0509 | NETHERLAND | KLM AIRLINE | KLM334 | CA | TRANSFORM IT DEPART. | ETMAN, L. . | $10,271,508 |
| FINANCIAL SERVICES | 0724 | AUSTRALIA | AMERICAN EXPRESS | AXX286 | AP | YEAR 2000 MILLENIAX | GARDINER, A. M. | $10,269,565 |
| COMMUNICATIONS | 0772 | SWITZERLAN | SWISSCOM | PTT667 | FI | FIRST | THOMAS, G. . | $10,264,398 |
| FINANCIAL SERVICES | 0256 | US FSI | JP MORGAN | MOR466 | DU | UNITED STATES | MOKUVOS, E. . | $10,205,037 |
| PRODUCTS | 0971 | AM PRD CON | ALAMO RENT A CAR, IN | ALA009 | PF | PEOPLESOFT FINANCIAL | SMITH, D. M. | $10,196,056 |
| RESOURCES | 0972 | AM PRD MFG | LTV STEEL | LTV003 | IH | FDA-IND HAR WORKS | DICKEY, J. M. | $10,183,713 |
| PRODUCTS | 0972 | AM PRD MFG | COMPAQ COMPUTER CORP | COY766 | FA | SALES & MARKETING | BELL JR, T. R. | $10,175,310 |
| RESOURCES | 0049 | US ENERGY | AMOCO CORPORATION | AMO026 | YR | YEAR 2000 & MILENIUM | MACK, E. G. | $10,087,505 |
| PRODUCTS | 0615 | GERMANY | MANNESMANN AG. | MAN623 | GO | MDM GO\| | GERLACH, J. . | $10,055,846 |
| PRODUCTS | 0614 | BRAZIL CON | MULTIBRAS SA ELETROD | MUL060 | IS | IMPLEMENTACAO DE SAP | NOGUEIRA, J. L. | $9,910,395 |
| FINANCIAL SERVICES | 0256 | US FSI | CNA INSURANCE COMPAN | CNA003 | PL | PERSONAL LINES | PRCHAL, T. P. | $9,845,139 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AC | REVENUE REALIZATION | ESPOSITO-RM, E. | $9,798,096 |
| FINANCIAL SERVICES | 0256 | US FSI | USAA | UNZ427 | SM | ENTERPRISE SYS. MGMT | RUPERT, B. L. | $9,780,882 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AR | PROGR.MGT IT2000 97 | GANDINI-MI, A. . | $9,707,089 |
| FINANCIAL SERVICES | 0256 | US FSI | CREDIT SUISSE-NY BR | CRE562 | CC | HRIS | MCCULLA, J. K. | $9,680,715 |
| RESOURCES | 0049 | US ENERGY | BURLINGTON RESOURCES | BUR096 | VM | VSM/TOW CS SOL & DEL | AGNEW, T. J. | $9,581,257 |
| FINANCIAL SERVICES | 0615 | GERMANY | BAYERISCHE VEREINSBA | BAY173 | NR | NEXT RELEASES | TESCHNER, R. . | $9,567,875 |
| RESOURCES | 0049 | US ENERGY | MOBIL OIL | MOB052 | AP | SAP ASSESS & PLAN | BURKE, J. B. | $9,503,412 |
| FINANCIAL SERVICES | 0256 | US FSI | BANK OF BOSTON | BAN781 | CB | RETAIL WORKSTATION | SARDILLI, D. B. | $9,485,540 |

| MARKET UNIT | ENG GMU | ENG GMU DESC | CLIENT NAME | CLIENT # | ENG # | ENG DESC | ENG PARTNER | ENG FY 98 GROSS FEES |
|---|---|---|---|---|---|---|---|---|
| COMMUNICATIONS | 0228 | COMM-US | MCI | MCI129 | WL | MASS MARKETS | HOLTGREWE, K. L. | $9,423,367 |
| FINANCIAL SERVICES | 0256 | US FSI | ELECTRONIC HEALTH | EHS002 | DB | DESIGN BUILD | ANDERSON, G. E. | $9,417,244 |
| RESOURCES | 0409 | ARGENTINA | YPF | YPF001 | SP | SAP | WARREN, W. E. | $9,322,112 |
| RESOURCES | 0234 | US UTIL | SOUTHERN COMPANY | SOU085 | IN | CIS | COONS, D. S. | $9,249,617 |
| RESOURCES | 0763 | JAPAN | KYUDEN | KYU339 | HA | BUILD AND DEPLOY-ACC | KARASAWA, I. . | $9,233,833 |
| GOVERNMENT | 0728 | SINGAPORE | MOF BUDGET DIVISION | MIN613 | PZ | AFMS PHASE II | CHENG WILLIE, W. | $9,183,958 |
| GOVERNMENT | 0215 | US GOVT | IND DEPT OF REVENUE | IND074 | TS | TAX SYSTEM | SINGER, S. M. | $9,158,417 |
