IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-826 (SLR) |
| GUIDEWIRE SOFTWARE, INC., | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

**Volume 7 (Exhibits 130-154)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Confidential Version Filed: December 16, 2009
Public Version Filed: January 8, 2010

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 1 | James Hatch Deposition Minuscript of 08/27/09 | 000001 |
| 2 | David Horton Deposition Minuscript of 08/26/09, vol. 1 | 000036 |
| 3 | David Horton Deposition Minuscript of 08/26/09, vol. 2 | 000133 |
| 4 | Douglas Johnston Deposition Minuscript, 07/01/09 | 000161 |
| 5 | Michael J. Hamman Deposition Minuscript, 09/22/09 | 000217 |
| 6 | Claims and Names & Tables from Pyramid v. 1.2 (produced by Accident Fund without Bates numbers) | 000282 |
| 7 | Pyramid System for Windows Expected Hardware and Software Requirements, CNAGW000014 | 000469 |
| 8 | Claims Administration from Pyramid v. 1.2, CP 000001-39 | 000470 |
| 9 | About Pyramid for Windows, Documentation & Product Support, from Pyramid v. 1.2, CP 000104-36 | 000509 |
| 10 | Litigation Management from Pyramid for Windows User's Guide, CP 000137-42 | 000542 |
| 11 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 000259-72 | 000548 |
| 12 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 000458-81 | 000562 |
| 13 | Pyramid Menu: Getting Started/Basic Skills for v.1.2 Pyramid for Windows, CP 001725-38 | 000586 |
| 14 | User Configuration / Set Up for v.1.2 Pyramid for Windows, CP 001739-1804 | 000600 |
| 15 | The Pyramid Office for v.1.2 Pyramid for Windows, CP 001879-1902 | 000666 |
| 16 | Claims Administration for v.1.2 Pyramid for Windows, CP 001903-42 | 000690 |
| 17 | Litigation Management from Pyramid for Windows User's Guide, CP 001973-8 | 000730 |
| 18 | Regulatory Forms for v.1.2 Pyramid for Windows, CP 001979-2005 | 000736 |
| 19 | FileFolder Pyramid for Windows v.1.2b, CP 004805-37 | 000763 |
| 20 | General Tables from v.1.2b Database Layouts, CP 005722-65 | 000796 |
| 21 | Claims Tables from v.1.2b Database Layouts, CP 005766-92 | 000840 |
| 22 | Name and Address Tables v.1.2b Database Layouts, CP 005793-805 | 000867 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 23 | Appendix from v.1.2b Systems Administrator Training Workbook, CP 007452-72 | 000880 |
| 24 | File Folder Overview from v.1.2b Systems Administrator Training Workbook, CP 007517-38 | 000901 |
| 25 | Printout of Policy.SQX source code, CP 007821-86 | 000923 |
| 26 | Printout of ACCPARTY.FRM source code, CP 008157-350 | 000989 |
| 27 | Printout of CLAIM.FRM source code, CP 008351-454 | 001183 |
| 28 | Printout of PYRAMID.FRM source code, CP 008455-709 | 001287 |
| 29 | Entity Relationship Diagrams from Pyramid vol. 001 | 001542 |
| 30 | Horton Deposition Exhibit 5, printout of PAYMENT.FRM source code, CP 008552-4 | 001561 |
| 31 | Horton Deposition Exhibit 6, printout of claimant.sqx source code, CP 008880-2 | 001564 |
| 32 | Horton Deposition Exhibit 9, printout of SCHEDULE.MAK source code, CP 009301 | 001567 |
| 33 | Horton Deposition Exhibit 10, printout of SCHEDNEW.FRM source code, CP 008974-92 | 001568 |
| 34 | Horton Deposition Exhibit 11, printout of SCHEDULE.FRM source code, CP 008777-86 | 001587 |
| 35 | Horton Deposition Exhibit 12, printout of CLAIM.SQX source code, CP 008826-64 | 001597 |
| 36 | Horton Deposition Exhibit 13, printout of claim.txt source code, CP 009364-71 | 001636 |
| 37 | Diamond System Manual, dated 01/03/97, ASI 0000001-140 | 001644 |
| 38 | Diamond Personal Auto, ASI 0003635-46 | 001784 |
| 39 | Diamond System 3.5.032 User Training Manual, INSFT 000001-482 | 001796 |
| 40 | Professional Services Agreement with Applied Systems and Cincinnati Equitable, INSFT 000409-37 | 002278 |
| 41 | Professional Services Agreement with Applied Systems and Proformance Insurance, INSFT 000438-64 | 002307 |
| 42 | Professional Services Agreement with Applied Systems and Palisades Safety, INSFT 000465-93 | 002334 |
| 43 | Professional Services Agreement with Applied Systems and Safeway Property, INSFT 000494-523 | 002363 |
| 44 | Professional Services Agreement with Applied Systems and Northern Mutual, INSFT 000524-53 | 002393 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 45 | Professional Services Agreement with Applied Systems and Southern Mutual, INSFT 000554-84 | 002423 |
| 46 | Professional Services Agreement with Applied Systems and 1st Auto Casualty, INSFT 000585-623 | 002454 |
| 47 | Johnston Deposition Exhibit 134, The Diamond System V2.0 (System Date: 11/03/95) Transaction Selection screen shot | 002493 |
| 48 | Johnston Deposition Exhibit 135, The Diamond System V2.0 (System Date: 11/03/95) Open Tasks screen shot | 002494 |
| 49 | Johnston Deposition Exhibit 136, The Diamond System V2.0 (System Date: 11/03/95) Policy Control screen shot | 002495 |
| 50 | Johnston Deposition Exhibit 137, The Diamond System V2.0 (System Date: 11/03/95) Client Visual Tree screen shot | 002496 |
| 51 | Johnston Deposition Exhibit 138, The Diamond System V2.0 (System Date: 11/03/95) Claim Detail screen shot | 002497 |
| 52 | Johnston Deposition Exhibit 140, article entitled "It's a Gem The Diamond System Speeds Policy Processing" by Elisabeth Boone, CPCU | 002498 |
| 53 | Johnston Deposition Exhibit 141, page from web archive no. 19981201192832, The Diamond System Overview and Features | 002504 |
| 54 | Web Archive No. 19970715154234, The Diamond System, GW08667516 | 002505 |
| 55 | Web Archive No. 19981201192832, The Diamond System Overview and Features, GW08667502 | 002507 |
| 56 | Web Archive No. 19991012203359, Diamond System Sample Workflow Step #2, Open Task, GW08667506 | 002509 |
| 57 | Web Archive No. 20010302142225, The Diamond System Architecture | 002511 |
| 58 | RISKMASTER/Win Advanced Operations Guide, CSC000001-229 | 002512 |
| 59 | RISKMASTER/Win System Adminsitrator's Guide, CSC000230-408 | 002741 |
| 60 | RISKMASTER/Win User's Guide, CSC000409-815 | 002920 |
| 61 | RISKMASTER/Win Report Guide, CSC000816-1074 | 003327 |
| 62 | Screen shots of RISKMASTER/Win System, CSC001182-1207 | 003586 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 63 | Unsigned Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work on Claim Handler Utilities project, dated 04/10/98 | 003614 |
| 64 | FinancialWorks Letter of Understanding on Project Astro, dated 06/15/98 | 003624 |
| 65 | Accenture's Supplemental Responses to Guidewire's Interrogatories Nos. 3, 10, 16, 17 and 18, dated 04/27/09 | 003638 |
| 66 | Signed Reliance - Andersen Consulting Reliance Task Assistant Claims System Project Consultation Agreement, dated 06/01/98, ACN05534988-5009 | 003875 |
| 67 | Wayne L. Hoeschen Deposition Minuscript of 08/05/09 | 003897 |
| 68 | Lucarini Deposition Exhibit 4: E-mail from Michael Lucarini to Regina Kline and Shon Bose re: Reliance Arrangement Letter for Requirements Confirmation for signature, dated 03/10/98, ACN00588281-93 | 003894 |
| 69 | G. Victor Guyan Deposition Minuscript of 08/03/09 | 003999 |
| 70 | Andersen Consulting fax from Mike Badower to Nikole Jankovska enclosing the signed St. Paul Fire and Marine Consulting Services Agreement of 02/08/95, dated 05/20/97, ACN05535696-704 | 004129 |
| 71 | Accenture Leadership in Claims Workers Compensation Simulation Script, undated, ACN05712381 | 004138 |
| 72 | Guyan Deposition Exhibit 43: Draft Andersen Consulting letter from David P. Hollander to Michael Natan of Reliance Insurance Co. re Millennium Claims initiatives, dated 03/10/98, ACN00588284-9 | 004150 |
| 73 | Guyan Deposition Exhibit 45: Andersen Consulting PowerPoint entitled "Reliance Insurance Company, Millennium Claims System, Release 1 Business Case," dated 02/19/98 | 004156 |
| 74 | Hoeschen Deposition Exhibit 7: Fax enclosing unsigned Andersen Consulting letter of 06/16/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325073-85 | 004190 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 75 | Hoeschen Deposition Exhibit 8: Fax enclosing unsigned Andersen Consulting letter of 09/29/97 from Michael R. Badower to Michael J. Conroy and Wayne L. Hoeschen of St. Paul Fire and Marine re continuation of the ClaimWorks project, dated 04/12/05, ACN02325086-90 | 004203 |
| 76 | Lucarini Deposition Exhibit 5: Reliance – Andersen Consulting, Reliance Task Assistant Claims System Project Consulting Agreement for Work Order No. 1, dated 10/22/98, ACN05534967-87 | 004208 |
| 77 | ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004229 |
| 78 | Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004253 |
| 79 | Jackowski Deposition Exhibit 1: Notice and Subpoena to Michael A. Jackowski, dated 10/19/09 | 004278 |
| 80 | Jackowski Deposition Exhibit 2: Michael A. Jackowski – Andersen Consulting résumé, ACN00507145-7 | 004284 |
| 81 | Jackowski Deposition Exhibit 3: FinancialWorks PowerPoint on Salsa Project, dated 04/02/98 | 004287 |
| 82 | Jackowski Deposition Exhibit 4: Andersen Consulting PowerPoint on Astro Project Debrief, dated 00/00/98 | 004300 |
| 83 | Jackowski Deposition Exhibit 5: Address Book, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295213-32 | 004322 |
| 84 | Jackowski Deposition Exhibit 6: Address Book, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295234-40 | 004342 |
| 85 | Jackowski Deposition Exhibit 7: Project Tango, Component Description, Address Book, dated 05/05/98, ACN02310613-4 | 004349 |
| 86 | Jackowski Deposition Exhibit 8: Project Tango, Component Description, Performer, dated 04/29/98, ACN02310636-7 | 004351 |
| 87 | Jackowski Deposition Exhibit 9: Project Tango, Component Description, Forms and Correspondence, dated 04/29/98, ACN02310621-2 | 004353 |
| 88 | Jackowski Deposition Exhibit 10: Project Tango, Component Description, File Notes, dated 04/29/98, ACN02310623-4 | 004355 |
| 89 | Jackowski Deposition Exhibit 11: Project Tango, Component Description, Event Processor / Task Engine, dated 04/30/98, ACN02310641-2 | 004357 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 90 | Jackowski Deposition Exhibit 12: Project Tango, Component Description, Injury, dated 07/22/98, ACN02310627-8 | 004359 |
| 91 | Jackowski Deposition Exhibit 13: Project Tango, Component Description, Organization, dated 04/30/98, ACN02310631-2 | 004361 |
| 92 | Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30 | 004363 |
| 93 | Jackowski Deposition Exhibit 15: Project Tango, Component Description, Participant, dated 04/29/98, ACN02310633-5 | 004365 |
| 94 | Jackowski Deposition Exhibit 16: Project Tango, Component Description, Index, dated 04/29/98, ACN02310625-6 | 004368 |
| 95 | Jackowski Deposition Exhibit 17: Project Tango, Component Description, Task Assistant, dated 04/29/98, ACN02310638-40 | 004370 |
| 96 | Jackowski Deposition Exhibit 18: Project Tango, Component Description, Claim History, dated 04/29/98, ACN02310619-20 | 004373 |
| 97 | Jackowski Deposition Exhibit 19: Project Tango, Component Description, Claim Folder, dated 04/29/98, ACN02310615-8 | 004375 |
| 98 | Jackowski Deposition Exhibit 20: Project Tango, UI Design with marginalia, dated 04/28-29/98, ACN05528698—788 | 004379 |
| 99 | Jackoswki Deposition Exhibit 21: Andersen Consulting PowerPoint entitled “Reliance Insurance Company, Millennium Claims System, Release 1 Business Case” dated 02/19/98 (also Guyan Deposition Exhibit 45) | 004470 |
| 100 | Jackoswki Deposition Exhibit 22: E-mail from Michelle L. Krause to Joseph E. Quinn re: review process doc, dated 07/25/97, ACN00592751-6 | 004504 |
| 101 | Jackoswki Deposition Exhibit 23: E-mail from Jill B. Smart to David P. Hollander, Thomas Skelly and Glenn A. Sieber re: URGENT – Project Tango Risks, dated 08/05/98, ACN0587479-83 | 004510 |
| 102 | Jackoswki Deposition Exhibit 24: E-mail from Shon Bose to Asif F. Mailk, Deborah J. Thornton, G. Victor Guyan, Jeffrey M. Wargin, Michael A. Jackowski, Richard E. Balon and William A. Grubb re: Agenda for March 16-18 Reliance visit to Financial Works, dated 03/16/98, ACN00588210-3 | 004515 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 103 | Jackoswki Deposition Exhibit 25: ClaimWorks Vision PowerPoint from Travelers, dated 06/10/97, TRA00003894-917 | 004519 |
| 104 | Jackoswki Deposition Exhibit 26: Claim Handler Utilities Project Initiation Report, dated 08/26/96, TRA00010594-618 | 004543 |
| 105 | Jackoswki Deposition Exhibit 27: E-mail from William A. Grubb to Asif F. Malik re: RIC tech arch questions, dated 04/08/98, ACN00588176-8 | 004568 |
| 106 | Jackoswki Deposition Exhibit 28: Andersen Consulting PowerPoint for Microsoft Solutions Organization entitled "Leadership in Claims (LiC), A Model for MSO – Proven Practices, Mike Jackowski," dated 05/12/00 | 004571 |
| 107 | Michael A. Jackowski Minuscript of 10/30/09 | 004599 |
| 108 | Myron Ray Badower Minuscript of 11/25/09 | 004649 |
| 109 | Badower Deposition Exhibit 2: St. Paul Fire and Marine Claim Handler General Experience Information by Mike Badower, ACN02307495-6 | 004680 |
| 110 | Badower Deposition Exhibit 3: St. Paul Fire and Marine Task Assistant and File Notes General Experience Information by Mike Badower, ACN02307497-98 | 004682 |
| 111 | Badower Deposition Exhibit 4: ClaimWorks Windows Design Specifications manual, TRA00015049-285 | 004684 |
| 112 | Badower Deposition Exhibit 6: Draft Michael R. Badower letter to Michael J. Conroy and Wayne L. Hoeschen re: Andersen Consulting's work in the Structure Design and Analysis Project, dated 07/14/95, ACN05529385-405 | 004921 |
| 113 | Badower Deposition Exhibit 9: The St. Paul ClaimWorks Blueprint – Version 9/97, dated 10/06/97, TRA00000325-72 | 004942 |
| 114 | Badower Deposition Exhibit 17: Claim Folder, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295286-93 | 004990 |
| 115 | Badower Deposition Exhibit 18: Claim Folder, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295241-83 | 004998 |
| 116 | Badower Deposition Exhibit 19: Participant, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295365-73 | 005041 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 117 | Badower Deposition Exhibit 20: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295353-64 | 005050 |
| 118 | Badower Deposition Exhibit 21: Performer, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295386-92 | 005062 |
| 119 | Badower Deposition Exhibit 22: Performer, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295376-85 | 005069 |
| 120 | Badower Deposition Exhibit 23: Organization, Functional Business Requirements, ClaimWorks Redesign, dated 03/20/98, TRA00013660-69 | 005079 |
| 121 | Badower Deposition Exhibit 24: Organization, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN05528581-602 | 005089 |
| 122 | Badower Deposition Exhibit 25: Index, Functional Business Requirements, ClaimWorks Retooling, dated 04/02/98, ACN02295347-51 | 005111 |
| 123 | Badower Deposition Exhibit 26: Participant, Behavioral Specifications, ClaimWorks Retooling, dated 04/02/98, ACN02295338-46 | 005116 |
| 124 | Badower Deposition Exhibit 27: Forms and Correspondence, Functional Business Requirements, ClaimWorks Retooling, dated 04/03/98, ACN02295328-37 | 005125 |
| 125 | Badower Deposition Exhibit 28: Forms and Correspondence, Behavioral Specifications, ClaimWorks Retooling, dated 04/03/98, ACN02295294-325 | 005135 |
| 126 | Badower Deposition Exhibit 29: Organization Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528992-9001 | 005167 |
| 127 | Badower Deposition Exhibit 30: Performer Functional Business Specification, ClaimWorks Utilities 1, dated 03/10/98, ACN05528984-91 | 005177 |
| 128 | Badower Deposition Exhibit 33: FY 1998 Engagements > $5Million by client name, 00/00/00, ACN00586586 | 005185 |
| 129 | Michael A. Costonis Deposition Minuscript of 05/06/09 | 005190 |
| 130 | John L. DelSanto Deposition Minuscript of 09/11/09 | 005300 |
| 131 | Guidewire's Amended 30(b)(6) Notice of Deposition to Accenture, dated 06/23/09 | 005418 |
| 132 | Guidewire web site pages, ACN05754701 | 005427 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 133 | Accenture e-mail attaching document entitled "Guidewire Software Competitor Profile," dated 03/28/03, ACN00358999-9014 | 005488 |
| 134 | Preliminary Amendment from Guyan file history application no. 09/305,146, dated 04/19/02 | 005504 |
| 135 | U.S. PTO Office Action, Final Rejection of Guyan file history application no. 09/305,146, dated 05/06/02 | 005512 |
| 136 | Amendment from Guyan file history application no. 09/305,146, dated 07/03/02 | 005518 |
| 137 | Accenture e-mail attaching document entitled "June Competitive Update," dated 07/02/03, ACN00338412-4 | 005525 |
| 138 | Accenture e-mail from Donald Laackman to Anastasia Petropulos, Michelle L. Krause and Glenn A. Sieber re: Lunch with Steve Murnen – CNA, dated 05/22/03, ACN0348817-8 | 005528 |
| 139 | Accenture e-mail from Michael A. Lucarini to G. Victor Guyan re: forwarding website link for Guidewire board directors, dated 01/09/03, ACN0375622-3 | 005530 |
| 140 | Accenture e-mail from Michelle L. Krause to G. Victor Guyan, Donald Laackman and Anastasia Petropulos re: website link for Guidewire board directors, dated 01/08/03, ACN0375737 | 005532 |
| 141 | Guidewire website page listing Board of Advisors from Web Archive, 01/00/03, GW19456721-2 | 005533 |
| 142 | Metadata printout from ACN02310629, Jackowski Deposition Exhibit 14: Project Tango, Component Description, Negotiation, dated 07/30/98, ACN02310629-30, showing 04/30/98 creation date | 005535 |
| 143 | Shamos Amended Expert Report, Exhibit C, Cell 146J, dated 10/19/09 | 005537 |
| 144 | Shamos Amended Expert Report, Exhibit C, Cell 148J, dated 10/19/09 | 005538 |
| 145 | Shamos Amended Expert Report, pages 47, 48, 53 and 54, dated 10/19/09 | 005539 |
| 146 | Badower Deposition Exhibit 10: ClaimWorks, Claim Folder Design Deliverable Packet, TRA00014390-454, dated 07/30/96 | 005544 |
| 147 | Badower Deposition Exhibit 11: ClaimWorks, Participant Design Deliverable Packet, TRA00014558-74, dated 08/15/96 | 005609 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 148 | Badower Deposition Exhibit 12: ClaimWorks, Perfomer Deliverable Packet, TRA00014576-91, dated 08/13/96 | 005626 |
| 149 | Badower Deposition Exhibit 13: ClaimWorks, Organization Design Deliverable Packet, TRA00014620-37, dated 07/12/96 | 005642 |
| 150 | Badower Deposition Exhibit 14: ClaimWorks, Index Search Design Deliverable Packet, TRA00014537-56, dated 08/14/96 | 005660 |
| 151 | Badower Deposition Exhibit 15: ClaimWorks, Address Book Design Deliverable Packet, TRA00014456-98, dated 08/13/96 | 005680 |
| 152 | Badower Deposition Exhibit 16: ClaimWorks, Forms and Correspondence Design Deliverable Packet, TRA00014500-35, dated 07/17/96 | 005723 |
| 153 | Supplemental Information Disclosure Statement for U.S. Patent Application No. 11/017,086, dated 07/11/05 | 005759 |
| 154 | Guidewire's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,013,284 under 35 U.S.C. §§ 302-307, dated 06/19/08 | 005763 |
| 155 | U.S.P.T.O. Grant of *Ex Parte* Reexamination of U.S. Patent No. 7,013,284, dated 08/01/08 | 005890 |
| 156 | U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 07/17/09 | 005903 |
| 157 | Accenture Response to U.S.P.T.O. Office Action Non-Final Rejection of Claims 1-22 of U.S. Patent No. 7,013,284, dated 09/17/09 | 005931 |
| 158 | Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006204 |
| 159 | Declaration of Marcus Ryu, dated 12/16/09 | 006284 |
| 160 | Pyramid for Windows version 1.2, CP 001486–2027, dated 00/00/96 | 006285 |
| 161 | About Pyramid for Windows, Documentation & Product Support, CP 001692-1724 | 006665 |
| 162 | Amended Opening Expert Report of William Kuebler Relating to Invalidity of U.S. Patent Nos. 7,013,284 and 7,017,111, dated 10/12/09 | 006698 |
| 163 | Exhibit C to Amended Opening Expert Report of Michael I. Shamos on Infringement, dated 10/16/09 | 006944 |
| 164 | Exhibit A to Invalidity Expert Report of William Kuebler, dated 11/30/09 | 007150 |

