# EXHIBIT 147

# ClaimWorks®

## Participant Design Deliverable Packet

** Icon goes here **

The St Paul
ClaimWorks Development Team

EXHIBIT
11
11/25/09 N. Gisch

TRA00014558

Updated: 08/15/96 3:07 PM
File: 81T01!.DOC

Published by ClaimWorks Development Team
Copyright © 1996 St. Paul Fire and Marine Insurance Co. All Rights Reserved.

# Contents

CONTENTS .......... 3

PURPOSE OF THIS DOCUMENT .......... 4

DESIGN OVERVIEW .......... 5
Scope .......... 5
Assumptions .......... 5

PARTICIPANT LIST .......... 6

Application Information .......... 6
Application Flow Diagram .......... 7
User Interface - by Name .......... 8
User Interface - by Role .......... 9
Application Functionality .......... 10

ADD PARTICIPANT .......... 11
Application Information .......... 11
Application Flow Diagram .......... 12
User Interface .......... 13
Application Functionality Definition .......... 14

OPEN ISSUES AND BIGGER THAN PLAN LIST .......... 15

SIGN-OFF .......... 16

# Purpose of this Document

This document has been created to communicate the functional design ideas of the Participant subsystem of the ClaimWorks project. The target audience is the ClaimWorks Business Consultants.

The entire functional design, including a scope statement, for Participant is included in this document. After reading and discussing this document, the IS Team will be asking for a sign-off in order to proceed with construction of the Participant subsystem.

# Design Overview

Participant is the component of ClaimWorks in which the end user will be able to associate a person and their role to a claim. The participant function will allow the user to associate a participant with a claim and/or with a claimant. Associated external reference numbers can also be associated with a claim or claimant.

## Scope

The participant subsystem will associate roles, such as; insureds, claimants, attorneys, and medical care providers to one another whithin a specific claim.

## Assumptions

Valid Participant Roles

- Insured
- Claimant
- Adverse Carrier
- Adverse Party
- Agent
- Attorney
- Contact
- Debtor
- Driver
- Employer
- Expert
- Guardian
- Loss Payee/Mortgagee
- Police Department
- Property Owner
- Medical Care Provider
- Motor Vehicle Department
- Relative, Guardian or Executor
- Risk Manager
- Vendor/Service Provider
- Witness
- Work Comp Board/Bureau

*(This list may need modificiations).*

# Participant List

## Application Information

| | |
|---|---|
| Application Class Name: | SpcParticipantListUI |
| Modality: | Non-Modal |
| Sub-canvas Only: | No |
| Standalone Window Only: | Yes |
| Both sub-canvas and window: | No |
| Context on Open: | SpcClaim |
| Available Off-line: | Yes |
| Associated Task | SpcParticipantListTask |

## Purpose

To provide a list of participants associated to a claim and their relationships to the claim and claimants.

## Overall Functionality

The participant list UI can be seen in two different views. The user will have the option of viewing the list by either the participants name or by their role. The UI will default to the name but can be changed by highlighting a radio button within the screen.

The participant list UI can be initiated from within the claim folder or through the address book search. From the participant list UI the end user has several options.

- Ability to highlight a participant and click on the properties button, this launches into the address book.
- Add a participant (See the Add Participant UI) *note - If user is adding a new participant it must be initiated from the Address book Search Results UI. The end user can initiate this process by selecting 'create new" from the Participant Menu.
- To delete a participant, the user will highlight the specific participant or relationship and click on the delete button. A confirmation message will appear prior to actually deleting.
- There are two menu categories, Participant and Association. The menu will allow the user to initiate an "add role", "change role", "add", "edit" and "delete".
- Once the menu option has been initiated the Add Participant UI will appear.

## Application Flow Diagram



# User Interface - by Name




Menu Options

Participant
Add Role...
Change Role...
Create New...

Association
Add...
Edit...
Delete...

# User Interface - by Role




Menu Options

Participant
Add Role...
Change Role...
Create New...

Association
Add...
Edit...
Delete...

# Application Functionality

The Application Functionality Definition describes the objects and controls on the window and what actions take place when interacting with them.

