# EXHIBIT 150

# ClaimWorks®

## Index Search Design Deliverable Packet

** Icon goes here **

The St Paul
ClaimWorks Development Team

EXHIBIT
14
4/20/09 N. Gisch

TRA00014537

Updated: 08/14/96 10:19 AM
File: 81T01!.DOC

Published by ClaimWorks Development Team
Copyright © 1996 St. Paul Fire and Marine Insurance Co. All Rights Reserved.

# Contents

CONTENTS.....3

PURPOSE OF THIS DOCUMENT.....4

DESIGN OVERVIEW.....5
- Scope.....5
- Assumptions.....5

INDEX SEARCH CRITERIA.....6
- Application Information.....6
- Application Flow Diagram.....9
- User Interface - Index Search Criteria (Person).....10
- User Interface - Index Search Criteria (Organization).....11
- Application Functionality Definition.....12

INDEX SEARCH RESULTS.....14
- Application Information.....14
- Application Flow Diagram.....16
- User Interface - Search Results.....17
- Application Functionality Definition.....18

OBJECT ATTRIBUTES.....19

OPEN ISSUES AND BIGGER THAN PLAN LIST.....19

APPROVAL / ISSUE LOG.....20

# Purpose of this Document

This document has been created to communicate the functional design ideas of the Index Search subsystem of the ClaimWorks project. The target audience is the ClaimWorks Business Consultants.

The entire functional design, including a scope statement, for Index Search is included in this document. After reading and discussing this document, the IS Team will be asking for a sign-off in order to proceed with construction of the Index Search subsystem.

# Design Overview

The Index Search subsystem is used to locate existing Claims in ClaimWorks by supplying various criteria such as Participant Name, Date of Loss, Tax ID, Tracking Number, etc. It will be used by a varied audience: Claim Supervisors, Claim Handlers, and CSA's to find the electronic Claim Folder and subsequently navigate to other ClaimWorks functions, and by Mail Room Personnel to locate where the physical file and/or copies reside so that mail and other correspondence can be routed swiftly.

The Index Search subsystem consists of two windows: Search Criteria and Search Results. These are explained in more detail in this packet.

## Scope

All the features and functions described herein are currently in scope for the October 1996 model office.

## Assumptions

- This subsystem only looks for matches against Participants. Performers are not included.
- The Search window will look and function similar to the Address Book Search window. Likewise for the Search Results window.
- The Search window search methods (Complete, Incomplete, Phonetic) are the same methods provided in the Address Book.
- Columns in the Results window will be resizable.
- Windows will be Modal, meaning they can remain open independent of each other and the other windows open on the desktop.

# Index Search Criteria

## Application Information

Application Class Name: Index Search Criteria
Modality: Modal
Sub-canvas Only:
Standalone Window Only:
Both sub-canvas and window:
Context on Open:
Available Off-line:

### Purpose

Allow the users to enter various combinations of search criteria and return a list of matching claims.

### Overall Functionality

The User has the ability to search for claims containing participants by a variety of search criteria. A participant is a person or organization that is involved in some way with a claim--as the claimant, insured, witness, law firm, etc. A search transaction can be initiated by a "complete" search, "incomplete" search, or a "phonetic" search for persons or organizations.

Only certain combinations of search criteria are allowed so as to keep the speed of the Index Search function as fast as possible. The combinations are shown below:

*Single Field Searches*

- Name (Person's Last Name (can include partial or full first name) or Organization Name).
- SSN (Social Security Number)/Tax ID.
- Phone Number.
- Tracking Number.
- ACE Claim Number.
- Call Center Number.
- External Reference Number (Attorney File No., Harmon Glass PO #, etc.).
- Policy Number.

*Multiple Field Searches*

- Name and Date of Loss.
- Name and Phone Number.
- Name and Birthdate.
- Policy Number and Date of Loss.
- Name and Office.
- SSN and Date of Loss.
- Name and Line of Business.

Searches NOT allowed are those that do not include any of the above Single Field Searches.

