TABLE VIII

DESCRIPTION OF ACCIDENT LPTX

CUSTOMER TEST 02 PH 123123

Facts of Loss And Events

DESCRIBE ACCIDENT:
LOC OF ACCIDENT:
CITY: ST: ZIP:

ENTER "X" IF SUBROGATION POSSIBILITIES:
INVEST AUTHORITY:
VIOLATIONS/CITATIONS: VIOLATION CODE:
REPT TO: REPT TO:

COVERAGE REQ: RSK ALRT: QUESTNBLE COV IND: SVRTY IND:

6) ADD CLMT 14) WITNESS 19) SELF REFER 18) HELP 16) RETURN
15) COMMENTS-CONTACT 28) RESP PARTY 23) LC 27) ERASE LPT

Description of Accident LPTX screen. Dashed box and associated text added by the Requester.

87) The Physical Damage Information LPTX screen (Table X) provides *facts of loss*.[174]

TABLE X

PHYSICAL DAMAGE INFORMATION

CUSTOMER TEST 02 PH 123123

OWNER NAME: CUSTOMER TEST

Facts of Loss

DESCRIBE DAMAGE TO INSD VEH:

USED W/PERM? (Y/N): PURPOSE OF USE:
REPAIR EST: ENTER "X" IF SALVAGE POSSIBILITIES:
WHERE/WHEN VEH CAN BE SEEN:

ATTY (N/R): NAME:
CLM DESC CODE: CLM DESC:
LOSS TYPE: CLM SYM: COV ID: TOTAL LOSS IND:

EST INC LOSS: EST INC ALLOC EXP: VERIFIER:
PTA: JIA: CLAIMS MADE DATE:

1) CLAIM SET-UP 13) INJURY 18) HELP
6) ADD CLMT 31) STAT CODING 23) LC
16) RETURN 11) PHYS DAMAGE 30) LOCAL DATA

[174] *See* Abbruzzese, Table X (and associated text).

Physical Damage Information LPTX screen. Dashed box and associated text added by the Requester.

88) The Auto Third Party Property Damage (Table XI) provides *facts of loss*.[175]

TABLE XI

AUTO THIRD PARTY PROPERTY DAMAGE

| | | | |
|---|---|---|---|
| CUSOTMER TEST | | | 02 PH 123123 |
| OWNER: CUSTOMER TEST | | | |
| PROPERTY DAMAGE | | | |
| DESC OF PROP: | | | |
| DESC OF DAMAGE: | | | |
| REPAIR EST: | ENTER "X" IF SALVAGE POSSIBILITIES: | | |
| WHERE DAMAGE CAN BE SEEN: | | | |
| ATTY (N/R): | NAME: | | |
| IF DRIVER OTHER THAN OWNER - DRIVER NAME: | | | |
| OTHER PROP INSD BY: | | | |
| ENTER "X" IF DED AMT APPLIES: | | | |
| CLM DESC CODE: | CLM DESC: | | |
| LOSS TYPE: | CLM SYM: | COV ID: | TOTAL LOSS IND: |
| EST INC LOSS: | EST INC ALLOC EXP: | | VERIFIER: |
| PTA: | JIA: | | CLAIMS MADE DATE: |
| 1) CLAIM SET-UP | 18) HELP | 30) LOCAL DATA | 16) RETURN |
| 6) ADD CLMT | 13) INJURY | 31) STAT CODING | 23) LC |

Facts of Loss (annotation on dashed box around PROPERTY DAMAGE through WHERE DAMAGE CAN BE SEEN)

Auto Third Party Property Damage Information LPTX screen. Dashed box and associated text added by the Requester.

89) A Responsible Party screen (which was not illustrated) provides for a user "to enter any relevant information indicating responsibility for the loss [*liability*] into the Loss Claim Table.[176]

90) Accordingly, Abbruzzese discloses "[*t*]*he method of claim 8, wherein the claim level further comprises information from the group comprising facts of loss, events and liability*."[177]

---

[175] *See* Abbruzzese, Table XI (and associated text).

[176] Abbruzzese, col. 24 ll.21-23.

[177] '284 patent file history, Office Actions of Aug. 14, 2002 and Dec. 20, 2002 (The first examiner rejected this limitation under 35 U.S.C. § 102(b) because "Abbruzzese discloses collection of specific information on the policy, the claim, the participant (insured), and line of property (see Tables IV to XX). These are the levels described by the specification as different groups of information collected for claims processing.

