# EXHIBIT A

Gartner Research

Publication Date: 29 May 2002 ID Number: P-16-1552

# Accenture Markets Insurance Claims Components

Kimberly Harris

Accenture has expanded from its service-oriented roots by developing a component-based solution for claims management and administration. This solution will help insurers obtain efficiency in their claims processes.

© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

The introduction of the Claims Solution Group will shift the market view of Accenture into an IT service and solution provider. Success in the claims management and administration market will be contingent on the company leveraging its consulting relationships, offering flexible component options, creating a new mind-set with customers and prospects to promote its IT services and solutions, and retaining an open architecture that supports easy integration with surrounding technologies and solutions.

## ANALYSIS

Accenture's consulting work gave the company an up-close look at the insurance industry's problems and issues, including the unmet needs of claims departments. The insurers it assessed were using outdated processes, failing to address human performance issues and hiding costs in daily operations (factors such as turnover and catastrophes were not easy to evaluate). Although many insurers were implementing technology to assist in improving claims operations, they were not finding the return on investment (ROI) and meeting their goals because of the inadequate or incomplete use of solutions or process redesign (such as the movement of information to underwriters for price adjustments). To meet this need, Accenture began to invest in R&D in 1995 to develop a selection of tools for the insurance claims department to provide short-term corporate cost reductions and focus on a transformation of the claims workforce to embrace new technology. Underlying this work was the goal of creating a claims network that would facilitate interaction and communication among claims workers using advanced technology.

The result was the Accenture Claims Solution Group, a team of 130 headquartered in Murray Hill, New Jersey, that focuses on delivering products and specialized services to the insurance market. The group, which will remain a part of Accenture but have some level of operational autonomy, offers three primary software solutions/services targeted at the property and casualty (P&C) insurance market:

- Claims diagnostics, which are the data-gathering tools to help measure and analyze loss costs, expenses and customer service opportunities
- Software for claims management and administration
- Implementation tools and services (such as Web-based training)

The group has a dedicated sales force to market the claims offerings independently, as well as leverage the larger Accenture services and sales pool. To date, the group has devoted more than 42,000 workdays to develop the claims solution in conjunction with eight clients (five of which are in production and three licensees are in development). Clients include Chubb, Kemper, OneBeacon and the Workers' Compensation Board of Alberta. In addition, one of the top three P&C carriers in the world has recently executed a license agreement for the implementation of the full Claim Components software suite.

Accenture's Claims Solution Group has developed a component-based solution set that includes tools and technologies to assist in increased consistency of claims handlers/workforce. It leverages partner solutions for content management and fraud detection. The group recently announced v.2.0 of the product, which is multinational and multicurrency, available in English and in a German language version. Key components of the solution include:

- Claims Profiler, which maintains and compares patterns in claims data to facilitate segmentation of claims for assignment and work allocation.



© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Task Engine, which combines traditional workflow with event-driven management tools. This component matches data attributes of the Claims Profiler to the profile repository (including rules regarding state regulatory requirements and company-specific requirements and practices, such as accounting). All rules must be loaded by the insurers; none is embedded in the software.
- Partner Integration Framework, which provides XML interfaces with external systems, such as those for fraud, medical bill review and dispatch services.
- Claims Task Assistant, which inputs tasks into diary order, where tasks are reassigned, maintained and managed.
- Claims Folder, which is an electronic folder containing all claims information through the life cycle of the claim. Events are published to the events processor, which manages it so other required applications have access to the information.
- Claims Contact, which is a centralized repository of every party involved with the claim with links to the corresponding claims. (This component is not required for overall performance. The user can support any other vendor or in-house-built centralized claims file).
- Claims Financial, which is the claims administration system component. This component supports policy match, payment processing and reserve matching. It can be implemented using DB2 (the database of preference), Unix or any database requested by the insurer.

Customers can purchase individual components, hire subject matter experts within Accenture to help with implementation and process change, partner with Accenture to share risks and implementation responsibilities (the most common option for clients to date), or have Accenture design, build and run the solution in an application service provider (ASP) model. Pricing varies based on client arrangement, and options include licensing fee or ASP pricing models.

## Product Strategy

Accenture's Claims Solution Group has built a set of components aimed at solving the claims needs for insurers with greater than $500 million in annual premiums by:

- Providing an Internet component-based, open architecture
- Supporting dual connection options (running connected and disconnected for adjusters in the field)
- Enabling real-time information access to centralized claims information
- Replacing or augmenting replacement (through the Claims Financial component), or augmentation of legacy claims systems by adding the remaining claims management components
- Facilitating easy component assembly to create the optimal claims administration or management system
- Providing a Web-based activity costing tool to help diagnose problems
- Managing claims workflow and support load balancing
- Supporting claims segmentation



© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Enabling business process change to enable no- and low-touch claims processing
- Permitting incremental process modification and deployment
- Pairing claims components with Accenture's services

## Strengths

- Open architecture for ease of integration and out-of-the-box adapters that use XML, including those by Association for Cooperative Operations Research and Development (ACORD).
- The customer/licensee has the right to use the Claim Components source code to independently build other insurance applications beyond claims.
- Accenture's global presence for multinational insurers; however, 60 percent of clients are in the United States, where the Claims Solution Group is headquartered. Focus is growing now in Europe as the company devotes more marketing efforts to this region.
- Accenture's knowledge and experience in the insurance market.
- Technology partnership model. Partners include Microsoft for architecture, NetMap Analytics for fraud detection (recently acquired by ISO; see "NetMap Acquisition Strengthens ISO's Fraud Management Offerings," FT-15-6713) and FileNET for document management.
- Component-based system approach that combines hybrid custom development and packaged software.
- Offering in-house software and ASP models.

## Challenges

- Competition with traditional claims and back-office insurance vendors, such as Computer Sciences Corp., that are more well-known for expertise in this area, as well as other consulting firms that have created insurance claims products focused on claims management, such as PricewaterhouseCoopers (PwC) Consulting's ClaimSpeed product (see "PwC Consulting's ClaimSpeed: A Claims Management Tool," P-15-7270). The company will have to strategically position its set of claims solutions appropriately in the market and provide easy implementation and ROI to succeed.
- Inability to quantify ROI based on factors outside of the insurer's control (such as adjuster behavior and human elements).
- Lack of strategic partnerships with integration technology providers.
- Tie with Accenture consultant services, which could limit its ability to be used by other types of service firms and may hamper autonomy.
- The ability to co-market claims management solutions and claims administration systems during the sales process. Many clients will want only claims management, not administration. Although the company offers both types of software, Accenture must continue to emphasize a variety of sales options.



© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## Consider This Product When

- Seeking a comprehensive, Internet-based claims management and administration solution
- Wanting to incrementally migrate claims solutions to newer technologies that are Web-enabled
- Desiring a claims management tools that support workflow
- Engaging with Accenture currently
- Seeking to hire a service company to implement a claims management or administration system
- Needing a claims solution be extended to the claims network to support claims workflow and management

## Consider Alternatives When

- Wanting a solution embedded with a "best of breed" business rules engine
- Seeking a .NET-compliant solution, which won't be available until 1Q03
- Requiring embedded industry process templates in the rules engine

## Key Issues

Which vendors and technologies will emerge to drive change in financial services' channel architecture?

### Company Information

**Accenture**

**Headquarters:** New York, New York

www.accenture.com

**Founded:** Founded as Andersen Consulting in 1989 as part of Andersen Worldwide, which was founded in 1909. Legally separated from Andersen Worldwide on 7 August 2000; renamed Accenture on 1 January 2001; incorporated as a public company on 19 July 2001.

**Ownership:** Public/private split: 15 percent to 20 percent public; 80 percent owned by partners.

**Employees:** More than 75,000 as of 31 August 2001.

**Financial Data:** $11.44 billion in revenue as of 31 August 2001.

## Product Information

**Name:** Accenture Claim Components Solution

### Acronym Key

**ACORD** Association for Cooperative Operations Research and Development

**ASP** Application service provider



© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

**P&C** Property and casualty

**PwC** PricewaterhouseCoopers

**ROI** Return on investment

## REGIONAL HEADQUARTERS

Corporate Headquarters
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

European Headquarters
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

Asia/Pacific Headquarters
Level 7, 40 Miller Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

Latin America Headquarters
Av. das Nações Unidas 12.551
9 andar—WTC
04578-903 São Paulo SP
BRAZIL
+55 11 3443 1509

Publication Date: 29 May 2002/ID Number: P-16-1552


© 2002 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Gartner

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, a Switzerland Corporation, and ACCENTURE LLP, an Illinois Partnership, | ) | |
| Plaintiffs, | ) | C.A. No. 07-826-SLR |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| GUIDEWIRE SOFTWARE, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT, TRADE SECRET MISAPPROPRIATION, AND RELATED STATE LAW CLAIMS**

Plaintiffs ACCENTURE GLOBAL SERVICES GmbH, a Switzerland Corporation, and ACCENTURE LLP, an Illinois Limited Liability Partnership (collectively referred to herein as "Accenture"), by and through their attorneys, state as follows:

**JURISDICTION**

1. The claims in this patent infringement action arise under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including but not limited to 35 U.S.C. § 271.

2. This Court has subject-matter jurisdiction over this controversy under 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has supplemental jurisdiction over Accenture's claims arising under Delaware state law pursuant to 28 U.S.C. § 1367(a) because these claims are so related to the claims under federal law that they form part of the same case and/or controversy and derive from a common nucleus of operative fact.

**PARTIES**

4. Accenture Global Services GmbH, is a Switzerland Corporation and the owner of the intellectual property rights at issue in this action.

5. Accenture LLP is a limited liability partnership organized and existing under the laws of the State of Illinois and with a principal place of business in Chicago, Illinois. Accenture LLP is the owner and exclusive licensee of the intellectual property rights at issue in this action.

6. Accenture provides, among other things, claims management technology and services to the insurance industry. This technology is the result of more than a decade of development and many tens of millions of dollars of investment, and it is protected by the patent and copyright laws of the United States, as well as the trade secret laws of this and other States.

7. Guidewire, formerly known as Centrica Software Inc., is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business in San Mateo, California. Guidewire competes in the insurance claims management business, including with its "Guidewire Insurance Suite" tools and services. Guidewire's sales and licenses in the United States represent a regular, continuous and substantial flow of interstate commerce.

**VENUE**

8. Guidewire is incorporated in this judicial district and has sufficient contacts with this district to subject itself to the jurisdiction of this Court. Personal jurisdiction and venue are therefore proper in this district pursuant to 28 U.S.C. §§ 1391, 1400(b).

## INSURANCE CLAIMS MANAGEMENT

9. Broadly speaking, insurance claims management involves computer software and specialized consulting services to design processes through which an insurance company will optimize the handling of claims made under the insurer's policies.

10. Accenture's insurance industry client group helps property and casualty insurers, life insurers, reinsurers and insurance brokers improve business processes, modernize their technologies and improve the quality and consistency of risk selection decisions. Accenture's Insurance Claim Components Solution and associated services enable insurers to provide better customer service while optimizing claims costs, and bring products to market more quickly while reducing their costs.

11. Traditionally, claims handlers within an insurance company built up experience and individual practices over many years, with the result that each handler's practices were different, and junior claims handlers lacked the requisite expertise to ensure that each claim was properly, efficiently and—most importantly—consistently handled. These inefficiencies led to excess costs and poor customer service for insurers. The central goal of claims management software is to help an insurer have all handlers, whether experienced or very junior, follow that insurer's best practices for managing claims.

12. The Accenture Claim Components Solution tools and services are the result of significant investment by Accenture beginning in the 1990s, aimed at developing technology that could aid insurance companies by applying specially-designed computer software to these traditional problems of managing claims and claims handlers. In the mid-1990s, computer software at insurance companies was used almost exclusively for financial tracking, not for improving the practices or efficiency of the claims process.

13. Accenture's vision was of software that would revolutionize the insurance industry by helping claims handlers apply best practices to every claim. No such system had been developed when Accenture began considering the problem, and there were many people in the industry who doubted it would be possible. As part of its ongoing research and development efforts, Accenture seeded the project with nearly a million dollars of person-hours for a team of its employees in the late 1990s.

14. That team outlined the vision, and some of the initial hurdles, and began discussing how the system might appear when running on a claims handler's computer. The team then began confidentially discussing the idea with several of Accenture's insurer clients—most of whom remained highly skeptical. Accenture recognized early on that the cost of development would be very high, likely in excess of fifty million dollars, and that the only way to make it practical would be to have a number of clients purchasing essentially the same base system, and then to customize each client's version to meet individual needs.

15. In mid-1997, St. Paul Insurance agreed to share some of the cost of development, with Accenture retaining the intellectual property and the right to sell the software to other insurers. Accenture devoted the resources of more than a hundred architects, business experts, and programmers to the project for the next several years, in the meantime winning a contract to develop a similar claims system for Reliance Insurance in 1998. In the course of these confidential projects, Accenture amassed a large body of knowledge on techniques that work well in claims management, as well as techniques that do not work well. All of this information relating to the design, coding, and implementation of a claims management system is referred to herein as the "Accenture Trade Secrets."

16. Accenture began compiling the Accenture Trade Secrets at least as early as 1996. With the exception of Trade Secrets that have later been disclosed, for example, through filings with the United States Patent and Trademark Office, all of the Accenture Trade Secrets have been kept confidential. The Accenture Trade Secrets are not generally known, are maintained in confidence by Accenture's employees, and are maintained in confidence by others who need to know them and who have been entrusted with them according to express and implied agreements. Accenture has at all times taken reasonable steps to protect such confidential information from being stolen and misused. These trade secrets would have been of great value if they became known to Accenture's existing or potential competitors.

17. In October of 1998, Accenture completed its internal development of the first "beta" version of the Claim Components Solution system for St. Paul, and by the end of the year, completed the a similar phase of the Claim Components Solution software for Reliance as well. While very substantial development, tuning, customization and integration with each client's financial systems remained to be done, it soon became clear that the software provided the clients with major cost savings and competitive advantages.

18. Accenture filed the application for what became U.S. Patent 7,013,284 (the "'284 patent") on May 4, 1999, the application for what became U.S. Patent 7,017,111 (the "'111 patent") on April 14, 2000, and continued to file for additional patent protection as the projects progressed. A copy of the '284 patent is attached as Exhibit A, and a copy of the '111 patent is attached as Exhibit B. In addition, Accenture ensured that the software and the accompanying services were protected by non-disclosure agreements and that information about the Claim Components Solution product was kept confidential.

19. Seeing the cost and consistency advantages of the Claim Components Solution, the market flocked to Accenture. Over the next several years, Accenture sold the Claim Components Solution product to such household names as Allstate, Chubb and numerous others, and because of its massive investment and the complexity involved in developing the Claim Components Solution product, Accenture had little serious competition.

20. In the late 1990s, CNA Insurance's Personal business unit purchased a Claim Components Solution system from Accenture. At the same time, Accenture proposed a similar system to CNA's Commercial business unit. Over the next few years, as the Claim Components Solution product was developed and brought into production in the Personal business unit, Accenture's project leaders continued to discuss the benefits of the Claims Solution with the Commercial unit.

