# EXHIBIT K

Gartner

Industry Research

Publication Date: 19 May 2008

ID Number: G00157376

# MarketScope for North American Property and Casualty Insurance Claims Administration Systems

Kimberly Harris-Ferrante

The P&C claims administration system market continues to mature. It has more referenceable customers, more needed functionality, more-modern technologies and a service-oriented architecture approach. As a result, P&C insurers have more options and lower-risk implementations.

© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

This document was revised on 23 June 2008. For more information, see the Corrections page on gartner.com.

Tier 1 and Tier 2 property and casualty (P&C) insurers in North America continue to enhance their claims processes through the use of modern solutions, including advanced claims administration systems. Solutions are becoming more comprehensive, including better capabilities to support personal, commercial and specialty lines through a single solution, and adding functionality such as claims analytics, medical bill review and litigation management to offer complete end-to-end platforms for claims processing.

## MARKETSCOPE

This is an update to "MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2007," published on 30 March 2007. Since then, Gartner has received numerous inquiries and requests for information on claims administration vendors in the P&C segment. Our research validates that many Tier 1 and Tier 2 P&C insurers in North America are continuing to replace their legacy claims administration systems.

The P&C insurance claims process is plagued by problems that affect the insurer's profitability, competitiveness and customer retention. Until recently, claims departments were an afterthought in technology budgets and lacked funds for strategic projects. Historically, company leaders have focused more attention on technologies that directly affect new business and routine customer service, rather than the core claims process. For most insurers, the claims process is inefficient and costly, and it does not always provide good customer service. Moreover, the industry continues to be challenged by claims leakage, losses to fraud, and the inability to access claims data needed to understand and improve risk management. The pressure to reduce operational costs and improve customer service has elevated the awareness of the difficulties inherent in claims processing. New strategies and platforms are needed to support end-to-end claims handling and settlement. Moreover, investments are needed to improve the claims infrastructure by adopting new technologies and modernizing their systems and processes.

Insurers had viewed vendor offerings as simple base solutions that required numerous customizations to meet business and technical requirements. The perception was that those solutions lacked the functionality and flexible architecture, and that vendors neither invested in R&D sufficiently to respond to insurers' requirements nor provided solutions in a cost-effective manner. During the past five years, claims administration vendors began to re-architect their platforms and added greater functionality to enable end-to-end claims administration through various partnerships with insurers and/or engaging in an open-source environment to help fund the development. As a result, the vendor alternatives are better now, and insurers are able to make a stronger business case for buying versus building because most insurers lack the skills and resources to develop claims administration platforms competitive with the best vendor offerings. Although no vendor offering will meet 100% of an insurer's business and technology requirements, the functionality of the newer offerings has greatly improved to meet 70% and 80% of these requirements out of the box, leaving little for configuration and/or customization. This contributes to reduced project risk.

Insurers are replacing claims administration systems for some, if not all, of the following reasons:

- Aging technology (for example, code, architecture and flexibility)
- High costs to support and enhance these systems



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Fragmented claims data
- The desire to capture mobile claims data or collect data that is housed in legacy claims systems
- Inefficient and manual claims-handling processes, which lead to subjective decision making
- The desire to consolidate multiple administration platforms to one or two platforms (for example, commercial and personal lines)
- Improvement in the speed and accuracy of claims payments
- A greater focus on business process, workflow redesign and business-rule management
- Preparation for acquiring or shedding books of business and merger and acquisition (M&A) activity
- Externalized business processes to add new channels, such as Internet access for claims input/inquiry
- Easier integration of insurers with internal and external applications because of their Java Platform, Enterprise Edition (Java EE), or Microsoft .NET and service-oriented architectures (SOAs), and adoption of more of a supply chain approach to claims administration
- Embedded analytics for more-granular claims analysis of internal and external fraud (built by the vendor or from a third-party partner)

Next-generation claims administration solutions that combine traditional claims administration with business process management centralize all claims operations into one business platform. This is typically done by the vendor building claims workflow in the system. The claims life cycle can have numerous nuances, but at its core, it is defined as a set of functions, tasks and subtasks that handle first notice of loss (FNOL), imaging, reserve setup, assignment, policy coverage and verification, litigation, and settlement. The leading solutions provide best practices, templates, and toolsets that enable insurers to quickly define, model, implement and modify processes to meet insurers' particular business needs. Also at the heart of leading claims administration systems are prebuilt business processes that range in capability from screen flow to rule engines and "what if" impact-modeling tools.

These claims administration solutions enable insurers to more easily integrate with internal and external applications because of their Java EE or Microsoft .NET and SOAs. Claims administration systems will also play a significant role by actively configuring and managing business processes because of their embedded rule engines, workflow and business process management capabilities.

Insurers considering a claims administration solution should weigh a number of criteria in evaluating business functionality and technology architecture. Ideal platforms will have the following characteristics:

- FNOL that interoperates with CRM, underwriting and policy systems
- Online entry of claims for commoditized products (for example, personal automobile)
- Online inquiry of claims status
- Integration across policy lines for a customer-centric view of claims service



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Easily edited tables and housing rules
- Initial claims setup
- Claims assignment
- Policy coverage and verification
- Administration (for example, workload distribution)
- Analytics (for example, loss adjuster productivity and injury analysis) and dashboard capability
- Supply chain management
- Special handling and instructions (for example, special investigative unit [SIU])
- Diary file/notes
- Financials (for example, expenses for reimbursement)
- Litigation management
- Supply chain management and integration with other applications (for example, repair shop applications)
- Settlement (payment)
- Salvage and subrogation ability for property damage
- Support services and maintenance by the vendor for implementation and ongoing requirements
- Annual or semiannual releases and versioning support
- Robust reporting capabilities that help identify exposures and assist with decision making
- An ability to audit reserves, losses and property damage, as well as determine the appropriateness of loss reserves
- An ability to calculate structured settlement options and legal fees
- Security provisions for employees being promoted, terminated or servicing other areas of the company
- A single data structure that all modules and functions use — meaning that they all conform to the same data formats
- An n-tier architecture, in which the presentation layer, business logic and data are separate and easy to change
- A configurable rule engine, which limits the amount of programming changes to the application
- A componentized system, in which modules can be easily added or removed
- Thin-client, Web-based access for all users, regardless of remote or home-office locations



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- A library of adapters/XML interfaces for integrating with third-party applications and services (such as motor vehicle records)
- Number of releases for the product and current product version number, which provide an indication of added functionality and the number of bug fixes associated with that product
- Newer programming languages, such as Java EE or Microsoft .NET
- SOA enablement
- Adherence to industry standards, such as ACORD XML for P&C
- Support for wireless/mobile technologies

It should be noted that most of the off-the-shelf solutions do not support many of the emerging functionalities needed for end-to-end claims administration, such as analytics (including claims performance assessment, fraud analysis and a claims dashboard), Internet self-service capabilities, mobile/wireless support, and integration with a geographic information system (GIS) for location-based intelligence. Most vendors have this on their solutions' road maps but lack these capabilities in their base solutions today. Short-term, insurers will have to do without or find third-party solutions to fill functional gaps. Solutions are expected to overcome these gaps by 2009 or 2010 (depending on vendor).

## Market/Market Segment Description

This MarketScope provides a comparative evaluation of the nine leading claims administration systems that support the claims administration needs of midsize and large insurers in North America. This MarketScope is specific to North America and does not include emerging vendors. It does not apply to other regions. Careful review must be done by insurers located in other countries, because leading vendors will vary by region. Furthermore, attention should be paid to the size of organization. Larger, Tier 1 insurers may want more-flexible solutions that are easier to configure; lower-end Tier 1 and Tier 2 insurers will need more prebuilt functionality that can be implemented like a "black box."

## Inclusion and Exclusion Criteria

This MarketScope includes only claims administration systems that offer easily decoupled components (that can be sold as stand-alone products), have a sizable installed base in North America (typically at least five live claims administration clients), are established in the P&C insurance market in North America, and provide end-to-end claims administration functionality for personal or commercial lines of business. Since the 2007 report, two vendors have been added — Valley Oak Systems/Aon and SAP. It is important to note that SAP has been included although it lacks five installed customers in North America but has proven functionality and installed customers in other regions. Furthermore, it is important to note that Oracle is also an emerging vendor in this market. While Oracle was not included this year due to its inability to meet the inclusion criteria, it is investing in marketing and strengthening its claims solution to compete in this market.

## Rating for Overall Market/Market Segment

### Overall Market Rating: Positive

Gartner customers continue to inquire about P&C claims administration systems. As customer centricity, reducing losses (in the form of fraud management) and reducing claims costs become



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Gartner

greater priorities, insurer interest in finding state-of-the-art and modern claims administration systems is only expected to rise. Interest continues to be present among Tier 1 insurers, and Gartner is increasingly seeing Tier 2 companies search for alternatives to their legacy claims administration systems to support today's and tomorrow's processing requirements.

The market is Positive in that it continues to grow and mature. Solutions still do not meet 100% of the functional requirements needed for P&C insurers, and many have limitations in regard to experience covering all three lines of business: personal lines, commercial lines and specialty lines. R&D investments among vendors covered in this report are addressing these concerns, as well as enhancing the underlying technologies of their solutions, to better meet buyer needs and accelerate purchases in 2008 and beyond.

## Evaluation Criteria

**Table 1. Evaluation Criteria**

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Market Understanding | This is the ability of the vendor to anticipate the insurance industry's evolving challenges, understand insurers' wants and needs, and translate those into products and service offerings. Vendors that show the highest degree of vision, listen to and understand insurer wants and needs, and can provide added industry expertise to shape or enhance insurers' vision. | High |
| Offering (Product) Strategy | This is the vendor's approach to product development and delivery that emphasizes differentiation, functionality, methodology, architecture and feature set as they map to current and future P&C insurer requirements. Specifically, the viability of the vendor's product strategy and capabilities to support insurers' continuous operational improvements and respond to changing insurance requirements. | High |
| Product/Service | Systems and services offered by the vendor that excel in serving the P&C insurance market. This includes current system capabilities; quality; feature sets; skills; installation, configuration and maintenance services; and so on, whether offered natively or through partnership agreements. | High |



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Overall Viability (Business Unit, Financial, Strategy, Organization) | Viability includes an assessment of the overall organization's financial health, the capability of the vendor to generate increased sales and the likelihood of the vendor to continue investing in and offering the product. | Standard |
| Customer Experience | Relationships, products and services/programs that enable insurers to be successful with the products evaluated. Specifically, this includes the ways insurers receive technical support or account support both during and after implementation. This can also include ancillary tools, customer support programs (and the quality thereof), availability of user groups and service-level agreements. | Standard |

**Source: Gartner (April 2008)**

**Figure 1. MarketScope for North American Property and Casualty Insurance Claims Administration Systems**

| | RATING | | | | |
|---|---|---|---|---|---|
| | Strong Negative | Caution | Promising | Positive | Strong Positive |
| Accenture (Claim Components) | | | | x | |
| CSC (Advanced Claims) | | | x | | |
| CSC (Exceed Claims) | | | x | | |
| Fiserv (Claims Workstation) | | | | x | |
| Guidewire Software (ClaimCenter) | | | | | x |
| Innovation Group (IG Claims) | | | | x | |
| Insurity (Claims Decisions) | | x | | | |
| SAP | | | x | | |
| Valley Oak/AON | | | x | | |

As of 15 April 2008
**Source: Gartner (April 2008)**

# Vendor Product/Service Analysis

## Accenture

Established in 1989, Bermuda-based Accenture has been a publicly traded company since July 2001. The company generated net revenue of $19.70 billion for the fiscal year ending 31 August 2007. Overall, its Financial Services Group revenue was $4,357,327 in fiscal year 2007, and approximately 30% of that was generated from the insurance division. Accenture offers global management, consulting, technology services and outsourcing. Accenture's operation is split into


© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

five divisions: communications and high tech, financial services (banking, capital markets, insurance), products and services, resources, and government. Insurance services and products include claims, policy, underwriting, risk management, business process outsourcing (BPO) and IT outsourcing.

The solution, Accenture Claim Components, is currently on version 7.1, and the company has 12 in-force clients in North America, and an additional three customers are live in regions outside of North America. The company signed two North America customers for this solution during the past 12 months and one multinational customer. The company targets this solution globally to large-tier P&C insurers. Accenture provides complete integration services for its own solutions as well as for other vendor products. Enhancements were made to the system last year, including improved usability and navigation, configurable reserving, a claims cockpit for basic claims reporting and analytics, and prebuilt interfaces for state reporting and invoice processing. Furthermore, version 7.1 has been migrated to the .NET platform Framework 3.0.

