IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP,<br><br>      Plaintiffs,<br><br>v.<br><br>GUIDEWIRE SOFTWARE, INC.,<br><br>      Defendant. | C.A. No. 07-826 (SLR) |

**DEFENDANT GUIDEWIRE SOFTWARE, INC.'S
NOTICE OF DEPOSITION OF ROBERT PISH**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Guidewire Software, Inc. will take the deposition of Robert Pish by oral examination beginning at 9:00 a.m. PST on February 17, 2010. Such deposition will take place at the offices of Morrison & Foerster LLP, 425 Market Street, San Francisco, CA, 94105-2482, (415) 268-7000, or such other location as the parties may mutually agree and will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE** that, under Federal Rule of Civil Procedure 30, the deposition testimony will be taken by an officer, notary public, or other person authorized to administer oaths. It will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape. You are invited to attend and cross-examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julie Heaney*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Ragesh K. Tangri
Clement S. Roberts
Joseph C. Gratz
Sonali Maitra
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
(415) 362-6666

February 8, 2010
3388381

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 8, 2010 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| Richard L. Horwitz | L. Scott Oliver |
| David E. Moore | James Bennett |
| POTTER ANDERSON & CORROON LLP | MORRISON & FOERSTER LLP |
| 1313 North Market Street | 755 Page Mill Road |
| Wilmington, DE 19801 | Palo Alto, CA 94304 |

/s/ *Julia Heaney*

Julia Heaney (#3052)