IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH<br>and ACCENTURE, LLP,<br><br>          Plaintiffs,<br><br>  v.<br><br>GUIDEWIRE SOFTWARE, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-826 (SLR)<br>)<br>)<br>)<br>)<br>) |

## GUIDEWIRE'S PROPOSED VOIR DIRE

Pursuant to D. Del. L.R. 47.1(a), Guidewire Software, Inc. ("Guidewire") proposes the following voir dire to the jury panel. Guidewire reserves the right to modify this proposed voir dire in light of negotiations with Accenture over the content of such voir dire. Guidewire further reserves its rights to modify any of this proposed voir dire in light of the results of ongoing discovery. Guidewire further reserves its rights to modify any of this proposed voir dire in light of any substantive or procedural rulings by the Court in this matter, or in the light of any findings by the United States Patent and Trademark Office in the reexamination proceedings regarding the patents-in-suit. Guidewire further reserves its right to seek to provide further justification for its proposed voir dire and to make detailed objections to Accenture's proposed voir dire. Guidewire further proposes, under the Court's policy of "Jury Selection by Struck Juror Method," that those panel members who respond affirmatively to any of the questions identified in the following voir dire be called (one by one), upon the conclusion of the voir dire, to a sidebar conference with the Court and counsel, so that counsel may then be given the opportunity to ask further questions of the responding panel members.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Julia Heaney (#3052) |
|  | Jeremy A. Tigan (#5239) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat |
|  | jheaney@mnat.com |
OF COUNSEL: | jtigan@mnat.com |
|  |  |
Daralyn J. Durie |  *Attorneys for Defendant Guidewire Software, Inc.* |
Ragesh K. Tangri |  |
Clement S. Roberts |  |
Joseph C. Gratz |  |
Sonali Maitra |  |
DURIE TANGRI LLP |  |
217 Leidesdorff Street |  |
San Francisco, CA  94111 |  |
(415) 362-6666 |  |

February 24, 2010

**Accenture Global Services, GmbH, and Accenture LLP**
v.
**Guidewire Software, Inc.**
C.A. No. 07-826-SLR

_____

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned *Accenture Global Services, GmbH v. Guidewire Software, Inc.* Briefly stated, this is a patent action arising under the patent laws of the United States, a trade secret misappropriation action arising under the laws of the State of Delaware, and a breach of contract action also arising under the laws of the State of Delaware. The case involves insurance claims processing software.

The trial may last up to 5 days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than the scheduled 5 days. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

## HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. You have been given a list of companies and organizations.

    (a) Are you personally acquainted with any former or present officer, director, or employee of any of those companies?

    (b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies?

    (c) Have you, any family member, or anyone close to you had any dealings with, worked for, or relied financially in any way on, any of the companies?

    (d) Have you, any family member, or anyone close to you had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

6. Have you ever served as a juror in a civil lawsuit?

7. Does anyone have difficulty speaking, reading, writing or understanding English?

8. This case may take up to five days to try. Are there any of you for whom service on the jury for that length of time would be a hardship?

9. You have been given a list of subject areas. Have you, a close friend, or a family member ever been educated, employed, trained, or had any experience in any of the following limited areas?

10. Do you have any knowledge about or experience with patents, including applying for a patent?

11. Have you ever worked for a company that had patented products or processes?

12. Have you ever been involved in the development of a patented product or process?

13. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

14. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

15. Do you have any knowledge about or experience with trade secrets?

16. Do you believe it would be wrong for someone to profit from his invention or discovery?

17. Do you believe it would be wrong for someone to challenge the decision of the Patent and Trademark Office to issue a patent.

18. Have you, any member of your immediate family, or anyone close to you ever worked for a software manufacturer or information technology consultancy, or been employed in the software or information technology consulting industry?

19. Have you ever used software products that you know to be made by Accenture or Guidewire, including, but not limited to, ClaimCenter, PolicyCenter, BillingCenter, or Claim Components Solution?

20. Have you ever worked with Accenture or Guidewire?

21. Do you have a degree in a technical field, such as computer science, electrical engineering, or information systems?

22. Have you, a close friend or family member, or anyone close to you had any special training in software development, insurance claims handling, or other insurance practices?

23. Have you, a close friend or family member, or anyone close to you had any special training or experience in the computer software industry, including software design and development.

24. Have you, any member of your immediate family, or anyone close to you ever worked for a start-up company? By start-up, I mean a small, recently-founded company involved the development of, or research into, new products or services.

25. Have you, any member of your immediate family, or anyone close to you ever worked for a larger company that was in competition with a startup company?

26. Do you have any negative feelings about competition between smaller, start-up companies and larger companies?

27. Have you, or any member of your family, or anyone close to you ever sued anyone, or presented a claim against anyone, in connection with a matter similar to this case?

28. Has anyone ever sued any of you, or presented a claim against any of you, or any member of your family or anyone close to you, in connection with a matter similar to this case?

29. As part of your employment, have you had any experience receiving confidential information from, or providing confidential information to, someone other than your employer, such as a vendor or a customer?

30. As part of your employment, have you ever been involved in negotiating a contract or agreement with a third party for the provision of consulting services or licensing technology?

31. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

32. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## COMPANIES

Accenture Global Services, GmbH
Accenture LLP
Accenture Holdings GmbH
Accenture International Sàrl
Accenture SCA
Accenture, Ltd.
Accenture, Inc.
Accenture Sub. Inc.
Andersen Consulting
Andersen Worldwide Société Coopérative (AWSC)
Arthur Andersen LLP
Guidewire Software, Inc.
Centrica Software
Continental Casualty Company (CNA)
St. Paul Insurance
Reliance Insurance
Fireman's Fund Insurance Company
The Hartford
Bay Partners
U.S. Venture Partners
Ariba
McKinsey

**ATTORNEYS**

<u>Morrison & Foerster LLP</u>
James P. Bennett
L. Scott Oliver
Kimberly N. Van Voorhis
Diana Luo
Ruchika Agrawal
Douglas R. Chartier
Matthew S. Chen
Joe K. Kanada
Michael J. Kryston

<u>Potter Anderson & Corroon LLP</u>
Richard L. Horwitz
David E. Moore

<u>Durie Tangri LLP</u>
Daralyn J. Durie
Ragesh K. Tangri
Clement S. Roberts
Joseph C. Gratz
Sonali Maitra
Aaron Nathan


<u>Morris, Nichols, Arsht & Tunnell LLP</u>
Jack B. Blumenfeld
Julia Heaney

## WITNESSES

To be based on Exhibits E1 and E2 of the Joint Pre-Trial Order, containing lists of witnesses from Accenture and Guidewire.

## SUBJECT AREAS

Patents
Trade secrets
Contracts
Legal education or background
Computer Science
Enterprise software development
Property & casualty insurance
Insurance claims handling (and related software)
Information technology consulting
Software engineering

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2010 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 24, 2010 upon the following in the manner indicated:

## **BY ELECTRONIC MAIL**

| | |
|---|---|
| Richard L. Horwitz | L. Scott Oliver |
| David E. Moore | James Bennett |
| POTTER ANDERSON & CORROON LLP | MORRISON & FOERSTER LLP |
| 1313 North Market Street | 755 Page Mill Road |
| Wilmington, DE 19801 | Palo Alto, CA 94304 |

*/s/ Julia Heaney*

Julia Heaney (#3052)