# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

February 25, 2010

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Guidewire Software, Inc.*, v. *Accenture Global Services, GmbH and Accenture, LLP*, C.A. No. 07-826 (SLR)

Dear Judge Robinson:

  Enclosed are two copies of Guidewire's Proposed Preliminary Jury Instructions (D.I. 473), Proposed Voir Dire (D.I. 474), Proposed Verdict Sheet (D.I. 475) and Guidewire's Proposed Jury Instructions (D.I. 476) that were e-filed and served last night, and a CD containing a Wordperfect file of each.

              Respectfully,

              */s/ Julia Heaney*

              Julia Heaney

cc: Clerk, District Court (by hand delivery)
   Richard L. Horwitz (by e-mail w/o encl.)
   L. Scott Oliver (by e-mail w/o encl.)
JH:ncf
3412507