| GOVERNMENT | 0215 | US GOVT | EDUCATION | DED001 | ED | FED.DIR STUDENT LOA | GUTKOWSKI, S. J. | $9,120,402 |
| FINANCIAL SERVICES | 0614 | BRAZIL CON | SUL AMERICA - COMPAN | SUL075 | NC | NOVA CONTROLADORIA | GAZANEGO, M. . | $9,081,475 |
| RESOURCES | 0615 | GERMANY | RWE ENERGIE AG | RHE048 | AB | STRATEGISCHE BETEIL. | SCHULZ, R. . | $9,074,373 |
| GOVERNMENT | 0215 | US GOVT | AIR FORCE | AIR027 | RM | IMDS - REMIS | DOOLEY, R. M. | $9,025,884 |
| RESOURCES | 0972 | AM PRD MFG | TICONA, INC. | TIC006 | DB | DESIGN BUILD | PISCIOTTA, V. C. | $8,986,384 |
| PRODUCTS | 0624 | ITALY | IVECO S.P.A. | IVE036 | AF | VALUE PROPOSIT.PARTS | DEDONATIS-TO, R. | $8,970,907 |
| COMMUNICATIONS | 0228 | COMM-US | BELL ATLANTIC NORTH | BEL285 | GF | WHOLESALE/RESALE | BOURKE, W. T. | $8,928,017 |
| GOVERNMENT | 0215 | US GOVT | DOD JLSC | UNZ799 | MP | MP&E DEVELOPMENT | STANGE, E. S. | $8,794,047 |
| FINANCIAL SERVICES | 0256 | US FSI | VISA U.S.A. INC. | VIS051 | CF | COMMERCIAL(PRODUCTS) | GREENE, J. S. | $8,721,345 |
| RESOURCES | 0609 | MEXICO 1 | AHMSA | ALT214 | SA | INSTALACION DE SAP | KURI MONTERRUBIO, | $8,717,443 |
| RESOURCES | 0972 | AM PRD MFG | BASF CORPORATION | BXX213 | SP | LOGISTICS PROJECTS | ZUJKOWSKI, S. Z. | $8,680,523 |
| FINANCIAL SERVICES | 0256 | US FSI | FAIRVIEW | FAI033 | FU | FUMC CONSOLIDATION | MILLER, D. A. | $8,645,407 |
| RESOURCES | 0441 | VENEZUELA | PDVSA | PET553 | SA | SAP IMPLEMENTATION | PAUCAR, L. A. | $8,623,320 |
| FINANCIAL SERVICES | 0256 | US FSI | N. Y. LIFE INSURANCE | NEW058 | CA | NEW YORK LIFE | SAYLOR, J. V. | $8,546,518 |
| PRODUCTS | 0971 | AM PRD CON | RANDOM HOUSE, INC. | RAN306 | CB | ORDER FULFILLMENT | REMPE, D. A. | $8,541,016 |
| PRODUCTS | 0972 | AM PRD MFG | GE IT SOLUTIONS | GEC041 | CA | BUS. ARCHITECTURE | DOLEN, P. Z. | $8,525,560 |
| FINANCIAL SERVICES | 0256 | US FSI | BANKERS TRUST | BAN158 | CD | Y2K PROGM MANAGEMENT | GACH, R. P. | $8,485,846 |
| FINANCIAL SERVICES | 0624 | ITALY | ALLEANZA ASSIC. | ALA708 | AB | ENTERPRISE TRANSF | RONCHETTI-MI, B. | $8,477,814 |
| COMMUNICATIONS | 0228 | COMM-US | MCI | MCI129 | ME | MCI METRO | HOLTGREWE, K. L. | $8,451,752 |
| PRODUCTS | 0971 | AM PRD CON | FEDERAL EXPRESS CORP | FED099 | CS | CHRONOS PHASE 1 | RAMM, E. E. | $8,431,709 |
| RESOURCES | 0441 | VENEZUELA | PDVSA | PET553 | SS | SHARED SERVICES | PAUCAR, L. A. | $8,410,332 |
| PRODUCTS | 0972 | AM PRD MFG | CHRYSLER | CHR258 | FM | FME PHASE 3 | JACKSON, A. . | $8,406,175 |
| FINANCIAL SERVICES | 0615 | GERMANY | SIGNAL | SIG677 | AA | REENIGINEERING | ASTORIAN, J. . | $8,401,050 |
| GOVERNMENT | 0215 | US GOVT | NEW YORK COMPTROLLER | NEW167 | AA | PAYROLL-PEOPLESOFT | MITCHELL, K. . | $8,372,435 |
| PRODUCTS | 0971 | AM PRD CON | MARS-ISI | MQQ480 | PC | PEOPLESFT COMM SERV | RIEDEL, R. A. | $8,280,655 |
| FINANCIAL SERVICES | 0256 | US FSI | AVMED-SANTAFE | AVM001 | PA | PARTNERSHIP AGREEMEN | HUDAK, J. B. | $8,198,120 |
| RESOURCES | 0409 | ARGENTINA | YPF | YPF001 | DW | DOWNSTREAM | WARREN, W. E. | $8,044,446 |