| EXHIBIT NO. | DESCRIPTION | GSJAPP NO. |
|---|---|---|
| 165 | Supplemental Expert Report of Michael I. Shamos Regarding Infringement of Patents-In-Suit with Exhibit B, dated 11/30/09 | 007597 |
| 166 | Supplemented Exhibit D to Supplemental Expert Report of Michael I. Shamos Regarding Infrigement of the Patents-In-Suit, dated 11/30/09 | 007779 |
| 167 | Expert Report of Bill Kuebler on Noninfringement, dated 12/14/09 | 007863 |
| 168 | Shamos Expert Report Exhibit D, Cell 52L, dated 11/30/09 | 007975 |
| 169 | Shamos Expert Report Exhibit D, Cell 55L, dated 11/30/09 | 007976 |
| 170 | Pyramid for Windows File Folder Product Description, CP 006001-45, dated 00/00/98 | 007977 |
| 171 | Pyramid for Windows Account Set up and Claim Processing Training Guide, CNAGW000163-844 dated 12/00/98 | 008010 |
| 172 | Hamman Deposition Exhibit 2: Contracts, CSC001173-80 | 008692 |
| 173 | Shamos Expert Report Exhibit C, Cells 108J-110K, dated 10/16/09 | 008700 |
| 174 | Shamos Expert Report Exhibit C, Cells 82J-82K, dated 10/16/09 | 008704 |
| 175 | Shamos Expert Report Exhibit C, Cells 85J, dated 10/16/09 | 008706 |
| 176 | Shamos Expert Report Exhibit D, Cell 24L, dated 11/30/09 | 008707 |
| 177 | Shamos Expert Report Exhibit D, Cell 91L, dated 11/30/09 | 008708 |
| 178 | Article entitled "Vendor and Comparative Analysis" by David A. Tweedy, GW09445759, dated 00/00/95 | 008709 |
| 179 | Article entitled "Vendor Profile" by David A. Tweedy, GW09445760, dated 00/00/95 | 008712 |
| 180 | Article entitled "Vendor/System Review " by David A. Tweedy, GW09445761, dated 00/00/95 | 008715 |
| 181 | Article entitled "Comparative Analysis Large to Moderate Systems" by David A. Tweedy, GW09445707, dated 00/00/95 | 008753 |
| 182 | Supplemental Expert Report on Invalidity of Bill Kuebler, dated 11/30/09 | 008757 |
| 183 | Declaration of John Seybold, dated 12/16/09 | 008842 |

# EXHIBITS 130-131
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 132

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Guidewire Software is an enterprise software company dedicated to helping property and casualty insurers run their core claims operations.

**What We Do**

Guidewire Software provides applications, software components, and services that enable insurers to reduce costs by giving them increased control over the claims operation.

**Read More**

**What We Look For**

Guidewire Software is looking for exceptional people in engineering and sales.

**Read More**

**What's New**

Read about Guidewire Software's latest research, publications, events, and other news.

**Read More**

**Guidewire Software © 2001-2002. Guidewire Software and Guidewire ClaimCenter are trademarks of Guidewire Software, Inc.**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Driving Directions

Request More Information

# Contact Us

*Guidewire Software, Inc.*
2121 South El Camino Real, Third Floor
San Mateo, California 94403

Telephone: 650 357 9100
Fax: 650 357 9101
Web: www.guidewire.com

Information: info@guidewire.com
Sales: sales@guidewire.com
Careers: jobs@guidewire.com
Guidewire Claims Forums: forums@guidewire.com

*Driving Directions*

*Request More Information*

Guidewire Software © 2001-2002

# Driving Directions

From San Jose International Airport (30-40 minutes)
Take 101 North to 92 and 92 West about 1 mile to the 82/El Camino exit. Go south on El Camino. We are at #2121, a large building marked "Bay View," on the left side between 21st and 22nd Avenues. You may need to drive past the building and make a U-turn to get into the customer parking lot.

From San Francisco (30-40 minutes) and SFO (15-20 minutes)
Take 101 South to 92 and 92 West about 1 mile to the 82/El Camino exit. Go south on El Camino. We are at #2121, a large building marked "Bay View," on the left side between 21st and 22nd Avenues. You may need to drive past the building and make a U-turn to get into the customer parking lot.

Guidewire Software © 2001-2002

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Driving Directions

Request More Information

# Request More Information

Please fill out the form below. Required fields are marked with an asterisk (*). We keep all information strictly confidential; click here to see our privacy policy.

First name*

Last name*

Title

Company

Address 1

Address 2

City

State [Select State]

Zip/postal code

Country [Select Country]

Telephone*

Fax

Email*

Category:

- ○ Prospective customer
- ○ Current customer
- ○ Partner (current or prospective)
- ○ Prospective employee
- ○ Investor (current or prospective)
- ○ Media
- ○ Other:

Type of request:

- ☐ I would like general information about Guidewire
- ☐ I would like more information about Guidewire ClaimCenter
- ☐ I would like a demonstration of Guidewire ClaimCenter
- ☐ I am interested in attending a Guidewire Claims Forum
- ☐ I would like a copy of the current Guidewire Research Report
- ☐ I would like to apply for a job opening
- ☐ I would like to arrange a media interview
- ☐ Please keep me on your mailing list for future news and announcements
- ☐ Other (indicate bleow)

Additional questions or requests:

Submit

All personal information is kept strictly confidential and will be used only to contact you in connection with the request you submit on this page. We do not sell or otherwise distribute contact information to any other party. We do maintain a mailing list of people who have explicitly expressed interest in our company or our solutions. If you ever wish to be removed from this mailing list, please email us at unsubscribe@guidewire.com.

**Guidewire Software © 2001-2002**

Home Contact Us Customer Login Search

Solutions Services Knowledge Company

# Customer Login

This area of our Web site is designed for Guidewire Software's customers and partners. It provides access to additional information about our products, technology, and company.

If you have a username and password for this area, click here to log in.

If you are interested in becoming a Guidewire Software customer or partner, please click here to request more information, or send us an email at info@guidewire.com

**Guidewire Software © 2001-2003**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Challenge

Vision

Product

More Information

# Solutions

Claims are the key to profitability in property and casualty insurance. But while many insurers know that avoidable claims costs, or leakage, represent a major financial opportunity, few have been able to successfully realize that opportunity. To date, they have lacked the systems required to change claim handling behavior on the frontline, systematically enforcing best practices and world-class customer service.

Guidewire Software is dedicated to understanding the challenges that claims operations face and building high-quality solutions to help them eliminate avoidable claims costs. Learn more by continuing on to any of the following sections.

***Challenge***

Often neglected in favor of their colleagues in underwriting and distribution, claims operations lack the tools they need to be successful.

***Vision***

To effectively reduce avoidable claims costs, a claims system must provide access to information, frontline expertise, and operational control throughout the claims process.

***Product***

Guidewire ClaimCenter is a comprehensive, next-generation claims system, built using modern technology, that enables insurers to reduce costs by giving them increased control over the claims operation.

***More Information***

Click here to download additional information about our solutions.

Guidewire Software © 2001-2003

# Challenge

As combined ratios have climbed to 116 in 2001 (113 excluding World Trade Center losses), insurance companies have become increasingly focused on reducing costs and maintaining profitability. And in a business where claims represent the overwhelming majority of costs, claims executives have come under increasing pressure to deliver lower claims costs.