**Fields**

| Field | Description | Characteristics | Notes |
|---|---|---|---|
| **View Participant by Role** | Identifies the order the contents of the list is displayed, by Role. | Radio Button | |
| **View Participant by Name** | Identifies the order the contents of the list is displayed, by Name . | Radio Button | |

**Objects and Actions**

| Object | Trigger | | | | Action | Goes to.. | Notes |
|---|---|---|---|---|---|---|---|
| | BUTTON | MENU | R-MOUSE | DBL-CLK | | | |
| **OK** | X | | | | Closes the window and prompts the user to save any changes. | | |
| **Cancel** | X | | | | Closes the window and does not save changes | | |
| **Properties...** | X | | | | Launches the Address Book Entry Detail UI with the participant highlighted in focus. | Address Book Entry UI | |
| **Address Book** | X | | | | Launch the Address Book UI to search for a new participant. | Address Book Entry UI | |
| **Change Role...** | X | X | X | | | | |
| **Delete** | X | X | | | Delete a participant from a claim | | |
| **<u>Association</u> Edit...** | | X | | | Edit information on a participants association | Add Participant UI | |
| **<u>Association</u> Add...** | | X | X | | Add an association for a participant | Add Participant UI | |
| **<u>Association</u> Delete...** | | X | X | | Delete an association for a participant | Add Participant UI | |

# \dd Participant

## Application Information

| | |
|---|---|
| Application Class Name: | [SpcAddressBookEntryAssignToRoleUI] |
| Modality: | [modal] |
| Sub-canvas Only: | [no] |
| Standalone Window Only: | [ yes] |
| Both sub-canvas and window: | [no] |
| Context on Open: | [] |
| Available Offline: | [no] |
| Associated Task | [*SpcAddressBookEntryAssignToRoleTask* |

### Purpose

The Add Address Book Entry as Participant UI allows the user to associate the previously selected address book entry with a claim or another participant, and allows the user to specify the role of the address book entry on the claim or with the participant.

### Overall Functionality

The Add Participant UI will allow the user to associate a participant with a claim and /or with a claimant and any associated external reference numbers within a claim or claimant. The user can add or change an association and role from this UI. They can return to the address book to complete any additional searches or can go directly to claim folder.

To add a participant, the user must first search the address book to determine whether the participant already exist and/or create a record within the address book. Once this has been completed the user will highlight the participants name and click the "Add Participant" button from the address search results UI. The user will be taken to the add participant UI which will identify the participants preferred name, address and phone numbers. There will be a defaulted field with the tracking number. Select a role from the drop-down list and click OK.

The user will select a role from a drop down menu and decide whether or not they want to associate the participant with a specific claimant. The claimants will be listed in the UI and will have radio buttons beside them. This will allow the user to associate the participant with the claimant and can also associate an associated external reference number if so desired.

The end user can add numbers and letters in the associated external reference number text box along with related comments in the comment box.

To change a role for a participant, highlight the role to be changed from the view participant list, enter the "Change Role" button or select from the Participant menu option. The participant will be listed with their associated role, select a new role from the drop-down list and click OK.

## Application Flow Diagram



# User Interface



# Application Functionality Definition

The Application Functionality Definition describes the objects and controls on the window and what actions take place when interacting with them.

**Fields**

| Field | Description | Characteristics | Notes |
|---|---|---|---|
| **Participant Preferred Information** | Displays the address information for the selected participant | Display only | |
| **Add as a participant on a claim** | Displays the claim number. | Display only | |
| **Role** | List of pre-filled Participant Roles. | Drop-down list box | |
| **Associated with Claimant** | The list of all participants on the claim | Drop-down list box | |
| **Associated Reference Number** | The number used outside The St. Paul to identify claim information. (For example a work comp number) | Text; Optional. | |
| **Reference Number Comment** | Comments added by a St. Paul employee regarding this claim and reference number | Text; Optional. | |

**Objects and Actions**

| Object | Trigger | | | | Action | Goes to.. | Notes |
|---|---|---|---|---|---|---|---|
| | BUTTON | MENU | R-MOUSE | DBL-CLK | | | |
| **Change...** | X | | | | Used to change the address of participant displayed. | | |
| **OK** | X | | | | Assigns the role to a participant and create the association between the claim and the participant | n/a | |
| **Cancel** | X | | | | | | |
| **Apply** | X | | | | | | |

# Open Issues and Bigger Than Plan List

11. You need to be able to enter multiple external reference numbers and comments for each reference number in the "Add Address Book Entry As Participant" UI. Also , the UI s need to allow for the entry of comments. Is this just a UI thing or does the database and RSPs really need to normalize out the external ref #? --Jan

13. Changing model (participant model) see diagram on white board, (being documented by Dave N.) --Jan

# Sign-Off

W C Porter

| User Interface | Deliverable | Approval | Concerns / Issues |
|---|---|---|---|
| Participant List | | | |
| | · Application Information | | |
| | · Application Flow Diagram | | |
| | · User Interface | | |
| | · Application Functionality Definition | | |
| | | | |
| Add Participant | · Application Information | | |
| | · Application Flow Diagram | | |
| | · User Interface | | |
| | · Application Functionality Definition | | |

multiple Associations can be made by use of radio buttons.