If the User attempts an invalid search they will receive an error message.

Other features and functions of Index Search include:

- There are three Name Search Methods available: Complete, Incomplete and Phonetic. Only one of these methods is valid per search. Complete will look for matching values in the database that match exactly the value used in the search with the blanks and "noise" words removed (examples of "noise" words are "the", "company", "inc.", etc.). Incomplete will use only up to the first 5 characters of each word used in the search to look for matching values in the database. This method will yield a larger result set than Complete but is very useful when the user knows the words in the name but not the exact format. Phonetic is a "sounds like" search. This is useful when the user knows what the name sounds like but isn't sure of the exact spelling.
- Complete, Incomplete, and Phonetic Searches apply only to Person or Organization Names and not City.
- The priority order of the following fields is: Zip Code, State (if City blank), City/State. In other words, subsequent fields in this list will be ignored if a prior one has a non-blank value.
- When limiting by City, State is also required.
- Any search criteria combined with Person or Organization Names are considered AND conditions, i.e., a Claim will only appear in the Results window if it matches the name and the other search criteria supplied.
- Only phone numbers which use the U.S. format (area code + phone number = 10 digits) will be searchable. This currently includes Canada but no other known foreign countries.
- Area Code will be required on all Phone Searches.
- When the Search Criteria window is first opened, the default search is by "Person" and the default method is "Complete".
- Adjusting Office criteria matching is done only at the Claim level (Supplement not included).
- Parameters for City, State, Zip info are for the participant's address, not the loss location.
- If there are multiple Insureds on a claim AND the search criteria does not identify which one, the result set will contain the name for the first Insured on the claim.
- If no Participant attributes are in the search criteria, Insured Name will be returned in the Role Name field.
- When Name is combined with Date of Loss, Phone Number, and /or Date of Birth, the results will show records that match the search value AND any records with BLANK values in those fields, e.g., if Date of Loss = 1/12/1996 is entered then records with that Date of Loss or a BLANK Date of Loss will be returned as long as it also matches the Name value used in the search.
- The search priority order of the following fields is: Tracking Number, Claim Number, Call Center Number. For example, if all three are given search values, the search will try to find a match on the Tracking Number and ignore the other two. It will still ignore the other two if no match is found (i.e., it WILL NOT automatically do a search on Claim Number and Call Center Number.)

- Some search combinations are illogical and will not be allowed. These combinations will be disabled ("grayed out") on the UI whenever possible.
- Searches on a person will require Last Name with First Name optional. First Name alone will not be allowed.
- Date Searches require an exact, valid date, i.e., mm/dd/yyyy. Date ranges searching (e.g., month & year) will not be supported.

## Application Flow Diagram






TRA00014545

GSJAPP005668

# User Interface - Index Search Criteria (Person)






TRA00014546

GSJAPP005669

# User Interface - Index Search Criteria (Organization)



# Application Functionality Definition

The Application Functionality Definition describes the objects and controls on the window and what actions take place when interacting with them.