*xiv. Dependent Claim 15*

91) Dependent claim 15 is reproduced below:

[15.0] The method of claim 8, wherein the participant level further comprises contact information.

92) Abbruzzese describes the creation and maintenance of a claim file created through the use of the LPTX screens and/or an OCR process, and stored in the Main database.[178] The Loss Event Claimant Table, which stores "potential claimant data,"[179] meets the claimed *participant level. Contact information* is associated with one or more of the LPTX screens that provide information to the Loss Event Claimant Table.[180] For example, *contact information* for a policy holder may be input into the Policy Information LPTX screen (Table V).[181]

---

Abbruzzese discloses a 'claim folder' as the collection of information on a claim in the Loss Claim database.").

[178] *See e.g.*, Abbruzzese, col.3 ll.37-58, col.135 ll.18-39, col.137 ll.40-42, Tables IV to XX (and associated text), and Figures 30-31 (and associated text).

[179] Abbruzzese, col.137 l.41.

[180] *See* Abbruzzese, Tables IV to XX (and associated text).

[181] *See* Abbruzzese, Table V (and associated text).

TABLE V

POLICY INFORMATION

POL NUM: — —— ———

AGT CODE: ______ AGCY NAME: SALESMAN CODE:

INSURED: ______________________________ P/C: __ TITLE:

STREET: ______________________________

CITY: __________ ST: ____ ZIP: ____

BUS PH: __________ RES PH: ______ TIN:

POL EFF: ______ POL EXP: ______ LOSS DATE: ______ REPT DATE:

Contact Information

FORMS/ENDT:

SPECIFY FORMS/ENDT AFF COV:

EXCESS IND: CERT NUM: LARS IND: LARS LOC CODE:
SERV EXPEDITER CODE:

| | | |
|---|---|---|
| ENTER) VEH-DRIVER | 3) SPECIAL PROCEDURES | 18) HELP |
| 27) ERASE LPT | 1) CLAIM SET-UP | 19) SELF REFER |
| 23) LC | 30) LOCAL DATA | |

Policy Information LPTX screen. Dashed box and associated text added by the Requester.

93) Contact information for the driver of the vehicle may be input into the Vehicle – Driver Coverage Information LPTX screen (Table VII).[182]

[182] *See* Abbruzzese, Table VII (and associated text).

TABLE VII

VEHICLE - DRIVER COVERAGE INFORMATION

CUSTOMER TESTER 02 PH 123123

VEH NUM: YR: MAKE: MODEL:
VIN: PLATE: ST:

COV/DED BI: PD: MED PAY: NON COLL:
COLL: UM: NO FAULT:
T/L: RR: FULL GLASS:
LIAB DED AMT: DED COV:

SPECIFY IF OTHER COV/LIMITS:
MI: LOSS PAYEE:
SPECIFY IF OTHER INSUR ON VEHICLE:
ENTER 'X' IF DRIVER SAME AS INSD:

Contact Information
DRIVER: TITLE:
STREET:
CITY: ST: ZIP: PHONE:
LIC NUM: ST:
AGE: DOB: SEX: MS: REL TO
INSD:

ENTER) DESC OF ACC 19) SELF REFER 18) HELP 16) RETURN

Policy Information LPTX screen. Dashed box and associated text added by the Requester.

94) Contact information for a claimant into the Claimant Information LPTX screens (Tables IX and XVI respectively) and added to the Loss Event Claimant Table.[183]

TABLE IX

CLAIMANT INFORMATION

CUSTOMER TEST 02 PH 123123

CLAIMANT - ENTER X IF SAME AS INSURED:

(IF NOT ENTER DATA BELOW)

Contact Information
NAME: P/C: TITLE:
STREET:
CITY: ST: ZIP:
BUS PH: RES PH:

AGE: SEX: MS: NUM DEP:

OCC CODE: STATUS: INCOME RANGE: TIN:

11) PHYS DAMAGE 13) INJURY 18) HELP 16) RETURN
12) PROP DAMAGE 30) LOCAL DATA 23) LC

[183] *See* Abbruzzese, Tables IX and XVI (and associated text).

Claimant Information (Table IX) LPTX screen. Dashed box and associated text added by the Requester.