21. In late 2000, CNA Commercial requested an "assessment" from Accenture. To generate an assessment, Accenture would spend months studying the prospective client's business, and develop an extremely detailed plan for implementing the Claim Components Solution system into the insurer's existing processes and computer systems. When the CNA Commercial assessment was completed, it consisted of more than 150 pages, containing everything from specifics of how the Claim Components Solution system would integrate into CNA's legacy financial system, to how the business logic should be programmed, to how the cost-benefit calculations of the return on investment played out, to sample screen displays of the Claim Components Solution product in action. For obvious reasons, Accenture has required of CNA and other clients, under non-disclosure agreements, that such assessments be held in confidence and destroyed if the client chose not to buy a Claim Components Solution from Accenture.

22. Over the next two years, Accenture continued to work with CNA Commercial in refining the assessment. In late 2002, CNA requested a working copy of the Accenture Claim Components Solution system for testing purposes, and Accenture installed the Claim Components Solution software on computers at CNA and submitted a bid to implement that software for CNA Commercial. During this period, Accenture learned of the existence of a new entrant in the market, Guidewire Software ("Guidewire"). Accenture did not view Guidewire as a serious threat, given its small size and recent arrival in the market—by this point, Accenture had spent nearly a decade and tens of millions of dollars on its products and services.

23. In 2002, Michael Conroy and Wayne Hoeschen had joined Guidewire's "Board of Advisors." Mr. Conroy had formerly been employed at St. Paul—Accenture's first customer for the Claim Components Solution—as St. Paul's Executive Vice President, and on information and belief, Mr. Conroy was closely involved with the implementation of the Accenture Claim Components Solution at St. Paul. Indeed, Guidewire has acknowledged that while at St. Paul, Mr. Conroy "reinvented the claims organization…and introduced multiple new management systems and claim handling processes, saving the company hundreds of millions of dollars in annual claim handling costs"—a reference, on information and belief, to Mr. Conroy's significant involvement during St. Paul's implementation of Accenture's Claim Components Solution, where Mr. Conroy would have had access, in confidence, to the Accenture Trade Secrets. *See* Exhibit C.

24. Similarly, Mr. Hoeschen had previously worked as St. Paul's Chief Information Officer, and on information and belief, was closely involved in the implementation and technological development of the Claim Components Solution at St. Paul. Guidewire has stated that Mr. Hoeschen "led The St. Paul through four major merger integrations and migrated the

company's architecture from mainframe systems to client/server and Web-based systems"—a reference, on information and belief, to Mr. Hoeschen's significant involvement during St. Paul's implementation of Accenture's Claim Components Solution, where Mr. Hoeschen would have had access, in confidence, to the Accenture Trade Secrets. *See* Exhibit C.

25. CNA's former Chairman and Chief Executive Officer, Dennis Chookaszian, had also joined Guidewire's "Board of Advisors" during this period. On information and belief, Mr. Chookaszian had overseen the development and implementation of a Claim Components Solution installation at the CNA Personal business unit, and had reviewed the confidential Accenture assessment at the CNA Commercial business unit. Guidewire has said that Mr. Chookaszian "has deep experience in insurance technology, having previously been CIO [Chief Information Officer] of CNA." *See* Exhibit C.

26. On information and belief, Messrs. Conroy, Hoeschen and Chookaszian each possessed, under obligations of confidence, detailed information about the Accenture Trade Secrets—information that would have been extremely valuable to an Accenture competitor.

27. In early 2003, CNA informed Accenture that an unnamed competitor would engage in a joint project with CNA to develop and install software of similar functionality, for more than ten million dollars less than Accenture proposed to charge. Accenture later learned that this competitor was Guidewire.

28. In the course of implementation of the Guidewire Insurance Suite product at CNA Commercial's business unit, CNA staffed the project with some of the ***same*** CNA employees who had been intimately involved with the Accenture assessment, and who, on information and belief, had had access under non-disclosure agreements to the Accenture Trade Secrets. Specifically, at least CNA's Richard Affenit and Jerome Reynolds, as well as other executives at

CNA, had had access to the Accenture Trade Secrets and later worked on implementing a Guidewire claims system. CNA's natural desire to get the best solution from the Guidewire development, given what it knew in confidence from Accenture, made these executives ideal conduits for transfer of the Accenture Trade Secrets to Guidewire.

29. Accenture does not presently know whether CNA or former St. Paul employees knowingly provided the Accenture Trade Secrets to Guidewire; whether Guidewire convinced those employees to inadvertently reveal the Accenture Trade Secrets; whether Guidewire surreptitiously obtained this information from those employees' files under false pretenses; or whether Guidewire in some other way encouraged and enabled the improper disclosure to it. However, considering that Guidewire, a complete newcomer to the insurance market, was able to develop its product in approximately 28 months, compared to nearly a decade for Accenture's pioneering development, and considering that Guidewire's product, as described below, bears an uncanny similarity to Accenture's, it is reasonable to conclude that at least a significant portion of the Accenture Trade Secrets were improperly disclosed to, and used by, Guidewire.

30. On information and belief, Guidewire obtained the Accenture Trade Secrets through improper means, through either (a) former St. Paul employees Conroy and/or Hoeschen, or (b) former and present CNA employees, including but not limited to Chookaszian, Affenit, and/or Reynolds, (c) from other as yet unknown employees at St. Paul or CNA, or (d) a combination of (a), (b) and (c) above. On information and belief, Guidewire knew or should have known that such information was confidential to Accenture, and knew or should have known that its access was in violation of confidentiality agreements between Accenture, on the one hand, and St. Paul and/or CNA, on the other.

31. On information and belief, Guidewire extracted from CNA a great deal of information concerning the system's requirements, business rules, schemes for integration with legacy systems, mock-ups of screens, data mapping requirements and the like—all of which was based on the Accenture Trade Secrets, and all of which Guidewire knew or should have known it was not authorized to access or use.

32. On information and belief, Guidewire used the Accenture Trade Secrets in developing its products. For instance, publicly-available information about the Guidewire Insurance Suite states that the core of the Guidewire claims handling product is the "dynamic workplan" shown below—a component that bears a striking resemblance to the Accenture trade secret components "event processor" and "task engine," (which provide a structure for responding to and processing events). Similarly, Guidewire states that its "business rules engine provides complete control over the claim process - segmentation and assignment, activity generation, collaboration, responses to new information, exception handling, etc.," and it bears a striking resemblance to Accenture's trade secret component that provides underlying logic to determine which tasks need to be performed in response to claim events, based on each claim's characteristics, using rules-processing logic.




33. Accenture continued to enjoy considerable success in the market, but as time passed, Guidewire emerged more and more frequently as a challenger to Accenture. As noted above, it had developed its product in such a short time that it was very unlikely to have done so independently of access to the Accenture Trade Secrets. This was particularly compelling in light of its small size and relatively light experience in the insurance market. As an interview with the Guidewire founders reported, "When John Seybold and his partners founded Guidewire (originally Centrica Software) in 2001, he knew little more about the insurance industry than an informed consumer… ***none of them had direct experience in the industry***." Exhibit D (emphasis added).

34. On information and belief, Guidewire was aware of Accenture's prospective contract with CNA's Commercial business unit for the Claim Components Solution software and services, Guidewire interfered with that contract by using the improperly-acquired Accenture Trade Secrets to undercut Accenture's price, and owing to this improper conduct by Guidewire,

CNA Commercial awarded the contract to Guidewire, causing damages to Accenture in the tens of millions of dollars.

35. When the '284 and '111 patents issued in March of 2006, Accenture undertook a review of the intellectual property protection for the Claim Components Solution assets. After comparing the claims of the '284 patent and information available regarding the Guidewire software, Accenture realized that Guidewire infringed the patent and, on information and belief, had gained access to and used the Accenture Trade Secrets in creating its software and services. Accenture filed this action as a result.

## CLAIMS FOR RELIEF

## CLAIM 1 – INFRINGEMENT OF ACCENTURE'S '284 PATENT

36. Accenture repeats and realleges each and every allegation above with the same force and effect as if here set forth in full.

37. On information and belief, Guidewire has infringed and continues to infringe; has induced and continues to induce others to infringe; and/or has committed and continues to commit acts of contributory infringement of, one or more of the claims of the '284 patent. Guidewire's infringing activities in the United States and this District include the development, manufacture, use, importation, sale, and/or offer for sale of products, including but not limited to Guidewire Insurance Suite and Guidewire ClaimCenter, and contributing to and inducing others to do the same. Such products have no substantial non-infringing use. Guidewire's infringing activities violate 35 U.S.C. § 271.

38. On information and belief, Guidewire's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to Accenture.

39. On information and belief, Guidewire's infringement in violation of the federal patent laws will continue to injure Accenture unless otherwise enjoined by this Court.

**CLAIM 2 – INFRINGEMENT OF ACCENTURE'S '111 PATENT**

40. Accenture repeats and realleges each and every allegation above with the same force and effect as if here set forth in full.

41. On information and belief, Guidewire has infringed and continues to infringe; has induced and continues to induce others to infringe; and/or has committed and continues to commit acts of contributory infringement of, one or more of the claims of the '111 patent. Guidewire's infringing activities in the United States and this District include the development, manufacture, use, importation, sale, and/or offer for sale of products, including but not limited to Guidewire Insurance Suite and Guidewire ClaimCenter, and contributing to and inducing others to do the same. Such products have no substantial non-infringing use. Guidewire's infringing activities violate 35 U.S.C. § 271.

42. On information and belief, Guidewire's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to Accenture.

43. On information and belief, Guidewire's infringement in violation of the federal patent laws will continue to injure Accenture unless otherwise enjoined by this Court.

**CLAIM 3 – TRADE SECRET MISAPPROPRIATION**

44. Accenture repeats and realleges each and every allegation above with the same force and effect as if here set forth in full.

45. On information and belief, Guidewire has obtained and used or intends to use Accenture's Trade Secrets without authorization in its own process to design, develop,

manufacture and/or sell claims management software and services, and to assist it in its ongoing efforts to compete against Accenture in the claims management market.

46. On information and belief, Guidewire has also used Accenture Trade Secrets in connection with applying for and obtaining United States Patents.

47. On information and belief, Guidewire has acted with knowledge that the information it used was Accenture's Trade Secrets and that it was not authorized to possess or use these Trade Secrets; Guidewire has therefore acted willfully and maliciously.

48. On information and belief, Guidewire's acts of misappropriation will continue, causing great and irreparable harm to Accenture, unless enjoined by this Court.

**CLAIM 4 – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS**

49. Accenture repeats and realleges each and every allegation above with the same force and effect as if here set forth in full.

50. As a provider of insurance claims software and related services, Accenture has business relationships with customers and prospective customers in the United States and around the world, such as CNA. On information and belief, Guidewire has knowledge of Accenture's customer and prospective customer relationships, such as the prospective contract with CNA in 2002 and 2003. Through the acts complained of above, Guidewire has specifically and intentionally interfered with those business relationships, with either the sole purpose of harming Accenture, or by using dishonest, unfair, or improper means. As a result of Guidewire's interference, Accenture's relationships with its customers and prospective customers have been injured and Accenture has suffered damages in an amount to be fully determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray as follows:

(a) that the Court render judgment declaring that Guidewire has infringed, induced the infringement of, and contributorily infringed the '284 and '111 patents in violation of 35 U.S.C. § 271;

(b) that the Court render judgment declaring Guidewire's infringement of the '284 and '111 patents willful and deliberate;

(c) that Accenture be awarded damages adequate to compensate Accenture for Guidewire's infringement of the '284 and '111 patents;

(d) that Accenture be awarded prejudgment interest on all damages awarded;

(e) that the Court temporarily, preliminarily and permanently enjoin Guidewire, its successors, assigns, subsidiaries and transferees, and its officers, directors, agents, employees, as follows:

1. from selling or offering to sell any product falling within the scope of the claims of the '284 and '111 patents, including but not limited to Guidewire Insurance Suite and Guidewire ClaimCenter;
2. from importing any product into the United States which falls within the scope of the claims of the '284 and '111 patents;
3. from manufacturing any product falling within the scope of the claims of the '284 and '111 patents;
4. from using any product or method falling within the scope of any of the claims of the '284 and '111 patents;

5. from actively inducing others to infringe any of the claims of the '284 and '111 patents;
6. from engaging in acts constituting contributory infringement of any of the claims of the '284 and '111 patents;
7. from all other acts of infringement of any of the claims of the '284 and '111 patents;

(f) that the Court award treble damages to Accenture for the unlawful practices described in this Complaint;

(g) that the Court enter judgment against Guidewire for the maximum penalties determined by the Court to be just and proper;

(h) that the Court render judgment declaring this to be an exceptional case;

(i) that Accenture be awarded its costs of suit, including reasonable attorneys' fees;

(j) that the Court temporarily, preliminarily and permanently enjoin Guidewire, its successors, assigns, subsidiaries and transferees, and its officers, directors, agents, employees, as follows:

1. restraining Guidewire from using or disclosing any Accenture Trade Secrets relating to claims management;
2. restraining Guidewire from marketing or offering for sale any claims management software or services which have been developed using any part of Accenture's Trade Secrets, including but not limited to Guidewire Insurance Suite and Guidewire ClaimCenter;

3. requiring Guidewire to return forthwith to Accenture and not to copy, or use or disclose in any way, any materials which contain or describe any part of Accenture's Trade Secrets.

(k) That the Court impose a constructive trust on the fruits of Guidewire's misappropriation, including rights to patents and patent applications and any other ill-gotten gains;

(l) That Accenture be awarded damages (in an amount to be proved at trial) adequate to compensate Accenture for Guidewire's trade secret misappropriation;

(m) That Accenture be awarded increased damages as provided by the Uniform Trade Secrets Act § 3(b);

(n) That Accenture be granted temporary, preliminary and permanent injunctive relief against Guidewire's interference with business relations; as well as damages in compensation thereof, and costs and attorneys' fees pursuant to the same; and

(o) that Accenture be awarded such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand trial by jury of all issues so triable under the law as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James Pooley
L. Scott Oliver
Diana Luo
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 813-5700

Dated: December 17, 2008
895333 / 32523

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs*
*Accenture Global Services GmbH*
*and Accenture LLP*

# EXHIBIT C

Gartner

Research

**Publication Date: 17 January 2003** **ID Number: CS-18-9668**

# Accenture's Claim Components Improve Chubb's Process

**Kimberly Harris**

Insurers looking at new options for claims processing and settlement will likely evaluate claims processing and management solutions. The joint project of Chubb and Accenture highlights key requirements for such projects.

© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

The use of Accenture's Claim Components will help Chubb support and control claims processing and settlement. Other property and casualty (P&C) insurers should evaluate their claims systems to ensure that they can meet the demands for processing efficiency, customer service, adjuster support and process management.

## CASE STUDY

Chubb Group of Insurance Companies was established in 1882 as Chubb and Sons and evolved into Chubb Corporation in 1967. This public company has more than 10,000 employees throughout North America, Europe, South America and the Pacific Rim and serves the property and casualty (P&C) industry with more than 132 offices in 33 countries.

Like other insurers, Chubb was facing industry pressures to remain competitive and reduce the costs of claims handling. As a result, Chubb's U.S. division initiated a project to update claims technology to support its business goals for claims efficiency and customer service requirements. Led by the claims department divisional CIO, the group evaluated solutions to replace its claims system, support the claims process and be the workstation to support all P&C lines. Chubb wanted a solution that could easily integrate with its planned First Notice of Loss (FNOL) system, be customized and use thin-client.

After a year-long evaluation of the packaged claims market, the company determined that no single packaged solution could meet its needs. The company did not want to build a new system in-house, however, because it believed that process was long and difficult.