*Strengths:*

- Visibility and delivery with Tier 1 global insurers
- A willingness to enter outcome-based arrangements for delivery and business outcomes
- A knowledge transfer approach to speed customer familiarity
- System focused on the claims user across all lines of business
- An SOA, with more than 200 exposed services
- A componentized system for FNOL, desktop, financials and claims pattern analysis
- System functionality is constantly updated through product development, customer co-development and Accenture's advanced technology research
- Support for ACORD XML
- A Microsoft .NET v.3.0 architecture for version 7.1
- Task Engine and Task Assistant, which help drive claims efficiency and dynamic, event-based workflow
- Claim Pattern Analysis, which supports segmentation, and automated assignment and processing
- A large consulting practice engaged in projects targeted at claims re-engineering and building of new claims key performance indicators (KPIs)
- A willingness to license its source code
- A claims dashboard that comes in the base product for version 7.1
- Solution architecture that makes it more customizable and unique after deployment because it is less of a pure "package" deployment than most of the other applications in this market

*Weaknesses:*

- Consulting and the overall rate structure can be expensive for midsize and smaller insurers; company has offshore resources in India that can help with this for joint onshore/offshore implementations



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Statute and case law support not provided
- Diagramming capabilities for automobile accidents not provided
- Lack of a rental calculation tool to determine appropriate rental time based on vehicle appraisal
- Current lack in supply chain management functionality of an interface to autodispatch and estimate integration providers
- Lack of wireless capability for field adjusters to input damage inspection information from PDAs
- Prebuilt application programming interfaces (APIs) limited to ProcessClaims, ISO Claims Outcome Advisor and ISO ClaimSearch, but use an SOA strategy to map interfaces
- No application service provider (ASP) or hosting experience for this solution
- Due to target market, implementations often contain more customization and professional services; less experience in deploying solution without major customizations, which may be desirable for midmarket insurers
- In the past, no user group for this solution; the first user group is to be launched in October 2008

The rating for Accenture has not changed since 2007. The company continues to invest in improving the solution and shows its commitment to the P&C insurance industry. Through a combination of its software assets and services capabilities, Accenture is securing its position in the P&C claims market for North America.

*Rating: Positive*

## CSC

Founded in 1959, U.S.-based CSC is a publicly traded company. The company's 2007 annual revenue was $16.1 billion for the 12 months ended 28 December 2007, compared to $14.7 billion for the 12 months ended 29 December 2006. CSC has approximately 1,800 employees in its P&C insurance division in the Americas. It offers a full suite of software solutions to the P&C insurance industry, including those as a result of its acquisition of Mynd. Services include consulting, system integration and outsourcing (including IT outsourcing and BPO). CSC's products for the P&C segment include policy administration, claims, billing, reinsurance, fraud evaluation (for example, bodily injury analysis), reporting and publishing (for example, business intelligence and document solutions), and business automation (for example, workflow).

CSC has 196 employees in the CSC Claims Group. This group manages and supports the company's three P&C claims solutions: 1) CSC's Exceed Claims targeted at Tier 1 insurers with $750 million in direct written premiums (DWPs) and above; 2) CSC's Advanced Claims targeted at Tier 2 insurers with $750 million and less in DWPs; and 3) CSC's Riskmaster targeted at Tier 3 companies, including self-insured organizations and third-party administrators (TPAs). This report evaluated the two solutions for Tier I and Tier 2 insurers.

The Tier 1 solution, Exceed Claims, is a mainframe solution with a Web-based user interface. It has nine North America live customers, plus one in the U.K. In 2007, CSC implemented two new companies with Exceed Claims (one for personal and one for commercial lines) and an additional three others with Exceed Claims modules (for both personal and commercial lines). CSC has two other customers currently implementing (both personal lines) and will be live in 2008. CSC made



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.
Gartner

several enhancements to this solution in 2007, including the shift to a continuous release schedule — a model that enables the deployment of new functionality to Exceed customers through frequent, incremental technology releases. This enables insurers to keep pace with the latest software innovations.

The Tier 2 solution, Advanced Claims, is marketed only in North America and currently has 11 production customers representative of both personal and commercial line carriers, with an additional six customers using modules of the Advanced Claims system. In 2007 and early 2008, CSC signed seven new customers in Advanced Claims. These customers represent a variety of both personal and commercial line carriers. Additionally, CSC had one new customer go live with Advanced Claims in 2007. This customer writes both personal and commercial lines of business. CSC provides complete integration services and works with IBM Global Services for integrations. Advanced Claims Web will provide a .NET, Web-service-based, fully functional browser user interface beginning in mid-2008 and will be completely rehosted in .NET by year-end 2008.

*Exceed Claims Strengths:*

- A dominant, financially stable vendor in the insurance marketplace
- Proven capabilities in personal and commercial lines P&C
- A good user base for sharing information
- Usability testing in the testing community to enhance workflow
- A component-based system
- A functionally rich system
- Certification for IBM IAA Level 2 compliance
- Skill-based routing
- An activity log (chronological summary of key transactions of claims on one screen for work in progress and financial transactions)
- Claims Desktop, which integrates and orchestrates additional CSC claims tools (bodily injury, supply chain management, medical bill review and litigation management)
- Innovation community for product enhancements led by customers
- Advisory councils for R&D
- Support services during and after implementations
- Continuous release cycle for upgrades; 47 continuous delivery releases since August 2007, with more than 500 improvements (see "Findings: CSC Gets Innovative With Continuous Delivery for P&C Insurers")

*Exceed Claims Weaknesses:*

- Concerns among some customers that product enhancements are primarily set by the Exceed Claims users' group; CSC is addressing this concern
- Improvement needed for testing code logic prior to release; CSC is addressing with the creation of a P&C quality office in 2007 and improvements to its quality assurance process



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Improvement needed for training and knowledge transfer for implementation for Exceed Claims sometimes cited by clients as a challenge
- Improvement needed for migration path for upgrading existing Series II Claims customers to Exceed Claims
- Reinsurance not currently included in the base Exceed Claims solution; CSC offers reinsurance as a separate module
- Lack of a complete supply chain management functionality; customers can use the claims desktop to create interfaces with third-party suppliers
- Basic reporting comes in the base system; advanced business intelligence (BI) must be purchased via CSC's partner Business Objects and no prebuilt capabilities for predictive modeling
- Limited experience positioning Exceed Claims as a hosted, ASP offering

For another year, CSC Exceed Claims has a Promising rating. CSC continues to make corporate investments in improving the underlying technology of the Exceed solutions and improving the interoperability of the modules. Furthermore, penetration within the North American market is growing and functionality expanding to fill solution gaps.

*Rating: Promising*

*Advanced Claims Strengths:*

- Availability for personal and commercial lines content in the base solution
- Several modules and products outside of claims for a midsize insurer
- A large user community that enables sharing of information to benefit all clients
- Technology enhancements funded by CSC
- Products built by the same people — interfacing with various CSC applications is relatively easy
- A dominant, financially stable vendor
- Support services during and after implementations

*Advanced Claims Weaknesses:*

- Thick-client server application (Web-based); it is being moved to a thin-client for release in late 2008
- Limited ability for agents to access the system from the Web; this will be solved in the thin-client version
- Basic reporting comes in the base system; advanced BI must be purchased via its partner, Business Objects, and no prebuilt capabilities for predictive modeling
- Reinsurance not currently included in the base Advanced Claims solution; CSC offers reinsurance as a separate module
- Limited experience positioning Advanced Claims as a hosted, ASP offering



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Not as easy access to make business rule changes in Advanced Claims than with some of the other solutions; many customers have to get CSC to make these changes for them for complex rules outside of basic workflow
- Solution only sold and marketed in North America

The rating for CSC Advanced Claims was upgraded this year, moving from Caution to Promising. CSC is making substantial R&D investments in new functionality and enhancing the architecture of the Advanced Claims system. The investments that it has made to move to a thin-client and to Web-enable the solution are much needed. Momentum in 2007 and these investments have enhanced the market position of Advanced Claims, making it now a more viable alternative for Tier 2 P&C insurers.

*Rating: Promising*

## Fiserv

Fiserv, founded in 1984, is a publicly traded company based in the United States. Its 2006 revenue was $4.5 billion, up from $4 billion in 2005. The company's insurance business grew through an aggressive merger and acquisition (M&A) pattern, most recently InsureWorx in 2006 and CheckFree in 2007. Some of the acquired companies that comprise its P&C Solutions division have been operating since 1979. Fiserv Insurance Group has approximately 2,100 employees, with 1,400 focusing on P&C solutions, outsourcing and BPO. Its target markets are the midsize and large P&C, life, and reinsurance insurers in North America. The products of the Insurance Solutions division include Policy STAR, Claims Workstation and Fiserv Advanced Billing. On 13 September 2006, Fiserv acquired InsureWorx, an end-to-end policy and claims administration solution for the workers' compensation line of business. This acquisition helped the company round out its commercial line capabilities, especially in the workers' compensation area.

Fiserv's claims solution, Fiserv Claims Workstation v 5.32, is a Java-based platform. The company has 39 insurers live on various releases settling claims for personal, commercial and workers' compensation lines of business. Of those, 35 of the Claims Workstation customers are on the Visual Basic Claims Workstation v4 releases, with only four of the customers on the Java Claims Workstation v5 releases. There was one new Claims Workstation license in 2007, and two customers went into production in 2007. The latest release is Fiserv Claims Workstation v6.0, which added more Web capabilities. Migration to v6, however, from v4 will not be seamless and will require migration assistance.

The key achievements in 2007 was the partnership signed with Full Capture as the preferred partner for claims analytics to augment Fiserv's other partners, including SceneGenesis (vendor and property repair/inspection network management) and Allegient Systems for litigation bill review and case management. Furthermore, Fiserv has invested in improving the solution during the past year, including functional enhancements, and launched a corporate initiative — Integrated Insurance Platform (IIP) — that will be the future technology platform for all of its insurance solutions based on SOA and a model-driven architecture. The first release of this platform is scheduled for January 2009.

*Strengths:*

- A transaction-oriented, stable product
- A componentized architecture written in Java to the Java Platform, Enterprise Edition specification
- SOA



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Platform independence
- An embedded Fair Isaac Blaze Advisor rule engine
- A flexible and configurable user interface
- Business logic and business workflow processes with integration of business rules
- A policy tree for navigation
- Integration with Lombardi Software's business process management framework
- Use of FastTrack agent and consumer portal
- Litigation management capabilities
- Financial stability
- Strong support services during and after implementations

*Weaknesses:*

- Architectural issues because of acquisition strategy; being addressed with the IIP strategic plans
- Limited support for workers' compensation in Claims Workstation; full support available through InsureWorx acquisition
- Time-consuming FNOL functionality that can result in increased call wait times in call centers; being addressed in base solution upgrade due in August 2008
- Limited support for medical bill review and no support for medical bill repricing; customer would need to integrate Claims Workstation with a third-party application for this function
- Fraud detection capabilities limited to duplicate claims scan
- Users have to maintain their own batch and scheduling jobs with the current version
- Improvement needed for implementation and project management
- Numerous clients on client/server Visual Basic version of Claims Workstation
- Focus only in North America, which limits deployment with multinational insurers wanting a single solution for multiple countries
- Limited experience in hosting solution as ASP
- No support for mobile/wireless devices in current version
- Limited analytics capabilities, and reporting done through integration with Cognos, which must be licensed separately
- Not integrated with reinsurance system, which is needed by commercial and specialty lines users

Fiserv has maintained a Positive rating in 2008. The company is investing heavily in new corporate technology architecture to improve each system and the inner connectivity of the Fiserv applications. While this may take some R&D priority from key functionality enhancements for the Claims Workstation, the new technology direction is required for Fiserv to remain competitive in



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

the P&C claims administration marketplace. Its partnership strategy has helped the company in this market; however, more attention is needed to fill functional gaps, improve customer communications and simplify the upgrade to version 6.

*Rating: Positive*

## Guidewire Software

Guidewire Software was founded in September 2001, and is a privately held company backed by U.S. Venture Partners and Bay Partners. The U.S.-based company has 365 employees. The company provides claims administration software, underwriting/policy administration software and billing software for P&C insurers. Its products for the P&C segment include ClaimCenter, PolicyCenter and BillingCenter. Its focus is on midsize and large insurers; however, the company does have some customers in the small-insurer and self-insured areas. Guidewire's target geography is primarily North America, with a growing focus on Europe and Australia/New Zealand. Guidewire's integration partners include BearingPoint, IBM Global Services, Capgemini, Deloitte Consulting, Active Consulting, CastleBay Consulting, Business Agility and HCL Technologies. To further enhance its implementation services, the company established a Services Solution Center and a Community Resource Center in 2007.