| FINANCIAL SERVICES | 0768 | CANADA SVC | CIBC | CAN255 | AE | EFIP | DAVIES, C. K. | $8,033,611 |
| PRODUCTS | 0972 | AM PRD MFG | LINCOLN ELECTRIC COM | LIN703 | ER | ERP STRATEGY | PETERSON, L. D. | $7,990,036 |
| FINANCIAL SERVICES | 0256 | US FSI | CORESTATES | COR022 | CE | ADM | CUTRONA, S. M. | $7,967,902 |
| FINANCIAL SERVICES | 0509 | NETHERLAND | ABN AMRO HOLDING N.V | ABN008 | CF | MORTGAGE | BARENTS, J. . | $7,960,241 |
| GOVERNMENT | 0215 | US GOVT | MO OFC INFO TECHLGY | MIS034 | AS | YEAR 2000 ASSESSMENT | HUGGINS, M. J. | $7,952,365 |
| RESOURCES | 0234 | US UTIL | DUKE ENERGY | DUK003 | FR | FIN SYSTEMS REPLACEM | HAWN, M. K. | $7,872,443 |
| PRODUCTS | 0971 | AM PRD CON | FIDELITY INVESTMENTS | FID086 | CC | REENGINEERING | REMPE, D. A. | $7,853,995 |
| FINANCIAL SERVICES | 0256 | US FSI | HANCOCK, JOHN, MUTUA | HAN514 | CF | RETAIL IT STRATEGY | OCONNELL, B. A. | $7,812,018 |
| RESOURCES | 0049 | US ENERGY | AMOCO CORPORATION | AMO026 | CM | CHANGE MANAGEMENT | MACK, E. G. | $7,803,261 |
| FINANCIAL SERVICES | 0256 | US FSI | CHASE MANHATTAN BANK | CHZ503 | DO | FM INVESTMENT MGMT(I | SPROWS, D. G. | $7,781,280 |
| RESOURCES | 0234 | US UTIL | PP&L | PEN520 | FS | FIN SYS REQ/SW SELEC | BIEBER, D. L. | $7,750,837 |
| FINANCIAL SERVICES | 0256 | US FSI | JP MORGAN | MOR466 | DM | PLAN/MANAGE ENTERPRI | MOKUVOS, E. . | $7,743,440 |
| PRODUCTS | 0971 | AM PRD CON | BRIDGESTONE/FIRESTON | BRI146 | DS | MERCHAN&FINAN SYSTEM | KOPPEL, S. P. | $7,666,205 |
| PRODUCTS | 0971 | AM PRD CON | UNITED PARCEL SERVIC | UNZ966 | HI | HOST ACCESS | STEWART, R. E. | $7,664,553 |
| RESOURCES | 0973 | AM PRD BPM | DUPONT | DUP043 | KC | BPM | BLANCHARD, A. J. | $7,580,137 |
| FINANCIAL SERVICES | 0256 | US FSI | HIGHMARK | BLU043 | IN | FSI INSTALL 98 | WIERZBA, J. N. | $7,560,898 |
| PRODUCTS | 0971 | AM PRD CON | SIMPSON & BARTLETT | SIM108 | II | INFRASTRUC IMPLEMENT | LUKER, J. P. | $7,547,549 |
| FINANCIAL SERVICES | 0256 | US FSI | BANC ONE | BAN722 | IS | TECHNOLOGY MGMT | STEINMAN, D. P. | $7,498,289 |
| RESOURCES | 0624 | ITALY | SNAMPROGETTI | ENI673 | AA | SIST.INFO INTEGR.SAP | RICCI-MI, L. . | $7,479,751 |
| PRODUCTS | 0971 | AM PRD CON | HALLMARK CARDS, INC. | HAL084 | CC | PHASE III COST MANAG | HARBACH, F. E. | $7,378,138 |
| GOVERNMENT | 0724 | AUSTRALIA | DEP PUB WRKS & HSNG | QUE352 | KD | SAP R3 IMPLEMENTAT'N | DIXON, K. J. | $7,356,880 |
| FINANCIAL SERVICES | 0256 | US FSI | PACIFICARE OF CA | PAC753 | BP | ILIAD/FHP BPM | ENGLISH, D. J. | $7,302,515 |
| COMMUNICATIONS | 0228 | COMM-US | AT&T CORPORATE | ATC009 | UO | BMD-DESKTOP SUITE | GOURGEY, W. E. | $7,256,239 |
| PRODUCTS | 0972 | AM PRD MFG | RAYTH CORP | BEE026 | CB | HRMS PROJECT | SIMONS, J. A. | $7,250,651 |
| FINANCIAL SERVICES | 0256 | US FSI | USAA | UNZ427 | CL | P&C CLAIMS SYSTEMS | RUPERT, B. L. | $7,219,382 |
| PRODUCTS | 0615 | GERMANY | PFIZER GMBH | PFI001 | SI | STRATEGY IMPLEM. PRO | RIGGERT, T. . | $7,188,592 |
| FINANCIAL SERVICES | 0615 | GERMANY | HELABA | HES077 | FA | WIS2000 | KOCH, B. . | $7,141,373 |