The promise of lower claims costs has been held out by consulting firms for years. Consulting engagements regularly estimate leakage (unnecessary loss costs or loss adjustment expenses stemming from failure to follow best practices) at over 10% of insurers' premium income - a staggering amount of money, representing 10 points of operating margin and over $30 billion each year in the U.S. alone. However, insurance companies have only rarely been able to realize these savings, most often because of the difficulty of consistently implementing and enforcing the best practices they already know.

This challenge is exacerbated by the current state of most claims operations' IT systems. While the revenue-producing side of the business has benefited from major investments in Internet-based sales and agency management systems, many claims departments still limp along with archaic legacy systems, designed in the 1980s strictly to handle financial transactions and statutory reporting. These systems offer no support or guidance for the actual process of investigating, evaluating, and settling claims. They are part of the problem, not a solution.

Guidewire Software was founded to help insurers meet this challenge. And in talking to insurers across the country of all sizes and in all lines of business, we discovered a shared vision of what it would take to reduce avoidable claims costs.

V

Guidewire Software © 2001-2003

# Vision

In meeting with claims adjusters, supervisors, and executives at many insurance carriers, we have found a strikingly consistent vision of what a claims operation needs to be successful. That vision can be boiled down to three essential ingredients: information, expertise, and control.

**Information**
In order for claims professionals to work efficiently and make the right decisions, they need access to accurate, up-to-date information about losses, policies, claimants, and financial transactions. Furthermore, this information has to be easily shared among all the people who work on a single claim.

**Expertise**
Every claims department suffers from a shortage of seasoned, experienced adjusters. As a result, claims operations need a way to ensure that every claims handler benefits from the expertise of these invaluable employees, and that best practices are consistently followed on every claim.

**Control**
The modern claims process is a complex, distributed process requiring efficient collaboration among multiple people. Claims managers and executives need the ability to monitor their operations as a whole, spot problems and bottlenecks, and make adjustments rapidly.

However, with the technology available to them, most claims operations fall short of this shared vision. Today's claims systems maintain limited claim records with multiple inaccuracies, forcing adjusters to depend on flat, static notes files. Reductions in training budgets have left huge gaps in claim handling expertise, and each adjuster uses his or her own checklists and Post-It notes to remember internal policies and best practices. And managers are forced to rely on static, historical reports based on the limited information available in a back-end system.

Guidewire Software is dedicated to helping insurers achieve this vision. Guidewire ClaimCenter was designed and built from the ground up to meet the most urgent needs of claims operations today.

**Guidewire Software © 2001-2003**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

Challenge
Vision
Product
More Information

# Product

Process | Users | Value | Components | Technology

Guidewire ClaimCenter is a comprehensive, next-generation claims system that runs an insurer's entire claims operation, providing a comprehensive work environment for all people involved in handling claims. ClaimCenter manages the comprehensive set of claim handling activities that must be successfully performed in order to minimize leakage.

Guidewire ClaimCenter runs the end-to-end claim process, from first notice of loss, through investigation, reserving, and payment, to settlement and recovery - identifying what needs to be done and making sure it gets done.

ClaimCenter gives all participants in the claims process the tools they need to be productive and successful.

ClaimCenter ensures that every claim is handled the right way, resulting in reduced errors and lower loss costs, increased handler productivity, and consistent customer service.

ClaimCenter can be implemented in its entirety, or individual components can be implemented on a standalone basis to perform specific functions in the claim process.

Guidewire ClaimCenter is built using the latest proven software technology and most widely adopted industry standards for performance, reliability, and openness.

Guidewire Software © 2001-2003

# Product

Process | Users | Value | Components | Technology

## Process

Guidewire ClaimCenter allows you to "plan your work" and "work your plan," determining what activities need to be done for every claim and ensuring that they are completed successfully

Approach
ClaimCenter's activity-based approach to claims handling revolves around the Dynamic Claim Workplan, a comprehensive, flexible list of activities that is dynamically generated and maintained for each claim. ClaimCenter enables each insurer to define multiple rulesets that determine what activities are added to the workplan for each type of claim.

Once activities are added to the Dynamic Claim Workplan, ClaimCenter's Logistics Engine ensures that they are completed successfully, distributing and coordinating up to millions of concurrent activities across the claims operation, while monitoring for problems and initiating appropriate exception handling or escalation routines.

Claim Lifecycle
Guidewire ClaimCenter receives new claims from existing FNOL systems, Web-based claim reporting systems, or direct entry. New claims are segmented according to any claim parameters to ensure targeted handling strategies, and are then assigned to owners based on claim attributes, geography, skill levels, and workload. Individual exposures (suffixes) can be split off from the main claim and assigned separately

Claims and exposures are then assigned a workplan which contains an initial list of activities required for that claim segment; these activities are automatically assigned to the claim owner or to other participants such as clerical staff, internal specialists, or outside vendors. As the claim progresses, activities are completed and new activities are created either automatically by the system or manually by claim participants; the Logistics Engine ensures that these activities are optimally distributed and reliably completed.

When the claim workplan has been completed, the claim is closed. Closed claims can be easily reviewed and analyzed to monitor handling performance and identify potential process improvements.

Guidewire Software © 2001-2003

# Product

Process | Users | Value | Components | Technology

## Users

Guidewire ClaimCenter provides the powerful tools that claims handlers need to be productive.

Claims adjusters
ClaimCenter's comprehensive Adjuster Desktop gives frontline claims professionals an easy-to-use, powerful environment for handling claims. A prioritized activity list enables them to focus on their most important work, and activity completion tools streamline the process of getting it done, including navigation to additional point systems as required.

Claims managers
Supervisors, managers, and executives use ClaimCenter's Supervisor Dashboard to instantly access real-time information about their claims operation. Flexible exception criteria flag claims or other issues that require attention and proactively alert relevant managers, allowing them to intervene quickly using ClaimCenter's activity management tools

Specialists and vendors
Modern claim handling increasingly depends on the participation of internal specialists (medical bill review, case management, fraud investigation, subrogation, etc.) and external vendors (repair shops, investigators, attorneys, etc.). ClaimCenter allows claims handlers to assign activities to these participants and give them selective access to claim files. specialists and vendors access the system over an intranet or extranet to view their claims and activities and complete them.

Guidewire Software © 2001-2003

# Product



## Value

ClaimCenter ensures that every claim is handled the right way, resulting in reduced errors and lower loss costs, increased handler productivity, and consistent customer service

ClaimCenter enables P&C insurers to increase operating margins dramatically by attacking the key sources of leakage. By taking paper files, manual processes, and guesswork out of claims handling, ClaimCenter provides:

- Increased productivity due to ClaimCenter's integrated user interface, automatic prioritization, and activity-completion tools
- Better guidance throughout the claim lifecycle, due to comprehensive, rules-based work planning and customizable decision support tools
- Streamlined coordination of adjusters, specialists, and vendors, all managed via the Dynamic Claim Workplan
- Effective visibility and intervention by supervisors, now able to identify and act on problems before they result in large economic losses

Exact benefits will differ for each insurer. Some of the specific objectives that our customers are targeting with ClaimCenter include:

- Improved utilization of specialist resources
- Reduction of errors in evaluating complex coverage issues
- Better settlement planning and negotiation
- Reduction of litigation expenses caused by neglected claims

We can help assess your claims operation and systems and quantify the precise benefits that ClaimCenter can deliver. To learn more about what ClaimCenter can do for you, please click here to request more information, or send us an email at sales@guidewire.com

Guidewire Software © 2001-2003

# Product



## Components

Guidewire ClaimCenter is a comprehensive system for managing the claims process, from first notice of loss through settlement and recovery, providing information management, activity management, and financial transaction capabilities. However, individual components of ClaimCenter can also be integrated into your existing claims environment to perform specific functions in the claim process.

ClaimCenter components can be implemented to perform individual functions such as claim triage and setup, claim segmentation, claim and exposure assignment, initial work planning, and rules-driven activity management. ClaimCenter supports industry-leading integration standards including JMS and Web services to streamline integration to other proprietary or commercial mainframe, client/server, or n-tier systems

To learn more about how ClaimCenter components can be configured to enhance your existing systems, please click here to request more information, or email us at sales@guidewire.com

Guidewire Software © 2001-2003

Home | Contact Us | Customer Login | Search
Solutions | Services | Knowledge | Company

Challenge
Vision
Product
More Information

# Product

Process | Users | Value | Components | Technology

## Technology

Guidewire Software takes advantage of the latest proven software technology and most widely adopted industry standards for performance, reliability, and openness.

**Architecture**
Guidewire ClaimCenter is a Web-based system with a true "thin client" (no software installed on client machines, no plug-ins, no applets). All ClaimCenter components are written in Java for maximum reliability and scalability on all leading operating system and database platforms. ClaimCenter conforms to the Java 2, Enterprise Edition standard for compatibility with all leading application servers.

**Integration**
ClaimCenter supports multiple open standards for integration to insurers' financial systems and expert applications. Java Messaging Service enables communication with middleware infrastructure and legacy systems. ClaimCenter both generates and interprets XML documents for exchanging information with other systems. Web Services support enables ClaimCenter to interact with other applications over HTTP inside or outside the enterprise.

Guidewire Software © 2001-2003

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Challenge

Vision

Product

More Information

# More Information

ClaimCenter product brochure (834 KB, pdf)
This brochure describes Guidewire's approach to using technology to reduce leakage, and shows how insurers can use Guidewire ClaimCenter to achieve continuous improvement in their claims operations.

To learn more about our solutions, begin an evaluation, or schedule a product demonstration, please click here to request more information, or send us an email at sales@guidewire.com.

**Guidewire Software © 2001-2003**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Implementation

Technical Support

# Guidewire Software Services

At Guidewire Software, we are unconditionally committed to making our customers successful. This commitment does not stop with the development of great software. Our job is not completed until our customers have successfully deployed our software and have achieved measurable reductions in avoidable claims costs and increases in claim handling productivity.

Our experienced consultants and integration engineers guide customers through the complete lifecycle of planning, implementing, deploying, using, and upgrading our applications. From installing systems and writing customizations to advising on business rules and training end users, we do whatever it takes to ensure not only that our customers are satisfied, but also that our software helps them reduce costs and improve customer service.

***Implementation***

Guidewire Software implementation services leverage proven methodologies and processes to ensure rapid installation, integration to existing systems, end-user training, and rollout.

***Technical Support***

Guidewire Software technical support services provide rapid solutions to customer issues, minimizing downtime and continually enhancing our systems.

Guidewire Software © 2001-2003

# Guidewire Software Implementation Services

Every insurance company's business processes and systems environment are unique. Our technical implementation services ensure that our applications are optimized to support your claims operation and to fit into your existing environment.

Our proven implementation methodology covers the entire implementation process, from project planning to full production rollout. Our consultants are available either to manage the implementation themselves, or to support and advise the systems integrator partner of your choice.

**Project management**
We manage the overall plan, including all dependencies, to ensure that the implementation is completed on time and on budget

**Business rules**
We help configure the solution to your needs by modifying and extending the business rules to suit your particular claim handling processes.

**Customization and integration**
Our consultants can extend and modify the data model and user interface to meet your individual needs, and work with you to ensure smooth integration with any existing systems.

**Training**
We provide in-person training to your end users to ensure rapid adoption.

**Deployment**
Our consultants are available throughout the deployment process as you roll the solution out to your entire organization.

Once the solution is in production, our technical support services ensure ongoing user satisfaction and functionality enhancements.

**Guidewire Software © 2001-2003**

# Guidewire Software Technical Support Services

At Guidewire Software, we know that software applications are only as good as the people who stand behind them.

Our technical support services provide customers with the assurance that our solutions will continue to meet their needs for years and years to come.

**Live support**
Customers can reach our technical staff directly via phone or email to report and resolve issues in real time.

**Issue resolution**
Any issues that cannot be immediately resolved are escalated to our core engineering staff for rapid resolution.

**Functionality enhancements**
Customer requests are our highest priority in selecting features for new application releases, ensuring that our products grow to meet the evolving needs of leading claims operations.

**Guidewire Software © 2001-2003**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

Opportunities

Systems

Forums

More Information

More Information

# Knowledge

Knowledge is the key to identifying opportunities and overcoming challenges. Guidewire Software is committed to expanding the horizons of knowledge about claims and claims technology to benefit our customers and help us build the best solutions possible.

***Opportunities***

Often overlooked in favor of underwriting and sales, claims represent a property and casualty insurer's most direct path to improved profitability.

***Systems***

Understanding the increasingly complex landscape of claims systems is critical to making good decisions about information technology.

***Forums***

Guidewire Claims Forums bring together leaders in claims and claims technology to discuss pressing issues and share lessons learned and best practices

***More Information***

Click here to find additional information about claims and claims technology.

Guidewire Software © 2001-2003

# Systems

Ten years ago, most insurance claims operations only had one system to worry about, a mainframe-based claims financials system that handled reserving, payments, and statutory reporting. As a result, the systems environment was simple, if primitive; adjusters struggled with the mainframe's "green screen" to enter financial transactions, and dealt with everything else on paper

Today, however, a wide variety of claims-related systems has come onto the scene, with most making similar and overlapping claims to revolutionize the claims process. Many claims executives are justly confused about the many new options available to them. Based on our meetings with many of these executives and CIOs, we have developed an original framework for thinking about these systems

Key Ingredients
This framework is based on the five key requirements that any claims organization has for its systems environment:

- Process financial transactions
- Manage paper documents
- Make good decisions
- Coordinate vendors
- Control operations

Systems Categories
These are the essential functional requirements for a successful claims operation; each IT system can be classified according to how it meets these requirements

- Processing Backbone
  Existing claims financials systems were designed to process reserving and payment transactions, and they generally continue to do this quite well. Few claims organizations are planning to overhaul such a critical element of their environment
- Document Management Systems
  Imaging systems by vendors such as FileNet and Documentum, which support scanning and indexing of paper documents, are being planned, piloted, or deployed by some claims organizations. Although their return on investment is not always easy to measure, many insurers consider the paperless claim file a critical step for their claims operations

- Adjuster's Toolkit
  The greatest number of new systems fall into this category: systems that help frontline adjusters and specialists make skilled decisions at specific points in the claims process. The most mature and widely adopted of these systems are the bodily injury evaluation systems (primarily CSC and ISO) and the damage estimation systems (primarily Mitchell, CCC, ADP, and Marshall & Swift / Boeckh), but they have been joined in recent years by systems for fraud detection, liability assessment, reserves estimation, and other specialized functions

- Vendor Interaction Systems
  The rapid growth of the Internet led to the development of vendor interaction systems, which attempt to connect insurance carriers, repair shops, policyholders, and claimants together over the Internet to streamline the claim handling process. Both the established estimation system vendors and a host of startup companies launched themselves into this field, but a few years later no real leaders have emerged. In fact, many insurance carriers have decided to focus on their internal operational issues before investing heavily in the Internet as a claims handling medium.
- Operational Control Systems
  The final requirement of claims operations is to make sure the many moving parts are working together smoothly, and that claims are being properly assigned, handled, and tracked. In most claims operations, this responsibility falls to the rudimentary diary functionality provided by most financials systems, and to simple claim notes that provide the only record of what actually happens between notice of loss and settlement. Some carriers have also put in place data warehousing or reporting systems to improve the quality of their management reports. But getting a firm grip on what is actually taking place in the claims operation remains a major challenge for many claims executives

Using this framework, claims executives and CIOs can assess their current systems environments, and also begin to think about where they need to be upgraded or enhanced

Guidewire Software © 2001-2003

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Company

Opportunities

Systems

Forums

More Information

More Information

# Guidewire Claims Forums

Upcoming Forums | Previous Forums | Register

Guidewire Claims Forums bring together leaders in claims and claims technology to discuss some of the most important issues facing claims organizations today. Claims Forums are designed for claims executives and managers who want to learn more about key issues and trends in claims operations and claims systems, and for claims technology professionals who want to learn more about how technology can help improve the claims operation. Companies who are reorganizing their claims operations, overhauling their claims systems, or only beginning to evaluate their options will benefit from the experiences and recommendations of leading industry executives and of colleagues at other insurance carriers.