UI Page 13 - It may be necessary to have the participants within the [client] UI portion to enable all potential associations. Insd will certainly be necessary.

# ClaimWorks®

**Participant Design Deliverable Packet**

** Icon goes here **

The St Paul

**ClaimWorks Development Team**

# EXHIBIT 148

# ClaimWorks

## Performer Design Deliverable Packet

** Icon goes here **

The St Paul
ClaimWorks Development Team

EXHIBIT
12
11/25/09 N. Gisch

Updated: 08/13/96 11:08 AM
File: 81T01!.DOC

Published by ClaimWorks Development Team
Copyright © 1996 St. Paul Fire and Marine Insurance Co. All Rights Reserved.

# Contents

CONTENTS....3

PURPOSE OF THIS DOCUMENT....4

DESIGN OVERVIEW....5
- Scope....5
- Assignment Rules....5

PERFORMER INFORMATION / ASSIGN CLAIM....7
- Application Information....7
- Application Flow Diagram....9
- User Interface - Assign Claim....10
- Application Functionality....11

PERFORMER INFORMATION / VIEW CLAIM ASSIGNMENTS....12
- Application Information....12
- Application Flow Diagram / View Claim Assignments....13
- User Interface - View Claim Assignments....14
- Application Functionality....15

SIGN-OFF....16

# Purpose of this Document

This document has been created to communicate the functional design ideas of the Assign Claim & View Claim Assignments subsystem of the ClaimWorks project. The target audience is the ClaimWorks Business Consultants.

After reading and discussing this document, the IS Team will be asking for a sign-off in order to proceed with construction of the Performer subsystem.

# Design Overview

Performer is the component of ClaimWorks in which the end user will be able to assign an employee or contractor to a claim. By selecting both a claim from ClaimWorks and an employee or contractor from the organization table a person will be assigned to that claim.

## Scope

See Assignment Rules

## Assignment Rules

- ☐ There is one claim owner per claim file and it is assigned at a claim level. The owner may be assigned to none, one or all of the supplements set up for the claim file. ClaimWorks will not allow a user to assign a performer without a claim owner.
- ☐ The Owner will be the "Default" handler to any unassigned supplements once the okay button is clicked.
- ☐ It is possible to assign more than one performer to a supplement and they will be associated by each claimant. .
- ☐ If the claim owner is changed, then all remaining open supplements assigned to that performer will be reassigned to the new claim owner.
- ☐ The Supervisor and Office role will be assigned by the system based on the claim owner assigned to the claim.
- ☐ Unassigned / Disassociated performers will remain on the individual Claim UI and are shown as inactive.
- ☐ Multiple performers can be assigned to a role at one time but may not be available until a later release.
- ☐ Employee data cannot be changed with the Assignment ClaimWorks UI.

- When a claim owner is assigned to a claim, the assignee becomes the default claim handler for each supplement added there after. This does not work in reverse. The assignment of a claim handler to a particular supplement does not imply an assignment of the claim to that person.

- If the user reassigns a claim by supplying a new claim handler, supervisor and adjusting office, the system will prompt the user to indicate whether all of the supplements that were assigned to the original assignee should be reassigned to the new owner (supervisor and adjusting office also).

# Performer Information / Assign Claim

## Application Information

| | |
|---|---|
| Application Class Name: | [*SpcPerformerSearchResultsUI*] |
| Modality: | [not *modal*] |
| Sub-canvas Only: | [*no*] |
| Standalone Window Only: | [ *yes*] |
| Both sub-canvas and window: | [*no*] |
| Context on Open: | [] |
| Available Offline: | [*no*] |
| Associated Task | [*SpcPerformerSearchResultsTask*] |

### Purpose

The Assign Claim UI allows the user to locate a claim handler, supervisor, or other St. Paul Companies employee or contractor that can be assigned as responsible for some aspect of a claim.

### Overall Functionality

The user can choose to search from their Personal or Organization list of "Performers" to identify the particular performer they want to assign to the claim. When searching by the Organizational list, the user can search by an office and unit, or if they know the name of the individual that they want to assign to the claim, they can enter the name directly into the field and search by that name. For example, the user will select the Organizational list radio button and enter the office name and unit name and click the search button. The search will return the specific office and unit performers in the search results window. The search results will identify each performer by last name, first name and their job title. If no match found through the search, a message will appear in the status bar indicating that no entries were identified.

A name search will allow the user to complete a "Wild Card" search. This will be by last name only and the user must place an asterisk next to the partial name. For example, the user wants to search for Tom Bennerotte but does not know how to spell his last name so he enters Ben* in the last name field and clicks on search. The wild card search will bring back names alphabetically beginning with Ben...