Fields

| Field | Description | Characteristics | Notes |
|---|---|---|---|
| Person / Organization | Allows the User to specify what type of Participant to search for: a person or a business. | Radio button | Name Criteria box changes based on option chosen. |
| Complete / Incomplete / Phonetic | Tells the system which way to search for matches: a word-for-word match, things that match part of the name or how the name is pronounced. | Radio button | |
| Name (Org) | Search field for entry of Business Name. | Text | |
| Last Name | Search field for entry of Person's Last Name. | Text | |
| First Name | Search field for entry of Person's First Name. | Text; Optional. | Last Name must be filled. |
| Tax ID No. | Search field for entry of Business' Tax ID. | Text | |
| Social Security No. | Search field for entry of Person's Tax ID. | Text | |
| Phone | Search field for entry of Participant's Phone No. | Text | |
| Tracking No. | Search field for entry of a Tracking Number. | Text | |
| Policy Number | Search field for entry of a Policy number. | Text | |
| Claim Number | Search field for entry of a Claim number. | Text | |
| Call Center Number | Search field for entry of a number for the Claim issued by the Call Center. | Text | |
| External Reference Number | Search field for entry of a number issued by a Participant for the purposes of tracking the Claim. | Text | |
| Claim Number | Search field for entry of an ACE Claim number. | Text | |
| Role | Drop-down list box pre-filled with Participant Roles. Used to limit search to a single role. | Drop-down list box | Pressing a character will bring the values that begin with that character to the top of the list box. |
| Line of Business | Drop-down list box pre-filled with Lines of Business. Used to limit search to a single Line of Business. | Drop-down list box | Pressing a character will bring the values that begin with that character to the top of the list box. |
| Claim Adjusting Office | Drop-down list box pre-filled with Claim Adjusting Offices. Used to limit search to a single Claim Adjusting Offices. | Drop-down list box | Pressing a character will bring the values that begin with that character to the top of the list box. |
| Loss Date | Used to limit the search to a single Date of Loss. | Date | Must be in mm/dd/yyyy format. |
| Date of Birth | Used to limit the search of a Person to a single Date of Birth. | Date | Must be in mm/dd/yyyy format. |

| | | | |
|---|---|---|---|
| **Zip Code** | Used to limit the search to a single Zip Code area. | Text | |
| **City** | Used to limit the search to a single City. | Text | State must be selected. |
| **State** | Drop-down list box pre-filled with States. Used to limit search to a single State. | Drop-down list box | Pressing a character will bring the values that begin with that character to the top of the list box. |

**Objects and Actions**

| Object | Trigger | | | | Action | Goes to.. | Notes |
|---|---|---|---|---|---|---|---|
| | BUTTON | MENU | R-MOUSE | DBL-CLK | | | |
| **Find Now** | X | | | | Uses the criteria supplied and looks for Claims that match. If no criteria is found, displays a message prompting the User to enter search criteria | Search Results | |
| **New Search** | X | | | | Clears all search criteria from the window. | n/a | |
| **New Claim** | X | | | | Allows the user to enter a new loss after determining that the Claim is not already in the system. | New Claim - Claim Folder | |
| **Close** | X | | | | Closes the Search Criteria window. All search criteria entered is cleared. | Windows from which Search Criteria window was opened. | |

# Index Search Results

## Application Information

Application Class Name: Index Search Results
Modality: Modal
Sub-canvas Only:
Standalone Window Only:
Both sub-canvas and window:
Context on Open:
Available Off-line:

### Purpose

Displays information about the Claim(s) that matched the search criteria and allows selection of one of those Claims for further processing in other ClaimWorks functions.

### Overall Functionality

The Search Results UI will return a "result set" in a list format consisting of records that match the search criteria. The list will be scrollable both vertically and horizontally and contain the following columns:

- Insured Name
- Role Name
- Role
- Tracking Number
- Owner
- Date of Loss
- Claim Number
- Line of Business
- Status
- Policy Number
- Adjusting Office

The identified fields will have data once the data is entered into the ClaimWorks system. It is possible that certain fields will be empty. The search results will have an indicator advising that there is secondary data available upon the claim.

Other features and functions of Search Results include:

- The Print option on the Results window will print the entire result set rather than just the records that display in the window at any given point in time.
- Each line displayed will be for a single Claim and will show the Insured Name along with the Claimant Name or other Participant Name that matched the Name search criteria.
- Name/Address/Phone info displayed will be the PREFERRED values for each. (If preferred values have not been selected then the first Name/Address/Phone found will be displayed.) The Preferred Name will still be displayed even if it does not match the Name search value.

For example, if the Name search value is "ACE Hardware" and the Preferred Name value for ACE Hardware is "Rue's Hardware" then Rue's Hardware will be the name value displayed in the search results window.

- Person names are in "Last Name, First Name" format.
- A status bar at the bottom of the window will display the total number of records that matched the search criteria.
- "Go To Address Book" uses the name found in the "Role Name" field, not Insured Name or Claim Owner.