TABLE XVI

CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| BUMSTEAD, DAGWOOD | | 02 PH 000999 | |
| CLAIMANT - ENTER X IF SAME AS INSURED: | | (IF NOT ENTER DATA BELOW) | |
| NAME: | | P/C: | TITLE: |
| STREET: | | | |
| CITY: | ST: | ZIP: | |
| BUS PH: | | RES. PH: | |
| AGE: | SEX: | MS: | NUM DEP: |
| OCC CODE: | STATUS: | INCOME RANGE: | TIN: |
| 11) PHYS DAMAGE | 13) INJURY | 18) HELP | 16) RETURN |
| 12) PROP DAMAGE | 30) LOCAL DATA | 23) LC | |

Contact Information

Claimant Information (Table XVI) LPTX screen. Dashed box and associated text added by the Requester.

95) Accordingly, Abbruzzese discloses "[*t*]*he method of claim 8, wherein the participant level further comprises contact information*."[184]

*xv. Dependent Claim 16*

96) Dependent claim 16 is reproduced below:

> [16.0] The method of claim 15, wherein the participant level further comprises additional sections for claimants.

97) Abbruzzese describes the creation and maintenance of a claim file created through the use of the LPTX screens and/or an OCR process, and stored in the

[184] '284 patent file history, Office Actions of Aug. 14, 2002 and Dec. 20, 2002 (The first examiner rejected this limitation under 35 U.S.C. § 102(b) because "Abbruzzese discloses collection of specific information on the policy, the claim, the participant (insured), and line of property (see Tables IV to XX). These are the levels described by the specification as different groups of information collected for claims processing. Abbruzzese discloses a 'claim folder' as the collection of information on a claim in the Loss Claim database.").

Main database.[185] The Loss Event Claimant Table, which stores "potential claimant data"[186] meets the claimed *participant level*. *Claimant* information is associated with one or more of the LPTX screens that provide information to the Loss Event Claimant Table. For example, the Claimant Information LPTX screens (Tables IX and XVI) may be used to add claimant data to the Loss Event Claimant Table.[187]

TABLE IX

CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| CUSTOMER TEST | | 02 PH 123123 | |
| CLAIMANT - ENTER X IF SAME AS INSURED: | | | |
| | | (IF NOT ENTER DATA BELOW) | |
| NAME: | P/C: | TITLE: | |
| STREET: | | | |
| CITY: | ST: | ZIP: | |
| BUS PH: | | RES PH: | |
| AGE: | SEX: | MS: NUM DEP: | |
| OCC CODE: | STATUS: | INCOME RANGE: TIN: | |
| 11) PHYS DAMAGE | 13) INJURY | 18) HELP | 16) RETURN |
| 12) PROP DAMAGE | 30) LOCAL DATA | | 23) LC |

Claimant Information

Claimant Information (Table IX) LPTX screen. Dashed box and associated text added by the Requester.

TABLE XVI

CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| BUMSTEAD, DAGWOOD | | | 02 PH 000999 |
| CLAIMANT - ENTER X IF SAME AS INSURED: | | (IF NOT ENTER DATA BELOW) | |
| NAME: | | P/C: | TITLE: |
| STREET: | | | |
| CITY: | ST: | ZIP: | |
| BUS PH: | | RES. PH: | |
| AGE: | SEX: | MS: | NUM DEP: |
| OCC CODE: | STATUS: | INCOME RANGE: | TIN: |
| 11) PHYS DAMAGE | 13) INJURY | 18) HELP | 16) RETURN |
| 12) PROP DAMAGE | 30) LOCAL DATA | 23) LC | |

Claimant Information

---

[185] *See e.g.*, Abbruzzese, col.3 ll.37-58, col.135 ll.18-39, col.137 ll.40-42, Tables IV to XX (and associated text), and Figures 30-31 (and associated text).
[186] Abbruzzese, col.137 l.41.
[187] *See* Abbruzzese, Tables IX and XVI (and associated text).

Claimant Information (Table XVI) LPTX screen. Dashed box and associated text added by the Requester.

98) Accordingly, Abbruzzese discloses "[*t*]*he method of claim 15, wherein the participant level further comprises additional sections for claimants.*"[188]

*xvi. Dependent Claim 17*

99) Dependent claim 17 is reproduced below:

> [17.0] The method of claim 16, wherein the additional sections are shown to display, events, injury and disability management.