In the end, Chubb selected Accenture's Claim Component Solution for the claims workstation and to jointly build the claims financial system (see "Accenture Markets Insurance Claims Components"). At the time, Accenture was in the process of migrating its multiline claims workstation to thin-client, but had not yet developed a claims financial system. Although the solution was not a perfect fit, Chubb was pleased with Accenture's team and pricing when compared to other alternatives, and determined that the components could be customized to match its line of business and technological requirements. According to the project plan:

- Chubb would jointly customize pre-built Accenture's claims workstation component under the agreement. This included building and enhancing the workstation components to meet Chubb's specific needs. The workstation is used to help the adjuster manage the claim adjudication process, but not the financial aspects of claims handling (such as reserving). The claims workstation was piloted in September 2001, and the rollout was completed in October 2002.
- Chubb and Accenture would jointly develop the workers' compensation financial system; Chubb would then independently develop the financial system to support its other lines of business. The financial system, which helps the adjuster manage the financial aspects of claim handling (such as reserves and payment of claims), for workers' compensation was built in 18 months, piloted in 1Q02 and rolled out in 3Q02. Data from the financial system is crucial because it feeds into other systems, such as the management information system (MIS) and the actuarial system, and financial statements. Chubb has completed development of the casualty line of business (which is scheduled to be rolled out in early 2003) and will continue to build out the system for other P&C lines during the next three years.


© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Chubb would build the FNOL application using the Accenture architecture. This application took a year to build and customize. The application, which was implemented in 2001, is used by the call center and has been integrated into the claims workstation and financial system.

Since the project, Accenture has continued to enhance the Claim Components to include a more-open architecture that supports the XML offering of the Association for Cooperative Operations Research and development (ACORD) and an application service provider (ASP) offering. Accenture has additionally extended the components so that the solution can be fully internationalized and has built out the claims financial framework to support additional lines of business. Currently, the Automobile line is in development. Terms of the arrangement between Chubb and Accenture, while not publicly released, were satisfactory to Chubb.

## Problem

At the onset of the project in 1998 through 1999, Chubb's U.S. operations were running a 28-year old legacy claims system that was developed in-house. This COBOL-based system was inflexible, unable to support claims department restructuring and fulfilled limited reporting needs. The system was fragile because of the number of changes made to the code over time. Chubb wanted a Web-based claims system that would help the company meet future business needs.

## Objective

Chubb needed a system to support the company's high service standards, anytime-anywhere claim processing, and seamless integration of all of its claims systems and future system enhancements. To find such a solution, the division evaluated replacement options for its claims system, including assessing the packaged market for claims solutions, as well as in-house development.

## Approach

After discussions with IBM and Accenture, Chubb found that Accenture was marketing a set of claims components that could be modified to fit its needs (for example, customizing the Claims Components to meet Chubb's needs and building of the claims financial system and FNOL application). This option best matched Chubb's platform, functionality and cost objectives.

Chubb and Accenture:

- Involved corporate IT and management in the negotiations. The project was presented to the claims governance and policy committees, which are made up of senior management from various divisions within the organization.
- Focused on return on investment (ROI) justification during the evaluation process. ROI was based on service improvement, not staff reduction. Chubb could demonstrate improved service, which could transfer into money. The project plan focused on improved customer service and reduced risks of software failure and maintenance/upgrade flaws.
- Involved the responsible parties for customer relationship management (CRM) in the FNOL and claims workstation discussions to ensure a positive impact on customer service requirements.
- Customized the claims workstation, which took 15 months.



© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Integrated the workstation with proprietary policy systems, Rightfax (faxing software), feeds from Corvel (medical repricer) and Colossus (Computer Science Corp.'s expert system for evaluating body injury claims).
- Integrated the solution with Chubb's FNOL application running in the call centers.
- Looked at supplemental claims solutions needed for analytics (this phase of the project is scheduled for 2003).
- Assessed wireless use for future needs. Chubb plans to look at wireless access during the next few years, when the technology is more mature. The company is looking to use personal digital assistants (PDAs) for outside adjusters and property adjusters to streamline claim processing, especially during a catastrophe.
- Shifted responsibility to Chubb to develop education and training materials for the claims system. Chubb created a comprehensive program to ensure the successful implementation of the systems to the field and help desk. Each office had a system expert responsible for helping other staff and solving system problems.
- Worked so that Chubb could maintain the system after installation, especially for future changes and cost containment.

Additionally, Chubb used XML for data exchanges with external partners. The insurer does not currently use ACORD's XML standards, but plans to adopt those specifications when the standards are more mature and final.

## Results

Chubb began to feel the effects of the project during the process. To date, Chubb reports:

- Improved claims workflow. This results in reduced time to process claims, improved speed in assigning them to adjusters and greater ability to meet service goals.
- Reduced time for processing, improved service rating and improved adjuster activity as a result of the FNOL deployment.
- Easier integration with the other claim systems.
- Greater ability for virtual staffing as a result of the use of a thin client. During a catastrophe and off hours, calls can be routed to staff homes and remote locations so that Chubb can provide seamless, uninterrupted claim service.
- Better data capture and accuracy, which contributes to better management reports. Customer service representatives can gather data that adjusters previously had to gather. Data is more accurate because of the elimination of rekeying and the centralization of data entry within the call center, rather than in the field. More data is captured, and adjusters can spend more time adjudicating claims vs. data entry.

Although the company cannot release the payback period, it has been able to determine that the investment in the solution will pay for itself through the savings and improvements generated.

## Critical Success Factors/Lessons Learned

The company reports that it broke every rule of project management during this project (including spanning more than one year of duration and having multiple people involved in the management process). However, Chubb, which was highly committed to the project and ultimately provided 55 percent to 60 percent of the total project resources, is pleased with the outcome.



© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

The claims process is central to the insurance industry. Today's processes are inefficient and cumbersome, leading to substantial losses (such as claim fraud) and customer dissatisfaction because of improper management and lengthy settlement periods. Insurers will increasingly be forced to evaluate their claims systems and applications to ensure that they can support corporate business objectives. Chubb exemplifies how innovative insurers are investing in the claims department to ensure competitiveness.

Insurers embarking on similar claims projects should note:

- Business has to drive the need for the project. Chubb had to re-engineer the process and effort from a business perspective to show the direct and indirect business benefit to the claims department. Chubb wanted to ensure customer service quality, especially to support FNOL entry within the call center. A re-systemization strategy was created to understand how the company was to proceed with the project to meet claims objectives.

- Implementation should happen in a phased approach, not a big bang. The claims project was divided into three project plans, which occurred simultaneously, but were implemented in phases. This helped manage the project and minimize the risk.

- System flexibility is crucial. Chubb had to find a claims system that was flexible enough to adapt to business best practices. For example, the Accenture components have an event processor and task engine that are used to identify events in the system (such as send form or put notice in adjuster "to do" list). Given the success of the U.S. installation, Chubb plans to roll out the entire claims solution to its European office. It is anticipated that the system will have a long shelf life because of the flexibility and control that Chubb has developed in the new system.

- Partner management is required. Careful attention should be focused on monitoring and managing the development partner during the project, as well as ensuring appropriate commitment of both partners involved in the project. Failure will lead to missed deadlines, "project creep" and elevated project investments.

## Key Issues

How will changes in technology and processes affect financial services' requirements and efficiencies?

### Acronym Key

| | |
|---|---|
| **ACORD** | Association for Cooperative Operations Research and Development |
| **ASP** | Application service provider |
| **CRM** | Customer relationship management |
| **FNOL** | First Notice of Loss |
| **MIS** | Management information system |
| **PDA** | Personal digital assistant |
| **P&C** | Property and casualty |
| **ROI** | Return on investment |



© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

## REGIONAL HEADQUARTERS


Corporate Headquarters
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

European Headquarters
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

Asia/Pacific Headquarters
Level 7, 40 Miller Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

Latin America Headquarters
Av. das Nações Unidas 12.551
9 andar—WTC
04578-903 São Paulo SP
BRAZIL
+55 11 3443 1509




© 2003 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

# EXHIBIT D




High performance. Delivered. | Home | News | Press Kits | People | PR Contacts | username

Global Home ▸ Newsroom ▸ Accenture to Implement Claim Components Solution for OneBeacon Insurance

Add to Briefcase   Print Article

10 January 2002
Accenture to Implement Claim Components Solution for OneBeacon Insurance

**Web-Based Application Facilitates Claims Handling and Reduces Claim Leakage**

**NEW YORK – Jan. 10, 2002 –** Accenture (NYSE: ACN) has been selected to license and implement its Web-based Claim Components software application at OneBeacon Insurance Group, a leading property and casualty insurance carrier.

Accenture will work with a core team of OneBeacon business and IT professionals to custom-design the Claim Desktop component of the software, automating critical business processes to help OneBeacon's 1,000 claims professionals better execute the claim-handling process.

"We believe that Accenture's solution will enable us to achieve sustained savings of millions of dollars through reductions in claim leakage and improved adjuster productivity," said Dick Jordan, managing director and chief claims officer at OneBeacon. "The solution will empower our front-line adjusters with a decision-support tool that can help standardize 'best practices,' automate routine administrative tasks, and allow them to focus on building core skills to deliver superior results."

Tools Navigation

- Advanced Search
- View Personal Folders
- Media Register Here
- Sign Up for Release Alerts
- Media Requests

How may we help you?

- Your Content
- Request for Services
- Alerts & Newsletters
- Send Site Feedback

Recently Viewed Articles

Accenture Newsroom: Accenture Receives Highest Overall Customer Satisfaction Score Among Claims Solutions in Novarica ACE Rankings

Accenture's solution leverages reusable net-centric applications built on a component-based architecture. In addition, the solution is accessible via Web browsers and automatically assigns claim-related tasks to the appropriate party, ensuring consistency across multiple levels of claim-handler experience, regardless of geographic location.

"Insurers are looking for ways to quickly deploy innovative solutions to critical business areas, such as claims," said Dave Hollander, managing partner of Accenture's Claims Solution group. "Our Web-based claims application, which we've already implemented for several leading property and casualty insurers, can shave development time by 12-24 months, yielding business benefits sooner at lower costs."

**About Accenture**
Accenture is the world's leading management consulting and technology services organization. Through its network of businesses approach — in which the company enhances its consulting and outsourcing expertise through alliances, affiliated companies and other capabilities — Accenture delivers innovations that help clients across all industries quickly realize their visions. With more than 75,000 people in 47 countries, the company generated net revenues of $11.44 billion for the fiscal year ended August 31, 2001. Its home page is www.accenture.com.

**About OneBeacon**
Headquartered in Boston, Massachusetts, OneBeacon Insurance Group has an A.M. Best rating of A (excellent) and offers a wide range of personal, commercial and specialty products and services, which are sold exclusively through select independent agents. OneBeacon is a wholly owned subsidiary of White Mountains Insurance Group, Ltd., of Hamilton, Bermuda, whose principal executive offices are in White River Junction, Vermont.

###

Contact(s):

Janet A. Sparre
Accenture

+1 (917) 452 0710
janet.a.sparre@accenture.com

Marykate Reese
Accenture
+1 (917) 452 8738
marykate.reese@accenture.com

<back

Privacy Policy Terms of Use Site Map ©1996-2009 Accenture All Rights Reserved

# EXHIBIT E




High performance. Delivered. | Home | News | Press Kits | People | PR Contacts | username

Global Home ▸ Newsroom ▸ Fireman's Fund Adopts Accenture's Claims Processing Technology

Add to Briefcase   Print Article

05 February 2007

Fireman's Fund Adopts Accenture's Claims Processing Technology

NEW YORK and NOVATO, Calif.; Feb. 5, 2007 – Fireman's Fund Insurance Company has selected Accenture (NYSE: ACN) technology for processing its insurance claims. The companies will jointly implement the newly upgraded technology solution to handle all claims submitted to Fireman's Fund® under its commercial, personal and specialty lines.

"We believe a high-performing claims system is one of the critical paths to customer satisfaction, growth and profitability," said Paul Stachura, chief claims officer, Fireman's Fund. "We chose this technology for its scalability and innovative design as well as its track record in the industry."

The Accenture Claim Components Solution is a Web-based technology designed to help insurers improve the efficiency of their claims-handling operations through the automation of routine tasks. At Fireman's Fund, the solution supports core claims transactions from first notification of loss through closure of the claim. It integrates with a full range of claims interfaces.

"Claims processing represents the single largest operating cost for property and casualty insurers," said Michael A. Lucarini, senior executive and global head of Accenture's claims solutions. "It is an area where insurers are often able to improve their efficiencies significantly and meaningfully differentiate themselves in the market."

This latest version of the software includes an enhanced user interface and dynamic question and answer architecture, Web services framework, and Microsoft .NET 2.0

Tools Navigation

- Advanced Search
- View Personal Folders
- Media Register Here
- Sign Up for Release Alerts
- Media Requests

How may we help you?

- Your Content
- Request for Services
- Alerts & Newsletters
- Send Site Feedback

Recently Viewed Articles

technology. Accenture Claim Components Solution currently helps process approximately one-third of all property and casualty insurance claims in the United States.

**About Accenture**

Accenture is a global management consulting, technology services and outsourcing company. Committed to delivering innovation, Accenture collaborates with its clients to help them become high-performance businesses and governments. With deep industry and business process expertise, broad global resources and a proven track record, Accenture can mobilize the right people, skills, and technologies to help clients improve their performance. With approximately 146,000 people in 49 countries, the company generated net revenues of US$16.65 billion for the fiscal year ended Aug. 31, 2006. Its home page is www.accenture.com.

**About Fireman's Fund**

Fireman's Fund Insurance Company is a premier property and casualty insurance company providing personal, commercial and specialty insurance products nationwide. Fireman's Fund is a member of the Allianz Group (NYSE: AZ), one of the world's largest providers of property and casualty insurance and other financial services. For additional information, visit www.firemansfund.com.

Contact(s):

Sean Conway
Accenture
+1 (917) 452 6444
+1 (917) 592 5744
sean.k.conway@accenture.com

<back

Privacy Policy Terms of Use Site Map ©1996-2009 Accenture All Rights Reserved

# EXHIBIT F




*High performance. Delivered.* | Home | News | Press Kits | People | PR Contacts | username

Global Home ▸ Newsroom ▸ Accenture Licenses its Claim Components Software to The Hartford

Add to Briefcase   Print Article

05 February 2004
Accenture Licenses its Claim Components Software to The Hartford

NEW YORK; Feb. 5, 2004 – Accenture has been selected to implement its Claim Components software application at The Hartford Financial Services Group, Inc., one of the nation's largest investment and insurance companies. The pilot implementation is targeted for the third quarter of calendar-year 2005.

Accenture will license the full suite of the .NET version of Claim Components (Release 5.2.1) to The Hartford and to Specialty Risk Services, Inc. (SRS), The Hartford's wholly owned third-party administrator for claims processing. Accenture's Claim Components software automates business processes in the claims-handling process.

Additionally, The Hartford has selected the ClaimCapture platform from First Notice Systems, Inc. as the first notice-of-loss application that will be integrated to work with Claim Components through Accenture's partner integration framework.

Accenture recently announced the availability of Accenture's Web-based claims application designed using Microsoft's .NET architecture. This release allows users to conduct more than 300 core claims transactions through the use of Web services and helps insurers to integrate their systems with heterogeneous back-

Tools Navigation

- Advanced Search
- View Personal Folders
- Media Register Here
- Sign Up for Release Alerts
- Media Requests

How may we help you?