ClaimCenter was first released in 2003. It is currently on version 5.0, which was released in April 2008. The company has 32 customers live on ClaimCenter, in six countries (the U.S., Canada, Russia, Australia, New Zealand and the U.K.). That includes 11 total carriers that went live with ClaimCenter in 2007 — eight of which are in North America. The company has implementations in both commercial and personal lines P&C. Version 5 offers an enhanced user interface and added functionality such as enhanced FNOL, enhanced catastrophe management and a subrogation module.

*Strengths:*

- Expanding sales force with offices in London, Munich, Paris, Sydney, Tokyo and Toronto
- Solid development disciplines (adherence to agile software development with scrum)
- Technical capabilities of staff
- Deployment on all personal and commercial lines, including workers' compensation
- Completely Java/Java EE architecture, platform independence and SOA
- No legacy or acquired code or products; 100% in-house, "clean-sheet" development
- Business rule engine preloaded with claims-specific rules
- Hosted ASP offering through IBM and BearingPoint with one U.S. customer and one overseas customer currently using hosted offering
- Business functionality for end-to-end claims administration
- Business rules and workflow management used for claims segmentation, skill-based routing, assignment and work plan
- A solid design and architecture
- Strong track record year over year for signing and implementing new customers and upgrading existing customers



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Responsiveness to customer issues
- Customer involvement in development directions
- Benchmark certification tests accomplished in 2007, which proved certified to support 8,500 concurrent users
- Proven capability for mobile devices/PDAs
- Easy configuration of business rules and screens

*Weaknesses:*

- Venture capital financing, which can create uncertainty for the future and can challenge R&D potentially
- Financial information available only in a phone conference with executive staff
- ClaimCenter not certified on IBM DB2 database
- Lack of a medical bill review functionality, which needs to be supported by a third-party solution and integrated into Claims Center
- Prebuilt APIs limited to ISO ClaimSearch, Metropolitan Reporting Bureau and Microsoft MapPoint
- Improvement needed in professional services, including more trained people with skill set for legacy integration
- Limited standard training manuals
- No offshore partner for insurers wanting labor arbitrage for system implementation, integration or maintenance
- Pending law suit with Accenture with uncertain outcome and impact; since the suit was filed by Accenture, Guidewire has signed six new ClaimCenter customers
- Limited analytics and background in BI to leverage to build advanced claims dashboards and in-depth reporting capabilities
- Basic document management and content management in base solution; most insurers using their own corporate systems for file storage and retrieval
- No reinsurance modules, which are needed for commercial lines

Guidewire has a Strong Positive rating (same rating as in 2007) primarily due to its ability to manage both personal and commercial lines claims (including workers' compensation) through its product, easy configuration of the system, continual growth with new customer wins and implementations, and continued investment in building out new functionality. The company continues to grow, in North America and abroad, establishing its footprint in Europe and Asia/Pacific during the past two years.

*Rating: Strong Positive*

## Innovation Group

Innovation Group (IG) was founded in 1997, and is based in the U.K. IG is a public company. Its 2007 annual revenue was $210 million. It has 460 employees in its Software Solutions Division



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

and 2,200 in its BPO division. IG is a provider of outsourcing services and software solutions (policy, claims and analytics) to the P&C insurance segment.

The present claims solution is Innovation Claims v6 release, which was launched in May 2008. The company has eight customers live on the system, with two go-lives in 2007 (both for personal lines). Two new customers (in implementation now) were signed in 2007 (both for personal lines) — plus an additional four international customers in Japan, Australia and the U.K. To augment the software division, IG has acquired several companies to build out its BPO capabilities including First Notice Systems and Nobilas to support U.S. and Pan-European P&C BPO.

IG's Professional Services division works with an insurer's internal IT resources to provide full integration services as required. IG uses integration services from IBM and Cognizant. The IBM partnership expanded in 2007, with the establishment of an Innovation Center in Bangalore, which is used to help insurers with implementation and configuration.

*Strengths:*

- A service-based architecture
- A follower of Java EE standards
- Ability to run on Microsoft .NET platform via Web Services Description Language (WSDL) integration
- A proprietary rule engine with predefined claims templates
- Prebuilt APIs for ChoicePoint, MapInfo, FileNet, ISO Index, eMitchell and Document Sciences
- All claims components easily decoupled (FNOL, claims administration, application administration, integrated analytics, business process management, finance and reporting)
- Support through its Insurance Design Studio (IDS), which is made up of a screen builder, process and workflows, rule engine, product definition workbench, security manager, report builder, services catalog, and integration manager
- Processes configured in IDS held as services in Services Catalog and accessible by other applications
- Integration with its solution, Innovation CLEAR, for more-granular claims analysis, including risk geomapping and other types of BI
- A new product, Innovation Integrator, for any processes (whether attended or unattended) via standard services
- Version control for rules, data, screens and processes from environment to production
- FNOL enhancements and best practices with the acquisition of First Notice Systems
- Three deployment options using the same screen, process and rule definition
- Web-based, using native HTML and Ajax (a Web development technique for creating interactive Web applications)
- Java client (Swing) and Java applet for use and fully Web-browser-based to provide ease of deployment and maintenance



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Ease of integration with legacy and third-party applications because of its services architecture and WSDL-compliant services catalog
- Fraud-scoring capabilities
- E-mail to underwriter if there is a change to the policy during a claim (for example, a different car involved in an accident versus what is shown on the policy)
- BPO unit to augment the software division

*Weaknesses:*

- Commercial lines development still in progress and limited workers' compensation functionality
- More focus outside of North America then in selling and marketing its solution in North America
- Linux not supported
- Additional workforce for primary support needed
- Lack of a dedicated presales team serving prospective clients in North America
- Limited experience with mobile/wireless deployments

IG rated Positive for another year. It continues to expand the functionality of the solution; however, there are substantial gaps for commercial lines and workers' compensation lines of business. The base solution is solid for personal lines P&C and continues to win deals for customers wanting personal lines plus some basic commercial functionality. Better integration of the BPO unit and the analytical enhancements due to the incorporation of the Innovation CLEAR solution will accelerate growth within the industry and help IG with market positioning.

*Rating: Positive*

## Insurity

U.S.-based Insurity has been in business for 26 years and is a wholly owned subsidiary of ChoicePoint. Its 2007 revenue was $505.6 million. Insurity has 535 business and technical employees. The company focuses on the midsize and large P&C insurers in the U.S. market. Its software and services include front- and back-office products (for example, policy, claims and billing), data services (for example, bureau reporting and data warehousing), and outsourcing (for example, business outsourcing and hosting services). Insurity provides integration services for its solutions, including a proprietary project management and business discovery process, quality assurance, testing, installation, user and administrator testing, data migration, and interface development.

The claim system is Claims Decisions v7.2 and is built on .NET. It has more than 40 live customers in Claims Decisions (any version), but only two live customers in production on the .NET version. Both of these companies use it for commercial lines products. Another six, all commercial lines and one with personal lines customers, signed in 2007. Insurity is currently migrating its first Visual Basic (VB) customer to the .NET version, which was scheduled to go into production in May 2008.

*Strengths:*



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Access to ChoicePoint's suite of insurance products and services (especially police reports and fire reports)
- Support of Web services
- Microsoft .NET architecture for all components
- Product flexibility for custom screens/fields that the user can configure without vendor support
- Business process workflow enablement
- Medical bill repricing for workers' compensation
- Medical case management
- State reporting
- Litigation management
- Financial stability with ChoicePoint ownership
- Proven experience in offering this solution as an ASP with five customers

*Weaknesses:*

- Improvement needed for project management, strategy and delivery; improvements were made during the past 12 months, but more is needed
- Limited out-of-the-box support for Oracle and DB2 database; solution is only in SQL server
- Lack of off-the-shelf support for all personal lines
- Lack of subrogation and recovery management modules
- State and National Council on Compensation Insurance (NCCI) reporting is supported through separate compliance services
- Lack of supply chain connections for salvage and subrogation modules (for example, Mitchell and CCC)
- A separate product (Magnify) from ChoicePoint required for fraud calculation and visualization functionality
- A separate product (i2) from ChoicePoint required for special investigative unit
- Supply chain management not included in the base system
- Limited experience in personal lines and specialty lines claims processing
- Limited ability for insurers to edit claims workflow rules directly
- No partner of choice for prebuilt integration for enterprise content management for claims adjuster files, pictures and other media
- Basic user interface
- No experience with mobile/wireless access


© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.
Gartner

- Medical bill review integration is built but via partner (Web data)

The Insurity rating has not changed since 2007. While investments are being made to improve functionality of the solution and market the .NET version, it still has gaps in supporting personal, specialty and workers' compensation lines of business. New customers were signed and deployed in 2007, and Insurity will need to continue this effort in 2008 to secure and improve its market position.

*Rating: Caution*

## SAP

SAP is a large software vendor, headquartered in Germany. The company had €10.5 billion (US$14.3 billion) revenue in 2007 and operates with a total of 51,200 employees worldwide. It has been steadily growing its insurance solutions group in terms of customers, employees and products. It offers a range of solutions, including financial systems, CRM systems and a portfolio of insurance assets such as policy management, claims, collections and disbursement, reinsurance, and commissions.

SAP Claims Management (FS-CM) has 27 global customers, including 13 that are live (two South Africa, one Middle East, eight Europe, one Africa, one North America). In addition, it had two customer wins in 2007 (one personal lines, one personal and commercial lines). It had four new go-lives in 2007 — only one of which was in the U.S. Enhancements were made to the system in 2007, including expanded functionality for workers' compensation, subrogation and print for claims files.

*Strengths:*

- Financial stability
- Business information warehouse for advanced data warehousing/mining needs (but separate cost)
- Tight linkage into SAP ERP and collections/disbursement (billing) systems
- Comes with Adobe smart forms for data entry as one option for agents to avoid learning system (but may pay Adobe for licensing this)
- Good user interface with user-friendly screens
- Prebuilt integration with SPSS for fraud analysis
- Experience in personal, commercial and specialty (especially using EURO deployments)
- New partnership with IBM for some implementations is in the works
- Long list of implementation partners, including Accenture, IMG, Convista, BearingPoint, Capgemini Ernst and Young, Deloitte, IBM and others
- Prebuilt interfaces with SAP solutions, including its finance and accounting system
- FNOL capabilities in base solution
- Integration with GIS provider ESRI
- Solid listing of partners for adjacent solutions and implementation
- Services delivered with base solution, such as FNOL service



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Experience in both personal and commercial lines of business

*Weaknesses:*

- Not a recognized name as a provider of insurance software or claims administration solutions
- The use of the NetWeaver platform, which may be costly and redundant with other platform/middleware purchases for some insurers
- Limited deployments in North America
- Limited experience integrating claims with propriety or vendor-supported billing systems (most customers using its collections and disbursement system)
- Partial medical bill review supported, which includes basics but not the logic for repricing
- Limited user group involvement for claims solutions to date
- Reinsurance system must be licensed separately
- System written in SAP proprietary language ABAP
- No experience with hosting the solution via an ASP model in North America
- Sales force that is not insurance-focused or experts, but more experienced at selling financial, HR or accounting solutions; company is hiring new sales representatives to overcome this challenge

While SAP has limited presence in North America today, it is growing "mind share" and customers slowly. Its lack of recognition as an insurance software company and inexperience of the sales team have hampered the company from being included in shortlists and requests for information. SAP is expected to continue to grow market share in the P&C claims market; however, it must continue to strengthen its sales channel, build out services and make the cost of ownership for the SAP system more acceptable.

*Rating: Promising*

## Valley Oak Systems

Valley Oak Systems of Aon eSolutions was founded in 1994. It is headquartered in California and offers a suite of solutions for the P&C insurance market, including a claims management and a risk management system for North America. It has 140 employees. The company was growing consistently in the industry with its solution, iVOS, which is a modular set of applications targeted at P&C core operations, including policy underwriting, claims administration, bill review and case management. Its primary target was Tier 2 and Tier 3 insurers. In 2007, the company was acquired by Aon to form its eSolutions division, which has given the company more strength to move into the Tier 1 market, including financial backing and a large, well-recognized brand name lacking before the acquisition. The company is currently undergoing a rebranding exercise to drop "Valley Oak Systems" to shift to the company name of Aon eSolutions; however, it will retain the solution name of iVOS.

The company markets and sells iVOS as a stand-alone claims administration system or as part of a suite that includes other modules, such as policy administration and medical bill review. The system, which is Java EE- and Web-browser based, has 139 current installations; however, only 13 are with insurance carriers (the rest are third-party administrators, self-insured, or governmental agencies). In addition, of the 20 clients signed in 2007, seven were carriers. Its



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

background and experience have been stronger in the workers' compensation and commercial lines of business. Customers have the option for add-on systems like medical bill review, billing, nurse case management, document imaging, and NCCI unit statistical reporting.