| COMMUNICATIONS | 0228 | COMM-US | US WEST | USW001 | CA | CALL CENTER | DUPONT, A. T. | $7,135,760 |
| FINANCIAL SERVICES | 0724 | AUSTRALIA | AUSTRALIAN MUTUAL PR | AUS627 | WC | WORLD CLASS | SNEDDEN, D. N. | $7,100,526 |
| PRODUCTS | 0972 | AM PRD MFG | MOTOROLA INC. | MOT014 | FO | FOA | CABAY, M. A. | $7,076,000 |
| FINANCIAL SERVICES | 0256 | US FSI | WELLSPRING RESOURCES | WEL054 | US | US WEST CLIENT IMPL | SCHNEIDER, P. L. | $7,055,518 |
| RESOURCES | 0406 | BELGIUM | SHELL INTERNATIONAL | SHE773 | AA | ELEXIR | BELL, R. M. | $7,048,241 |
| GOVERNMENT | 0215 | US GOVT | TN DEPT OF REVENUE | TEN008 | RI | RITS INSTALLATION | WILKINS, D. E. | $7,047,888 |
| RESOURCES | 0975 | CANADA | ALCAN | ALU040 | AD | ALCAN - MORRIS | MORRIS, W. . | $7,020,420 |
| PRODUCTS | 0971 | AM PRD CON | MARRIOTT INTERNATION | MAR373 | SF | SALES FORCE AUTOMATI | STEWART, R. E. | $7,015,388 |
| FINANCIAL SERVICES | 0256 | US FSI | FIREMAN'S FUND INSUR | FIZ503 | CC | INSURANCE AUTOMATION | CROCKETT, C. E. | $7,008,903 |
| PRODUCTS | 0509 | NETHERLAND | DUTCH RAILWAYS | NED674 | CA | SAP IMPLEMENTATIE | TER BRAAK, B. . | $6,957,222 |
| FINANCIAL SERVICES | 0256 | US FSI | CINCINNATI FINANCIAL | CIN017 | SA | SERIES III ASSESSMEN | BOLTON, J. R. | $6,940,822 |
| PRODUCTS | 0972 | AM PRD MFG | TENNECO INC. | TEN001 | CS | DIAGNOSTICS | ANDERSON, S. J. | $6,917,915 |
| FINANCIAL SERVICES | 0256 | US FSI | BANC ONE | BAN722 | MA | LA CONVERSION | DAVIS, J. J. | $6,909,972 |
| RESOURCES | 0973 | AM PRD BPM | LTV STEEL | LTV003 | KB | BPM | SELLERS, R. D. | $6,899,539 |
| FINANCIAL SERVICES | 0256 | US FSI | NETWORK TRANS. PROJ. | NTP003 | SU | START UP | TEETER, C. C. | $6,884,670 |
| GOVERNMENT | 0215 | US GOVT | PORT AUTH. OF NY/NJ | POR268 | PS | PEOPLESOFT HRMS IMPL | HITCH, V. E. | $6,853,685 |
| PRODUCTS | 0972 | AM PRD MFG | MOTOROLA, INC. | MOT125 | CM | HR-TOUCAN | HILL, M. C. | $6,710,864 |

| MARKET UNIT | ENG GMU | ENG GMU DESC | CLIENT NAME | CLIENT # | ENG # | ENG DESC | ENG PARTNER | ENG FY 98 GROSS FEES |
|---|---|---|---|---|---|---|---|---|
| RESOURCES | 0624 | ITALY | AGIP PETROLI S.P.A. | AGI673 | AO | SCIAF REALIZZ. | CIRIELLO-RM, A. | $6,699,751 |
| COMMUNICATIONS | 0228 | COMM-US | GTE CORPORATION | GTE069 | PL | INFRASTRUCTURE PLAN | SCHRINER, D. L. | $6,694,536 |
| PRODUCTS | 0971 | AM PRD CON | CAESARS/ITT | ITT014 | CS | CAES SHAR SERV-PHA3 | HENDERSON, J. W. | $6,674,585 |
| RESOURCES | 0509 | NETHERLAND | DSM RESINS | DSM669 | CA | CONS A3A DSM669 | DE KEGEL, M. . | $6,643,083 |
| RESOURCES | 0234 | US UTIL | SO. CAL. GAS | SOU103 | YY | YEAR 2000 | LINKA, R. M. | $6,576,006 |
| PRODUCTS | 0971 | AM PRD CON | DONNELLEY, R. R. & S | DON043 | CE | IT INFRASTRUCTURE PG | PERILLO, O. V. | $6,573,017 |
| FINANCIAL SERVICES | 0724 | AUSTRALIA | AUSTRALIAN MUTUAL PR | AUS627 | YR | YEAR 2000 | FITZGERALD, G. J. | $6,555,336 |
| PRODUCTS | 0972 | AM PRD MFG | DOVER ELEVATOR | DOV033 | AT | AT PHASE I - A&P | GELTER, P. F. | $6,513,154 |
| RESOURCES | 0676 | PARIS | ELF AQUITAINE | SOC204 | AB | ELF MIDER | GOURBAT, H. . | $6,502,744 |