Our next Claims Forum will be held on October 14, 2003 in Baltimore, Maryland.

Previous events were held in June 2003 in Columbus, Ohio; February 2003 in Los Angeles, California, and October 2002 in Chicago, Illinois. These Forums featured speakers from California State Automobile Association, CCC Information Services, CNA, Farmers, Fireman's Fund, First Notice Systems, Hastings Mutual, IBM, McKinsey & Company, the Robert E. Nolan Co., and other insurers and solution providers.

To register for an upcoming Claims Forum, click here. If you have questions or would like more information, send us an email at forums[at]guidewire[dot]com.

Guidewire Software © 2001-2003

# Guidewire Claims Forums

Upcoming Forums | Previous Forums | Register

## From Vision to Reality: Implementing New Technology for Claims

October 14, 2003
9:30 am - 5:00 pm
Radisson Plaza Lord Baltimore
Baltimore, Maryland

While new technology promises to transform the modern claims organization, bridging the gap between vision and reality remains a critical requirement for any claims project. This Forum will bring together the insights and experiences of a distinguished roster of speakers with valuable perspectives on implementing and deploying new insurance technology. The presenters will discuss the important issues and challenges involved in successfully putting new technology to work for the claims organization, drawing on real-life examples. In addition, the Forum will feature a moderated panel where speakers will discuss key issues in implementing claims technology with participation by attendees.

Agenda

- Kimberly Harris, Research Director, Gartner
  "Claims Evolution - Strengthening and Redefining the Claims Process"
- Dan Walker, VP of Claim Operations, Canal Insurance
  "Claim Technology - From Zero to Hero"
- Jerome Reynolds, Director of Claim Technology, CNA
  "The Four Pillars of a Successful Claims System Business Initiative"
- Ray Rose, Director of Claims, Hastings Mutual
  James Kwak, VP of Marketing, Guidewire Software
  "Managing Change While Implementing a New Claims System"
- Mark Burnham, Director of Claim Technology and Business Practices, Kemper Auto and Home
  Greg Powers, VP of Sales, First Notice Systems
  "Claim Reporting: Implementing New Technology/Processes in an Outsourcing Environment"
- Ellen Wilcox, President, Pilgrim Insurance Company
  "Business Process Automation: Bringing the Right Information to the Right Person at the Right Time"
- Paul Farber, CEO, ProcessClaims
  "Managing Technology to Improve Collision Results"
- Moderated panel with speaker and audience participation

Logistical Details
The Radisson Plaza Lord Baltimore is located at 20 West Baltimore Street in Baltimore (410) 539-8400, five blocks from the Inner Harbor. There is a block of rooms reserved for Guidewire Claims Forum attendees at a reduced rate of $149 per night (single occupancy); call the hotel directly (not the national reservation number) to get this rate. Note that the reservation block expires on September 26, and discounted rooms may not be available after that date. Other hotel possibilities include the Wyndham Baltimore-Inner Harbor right next door and several other hotels within a few blocks.

The Radisson Plaza is approximately 10 miles from Baltimore-Washington International Airport; a taxi ride takes about 15-20 minutes and costs about $20-25. For attendees arriving the day of the event without baggage, there is a light rail line from the airport with a stop 3 blocks from the hotel. We will also validate self-parking in the hotel garage. The meeting will be held in the Versailles ballroom up the steps from the main lobby. Breakfast and lunch will be served during the event. Expected dress is business casual.

There is no registration fee for attendees from invited organizations. However, cancellations not received at least one week prior to the event will incur a $100 cancellation fee (to offset expenses incurred for each expected attendee).

Air Travel
Baltimore is an exceptionally easy and inexpensive airport to fly into. Some fares that are currently available (as of early September) on the open market for nonstop travel (with arrival Monday and departure Tuesday) include:

- Atlanta: $190 (Delta or ATA)
- Boston: $141 (ATA)
- Chicago: $251 (United or American)
- Cleveland: $119 (Southwest)
- Columbus: $180 (Southwest)
- Hartford: $119 (Southwest)
- Indianapolis: $230 (Southwest)
- Newark: $236 (Continental)
- St. Louis: $227 (American or Southwest)

To register for this unique event, click here. For more information, please email us at forums[at]guidewire[dot]com

Guidewire Software © 2001-2003

| Home | Contact Us | Customer Login | Search |
|---|---|---|---|

| Solutions | Services | Knowledge | Customers | Company |
|---|---|---|---|---|

- Opportunities
- Systems
- Forums
- More Information
- More Information

# Guidewire Claims Forums

Upcoming Forums | Previous Forums | Register

Previous Claims Forums have received widespread praise for their valuable content and convenient, straightforward format

## Baltimore, October 14, 2003
## From Vision to Reality: Implementing New Technology for Claims

While new technology promises to transform the modern claims organization, bridging the gap between vision and reality remains a critical requirement for any claims project. This Forum brings together the insights and experiences of a distinguished roster of speakers with valuable perspectives on implementing and deploying new insurance technology. Their presentations discuss the important issues and challenges involved in successfully putting new technology to work for the claims organization, drawing on real-life examples. In addition, the Forum features a moderated panel where speakers will discuss key issues in implementing claims technology with participation by attendees

Agenda

- Kimberly Harris, Research Director, Gartner
  "Claims Evolution - Strengthening and Redefining the Claims Process"
- Dan Walker, VP of Claim Operations, Canal Insurance
  "Claim Technology, From Zero to Hero"
- Jerome Reynolds, Director of Claim Technology, CNA
  "The Four Pillars of a Successful Claims System Business Initiative"
- Ray Ruse, Director of Claims, Hastings Mutual
  James Kwak, VP of Marketing, Guidewire Software
  "Managing Change While Implementing a New Claims System"
- Mark Burman, Director of Claim Technology and Business Practices, Kemper Auto and Home
  Greg Powers, VP of Sales, First Notice Systems
  "Claim Reporting: Implementing New Technology/Processes in an Outsourcing Environment"
- Ellen Wilcox, President, Pilgrim Insurance Company
  "Business Process Automation, Bringing the Right Information to the Right Person at the Right Time"
- Paul Farber, CEO, ProcessClaims
  "Managing Technology to Improve Collision Results"
- Moderated panel with speaker and audience participation

## Columbus, June 17, 2003
## The Future of Claims: Using Technology to Achieve Business Goals

Today, as claims executives are struggling with growing financial pressures, reduced budgets, and increasingly demanding claimants, many are turning to technology to increase the flexibility of their claims operations and increase control over the claim process. At the same time, information technology professionals are looking for ways to upgrade or replace the aging mainframe and client-server systems that still support the majority of claims departments today.

The future of property and casualty insurance claims will be one in which new technology solutions built on modern, flexible architectures provide claims professionals with intuitive claim handling interfaces, real-time managerial visibility into the claims operation, systematic implementation of best practices throughout the claim process, and flexible collaboration between multiple participants. But charting the course toward this new world is difficult, and will require constant attention to creating real business value in the short term. This Claims Forum brings together experts from both insurance carriers and technology and services providers to discuss their own experiences and lessons learned from implementing new technology in the service of claims

Agenda
Richard Affenit, VP of Claims Technology, CNA: "Launching a Claims System Business Initiative"
Shashi Buluswar, Engagement Manager, and Stephen Kelly, Associate Principal, McKinsey and Company: "The Application of Lean and Technology in Factory Claims"
Michael J. Conroy, Principal, The Greyridge Group: "Technology in Service of Claims: Successes, Mistakes, and Lessons Learned"
Debbie Day, VP of Product Development, CCC Information Services: "Technology Trends: Connecting the Insurance Supply Chain"
Robert J. Eshelbrenner, VP of Information Technology, Hastings Mutual Insurance: "Approaches to Implementing Claims Systems"
Alex Naddaff, VP of Implementation Services, Guidewire Software: "Achieving Continuous Improvement in Your Claims Operation"

Diana Small, Senior [illegible] Organizations

## Los Angeles, February 25, 2003
## Best Practices in Claims Operations Today

For years, claims executives have struggled with the challenge of leakage - avoidable claims costs, caused by failure to follow known best practices on the front lines of the claims organization. With few insurers able to turn a profit in their core business, and significant declines in the investment returns they have long relied on, controlling and reducing leakage have become more important than ever

At the same time, new technology solutions built on modern, flexible architectures promise claims executives increased control over their claims operations, giving them the ability to implement best practices systematically throughout the claim handling process. But to take full advantage of these tools, it is imperative for each carrier to identify its own best practices for claims. This session brings together experts from both insurance carriers and technology and services providers to discuss the new models for claim handling that are emerging as insurers seek to improve performance while controlling costs

Speakers
Gary Black, Retired Senior Vice President of Claims, Fireman's Fund Insurance Company
Bob Finlayson, Senior Manager, Performance Management, California State Automobile Association
Marcus Ryu, Vice President of Consulting Services, Guidewire Software
Greg Powers, Vice President of Sales, First Notice Systems
Robert Kilby, Senior Consultant, IBM Global Insurance Industry
Jane Turoki, Vice President of Commercial Claims, Farmers Insurance Company

## Chicago, October 22, 2002
## Redesigning the Claims Process: What Works and What Doesn't

Leading P&C insurers are overhauling their claims operations and the claims systems that support them. Call centers, specialist teams, and tailored claim handling processes are replacing the traditional generalist field adjuster; modern, distributed claims systems are replacing the traditional mainframe financial system.

Claims managers and executives want to know what other leading insurers are doing to streamline operations, improve their systems environment, and improve customer service. This unique event brings together prominent executives, experts in claims and claims technology, and representatives from P&C carriers to discuss key priorities, best practices, and lessons learned from their successes and failures.

Agenda
Dennis Chookaszian, Retired CEO, CNA Insurance: "The Importance of Core Operations"
Ted Devine, Principal, McKinsey and Co.: "Next Generation Claims Performance Through Factory and Firm"
Carlo Pugnetti, VP, Claims, Fireman's Fund Insurance Company
Larry Wood, Senior Consultant, The Robert E. Nolan Company: "What's Really Going on in Claims Organizations Today"
Wayne Hoeschen, Retired CIO, The St. Paul: "Claims Technology, A CIO's Perspective"
Marcus Ryu, VP, Consulting Services, Guidewire Software: "Claims Systems Today: Challenges and Priorities

Guidewire Software © 2001-2003

# Forums

Upcoming Forums | Previous Forums | Register

## Register

Use the form below to register for an upcoming Guidewire Claims Forum. Registrations from invited organizations will be confirmed by email. Other registration requests will be evaluated individually.

There are no registration fees for attendees from invited organizations. Once registrations are confirmed, cancellations must be received by one week prior to the event date; otherwise, registrants will incur a $100 cancellation fee (to cover expenses incurred for each expected attendee).

First name*

Last name*

Title*

Company*

Address 1*

Address 2

City*

State* Select State

Zip/postal code*

Country Select Country

Telephone*

Fax

Email*

Dietary Restrictions:

Submit

All personal information is kept strictly confidential. We do not sell or otherwise distribute contact information to any other party. We do maintain a mailing list of people who have explicitly expressed interest in our company or our solutions. If you ever wish to be removed from this mailing list, please email us at unsubscribe[at]guidewire[dot]com

Guidewire Software © 2001-2003

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

# Customers

## CNA

CNA, a leading insurance carrier, began its Claims End Game Solutions initiative in 2002 to enhance its Claim operation. As a first step in this initiative, Guidewire ClaimCenter was selected as the new front-end claims system for this project. Factors contributing to the selection of ClaimCenter included its modern, Web-based architecture, intuitive user interface, and customizability through a business rules engine. In this deployment, ClaimCenter integrates to a mainframe financial system, several first notice of loss systems, a document management system, a policy data service, and several other systems. ClaimCenter is being deployed on the WebSphere application server, the AIX operating system, and an Oracle 9i relational database.

About CNA
CNA is the country's fourth largest commercial insurance writer, the 11th largest property and casualty company and the 51st largest life insurance company. CNA's insurance products include standard commercial lines, specialty lines, surety, marine and other property and casualty coverages, life and accident insurance, group long term care, disability and life insurance, and pension products. CNA services include risk management, information services, underwriting, risk control and claims administration. For more information, please visit CNA at www.cna.com

Read the press release

## Hastings Mutual Insurance Company

Hastings Mutual Insurance Company is a multi-line property and casualty insurance carrier serving individuals, farms, and commercial enterprises from its headquarters in Hastings, Michigan since 1885. Hastings Mutual decided to retire its existing claims system in order to gain greater flexibility in its claims operation and take advantage of new technology. Hastings Mutual selected Guidewire ClaimCenter as its new claims processing system for all lines of business including: personal and commercial auto, homeowners and mobile homeowners; farmowners and farm liability; businessowners, commercial fire, general liability, and CPP; dwelling fire, personal and commercial umbrella; inland marine and workers' compensation.

At Hastings Mutual, ClaimCenter integrates to a mainframe-based policy system, a check processing system, a medical bill review service provider, and other external systems. ClaimCenter is being deployed on the Windows 2000 Server operating system and with the Microsoft SQL Server database management system.

"We selected ClaimCenter because of the powerful claim handling features it brings together on an industry-leading technology platform. In addition, we have been consistently impressed by the quality and the commitment of the people that Guidewire has dedicated to our project."
- Tom Chmiel, Vice President of Claims

Read the press release

Guidewire Software © 2001-2003

Products & Services | Investor Relations | Careers | News | About CNA

Claims | Contact Us | Sitemap

For Agents & Brokers

# Welcome to CNA

**CNA is a global insurance leader**
For more than 100 years, we have made it our business to understand what moves people in business and in life, using knowledge gained through experience to better manage their risks. With more than $60 billion of assets, CNA is highly rated for financial strength.