A Personal list of "Performers" will later be available for the users which allow them to formulate specific names of performers that they commonly assign to claims. The same rules will apply once this data has been returned to the search results window.

To select the specific performer from the list, the person assigning the claim highlights their name and highlights the specific role to assign the performer to. For example, the user highlights Anita Jones, Sr. Representative in the search results window and the role of Claim Owner in the Assignment window and clicks on the assign button. Anita Jones has now been assigned to the claim as the claim owner. If there are multiple supplements on the claim and Anita Jones is to handle all of the supplements, the end user clicks the okay button and the system will default Anita to all supplements. When the okay button is clicked, a confirmation message appears stating all unassigned supplements will be assigned to Anita Jones.

If the user wants to assign different claim handlers to the supplements or a different claim owner then they will have to assign the supplements prior to clicking the okay button due to the assignment default rules.

The Claim Assignment window will default the following order for roles;

1) Tracking Number
2) Claim Owner
3) Supervisor
4) Office
5) Claim Handler (Independent Adjuster, Litigation Specialist, Senior Representative, Recovery Handler, etc.
6) CSA/FNOL Processor
7) Other (Manager, Fraud Liaison, Centers of Expertise, Personal Lines Underwriter, etc.).

To unassign a performer, the user highlights the specific performer in the Assignment window and clicks the un-assign button. Once the performer has been disassociated with the claim their name is removed from the assignment window; however, the performer will be retained in the separate claim assignment UI underneath the current performer in a grayed out state.

# Application Flow Diagram

Application Flow Diagram
Claim Assignments



# User Interface - Assign Claim




Note: There is a concern that the list of roles is long and will take up too much room on the Claim Assignments display. Another proposed option, is to present a drop-down list of roles when the Assign button is hit. This would eliminate the need to show all roles, only the roles that have been assigned will be displayed.

# Application Functionality

The Application Functionality Definition describes the objects and controls on the window and what actions take place when interacting with them.

**Fields**

| Field | Description | Characteristics | Notes |
|---|---|---|---|
| **Search by Personal List / Corporate Wide** | Identifies the type of search to be performed, by personal list or the corporate list. | Radio Button | Personal list will not be available for the Oct release. |
| **Office** | Defaults to the office the end user is assigned to. | Drop-down list box. | |
| **Unit Name:** | Defaults to the department the end user is assigned to. | Drop-down list box. | |
| **Last Name** | The last name of the employee to be searched. | Text | |
| **First Name** | The first name of the employee to be searched. | Text; Optional | |
| **Search Results** | Displays the department name and the employees within the department. The office location is displayed along with the name | Display only | |
| **Roles/Performers** | Displays the claim, and performers assigned to the claim and their role. | | |

**Objects and Actions**

| Object | Trigger | | | | Action | Goes to.. | Notes |
|---|---|---|---|---|---|---|---|
| | BUTTON | MENU | R-MOUSE | DBL-CLK | | | |
| **Search** | X | | | | Used to look for an employee to match the search criteria entered. | | |
| **Clear** | X | | | | Removes data from the search fields | n/a | |
| **Details** | X | X | | | Launches the Organization Entry Details UI for the selected performer. | | |
| **Assign >>>** | X | X | | | Assigns the selected performer or performers to the selected role. | | |
| **Unassign <<<** | X | X | | | Unassigns the selected performer from the claim. | | |
| **OK** | X | | | | Closes the View Claim Assignments UI. | | |
| **Cancel** | X | | | | Disregards any assignments made and closes the ASSIGN CLAIM UI. | | |
| **Edit Cut** | | X | | | Standard | | |
| **Edit Copy** | | X | | | Standard | | |
| **Edit Paste** | | X | | | Standard | | |

# Performer Information / View Claim Assignments

## Application Information

| | |
|---|---|
| Application Class Name: | [*SpcPerformerAssignmentListUI*] |
| Modality: | [not *modal*] |
| Sub-canvas Only: | [*no*] |
| Standalone Window Only: | [*no*] |
| Both sub-canvas and window: | [*yes*] |
| Context on Open: | [claim instance] |
| Available Offline: | [*yes*] |
| Associated Task | [*SpcPerformerAssignmentListTask*] |

### Purpose & Overall Functionality

The Claim Assignments UI allows the user to view the performers assigned to the claim and its supplements from a historical basis.