# Application Flow Diagram



# User Interface - Search Results




Additional columns that will appear when scrolling to the right: Date of Loss, Claim Owner, Claim Adjusting Office, Claim Status, Line of Business, Policy Number.

# Application Functionality Definition

**Fields**

| Field | Description | Attributes | Notes |
|---|---|---|---|
| Insured Name | The name of the Insured attached to the Tracking Number is displayed in this column. | Text; Read Only | |
| Role Name | The name of the Participant that was searched for is displayed in this column. If the Participant searched for was the Insured, this column will have the same value as the Insured Name column. | Text; Read Only | |
| Role | The role the Participant is playing on the claim. | Text; Read Only | |
| Tracking Number | The Tracking Number for the claim. | Text; Read Only | |
| Date of Loss | The Date of Loss for the claim. | Text; Read Only | |
| Line of Business | The Line of Business for the claim. | Text; Read Only | |
| Claim Number | The ACE Claim Number for the claim. | Text; Read Only | |
| Owner | The Claim Performer who has overall responsibility for the claim. | Text; Read Only | |
| Status | The status of the claim. | Text; Read Only | |
| Policy Number | The Policy Number for the claim. | Text; Read Only | |
| Adjusting Office | The Claim Adjusting Office for the claim. | Text; Read Only | |

**Objects and Actions**

| Object | Trigger: BUTTON | Trigger: MENU | Trigger: R-MOUSE | Trigger: DBL-CLK | Action | Goes to.. | Notes |
|---|---|---|---|---|---|---|---|
| Create Correspondence | | X | X | | Opens the Forms and Correspondence system for the Claim specified on the row selected in the results list. | Forms and Correspondence windows. | |
| Locate File | | X | X | | Same as pressing the Physical File button. | Physical File Tracking window. | |
| Go To Claim | X | X | X | X | Opens the electronic file folder for the Claim specified on the row selected in the results list. | Claim Folder | Row on results list must be selected. |
| New Claim | X | X | X | | Allows the user to enter a new loss after determining that the loss is not already in the system. | New Claim - Claim Folder | |
| Address Book | X | X | X | | Opens the Address Book to look for or establish the Participant desired. | Address Book Search Criteria. | Row on results list must be selected. |
| Physical File | X | | | | Opens the Physical File for the Claim specified on the row selected in the results list. | Physical File. | Row on results list must be selected. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Print** | | X | X | | Prints the entire result set (not just records shown). | Print dialog box(es). | |
| **Close** | X | X | X | | Closes the Search Results window. | Windows that were open before Search Results was opened. | |

# Object Attributes

Index Search uses attributes from other subsystems and has no native attributes of its own. Its sole purpose is to find Claims and display the attributes from other objects.

# Open Issues and Bigger Than Plan List

### Issues

1. NOTES DATABASE ISSUE No. 306. Does Index Search (search for Claim) need an option to find the Claim and NOT open the Claim Folder? Under the current design, when a claim is selected (highlighted) the only Claim option is "Go To Claim" which opens the Claim Folder. Is there a need to just put the Claim in context and allow other actions to function without opening the Claim Folder (e.g., in order to go to Forms & Correspondence)? (The single mouse click to select the claim in the results row could be all that is needed to put the Claim in context.)

### Bigger Than Planned

1. NOTES DATABASE ISSUE No. 307. Look at providing a "Search on Both" option (i.e., combining Search on Person and Search on Organization done at the same time). This was rejected after further discussion between Bill Panter and Greg Dorfner: it was decided that the User could do two separate searches if needed.

# Approval / Issue Log

| User Interface | Deliverable | Approval | Concerns / Issues |
|---|---|---|---|
| Search Criteria | | | |
| | - Application Information | | |
| | - Application Flow Diagram | | |
| | - User Interface | | |
| Search Results | | | |
| | - Application Information | | |
| | - Application Flow Diagram | | |
| | - User Interface | | |

| Object Model | Deliverable | Approval | Concerns / Issues |
|---|---|---|---|
| Index Search | | | |
| | - Object Attribute Description | | |
| | | | |