100) Abbruzzese describes the creation and maintenance of a claim file created through the use of the LPTX screens and/or an OCR process, and stored in the Main database.[189] The Loss Event Claimant Table, which stores "potential claimant data"[190] meets the claimed participant level. The participant level is associated with one or more of the LPTX screens that provide information to the Loss Event Claimant Table. For example, at least the Injured Party Information LPTX screen (Table XII) provides the Loss Event Claimant Table with *injury and disability management* information.[191]

---

[188] '284 patent file history, Office Actions of Aug. 14, 2002 and Dec. 20, 2002 (The first examiner rejected this limitation under 35 U.S.C. § 102(b) because "Abbruzzese discloses collection of specific information on the policy, the claim, the participant (insured), and line of property (see Tables IV to XX). These are the levels described by the specification as different groups of information collected for claims processing. Abbruzzese discloses a 'claim folder' as the collection of information on a claim in the Loss Claim database.").

[189] *See e.g.*, Abbruzzese, col.3 ll.37-58, col.135 ll.18-39, col.137 ll.40-42, Tables IV to XX (and associated text), and Figures 30-31 (and associated text).

[190] Abbruzzese, col.137 l.41.

[191] *See e.g.*, Abbruzzese, Table XII (and associated text).

TABLE XII

INJURED PARTY INFORMATION

| | | | |
|---|---|---|---|
| CUSTOMER TEST<br>123123 | | | 02 PH |
| NAME: CUSTOMER TEST | | | |
| DESC OF INJURY:<br>TYPE INJURY CODE:<br>ENTER "X" IF DED AMT APPLIES: | DIS BEG DATE: | DIS END DATE:<br>SEAT BELT USE: | |
| ATTY (N/R): | NAME: | | |
| CLM DESC CODE:<br>LOSS TYPE: | DLM DESC:<br>CLM SYM: | COV ID: | COLL SOURCE IND: |
| EST INC LOSS:<br>PTA: JIA: | EST INC ALLOC EXP: | | VERIFIER:<br>CLAIMS MADE DATE: |
| 1) CLAIM SET-UP<br>11) PHYS DAMAGE<br>6) ADD CLMT | 12) PROP DAMAGE<br>31) STAT CODING<br>16) RETURN | 23) LC<br>22) SERVICE PROVIDER<br>13) INJURY | 18) HELP<br><br>30) LOCAL DATA |
| PACKAGE: DUPLICATE PAYMERNT PROBLEM | | | |

*Injury and Disability Management* (label on dashed box)

Injured Party Information LPTX screen. Dashed box and associated text added by the Requester.

The Description of Accident LPTX screen (Table VIII) provides the Loss Event Claimant Table with *events* information.[192]

TABLE VIII

| | | | | |
|---|---|---|---|---|
| DESCRIPTION OF ACCIDENT | | | | LPTX |
| CUSTOMER TEST | | | 02 PH 123123 | |
| DESCRIBE ACCIDENT:<br>LOC OF ACCIDENT:<br>CITY: | | | ST: | ZIP: |
| ENTER "X" IF SUBROGATION POSSIBILITIES:<br>INVEST AUTHORITY:<br>VIOLATIONS/CITATIONS:<br>REPT TO: | | | VIOLATION CODE:<br>REPT TO: | |
| COVERAGE REQ: RSK ALRT: QUESTNBLE COV IND: SVRTY IND: | | | | |
| 6) ADD CLMT<br>15) COMMENTS-CONTACT | 14) WITNESS | 19) SELF REFER<br>28) RESP PARTY | 18) HELP<br>23) LC | 16) RETURN<br>27) ERASE LPT |

*Events* (label on dashed box)

Description of Accident LPTX screen. Dashed box and associated text added by the Requester.

[192] *See e.g.*, Abbruzzese, Table VII (and associated text).

101) Moreover, the Injured Party Information LPTX screen is accessible from the claimant screens.[193]

TABLE IX

CLAIMANT INFORMATION

CUSTOMER TEST 02 PH 123123

CLAIMANT - ENTER X IF SAME AS INSURED:

(IF NOT ENTER DATA BELOW)

NAME: P/C: TITLE:
STREET:
CITY: ST: ZIP:
BUS PH: RES PH:

AGE: SEX: MS: NUM DEP:

OCC CODE: STATUS: INCOME RANGE: TIN:

11) PHYS DAMAGE 13) INJURY 18) HELP 16) RETURN
12) PROP DAMAGE 30) LOCAL DATA 23) LC

TABLE XII

INJURED PARTY INFORMATION

CUSTOMER TEST 02 PH
123123

NAME: CUSTOMER TEST

DESC OF INJURY:
TYPE INJURY CODE: DIS BEG DATE: DIS END DATE:
ENTER "X" IF DED AMT APPLIES: SEAT BELT USE:

ATTY (N/R): NAME:

CLM DESC CODE: DLM DESC:
LOSS TYPE: CLM SYM: COV ID: COLL SOURCE IND:

EST INC LOSS: EST INC ALLOC EXP: VERIFIER:
PTA: JIA: CLAIMS MADE DATE:

1) CLAIM SET-UP 12) PROP DAMAGE 23) LC 18) HELP
11) PHYS DAMAGE 31) STAT CODING 22) SERVICE PROVIDER
6) ADD CLMT 16) RETURN 13) INJURY 30) LOCAL DATA
PACKAGE: DUPLICATE PAYMERNT PROBLEM

Illustration of connection between Claimant Information LPTX screen and Injured Party Information LPTX screen. Dashed box and associated text added by the Requester.

102) Accordingly, Abbruzzese discloses "[*t*]*he method of claim 16, wherein the additional sections are shown to display, events, injury and disability management*."[194]

[193] *See also* Abbruzzese, Tables IX and XII (and associated text).

[194] '284 patent file history, Office Actions of Aug. 14, 2002 and Dec. 20, 2002 (The first examiner rejected this limitation under 35 U.S.C. § 102(b) because "Abbruzzese discloses collection of specific information on the policy, the claim, the participant (insured), and line of property (see Tables IV to XX). These are the

*xvii. Dependent Claim 18*

103) Dependent claim 18 is reproduced below:

> [18.0] The method of claim 8, wherein the line level includes information related to details and damaged vehicle for automobile claims.

104) Abbruzzese describes the creation and maintenance of a claim file created through the use of the LPTX screens and/or an OCR process, and stored in the Main database.[195] The Loss Claim Table, which stores "specific loss and claim data,"[196] meets the claimed *line level*. *Information related to details and damaged vehicle for automobile claims* is associated with one or more of the LPTX screens that provide information to the Loss Claim Table. For example, the Auto Physical Damage Information LPTX screen (Table X) provides information to the Loss Claim Table.[197]

---

levels described by the specification as different groups of information collected for claims processing. Abbruzzese discloses a 'claim folder' as the collection of information on a claim in the Loss Claim database.").

[195] *See e.g.*, Abbruzzese, col.3 ll.37-58, col.135 ll.18-39, col.137 ll.40-42, Tables IV to XX (and associated text), and Figures 30-31 (and associated text).

[196] Abbruzzese, col.137 l.40.

[197] *See e.g.*, Abbruzzese, Table X (and associated text).

TABLE X

PHYSICAL DAMAGE INFORMATION

CUSTOMER TEST 02 PH 123123

OWNER NAME: CUSTOMER TEST

DESCRIBE DAMAGE TO INSD VEH:

USED W/PERM? (Y/N): PURPOSE OF USE:
REPAIR EST: ENTER "X" IF SALVAGE POSSIBILITIES:
WHERE/WHEN VEH CAN BE SEEN:

ATTY (N/R): NAME:
CLM DESC CODE: CLM DESC:
LOSS TYPE: CLM SYM: COV ID: TOTAL LOSS IND:

EST INC LOSS: EST INC ALLOC EXP: VERIFIER:
PTA: JIA: CLAIMS MADE DATE:

| | | |
|---|---|---|
| 1) CLAIM SET-UP | 13) INJURY | 18) HELP |
| 6) ADD CLMT | 31) STAT CODING | 23) LC |
| 16) RETURN | 11) PHYS DAMAGE | 30) LOCAL DATA |

Information related to details and damaged vehicle

Physical Damage LPTX screen. Dashed box and associated text added by the Requester.

105) Accordingly, Abbruzzese discloses "[*t*]*he method of claim 8, wherein the line level includes information related to details and damaged vehicle for automobile claims.*"[198]

*xviii. Dependent Claim 19*

106) Dependent claim 19 is reproduced below:

[19.0] The method of claim 8, wherein the line level further comprises information related to damaged property for property claims.

---

[198] '284 patent file history, Office Actions of Aug. 14, 2002 and Dec. 20, 2002 (The first examiner rejected this limitation under 35 U.S.C. § 102(b) because "Abbruzzese discloses collection of specific information on the policy, the claim, the participant (insured), and line of property (see Tables IV to XX). These are the levels described by the specification as different groups of information collected for claims processing. Abbruzzese discloses a 'claim folder' as the collection of information on a claim in the Loss Claim database.").