- Your Content
- Request for Services
- Alerts & Newsletters
- Send Site Feedback

Recently Viewed Articles

end systems.

"Accenture looks forward to extending its relationship with The Hartford to include P&C claims," said Michael Lucarini, a partner in Accenture's Insurance Solution Group. "World-class companies such as The Hartford and Specialty Risk Services are setting the pace in the insurance and third-party administrator markets by driving competitive advantage in their respective claims operations."

Eleven leading property and casualty insurers worldwide have licensed the Accenture Claim Components solution, and more than 40,000 claims handlers worldwide use Accenture Claim Components software on their desktops.

**About Accenture**
Accenture is a global management consulting, technology services and outsourcing company. Committed to delivering innovation, Accenture collaborates with its clients to help them become high-performance businesses and governments. With deep industry and business process expertise, broad global resources and a proven track record, Accenture can mobilize the right people, skills, and technologies to help clients improve their performance. With approximately 86,000 people in 48 countries, the company generated net revenues of US$11.8 billion for the fiscal year ended Aug. 31, 2003. Its home page is www.accenture.com.

**About The Hartford**
The Hartford is one of the nation's largest investment and insurance companies. The company is a leading provider of investment products, life insurance and group benefits; automobile and homeowners products; and business property and casualty insurance. The Hartford's Internet address is www.thehartford.com.

**About First Notice Systems**
Founded in 1993, First Notice Systems (www.firstnotice.com) is the premier provider of claim reporting and customer service solutions to the insurance and healthcare industries. First Notice connects insurance carriers, third-party administrators and healthcare organizations with their customers through a combination of call center outsourcing services and rules-based Web technology. With headquarters in Boston, MA, First Notice Systems, Inc. is a wholly-owned subsidiary of Concentra Inc. Concentra is a leading healthcare company offering

a broad range of products and services that provide quality patient care for work-related injuries and that manage the rising costs of healthcare and workers' compensation. Concentra serves the occupational healthcare, group health and auto/liability markets. "Concentra", "First Notice Systems" and "ClaimCapture" are registered trademarks of Concentra Operating Corporation (www.concentra.com).

###

Contact(s):

Marykate Reese
Accenture
+1 (917) 452 8738
marykate.reese@accenture.com

<back

Privacy Policy Terms of Use Site Map ©1996-2009 Accenture All Rights Reserved

# EXHIBIT G

Gartner Industry Research

Publication Date: 6 April 2007 ID Number: G00147607

# Europe's Emerging Claims Administration Market Remains Fragmented

Kimberly Harris-Ferrante, Stephen Forte

Investment in claims administration systems is projected to increase during the next 24 months as insurers focus on claims efficiency and improved customer service. However, vendor selection will be challenging because of the lack of proven Pan-European vendors in the market.

## Key Findings

- Few European general insurers are buying new claims administration solutions. Most use monolithic systems that couple claims with policy, underwriting and billing functionality, and they find it difficult to build a business case for complete system replacement.
- European insurers experience claims problems, but technology spending lags.
- The European claims administration vendor market is fragmented with no clear leader. Solutions generally focus on a limited range of countries, do not support multicurrency/multilingual capabilities, and have limited customer references.
- Pan-European insurers will be challenged in finding suitable solutions for a large geographic installation.

## Recommendations

*European insurers:*

- Realistically assess your organization's ability to offer quality customer service, manage your claims supply network and contain operational costs in the claims department.
- Assess packaged offerings rather than building new claims administration solutions in-house. Look for established vendors and/or those with flexible, rule-driven solutions that you can configure to meet your company needs and country-specific requirements.
- In selecting new claims administration solutions, carefully outline the claims needs — including countries to be supported and country-specific requirements (for example, regulatory reporting process).
- Ensure professional service assistance is adequate in your geography — either by the vendor or through a local partner.
- Select vendors with proven deployment in multiple countries to support Pan-European operations and flexible solutions that allow for business users to build and maintain country-specific business rules without customizing the base system.

© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

Technology preferences among European general insurers are beginning to shift. This, coupled with intensified pressure to improve claims processes and better claims administration solutions to choose from, will lead to heightened investment in claims solutions during the next 24 months. Claims administration system vendors concentrating on Europe should focus on building out country-specific support, including multicurrency and regulations for their target countries. Solutions that support service-oriented architecture and that are rule-engine-based will improve insurers' ability to input country-specific rules and use a single solution for Pan-European operations.

## ANALYSIS

While the market for claims administration and management solutions is quite mature in North America, it is in its infancy in Europe. To date, relatively few general insurers have engaged in large-scale claims administration system replacement projects, and vendors have focused on a limited number of countries. There are few options for Pan-European insurers wanting a single solution to deploy across many European countries. European general insurers should understand the importance of the claims administration system for their ability to provide fast, efficient and customer-intimate claims servicing. Insurers must invest in componentizing claims administration systems from comprehensive policy administration systems and replacing claims systems that do not allow processes to be visible and improved, and those that are difficult to maintain and support new projects, such as claims analytics during the next 24 months.

## Shifting Market Conditions in the European General Insurance Industry

The investment among European general insurers in new claims administration solutions has not been as great as that among insurers in other regions. Gartner research has found that claims administration system replacement has not been a priority among European general insurers in the past two years. Few insurers have purchased new systems during this time. That does not mean that companies do not have claims problems.

A Gartner study conducted in mid-2006 with insurers in the top-five insurance markets in Europe — the U.K., France, Germany, Italy and the Netherlands — found that insurers report a variety of problems in their claims processes (see Figure 1).



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

**Figure 1. Claims Problems Among European General Insurers**




**Source: Gartner (April 2007)**



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Gartner

The study found that the high cost of claims processing, fraud identification, and information management and distribution were the top-three challenges among European insurers. Issues surrounding system maintenance and upgrades were ranked low — only 9% of the respondents indicated that this was an issue for their organization. Furthermore, the study found that only 30% of European general insurers were investing in new claims technologies.

Overall, many insurers have systems that still support their claims operations without major business challenges or are tightly embedded in policy administration functionality. When running a comprehensive policy suite with embedded claims functionality, it is often difficult to replace the entire suite or to decouple functionality (for example, decoupling claims from a suite to allow for a best-of-breed replacement of that functionality only). As a result, claims administration system replacement projects have been less of a priority among European companies during the past few years.

Gartner expects that claims administration system evaluations will rise during the next 24 months as insurers realize that system limitations generate problems with information access, support of new analytics for claims performance measurement and supply chain transactions. New claims strategies that focus on customer satisfaction throughout the claims process, improved business process management, and improved information access and analysis will continually bring into question the ability of existing claims systems to perform. Furthermore, infrastructure transformation projects will continue to move forward, many of them including the decoupling of their large suites during this time period. By 2010, Gartner expects that most large European insurers will have made major investments in replacing or modifying their claims administration systems for both personal and commercial lines of business. They will begin to increasingly look at best-of-breed claims administration solutions rather than monolithic policy suites.

## The Developing Vendor Market for Claims Solutions in Europe

It has been difficult for vendors to penetrate the European market because of limited interest in new solutions and the lack of complete claims administration functionality for all lines of general insurance from the vendors that currently target this market. A recent Gartner market scan of providers of claims administration solutions for the general insurance market across Europe found that, while many vendors offer solutions, few have a significant installed base of customers and most are regionalized (see Table 1).

**Table 1. Vendor Comparison for European Claims Administration Solutions**

| Company | Product | Number of Installations in Europe | Number of New European Customers in 2006 | Countries of Installations |
|---|---|---|---|---|
| Accenture | Claims Component Solution | 3 | 0 | U.K., Ireland, Denmark, Portugal |
| CGI Group | GIOS | 12 | 1 | Germany, Czech Republic, Hungary, Poland, Bulgaria, Croatia, Ireland, Romania, Slovakia, Turkey, U.K. |
| CSC | Exceed Claims Administration | 1 | 0 | U.K. |
| Fineos | FINEOS Claims | 3 | 1 | Ireland, Netherlands |



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

| Company | Product | Number of Installations in Europe | Number of New European Customers in 2006 | Countries of Installations |
|---|---|---|---|---|
| Innovation Group | The Innovation Group Claims Solution | 12 for Software; 37 in the BPO Facility | 2 | U.K., Germany, Italy |
| SAP | SAP Claims Management | 13 | 3 | Germany, Denmark, UK, Austria |
| TIA Technology | TIA Claims | 38 | 3 | Netherlands, Latvia, Poland, Lithuania, Russia, Denmark, Faroe Islands, Norway, Sweden, Finland, U.K. |
| TCS | IIMS | 1 | 0 | U.K. |

**Source: Gartner (April 2007)**

Only four vendors have more than five customers currently using their claims administration solutions. Most vendors have limited numbers of installations with the exception of CGI, the Innovation Group, SAP and TIA Technology. These four vendors — while having very different solution approaches — all have been able to acquire customers in a range of countries across Europe.

While CGI has 12 customers in all, Allianz Group constitutes 11 of them. The company has deployed GIOS in 11 countries. Most of these customers use GIOS claims in combination with policy functionality. Few deploy GIOS for claims only.

The Innovation Group has a different model, because it sells software as well as operating a BPO unit. The Claims Solution product is sold as software and supports 37 BPO customers.

SAP focuses on selling software and has had a much better year in 2006 in acquiring new customers than the rest of the vendors evaluated.

While TIA Technology offers claims as a stand-alone component, all of its customers use claims in combination with policy. It currently has no customers using claims independently.

Challenges for this market include Accenture, CSC and Tata Consultancy Services (TCS) — all of which have a few customers but are still trying to grow their customer base in Europe. These vendors must invest more in marketing and R&D to build out country-specific requirements. Finding development partners will help these companies find new sales opportunities.

Gartner expects other vendors to enter the market in the next year, including Guidewire, which has critical mass in North America and is building momentum in Europe. While it has no client currently in production, it acquired two new customers — a U.K. insurer in 2006 and a Russian insurer in 2007 — both of which are targeted to go live by the summer of 2007. We also expect that many vendors offering comprehensive policy administration systems, which include claims administration, will invest in modularizing their solutions to allow insurers to purchase claims as a stand-alone solution.



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## Market Distinctions

One important characteristic of the vendor market is that most are not "European" but focus on a limited number of countries. This focus will help them enter the market and build effective sales channels. However, the spotty nature of the market makes it difficult for Pan-European insurers to select one core solution to be used for their European operations. Selection of systems for companies in single or closely knit countries is much better than those wanting to support a wider variety of countries.

Another important issue to note is that, while these vendors offer a core claims administration system, most do not have additional capabilities, such as total loss scoring, for directing the user of the system to instruct the caller to take the vehicle to a salvage yard instead of to the body shop. This will reduce the costs associated with storage fees. Flexibility of the core system is important, because insurers prefer to configure the front end of the claims administration system to meet each country's or region's particular workflow requirements, while having a similar back end for the core processing and adjudication of claims.

Overall, the U.K. is the market that is most open to the adoption of new claims administration systems. Vendors have found greater openness to new solutions in this country than many of the others. This is largely the result of the highly competitive nature of the U.K. general insurance market, especially for personal lines, and the need of large public insurers to drive customer value and to drive down claims costs to stay competitive. Other markets will begin to feel the pressure to improve claims processes during the next year.

## Recommendations for European General Insurers

- Realistically assess your organization's ability to offer quality customer service, manage your claims supply network and contain operational costs in the claims department. If the current claims administration system is not able to support current and future business requirements, including the support of online self-service for policyholders or initiatives focused on streamlining claims processes through automated claims adjudication, review options for replacing the existing solution, modifying it, rebuilding it with new technologies or outsourcing system maintenance. Collaboration across business and IT units will greatly improve replacement outcomes and reduce the potential for scope creep.
- Assess packaged offerings rather than building new claims administration solutions in-house. In most cases, it will be faster, less costly and more effective to purchase a modern claims administration solution that supports basic workflow and functionality and is rule-engine-based rather than building a new system from scratch.
- In selecting new claims administration solutions, carefully outline the claims needs — including countries to be supported and country-specific requirements (for example, regulatory reporting process). Determine what is lacking from the base system (especially if the vendor does not have a current customer in your geography and line of business) and what configuration is required to support country-specific needs.
- Build configuration into the contract with statements indicating whether country-specific data is included in the base system, who will maintain this content, and how future country-specific requirements will be identified and brought into the system. To measure fit with your processes, have the vendor provide proof of content, and have the vendor install the software on a single desktop, so users can test-drive the system before they buy. Proofs of concept do not always simulate the real-world day-to-day operations of a complex claims department.



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Ensure that there is adequate professional services assistance in your geography — either by the vendor or through a local partner. Because no vendor will have extensive experience in your country, it is important to ensure that the vendor has adequate people in your city to support implementation, knows the country-specific requirements and is able to commit to supporting future country requirements (especially if it does not gain other clients in your country).

## RECOMMENDED READING

"MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2007"

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

# EXHIBIT H

Gartner Industry Research

Publication Date: 30 September 2008 ID Number: G00161713

# Update: Europe's Emerging Claims Administration Market Remains Fragmented

Kimberly Harris-Ferrante

Investment in claims systems will increase during the next 12 months as general insurers focus on claims efficiency and improved customer service. However, viable and proven solutions for stand-alone claims management systems in Europe are limited.

## Key Findings

- Few European general insurers are buying new claims administration solutions. Most use monolithic systems that couple claims with policy, underwriting and billing functionality, and they find it difficult to build a business case for complete system replacement.
- While problems exist among most European insurers, the IT spending for claims technologies is relatively low and not growing at a fast enough pace to overcome the challenges that exist.
- The European claims administration vendor market is fragmented, with no clear leader.
- Pan-European insurers will be challenged in finding suitable solutions for large geographic installations due to the limited client base and experience of the vendors.

## Recommendations

European insurers:

- Realistically assess your organization's ability to offer quality customer service, manage your claims supply network and contain operational costs in the claims department.
- Evaluate packaged offerings rather than building new claims administration solutions in-house. Look for established vendors or those with flexible, rule-driven solutions that you can configure to meet your company needs and country-specific requirements.
- In selecting new claims administration solutions, carefully outline the claims needs — including countries to be supported and country-specific requirements (for example, regulatory reporting processes).
- Ensure professional service assistance is adequate in your geography — by the vendor or through a local partner.
- Select vendors with proven deployment in multiple countries to support Pan-European operations and flexible solutions that enable business users to build and maintain country-specific business rules without customizing the base system.

© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

Technology preferences among European general insurers are beginning to shift to include greater focus on improving claims processes, streamlining the claims process, using claims data and focusing on customer experience improvements. This, coupled with intensified pressure to improve claims processes and have better claims administration solutions to choose from, will lead to heightened investment in claims solutions during the next 12 months. Claims administration system vendors concentrating on Europe should focus on building out country-specific support, including multicurrency and regulations for their target countries. Solutions that support service-oriented architecture and that are rule-engine-based will improve the abilities of insurers to input country-specific rules and use a single solution for Pan-European operations.