*Strengths:*

- Leveraging the clout and financial backing of Aon to get into larger organizations
- Experience in Tier 2 and Tier 3 (self-insured market)
- Deep background in workers' compensation product lines
- Support of ACORD Web services
- Experience with ASP hosting; six new clients for ASP — iVOS hosting service for claims
- Dashboard comes in base solution with basic key performance indicators
- Platform independent
- Browser-based
- Can leverage Aon's consulting and distribution network for sales
- Option to use its rule engine or integration with best-of-breed engine from another vendor
- Good, basic reporting tool that is easy to use

*Weaknesses:*

- Not well-known/poor brand awareness, which may worsen as it rebrands from Valley Oak to Aon eSolutions
- Reputation in workers' compensation market and not in other lines of business
- Lack of experience in personal lines of business and no support for personal lines
- Focus on North America and no bandwidth/knowledge outside North America, which will be challenged as Aon attempts international deployments
- Limited enhancements to the claims module made in 2007, as compared to other vendors summarized in this report
- Questionable if it can meet functional needs of a Tier 1 insurer
- Scalability concerns for large, Tier 1 insurers
- Lack of prebuilt integration for third-party providers for personal lines data needs
- Basic user interface
- Lack of support for mobile/wireless devices
- No GIS integration in base solution

Valley Oak is a new entrant in the North American P&C claims administration MarketScope. Where there were concerns about corporate viability in the past, the acquisition by Aon has resolved those issues. The company continues to expand its solution, including movement into



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

new lines of business, and is gaining market share. It still lacks functionality and experience in personal lines, which it will need to confront in the short term to meet market demands, and improve its position in future evaluations. Furthermore, while it is stable for Tier 2 and Tier 3 insurers, it has issues to overcome, such as functional gaps and scalability, to meet the claims needs for Tier 1 P&C insurers.

*Rating: Promising*

## RECOMMENDED READING

"MarketScope for North American Property and Casualty Insurance Claims Administration Systems, 2007"

"Magic Quadrants and MarketScopes: How Gartner Evaluates Vendors Within a Market"

"The Insurance Megavendor: New Hopes for Insurance Software"

## Vendors Added or Dropped

We review and adjust our inclusion criteria for Magic Quadrants and MarketScopes as markets change. As a result of these adjustments, the mix of vendors in any Magic Quadrant or MarketScope may change over time. A vendor appearing in a Magic Quadrant or MarketScope one year and not the next does not necessarily indicate that we have changed our opinion of that vendor. This may be a reflection of a change in the market and, therefore, changed evaluation criteria, or a change of focus by a vendor.

## Gartner MarketScope Defined

Gartner's MarketScope provides specific guidance for users who are deploying, or have deployed, products or services. A Gartner MarketScope rating does not imply that the vendor meets all, few or none of the evaluation criteria. The Gartner MarketScope evaluation is based on a weighted evaluation of a vendor's products in comparison with the evaluation criteria. Consider Gartner's criteria as they apply to your specific requirements. Contact Gartner to discuss how this evaluation may affect your specific needs.

In the below table, the various ratings are defined:

**MarketScope Rating Framework**

**Strong Positive**
Is viewed as a provider of strategic products, services or solutions:

- *Customers:* Continue with planned investments.
- *Potential customers:* Consider this vendor a strong choice for strategic investments.

**Positive**
Demonstrates strength in specific areas, but execution in one or more areas may still be developing or inconsistent with other areas of performance:

- *Customers:* Continue planned investments.



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Gartner

- *Potential customers:* Consider this vendor a viable choice for strategic or tactical investments, while planning for known limitations.

### Promising

Shows potential in specific areas; however, execution is inconsistent:

- *Customers:* Consider the short- and long-term impact of possible changes in status.
- *Potential customers:* Plan for and be aware of issues and opportunities related to the evolution and maturity of this vendor.

### Caution

Faces challenges in one or more areas:

- *Customers:* Understand challenges in relevant areas, and develop contingency plans based on risk tolerance and possible business impact.
- *Potential customers:* Account for the vendor's challenges as part of due diligence.

### Strong Negative

Has difficulty responding to problems in multiple areas:

- *Customers:* Execute risk mitigation plans and contingency options.
- *Potential customers:* Consider this vendor only for tactical investment with short-term, rapid payback.


© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509



© 2008 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

# EXHIBIT L

Gartner **Industry Research**

**Publication Date: 9 June 2009** **ID Number: G00168315**

# MarketScope for North American Property and Casualty Insurance Claims Administration Systems

**Stephen Forte**

North American property and casualty insurers continue to build and fund the business case for the replacement of their aging claims administration systems. This trend is validated from our surveys with end-user clients, who ranked claims administration replacement as a top priority for 2009.

© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Reproduction and distribution of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Although Gartner's research may discuss legal issues related to the information technology business, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The opinions expressed herein are subject to change without notice.

## WHAT YOU NEED TO KNOW

North American property and casualty (P&C) insurers must continue to replace legacy claims administration systems with newer applications to enable greater end-to-end claims management. Insurers that fail to address their aging claims administration systems will not be able to rapidly adapt to cyclical business changes or service customers quickly, accurately and cost-effectively.

## MARKETSCOPE

This is an update to "MarketScope for North American Property and Casualty Insurance Claims Administration Systems," published on 19 June 2008. Gartner continues to receive inquiries and requests for information on claims administration vendors in the P&C segment. Our research validates that many Tier 1, Tier 2 and Tier 3 P&C insurers in North America are continuing to replace their legacy claims administration systems (see Note 1). This trend will continue throughout 2009 and 2010 as P&C insurers look to reduce administrative costs and seek agile and flexible systems that enable greater efficiencies in claims operations and continue their goal of exceeding customer expectations.

Insurers are replacing claims administration systems for some, if not all, of the following reasons:

- Aging technology (for example, code, architecture and flexibility), which increases risks associated with legacy platforms
- High costs to support and enhance these systems
- Fragmented claims data
- The desire to capture mobile claims data or collect data that is housed in legacy claims systems
- Inefficient and manual claims-handling processes, which lead to subjective decision making
- The desire to consolidate multiple claims administration platforms to one or two platforms (for example, commercial and personal lines)
- Improvement in the speed and accuracy of claims payments
- A greater focus on business process, workflow redesign and business-rule management
- Preparation for acquiring or shedding books of business and merger and acquisition (M&A) activity
- Externalized business processes to add new channels, such as Internet access for claims input/inquiry
- Easier integration of insurers with internal and external applications because of their Java Platform, Enterprise Edition (Java EE), or Microsoft .NET and service-oriented architectures (SOAs), and adoption of more of a supply chain approach to claims administration
- Embedded analytics for more-granular claims analysis of internal and external fraud (built by the vendor or a third-party partner)



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Although the above reasons have been validated again through discussions with our end-user clients and references from the vendors profiled in this research, a newer, common theme has emerged this year. P&C insurers have recognized the importance of an intuitive user interface (UI) not only for internal users (for example, customer service representatives), but also for their distribution channels. These may include, but are not limited to:

- Independent agents
- Captive agents
- Brokers
- Managing general agents
- Program managers
- Consumers and policyholders

All but one vendor profiled in this research, StoneRiver, recently redesigned their UIs not only to enable greater collaboration with their distribution channels, but also to provide the insurers with a more intuitive and flexible workflow for processing transactions (for example, out-of-sequence endorsements). The updated UIs will also enable insurers to attract and retain newer users of the system and avoid losing newer recruits, who have historically viewed insurers' prior systems as simple green screens (for example, 3270 dummy terminals). Attraction of a younger workforce is an important step, but not the only one needed for insurers to enable growth, because the current and future reduction of the aging workforce is a major impediment to an insurer's success in a brave new world.

Insurers have historically viewed vendor offerings as simple base solutions that required numerous customizations to meet business and technical requirements. The perception was that these solutions lacked functionality and flexible architectures, and that vendors simply did not invest R&D funding to cost-effectively respond to insurers' requirements, and to a great extent, this was correct. During the past five years, however, claims administration vendors have rearchitected their solutions to be compatible with newer platforms (such as .NET or Java EE); to use improved configuration tools, business rule engines and workflow technologies; and to be more open to enable better and faster integration with surrounding applications. As a result, vendor alternatives are better, and insurers can make a stronger business case for buying versus building, because most insurers lack the skills and resources to develop claims administration systems that can compete with the best vendor offerings. Although none of the vendor offerings will meet 100% of an insurer's business and technology requirements, the functionality of the newer offerings has greatly improved to meet 60% to 80% of these requirements out of the box, leaving the rest for configuration and customization.

The claims life cycle can have numerous nuances, but at its core, it is defined as a set of functions, tasks and subtasks that handle first notice of loss (FNOL), imaging, reserve setup, assignment, policy coverage and verification, litigation, and settlement (for example, closed recoveries). The leading solutions provide best practices, templates and toolsets that enable insurers to quickly define, model, implement and modify processes to meet insurers' particular business needs. Also at the heart of leading claims administration systems are prebuilt business processes that range in capability from screen flow to rule engines and "what if" impact-modeling tools.

These claims administration solutions enable insurers to more easily integrate with internal and external applications because of their Java EE or Microsoft .NET and SOAs. Claims administration systems will also play a significant role by actively configuring and managing



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

business processes because of their embedded rule engines, workflow and business process management capabilities.

Insurers considering a claims administration solution should weigh a number of criteria in evaluating business functionality and technology architecture. Ideal platforms will have the following characteristics:

- FNOL that interoperates with call centers, customer relationship management systems, underwriting and policy systems
- Online entry of claims and self-service functionality
- Online inquiry of claims status
- Integration across policy lines for a customer-centric view of claims service
- Easily edited tables and housing rules
- Initial claims setup
- Skill-based claims assignment
- Policy coverage and verification
- Administration (for example, workload distribution)
- Analytics (for example, loss adjuster productivity and injury analysis) and dashboard capability to proactively manage the claims operations
- Integration with geographic information systems, especially for the mobile workforce (for example, claims adjusters)
- Supply chain management
- Special handling and instructions (for example, special investigative unit [SIU])
- Diary file/notes
- Financials (for example, expenses for reimbursement)
- Litigation management
- Supply chain management and integration with other applications (for example, repair shop applications)
- Settlement (payment)
- Salvage and subrogation ability for property damage
- Support services and maintenance by the vendor for implementation and ongoing requirements
- Robust reporting capabilities, including ad hoc reporting, that help identify exposures and assist with decision making
- An ability to audit reserves, losses and property damage, as well as determine the appropriateness of loss reserves
- An ability to calculate structured settlement options and legal fees



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.
Gartner

- Security provisions for employees being promoted, terminated or servicing other areas of the company
- A single data structure that all modules and functions use — meaning that they all conform to the same data formats
- An n-tier architecture, in which the presentation layer, business logic and data are separate and easy to change
- A configurable rule engine, which limits the amount of programming changes to the application
- A componentized system, in which modules can be easily added or removed
- Thin-client, Web-based access for all users, regardless of remote or home-office locations
- A library of adapters/XML interfaces for integrating with third-party applications and services (such as motor vehicle records)
- Number of releases for the product and current product version number, which provides an indication of added functionality and the number of bug fixes associated with that product
- Newer platforms, such as Java EE or Microsoft .NET
- SOA enablement
- Adherence to industry standards, such as ACORD XML for P&C
- Support for wireless/mobile technologies

## Market/Market Segment Description

This MarketScope provides a comparative evaluation of five claims administration systems that support the end-to-end claims administration transactions (starting with FNOL and finishing with closed recoveries) for Tier 1, Tier 2 and Tier 3 P&C insurers in North America.

## Inclusion and Exclusion Criteria

This MarketScope includes only claims administration systems that offer easily decoupled components (that can be sold as stand-alone products) and have at least 10 claims administration clients in production in North America (we amended the criterion from five last year to 10 this year to reflect the continued maturity of this market). Careful attention is given to systems based on their ability to be sold as independent components, because an overwhelming majority of Tier 1, Tier 2 and Tier 3 clients are asking for component-based solutions, rather than wanting full enterprise suites. Solutions must provide end-to-end claims administration functionality (starting with FNOL and finishing with closed recoveries) for personal, commercial and/or specialty lines of business. This MarketScope is specific to North America and does not apply to other regions. Careful review must be done by insurers located in other countries, because vendors will vary by region.