| FINANCIAL SERVICES | 0615 | GERMANY | DEUTSCHE BOERSE | GER232 | CB | CBOT/EUREX COOPERATI | ZAHM, R. . | $6,464,764 |
| PRODUCTS | 0724 | AUSTRALIA | PHILIP MORRIS AUST | PHM336 | CI | CIP IMPLEMENTATION | MARTINEZ, P. G. | $6,452,247 |
| PRODUCTS | 0972 | AM PRD MFG | COMPAQ COMPUTER CORP | COY766 | SV | SERV/SUPP DELIVERY | BELL JR, T. R. | $6,432,713 |
| RESOURCES | 0234 | US UTIL | NIAGARA MOHAWK POWER | NIA006 | ST | DEF STRAT FOR TDGCO | MILLER, JR, S. W. | $6,398,314 |
| GOVERNMENT | 0215 | US GOVT | COOK COUNTY ILLINOIS | COO667 | JK | JEMS PROJECT | SINGER, S. M. | $6,391,969 |
| COMMUNICATIONS | 0228 | COMM-US | MCI | MCI129 | LS | MCI LOCAL SUPPORT | RIPPERT, D. J. | $6,377,285 |
| COMMUNICATIONS | 0724 | AUSTRALIA | TELECOM ARGENTINA | TEL066 | GP | PROJECT GENESIS | KAVALS, V. P. | $6,374,285 |
| FINANCIAL SERVICES | 0615 | GERMANY | S BUCHEN GBR | SBU001 | SB | S BUCHEN | GOERNER, M. . | $6,362,173 |
| RESOURCES | 0049 | US ENERGY | YPF | YPF001 | SP | SAP IMPLEMENTATION | WARREN, W. E. | $6,352,565 |
| FINANCIAL SERVICES | 0582 | SPAIN | CREDIT LYONNAIS ESPA | CRE672 | CC | IMPLANT ALTAMIRA | HURTADO DE MENDOZ | $6,349,985 |
| PRODUCTS | 0972 | AM PRD MFG | AEROSPACE CORP | AER071 | CC | SAP IMPLEMENTATION | WORSEY, R. C. | $6,346,723 |
| FINANCIAL SERVICES | 0256 | US FSI | BANC ONE | BAN722 | NC | NAT FRNCHS TRNSFRMTN | STEINMAN, D. P. | $6,345,589 |
| COMMUNICATIONS | 0772 | SWITZERLAN | SWISSCOM | PTT667 | IT | IT EFFECTIVENESS | BAUMGARTNER, C. | $6,343,938 |
| RESOURCES | 0349 | AUSTRIA | SALZBURGER AG FUER E | SAL487 | ET | ENTERPRISE TRANSFORM | SCHULZ, R. . | $6,286,664 |
| FINANCIAL SERVICES | 0256 | US FSI | CHASE MANHATTAN BANK | CHZ503 | CM | RFS M/A MO | WEARING, C. A. | $6,212,915 |
| RESOURCES | 0049 | US ENERGY | AERA | AER041 | SP | SAP | BALDWIN, K. W. | $6,206,126 |
| PRODUCTS | 0975 | CANADA | HUDSON BAY HOURLY | HBH001 | VC | VALUE CREATION | POLSON, V. . | $6,165,721 |
| FINANCIAL SERVICES | 0256 | US FSI | SALOMON BROTHERS | SAL091 | KJ | SYSTEMS MGMT FEES | GACH, R. P. | $6,152,112 |
| FINANCIAL SERVICES | 0256 | US FSI | ANTHEM/BCBS-IN | BLU103 | IC | INTEGRATION/CONVERSI | BURNS, S. R. | $6,129,515 |
| FINANCIAL SERVICES | 0564 | LUXEMBOURG | B.C.E.E. | CAI157 | BI | CAM EQUITIES PROC. | KISSELS, P. P. | $6,120,077 |
| RESOURCES | 0609 | MEXICO 1 | PEMEX | MEX044 | PE | TRANSICION PEP | PRIETO YBANEZ, J. | $6,104,244 |
| FINANCIAL SERVICES | 0800 | UK BPM | PRUDENTIAL - U.K. | PRU072 | MR | JOSHUA LINE MANAGE | BILLINGTON, N. S. | $6,096,870 |
| GOVERNMENT | 0215 | US GOVT | MASS HR/CMS | MAS125 | AA | MASS HR/CMS | MITCHELL, K. . | $6,084,093 |
| FINANCIAL SERVICES | 0615 | GERMANY | HELABA | HES077 | EA | TRADING SYSTEMS | KOCH, B. . | $6,075,235 |
| GOVERNMENT | 0706 | NEW ZEALAN | DEP COURTS | DEP403 | OM | OCT - MAR AGREEMENT | PERCY, J. E. | $6,070,237 |
| FINANCIAL SERVICES | 0256 | US FSI | HCSC/BCBS-IL,TX | BLU047 | TY | TEXAS MERGER II | PRCHAL, T. P. | $6,065,729 |