**Business**
From the world's largest corporations to entrepreneurial start-ups across the country and around the world, we help our clients manage risk and take advantage of financial opportunities.

**Individuals**
We help individuals prepare for the future with innovative insurance and annuities that protect loved ones and provide financial security.

Products & Services | Investor Relations | Careers | News | About CNA | Find an Agent | Claims
Contact Us | Sitemap | Disclaimer | Terms of Use | Privacy Statement | Licensing Disclosure

Copyright 2003 Continental Casualty Company. CNA is a service mark registered with the United States Patent and Trademark Office

# Media & Events

## Guidewire Selected by CNA for Enterprise-Wide Claim Initiative

New Claim End Game Solution to Provide Comprehensive, Modern Infrastructure for Claim Organization

**SAN MATEO, Calif., June 16, 2003** -- Guidewire Software, a leading provider of claims solutions to property and casualty insurers, announced today that CNA, a leading business insurer, has selected Guidewire ClaimCenter as the technology cornerstone of an enterprise-wide initiative to enhance its Claim operations. ClaimCenter will provide a foundation for the improvement of CNA claim systems used by thousands of claim adjusters worldwide.

"The collaboration of our Claim End-Game Solutions initiative and Guidewire ClaimCenter will provide us with capabilities to establish a leading industry position in claim processes as well as improve customer service," said Dean Harring, executive vice president and chief claim officer, CNA Property & Casualty Operations.

Guidewire ClaimCenter will provide CNA's experienced claim professionals with an integrated claim environment for collaborating with other business functions throughout the claim process, managing claim information, identifying process improvement opportunities and sharing best practices.

Guidewire ClaimCenter represents a generational advance over existing claims systems. ClaimCenter's innovative features include:

- Automated, rules-driven claim segmentation and assignment
- Continuous tracking and management of all claim handling activities
- Real-time, multi-party collaboration among distributed claim handlers
- Streamlined navigation to external tools such as correspondence and estimation
- Real-time supervisory visibility into aggregate and individual workloads
- Flexible exception flagging and handling to identify and act on important claims
- Extension and configuration of the data model and user interfaces using XML

Guidewire ClaimCenter uses proven software technology and applies flexible business rules to implement customer-specific claim handling practices, allowing insurers to tailor the system to their unique business requirements. It is a J2EE (Java 2 Platform, Enterprise Edition) application, written entirely in Java. At CNA, ClaimCenter is being deployed on the IBM WebSphere application server, the IBM AIX operating system, and the Oracle 9i database management system, and will integrate with multiple legacy systems.

"Guidewire is committed to ensuring the success of CNA's Claim End Game Solution initiative," said John Raguin, chief executive officer of Guidewire Software. "We look forward to providing CNA claim professionals with the most powerful, flexible, and easy-to-use claims system in the insurance industry."

**About CNA**
CNA is the country's fourth largest commercial insurance writer, the 11th largest property and casualty company and the 51st largest life insurance company. CNA's insurance products include standard commercial lines, specialty lines, surety, reinsurance, marine and other property and casualty coverages; life and accident insurance; group long term care, disability and life insurance; and pension products. CNA services include risk management, information services, underwriting, risk control and claims administration. For more information, please visit CNA at www.cna.com.

**About Guidewire Software**
Guidewire Software is a leading provider of claims solutions to property and casualty insurers. Guidewire applies the latest proven software technology to help insurers run their claims operations

and reduce avoidable claims costs. Guidewire ClaimCenter is a comprehensive, next-generation claims system that uses business rules to implement claim handling best practices and reduce leakage throughout the claim process. For more information, please visit www.guidewire.com.

###

NOTE: CNA is a registered service mark, trade name and domain name of CNA Financial Corporation. Guidewire Software and Guidewire ClaimCenter are trademarks of Guidewire Software, Inc. Java and J2EE are trademarks of Sun Microsystems, Inc. IBM, WebSphere, and AIX are trademarks of International Business Machines Corporation. Oracle is a trademark of Oracle Corporation.

**Guidewire Software © 2001-2003**

Who We Are
Hastings Mutual Products
Policyholder Resources
Agent Resources
Employee Resources
Hot Items
Job Opportunities
Agency Locator
Free Quote
Contact Us

A Legacy of Service...

Hastings Mutual Insurance Co.

Since 1885

Hastings Mutual Insurance

your silent partner for over 100 years...

**AM BEST A+ SUPERIOR**

**MEMBER 2003 WARD'S 50 BENCHMARK GROUP**

| Who We Are | Hastings Mutual Products | Policyholder Resources | Agent Resources | Employee Resources |

| Hot Items | Job Opportunities | Agency Locator| Free Quote | Contact Us | Privacy Statement |

# Media & Events

## Hastings Mutual Selects Guidewire ClaimCenter as Enterprise Claims System

New Claims System to Provide Improved User Experience and Increased Control on a Modern Technology Foundation

**HASTINGS, Mich. and SAN MATEO, Calif., June 16, 2003** --Hastings Mutual Insurance Company, a Midwest regional property and casualty insurance company, and Guidewire Software, a leading provider of claims solutions to property and casualty insurers, today announced that Hastings Mutual has selected Guidewire ClaimCenter as its new enterprise claims system.

As a trusted provider of insurance solutions to households, farms, and other businesses for over one hundred years, Hastings Mutual has a long history of providing prompt and fair claims service to policyholders and claimants. In selecting and deploying a new claims system, Hastings Mutual's top priority is providing its experienced claim adjusters with the best-in-class tools they need to provide consistent, reliable claims service. To this end, Hastings Mutual thoroughly reviewed over a dozen claims systems before selecting Guidewire ClaimCenter.

" In choosing a new claims system, we were principally guided by the need to improve our adjusters' working environment while providing consistent claims service to our customers," said Thomas Chmiel, vice president of claims at Hastings Mutual. "ClaimCenter gives us the ability to tailor our handling process to the individual requirements of each claim, helping us provide a differentiated level of service."

Guidewire ClaimCenter is built using the latest proven software technology and applies flexible business rules to implement customer-specific claim handling practices. This allows insurers to tailor the system to their unique business requirements.

Hastings Mutual plans to deploy ClaimCenter to the entire Hastings Mutual claims operation, supporting all lines of business, including personal, commercial, and farm policies. The system is being thoroughly configured to Hastings Mutual's precise requirements using XML instead of custom programming. Business rules are being written and managed by business end users to provide maximum ongoing flexibility.

" We think ClaimCenter provides the best combination of usability, control, and long-term flexibility of any claims system on the market today," said Robert Eshelbrenner, vice president of information technology at Hastings Mutual. "In addition, the system allows us to migrate to a modern technology architecture that will serve us for many years to come."

Guidewire ClaimCenter represents the next generation of claims systems, going beyond existing systems designed as static repositories for claim information and transaction processing. Some of ClaimCenter's innovative features include:

- Automated, rules-driven claim segmentation and assignment
- Continuous tracking and management of all claim handling activities
- Real-time, multi-party collaboration between different claim handlers
- Streamlined navigation to external tools
- Real-time supervisory visibility into individual and aggregate workloads
- Flexible exception flagging and handling to identify and act on important claims
- Extension and configuration of the data model and user interfaces using XML

" We are pleased that Hastings Mutual has chosen Guidewire ClaimCenter as its enterprise claims system," said John Raguin, chief executive officer, Guidewire Software. "We are confident that we will be able to help Hastings Mutual achieve its goals of increased efficiency and world-class customer service. Hastings Mutual will be able to configure ClaimCenter to meet its specific

business requirements, while preserving the ability to adapt to changing needs in the future."

Guidewire ClaimCenter is a J2EE (Java 2 Platform, Enterprise Edition) application, written entirely in Java. At Hastings Mutual, ClaimCenter is being deployed on the Windows 2000 Server operating system, and will work in conjunction with the existing policy administration system.

**About Hastings Mutual**
Hastings Mutual Insurance Company is a regional property and casualty insurance carrier active in five midwestern states. With its home office in Hastings, Michigan, the company has been providing superior insurance protection to its policyholders since 1885. Hastings Mutual is currently represented by over 900 independent insurance agencies, and is rated A+ by A.M. Best. For more information, please visit www.hastingsmutual.com.

**About Guidewire Software**
Guidewire Software is a leading provider of claims solutions to property and casualty insurers. Guidewire applies the latest proven software technology to help insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is a comprehensive, next-generation claims system that uses business rules to implement claim handling best practices and reduce leakage throughout the claim process. For more information, please visit www.guidewire.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are trademarks of Guidewire Software, Inc. Java and J2EE are trademarks of Sun Microsystems, Inc. Windows 2000 Server is a trademark of Microsoft Corp.

**Guidewire Software © 2001-2003**

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

Team

Investors

Careers

Media & Events

# Company

Guidewire Software is an enterprise software company dedicated to helping property and casualty insurers run their core claims operations We develop applications that enable claims organizations to reduce avoidable claims costs and increase productivity while maintaining world-class customer service

Guidewire Software was founded in 2001 by veterans of the enterprise software industry with experience developing mission-critical applications for the *Fortune* 500, consulting to leading financial institutions, and building successful companies. Guidewire draws on a network of proven leaders from major insurance companies, and is backed by U S Venture Partners and Bay Partners, two leading venture capital firms with experience in both enterprise software and financial services.

***Team***

Learn more about our team

***Investors***

Learn more about our investors

***Careers***

Find out about our job openings

***Media & Events***

Access our media information

Guidewire Software © 2001-2003

# Team

Management | Board of Directors | Board of Advisors

## Management

Guidewire Software's management team combines proven expertise building and delivering applications for Fortune 1000 companies with deep knowledge of and experience in insurance and financial institutions.

**John Raguin, CEO**
In his software career, John Raguin has brought new products to market, spearheaded international sales efforts, and built and led large organizations. As CEO of Guidewire Software, he manages all company operations while playing a primary role in all sales and business development activities. Prior to Guidewire, John was Vice President and General Manager of Ariba's Sourcing Solutions division, where he oversaw major new product releases and led successful sales to Global 2000 customers. John came to Ariba from SupplierMarket where he was instrumental in designing, building, and marketing a leading solution for enterprise sourcing. At PSDI (now MRO Software), he was responsible for the company's flagship product MAXIMO and its strategic extension into MRO.com, and successfully led its international sales and marketing programs. He has been published in *Claims Magazine* and *National Underwriter*. John has a B.S. from Cornell University and an M.B.A. from NYU Stern School of Business.

**John Seybold, Chief Technology Officer**
John Seybold has a successful track record designing enterprise applications deployed to thousands of users at hundreds of customers. He built the engineering team and infrastructure of Guidewire Software and is the lead architect of Guidewire ClaimCenter. As Architect at Kana Communications, he was the principal designer of Kana Response, the company's flagship product with over 500 active customers. He successfully rearchitected Response as a distributed, fault-tolerant, multi-server system for mission-critical services operations. Prior to joining Kana, John was the first employee of Lexicus, where he developed a pen computing technology that led to an acquisition by Motorola. At Motorola, he delivered multiple market-leading technologies in handwriting recognition. John has an A.B. from Harvard University and a D.Phil. from New College, Oxford University.

**Ken Branson, Vice President of Product Development**
Ken Branson has successfully released enterprise applications at both startup and established companies. He is responsible for the planning, design, and development of Guidewire ClaimCenter, and plays a key role in understanding and fulfilling customer requirements. As Director of Product Management at Ariba, he was responsible for the platform infrastructure for Ariba Buyer and for Ariba Dynamic Trade, each delivered to hundreds of customers. He delivered the initial release of TradingDynamics, leading to an acquisition by Ariba. Ken previously worked in mergers and acquisitions at Cisco, in program management at Microsoft, and in consulting at Booz Allen and Hamilton. Ken has a B.S. from Princeton University and an M.B.A. from Stanford University.

**James Kwak, Vice President of Marketing**

James Kwak combines experience consulting to leading services organizations with operational experience in enterprise software. At Guidewire Software, he is responsible for all product marketing and corporate marketing activities, and has worked closely with customers implementing Guidewire ClaimCenter. James was Director of Product Marketing at Ariba, where he led product strategy and marketing for the Platform Solutions division and the Ariba Network. Prior to joining Ariba, James was an engagement manager at McKinsey and Company, where he served large organizations in financial services, computer services, software, and the public sector. James has an A.B. from Harvard University and a Ph.D. from the University of California, Berkeley.

**Alex Naddaff, Vice President of Implementation Services**
Alex Naddaff plays a key role at Guidewire Software in both designing technology solutions for the insurance industry and ensuring successful customer implementations. He brings over twenty years of experience building, implementing, and managing mission-critical systems for major financial institutions. As Vice President for Claims Technology at Hartford Financial Services, Alex established a multi-year strategic direction and directed the implementation of claim technology for over 6,000 claims people supporting the auto, property, general liability, and workers' compensation business lines. Prior to the Hartford, he was First Vice President of Credit Systems at MBNA America, where he developed systems for credit line management, credit application processing, and imaging. He was previously a Vice President at J. P. Morgan. Alex has a B.S. from Wagner College. Alex has been published in *National Underwriter* and *Insurance Executive Technology* and has a B.S. from Wagner College.

**Marcus Ryu, Vice President of Consulting Services**
Marcus Ryu has extensive experience in consulting, sales, and strategy in both enterprise software and financial services. He is currently Vice President of Consulting Services at Guidewire Software, where he plays a central role in developing and implementing leading solutions for the insurance industry. As Vice President of Corporate Strategy at Ariba, he had primary responsibility for Ariba's product strategy, mergers and acquisitions, and corporate positioning. While at Ariba, Marcus also played a key role in multiple large sales into target vertical industries. Marcus joined Ariba from McKinsey and Company, where his clients included leading companies in financial services and software. Marcus has an A. B. from Princeton University and a D. Phil. from New College, Oxford University.

**Mark Shaw, Director of Engineering**
Mark Shaw has built successful enterprise applications from the ground up. At Guidewire Software, he is both lead server engineer and manager of the server team. As one of the first employees at Kana Communications, he designed and built the server for Kana Response. Mark managed six releases of the server, increasing scalability to handle hundreds of thousands of email messages per day. He has multiple patents in enterprise software technology. Mark has a B.S. and an M.S. from Stanford University.

**Guidewire Software © 2001-2003**

# Team

Management | Board of Directors | Board of Advisors

## Board of Directors

The Directors of Guidewire Software have proven records in growing successful software companies from the ground up

**John Raguin, Chairman and CEO, Guidewire Software**
In his career in enterprise software, John Raguin has brought new products to market, spearheaded international sales efforts, and built and led large organizations. As CEO of Guidewire Software, he manages all company operations while playing a primary role in all sales and business development activities. Prior to Guidewire, John was Vice President and General Manager of Ariba's Sourcing Solutions division, where he oversaw major new product releases and led many successful sales to Global 2000 customers. John came to Ariba from SupplierMarket where, as Director of Product Management and Marketing, he was instrumental in designing, building, and marketing a leading solution for enterprise sourcing. At PSDI (now MRO Software), he was responsible for the company's flagship product MAXIMO and its strategic extension into MRO.com, and successfully led its international sales and marketing programs. John's previous management positions were at Work Technology and Westinghouse. He has been published in *Claims Magazine and National Underwriter*. John has a B.S. from Cornell University and an M.B.A. from NYU Stern School of Business.