# Application Flow Diagram / View Claim Assignments

Application Flow Diagram
Assign Claim



# User Interface - View Claim Assignments



# Application Functionality

The Application Functionality Definition describes the objects and controls on the window and what actions take place when interacting with them.

| Fields | | | | |
|---|---|---|---|---|
| **Field** | | **Description** | **Characteristics** | **Notes** |
| | **Claim Performer Assignments** | Lists all the performers related to the claim | | |

| Objects and Actions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Object** | | **Trigger** | | | | **Action** | **Goes to..** | **Notes** |
| | | BUTTON | MENU | R-MOUSE | DBL-CLK | | | |
| | **Assign...** | X | | | | Launch the Assign Claim UI | Assign Claim | |
| | **Details...** | X | | | | Launches the Address Book Entry Details UI on the selected address book entry result. | Address Book Entry Details | |

# Sign-Off

| User Interface | Deliverable | Approval | Concerns / Issues |
|---|---|---|---|
| Assign Claim | | | |
| | · Application Information | | |
| | · Application Flow Diagram | | |
| | · Low-Fi User Interface | | |
| | · Application Functionality Definition | | |
| | | | |
| View Claim Assignments | · Application Information | | |
| | · Application Flow Diagram | | |
| | · Low-Fi User Interface | | |

# EXHIBIT 149

# ClaimWorks

## Organization Design Deliverable Packet

The St Paul
ClaimWorks Development Team

EXHIBIT
13
11/25/09 N. Gisch

TRA00014620

Updated: 07/12/96 02:35 PM
File: 81T011.DOC

Published by ClaimWorks Development Team
Copyright © 1996 St. Paul Fire and Marine Insurance Co. All Rights Reserved.

# Organization
## Design Deliverable Approval

| User Interface | Deliverable | Approval | Concerns / Issues |
|---|---|---|---|
| Employee Details | | | |
| | · Application Information | TC | |
| | · Application Flow Diagram | TC | |
| | · Application Low-Fi User Interface | TC | |
| | | | |
| Office Details | | | |
| | · Application Information | TC | |
| | · Application Flow Diagram | TC | |
| | · Application Low-Fi User Interface | TC | May want to break off [illegible] |
| | | | [illegible] into units |
| | | | |
| **Object Model Subsystem/Object Name** | **Deliverable** | **Approval** | **Concerns/Issues** |
| Employee Object | *This object represents employees defined to ClaimWorks* | TC | |
| | Object Attribute Description | | |
| Office Object | *This object represents the office using ClaimWorks* | TC | |
| | Object Attribute Description | | |
| kgroup Object | *This object represents the unit to which an employee belongs* | TC | |
| | Object Attribute Description | | |
| ClaimWorks User Object | *This object represents users of Claim Works* | TC | |
| | Object Attribute Description | | |
| ClaimWorks User Preferences Object | *This object represents the personal preferences of a ClaimWorks user* | TC | |
| | Object Attribute Description | | |
| Organization Object | *This object is a place holder - currently it represents The St Paul only.* | TC | |
| | Object Attribute Description | | |
| Organization Link Object | *This object allows for the links within the organization structure - offices to other offices and to units.* | TC | |
| | Object Attribute Description | | |
| | | | |

# Contents

**CONTENTS** ..... 3

**PURPOSE OF THIS DOCUMENT** ..... 4

**DESIGN OVERVIEW** ..... 5
- Scope ..... 5
- Assumptions ..... 6
- Issues / Questions ..... 6

**EMPLOYEE DETAILS** ..... 7
- Application Information ..... 7
- Application Flow Diagram ..... 7
- User Interface ..... 8

**OFFICE DETAILS** ..... 9
- Application Information ..... 9
- Application Flow Diagram ..... 9
- User Interface ..... 10

**BJECT ATTRIBUTES (OPTIONAL)** ..... 11
- Employee ..... 11
- Office ..... 12
- Workgroup ..... 13
- ClaimWorks User ..... 14
- ClaimWorks User Preferences ..... 15
- Organization ..... 16
- Organization Link ..... 17

# ᵓurpose of this Document

This document has been created to communicate the functional design ideas of the Organization subsystem of the ClaimWorks project. The target audience is the ClaimWorks Business Consultants.

After reading and discussing this document, the IS Team will be asking for a sign-off in order to proceed with construction of the Organization subsystem.

# Design Overview

Organization is a database of employees, units, offices, users, and user preferences. The organization structure is displayed via the Assign Claim window in the 'Search for Performer' section. This provides a view of all units within an office and all employees within a unit. The source of Employee data will be the "email" file.

## Scope

Organization will consist of:

Employees
Units
Offices

and the relationship among the three.

ClaimWorks Users
User Preferences

Employees: will consist of one entry for every employee of potential interest to Claimworks. For 1.1, this will be a short list of employees who may be selected as performers on claims. Beyond 1.1, many or even all employees will reside in this database, once any employee is a candidate to be assigned a task by task assistant or receive correspondence. Each employee will hold a preferred name and address, three phone numbers, and association with one supervisor.