## ANALYSIS

### Overview

While the market for claims administration and management solutions is quite mature in North America, it is in its infancy in Europe. To date, relatively few general insurers have engaged in large-scale claims administration system replacement projects, and vendors have focused on a limited number of countries and many continue to sell suites (that is, selling claims in combination with policy administration rather than offering a stand-alone claims solutions that can be implemented independently). There are few options for Pan-European insurers wanting a single solution to deploy across many European countries. European general insurers should understand the importance of the claims administration system for their abilities to provide fast, efficient and customer-intimate claims servicing. Insurers must invest in componentizing claims administration systems from comprehensive policy administration systems and replacing claims systems that do not allow processes to be visible and improved, and those that are difficult to maintain and support new projects, such as claims analytics.

### Analysis

The investment among European general insurers in new claims administration solutions has not been as great as that among insurers in other regions; however, it is starting to grow (for more information, see "European General Insurers Begin to Embrace Claims Transformation"). Gartner research has found that claims administration system replacement has not been a priority among European general insurers during the past few years. However, there has been a focus on overcoming challenges in the claims department, and replacing legacy claims systems to improve operational efficiencies and improve customer service is on the rise, especially in highly competitive markets such as the U.K.

Overall, many insurers have systems that still support their claims operations without major business challenges or are tightly embedded in policy administration functionality. When running a comprehensive policy suite with embedded claims functionality, it is often difficult to replace the entire suite or to decouple functionality (for example, decoupling claims from a suite to allow for a best-of-breed replacement of that functionality only). As a result, claims administration system replacement projects have been less of a priority among European companies during the past few years.

Claims administration system evaluations will continue to rise during the next year as insurers realize that system limitations generate problems with information access, support of new analytics for claims performance measurement and supply chain transactions. New claims strategies that focus on customer satisfaction throughout the claims process, improved business



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

process management, and improved information access and analysis will continually bring into question the ability of existing claims systems to perform. Furthermore, infrastructure transformation projects will continue to move forward, many of them including the decoupling of their large suites during this time period. By 2010, most large European insurers will have made major investments in replacing or modifying their claims administration systems for personal as well as commercial lines of business. They will begin to increasingly look at best-of-breed claims administration solutions rather than monolithic policy suites.

## Developing Vendor Market for Claims Solutions in Europe

As general insurers begin to question the availability of claims management systems in their local markets, they are often faced with limited options. European vendors have traditionally sold their solutions as comprehensive suites that support the policy administration and service life cycle, including claims and billing. Few have made investments in modularizing their solutions to offer claims as stand-alone applications, and most have few references to prove that their systems could be deployed in that manner. On the other hand, it has been difficult for North American-based vendors to penetrate the European market. Many European insurers remain skeptical of the ability of North American vendors to fulfill their needs, the ability to handle functional limitations their systems may have due to the lack of proven customer installations in their specific countries, or the capability of a foreign vendor to have adequate implementation teams to help with the installations. While many of these may be valid concerns, North American vendors are facing them head-on and overcoming them through steady growth and partnerships with local system integrators (SIs). As a result, the vendor market is very fragmented, and selection is limited (see Table 1).

**Table 1. Vendor-Reported Installations for European Claims Management Solutions**

| Company | Product | Number of Live General Insurance Customers in Europe/Africa for Stand-Alone Claims (Deployed Without Policy Administration) | Countries of Installations |
|---|---|---|---|
| Accenture | Claims Component Solution | 6 | U.K., Ireland, Denmark, Portugal |
| CGI | GIOS | 0 | |
| CSC | GraphTalk A.I.A | 0 | |
| Fineos | Fineos Claims | 3 | U.K., Ireland, Netherlands |
| Guidewire | Guidewire ClaimCenter | 3 | U.K., Russia |
| Innovation Group | The Innovation Group Claims Solution | 3 | U.K., also used in its BPO unit |
| Oracle | Oracle Claims | 7 | Spain, Germany, Netherlands, Belgium, Sweden, Denmark, Scandinavia region |
| SAP | SAP Claims Management | 8 | Germany, Botswana U.K., Austria, South Africa, Israel |
| TIA Technology | The TIA Solution | 0 | |



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

| Company | Product | Number of Live General Insurance Customers in Europe/Africa for Stand-Alone Claims (Deployed Without Policy Administration) | Countries of Installations |
|---|---|---|---|
| Tata Consultancy Services (TCS) | TCS BaNCS Insurance Property & Casualty Version 5.0 | 0 | |

Source: Gartner (September 2008)

While there are many vendors offering packaged applications for general insurance, few have proven claims management applications. Of those vendors, only six have demonstrated that they can implement a claims management system in Europe — Accenture, Fineos, Guidewire, Innovation Group, Oracle and SAP. These are the vendors that distribute independent claims systems, sold without policy administration, and have referenceable clients that have installed the system independently in Europe. Since 2007, Guidewire has proven itself in this market with installations in the U.K. and Russia. Meanwhile, other vendors continue to increase their market shares. In addition to software installations, Innovation Group also uses its claims system to support claims processing within its business process outsourcing (BPO) unit, providing greater volume processing to add to its software customers.

There are four other vendors in Table 1 — CGI, TCS, TIA and CSC — that have no experience in deploying their claims solution as a stand-alone. Some of these vendors indicate that they could decouple the claims functionality as needed and often express their claims customer counts as those that are using claims in combination with an integrated policy administration system from the same vendor. However, these vendors have no experience in decoupling claims from their policy systems, installing it as a stand-alone application and the technology issues surrounding implementation and integration with surrounding systems are questionable as a result. CSC now positions GraphTalk A.I.A as its flagship product for general insurance claims management, but also has a single Exceed installation in the U.K.

This market must mature to meet the emerging needs of European general insurers wanting component-based solutions. While some companies will need to look for suites that combine policy and claims, more and more large European insurers will want smaller, component-based solutions that provide them faster implementation, provide best-of-breed functionality for specific tasks (such as claims) and are easier to cost justify versus a big-bang total system replacement. Gartner is already seeing a rapid increase in interest among U.K. general insurers for claims management systems, and this trend is expected to grow in the U.K. and spread to other countries across Europe, the Middle East and Africa.

## Market Distinctions

One important characteristic of the vendor market is that most are not "European," but focus on a limited number of countries. Single-country focus for the vendors will help them enter the market and build effective sales channels. However, the spotty nature of the market makes it difficult for Pan-European insurers to select one core solution to be used for their European operations. The selection of systems for companies in single or closely knit countries is much better than those wanting to support a wider variety of countries.

Another important issue to note is that, while these vendors offer a core claims administration system, most do not have additional capabilities, such as total-loss scoring, for directing the user of the system to instruct the caller to take a damaged vehicle to a salvage yard instead of to a



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

body shop. This will reduce the costs associated with storage fees. Flexibility of the core system is important, because insurers prefer to configure the front end of the claims administration system to meet each country's or region's particular workflow requirements, while having a similar back end for the core processing and adjudication of claims.

Overall, the U.K. is the market that is most open to the adoption of new claims administration systems. Vendors have found greater openness to new solutions in this country than many of the others. This is largely the result of the highly competitive nature of the U.K. general insurance market, especially for personal lines, and the need of large public insurers to drive customer value and to drive down claims costs to stay competitive. Other markets will begin to feel the pressure to improve claims processes during the next year.

## Recommendations

European general insurers:

- Realistically assess your organization's ability to offer quality customer service, manage your claims supply network and contain operational costs in the claims department. If the current claims administration system is not able to support current and future business requirements, including the support of online self-service for policyholders or initiatives focused on streamlining claims processes through automated claims adjudication, review options for replacing the existing solution, modifying it, rebuilding it with new technologies or outsourcing system maintenance. Collaboration across business and IT units will greatly improve replacement outcomes and reduce the potential for scope creep.
- Evaluate packaged offerings rather than building new claims administration solutions in-house. In most cases, it will be faster, less costly and more effective to purchase a modern claims administration solution that supports basic workflow and functionality and is rule-engine-based rather than building a new system from scratch.
- In selecting new claims administration solutions, carefully outline the claims needs — including countries to be supported and country-specific requirements (for example, regulatory reporting processes). Determine what is lacking from the base system (especially if the vendor does not have a current customer in your geography and line of business) and what configuration is required to support country-specific needs.
- Build configuration into the contract with statements indicating whether country-specific data is included in the base system, who will maintain this content, and how future country-specific requirements will be identified and brought into the system. To measure fit with your processes, have the vendor provide proof of content, and have the vendor install the software on a single desktop, so users can test-drive the system before they buy. Proofs of concept do not always simulate the real-world, day-to-day operations of a complex claims department.
- Ensure that there is adequate professional services assistance in your geography — by the vendor or through a local partner. Because no vendor will have extensive experience in your country, it is important to ensure that the vendor has adequate people in your city to support implementation, knows the country-specific requirements and is able to commit to supporting future country requirements (especially if it does not gain other clients in your country). Many international vendors are forming partnerships with local SIs and professional services firms to add local content, have local presence and assist in implementations. This is key in delivering solid solutions that need to support local processes, specific customer demands and regulations.



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

## RECOMMENDED READING

"MarketScope for North American Property and Casualty Insurance Claims Administration Systems"

"European General Insurers Begin to Embrace Claims Transformation"

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

# EXHIBIT I

Gartner

Industry Research

Publication Date: 23 March 2006 ID Number: G00138296

# MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2006

Stephen Forte

Property and casualty insurers should replace their legacy claims administration systems with next-generation claims management solutions to better manage their internal and external claims activities. This will enable insurers to reduce claims leakage and improve customer service.

© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

Aggressive insurers will begin to select claims management vendors for their claims functions, which will enable greater end-to-end claims management. Insurers that fail to address their aging claims administration systems will find themselves unable to rapidly adapt to business changes and unable to reduce claims leakage and provide superior customer service by paying claims quickly, accurately and cost-effectively.

## MARKETSCOPE

The property and casualty (P&C) insurance claims process is plagued by problems that affect the insurer's profitability, competitiveness and customer retention. Until recently, claims departments were an afterthought in technology budgets. Historically, C-level executives have focused more attention on technologies that directly affect new business and routine customer service, rather than the core claims process. For most insurers, the claims process is inefficient and costly, and it does not always provide good customer service. Moreover, the industry continues to be challenged by claims leakage, losses to fraud, and the inability to access claims data needed to understand and improve risk management. The pressure to reduce operational costs and improve customer service has elevated the awareness of the difficulties inherent in claims processing. New strategies and platforms are needed to support end-to-end claims handling and settlement. Moreover, investments are needed to improve the claims infrastructure by adopting new technologies and modernizing their systems and processes.

In the past, insurers viewed vendor offerings as simple base solutions that required numerous customizations to meet business and technical requirements. The perception was that those solutions lacked the functionality and flexible architecture, and that vendors neither sufficiently invested in R&D to respond to insurers' requirements nor provided solutions in a cost-effective manner. During the past three years, claims administration vendors began to re-architect their platforms and add greater functionality to enable end-to-end claims management through various partnerships with insurers and/or engaging in an open-source environment to help fund the development. As a result, the vendor alternatives are better now, and insurers are able to make a stronger business case for buying vs. building because most insurers lack the skills and resources to develop claims management platforms competitive with the best vendor offerings. Although no vendor offering will meet 100 percent of an insurer's business and technology requirements, the functionality of the newer offerings has greatly improved to meet 80 percent of these requirements out of the box, leaving 20 percent for configuration and/or customization.

Insurers are replacing claims administration systems for some, if not all, of the following reasons:

- Aging technology (for example, code, architecture and flexibility)
- High costs to support and enhance these systems
- Fragmented claims data
- The desire to capture mobile claims data or collect data that is housed in legacy claims systems
- Inefficient and manual claims-handling processes that lead to subjective decision making
- The desire to consolidate multiple administration platforms to one or two platforms (for example, commercial and personal lines)


© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Improvement in the speed and accuracy of claims payments
- Greater focus on business process, workflow redesign and business-rule management
- Preparation for acquiring or shedding books of business and M&A activity
- Externalized business processes to add new channels, such as Internet access for claims input/inquiry
- Easier integration of insurers with internal and external applications because of their Java 2, Enterprise Edition (J2EE), or .NET and service-oriented architectures, and adoption of more of a supply chain approach to claims management

Next-generation claims management solutions that combine traditional claims administration with business process management centralize all claims operations into one business platform. The claims life cycle can have numerous nuances, but at its core, it is defined as a set of functions, tasks and subtasks that handle first notice of loss (FNOL), imaging, reserve setup, assignment, policy coverage and verification, litigation, and settlement. The leading solutions provide best practices, templates, and toolsets that enable insurers to quickly define, model, implement and modify processes to meet their particular business needs. Also at the heart of a leading claims management platform are business processes that range in capability from screen flow to rule engines and "what if" impact-modeling tools.

These claims management solutions enable insurers to more easily integrate with internal and external applications because of their J2EE or .NET and service-oriented architectures. Claims management platforms will also play a significant role by actively configuring and managing business processes because of their embedded rule engines, workflow and business process management capabilities. Claims management platforms drive a significant portion of insurers' overall investment in business processes and provide one of the most-significant challenges and areas of opportunity for P&C insurers.

Insurers considering a claims management solution should weigh a number of criteria in evaluating business functionality and technology architecture. Ideal platforms will have the following characteristics:

- FNOL that interoperates with CRM, underwriting and policy systems
- Ability to enter claims online for commoditized products (for example, personal automobile)
- Online inquiry status of claims
- Integration across policy lines for a customer-centric view of claims service
- Easily edited tables and housing rules
- Initial claims setup
- Claims assignment
- Policy coverage and verification
- Administration (for example, workload distribution)
- Analytics (for example, loss adjuster productivity and injury analysis)
- Supply chain management



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Special handling and instructions (for example, special investigation unit; SIU)
- Diary file/notes
- Financials (for example, expenses for reimbursement)
- Litigation management
- Integration with other applications (for example, repair shop applications)
- Settlement (payment)
- Salvage and subrogation ability for property damage
- Support services and maintenance by the vendor for implementation and ongoing requirements
- Annual or semiannual releases and versioning support
- Robust reporting capabilities that help identify exposures and assist with decision making
- Ability to audit reserves, losses and property damage, as well as determine the appropriateness of loss reserves
- Calculate structured settlement options and legal fees
- Security provisions for employees being promoted, terminated or servicing other areas of the company
- A single data structure that all modules and functions use, meaning that they all conform to the same data formats
- N-tier architecture, in which the presentation layer, business logic and data are separate and easy to change
- A configurable rule engine, which limits the amount of programming changes to the application
- Componentized system where modules can be easily added or removed
- Thin-client, Web-based access for all users, regardless of remote or home-office locations
- A library of adapters/XML interfaces for integrating with third-party applications and services (such as motor vehicle records)
- Number of releases for the product and current product version number, which provide an indication of added functionality and the number of bug fixes associated with that product
- Newer programming languages, such as J2EE or .NET
- Adherence to industry standards, such as the Association for Cooperative Operations Research and Development (ACORD) XML for P&C

**Background on the Vendors in This Report**



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

**Accenture**

Established in 1989, Bermuda-based Accenture (formerly known as Andersen Consulting) has been a publicly traded company since July 2001. The company's 2005 annual revenue was $17.094 billion. Accenture, with 123,200 employees worldwide, offers global management, consulting, technology services and outsourcing company. Accenture's operation is split into five divisions: Communications and High Tech, Financial Services (Banking, Capital Markets, Insurance), Products and Services, Resources, and Government. Insurance services and products include claims, policy, underwriting, risk management, business process outsourcing and IT outsourcing. Accenture's Claim Components product currently has 14 in-force clients. The company targets this solution globally to P&C insurers. Accenture provides complete integration services for its own solutions as well as for other vendor products.