Based on these criteria and additional reasons, five included vendors from 2008 remain; the following vendors have been removed from this report: Insurity, SAP and ValleyOak (now known as Aon eSolutions). Insurity was removed because it was unable to provide customer references for its Claims Decisions product. While it has clients on its legacy claims administration



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

application, Pyramid, and was willing to provide those customer references to Gartner, we do not believe speaking to customers using a product that is no longer marketed and sold and not part of this report was in the best interest of our clients, nor would it provide the actionable advice they seek from Gartner. Aon eSolutions was removed because it was unable to provide insurer end-user customer references for its claims product. IT was willing to provide other customer references (for example, third-party administrators [TPAs]); however, we do not believe that would provide an accurate analysis for inclusion in this report. SAP is not in this year's report because it does not meet the inclusion criteria. Even though the three vendors mentioned are excluded from this year's report, this action should not prohibit end users from including them on their shortlist of potential vendor solutions, provided they meet the enterprise's specific business and technology requirements.

## Rating for Overall Market/Market Segment

### Overall Market Rating: Positive

Based on the year-end 2008 survey of Gartner customers globally, claims administration remains a top priority among P&C insurers. The vendor market has matured greatly in the past five years, with approximately 35 vendors offering claims administration solutions. Within North America, the five vendors profiled in this MarketScope have continued to enhance their products through added business functionality and changes in underlying architecture. They also reported 20 new claims administration wins in 2008. Given the shorter sales cycles (typically 8 to 14 months) versus policy administration (18 to 24 months), this is a significant number. Clearly, P&C insurers are replacing their legacy claims administration systems with common, off-the-shelf applications, and this trend will continue for the near future as vendor solutions have become the better alternative to building this core platform.

## Evaluation Criteria

**Table 1. Evaluation Criteria**

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Market Understanding | This is the ability of the vendor to anticipate the insurance industry's evolving challenges, understand insurers' wants and needs, and translate those into products and service offerings. Vendors that show the highest degree of vision listen to and understand insurers' wants and needs, and can provide added industry expertise to shape or enhance insurers' vision. | High |



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Offering (Product) Strategy | This is the vendor's approach to product development and delivery that emphasizes differentiation, functionality, methodology, architecture and feature set as they map to current and future P&C insurer requirements. Specifically, the viability of the vendor's product strategy and capabilities to support insurers' continuous operational improvements and respond to changing insurance requirements. | High |
| Product/Service | Systems and services offered by the vendor that excel in serving the P&C insurance market. This includes current system capabilities; quality; feature sets; skills; installation, configuration and maintenance services; and so on, whether offered natively or through partnership agreements. | High |
| Overall Viability (Business Unit, Financial, Strategy, Organization) | Viability includes an assessment of the overall organization's financial health, the financial and practical success of the business unit, and the likelihood that the individual business unit will continue investing in the product, will continue offering the product and will advance the state of the art within the organization's portfolio of products. | Standard |
| Customer Experience | Relationships, products and services/programs that enable insurers to be successful with the products evaluated. Specifically, this includes the ways insurers receive technical support or account support both during and after implementation. This can also include ancillary tools, customer support programs (and the quality thereof), availability of user groups and service-level agreements. | High |
| Sales Execution/Pricing | The vendor's capabilities in all presales activities and the structure that supports them. This includes deal management, pricing and negotiation, presales support and the overall effectiveness of the sales channel. | Standard |


© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

| Evaluation Criteria | Comment | Weighting |
|---|---|---|
| Sales Strategy | The strategy for selling products that uses the appropriate network of direct and indirect sales, marketing, service and communication affiliates that extend the scope and depth of market reach, skills, expertise, technologies, services and the customer base. | Standard |

**Source: Gartner (June 2009)**

**Figure 1. Market Scope for North American Property and Casualty Claims Administration Systems**

| | RATING | | | | |
|---|---|---|---|---|---|
| | Strong Negative | Caution | Promising | Positive | Strong Positive |
| Accenture (Claim Components) | | | | | x |
| CSC (Advanced Claims) | | | x | | |
| CSC (Exceed Claims) | | | | x | |
| Guidewire Software (ClaimCenter) | | | | | x |
| Innovation Group (Innovation Insurer) | | | | x | |
| StoneRiver (Claims Workstation) | | | | x | |

As of 28 May 2009
**Source: Gartner (May 2009)**

# Vendor Product/Service Analysis

## Accenture

### Company Background

Accenture is a publicly traded company headquartered in Bermuda with more than 181,000 employees worldwide and clients in over 120 countries. Its Insurance Solutions Group is composed of over 5,000 employees worldwide, with more than 300 responsible for software development and support of its insurance assets.

### Products and Services

Accenture provides management consulting, technology services, software platforms and outsourcing to the global market. Its Insurance Services is composed of three components: business solutions, outsourcing services and software.

*Business Solutions*

- Claims Services
- Finance & Administration Services



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Human Resources & Learning Services
- Insurance High Performance Process Excellence Tool
- Life Insurance Services
- Marketing, Sales and Distribution Services
- Mergers and Acquisitions Services
- Policy Services
- Policy Services for Annuity & Life Insurers
- Policy Services for Property & Casualty Insurers
- Risk and Regulation Services
- Sourcing and Procurement Services
- Underwriting and Product Development Services

*Outsourcing Services*

- Accenture Insurance Business Process Outsourcing (BPO) Services
- Cross-Industry Outsourcing Services
- IT Outsourcing Services

*Software*

- Claim Components Solution
- Insurance Configuration Components
- Accenture Insurance Solution for Property & Casualty Insurers
- Accenture Life Insurance Platform
- Underwriting Components

The target market for Claim Components Solution is Tier 1 P&C insurers globally, but Accenture has implemented its solution to insurers ranging from $400 million to $30 billion in direct written premiums. It reported two new claims administration wins and no upgrades in 2008. It has a total of 20 Claim Components clients globally, with 12 in production in the U.S. The current version of Claim Components, Release 8.0, was made generally available in January 2009 and has been licensed by a new client as part of a project to be delivered at the end of 2009.

**Lines of Business Supported**

Accenture's Claim Components solution supports all major personal, commercial and specialty lines of business. The lines of business in production include:

- Personal automobile
- Personal property
- Personal liability



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Commercial automobile
- Commercial property
- Commercial liability
- Workers' compensation
- Specialty

**Configuration Tools**

Accenture's Claim Components Solution has several librarians that are used by business users to configure the application to their business requirements, including:

- Organization — The ability to define new organization types and relationships as well as new entities through the Librarian utility.
- Forms and Correspondence — The ability to create and edit forms, including content, tagging, and metadata through the Librarian utility.
- Tasks — Task templates and the rules that control the creation of new tasks are managed through the Task Librarian.
- Pattern Analysis — Characteristics, collectives, and patterns are defined via the Librarian utility.
- Automated Assignment — Assignment rules are managed through the Organization Librarian.
- Valid Values — the Code/Decode Librarian defines valid values and relationships.
- Claim Group — This Librarian utility defines claims groups or catastrophes.
- Personal Task Profile — End-user ability to control the Task Assistant's behavior.
- Financial Authority — Per-user/per-coverage authority levels managed through the Organization Librarian.

Additional configuration is also achieved through table changes that are performed by the IT team and include:

- UI Literals — Definition of all UI display labels, buttons, and display literals is managed through the Resource Management Utility and includes multilanguage capabilities.
- Coverage Types — Definition of coverage types is managed through table-driven updates.
- Service Benefit Types — Service benefits are defined in configurable tables.
- Security Rights by Role — Mapping of security rights to security roles is managed through configurable tables.
- Environment Configuration — Multiple environments can be supported through configuration files, parameters and database tables.

**Dashboard Analytics and Reporting**



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

Accenture provides a supervisor dashboard and a claims cockpit for handlers and supervisors, enabling real-time process information such as workload, process duration, and outliers such as idle claim files and/or large reserves. This includes real-time drill down into the application for several data points and a set of standard reports with the base product.

Operational reporting provides the ability to create and access claims data via a set of standard reporting templates. The reporting selection criteria for each of these report templates can be customized to meet a wide range of reporting requirements. All report results can be exported to additional customization. Reports can be scheduled to run on demand or according to prearranged schedules. Commonly used selection criteria can be saved as favorites for future reference.

Accenture Claim Components Solution (CCS) release 7.0 was issued in early 2008; Accenture Claim Components Solution Release (CCR) 8.0 was issued in early 2009.

*CCS r7.0 enhancements include:* Increased straight-through processing through rule-based automation of line (for example, coverage) creation, line-level automated assignment, reserving and invoice processing. This enables "no-touch/low-touch processing" in which a claim from FNOL, based on claims and coverage types can be automatically assigned, reserved and paid:

- Real-time, user-tailored performance dashboards for supervisors and the individual claims handler
- Prebuilt interfaces for state reporting and invoice processing
- Renewed user interface throughout the full product suite
- Claims Financials component enhanced to support aggregate management

*CCS r8.0 enhancements include:*

- Self-service portal for personal lines customers, agents and brokers
- Preconfigured patterns and tasks (for example, prepopulation of rule engines and the resulting workflows)
- Enhanced Workers' Compensation intake via the configurable FNOL component
- Automated testing facility

**Architectural Enhancements**

Accenture Claim Components Solution release 7.0 architecture, issued in early 2008, was enhanced to fully adopt Microsoft .NET 3.0.

**Platforms Supported**

*Server operating system:* Windows Server 2003

*Database:* Any American National Standards Institute (ANSI) SQL-compliant platform where appropriate .NET drivers are available. The following databases are in production: Oracle, DB2 and SQL Server 2005.

*Client:* Any operating system that supports Internet Explorer 6 or higher.

**Gartner Rating**



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

Accenture has quietly continued to increase its market share with some of the largest P&C insurers globally. Within the U.S., two of its clients report their number of users at 17,000 and 32,000 respectively. No other vendor in this report produced similar results in terms of real-world scalability. Accenture continues to add functionality and remain on the path of .NET framework as part of its insurance strategy, which, given the number of users on CCS, virtually eliminates the argument of scalability of .NET versus other platforms for claims administration.

Our discussions with Accenture's clients revealed a company that:

- Has size and depth in terms of industry and claims management knowledge
- Is committed to delivery of products and services
- Provides high-quality resources to ensure on-time, on-budget outcomes
- Excels at project management
- Will not sign off on items it cannot deliver

Accenture should be on the shortlists of Tier 1 insurers that are seeking a scalable, functional claims administration solution for personal, commercial and specialty lines of business. Tier 2 and Tier 3 insurers may find the services fee from Accenture not within their allotted budget for a claims replacement project.

*Rating: Strong Positive*

## CSC

### Advanced Claims

### Company Background

Founded in 1959, U.S.-based CSC is a publicly traded company. CSC has approximately 2,000 employees in its U.S.-based P&C insurance division. Worldwide, CSC deploys more than 350 development and professional services experts in support of the Exceed customer projects and solution development. There are currently 30 full-time-equivalent dedicated employees providing support for Advanced Claims, including 12 in product development and 18 in professional services.

### Products and Services

CSC provides application software, software services, business consulting, system integration, and business and IT outsourcing. Application software for the P&C and general insurance segment include: Exceed J, Exceed, GraphTalk A.I.A, Pabblo, Point In, Point In J, Polisy/400, Claims Desktop, ClaimsOffice Suite, Colossus, Fault Evaluator, Fraud Analytics Suite, Independent Adjuster Manager, KDX, Point In Advanced Claims, Precedent ID, Risk and Litigation, Insurance Optics, Business Analytics, Document Solutions, Media View, 3r Evolution and Agency Link.

The target market for Advanced Claims is P&C insurers with a DWP range of $50 million to $1 billion. In calendar year 2008, there were two new Advanced Claims customers. In CSC's fiscal year 2008, there were six new Advanced Claims customers. CSC's fiscal year runs from April 1 to March 31. Six customers upgraded to the latest version of Advanced Claims C.0, which was released in August 2008. CSC has 13 insurers in production on Advanced Claims in North America.

### Lines of Business Supported



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

Advanced Claims supports all personal and commercial lines of business, including workers' compensation.

The lines of business in production include:

- Commercial Package Policy (CPP)
- Commercial Property
- Commercial Automobile
- General Liability
- Workers' Compensation
- Builder's Risk
- Umbrella (personal and commercial)
- Non-standard Automobile
- Homeowners
- Dwelling Fire
- Personal Automobile

**Configuration Tools**

Configuration tools are built into the Advanced Claims system utility modules and provide graphical user interfaces and wizards for configuring the various parts of the system. In addition a customization guide is provided with the system that describes the various configuration features and provides examples of some of the more popular configuration options that customers can utilize or adjust to meet their needs.