| PRODUCTS | 0615 | GERMANY | MCC | MCC894 | PD | PROZESSDESIGN | VOGELSANG, P. E. | $6,061,281 |
| FINANCIAL SERVICES | 0624 | ITALY | BCA SAN PAOLO BRESCI | SAN809 | AC | NBA INSTALLATION | CARRARA-MI, M. . | $6,046,827 |
| PRODUCTS | 0972 | AM PRD MFG | ERICSSON AB | ERI687 | SA | SAP PHASE 1 | BREEN, W. T. | $6,031,734 |
| GOVERNMENT | 0215 | US GOVT | P R DEPT OF TREASURY | PUE009 | RV | PRITAS DESIGN | ROVINSKI, F. J. | $6,011,493 |
| GOVERNMENT | 0215 | US GOVT | N M HUMAN SVCS DEPT | NEZ205 | CA | NM CHEERS | WILKINS, D. E. | $6,006,605 |
| PRODUCTS | 0057 | US PRD LOB | SAP DATA CENTER | CDC002 | IC | INST. CHARGES COUNT | BERTO, J. D. | $5,988,188 |
| RESOURCES | 0803 | UTILITIES | BC HYDRO | BRI230 | BT | BUSINESS TRANS. PRGM | SAUGEN, D. W. | $5,968,457 |
| FINANCIAL SERVICES | 0256 | US FSI | FIRST CHICAGO CORPOR | FIR328 | HR | HOGAN READINESS PLAN | GOEBEL, M. C. | $5,967,268 |
| COMMUNICATIONS | 0228 | COMM-US | ALLTEL CORPORATION | ALL635 | BR | PINNACLE IMPLEMENTAT | WISNER, G. L. | $5,956,308 |
| FINANCIAL SERVICES | 0579 | SPAIN CORI | CORP.BANCARIA ESPANA | COR920 | CQ | ACUERDO MARCO 1997 | GARCIA HUERTA, J. | $5,948,988 |
| PRODUCTS | 0972 | AM PRD MFG | TOSHIBA-AMERICA ELEC | TOS130 | CA | TOSHIBA (TAEC) | ALVARADO, R. E. | $5,946,129 |
| RESOURCES | 0799 | UK BI | BRITISH GAS | BRI738 | AF | 8/97 MPS IMPLEM PS 1 | CROTHERS, W. . | $5,929,352 |
| FINANCIAL SERVICES | 0256 | US FSI | ST. PAUL COMPANIES, | SAI515 | CS | CLAIMS STRUCTURE PRO | BADOWER, M. R. | $5,908,934 |
| PRODUCTS | 0975 | CANADA | AIR CANADA | AIR245 | AD | PS PAY/HR PHASE 2 | POLSON, V. . | $5,903,614 |
| RESOURCES | 0615 | GERMANY | HOECHST CELANESE | HOE085 | GT | HOESCHST VENUS | GATTERMEYER, W. | $5,888,770 |
| RESOURCES | 0676 | PARIS | ELF ATOCHEM | ELF007 | AE | PROJECT PEPS V2 | GOURBAT, H. . | $5,853,158 |
| FINANCIAL SERVICES | 0256 | US FSI | NATIONSBANK | NAY016 | TU | TS GENERAL SERVICES | FLURY, A. D. | $5,810,951 |
| GOVERNMENT | 0215 | US GOVT | LANGLEY | QRT001 | HR | HR INFO SYSTEM | ROHLEDER, S. J. | $5,801,408 |
| FINANCIAL SERVICES | 0676 | PARIS | CNCA | CAI039 | AZ | SDI | HABIB, J. . | $5,792,855 |
| FINANCIAL SERVICES | 0256 | US FSI | UNITED HEALTH CARE | UNI175 | CT | CHANNELPOINT | ANDERSON JR, J. F | $5,784,796 |
| FINANCIAL SERVICES | 0256 | US FSI | ST. PAUL COMPANIES, | SAI515 | SC | SOLUTION CENTER | BADOWER, M. R. | $5,782,563 |
| FINANCIAL SERVICES | 0724 | AUSTRALIA | AUSTRALIAN MUTUAL PR | AUS627 | CE | CUSTOMER ENHANCEMENT | POWELL, G. . | $5,751,587 |
| PRODUCTS | 0971 | AM PRD CON | ANHEUSER BUSCH | ANH002 | RM | REVEN MANAGE REENGIN | PETRUSHKA, M. D. | $5,732,627 |
| COMMUNICATIONS | 0763 | JAPAN | NTT | NIP057 | OD | DENWACHO 4 | KATSUYA, N. . | $5,699,758 |
| PRODUCTS | 0971 | AM PRD CON | SIMON & SCHUSTER, IN | SIM544 | CS | SEPARATION | MIFFLIN, K. E. | $5,683,072 |
| PRODUCTS | 0676 | PARIS | RENAULT | REG116 | AQ | RVI PROCESS REENGINE | CHASSANG, G. . | $5,677,712 |
| FINANCIAL SERVICES | 0799 | UK BI | CEDEL BANK | CED678 | AI | PROJECT CREATION | HAVILAND, K. F. | $5,673,444 |