**Timothy J. Connors, US Venture Partners**
Tim Connors of US Venture Partners has been a venture investor since 1996 focused on building enterprise software companies. Tim has been involved from the earliest stages in a number of companies including SupplierMarket (acquired by Ariba), Cardonet, and Metreo. Tim's operating experience spans seven years in engineering, marketing, manufacturing and sales roles at C-Cube and Compaq. Tim has electrical engineering degrees from Notre Dame and Stanford, and an MBA from Harvard Business School.

**Chris Noble, Bay Partners**
Chris brings 16 years of experience in the software industry to his role at Bay Partners. Chris most recently served as Vice President of Marketing at Kana Communications, where he built the product marketing, marketing communications, and business development organizations and helped set Kana's corporate strategy. Before Kana, Chris was the Vice President of Product Management and Vice President of Business Development for Geoworks, Inc., where he was instrumental in successfully shifting the company's focus to the smart phone/wireless communications market. Prior to Geoworks, Chris served in a variety of product and marketing roles at Lotus Development. Chris received his B.A. from Harvard University.

**Marcus Ryu, Vice President of Consulting Services, Guidewire Software**
Marcus Ryu has extensive experience in consulting, sales, and strategy in both enterprise software and financial services. He is currently Vice President of Consulting Services at Guidewire Software, where he plays a central role in developing and implementing leading solutions for the insurance industry. As Vice President of Corporate Strategy at Ariba, he had primary responsibility for Ariba's product strategy, mergers and acquisitions, and corporate positioning. While at Ariba, Marcus also played a key role in multiple large sales into target vertical industries. Marcus joined Ariba from McKinsey and Company, where his clients included leading companies in financial services and software. Marcus has an A. B. from Princeton University and a D.Phil. from New College, Oxford University.

**John True, Executive Vice President of Worldwide Sales, Ariba**
John True oversees Ariba's global distribution organization, including direct and indirect sales channels worldwide across all vertical industry sectors. Under his leadership, John's team has had a number of key Fortune 1000 wins and has been instrumental in establishing Ariba as the Enterprise Spend Management solutions leader in several industries including Financial Services, Pharmaceutical and Retail. John, who has almost 20 years of sales and sales management experience, joined Ariba in January 2000 as vice president of sales in charge of expanding Ariba's fastest growing business segment. After several promotions he was named senior vice president, North American Operations in August 2001. Prior to Ariba, he was sector vice president of Sales for PTC (formerly Parametric Technology Corp). Previously, he served in several sales management positions at PTC where he was instrumental in revenue growth from $11 million to over $1 billion in his 9-year tenure. Prior to PTC, he held sales and channel positions at Data General Corp. John graduated with a B.S. in Computer Science from The University of Missouri at Rolla.

Guidewire Software © 2001-2003

# Team

Management | Board of Directors | Board of Advisors

## Board of Advisors

Guidewire Software benefits from a Board of Advisors with extensive experience in property and casualty insurance, enterprise applications, and leading-edge software technology

Dennis Chookaszian

Dennis Chookaszian has a long and distinguished record as a leader in the insurance industry. Mr. Chookaszian served as Chairman of the Board and CEO of CNA Insurance Companies from 1992 to 1999. He has deep experience in insurance technology, having previously been CIO of CNA, and also served as CFO Before joining CNA, he was a management consultant with Touche Ross & Co (now Deloitte & Touche) Since leaving an operational role at CNA, Mr. Chookaszian served as Chairman of the Board and CEO of mPower Advisors from 1999 to 2001 He is on the Boards of Trustees of the University of Chicago and of the Kellogg School of Management, Northwestern University. Mr Chookaszian received an M.B.A from the University of Chicago and an M A from the London School of Economics

Mike Conroy

Mike Conroy has over 35 years of experience in claims, administrative services, and operational management. He is currently Principal at The Greyridge Group, a consultancy. He was previously Executive Vice President, Chief Claim Officer, and Chief Administrative Officer of The St. Paul Companies, where he reinvented the claims organization with a focus on specialization and introduced multiple new management systems and claim handling processes, saving the company hundreds of millions of dollars in annual claim handling costs. Prior to joining The St. Paul, Mr. Conroy held senior executive positions at Home Insurance Company, where he was Executive Vice President and Chief Administrative Officer, and at Chubb, where he began as a frontline Claims Representative and became Senior Vice President and Managing Director of Worldwide Claims. Mr Conroy has served as Chairman of the Claims Administration Committee of the American Insurance Association, and of Arbitration Forums, Inc. He received a B A. from the University of Dayton and also studied at the College of Insurance and at the Tuck Business School of Dartmouth University.

Wayne Hoeschen

Wayne Hoeschen has decades of experience building, integrating, and managing information systems for the insurance industry. He joined The St Paul Companies in 1972 as a computer programmer and most recently served as Senior Vice President and CIO As a programmer and manager, he designed and built investment accounting and policy processing systems for The St. Paul that ran for more than twenty years without interruption As CIO, he led The St. Paul through four major merger integrations and migrated the company's architecture from mainframe systems to client/server and Web-based systems. His initiative to standardize desktops and applications saved the company over $100 million each year in infrastructure costs. Mr Hoeschen received a B.A from North Dakota State University

David McFarlane

David McFarlane has a successful record of building software companies designed for hyper growth He was most recently President of one of Massachusetts's fastest growing public companies, Exchange Applications Inc. During his four-year tenure, the company grew from $6 million to $60 million in revenue, from 35 employees to 525, and from 5 customers to 250 in 33 countries, and made a successful initial public offering in 1998 Prior to Exchange, David was part of the management team at PSDI, responsible for its international operations in 40 countries. International operations grew to represent 45% of the revenue at PSDI as the company launched a successful IPO and grew its new business lines from scratch to $96 million by the time of his departure. Prior to the software industry, David was an aerospace/ defense engineer in Plessey Aerospace, a leading UK defense contractor David earned his Masters from Bath University in the UK.

Paul Melchiorre

Paul Melchiorre is currently the Vice President of Global Channels & Alliances for Ariba. He joined Ariba in May 1998 as the VP of Operations for the Americas. At Ariba, Mr. Melchiorre was responsible for building the sales, professional services, channels and alliances organizations From January 1993 to May 1998, Mr Melchiorre held various positions at SAP America, Inc , most recently as the Senior Vice President for Global Accounts From June 1986 to December 1992, he was Regional Vice President with MAI Basic 4. Mr. Melchiorre received a B.S from Villanova University and an M B.A. from Drexel University.

Guidewire Software © 2001-2003

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

Team

Investors

Careers

Media & Events

# Investors

Guidewire Software is backed by some of the leading firms in the venture capital industry, with decades of experience building successful technology companies.

## USVP

U.S. Venture Partners (USVP) is a venture capital firm dedicated to helping entrepreneurs build world-class companies that are leaders in their industry. Since its inception in 1981, USVP has raised more than $2.5 billion in eight funds and has invested over $1.1 billion in more than 280 companies. USVP companies include such notable industry leaders as Sun Microsystems, AMCC, Check Point Software Technologies, Nuance Communications, MMC Networks, Centillium Communications, New Focus, Stratacom/Cisco, Xylan and CacheFlow in the information technology sectors, and Advanced Cardiovascular Systems, Applied Biosystems, CardioThoracic Systems, Cell Genesys, and Vical in the medical technology sectors.

## Bay Partners

Bay Partners has been a leader in funding and helping to grow early stage technology companies, funding over 200 companies since 1976. Notable recent successes from Bay's portfolio include: Brocade Communications, Exodus Communications, Sonicwall, Informatica, Web Logic, Digital Island, and Extricity. Currently on its tenth venture fund, with $1billion under active management, Bay draws on a strong operational background to help entrepreneurs develop new markets and build successful high-value companies.

Guidewire Software © 2001-2003

# Careers

Guidewire Software is looking for a few good people to change the way business is done in the financial services industry and to build the next great enterprise software company.

Guidewire Software was founded on and lives by a few basic principles. We value integrity in everything that we do, beginning with our relationships with customers, investors, and each other. We are dedicated to quality in our work, from the way we build software to the way we communicate our ideas. We make decisions carefully, and on the basis of factual evidence. And we are resolutely customer-focused, measuring ourselves solely by the real business value we can deliver to our customers.

## Current Openings

Technical Integration Consultant
Experienced consultant to play lead technical role in large-scale enterprise application implementations. Activities include identifying business objectives and integration requirements, planning the system configuration, developing integration programs, and supporting onsite testing. Required attributes include: successful track record consulting at customer sites, including at least two full life-cycle implementations; ability to design, program, and test integration software; and communication, project management, and client management skills.

Senior Functional Consultant
Experienced consultant to lead requirements definition and solution planning in large-scale enterprise application implementations. Activities include identifying business objectives, working with customers to define business process changes, working with technical integration consultants and customers to define configuration and integration requirements, and supporting pilot and enterprise deployments.

Required attributes include: knowledge of and experience in property and casualty insurance, with a preference for claims experience; experience gathering requirements and designing business process flows; experience configuring enterprise software; and strong communication and client management skills

Senior Java Engineer (server)
Experienced engineer for Guidewire's server development team. This role will involve designing and developing core components of Guidewire's server platform and integration framework as part of a collaborative, fast-paced team. Guidewire's server is a J2EE enterprise application platform, using Tomcat, Servlets, Struts, JSP, SOAP, JMS, etc. Responsibilities will include working with application-level engineers and product management to determine requirements, designing and developing solutions, and writing unit tests to support continuous verification of correct system behavior

The successful applicant will have a CS or related engineering degree from a top school and 5+ years of experience (with 2+ years in Java) developing commercially available enterprise applications at software product companies (not consulting firms). Demonstrated ability to deliver flexible and highly scalable server-side infrastructure is a must. Experience with some of the specific technologies that Guidewire uses is desirable, but we value exceptional programming talent much more than experience in any specific technology.

QA Engineer
Experienced QA engineer to execute automated tests, perform functional, load, and stress testing for a java based 3-tier enterprise application. The candidate must have experience working on applications developed in the java programming language and have experience testing in a large Enterprise environment. This is a "Hands On" position and requires a working knowledge of java, XML and JSP Technology. The qualified individual will have a working knowledge of SQL, and be able to create, execute and evaluate basic SQL queries as required. A B.S. or equivalent experience in Computer Science, with three or more years experience in Software QA is required. Additional experience in software development is preferred

If you are interested in applying for any of these positions, please contact us at jobs[at]guidewire[dot]com

Guidewire Software © 2001-2003

| Home | Contact Us | Customer Login | Search |
|---|---|---|---|
| Solutions | Services | Knowledge | Company |

Team

Investors

Careers

Media & Events

# Media & Events

## Press releases

Guidewire Selected by CNA for Enterprise-Wide Claim Initiative
June 16, 2003

Hastings Mutual Selects Guidewire ClaimCenter as Enterprise Claims System
June 16, 2003

Guidewire Software Announces Release of Guidewire ClaimCenter
April 23, 2003

Guidewire Software Names John True, Ariba Executive, to Board of Directors
April 14, 2003

## Fact sheets

Company fact sheet (127 KB, pdf)
Management biographies (127 KB, pdf)

Note: these are .pdf files that require Adobe Acrobat. To download Acrobat Reader, click here.

## Articles by and about Guidewire

"How to Reconcile the Split Personality of the Claims Organization," byAlex Naddaff (*Insurance Executive Technology*, June 2003)
The evolution of the claim business is driving insurers to adopt increasingly sophisticated methods for handling claims. In this context, leading insurers are looking to modern technology solutions to give them the flexibility they need to continuously innovate their claim processes.

"Insurers Confront Legacy of Outdated Systems," by Rodd Zolkos (*Business Insurance*, June 2, 2003)
This article discusses the strategies insurers are taking to upgrade or replace their core legacy systems, and draws on an interview with John Raguin, Guidewire CEO.

"Survey Looks at Claims Challenges," by Lori Chordas (*Best's Review*, April 2003)
This article, based on an interview with John Raguin, Guidewire CEO, discusses the highlights of Guidewire's research into the key challenges faced by claims operations today. (Online access is for subscribers only.)

"Claims Tech Can Stop 'Leakage,'" byAlex Naddaff(*National Underwriter*, March

31, 2003)
Claims executives are looking for ways to control unnecessary indemnity costs, widely known as "leakage." This article identifies specific ways that new technology can improve control over the claims operation to reduce leakage. (Online access is for subscribers only; email us at info@guidewire.com if you would like a reprint.)

"Harried Adjusters Need Proper Tech Aid," by John Raguin (*National Underwriter*, October 28, 2002)
In addition to ever-increasing caseloads and constant stress, claim adjusters must also grapple with outdated, inflexible computer systems. This article identifies some of the key challenges they face and describes how software could serve them better. (Online access is for subscribers only; email us at info@guidewire.com if you would like a reprint.)

"A Five-Step Diagnosis for Your Claim Operation," by John Raguin (*Claims Magazine*, September 2002)
This article describes five questions that claims executives can ask to assess their current operations and identify the most promising opportunities for improvement.

## Events

**Guidewire Claims Forums**
Our Guidewire Claims Forums bring together leaders in claims and claims technology to discuss some of the most important issues facing claims organizations today. Click here for more information or to register.

## Media contact

**James Kwak**
**Direct:** 650 357 9100 x114
**Mobile:** 650 468 5650
**Email:** jkwak[at]guidewire[dot]com

For additional research reports and white papers by Guidewire, click here.

**Guidewire Software © 2001-2003**

# Media & Events

## Guidewire Software Announces Release of Guidewire ClaimCenter

Next-Generation Claims System Enables P&C Insurers to Reduce Claims Costs and Improve Customer Service

**SAN MATEO, Calif., April 23, 2003** --Guidewire Software™, Inc., a leading provider of claims solutions for property and casualty insurers, today announced the release of Guidewire ClaimCenter™, a comprehensive property and casualty insurance claims system, designed to help insurers eliminate avoidable claims costs and improve customer service.

Guidewire ClaimCenter, built using the latest proven software technology, applies flexible business rules to implement customer-specific claim handling practices, allowing insurers to tailor their claim process to their unique business requirements. This increased control and flexibility enable insurers to increase claim handling productivity and accuracy, enforce known best practices, and reduce the total cost of technology ownership. ClaimCenter is currently being implemented at both midsize and large insurance carriers to support personal and commercial lines, including workers' compensation.