Unit: There will be one entry for every unit defined by Claimworks.

Office: There will be one entry for every office defined by Claimworks.

Relationships: Organization provides a framework to retain information about the relationships among organization objects. The types of relationships include:

- All employees who work in a given office
- All employees who work in a given unit
- All employees who report to a given supervisor
- All units in a given office (to pick from)
- All offices which report to a given office
- A list of all offices (to pick from)
- Office(s) that a given employee works in (note that an employee may report to more than one office)
- Unit(s) that a given employee works in (note that an employee may be assigned to more than one unit)
- Supervisor of a given employee (there is one supervisor per employee)
- Preferred name, address, phone numbers for a given employee

ClaimWorks Users: Defines someone as a ClaimWorks user.

User Preferences: Application preferences for a ClaimWorks user, currently the path to the templates used in Forms and Correspondence.

## Assumptions

- Initially the content of the Organization structure will be defined by the ClaimWorks business consultants and maintained by I.S.
- If the email file used as a source for organization information proves to be a data quality issue, then work will be done to improve this data source, or a new data source found.
- The data stored for address will match exactly what is stored on Address Book. The display of address will also be the same here as it is on the Address Book windows.
- This packet represents a starting point for the Organization subsystem.
- This subsysten will be revisited at a later point and additional interfaces provided to maintain the organization structure and possibly to provide additional views of the full organization structure.

## Issues / Questions

- The windows to view details shows only details for an employee and office, there is currently not a window to view unit or user.
- The Assign Claim window provides a way to view employees in a unit, and units in an office. Currently this window will be used to view organization structure. Eventually there is a need to provide a window to perform user maintenance and to view details of an office or unit.
- Will the personal personnel list be implemented?

# Employee Details

## Application Information

| | |
|---|---|
| Application Class Name: | |
| Modality: | *Modal* |
| Sub-canvas Only: | no |
| Standalone Window Only: | yes |
| Both sub-canvas and window: | no |
| Context on Open: | Employee |
| Available Off-line: | Yes. |

### Purpose
To provide a way to view information about an employee.

### Overall Functionality
Presents the detailed information kept about an employee, including a list of offices to which they report.

## Application Flow Diagram



# User Interface

Employee Details:



# Office Details

## Application Information

| | |
|---|---|
| Application Class Name: | |
| Modality: | *Modal* |
| Sub-canvas Only: | no |
| Standalone Window Only: | yes |
| Both sub-canvas and window: | no |
| Context on Open: | Office |
| Available Off-line: | Yes. |

### Purpose
To provide a way to view information about a ClaimWorks office.

### Overall Functionality
Presents the detailed information kept about a ClaimWorks office including the employees within the office.

## Application Flow Diagram



# User Interface



Object Attribute Description
, Employee

| | | | | System(s) which can update the data | Is data kept in synch with Ace | Is this read-only, only enabled under certain conditions, etc? | Valid values for this attribute, if applicable | Validation Rules for this attribute | Validation rules between this attribute and other attributes | Field leveraged to F&C? |
|---|---|---|---|---|---|---|---|---|---|---|
| **Attribute Name** | **Attribute Description** | **Type** | **Maximum Length** | **Write Capabilities** | **Data Synch with ACE?** | **Enablement** | **Valid Entries** | **Validation Rules** | **X-field Validation Rules** | **Leveraged?** |
| employeeNumber | employee Number at the St.Paul | String | 3 | none | Kept in sync manually with a Corp Office Table with periodic loads to CW | Entire object is read only. It is loaded manually with no admin functions to update | N/A | N/A | N/A | |
| offices | collection of offices which this employee works for - not persisted. | Object | | none | ditto | | | | | |
| workgroups | collection of workgroups which this employee works in - not persisted | Object | | none | ditto | | | | | |
| supervisor | Reference to the supervisor of this employee | | | none | ditto | | | | | |
| organizationTypeCode | typeOfOrganization | | | none | ditto | | | | | |
| indvFirstName | The individual's first name. | String | 30 | none | ditto | | | | | |
| indvMiddleName | The individual's middle name. | String | 30 | none | ditto | | | | | |
| indvLastName | The individual's family name. | String | 30 | none | ditto | | | | | |
| nameFormCode | The type of Stakeholder entity: individual or business. | Decode | 1 | none | ditto | | | | | |
| nameType | The type of name, e.g., Legal, DBA, AKA, etc. | Decode | 3 | none | ditto | | | | | |
| phoneNum | phone number | | 10 | none | ditto | | | | | |
| phoneExtensionNum | phone extension | | 10 | none | ditto | | | | | |
| streetAddressText | The combination of street number, street name, & directional used to locate a building or house. | String | 45 | none | ditto | | | | | |
| addressAdditionalText | Descriptive text that further identifies a building or house location. | String | 45 | none | ditto | | | | | |
| cityName | Name of the City where the Street Address is located. | String | 28 | none | ditto | | | | | |
| stateCode | Name of the State where the Street Address is located. | String | 2 | none | ditto | | | | | |
| zipCode | USPS postal code in which the Street Address is located. | String | 15 | none | ditto | | | | | |
| Address Type | The type of address, e.g., Business, Home, Mailing, etc. | Decode | 3 | none | ditto | | | | | |
| Country | Name of the Country where the Street Address is located. | Decode | 3 | none | ditto | | | | | |