**Computer Sciences Corp. (CSC)**

Publicly traded CSC was founded in 1959. The U.S.-based company had a 2005 revenue of $14.1 billion. CSC has approximately 1,800 employees in its P&C insurance division. The company offers software solutions to the insurance industry as a result of its acquisition of Mynd. Its services include consulting, systems integration and outsourcing. Products for the P&C segment include claims administration, policy, billing, fraud evaluation (for example, bodily injury analysis), reporting and publishing (for example, business intelligence and document solutions), and business automation (for example, workflow). It currently has 55 in-force claims administration clients. CSC targets its Exceed Claims product to midsize and large insurers globally and targets its Advanced Claims product to midsize and small insurers in North America and the Caribbean, most of which use CSC's Point In policy administration product or are evaluating it. CSC provides complete integration services, as well as partnering with IBM for integrations.

**Fiserv**

Fiserv, founded in 1984, is a publicly traded company based in the United States. Its 2005 revenue was $3.71 billion. Fiserv grew its insurance business through an aggressive M&A pattern. Some of the acquired companies that comprise its Insurance Solutions Division have been operating since 1979. The Insurance Solutions Division has 640 employees serving 2,900 insurers. The division's solutions include claims management, rating, reinsurance, billing, policy management, channel management/CRM, enterprise operations (for example, unclaimed property) and infrastructure (for example, outsourcing). The products of the Insurance Solution Group for the P&C segment include Claims Workstation, Policy STAR and Fiserv Advanced Billing. The company has 34 in-force claims administration customers. Its target market is midsize and large insurers in North America. Fiserv's Professional Services Team partners with the insurer's internal IT resources to provide full integration services.

**Guidewire Software**

Guidewire Software was founded in September 2001 by former employees of McKinsey, Ariba and Kana. Guidewire is a privately held company backed by U.S. Venture Partners and Bay Partners. The U.S.-based company has 160 employees (70 in development, 50 in services). The company provides claims management software and underwriting/policy administration for P&C insurers. Its products for the P&C segment include ClaimCenter and PolicyCenter. Its focus is midsize and large insurers, but the company does have some customers in the small insurer and self-insured areas. Guidewire's target geography is primarily North America, with a lesser focus on Western Europe and Australia/New Zealand. The company has 18 in-force customers, nine of which are live. Guidewire's integration partners include IBM, Capgemini, HCL Technologies, Active and CastleBay Consulting.



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

**The Innovation Group**

The Innovation Group (TiG) was founded in 1997 and is based in the U.K. TiG is a public company. Its 2005 annual revenue was $106.9 million. It has 308 employees in its Technology Solutions division. TiG provides claims and policy management solutions for P&C insurers, which evolved from numerous acquisitions over a period of several years. TiG also offers business process outsourcing. The company currently has 27 in-force claims administration customers. Its target market is the midsize to large insurers in North America, the United Kingdom, Europe, Japan, China and Australia. Its Professional Services Division partners with insurers' internal IT resources to provide full integration services as required. TiG also uses integration services from IBM and Cognizant.

**Insurity**

Insurity has been in business for 26 years and is a wholly owned subsidiary of ChoicePoint. U.S.-based Insurity had a 2005 annual revenue of $407.5 million. The company has 400 business and technical employees, 60 of which are from the insurance industry. Insurity's focus is large and midsize P&C commercial lines in the U.S. The company provides P&C personal lines functionality for existing clients. Its software and services include front- and back-office products (for example, claims, policy and billing), data services (for example, bureau reporting and data warehouse), and outsourcing (for example, business outsourcing and hosting services). Insurity currently has 70 in-force claims administration customers (which include insurers, self-insureds and TPAs). The company provides all integration services for its solutions, which include a proprietary project management and business discovery process, quality assurance, testing, installation, user and administrator testing, data migration, and interface development.

## Market/Market Segment Description

This MarketScope provides a comparative evaluation of six leading claims management vendors in North America for P&C insurance.

## Inclusion and Exclusion Criteria

This MarketScope includes only vendors that offer easily decoupled components of their claims systems, because many P&C insurers still want the flexibility to build and add components rather than replace their entire claims administration system. These vendors are well-established in the North American P&C insurance market for large and midsize insurers or are beginning to gain traction in this market, and provide end-to-end claims management functionality for personal and/or commercial lines of business. This MarketScope is specific to North America and does not include emerging vendors, such as SAP, Fineos and TIA Technology. It does not apply to other regions. Careful review must be done by insurers located in other countries, because leading vendors will vary by geography.

## Rating for Overall Market/Market Segment

**Overall Market Rating: Promising**

Gartner's biannual survey of insurance clients indicates that claims administration systems are currently a top IT priority for North American P&C insurers. Gartner forecasts a steady increase in the number of claims administration system replacement projects by North American P&C insurers during the next three years as insurers recognize the need to become more flexible and nimble while reducing claims leakage. However, Gartner surveys have found a greater percentage of P&C insurers that prefer component/part replacement rather than comprehensive claims administration suites.



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Although this vendor market is "promising," future advancement and improvements are still needed. We've only just now reached the tipping point where large P&C insurers believe these applications are credible enough to begin to avoid build decisions. Perfect or near-perfect vendor alternatives, with strong functionality across all personal and commercial product lines and sufficiently agile architectures, do not yet exist. However, the alternatives for Tier 1 and Tier 2 North American P&C insurers have improved significantly during the past 24 months and will continue to improve during the next three years.

## Evaluation Criteria

**Table 1. Evaluation Criteria**

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Market Understanding | Ability of the vendor to anticipate the insurance industry's evolving challenges, understand insurers' wants and needs, and translate those into products and service offerings. Vendors that show the highest degree of vision, listen to and understand insurers' wants and needs, and can provide added industry expertise to shape or enhance insurers' vision. | High |
| Offering (Product) Strategy | The vendor's approach to product development and delivery that emphasizes differentiation, functionality, methodology, architecture and feature set as they map to current and future P&C insurer requirements. Specifically, the viability of the vendor's product strategy and capabilities to support insurers' continuous operational improvements and respond to changing insurance requirements. | High |
| Product/Service | Systems and services offered by the vendor that excel in serving the P&C insurance market. This includes current system capabilities; quality; feature sets; skills; installation, configuration and maintenance services; and so on, whether offered natively or through partnership agreements. | High |
| Overall Viability (Business Unit, Financial, Strategy, Organization) | Viability includes an assessment of the overall organization's financial health, the capability of the vendor to generate increased sales, and the likelihood of the vendor to continue investing in and offering the product. | Standard |


© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Customer Experience | Relationships, products and services/programs that enable insurers to be successful with the products evaluated. Specifically, this includes the ways insurers receive technical support or account support both during and after implementation. This can also include ancillary tools, customer support programs (and the quality thereof), availability of user groups and service-level agreements. | Standard |

**Source: Gartner (March 2006)**

**Figure 1. MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2006**

| | RATING | | | | |
|---|---|---|---|---|---|
| | Strong Negative | Caution | Promising | Positive | Strong Positive |
| Accenture (Claim Components) | | | | x | |
| CSC (Advanced Claims) | | x | | | |
| CSC (Exceed Claims) | | | x | | |
| Fiserv (Claims Workstation) | | | | x | |
| Guidewire Software (ClaimCenter) | | | | x | |
| Insurity (Claims Decisions) | | | x | | |
| The Innovation Group (TiG Claims) | | | x | | |

As of 9 March 2006

**Source: Gartner (March 2006)**

# Vendor Product/Service Analysis

## Accenture

*Strengths:*

- Strong management team that understands the claims business and reducing claims leakage for personal and commercial lines
- Visibility and delivery with Tier 1 global insurers
- Willingness to enter outcome-based arrangements for delivery and business outcomes
- Knowledge transfer approach to speed customer familiarity
- System focuses on the claims user across all lines of business
- Available as an application service provider or a managed service offering
- Service-oriented architecture, with more than 200 exposed services


© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Componentized system for FNOL, desktop, financials and claims pattern analysis
- Functionality of the system constantly updated through product development, customer co-development and Accenture advanced technology research
- Support for ACORD XML
- .NET architecture for the newest version
- Task Engine and Task Assistant help drive claims efficiency and dynamic, event-based workflow
- Claim Pattern Analysis supports segmentation and automated assignment and processing
- Productivity gains and claims outcome improvements
- Two patents (Claim Pattern Analysis and Task Engine/Assistant)

*Weaknesses:*

- Consulting and the overall rate structure can be expensive for midsize insurers.
- FNOL is not in production for workers' compensation, personal umbrella and commercial umbrella.
- Supply chain management functionality currently lacks interface to auto-dispatch and estimate integration providers.
- It lacks wireless capability for a field adjuster to input damage inspection information from a PDA.
- Pre-built application programming interfaces are limited to ProcessClaims, ISO Claims Outcome Advisor and ISO ClaimSearch.

*Rating: Positive*

### Computer Sciences Corp.

*Exceed Claims Strengths:*

- Strong management team that is committed to working with the end user
- Good user base for sharing information
- Usability testing in the testing community to enhance workflow (watch claims handlers use the system to look for enhancements in movements through screens)
- Component-based system
- Functionally rich system
- Client-centric system
- Certification for IBM IAA Level 2 compliance
- Skill-based routing
- Business-rule engine



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Activity log (chronological summary of key transactions of claims on one screen for work in progress and financial transactions)
- Dominant, financially stable vendor
- Innovation community for product enhancements led by customers
- Advisory councils for R&D
- Support services both during and after implementations

*Exceed Claims Weaknesses:*

- Product enhancements are set by the Exceed users' group, so the timeline for needed functionality could be a critical factor for some insurers.
- User interface is not currently available for commercial lines.
- Resource (CPU) usage is high due to the size of the system.
- Reinsurance is not supported in Exceed Claims.
- It lacks a dashboard for claims analytics.
- It lacks supply chain management functionality.
- It lacks an interface to auto repair shops and other suppliers.
- Medical bill review and litigation management are available through a separate product (Legal Solutions Suite).

*Rating: Promising*

*Advanced Claims Strengths:*

- Strong management team that is committed to working with the end user
- Available for personal and commercial lines
- Number of modules and products outside of claims for the midsize insurer
- Large user community that allows for sharing of information to benefit all clients
- Technology enhancements funded by CSC
- Products built by the same people, so interfacing with various CSC applications is relatively easy
- Dominant, financially stable vendor
- Support services both during and after implementations

*Advanced Claims Weaknesses:*

- Rich client (not Web-enabled) running through Citrix
- Lack of business services architecture
- Lack of integration to its Colossus product



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. 

- Agents unable to access the system
- Communication in multiple fashions (for example, e-mail, facsimile)
- Lack of a single reporting tool and a single viewer (images/pictures)
- Lack of fraud calculation tool
- Lack of interface to auto repair shops and other suppliers
- Medical bill review and litigation management available through a separate product (Legal Solutions Suite)

*Rating: Caution*

## Fiserv

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for personal and commercial lines
- Recognized player in the insurance industry
- Transaction-oriented, stable product
- Componentized architecture written in Java to the J2EE specification
- Service-oriented architecture followed
- Platform independence
- ASP offering
- Embedded Fair Isaac Blaze Advisor rule engine
- Flexible user interface
- Client-centric system
- Policy tree for navigation
- Multiple users on the same claim
- Integration with Lombardi Software's business process management framework
- Financially stable
- Strong support services both during and after implementations

*Weaknesses:*

- Numerous organizational changes in the Insurance Solutions division in 2005 have caused some concerns among clients.
- Historically, it is unwilling to fund product enhancements without client backing.
- Financial inquiry needs improvement.
- Database design is overly complex.



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- It lacks built-in check printing/reporting capabilities.

*Rating: Positive*

## Guidewire Software

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for personal and commercial lines
- Focus on eliminating claims leakage
- Expanding sales force in Toronto, London and Sydney
- Expanded focus to include third-party administrators (TPAs), self-insureds and guarantee funds
- Solid development disciplines (adheres to agile software development with scrum)
- Technical capabilities of staff
- Deployment on all personal and commercial lines
- 100 percent J2EE architecture and platform independence
- Business-rule engine pre-loaded with claims-specific rules
- ASP offering through IBM
- Business functionality for end-to-end claims management
- Business rules and workflow management used for segmentation, assignment and work plan
- Solid design and architecture
- 100 percent referenceable clients
- 10 client wins in 2005
- Responsiveness to customer issues

*Weaknesses:*

- Venture capital financing can create uncertainty for the future.
- There are a limited number of insurance professionals.
- Rapid growth makes it unlikely that the same staff will be available for subsequent projects.
- Standard training manuals are not available, as these are developed on-site as part of the implementation.
- Currently, there are no reports other than a dashboard, which is not configurable, but customers can use a third-party tool for reporting.

*Rating: Positive*



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

## Insurity

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for commercial lines, including workers' compensation
- Access to ChoicePoint's suite of insurance products and services
- Support of Web services
- .NET architecture for all components
- Product flexibility for custom screens/fields that the user can configure without vendor support
- Business process workflow enabled
- Medical bill re-pricing for workers' compensation
- Medical case management
- State reporting
- Litigation management
- Rule engine with 10,000 pre-built rules
- Financial stability with ChoicePoint ownership

*Weaknesses:*

- Limited support is available for the DB2 database.
- It lacks off-the-shelf support for all personal lines.
- It lacks supply chain connections for salvage and subrogation modules (for example, Mitchell and CCC).
- Fraud calculation and visualization functionality require a separate product (Magnify) from ChoicePoint.
- SIU requires a separate product (i2) from ChoicePoint.
- Data warehouse analytics are not included in the base system.
- Supply chain management is not included in the base system.

*Rating: Promising*

## The Innovation Group

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for personal lines
- Service-based architecture



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Follower of J2EE standards
- Ability to run on .NET platform via WSDL integration
- Proprietary rule engine with pre-defined claims templates
- Pre-built application programming interfaces for ChoicePoint, MapInfo and Document Sciences
- All claims components easily decoupled (first notice, claims management, application administration, integrated analytics, business process management, finance and reporting)
- Support through its Insurance Design Studio, which is made up of a screen builder, process and workflows, rule engine, product definition workbench, security manager, report builder, services catalog, and integration manager
- Client-centric model
- Audit trails
- Fraud scoring capabilities
- E-mail to underwriter if there is a change to the policy during a claim (for example, a different car involved in an accident vs. what is shown on the policy)

*Weaknesses:*

- Commercial lines development will be dependent on partnering with an insurer.
- Lack of focus in the U.S. has hurt brand awareness.
- It failed to make 2005 financial targets.
- It has limited bandwidth in professional services.
- Secondary support needs improvement.

*Rating: Promising*

## RECOMMENDED READING

"Improving P&C Claims Processing Through IT and Process Improvements"

"Predicts 2006: P&C Insurers Will Increase Claims Investment"

"Building the Best Insurance Claims Infrastructure"

"Insurers Must Streamline and Improve Their Policy and Claims Processes"

"Magic Quadrants and MarketScopes: How Gartner Evaluates Vendors Within a Market"

### Gartner MarketScope Defined

Gartner's MarketScope provides specific guidance for users who are deploying, or have deployed, products or services. A Gartner MarketScope rating does not imply that the vendor



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

meets all, few or none of the evaluation criteria. The Gartner MarketScope evaluation is based on a weighted evaluation of a vendor's products in comparison with the evaluation criteria. Consider Gartner's criteria as they apply to your specific requirements. Contact Gartner to discuss how this evaluation may affect your specific needs.