**Dashboard Analytics and Reporting**

Advanced Claims is integrated with CSC's Business Analytics tool based on the SAP BusinessObjects XI solutions, providing dashboard capabilities as well as access to all data contained in the Advanced Claims database. Additionally, Sortmaster, Advanced Claims' inherent report writing tool, allows reporting at various levels and can be generated on a schedule or on an as-needed basis. Advanced Claims also provides metadata for implementation with SAP BusinessObjects.

**Functional Enhancements**

Advanced Claims C.0 added more than 52 new features in 2008. The key features added include:

- Performance enhancements
- Multiple diary processing
- Closed diary reinstates
- Additional workflow filters
- Additional coverage verification data from CSC Point In
- Log file management



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Additional scripting functions

**Architectural Enhancements**

Web services as part of Advanced Claims was released as .NET services in 2008.

**Platforms Supported**

*Server operating system:* Windows Server 2000, 2003 and 2008

*Database:* SQL Server, DB2 UDB, Sybase, Informix (only SQL Server is in production)

*Client:* An operating system that can support Internet Explorer 6 and 7

**Gartner Rating**

In August 2008, CSC introduced Advanced Claims C.0, which follows its Continuous Delivery release strategy staring with its Exceed products. CSC has also added 52 new features to the product and delivered one Continuous Delivery Release during 2008. We expect CSC to continue to add enhancements and obtain input from existing customers, ingesting input from its various customer/user communities (Innovation Community, Advisory Council and WikonnecT), obtaining feedback from its usability laboratory, and investing its own money for continued R&D of Advanced Claims.

One area where CSC continues to be challenged is the thick-client/server architecture of Advanced Claims. It has been two years since CSC initiated a redesign of the product to offer a Web version of Advanced Claims. As of the publishing date of this report, a Web version of the product is not generally available. CSC reports two clients with a beta version; the Web version release is scheduled for August 2009. That version will also include an updated UI that follows its strategy of all P&C products being moved to a single user interface. Until this version is generally available, CSC will be challenged to significantly increase its customer base because P&C insurers want Web-based core administration products with thin-client architecture.

*Rating: Promising*

**Exceed Claims**

**Company Background**

Founded in 1959, U.S.-based CSC is a publicly traded company. CSC has approximately 2,000 employees in its U.S.-based P&C insurance division. Worldwide, CSC deploys more than 350 development and professional services experts in support of the Exceed customer projects and solution development. There are currently 56 full-time-equivalent dedicated employees providing support for Exceed Claims, including 41 in product development and 15 in professional services.

**Products and Services**

CSC provides application software, software services, business consulting, system integration, and business and IT outsourcing. Application software for the P&C and general insurance segment include: Exceed J, Exceed, GraphTalk A.I.A, Pabblo, Point In, Point In J, Polisy/400, Claims Desktop, ClaimsOffice Suite, Colossus, Fault Evaluator, Fraud Analytics Suite, Independent Adjuster Manager, KDX, Point In Advanced Claims, Precedent ID, Risk and Litigation, Insurance Optics, Business Analytics, Document Solutions, Media View, 3r Evolution, Agency Link, Automated Work Distributor and Visual Product/Modeling System.

The target market for Exceed Claims is Tier 1 P&C insurers that currently write $1 billion or more in direct written premiums. It currently has customers live with DWPs that range from $250 million to almost $3 billion, including both regional and national insurers for personal lines and



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

commercial lines. It reported no new wins in 2008 and one upgrade to Exceed Claims C.0, which is the current version introduced in July 2007 along with CSC's Continuous Delivery Release methodology. Since the inception of CDR, CSC reports 236 Continuous Delivery Releases to Exceed C.0. CSC has 13 insurers in North America, with nine of them in production on Exceed Claims.

**Lines of Business Supported**

Exceed Claims currently supports all personal lines in the generally available system. Commercial Lines support (including workers' compensation) has been provided as a partner release to the sponsoring customer and is in production.

Exceed has both personal lines (automobile and property) and commercial lines (workers' compensation, automobile and business owners) in production. Personal watercraft and commercial package are currently being implemented.

**Configuration Tools**

Configuration Notebook, an Excel spreadsheet view of support tables, allows business users to administer the Exceed system. Web-based administration utilities provide the ability to configure the application settings and other functions such as user permissions.

**Dashboard Analytics and Reporting**

Dashboards are provided through CSC's Exceed Business Analytics feature. The Exceed Claims Executive Dashboard provides information about loss ratio, allocated and unallocated loss expenses, loss cost, average payments and reserves, number of open and closed claims, number of claims in litigation, and number of claims with reserves that exceed $25,000. It also provides dashboard reporting at the executive levels; midlevel management; and at the adjuster level. Users can view monthly data for a calendar year by line of business or for all lines of business in graphical format. Users can also view the number of open and closed claims and average payments and reserves monthly by state for a calendar year.

**Functional Enhancements**

Exceed Claims C.0 added more than 15 new features in 2008. The key features added include:

- Adjuster Center — The personalized view of each adjuster's workload
- Addition of reinsurance financial processing
- Expanded capabilities for reviewing potential duplicate claims to prevent fraud
- Spell-check capability
- Journal view and print of adjuster notes
- Increased claims handler reserve/payment authority during high-volume occurrence/catastrophe

**Architectural Enhancements**

- UI modernization of all the Web pages in Exceed
- Consumption of third-party Web services from the business services layer of Exceed Claims
- Provide a runtime coupling of applications instead of a design time



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

**Platforms Supported**

*Server operating system:* Windows Server 2003, z/OS

*Database:* DB2, SQL

*Client:* Any operating system that supports Internet Explorer 6 and 7

**Gartner Rating**

During the past three years, CSC has made significant improvements in addressing the challenges that have plagued it, including:

- Its business and technical requirements-gathering process
- Project management
- Implementations
- Testing and overall quality of software code
- Functional enhancements
- Lines of business supported (including support for commercial line products)
- Total cost of ownership
- Reliance on existing and new customers for funding functional enhancements

Although this list is not completely fixed, CSC is moving in the right direction, as is evident from our discussions with its clients. With its continued deployment of its Continuous Delivery release strategy for Exceed C.0 and WikonnecT community, the use of its own platform for its $3 billion book of business process outsourcing (BPO) business and the newest release of Exceed J, we expect CSC to continue to address the above challenges by working with existing customers, ingesting input from its various customer/user communities (Innovation Community, Advisory Council and WikonnecT), obtaining feedback from its usability laboratory, and investing its own money for continued R&D of Exceed J. For Tier 1 insurers that are seeking a proven scalable platform, CSC remains a viable, long-term vendor.

*Rating: Positive*

## Guidewire Software

**Company Background**

Guidewire Software is a privately held company owned by its employees and venture capitalists. It is based in the U.S. and was founded in 2001. Guidewire has approximately 400 employees worldwide.

**Products and Services**

Guidewire Software provides application software and implementation services for the P&C segment. Products include ClaimCenter, PolicyCenter and BillingCenter.

The target market for Guidewire is P&C insurers with more than $100 million in DWP. The company has customers that range from less than $50 million to more than $9 billion in DWP. Guidewire reported eight new claims administration wins in North America in 2008 and 13 ClaimCenter wins globally during this period. Three customers upgraded to a later version of



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

ClaimCenter, with two from North America. Currently, eight customers are upgrading to a later version of ClaimCenter, which began in 2008 and are to be completed throughout 2009. The current release is ClaimCenter 5.0 which was made generally available in April 2008. Guidewire has 46 customers live on ClaimCenter in six countries (the U.S., Canada, Russia, Australia, New Zealand and the U.K.); 36 are in North America. Guidewire works with the following system integrators: BearingPoint, Capgemini, Deloitte, Ernst & Young and IBM.

**Lines of Business Supported**

ClaimCenter can be configured to support personal, commercial and specialty lines of business, and is in production with the following lines of business:

- Compulsory Third Party (CTP)
- Compulsory Auto Liability Insurance (CALI)
- Personal Auto
- Homeowners
- Personal Package
- Personal Umbrella
- Personal Ocean Marine
- Dwelling Fire
- Personal Inland Marine
- Commercial Auto
- Garage
- Commercial Umbrella
- Business Owners
- Commercial Package
- Mono-line Property
- Mono-line Liability
- Surety
- Workers' Compensation
- Boiler and Machinery
- Glass
- Equine
- Farm Owners
- Public Liability

**Configuration Tools**


© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

ClaimCenter is designed from the ground up as a fully configurable application where the software is modified through XML files that are processed at runtime. The out-of-the-box screens can be changed, deleted or added to via the graphical screen editor within the Guidewire Studio IDE. Within the IDE, users can create and modify business rules related to the various stages of the claims life cycle (for example, FNOL through closed recoveries). The data model of the system is open to user extensibility, allowing for the data mastered within the system to be developed to fit the business needs of the user.

**Dashboard Analytics and Reporting**

The current release of ClaimCenter does not provide dashboard analytic capabilities. With the launch of ClaimCenter 6.0 (targeted for 4Q09), Guidewire will introduce claim performance monitoring features designed to improve visibility into actionable claim information.

ClaimCenter provides a reporting module/tool, including a standard set of operational reports. These reports can be viewed online by unlimited end users. Users can modify the reports or write additional reports.

**Functional Enhancements**

- Enhanced FNOL
- Score-based service provider management
- New assessments module
- Enhanced fraud detection
- New subrogation module
- Enhanced catastrophe management
- New international capabilities
- Automated claim archiving with real-time, on-demand restore
- Enhanced usability improvements
- New graphical configuration tools

**Architectural Enhancements**

Below are the new features Guidewire has added to the architecture in 2008:

- SQL Server 2008 and Oracle 11g support
- New query layer
- New entity layer
    - Public application programming interfaces for accessing type information
    - Arrays as collections
- GScript improvements
    - Now separated from applications; entirely stand-alone
    - String literal templates



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

  - Composition syntax
  - Array enhancements
  - Bitwise operators
  - Type inference
- Guidewire Studio is now fully localizable
- Business calendars, administration, field validators all localizable
- Decentralized administration
- Startable plug-ins for inbound messaging
- Customer-definable batch processes
- Improved profiler
- Support for multiple archives

**Platforms Supported**

*Application server:* IBM WebSphere, BEA WebLogic and Apache Tomcat*

*Database:* Oracle and SQL

*Client:* Any operating system that supports Internet Explorer 6 and higher

* Guidewire is certified against application servers versus operating systems

**Gartner Rating**

Guidewire has continued to significantly increase its market share year over year with new client wins in North America, and is continuing to expand globally. The company also has increased its penetration of Tier 1 insurers, and we believe this will be the company's continued strategy where it has a large installed base (for example, the U.S.). International capabilities and functionality have continually been added to ClaimCenter as part of Guidewire's strategy to be a global provider of claims administration, policy administration and billing products to the P&C segment.

Our discussions with clients reveal a company that:

- Is very willing to work with customers on functional enhancement being added to the base system
- Provides a highly flexible and configurable product that allows the insurer to be in control of their business processes and implementation
- Is very responsive and knowledgeable in the claims segment
- Has solid technology architecture
- Continually looks to invest in its products

As it continues to pursue the global P&C segment, we expect Guidewire to face some challenges (for example, P&C insurers seeking a solution that meets country-specific requirements out of the box and/or has a large local installed base), but given its year-over-year increase in market share, continued investment in training on Guidewire products from system integrators, and positive



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

customer feedback on the company and product, Guidewire will continue to be on the shortlist of vendors for P&C insurers seeking a configurable approach to managing claims.

*Rating: Strong Positive*

## Innovation Group

### Company Background

Innovation Group, founded in 1997, is a publicly traded company headquartered in the U.K. with U.S. headquarters n Newton, Massachusetts. Innovation has 2,400 employees globally, with approximately 450 focused on services and support for its software solutions.

### Products and Services

Innovation provides technology solutions, business process outsourcing and supply chain management globally. Application software for the P&C and general insurance segments includes policy administration, claims administration, analytics/reporting and data conversion. Business process outsourcing services offered include first-notice-of-loss claims reporting, auto/physical damage network management for both automobile and property, claims administration, and policy administration. Innovation's newest product, Innovation Insurer, is a componentized suite of products, including Innovation Claims, Innovation Policy and Innovation Clear (analytics/reporting). The current release of Innovation Claims is 6.2.

Innovation's Professional Services division works with an insurer's internal IT resources to provide full integration services as required. Innovation uses integration services from IBM and Cognizant.

The target market for its Innovation Claims product (a component of Innovation Insurer) is the Tier 1 P&C insurers that currently write $1 billion in DWPs. Innovation has customers in production with DWPs that range from $100 million to $4.9 billion. The company has 10 in production with a total of 13 customers in North America. Innovation reported three new Innovation Claims wins in 2008.