| PRODUCTS | 0972 | AM PRD MFG | HEWLETT PACKARD | HEW001 | CL | DEMAND SUPPLY MATCH. | GUHEEN, M. F. | $5,648,977 |
| PRODUCTS | 0406 | BELGIUM | GEC TRANSPORT | GEC691 | AA | GE CAPITAL MODULE SP | VINET, P. . | $5,641,664 |
| PRODUCTS | 0676 | PARIS | FNAC | FNA001 | AA | ARIANE SUPPLY CHAIN | TER BRAAK, B. . | $5,633,162 |
| FINANCIAL SERVICES | 0256 | US FSI | USAA | UNZ427 | FC | FOURTH COMPANY | BROWN JR, L. O. | $5,573,244 |
| FINANCIAL SERVICES | 0256 | US FSI | NATIONSBANK | NAY016 | TN | TENNESSEE MODEL BANK | BRYDON, T. E. | $5,561,538 |
| FINANCIAL SERVICES | 0768 | CANADA SVC | CIBC | CAN255 | AR | PH 1 E-COMMERCE PROC | DAVIES, C. K. | $5,561,235 |
| GOVERNMENT | 0677 | CAN GOVT | HRD-NB | HRD001 | AA | HUMAN RESOUR DEV. NB | BERUBE, Y. A. | $5,544,781 |
| FINANCIAL SERVICES | 0256 | US FSI | BCBS - NC | BLU029 | CB | CORE SYSTEM (B) | KOHLHEIM, P. A. | $5,523,476 |
| PRODUCTS | 0509 | NETHERLAND | KBB | BYB004 | CA | TRANSFORMATION IMPLE | LAITY, R. . | $5,515,046 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AB | SERV. PROVIDER | CASIRAGHI-RM, L. | $5,492,910 |
| COMMUNICATIONS | 0614 | BRAZIL CON | T.I.M. SPA | TIM678 | CB | BSCS DVLP PH1 | CASIRAGHI-RM, L. | $5,492,808 |
| COMMUNICATIONS | 0228 | COMM-US | BELL ATLANTIC | BEL538 | AB | BELL ATLANTIC - SSNS | RIPPERT, D. J. | $5,489,663 |
| FINANCIAL SERVICES | 0256 | US FSI | CREDIT SUISSE-NY BR | CRE562 | CD | GLOBAL E-MAIL STBTZN | TEETER, C. C. | $5,488,911 |
| FINANCIAL SERVICES | 0256 | US FSI | AMERICAN FAMILY MUTU | AMX483 | AF | BILLING SYSTEM/PROCE | LAACKMAN, D. J. | $5,483,055 |
| PRODUCTS | 0971 | AM PRD CON | TOYS "R" US, INC. | TOY091 | BP | BUSINESS PROC DESIGN | LUKER, J. P. | $5,471,618 |
| PRODUCTS | 0676 | PARIS | SAINT GOBAIN VITRAGE | SAI445 | AB | EUROPE 2000 | CHASSANG, G. . | $5,446,096 |

| MARKET UNIT | ENG GMU | ENG GMU DESC | CLIENT NAME | CLIENT # | ENG # | ENG DESC | ENG PARTNER | ENG FY 98 GROSS FEES |
|---|---|---|---|---|---|---|---|---|
| RESOURCES | 0972 | AM PRD MFG | CYPRUS AMAX MINERALS | CYP009 | CC | DEVELOPMENT PROJECTS | HASCALL, T. M. | $5,441,174 |
| FINANCIAL SERVICES | 0409 | ARGENTINA | BANCO MERCANTIL | BAM006 | AL | IMPLEMENT.ALTAMIRA | VULEJ, S. F. | $5,419,598 |
| FINANCIAL SERVICES | 0768 | CANADA SVC | CIBC | CAN255 | AI | PROJECT LIFTOFF IMPL | DUELKS, R. N. | $5,384,109 |
| FINANCIAL SERVICES | 0609 | MEXICO 1 | BBV MEXICO | MUL356 | IA | INSTALACION ALTAMIRA | ESCAMEZ ABAD, C. | $5,383,031 |
| PRODUCTS | 0971 | AM PRD CON | SMITHKLINE BEECHAM P | SMZ732 | CA | WORLDWIDE SUPPLY OPE | SMITH III, G. G. | $5,371,148 |
| FINANCIAL SERVICES | 0256 | US FSI | ALLSTATE INSURANCE | ALL018 | CD | CLAIMS DESKTOP | ROESSL, D. J. | $5,339,370 |
| PRODUCTS | 0971 | AM PRD CON | FEDERAL EXPRESS CORP | FED099 | PS | PAYROLL PHASE 2 | MCMILLAN JR, J. O | $5,332,225 |
| RESOURCES | 0972 | AM PRD MFG | LTV STEEL | LTV003 | FD | FDA - ALIQUIPPA | SELLERS, R. D. | $5,298,028 |
| GOVERNMENT | 0215 | US GOVT | SOCIAL SECURITY ADMN | SOC140 | HR | INTEGRATED HR | ROHLEDER, S. J. | $5,268,003 |