"Dozens of insurance carriers have told us that they are currently struggling with obsolete architectures, archaic user interfaces, and rigid processes," said Ken Branson, vice president of product development, Guidewire Software. "ClaimCenter is designed and built from the ground up to meet their most stringent requirements today, while giving them the long-term flexibility they need for changing business conditions tomorrow."

Guidewire ClaimCenter represents a generational advance over existing claims systems designed as static repositories for claim information and transaction processing. Some of ClaimCenter's innovative features include:

- Automated, rules-driven segmentation and assignment based on any claim attributes
- Continuous tracking and management of all activities required for a specific claim
- Real-time, multi-party collaboration among distributed claim handlers
- Automated navigation to external tools such as correspondence and damage estimation
- Real-time supervisory visibility into aggregate and individual workloads
- Flexible exception flagging and handling rules to identify and act on important claims
- Extension and configuration of the data model and user interfaces using XML

"Guidewire ClaimCenter represents a new vision for insurance claims systems,"

said Wayne Hoeschen, former CIO, The St. Paul Companies. "ClaimCenter gives claims executives detailed control over their operations, based on a best-in-class, modern technology architecture at a reasonable cost of ownership."

ClaimCenter is a J2EE (Java 2 Platform, Enterprise Edition) application, written entirely in Java, and runs on the insurance industry's leading database, application server, and operating system platforms. All aspects of ClaimCenter can be easily configured using XML instead of custom programming, and business rules can be managed by business end users for maximum flexibility to changing needs. ClaimCenter's extensible architecture supports company-specific data models and rules in order to meet the unique requirements of the most complex insurer.

**About Guidewire Software**
Guidewire Software is a leading provider of claims solutions to property and casualty insurers. Guidewire applies the latest proven software technology to help insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is a comprehensive, next-generation claims system that uses business rules to implement claim handling best practices and reduce leakage throughout the claim process. For more information, please visit www.guidewire.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are registered trademarks of Guidewire Software, Inc. Java and J2EE are trademarks of Sun Microsystems, Inc.

**Guidewire Software © 2001-2003**

# Media & Events

## Guidewire Software Names John True, Ariba Executive, to Board of Directors

**SAN MATEO, Calif., April 14, 2003** -- Guidewire Software®, Inc., a leading provider of claims solutions for property and casualty insurers, today announced the appointment of John True, executive vice president of worldwide sales at Ariba, Inc., to Guidewire Software's Board of Directors. Mr. True's appointment is effective immediately, and brings additional enterprise software experience and leadership to Guidewire Software.

Mr. True has nearly 20 years of sales, sales management, and executive experience in leading technology companies including Data General, PTC (formerly Parametric Technology Corp.), and Ariba. He currently oversees all of Ariba's worldwide sales operations through both direct and indirect channels and across all vertical industries. Prior to Ariba, Mr. True served as a vice president at PTC, where he was an instrumental figure in the company's growth from $11 million to over $1 billion in annual revenues. He received his B.S. degree in computer science from The University of Missouri at Rolla.

"As a highly regarded veteran of the enterprise software industry, John True will help us achieve the next level of growth in our market," said John Raguin, chief executive officer of Guidewire Software. "We especially value his deep commitment to integrity, quality, and long-term stability, which are fundamental to everything we do at Guidewire."

"I am extremely pleased to serve on Guidewire Software's Board of Directors," said Mr. True. "Guidewire combines a tremendous market opportunity with a solid, innovative technology solution and an exceptional team of people, and I look forward to working with them for years to come."

In addition to Mr. True, Guidewire Software's Board of Directors includes John Raguin, chief executive officer; Tim Connors of U.S. Venture Partners; Chris Noble of Bay Partners; and Marcus Ryu, vice president of consulting services. Guidewire Software is also served by a Board of Advisors that includes Dennis Chookaszian, retired CEO, CNA Insurance; Mike Conroy, retired EVP and chief claim officer, The St. Paul; Wayne Hoeschen, retired CIO, The St. Paul; David McFarlane, former president, Exchange Applications; and Paul Melchiorre, vice president of global channels and alliances, Ariba.

**About Guidewire Software**
Guidewire Software® is a leading provider of claims solutions to property and casualty insurers. Guidewire applies the latest proven software technology to help insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter® is a comprehensive, next-generation claims system that uses business rules to implement claim handling best practices and reduce leakage throughout the claim process. Guidewire Software can be contacted at 1 650 357

9100 or at www.guidewire.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are registered trademarks of Guidewire Software, Inc.

Guidewire Software © 2001-2003

Guidewire Software, Inc.
2121 South El Camino Real
Third Floor
San Mateo, California 94403
Main. 650 357 9100
Fax: 650 357 9101
www.guidewire.com

## *Management Team*

Guidewire Software's management team combines proven expertise building and delivering applications for *Fortune* 1000 companies with deep knowledge of and experience in insurance and financial institutions.

### John Raguin, Chairman and CEO

In his software career, John Raguin has brought new products to market, spearheaded international sales efforts, and built and led large organizations. As CEO of Guidewire Software, he manages all company operations while playing a primary role in all sales and business development activities. Prior to Guidewire, John was Vice President and General Manager of Ariba's Sourcing Solutions division, where he oversaw major new product releases and led successful sales to Global 2000 customers. John came to Ariba from SupplierMarket where he was instrumental in designing, building, and marketing a leading solution for enterprise sourcing. At PSDI (now MRO Software), he was responsible for the company's flagship product MAXIMO and its strategic extension into MRO.com, and successfully led its international sales and marketing programs. John has been published in *Claims* and *National Underwriter*. John has a B.S. from Cornell University and an M.B.A. from NYU Stern School of Business.

### John Seybold, Chief Technology Officer

John Seybold has a successful track record designing enterprise applications deployed to thousands of users at hundreds of customers. He built the engineering team and infrastructure of Guidewire Software and is the lead architect of Guidewire ClaimCenter. As Architect at Kana Communications, he was the principal designer of Kana Response, the company's flagship product with over 500 active customers. He successfully rearchitected Response as a distributed, fault-tolerant, multi-server system for mission-critical services operations. Prior to joining Kana, John was the first employee of Lexicus, where he developed a pen computing technology that led to an acquisition by Motorola. At Motorola, he delivered multiple market-leading technologies in handwriting recognition. John has an A.B. from Harvard University and a D.Phil. from New College, Oxford University.

### Ken Branson, Vice President of Product Development

Ken Branson has successfully released enterprise applications at both startup and established companies. He is responsible for the planning, design, and development of Guidewire ClaimCenter, and plays a key role in understanding and fulfilling customer requirements. As Director of Product Management at Ariba, he was responsible for the platform infrastructure for Ariba Buyer and for Ariba Dynamic Trade, each delivered to hundreds of customers. He delivered the initial release of TradingDynamics, leading to an acquisition by Ariba. Ken previously worked in mergers and acquisitions at Cisco, in program management at Microsoft, and in consulting at Booz Allen and Hamilton. Ken has a B.S. from Princeton University and an M.B.A. from Stanford University.

### James Kwak, Vice President of Marketing

James Kwak combines experience consulting to leading services organizations with operational experience in enterprise software. At Guidewire Software, he is responsible for all product marketing and corporate marketing activities, and has worked closely with customers implementing Guidewire ClaimCenter. James was Director of Product Marketing at Ariba, where he led product strategy and marketing for the Platform Solutions division and the Ariba Network. Prior to joining Ariba, James was an engagement manager at McKinsey and Company, where he served large organizations in financial services, computer services, software, and the public sector. James has an A.B. from Harvard University and a Ph.D. from the University of California, Berkeley.

### Alex Naddaff, Vice President of Implementation Services

Alex Naddaff plays a key role at Guidewire Software in both designing technology solutions for the insurance industry and ensuring successful customer implementations. He brings over twenty years of experience building, implementing, and managing mission-critical systems for major financial institutions. As Vice President for Claims Technology at Hartford Financial Services, Alex established a multi-year strategic direction and directed the implementation of claim technology for over 6,000 claims people supporting the auto, property, general liability, and workers' compensation business lines. Prior to the Hartford, he was First Vice President of Credit Systems at MBNA America, where he developed systems for credit line management, credit application processing, and imaging. He was previously a Vice President at J. P. Morgan. Alex has a B.S. from Wagner College.

### Marcus Ryu, Vice President of Consulting Services

Marcus Ryu has extensive experience in consulting, sales, and strategy in both enterprise software and financial services. As Vice President of Consulting Services at Guidewire Software, he plays a central role in developing and implementing leading solutions for the insurance industry. As Vice President of Corporate Strategy at Ariba, he had primary responsibility for Ariba's product strategy, mergers and acquisitions, and corporate positioning, and played a key role in multiple large sales into target vertical industries. Marcus joined Ariba from McKinsey and Company, where his clients included leading companies in financial services and software. Marcus has an A. B. from Princeton University and a D.Phil. from New College, Oxford University.

### Mark Shaw, Director of Engineering

Mark Shaw has built successful enterprise applications from the ground up. At Guidewire Software, he is both lead server engineer and manager of the server team. As one of the first employees at Kana Communications, he designed and built the server for Kana Response. Mark managed six releases of the server, increasing scalability to handle hundreds of thousands of email messages per day. He has multiple patents in enterprise software technology. Mark has a B.S. and an M.S. from Stanford University.

SRS Ad



August 1 Choice Story
July 1 Choice Story
An Ambitious Vision Sparks Controversy and Skepticism
U.S. Domestic Captives Hold on to their Spots
Keeping Costs in Check
A Litigious World Raises the Stakes for Employment Practices Liability
It's Return To Work, Stupid!
July, 2003
Insurance Executive Technology -
Special Issue -
Capping the Costs
See-Through Data
How to Reconcile the Split Personality of the Claims Organization
Literature Review
Website Guide
Media Kit Requests
Reprint Info
Calendar of Events
2003 Editorial Calendar
2003 Advertising Rates

Forward this article to a

**INSURANCE EXECUTIVE TECHNOLOGY QUARTERLY**

# How to Reconcile the Split Personality of the Claims Organization

**By Alex Naddaff**

**As claims organizations advance closer to the emerging paradigm of claims management, they will incorporate increasingly intensive approaches to sub-dividing the work of a claim.**

Veterans of the P&C claims industry often marvel at how the adjuster's role has changed over the past few decades. Once an itinerant generalist covering the whole claim lifecycle documenting his findings by hand, the adjuster now divides his work with multiple specialists, spends the bulk of his time in an office, carries a much heavier caseload, and uses a wide array of tools to bring the claim to closure.

Today, most carriers are at a midpoint between one extreme of leaving all the work with a single adjuster and the other extreme of letting the business process coordinate work between multiple specialists with no owning adjuster.

From the Polaroid camera to the Dictaphone to sophisticated imaging systems, technology has both driven and responded to this evolving role. Yet while the profession's activities have changed, the core mission of the claims adjuster remains unchanged: to apply his judgment to pay no more and no less than contractually obliged to the injured party. Most experienced adjusters can recount times when technology has felt more an impediment than an enabler of this mission.

While industry organizations regularly compile statistics on the financial metrics of the insurance business, the evolving technology and claims best practice landscape is much less visible.

From 2001 to 2002, Guidewire set out to understand how technology is transforming the P&C claims organization -- creating both opportunities and new challenges. We discovered that, increasingly, claims operations are grappling with a fundamentally split personality.

For the bulk of claims, the operation aspires to the efficiency and quality control of an assembly line. For this segment, the relevant metrics are smooth division of labor, close adherence to service level standards, expense minimization, and swift exception management.

On the other hand, for complex, litigated, or unusually large claims, the operation seeks to marshal its knowledge and negotiating resources to understand all the subtleties of the case. For this segment, greater latitude in procedure and expense is often appropriate; while the need for comprehensive information and decision support is even greater.

This split personality requires the claims executive to wear two very different hats: that of a process manager optimizing a high-volume assembly line, and that of a director of a firm of skilled

professionals. The approach to human resources, training, performance management, and technology may vary significantly between these two roles.

## New Model Emerges

At the majority of carriers we investigated, a new paradigm for best practice claims is displacing the simplistic drive to lower expenses. This paradigm -- which consultancies such as McKinsey have described as the "Factory vs. Firm" challenge -- strives to bring to every claim the appropriate skills, attention, and time.

All claims organizations share the aspiration of a streamlined and accurate means to capture first notices of loss. Over half of the claims operations we surveyed had embraced a centralized call-center model, with the remainder fairly evenly divided between agent-driven and field-reported models. Developments in technology to create virtual call centers have enabled new approaches to realize the scale benefits of the centralized call center, while retaining the proximity and agent-involvement of existing models.

In the areas of segmentation and assignment, we encountered a diversity of approaches -- ranging from traditional assignment of claims based purely on loss location to segmentation and skill-based assignment models of varying sophistication. In documenting these different models, we note that this dimension of the claims process is clearly ripe for further change for a number of reasons: the continuous shortage of experienced adjusters, the proliferation of complex claim types such as mold, and the pursuit of scale benefits from "batching" routine tasks to more junior staff.

We observe a prominent role for technology in the third area we explore, activity management. While 25 percent of carriers still adhere to a traditional generalist model in which a single owning adjuster is responsible for an entire claim, two-thirds of claims organizations have undertaken some degree of specialization, with the remainder having adopted approaches that can be called truly collaborative between members of a geographically dispersed team or operation.

As claims organizations advance closer to the emerging paradigm of claims management, they will incorporate increasingly intensive approaches to sub-dividing the work of a claim -- whether for an assembly line division of labor for high-volume segments, or for collaboration and consultation on complex, low-volume segments.

In the final area we consider, management visibility and intervention, we heard great consistency in the objective of claims executives: to give supervisors and higher-level managers the superior tools to monitor the operations under their span of control, identify issues requiring their attention, and resolve those issues as efficiently as possible.

## A Consistent Vision

Despite their superficial differences, representatives of claims operations we surveyed described a remarkably consistent vision of the claims adjusting environment of the future. As befits a professional, the adjuster will enjoy an intuitive workspace which unifies claim information, activities, guidance, and navigation to other systems. Meanwhile, managers will have real-time visibility into problems and performance based on an activity-level view of the work outstanding.

This is a bold end-state for which to strive, and it will require real investment of effort and dollars to achieve it. The willingness of organizations to undertake these large-scale efforts is the best indication of the high ROI from best practice claims: reduced incidence of litigation, faster claim cycle times, improved recovery capture, increased adjuster consistency, enhanced customer service, and, most importantly, reduced excess paid indemnity.

It is a fortunate convergence, then, that IT organizations support today's P&C claims operations can

exploit the increasing maturity and standardization of enterprise software technology. Ten to fifteen years ago, dozens of programming standards, languages, and data formats confused the landscape. Today, innovations such as Java, XML, rules engines, thin clients, and Web services are rendering many of the traditional bogeymen of IT projects -- such as integration, configuration, scalability, and maintenance -- more manageable.