Object At. . Description
Office

| Attribute Name | Attribute Description | Type | Maximum Length | System(s) which can update the data<br>Write Capabilities | Is data kept in synch with Ace<br>Data Synch with ACE? | Is this read-only, only enabled under certain conditions, etc?<br>Enablement | Valid values for this attribute, if applicable<br>Valid Entries | Validation Rules for this attribute<br>Validation Rules | Validation rules between this attribute and other attributes<br>X-field Validation Rules | Field leveraged to F&C?<br>Leveraged? |
|---|---|---|---|---|---|---|---|---|---|---|
| officeCode | Code of Office - This is the 3 character code (eg. 22H) | String | 3 | Read only | Kept in sync manually with a Corp Office Table | Display only | N/A | N/A | N/A | |
| officeName | Name of Office | String | | none | ditto | | | | | |
| employees | collection of employees which work in this office | Object | | none | ditto | | | | | |
| offices | collection of offices which this employee works for - not persisted. | Object | | none | ditto | | | | | |
| workgroups | collection of workgroups which this employee works in - not persisted | Object | | none | ditto | | | | | |
| organizationTypeCode | typeOfOrganization | | | none | ditto | | | | | |
| phoneNum | phone number | | 10 | none | ditto | | | | | |
| phoneExtensionNum | phone extension | | 10 | none | ditto | | | | | |
| streetAddressText | The combination of street number, street name, & directional used to locate a building or house. | String | 45 | none | ditto | | | | | |
| addressAdditionalText | Descriptive text that further identifies a building or house location. | String | 45 | none | ditto | | | | | |
| cityName | Name of the City where the Street Address is located. | String | 28 | none | ditto | | | | | |
| stateCode | Name of the State where the Street Address is located. | String | 2 | none | ditto | | | | | |
| zipCode | USPS postal code in which the Street Address is located. | String | 15 | none | ditto | | | | | |
| Country | Name of the Country where the Street Address is located. | Decode | 3 | none | ditto | | | | | |

82B01!.XLS



12

TRA00014632

Object Attribute Description
Workgroup

| Attribute Name | Attribute Description | Type | Maximum Length | Write Capabilities | Data Synch with ACE? | Enablement | Valid Entries | Validation Rules | X-field Validation Rules | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | System(s) which can update the data | Is data kept in synch with Ace | Is this read-only, only enabled under certain conditions, etc? | Valid values for this attribute, if applicable | Validation Rules for this attribute | Validation rules between this attribute and other attributes | |
| workgroupName | Name of Workgroup | String | 70 | There will be no admin functions in 1.1 to update this data. Any updates will be done by developers. | none | Display only | | N/A | N/A | ACE does not keep this, but returns the associated policy/occurrence number that is created during FNOL |
| groupLeaderEmployeeNu | Empl# of leader of workgroup | String | 10 | none | none | | | | | |
| costCenterCode | cost Center of workgroup | String | 10 | none | none | | | | | |
| workgroupIDNum | ID Num of Workgroup | String | 30 | none | none | | | | | |
| employees | collection of employees which work in this office | Object | | none | none | | | | | |
| offices | collection of offices which this employee works for - not persisted. | Object | | none | none | | | | | |
| workgroups | collection of workgroups which this employee works in - not persisted | Object | | none | none | | | | | |
| organizationTypeCode | typeOfOrganization | | | none | none | | | | | |
| phoneNum | phone number | | 10 | none | none | | | | | |
| phoneExtensionNum | phone extension | | 10 | none | none | | | | | |
| *streetAddressText* | The combination of street number, street name, & directional used to *locate a building* or *house.* | *String* | 45 | *none* | *none* | | | | | |
| addressAdditionalText | Descriptive text that further identifies a building or house location. | String | 45 | none | none | | | | | |
| cityName | Name of the City where the Street Address is located. | String | 28 | none | none | | | | | |
| stateCode | Name of the State where the Street Address is located. | String | 2 | none | none | | | | | |
| zipCode | USPS postal code in which the Street Address is located. | String | 15 | none | none | | | | | |
| Country | Name of the Country where the Street Address is located. | Decode | 3 | none | none | | | | | |