In the below table, the various ratings are defined:

**MarketScope Rating Framework**

**Strong Positive**
Is a solid provider of strategic products, services or solutions.

- *Customers:* Continue investments.
- *Potential customers:* Consider this vendor a strong strategic choice.

**Positive**
Demonstrates strength in specific areas, but is largely opportunistic.

- *Customers:* Continue incremental investments.
- *Potential customers*: Put this vendor on a shortlist of tactical alternatives.

**Promising**
Shows potential in specific areas; however, initiative or vendor has not fully evolved or matured.

- *Customers:* Watch for a change in status and consider scenarios for short- and long-term impact.
- *Potential customers:* Plan for and be aware of issues and opportunities related to the evolution and maturity of this initiative or vendor.

**Caution**
Faces challenges in one or more areas.

- *Customers:* Understand challenges in relevant areas; assess short- and long-term benefit/risk to determine if contingency plans are needed.
- *Potential customers:* Note the vendor's challenges as part of due diligence.

**Strong Negative**
Has difficulty responding to problems in multiple areas.

- *Customers:* Exit immediately.
- *Potential customers:* Consider this vendor only if there are no alternatives.



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509



© 2006 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

# EXHIBIT J

Gartner

Industry Research

Publication Date: 30 March 2007

ID Number: G00147355

# MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2007

Stephen Forte

P&C insurers should replace legacy claims administration systems with next-generation claims management solutions to better manage internal and external claims activities. This will enable insurers to reduce claims leakage and improve customer service.

© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

Aggressive insurers have begun to select claims management vendors for their claims functions, which will enable greater end-to-end claims management. Insurers that fail to address their aging claims administration systems will find themselves unable to rapidly adapt to cyclical markets, to reduce claims leakage and to provide superior customer service by paying claims quickly, accurately and cost-effectively.

## MARKETSCOPE

This is an update to "MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2006," published on 23 March 2006. Since then, Gartner has received numerous inquiries and requests for information on claims administration vendors in the property and casualty (P&C) segment. Our research validates that many Tier 1 and Tier 2 P&C insurers in North America are aggressively replacing their legacy claims administration systems. In fact, we saw 28 new claims wins among the vendors in this report in 2006. This trend will continue in 2007, with a renewed emphasis on reducing legacy maintenance costs a driving factor.

The P&C insurance claims process is plagued by problems that affect the insurer's profitability, competitiveness and customer retention. Until recently, claims departments were an afterthought in technology budgets. Historically, company leaders have focused more attention on technologies that directly affect new business and routine customer service, rather than the core claims process. For most insurers, the claims process is inefficient and costly, and it does not always provide good customer service. Moreover, the industry continues to be challenged by claims leakage, losses to fraud, and the inability to access claims data needed to understand and improve risk management. The pressure to reduce operational costs and improve customer service has elevated the awareness of the difficulties inherent in claims processing. New strategies and platforms are needed to support end-to-end claims handling and settlement. Moreover, investments are needed to improve the claims infrastructure by adopting new technologies and modernizing their systems and processes.

Insurers had viewed vendor offerings as simple base solutions that required numerous customizations to meet business and technical requirements. The perception was that those solutions lacked the functionality and flexible architecture, and that vendors neither invested in R&D sufficiently to respond to insurers' requirements nor provided solutions in a cost-effective manner. During the past four years, claims administration vendors began to re-architect their platforms and add greater functionality to enable end-to-end claims management through various partnerships with insurers and/or engaging in an open-source environment to help fund the development. As a result, the vendor alternatives are better now, and insurers are able to make a stronger business case for buying versus building because most insurers lack the skills and resources to develop claims management platforms competitive with the best vendor offerings. Although no vendor offering will meet 100% of an insurer's business and technology requirements, the functionality of the newer offerings has greatly improved to meet 70% and 80% of these requirements out of the box, leaving little for configuration and/or customization.

Insurers are replacing claims administration systems for some, if not all, of the following reasons:

- Aging technology (for example, code, architecture and flexibility)
- High costs to support and enhance these systems
- Fragmented claims data



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- The desire to capture mobile claims data or collect data that is housed in legacy claims systems
- Inefficient and manual claims-handling processes, which lead to subjective decision making
- The desire to consolidate multiple administration platforms to one or two platforms (for example, commercial and personal lines)
- Improvement in the speed and accuracy of claims payments
- A greater focus on business process, workflow redesign and business-rule management
- Preparation for acquiring or shedding books of business and merger and acquisition (M&A) activity
- Externalized business processes to add new channels, such as Internet access for claims input/inquiry
- Easier integration of insurers with internal and external applications because of their Java 2 Platform, Enterprise Edition (J2EE), or Microsoft .NET and service-oriented architectures, and adoption of more of a supply chain approach to claims management
- Analytics for more-granular claims analysis of internal and external fraud

Next-generation claims management solutions that combine traditional claims administration with business process management centralize all claims operations into one business platform. The claims life cycle can have numerous nuances, but at its core, it is defined as a set of functions, tasks and subtasks that handle first notice of loss (FNOL), imaging, reserve setup, assignment, policy coverage and verification, litigation, and settlement. The leading solutions provide best practices, templates, and toolsets that enable insurers to quickly define, model, implement and modify processes to meet insurers' particular business needs. Also at the heart of a leading claims management platform are business processes that range in capability from screen flow to rule engines and "what if" impact-modeling tools.

These claims management solutions enable insurers to more easily integrate with internal and external applications because of their J2EE or Microsoft .NET and service-oriented architectures. Claims management platforms will also play a significant role by actively configuring and managing business processes because of their embedded rule engines, workflow and business process management capabilities. Claims management platforms drive a significant portion of insurers' overall investment in business processes and provide one of the most-significant challenges and areas of opportunity for P&C insurers.

Insurers considering a claims management solution should weigh a number of criteria in evaluating business functionality and technology architecture. Ideal platforms will have the following characteristics:

- FNOL that interoperates with CRM, underwriting and policy systems
- Online entry of claims for commoditized products (for example, personal automobile)
- Online inquiry of claims status
- Integration across policy lines for a customer-centric view of claims service
- Easily edited tables and housing rules



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Initial claims setup
- Claims assignment
- Policy coverage and verification
- Administration (for example, workload distribution)
- Analytics (for example, loss adjuster productivity and injury analysis) and dashboard capability
- Supply chain management
- Special handling and instructions (for example, special investigative unit [SIU])
- Diary file/notes
- Financials (for example, expenses for reimbursement)
- Litigation management
- Supply chain management and integration with other applications (for example, repair shop applications)
- Settlement (payment)
- Salvage and subrogation ability for property damage
- Support services and maintenance by the vendor for implementation and ongoing requirements
- Annual or semiannual releases and versioning support
- Robust reporting capabilities that help identify exposures and assist with decision making
- An ability to audit reserves, losses and property damage, as well as determine the appropriateness of loss reserves
- An ability to calculate structured settlement options and legal fees
- Security provisions for employees being promoted, terminated or servicing other areas of the company
- A single data structure that all modules and functions use — meaning that they all conform to the same data formats
- An n-tier architecture, in which the presentation layer, business logic and data are separate and easy to change
- A configurable rule engine, which limits the amount of programming changes to the application
- A componentized system, in which modules can be easily added or removed
- Thin-client, Web-based access for all users, regardless of remote or home-office locations



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- A library of adapters/XML interfaces for integrating with third-party applications and services (such as motor vehicle records)
- Number of releases for the product and current product version number, which provide an indication of added functionality and the number of bug fixes associated with that product
- Newer programming languages, such as J2EE or Microsoft .NET
- Service-oriented architecture enablement
- Adherence to industry standards, such as the Association for Cooperative Operations Research and Development (ACORD) XML for P&C
- Support for wireless/mobile technologies

## Market/Market Segment Description

This MarketScope provides a comparative evaluation of six leading claims management platforms that support the claims management needs of midsize and large insurers in North America.

## Inclusion and Exclusion Criteria

This MarketScope includes only claims systems that offer easily decoupled components (that can be sold as stand-alone products), have at least five live claims administration clients in North America (because many P&C insurers still want the flexibility to build and add components, rather than replace the entire claims administration system), are established in the P&C insurance market in North America, and provide end-to-end claims management functionality for personal or commercial lines of business. This MarketScope is specific to North America and does not include emerging vendors. It does not apply to other regions. Careful review must be done by insurers located in other countries, because leading vendors will vary by region.

## Rating for Overall Market/Market Segment

**Overall Market Rating: Positive**

Gartner's semiannual survey of insurance clients indicates that policy administration systems are a top IT priority for P&C insurers in North America. Gartner forecasts a steady increase in the number of claims administration system replacement projects by P&C insurers in North America during the next three years, as insurers recognize the need to become more flexible and nimble. Additionally, Gartner surveys have found a greater percentage of P&C insurers that prefer component/part replacement, rather than comprehensive claims administration suites.

Although we have rated this vendor market as "positive," advancement and improvements are still needed. The tipping point, at which Tier 1 P&C insurers believe these applications are even credible enough to begin avoiding build decisions, has just been reached. Perfect or near-perfect vendor alternatives with strong functionality across personal and commercial product lines and sufficiently agile architectures are just now beginning to occur. However, the alternatives for Tier 1 and Tier 2 P&C insurers in North America have improved significantly during the past four years and will continue to improve during the next three years.



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## Evaluation Criteria

**Table 1. Evaluation Criteria**

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Market Understanding | This is the ability of the vendor to anticipate the insurance industry's evolving challenges, understand insurers' wants and needs, and translate those into products and service offerings. Vendors that show the highest degree of vision, listen to and understand insurers' wants and needs, and can provide added industry expertise to shape or enhance insurers' vision. | High |
| Offering (Product) Strategy | This is the vendor's approach to product development and delivery that emphasizes differentiation, functionality, methodology, architecture and feature set as they map to current and future P&C insurer requirements. Specifically, the viability of the vendor's product strategy and capabilities to support insurers' continuous operational improvements and respond to changing insurance requirements. | High |
| Product/Service | Systems and services offered by the vendor that excel in serving the P&C insurance market. This includes current system capabilities; quality; feature sets; skills; installation, configuration and maintenance services; and so on, whether offered natively or through partnership agreements. | High |
| Overall Viability (Business Unit, Financial, Strategy, Organization) | Viability includes an assessment of the overall organization's financial health, the capability of the vendor to generate increased sales and the likelihood of the vendor to continue investing in and offering the product. | Standard |



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Customer Experience | Relationships, products and services/programs that enable insurers to be successful with the products evaluated. Specifically, this includes the ways insurers receive technical support or account support both during and after implementation. This can also include ancillary tools, customer support programs (and the quality thereof), availability of user groups and service-level agreements. | Standard |

**Source: Gartner (March 2007)**

**Figure 1. MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2007**

| | RATING | | | | |
|---|---|---|---|---|---|
| | Strong Negative | Caution | Promising | Positive | Strong Positive |
| Accenture (Claim Components) | | | | x | |
| CSC (Advanced Claims) | | x | | | |
| CSC (Exceed Claims) | | | x | | |
| Fiserv (Claims Workstation) | | | | x | |
| Guidewire Software (ClaimCenter) | | | | | x |
| Innovation Group (IG Claims) | | | | x | |
| Insurity (Claims Decisions) | | x | | | |

As of 30 March 2007

**Source: Gartner (March 2007)**

# Vendor Product/Service Analysis

## Accenture

Established in 1989, Bermuda-based Accenture has been a publicly traded company since July 2001. The company generated net revenue of $16.65 billion for the fiscal year ending 31 August 2006. With 150,000 employees in 49 countries, Accenture offers global management, consulting, technology services and outsourcing. Accenture's operation is split into five divisions: communications and high tech, financial services (banking, capital markets, insurance), products and services, resources, and government. Insurance services and products include claims, policy, underwriting, risk management, business process outsourcing and IT outsourcing. Accenture's Claim Components Solution product currently has 12 in-force clients in North America. The company targets this solution globally to large-tier P&C insurers. Accenture provides complete integration services for its own solutions as well as for other vendor products.

*Strengths:*



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- A strong management team that understands the claims business and the need to reduce claims leakage for personal and commercial lines
- Visibility and delivery with Tier 1 global insurers
- A willingness to enter outcome-based arrangements for delivery and business outcomes
- A knowledge transfer approach to speed customer familiarity
- System focused on the claims user across all lines of business
- Availability as an application service provider or a managed service offering
- A service-oriented architecture, with more than 200 exposed services
- A componentized system for FNOL, desktop, financials and claims pattern analysis
- Functionality of the system that is constantly updated through product development, customer co-development and Accenture's advanced technology research
- Support for ACORD XML
- A Microsoft .NET v.2.0 architecture for the latest version r.6.0
- Task Engine and Task Assistant that help to drive claims efficiency and dynamic, event-based workflow
- Claim Pattern Analysis that supports segmentation and automated assignment and processing
- Productivity gains and claims outcome improvements
- Three patents (Claim Pattern Analysis, Task Engine/Assistant and File Notes)
- A large consulting practice engaged in projects targeted at claims re-engineering and building of new claims key performance indicators (KPIs)
- A willingness to license its source code

*Weaknesses:*

- Consulting and the overall rate structure, which can be expensive for midsize insurers
- FNOL not in production for workers' compensation, personal umbrella and commercial umbrella
- FNOL not currently available for commercial automobile
- Statute and case law support not provided
- Diagramming capabilities for automobile accidents not provided
- Lack of a rental calculation tool to determine appropriate rental time based on vehicle appraisal
- Lack of an analytics dashboard
- Lack of pre-built interfaces for state reporting and medical bill re-pricing



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Current lack in supply chain management functionality of an interface to autodispatch and estimate integration providers
- Lack of wireless capability for a field adjuster to input damage inspection information from a PDA
- Pre-built application programming interfaces limited to ProcessClaims, ISO Claims Outcome Advisor and ISO ClaimSearch
- Two new claims wins in 2006

*Rating: Positive*

Accenture has a positive rating due to a strong management team that understands the claims business and the need to reduce claims leakage for personal and commercial lines as well as to focus on the claims user across all lines of business. It has a large consulting practice engaged in projects targeted at claims re-engineering and building of new claims key performance indicators. It is visible and has delivery with Tier 1 global insurers.

## CSC

Founded in 1959, U.S.-based Computer Sciences Corp. (CSC) is a publicly traded company. Its 2006 annual revenue was $14.6 billion. With about 1,800 employees in its P&C insurance division, CSC offers software solutions to the insurance industry as well as consulting, systems integration and outsourcing. CSC's products for the P&C segment include policy administration, claims, billing, reinsurance, fraud evaluation (for example, bodily injury analysis), reporting and publishing (for example, business intelligence and document solutions), and business automation (for example, workflow). The company has four in-force Exceed Claims clients in North America. CSC targets its Exceed Claims product to midsize and large insurers globally. The company has 11 in-force Advanced Claims clients in North America. CSC targets its Advanced Claims product to small and midsize insurers globally. CSC provides complete integration services and works with IBM Global Services for integrations.