### Lines of Business Supported

Innovation Claims supports personal, commercial and specialty lines of business. The following lines of business are in production:

- Personal Automobile
- Homeowners/Renters
- Commercial Automobile
- Commercial Property
- Commercial Liability
- Workers' Compensation
- Medical Malpractice
- Other Professional Liability
- Commercial Package Policy
- Business Owners Policy



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

- Surety
- Excess and Surplus
- Specialty, Long-Term Exposure Lines

**Dashboard Analytics and Reporting**

Innovation Clear, the company's analytics product that is a component of Innovation Insurer, provides:

- Predictive modeling
- What-if forecasting
- Data mining and segmentation
- Dashboard
- Management information reporting

Reporting is handled through the Innovation Clear product that allows for:

- Scheduled extraction of data
- Scheduled running of reports
- Automated population of browser-based dashboards defined by user and role type
- Exception reporting and automated highlighting of exception parameters
- Drill-down analysis in real time
- Mapping, distribution and other statistical analysis capabilities

**Configuration Tools**

All tools are standards-based tools for development (Eclipse), automated package build (Anthill) and testing automation (Mercury tools). Where applicable, browser-based administration tools are built for user administrators such as the claims unit, and Java plug-ins are built for functions that require a more robust set of management, such as workflow modification and testing.

**Functional Enhancements**

- New browser-based UI
- Administration toolsets also moved to browser and other GUI tools
- Scheme Manager allows for a single application instance to run multiple products with different workflow, rules, look/feel, user rights, and so on. The tool enables a user to "white label" their products
- Integrations to industry channels (for example, ISO, ChoicePoint)
- Implementation tools (gap analysis, requirement tracking, automated estimation based on form entries) streamlined
- 100% industry-standard, nonproprietary tools used throughout



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- 100% Web-based
- New search facilities
- Claim information streamlined, reducing the number of mouse clicks more than two clicks away
- Support for client/customer-driven preferred language
- Filtered by client/product/brand to ensure data protection
- Drag-and-drop content management
- New wizard for letter writing
- Enhanced subrogation management
- New payment wizard

**Architectural Enhancements**

New browser-based UI

Client-centric model

**Platforms Supported**

*Server operating system:* Windows, Unix, Red Hat Linux, z/OS/390 or zSeries, AS/400 or iSeries running OS/400, AIX, Sun Solaris

*Database:* DB2 UDB, Oracle, SQL

*Client:* Any operating system that supports Internet Explorer 6.0 and higher, Mozilla/Firefox, Google Chrome

**Gartner Rating**

Innovation has made significant strides in the past year, investing millions of its own money into its Innovation Insurer product suite, particularly with Innovation Claims. The addition of a new UI will enable insurers to extend the product to agents as well as directly to the consumer. Our discussions with Innovation's clients reveal a company that is always willing to sit down with the insurer, talk about issues and problems that arise during implementations, and jointly work toward a solution without always submitting a change request chargeback.

Innovation has been addressing weaknesses noted in last year's report, including staffing for implementations (it added more personnel and continues to work with IBM), sales support (it added more personnel), single database support (it now supports and is in production on three different databases) and the perception that it is more focused on growing its BPO business than being a technology company (investment of millions of dollars into its software). Innovation has positioned itself as a global business partner for all tiers of insurers for software and services and will continue to invest its money in functional and architectural enhancements. For insurers seeking a scalable platform with robust built-in functionality, Innovation Claims should be on their shortlists.

*Rating: Positive*



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## StoneRiver

### Company Background

StoneRiver, formerly known as Fiserv Insurance Solutions) is a private company with a majority ownership by Stone Point Capital and a minority ownership by Fiserv. StoneRiver has approximately 2,000 employees, with the majority of them working on insurance solutions, services and processing operations. Of that number, nearly 800 are focused on the P&C operations.

### Products and Services

StoneRiver provides software solutions and implementation services for P&C, workers' compensation, life/health/annuity and reinsurance segments. It also provides solutions for marketing, registration and compliance, financial and compliance, and flood processing. The products offered to the P&C segment include Policy Star; Claims Workstation; Fiserv Advanced Billing (FAB); FSC Agency Solutions; FSC Carrier Solutions; and The Specialty System. The products offered for workers' compensation include P2P Link, Pharmacy Solutions, Pharmacy Solutions Programs, PowerSuite Claims, PowerSuite Policy and Workers Compensation Management System. StoneRiver also offers hosting services and BPO for policy, billing, claims, customer service, payments and reporting. It supports more than 70 insurers' flood-processing needs and is expanding into other lines of business.

Its target market for Claims Workstation is insurers with DWP of $150 million to $5 billion. StoneRiver reported five client wins in 2008 and 1 client upgrade. There are 41 Claims Workstation clients in production in North America. The current version of Claims Workstation is 6.2, released in 2009.

### Lines of Business Supported

Claims Workstation can support personal, commercial and specialty lines of business. The following lines of business are in production:

- Personal Automobile
- Homeowners
- Renters
- Condo
- Mobile Home
- Commercial Automobile
- Commercial Property
- Commercial Liability
- Commercial Package Policy
- Business Owners Policy
- Workers' Compensation
- Surety
- Excess and Surplus


© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

- Specialty
- Aviation
- Medical Malpractice

**Dashboard Analytics and Reporting**

Claims Workstation can provide extracts to feed a customer's reporting/business intelligence solution. StoneRiver is developing a business intelligence and dashboard solution named Project Ignition as part of its strategic development project.

StoneRiver has a strategic partnership with Cognos. Reporting information from Claims Workstation can be consumed by most third-party business intelligence and dashboard modules.

**Configuration Tools**

Claims Workstation is developed on top of a system administration tool named SysAdmin, which allows users to customize and configure the behavior of Claims Workstation. Claims Workstation is a data-driven system, so the behavior and workflow of Claims Workstation can be managed based on the line of business, claim type, and other information through the setup in SysAdmin. The System Configuration tool works closely with other areas of the application to provide a flexible, individualized system. System Configuration along with the Primer scripts and SysAdmin are the tools used to customize the system. The System Configuration application is used to import information from system and customer-defined spreadsheets into the Claims Workstation database tables.

**Functional Enhancements**

Claims Workstation had two major releases in 2008: 6.0 and 6.1. Release 6.0 focused on upgrades to the core technology. Release 6.1 had six major functional enhancements. Two of these were sponsored by customers and four of these were funded through StoneRiver investment.

*Customer-Sponsored*

*Quick Auto:* A single screen for streamlined claims entry of auto claims only. This was a customer-sponsored enhancement for the fast entry of first-party auto claims and catastrophe losses. The customer that implemented Quick Auto reduced call center times from three minutes per claim to 45 seconds per claim for losses from Hurricane Gustav.

*Save Printed Letters:* This enhancement automated saving a letter in Claims Workstation when the user chose to print the letter.

*StoneRiver-Funded*

The following four enhancements were part of a 2008 claims development strategy to extend the reporting of losses to outside users and to speed the entry/assignment of initial loss reporting. The end goal is to minimize the time it takes to enter a claim through a Web loss report solution and place the claim in the adjuster's hands.

*Web-Based FNOL:* This is a Web application that runs under a customer's portal. This enhancement navigates an agent, customer, or call center support user through the entry of a claim based on line of business and loss complexity. Screens are presented to a user based on information previously entered and responses to questions (Was anyone injured? Was the vehicle taken to a property repair shop?). The claim is sent to Claims Workstation, and the user is presented with the claim number.



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved. Gartner

*Multiple Adjuster Assignment:* This enhancement allows the customer to configure questions to help determine if additional claims department staff should be assigned to a claim. Questions can vary by line of business. Questions may include injury, salvage, litigation and so on. The responses to the questions (Y/N) initiate the notification to additional claims staff to look at the claim.

*Claim Print:* This enhancement supports the generation of a form that can be distributed to outside entities. This may include attorneys, appraisers, or other parties who need claim specifics but do not have access to the claim. When generated, the form is presented as a PDF file that can be printed or e-mailed.

*Audio Statement:* This enhancement adds an interface to a customer's voice-recording solution. This allows adjusters to record interviews and statements and index the conversation directly into Claims Workstation. These recordings are stored in a central location and can be shared across the customer's claims enterprise.

**Architectural Enhancements**

IBM WebSphere 6.1; upgrade from IBM WebSphere 5.1

Internet Explorer 7.x; upgrade from Internet Explorer 6.x

IBM DB2 9.x; upgrade from IBM DB2 8.x

Microsoft SQL Server 2005; upgrade from Microsoft SQL Server 2000

Fair Isaac Blaze 6.5; upgrade from Fair Isaac Blaze 5.x

Microsoft Word 2007; Microsoft Word 2003

Java VM and Spring; upgrade from Java VM 1.4 and Enterprise JavaBeans

Added new support for Oracle 10g

**Platforms Supported**

*Server operating system:* Windows 2003, AIX, iSeries

*Database:* DB2, Oracle, SQL

*Client:* Any operating system that supports Internet Explorer 7

**Gartner Rating**

With the majority ownership in the hands of Stone Point Capital, StoneRiver will finally receive the needed funding for R&D, as well as gain better insurance operational management. StoneRiver is currently implementing a plan started in 2007 called "Project Ignition," which will take until 2011 to complete. The first commercially available components will reportedly be available beginning in 2Q10. The scope will entail creating an Integrated Insurance Platform (IIP) using an advanced-model-driven service-oriented architecture approach. The main aspects and goals of Project Ignition are to deliver the second generation of enterprise Java solutions by:

- Addressing the integration challenges of StoneRiver's enterprise solutions to help lower the total cost of ownership of those solutions
- Improving the user experience across all enterprise solutions
- Enhancing migration paths for customers



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

To deliver this, StoneRiver is developing the IIP architectural. The IIP is an enterprise services bus built on an advanced-model-driven SOA design. Sitting on top of the IIP will be an all-lines solution based on the unification of the PowerSuite, J Products (Policy Star, FAB, and Claims Workstation), and Universal Reinsurance System products with a common set of shared components and a shared UI. Customers will be able to license and implement a componentized and integrated product suite.

This is a positive and much-needed move for StoneRiver. Although Claims Workstation is a functionally rich application, the UI is four years old and looks dated compared with the other vendors in this research that have updated their UIs. The other shortcoming of Claims Workstation is the basic functional support for workers' compensation (PowerSuite is StoneRiver's product for workers' compensation). StoneRiver is currently working to address the these problems, but users may not see significant improvements until mid-2010, which could put StoneRiver at a competitive disadvantage for the remainder of 2009.

*Rating: Positive*

## RECOMMENDED READING

"MarketScope for North American Property and Casualty Insurance Claims Administration Systems"

"Magic Quadrants and MarketScopes: How Gartner Evaluates Vendors Within a Market"

### Note 1
### Definition of Tiers

Tier 1 — More than $5 billion in DWP

Tier 2 — $1 billion to 5 billion in DWP

Tier 3 — Less than $1 billion in DWP

### Vendors Added or Dropped

We review and adjust our inclusion criteria for Magic Quadrants and MarketScopes as markets change. As a result of these adjustments, the mix of vendors in any Magic Quadrant or MarketScope may change over time. A vendor appearing in a Magic Quadrant or MarketScope one year and not the next does not necessarily indicate that we have changed our opinion of that vendor. This may be a reflection of a change in the market and, therefore, changed evaluation criteria, or a change of focus by a vendor.

### Gartner MarketScope Defined

Gartner's MarketScope provides specific guidance for users who are deploying, or have deployed, products or services. A Gartner MarketScope rating does not imply that the vendor meets all, few or none of the evaluation criteria. The Gartner MarketScope evaluation is based on a weighted evaluation of a vendor's products in comparison with the evaluation criteria. Consider Gartner's criteria as they apply to your specific requirements. Contact Gartner to discuss how this evaluation may affect your specific needs.



© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

In the below table, the various ratings are defined:

**MarketScope Rating Framework**

**Strong Positive**
Is viewed as a provider of strategic products, services or solutions:

- *Customers:* Continue with planned investments.
- *Potential customers:* Consider this vendor a strong choice for strategic investments.

**Positive**
Demonstrates strength in specific areas, but execution in one or more areas may still be developing or inconsistent with other areas of performance:

- *Customers:* Continue planned investments.
- *Potential customers:* Consider this vendor a viable choice for strategic or tactical investments, while planning for known limitations.

**Promising**
Shows potential in specific areas; however, execution is inconsistent:

- *Customers:* Consider the short- and long-term impact of possible changes in status.
- *Potential customers:* Plan for and be aware of issues and opportunities related to the evolution and maturity of this vendor.

**Caution**
Faces challenges in one or more areas:

- *Customers:* Understand challenges in relevant areas, and develop contingency plans based on risk tolerance and possible business impact.
- *Potential customers:* Account for the vendor's challenges as part of due diligence.