| FINANCIAL SERVICES | 0256 | US FSI | FIDELITY INVESTMENTS | FID086 | AA | H & W MANAGEMENT | TILTON, M. S. | $5,266,961 |
| COMMUNICATIONS | 0624 | ITALY | TELECOM ITALIA SPA | TEL812 | AN | NTW OP. Q. H.-DRE | BALDISSERA-P-MI, | $5,250,966 |
| PRODUCTS | 0971 | AM PRD CON | NESTLE U.S.A. | NES079 | SC | SUPPLY CHAIN/SAP | CLUBB, M. K. | $5,246,359 |
| PRODUCTS | 0614 | BRAZIL CON | EMBRACO | EMB023 | IS | IMPLANTACAO SAP | ASTRACHAN, M. . | $5,245,692 |
| PRODUCTS | 0971 | AM PRD CON | NETSCAPE | NET014 | CN | NETSCAPE COMM CORP | NITZ, J. A. | $5,245,291 |
| COMMUNICATIONS | 0228 | COMM-US | AT&T CORPORATE | ATC009 | BS | BUSINESS SIMPLIFICTN | PRAMER, D. M. | $5,231,732 |
| RESOURCES | 0234 | US UTIL | COMMONWEALTH EDISON | COM008 | FB | FOSSIL BUS IMP PROJ | RATTERMAN, J. W. | $5,214,045 |
| COMMUNICATIONS | 0582 | SPAIN | EUSKALTEL | EUS001 | CA | FACT.Y ATENC.AL CL. | BERMUDEZ MARCOS, | $5,205,363 |
| FINANCIAL SERVICES | 0212 | US HEALTH | CATHOLIC HEALTH INIT | CAT035 | AA | MASTER PLAN | CAMPBELL, S. L. | $5,204,474 |
| FINANCIAL SERVICES | 0256 | US FSI | GEN ELEC CAP CORP | GEN033 | RF | RETAILER FINANCIAL S | CLARK, B. A. | $5,199,501 |
| PRODUCTS | 0972 | AM PRD MFG | LUCENT TECHNOLOGIES | LUC026 | CS | CURRICULUM STRATEGY | DRAPER JR, W. C. | $5,185,777 |
| RESOURCES | 0387 | INDIA | TELCO | TEL842 | AC | AC | KHANNA, S. K. | $5,177,908 |
| GOVERNMENT | 0677 | CAN GOVT | CPC | CAN005 | AD | HRMS & BENEFITS ADMI | PATRONTASCH, S. | $5,175,395 |
| COMMUNICATIONS | 0228 | COMM-US | SPRINT | FON008 | SD | SERVICE DELIVERY | FOSNACHT, F. M. | $5,167,407 |
| RESOURCES | 0972 | AM PRD MFG | BASF CORPORATION | BXX213 | NV | BASF-VISION 96 | EMBREE, H. R. | $5,133,004 |
| FINANCIAL SERVICES | 0772 | SWITZERLAN | MIGROS | MIG671 | AB | KIOSK BANKING | HARRIS, A. . | $5,121,044 |
| COMMUNICATIONS | 0808 | NORWAY BI | TELENOR REVISJON | TEL693 | AD | TELENOR MOBIL | JUUL, S. . | $5,115,779 |
| FINANCIAL SERVICES | 0212 | US HEALTH | HIGHMARK | BLU043 | FI | FSI INSTALL | WIERZBA, J. N. | $5,109,911 |
| RESOURCES | 0441 | VENEZUELA | PETROZUATA | PET110 | IS | SAP INTERIM SERVICES | GONZALEZ, J. L. | $5,095,093 |
| PRODUCTS | 0972 | AM PRD MFG | FORD MOTOR COMPANY | FOR218 | FT | FOCAL POINT 98 WORK | DENNER, R. W. | $5,090,536 |
| PRODUCTS | 0972 | AM PRD MFG | MACK TRUCKS | MAC129 | PD | GLOBAL PDM | YELICH, D. A. | $5,083,088 |
| PRODUCTS | 0763 | JAPAN | MARUBENI CORP. | MAR480 | AC | SAP R/3 IMPLEMENTATI | SHIMODOI, T. . | $5,079,326 |
| PRODUCTS | 0971 | AM PRD CON | KELLOGG COMPANY | KEL613 | TP | TEAM IMPLEMENTATION | HOGAN, T. D. | $5,069,288 |
| RESOURCES | 0754 | TAIWAN | CAPCO | CHI513 | CB | BPR | HOE 755922, K. | $5,061,224 |
| COMMUNICATIONS | 0228 | COMM-US | SBC COMMUNICATIONS | SBC010 | FI | FINANCIAL | EASTON, R. C. | $5,047,579 |
| PRODUCTS | 0971 | AM PRD CON | HALLMARK CARDS, INC. | HAL084 | CB | PROCURE REENG: TOTAL | HARBACH, F. E. | $5,027,767 |
| FINANCIAL SERVICES | 0256 | US FSI | METLIFE | MET057 | CW | WORKFLOW ROLL-OUT ST | STANLEY, C. M. | $5,020,980 |

# EXHIBIT 129
# REDACTED IN ITS ENTIRETY