Today's system architectures place a heavy premium on openness, flexibility, and externalization of their business logic for constant evolution. In short, at the same time that the strategic benefits of a superior technology platform for claims are becoming more evident, advances in software technology and methodology are reducing the total cost of change.

*Alex Naddaff is vice president of Implementation Services at Guidewire Software, which provides solutions that help property and casualty insurers. He was previously vice president of claims technology at The Hartford, where he deployed a new claims system to thousands of adjusters. He can be reached at anaddaff@guidewire.com.*

backtotop

Forward this article to a

All materials copyright of Risk and Insurance magazine.

Entire Contents Copyright 2003 RISK & INSURANCE. All rights reserved. Privacy Policy

POWERED BY
u1 Personalizing Technology

TyMetrix At No Cost
Decrease Legal Expenses
Decrease Indemnity Costs

September 2002

# Claims Technology

## A Five-Step Diagnosis for Your Claim Operation

By John Raguin

Back to September Table of Contents

It has never been more difficult to be a claims executive than it is today.

With combined ratios reaching 110 in 2000 and 116 in 2001, not even the current hard market will bring property and casualty insurers back to underwriting profitability. CEOs and boards that spent the last few years pouring money into Internet sales and marketing initiatives have realized that the key to profitability lies in their claim operations, which consume 78 cents out of every premium dollar.

Industry analysts point to losses through leakage of 10 percent of premium income, or millions of dollars per year for most carriers, leaving claim departments on the hook to identify ways to capture the commensurate cost savings. The bottom line is that claim executives are being asked to deliver real, measurable improvement in both paid loss costs and loss adjustment expenses, often with no increase in capital budgets.

Where should claim executives look for these operational improvements and cost savings? The picture is clouded by the unprecedented number of reorganizations, process changes, and other initiatives that are being tried by large and small carriers throughout the industry. Some of the trends claim executives will undoubtedly have heard of are:

consolidating multiple offices into large, centralized call centers;

complementing the traditional adjuster with a team of specialists;

segmenting claims into multiple categories for separate handling;

identifying and tracking an ever-increasing number of performance metrics; and

ASCR Directory
(Click Above to Find a Certified Restorer)

Water Loss Specialist Directory
(Click Above to Find a Water Loss Specialist)

DKI Directory
(Need Quick Emergency Response?)







implementing new, specialized IT systems such as imaging, liability assessment, and fraud detection.

The difficult question, however, is knowing what the right next step is for your claim operation. Do you need to overhaul your overall organizational structure, or do you just need to tweak your processes around the edges? The questions we ask below are a starting point for diagnosing your claim operation and identifying the areas you need to focus on in order to close the gap with industry best practices. They are based on more than 100 interviews with claim professionals at dozens of carriers that have both excelled and struggled in each of these areas, and on visits to claim offices spent watching and analyzing the actual work done by adjusters and supervisors.

1. How many different computer systems do your adjusters use?

When visiting claim offices, we have seen adjusters struggling even to keep track of the many systems they are expected to use in various circumstances. Some of the distinct systems we have encountered are: policy administration, claim financials (reserves and payments), correspondence generation, data warehousing, web-based reporting, notes and diary, damage estimation (auto and property), medical bill review, litigation assessment, fraud detection, first notice of loss, bodily injury evaluation, imaging and document management, vendor management (for body shops or contractors), and litigation management. While these tools all have value when used properly, they depend on the adjusters ability to remember when and how to use each system; otherwise, they simply represent millions of dollars in IT deadweight. If your adjusters are using more than three or four systems regularly, they probably need help in navigating their claim environment.

2. Do you handle every claim the same way?

It goes without saying that every claim is different. Every claim operation has guidelines for how different types of claims should be handled: which vehicles should be inspected, which claims should be referred to the SIU, etc. Too often, however, the default handling process is to route all claims to generalist adjusters, forcing them to triage claims on the fly and apply the right guidelines to each one. A sure giveaway for this situation is the yellow sticky test: if adjusters have Post-It notes scattered around their monitors reminding them what to do in various circumstances, your operation is handling every claim the same way  handing it to the adjuster and hoping for the best. If this is the case, you need to find other ways to segment and assign your claims, identifying what type of claim you are dealing with, and assigning to the right person for that type.

3. Can more than one person work on a claim at once?

The question is not whether you can assign two people to work on the same claim; the question is whether they can both do meaningful work at the same time. If a BI specialist has to ask the main adjuster to send over the claim file by interoffice mail, both cant be working on the claim at the same time. If your systems cant differentiate and keep track of multiple activities that are assigned to the adjuster, internal specialists, or even external vendors, youre relying on the adjuster to be an information traffic cop, leaving considerable room for neglect or error.

One step you can take is straightforward, though often costly and sometimes unsuccessful. Todays imaging systems can replace thick paper files with electronically scanned copies of all relevant documents. The next step is more challenging, however: improving coordination among the many people inside and outside your organization who touch a

claim, so that you are making maximum use of the expertise you already have in your organization.

4. How do your supervisors decide what to supervise?

Your supervisors are often your best, most seasoned people. Their job is to identify and solve potential problems before they arise, and to mentor and coach their teams to ensure top performance. They can only take action on what they can see, however, and, in many organizations, their ability to see what is going on within their teams is limited to weekly, printed reports and mandatory, periodic reviews of every claim under their jurisdictions. Faced with these primitive tools, each supervisor has probably developed tricks and routines, such as a few performance metrics to look at, a process for selecting claims for spot checks, a checklist of things to look for in claim files, etc. Although this enables them to do their jobs, it may not be aligned with the top priorities of the claim operation as a whole. If your supervisors are not getting real-time insight into the highest-priority issues facing their teams, they need better visibility and problem identification tools that help them understand what is going on and where they need to focus their attention.

5. How do your adjusters decide what to do?

Your adjusters are the arms, legs, and backbone of your claim operation. Your customer service, cost containment, and expense control are only as good as your adjusters. Chances are, however, that they spend most of their time reacting to outside stimuli: phone messages, new mail, new claim assignments, and diary prompts. They work at a rapid pace, but their activities are largely dictated by their diary systems  open a claim, make a phone call, enter a note, and create a diary for a week later  not by the claim handling best practices that you have tried to instill in your organization. They spend their time trying to clear all of their to do lists and keep their heads above water, rather than creating and executing a handling plan appropriate to each individual claim, with a focus on identifying and making decisions necessary to achieve the most cost effective claim resolution.

If this describes your operation, work prioritization and decision support for your adjusters are major improvement opportunities. Remember that it is only by influencing the daily behavior of the front-line adjuster that you can make a difference in controlling leakage and improving customer satisfaction.

Identifying your most important challenges is only half the battle, of course. The other half is solving them. There is no one-size-fits-all solution. If your immediate challenge is supervisory visibility, you may want to invest in a data warehouse and advanced data mining technology. On the other hand, you may want to survey your current supervisors, establish what the current best practice is, and implement that throughout your organization. The right answer will depend on your current situation, your appetite for change, and, of course, your budget. Hopefully, however, this quick diagnostic has helped you focus on the key issues you need to address in your claim operation, and put you halfway on the road toward meeting your ever-increasing performance targets.

---

Back to September Table of Contents

*Copyright Notice: This material is copyrighted and may not be republished without permission of Claims magazine. For more information, e-mail editor@claimsmag.com or call (800)544-0622.*

**ACE●SCLA Conference** | **Archives** | **Bookstore** | **Classifieds** | **Subscribe** | **Industry Links**
**Industry Calendar** | **Advertising** | **About Our Claims Magazine Staff** | **Home**

# EXHIBIT 133
# REDACTED IN ITS ENTIRETY

# EXHIBIT 134

#11/B mm 4-26-02

"Express Mail" mailing label EV049395811US

Date of Deposit: April 19, 2002

OIPE JC87 APR 1 9 2002 PATENT & TRADEMARK OFFICE

Our Case No.11400-252
Client Reference No. 00021-00/US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| George V. Guyan et al. | ) Examiner: S. Rimell |
| Serial No. 09/305,146 | ) Group Art Unit: 2166 |
| Filing Date: May 4, 1999 | ) |
| For: METHOD AND ARTICLE OF MANUFACTURE FOR COMPONENT BASED INFORMATION LINKING DURING CLAIM PROCESSING | ) |

RECEIVED
APR 2 4 2002
Technology Center 2100

**PRELIMINARY AMENDMENT**

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action dated December 4, 2001, Applicants have timely filed this Preliminary Amendment with a Continuing Prosecution Application (CPA) and the appropriate Petition and Fee for an Extension of Time. Applicants respectfully request the Examiner to withdraw the rejections and grant allowance of this Application in view of the following remarks and new claims.

Please amend this application as follows:

**In the Claims**

Please cancel Claims 1-21 and add new Claims 22-40 in its entirety as follows (the changes in these claims from the previous version to the rewritten version are shown in Appendix A, with underline for added matter).

Sub 9 B1

22 . (New) A system for assigning tasks, the system comprising:

a client component configured for providing information concerning an individual in an event and for allowing a user to link the individual to the event; and

a server component in communication with the client component, the server component including a task engine application program that interacts with an event processor, wherein the event processor interacts with a claim folder that decomposes a claim related to the event into a plurality of levels such as a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format.

optional

23. (New) The system of Claim 22, wherein the policy level further comprises information related to details and covered auto for auto claims.

optional

24. (New) The system of Claim 23, wherein the policy level further comprises information related to covered property for property claims.

optional

25. (New) The system of Claim 24, wherein the policy level further comprises information related to covered yacht for marine claims.

26. (New) The system of Claim 22, wherein the claim level further comprises information such as, details, facts of loss, events and liability.

27. (New) The system of Claim 22, wherein the participant level further comprises details and contact information.

28. (New) The system of Claim 27, wherein the participant level further comprises additional sections for claimants.

29. (New) The system of claim 28, wherein the additional sections are shown to display, events, injury and disability management.

30. (New) The system of Claim 22, wherein the line level includes information related to details and damaged vehicle for vehicle lines.

31. (New) The system of Claim 30, wherein the line level further comprises information related to damaged property for property lines.

32. (New) The system of Claim 31, wherein the line level further comprises information related to damage yacht for marine lines.

33. (New) The system of Claim 32, wherein the line level further comprises information related to events, damages and negotiation.

34. (New)An apparatus for assigning tasks, the apparatus comprising:

a server component including a task engine application program that interacts with an event processor, wherein the event processor interacts with a claim folder that decomposes a claim related to the event into a plurality of levels such as, a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format.

35. (New) The apparatus of Claim 34, wherein the participant level further comprises recording involvement in the claim.

B1 cont

36. (New) The apparatus of Claim 34, wherein the participant level further comprises recording role specific information.

37. (New)The apparatus of Claim 34, wherein the participant level further comprises making contact with clients.

38. (New) The apparatus of Claim 34, wherein the participant level further comprises providing forms and correspondence.

39. (New) The apparatus of Claim 34, wherein the line level further comprises a negotiation component.

B1 Cont

40. (New) The apparatus of Claim 39, wherein the negotiation component provides a single structured template that is supplemented by supporting views to capture events regarding a negotiation.

**REMARKS**

The remaining issues regarding this application are as follows:

- The Examiner objected to Fig. 2A;
- The Examiner rejected Claims 2 and 6 under 35 U.S.C. § 112, 2nd paragraph as being indefinite; and
- The Examiner rejected Claims 1-21 under 35 U.S.C. § 102(e) as being anticipated by Lau (U.S. Patent No. 5,987,247). Applicants respectfully traverse this rejection and respectfully request the Examiner to withdraw the rejections in light of the new claims and the following remarks.

**In the Drawings:**

The Examiner objected to Fig. 2A. In the specification, the architecture object 200 is utilized by client and server components so the same number 200 is utilized by both components (Page 16, lines 25-31). Thus, there shouldn't be any problem with utilizing the same number 200 in both components. No new matter has been added. Applicants respectfully request the Examiner to withdraw this objection.

**35 U.S.C. § 112**

Examiner has rejected Claims 2 and 6 under 35 U.S.C. § 112 2nd paragraph as being indefinite for failing to particularly point out and distinctly claim the subject matter

which applicant regards as the invention. Applicants have canceled these claims. Applicants respectfully request the Examiner to withdraw his rejection to these claims.

**35 U.S.C. § 102(e)**

The Examiner rejected Claims 1-21 under 35 U.S.C. § 102(e) as being anticipated by Lau (U.S. Patent No. 5, 987, 247). Applicants respectfully traverse the rejection in light of the new claims. Applicants have added new Claims 22-40. The specification supports these new claims (see page 137, lines 29-37 and page 183, lines 15-31). No new matter has been added. Applicants respectfully submit that the new claims are not described or suggested by Lau.

New Claim 22 recites, "a server component in communication with the client component, the server component including a task engine application program that interacts with an event processor, wherein the event processor interacts with a claim folder that decomposes a claim related to the event into a plurality of levels such as, a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format."

New Claim 34 recites, "a server component including a task engine application program that interacts with an event processor, wherein the event processor interacts with a claim folder that decomposes a claim related to the event into a plurality of levels such as, a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format."

Lau discloses a computer program product for building a framework of objects corresponding to a design for an object oriented application. Such a computer program product may include a computer readable storage medium having computer readable code means embodied in the medium. The computer readable code means may then include computer instruction means for generating an initial framework corresponding to the design. The initial framework corresponds to at least one of file objects, module objects, interface objects, methods and attributes. (Column 6, lines 36-46). Lau also discloses a business related object oriented program to first perform a business analysis and then to develop the business architecture and design.

Lau, however, does not anticipate, disclose or suggest the utilization of a claim folder that decomposes a claim related to the event into a plurality of levels such as, a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format. In fact, Lau, teaches away from utilizing a claim folder to decompose a claim related to the event into a plurality of levels such as, a policy level, a claim level, a participant level and a line level, wherein the plurality of levels reflects a policy, the claim, claimants and an insured person in a structured format. Lau utilizes a business requirement or function that is a query for information relating to customers in an insurance environment and the functions may include tracking the customers and resolving claims, but Lau does not include a claim folder or a way the business requirement can be utilized to provide a structured format that reflects a policy, the claim, claimants and the insured person. (Column 9, lines 4-15).

For the foregoing reasons, the new Claims 22 and 34 are not anticipated by Lau. Clams 23-33 and 35-40 depend from independent Claims 22 and 34. Therefore, Claims 23-33 and 35-40 also are not anticipated by Lau as claims dependent upon allowable base claims.

## SUMMARY

New Claims 22-40 are patentable. Applicants respectfully request the Examiner grant early allowance of this application. The Examiner is invited to contact the undersigned attorneys for the Applicants via telephone if such communication would expedite allowance of this application.

Respectfully submitted,

Dwayne L. Bentley
Registration No. 45,947
Attorney for Applicants

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

00757
PATENT TRADEMARK OFFICE