13

Object A. : Description
CwUser

| Attribute Name | Attribute Description | Type | Maximum Length | System(s) which can update the data<br>Write Capabilities | Is data kept in synch with Ace<br>Data Synch with ACE? | Is this read-only, only enabled under certain conditions, etc?<br>Enablement | Valid values for this attribute, if applicable<br>Valid Entries | Validation Rules for this attribute<br>Validation Rules | Validation rules between this attribute and other attributes<br>X-field Validation Rules | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| employeeNum | employee Number at the St.Paul...questionable what CW will do with this class. Redundant with security objects.... to be fleshed out. | String | 3 | none | Kept in sync with Security Dept tables - might load our tables via download from security?? | Display only | | | | ACE does not keep this, but returns the associated policy/occurrence number that is created during FNOL |
| password | password | String | | none | | | | | | |
| userIDNum | TS ID for employee | String | 7 | none | | | | | | |
| preferencesObject | reference to Preferences Object for this employee | Object | | | | | | | | |
| employeeObject | reference to SpcEmployee Object for this user | Object | | | | | | | | |

82B01!.XLS



TRA00014634

GSJAPP005656

Object Attribute Description
CWUserPreferences

| Attribute Name | Attribute Description | Type | Maximum Length | System(s) which can update the data<br>Write Capabilities | Is data kept in synch with Ace<br>Data Synch with ACE? | Is this read-only, only enabled under certain conditions, etc?<br>Enablement | Valid values for this attribute, if applicable<br>Valid Entries | Validation Rules for this attribute<br>Validation Rules | Validation rules between this attribute and other attributes<br>X-field Validation Rules | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| userIDNum | Is id of user | String | 7 | none | | | N/A | N/A | N/A | ACE does not keep this, but returns the associated policy/occurrence number that is created during FNOL |
| directory path #1 | path to template directory #1 | | | | | | | | | |
| directory path #2 | path to template directory #2 | | | | | | | | | |
| other future profile data | | | | | | | | | | |



15

TRA00014635

GSJAPP005657

Object A .e Description
Organization

| | | | | System(s) which can update the data | Is data kept in synch with Ace | Is this read-only, only enabled under certain conditions, etc? | Valid values for this attribute, if applicable | Validation Rules for this attribute | Validation rules between this attribute and other attributes | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Attribute Name** | **Attribute Description** | **Type** | **Maximum Length** | **Write Capabilities** | **Data Synch with ACE?** | **Enablement** | **Valid Entries** | **Validation Rules** | **X-field Validation Rules** | **Notes** |
| organizationName | Name of Organization - This object has almost no function. It holds onto the one instance "The StPaul" | String | SpcName | none | No | Display only | Only "The StPaul" | N/A | N/A | ACE does not keep this, but returns the associated policy/occurrence number that is created during FNOL |
| offices | collection of offices belonging to this organization — this is not persisted | Object | | | | | | | | |



16

TRA00014636

GSJAPP005658

Object Attribute Description
OrganizationLink

| | | | | System(s) which can update the data | Is data kept in synch with Ace | Is this read-only, only enabled under certain conditions, etc? | Valid values for this *attribute, if applicable* | Validation Rules for this attribute | Validation rules between this attribute and other attributes | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Attribute Name** | **Attribute Description** | **Type** | **Maximum Length** | **Write Capabilities** | **Data Synch with ACE?** | **Enablement** | **Valid Entries** | **Validation Rules** | **X-field Validation Rules** | **Notes** |
| linkTypeCode | type of link between organization objects—This object links employees, offices and workgroups many to many. | String | | none | | Display only - These links will be built by developers for 1.1. No admin functions available to users to update. | Code table list of valid link type codes such as "works in office". | valid code table value | | ACE does not keep this, but returns the associated policy/occurrence number that is created during FNOL |
| parentObject | parent object being linked (not persisted) | Object | | none | | | valid object from the list: office, workgroup, employee | | | |
| childObject | child object being linked (not persisted) | Object | | none | | | ditto | | | |
| parentIDNum | the key to the parent object | String | | none | | | valid key | | | |
| childIDNum | the key to the child object | String | | none | | | valid key | | | |
| parentClassName | Class name of parent | string | | | | | | | | |
| childClassName | Class name of child | string | | | | | | | | |

82B01!.XLS



17

TRA00014637

GSJAPP005659