*Exceed Claims Strengths:*

- A strong management team that is committed to working with the end user
- A dominant, financially stable vendor
- Product now available for commercial lines
- A good user base for sharing information
- Usability testing in the testing community to enhance workflow (watch claims handlers use the system to look for enhancements in movements through screens)
- A component-based system
- A functionally rich system
- A client-centric system
- Certification for IBM IAA Level 2 compliance
- Skills-based routing
- A business rule engine



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- An activity log (chronological summary of key transactions of claims on one screen for work in progress and financial transactions)
- Claims Desktop, which integrates and orchestrates additional CSC claims tools (bodily injury, supply chain management, medical bill review and litigation management)
- Innovation community for product enhancements led by customers
- Advisory councils for R&D
- Support services both during and after implementations

*Exceed Claims Weaknesses:*

- Product enhancements set by the Exceed Claims users' group — the timeline for needed functionality could be a critical factor for some insurers
- Improvement needed for business- and technical-requirements-gathering process
- Improvement needed for testing code logic prior to release
- Improvement needed for training and knowledge transfer
- Improvement needed for migration path for upgrading existing Series II Claims customers to Exceed Claims needs
- Reinsurance not supported in Exceed Claims
- Lack of a dashboard for claims analytics
- Lack of a complete supply chain management functionality
- Medical bill review and litigation management available through a separate product (Legal Solutions Suite)
- Two new claims wins in 2006

*Rating: Promising*

CSC Exceed Claims has a promising rating primarily due to its lack of penetration with commercial insurers. We expect this trend to change because it now has commercial lines templates in Exceed Claims version 2.2, released in the beginning of 2007, and one customer signed up.

*Advanced Claims Strengths:*

- A strong management team that is committed to working with the end user
- Availability for personal and commercial lines
- A number of modules and products outside of claims for the midsize insurer
- A large user community that enables sharing of information to benefit all clients
- Technology enhancements funded by CSC
- Products built by the same people — interfacing with various CSC applications is relatively easy


© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.
Gartner

- A dominant, financially stable vendor
- Support services both during and after implementations

*Advanced Claims Weaknesses:*

- Rich client (not Web-enabled) running through Citrix
- Improvement needed for FNOL for agents entering claims and receiving a claim number
- E-mail integrated with Advanced Claims through Claims Desktop (a separate license required)
- An entry-level reporting capability through Sort Master (part of Advanced Claims)
- Integration to its BI Evaluator (formerly Colossus) product requiring Claims Desktop product
- Inability for agents to access the system from the Web
- Availability of fraud calculation tool through separate product (Fraud Evaluator)
- Availability of medical bill review and litigation management through a separate product (Legal Solutions Suite)
- Claims Desktop (a separate license required) for integration to all CSC tools for managing claims
- One new claims win in 2006

*Rating: Caution*

CSC Advanced Claims has a caution rating primarily due to its architecture, the integration of other CSC claims tools requiring a separate license purchase of Claims Desktop and one new claims win in 2006. While it has added a business service architecture to Advanced Claims, the current client is rich architecture and requires Citrix.

## Fiserv

Fiserv, founded in 1984, is a publicly traded company based in the U.S. Its 2005 revenue was $4 billion. The company insurance business grew through an aggressive M&A pattern. Some of the acquired companies that comprise its Insurance Solutions division have been operating since 1979. This division has more than 900 employees serving 2,900 insurers. Its target market is the midsize and large P&C, life and reinsurance insurers in North America. The products of the Insurance Solutions division include Policy STAR, Claims Workstation and Fiserv Advanced Billing. On 13 September 2006, Fiserv acquired InsureWorx, an end-to-end policy and claims administration solution for the workers' compensation line of business (for more information, see "Fiserv Stronger in Workers Compensation With InsureWorx Deal"). The division has 37 in-force Claims Workstation customers in North America, two of which are live on the J2EE v.5. Its solutions cover policy management, rating, reinsurance, billing, claims, channel management/CRM, enterprise operations (for example, unclaimed property) and infrastructure (for example, outsourcing). Fiserv's Professional Services Team partners with the insurers' internal IT resources to provide full integration services.

*Strengths:*



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- A strong management team that is committed to providing a flexible claims management platform for personal and commercial lines
- A recognized player in the insurance industry
- A transaction-oriented, stable product
- A componentized architecture written in Java to the J2EE specification
- Service-oriented architecture followed
- Platform independence
- Application service provider (ASP) offering
- An embedded Fair Isaac Blaze Advisor rule engine
- A flexible and configurable user interface
- Business logic and business workflow processes with integration of business rules
- A client-centric system
- A policy tree for navigation
- Multiple users on the same claim
- Forty functional enhancements added to version 5
- Integration with Lombardi Software's business process management framework
- Use of FastTrack agent and consumer portal
- Litigation management capabilities
- Financial stability
- Strong support services both during and after implementations

*Weaknesses:*

- Reorganization changes that can affect implementation and support services
- Limited support for workers' compensation in Claims Workstation (full support available through InsureWorx acquisition)
- Time-consuming FNOL functionality that can result in increased call wait times in call centers
- Limited support for medical bill review and no support for medical bill re-pricing
- Fraud detection capabilities limited to duplicate claims scan
- Users having to maintain their own batch and scheduling jobs with the current version
- Unwillingness, historically, to fund product enhancements without client backing
- Architectural issues because of acquisition strategy
- Improvement needed for implementation and project management



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Numerous clients on client/server Visual Basic version of Claims Workstation
- Two new claims wins in 2006

*Rating: Positive*

Fiserv has a positive rating primarily due to its ability to manage both personal and commercial lines claims through its product, integration of its FastTrack portal, installed base and the addition of 40 functional enhancements to version 5 of its claims product.

## Guidewire Software

Guidewire Software was founded in September 2001 and is a privately held company backed by U.S. Venture Partners and Bay Partners. The U.S.-based company has 300 employees. The company provides claims management software, underwriting/policy administration software and billing software for P&C insurers. Its products for the P&C segment include ClaimCenter, PolicyCenter and BillingCenter. Its focus is on midsize and large insurers, but the company does have some customers in the small-insurer and self-insured areas. Guidewire's target geography is primarily North America, with a growing focus on Europe and Australia/New Zealand. The company has 35 ClaimCenter customers, 17 of which are live. Guidewire's integration partners include BearingPoint, IBM Global Services, Capgemini, Deloitte Consulting, Active Consulting, CastleBay Consulting, Business Agility and HCL Technologies. ClaimCenter was first released in 2003.

*Strengths:*

- A strong management team that is committed to providing a flexible claims management platform for personal and commercial lines
- A focus on improving an insurer's claims organizational operational efficiencies, costs and service levels
- An expanding sales force in Toronto, London, Sydney, Moscow and Paris
- Solid development disciplines (adherence to agile software development with scrum)
- Technical capabilities of staff
- Deployment on all personal and commercial lines, including workers' compensation
- 100% Java/J2EE architecture, platform independence and service-oriented architecture
- No legacy code or products
- Business rule engine pre-loaded with claims-specific rules
- ASP offering through IBM
- Business functionality for end-to-end claims management
- Business rules and workflow management used for claims segmentation, skill-based routing, assignment and work plan
- A solid design and architecture
- 100% referenceable clients
- Twelve claims wins in 2006



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Responsiveness to customer issues
- Customer involvement in development directions

*Weaknesses:*

- Venture capital financing, which can create uncertainty for the future
- Financial information available only in a phone conference with executive staff
- ClaimCenter not certified on IBM DB2 database
- A reporting module that requires a separate license
- Lack of a medical bill review functionality
- Limited fraud detection functionality
- Limited subrogation functionality
- Pre-built application programming interfaces limited to ISO ClaimSearch, Metropolitan Reporting Bureau and Microsoft MapPoint
- Improvement needed in professional services
- Limited standard training manuals

*Rating: Strong Positive*

Guidewire has a strong positive rating primarily due to its ability to manage both personal and commercial lines claims (including workers' compensation) through its product, business rules and workflow management used for claims segmentation, skill-based routing, assignment and work plan, 100% referenceable clients, and obtaining 12 claims wins in 2006.

## Innovation Group

Innovation Group was founded in 1997 and is based in the U.K. Innovation Group is a public company. Its 2006 annual revenue was $153.7 million. It has 408 employees in its Technology Solutions division and 1,250 in its business process outsourcing (BPO) division. It is a global provider of outsourcing services and software solutions (policy, claims and billing) to the P&C insurance segment. On 2 November 2006, Innovation Group announced the acquisition of First Notice Systems, a provider of claims-reporting outsourcing services and software to the P&C insurance segment in the U.S. (for more information, see "Innovation Group Buy to Fill North American Claims BPO Gap"). With 92 in-force claims administration customers in North America (this includes FNOL customers), Innovation Group targets the midsize and large insurers market in North America, the U.K., Europe, Japan, China and Australia. Innovation Group's Professional Services division works with the insurer's internal IT resources to provide full integration services as required. Innovation Group uses integration services from IBM Global Services and Cognizant.

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for personal lines
- A service-based architecture
- A follower of J2EE standards



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Ability to run on Microsoft .NET platform via Web Services Description Language (WSDL) integration
- A proprietary rule engine with pre-defined claims templates
- Pre-built application programming interfaces for ChoicePoint, MapInfo, FileNet, ISO Index, eMitchell and Document Sciences
- All claims components easily decoupled (first notice, claims management, application administration, integrated analytics, business process management, finance and reporting)
- Support through its Insurance Design Studio (IDS), which is made up of a screen builder, process and workflows, rule engine, product definition workbench, security manager, report builder, services catalog, and integration manager
- Processes in IDS in its services catalog, which is accessible to any other application
- A new product, Innovation Analytics, for more-granular claims analysis including risk geomapping
- A new product, Innovation Integrator, for any processes (whether attended or unattended) via standard services
- Version control for rules, data, screens and processes from environment to production
- FNOL enhancements and best practices with the acquisition of First Notice Systems
- Three deployment options using the same screen, process and rule definition:
  - The Web, using native HTML and Ajax (a Web development technique for creating interactive Web applications)
  - Java client (Swing)
  - Java applet for use within the browser
- Ease of integration with legacy and third-party applications because of its services architecture and WSDL-compliant services catalog
- A client-centric model
- Audit trails
- Fraud-scoring capabilities
- E-mail to underwriter if there is a change to the policy during a claim (for example, a different car involved in an accident versus what is shown on the policy)
- Nine new claims wins in 2006

*Weaknesses:*

- Commercial lines development to be dependent on partnering with an insurer
- DB2 database support only in production
- Linux not supported


© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Additional workforce for primary support needed
- Lack of a dedicated pre-sales team serving prospective clients in North America

*Rating: Positive*

Innovation Group has a positive rating primarily due to its enhancements with the core engine (IDS), which improved performance, Web performance, configuration and development environment migration enhancements. Additionally, the acquisition of First Notice Systems in 2006 brings intellectual property and best practices for first notice of loss management as well as a significant installed base among Tier 1 and Tier 2 insurers for both personal and commercial lines. Innovation Group has a new product, Innovation Analytics, for more-granular claims analysis including risk geomapping.

## Insurity

U.S.-based Insurity has been in business for 26 years and is a wholly owned subsidiary of ChoicePoint. Its 2005 revenue was $407.5 million. Insurity has 455 business and technical employees, 60% of which are from the insurance industry. The company focuses on the midsize and large P&C commercial, specialty and personal lines market in the U.S. for insurers, those that are self-insured, and third-party administrators (TPAs). Its software and services include front- and back-office products (for example, policy, claims and billing), data services (for example, bureau reporting and data warehousing), and outsourcing (for example, business outsourcing and hosting services). Insurity provides integration services for its solutions, including a proprietary project management and business discovery process, quality assurance, testing, installation, user and administrator testing, data migration, and interface development.

*Strengths:*

- A strong management team that's committed to providing a flexible claims management platform for commercial lines, including workers' compensation
- Access to ChoicePoint's suite of insurance products and services
- Support of Web services
- Microsoft .NET architecture for all components
- Product flexibility for custom screens/fields that the user can configure without vendor support
- Business process workflow enablement
- Medical bill re-pricing for workers' compensation
- Medical case management
- State reporting
- Litigation management
- Financial stability with ChoicePoint ownership

*Weaknesses:*

- Improvement needed for project management, strategy and delivery
- Limited out-of-the-box support for Oracle and DB2 database



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- No known live clients on its Microsoft .NET platform
- Lack of off-the-shelf support for all personal lines
- Lack of subrogation and recovery management modules
- Lack of ability to track deductible recoveries
- State, National Council on Compensation Insurance (NCCI), ISO and general reporting dependent on separate module (Reporting Decisions)
- Lack of supply chain connections for salvage and subrogation modules (for example, Mitchell and CCC)
- A separate product (Magnify) from ChoicePoint required for fraud calculation and visualization functionality
- A separate product (i2) from ChoicePoint required for SIU
- Data warehouse analytics not included in the base system
- Supply chain management not included in the base system

*Rating: Caution*

Insurity has a caution rating due its unresponsiveness in meeting the deadlines for validating critical information required for this report. This information includes but is not limited to: 1) the number of live clients on its Microsoft .NET platform; 2) the number of new claims wins in 2006; 3) the functional enhancement to the base system in 2006; and 4) referenceable clients in production on the Microsoft .NET platform.

## RECOMMENDED READING

"MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2006"

"Magic Quadrants and MarketScopes: How Gartner Evaluates Vendors Within a Market"

## Vendors Added or Dropped

We review and adjust our inclusion criteria for Magic Quadrants and MarketScopes as markets change. As a result of these adjustments, the mix of vendors in any Magic Quadrant or MarketScope may change over time. A vendor appearing in a Magic Quadrant or MarketScope one year and not the next does not necessarily indicate that we have changed our opinion of that vendor. This may be a reflection of a change in the market and, therefore, changed evaluation criteria, or a change of focus by a vendor.

## Gartner MarketScope Defined

Gartner's MarketScope provides specific guidance for users who are deploying, or have deployed, products or services. A Gartner MarketScope rating does not imply that the vendor meets all, few or none of the evaluation criteria. The Gartner MarketScope evaluation is based on a weighted evaluation of a vendor's products in comparison with the evaluation criteria. Consider



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Gartner's criteria as they apply to your specific requirements. Contact Gartner to discuss how this evaluation may affect your specific needs.

In the below table, the various ratings are defined:

**MarketScope Rating Framework**

**Strong Positive**
Is a solid provider of strategic products, services or solutions.

- *Customers:* Continue investments.
- *Potential customers:* Consider this vendor a strong strategic choice.

**Positive**
Demonstrates strength in specific areas, but is largely opportunistic.

- *Customers:* Continue incremental investments.
- *Potential customers*: Put this vendor on a shortlist of tactical alternatives.

**Promising**
Shows potential in specific areas; however, initiative or vendor has not fully evolved or matured.

- *Customers:* Watch for a change in status and consider scenarios for short- and long-term impact.
- *Potential customers:* Plan for and be aware of issues and opportunities related to the evolution and maturity of this initiative or vendor.

**Caution**
Faces challenges in one or more areas.

- *Customers:* Understand challenges in relevant areas; assess short- and long-term benefit/risk to determine if contingency plans are needed.
- *Potential customers:* Note the vendor's challenges as part of due diligence.

**Strong Negative**
Has difficulty responding to problems in multiple areas.

- *Customers:* Exit immediately.
- *Potential customers:* Consider this vendor only if there are no alternatives.



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509



© 2007 Gartner, Inc. and/or its Affiliates. All Rights Reserved.