**Strong Negative**
Has difficulty responding to problems in multiple areas:

- *Customers:* Execute risk mitigation plans and contingency options.
- *Potential customers:* Consider this vendor only for tactical investment with short-term, rapid payback.


© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

## REGIONAL HEADQUARTERS

**Corporate Headquarters**
56 Top Gallant Road
Stamford, CT 06902-7700
U.S.A.
+1 203 964 0096

**European Headquarters**
Tamesis
The Glanty
Egham
Surrey, TW20 9AW
UNITED KINGDOM
+44 1784 431611

**Asia/Pacific Headquarters**
Gartner Australasia Pty. Ltd.
Level 9, 141 Walker Street
North Sydney
New South Wales 2060
AUSTRALIA
+61 2 9459 4600

**Japan Headquarters**
Gartner Japan Ltd.
Aobadai Hills, 6F
7-7, Aobadai, 4-chome
Meguro-ku, Tokyo 153-0042
JAPAN
+81 3 3481 3670

**Latin America Headquarters**
Gartner do Brazil
Av. das Nações Unidas, 12551
9° andar—World Trade Center
04578-903—São Paulo SP
BRAZIL
+55 11 3443 1509


© 2009 Gartner, Inc. and/or its Affiliates. All Rights Reserved.

# EXHIBIT M

NOVARICA ACERANKING

## ACCENTURE: CLAIM COMPONENTS

Novarica Average Customer Experience (ACE) Ranking Report
April 2009




ACCENTURE: CLAIM COMPONENTS (2009)

Novarica Average Customer Experience (ACE) Rankings are based on an online survey of senior technology and operational executives at five insurer clients who have direct experience with the vendor product and organization.

Novarica validates the identity and responses of the participants, who are assured of anonymity.

The Novarica ACE Ranking survey asks for the reference to rank his or her experience with the vendor and solution on a 7-point scale from “Completely Agree” to “Completely Disagree” against various positive statements about customer experience, for example “Staff is highly responsive.”

These statements are grouped into Novarica’s four **SOFT** areas (Staff, Organization, Functionality, and Technology) as well as an additional area for Overall Customer Satisfaction, which is double-weighted in the average.

Novarica ACE Rankings are produced independently and are not sponsored by the vendor. Novarica offers vendors the opportunity to direct clients to the survey and also solicits participation directly from its own network of insurer contacts.

The Novarica ACE Ranking is intended to provide an objective measurement of customer satisfaction levels in general, and is intended to be used to guide insurers’ own due diligence processes when evaluating potential solution providers. **It is not a substitute for conducting reference interviews or visits prior to selecting a solution.**

**Contents:**

About the Respondents…2
Staff…3
Organization…3
Functionality…4
Technology…4
Overall Customer Satisfaction…4
Additional Client Comments…5
About Novarica…5

© 2009 Novarica, a division of Novantas LLC. All rights reserved. Reproduction or redistribution strictly prohibited. This copy of “Novarica ACE Ranking: Accenture: Claim Components” (April 2009) may not be shared outside the buyer’s firm without permission from Novarica.
www.novarica.com

NOVARICA

## ABOUT THE VENDOR AND SOLUTION

Accenture Claim Components Solution, is a modular claims administration system, providing a desktop, claims workflow, financials management, and a FNOL configurable.. Twelve US insurers are currently live on Accenture Claim Components Solution, of which four use the solution for personal lines only (two of these have over US$1Bn in NWP), two use the solution for commercial lines only (both with over US$1Bn in NWP), and the remainder support both personal and commercial lines on the solution (all with over US$1Bn in NWP). Publicly-announced clients include Chubb, the Hartford, OneBeacon, Affirmative, Fireman's Fund, and others. All major personal and commercial lines are live in production.. The solution was profiled in *Novarica Market Navigator™ US Property / Casualty Claims Solutions 2009 (Q1)*, published in February 2009.

## ABOUT THE RESPONDENTS

| Reference Title | Company Type | Areas Where Solution is Used | Years |
|---|---|---|---|
| Portfolio Manager | Large P/C Insurer | Claims, underwriting | 7 |
| Assistant Vice President | Large P/C Insurer | Claims | 3.5 |
| SVP – CIO Claim IT | Large P/C Insurer | Claims | 7 |
| Global CIO | Large P/C Insurer | Claims | 7 |
| Vice President | Large P/C Insurer | Claims | 1.7 |

## STAFF

| Staff | Avg. Ranking |
|---|---|
| Senior business staff is very knowledgeable about the industry | 100 |
| ...very knowledgeable about the product | 94 |
| ...very knowledgeable about my needs and situation | 91 |
| ...is highly responsive to my needs | 94 |
| Senior technical staff is very knowledgeable about the industry | 97 |
| ...very knowledgeable about the product | 97 |
| ...very knowledgeable about my needs and situation | 94 |
| ...is highly responsive to my needs | 94 |
| Support staff is very knowledgeable about the industry | 77 |
| ...very knowledgeable about the product | 89 |
| ...very knowledgeable about my needs and situation | 77 |
| ...is highly responsive to my needs | 91 |
| **Overall Staff Average** | **91** |

© 2009 Novarica, a division of Novantas LLC. All rights reserved. Reproduction or redistribution strictly prohibited. This copy of "Novarica ACE Ranking: Accenture: Claim Components" (April 2009) may not be shared outside the buyer's firm without permission from Novarica.

NOVARICA

## ORGANIZATION

| Organization | Avg. Ranking |
|---|---|
| Vendor consistently made appropriate resources available during implementation | 94 |
| Vendor has strong project management practices | 97 |
| Vendor aligns its business interests with mine | 89 |
| Vendor provides effective training and documentation to my business an technical staff | 91 |
| Vendor has my business success as a top priority | 94 |
| Vendor is reasonable about contract negotiations and similar issues | 83 |
| Vendor gives clients a strong voice in product development | 89 |
| I have great faith in vendor's senior management and overall vision | 91 |
| **Overall Organization Average** | **91** |

## FUNCTIONALITY

| Functionality | Avg. Ranking |
|---|---|
| Product is well-liked by business users | 89 |
| Product has significantly enhanced productivity | 89 |
| Product delivers the promised functionality | 94 |
| Product is easy to integrate into our overall infrastructure | 83 |
| Product is an elegant solution to our business problem | 83 |
| **Overall Functionality Average** | **87** |

## TECHNOLOGY

| Technology | Avg. Ranking |
|---|---|
| Product is scalable to our needs | 97 |
| Product uses technology that fits our current architecture well | 94 |
| Product uses technology that fits our long-term technology vision | 91 |
| Product uses technology that our staff understands and can support | 94 |
| Vendor invests aggressively in improving technical performance through new releases and fixes | 79 |
| **Overall Technology Average** | **91** |

© 2009 Novarica, a division of Novantas LLC. All rights reserved. Reproduction or redistribution strictly prohibited. This copy of "Novarica ACE Ranking: Accenture: Claim Components" (April 2009) may not be shared outside the buyer's firm without permission from Novarica.

NOVARICA

## OVERALL CUSTOMER SATISFACTION

| Overall Customer Satisfaction | Avg. Ranking |
|---|---|
| We have had no significant performance issues with this solution | 97 |
| We have had no significant service issues with this vendor | 97 |
| We have had no significant contractual issues with this vendor | 91 |
| I would highly recommend this vendor solution to a peer | 97 |
| I would definitely buy this solution again | 94 |
| **Overall Customer Satisfaction Average** | **95** |

## ADDITIONAL CLIENT COMMENTS

*This vendor's staff are as concerned with our business success and results driven by their software as I am.*

*This vendor's user group strategy is excellent.*

*This product is the only one that provides true auditing functionality - its competitors do not have sufficient functionality.*

## ABOUT NOVARICA

Novarica provides information, insights, and perspective on markets, operations, and technology to financial services and insurance executives and project teams. The company delivers its service through published research, retained advisory services, and project-based consulting. Novarica's research includes market and trend analyses, best practices research, case studies, and independent analyses of insurance software vendors. Novarica draws its knowledge from the personal experience of its principals, the ongoing information gathering initiatives of dedicated research staff, and regular communication with insurer executives through informal networks and through the Novarica Insurance Technology Research Council. More information is available online at www.novarica.com

Contact: Matthew Josefowicz
Director, Insurance Practice
Novarica
212-419-2520
mj@novarica.com

© 2009 Novarica, a division of Novantas LLC. All rights reserved. Reproduction or redistribution strictly prohibited. This copy of "Novarica ACE Ranking: Accenture: Claim Components" (April 2009) may not be shared outside the buyer's firm without permission from Novarica.

# EXHIBIT N




High performance. Delivered. | Home | News | Press Kits | People | PR Contacts | username

Global Home ▸ Newsroom ▸ Accenture Receives Highest Overall Customer Satisfaction Score Among Claims Solutions in Novarica ACE Rankings

Add to Briefcase Print Article

05 May 2009

## Accenture Receives Highest Overall Customer Satisfaction Score Among Claims Solutions in Novarica ACE Rankings

NEW YORK; May 5, 2009 – The Accenture Claim Components Solution has received a score of 95 out of 100 for "overall customer satisfaction" in the most recent Novarica Average Customer Experience (ACE) Rankings™ report. Published by Novarica, an independent research and advisory company focused on technology strategy for financial services and insurance executives, the report aggregates feedback directly from end-user clients without any direct vendor participation.

The Accenture Claim Components Solution received an average overall score of 92 from clients, including scores of 95 for overall customer satisfaction and 91 for staff, organization and technology.

"Of the Novarica ACE Rankings published so far on claims solutions, Accenture received the highest average total mark and the highest rating for 'overall customer satisfaction,'" said Matthew Josefowicz, director of Novarica's insurance practice and lead researcher of the Novarica ACE Rankings report. "We also received positive user comments about Accenture's commitment and capabilities, including one from an insurer mentioning that Accenture's staff is as concerned with its clients' business success and results driven by the software as the clients are."

Novarica solicits comments directly from its own network of senior technology and

Tools Navigation

- Advanced Search
- View Personal Folders
- Media Register Here
- Sign Up for Release Alerts
- Media Requests

How may we help you?

- Your Content
- Request for Services
- Alerts & Newsletters
- Send Site Feedback

Recently Viewed Articles

operational executives and offers vendors the opportunity to direct clients to the survey. Novarica only considers input from insurer executives with direct experience with the solution and verifies every response with the insurer directly.

"We have been at the forefront of the claims transformation agenda for more than 10 years and have been continuously investing to improve our solutions to drive sustainable value," said Michael Costonis, Accenture's insurance practice managing director for North America and global claims practice lead. "We are very pleased to receive this recognition from Novarica, as our dedication to our clients and our commitment to helping them develop a high performance claims infrastructure has always been at the center of our strategy."

The Novarica ACE Ranking reports are intended to provide a quantitative, independent average rating of customer experience across the critical areas of staff, organization, functionality, and technology for every significant insurer software solution on the market. The reports provide average scores on 35 different customer satisfaction questions.

The Accenture Claim Components Solution is a Web-based technology solution designed to help insurers improve the efficiency of their claims-handling operations through the automation of routine tasks. Currently used by more than 65,000 claims handlers worldwide to process approximately 40 million insurance claims each year, the Accenture Claim Components Solution supports core claims transactions from first notice of loss through to financials and reserve management.

**About Accenture**

Accenture is a global management consulting, technology services and outsourcing company. Combining unparalleled experience, comprehensive capabilities across all industries and business functions, and extensive research on the world's most successful companies, Accenture collaborates with clients to help them become high-performance businesses and governments. With more than 181,000 people serving clients in over 120 countries, the company generated net revenues of US$23.39 billion for the fiscal year ended Aug. 31, 2008. Its home page is www.accenture.com.

**About Novarica**

Novarica provides information, insights, and perspective on markets, operations, and technology to financial services and insurance executives. The company delivers its service through published research, retained advisory services, and project-based consulting. Novarica's research includes market and trend analyses, best practices research, case studies, and independent analyses of insurance software vendors. Novarica draws its knowledge from the personal experience of its principals, the ongoing

information gathering initiatives of dedicated research staff, and regular communication with insurer executives through informal networks and through the Novarica Insurance Technology Research Council. More information is available online at www.novarica.com.

###

**Contact:**
Francois Luu
Accenture (Paris)
+33 1 53 23 68 55
+33 6 60 53 84 28
francois.luu@accenture.com

Mary Flynn
Accenture (New York)
+1 (917) 452-0531
+1 (310) 283-4700
Mary.k.flynn@accenture.com

<back

Privacy Policy Terms of Use Site Map ©1996-2009 Accenture All Rights Reserved