

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

February 26, 2010

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE  19801

    Re:    *Accenture Global Services GmbH, et al. v. Guidewire Software Inc.*
           C.A. No. 07-826-SLR

Dear Judge Robinson:

      In light of the Court's ruling today, Plaintiff will refrain from burdening the Court with its proposed jury materials. Absent direction otherwise from the Court, Accenture will plan to submit its jury materials in advance of the pretrial conference in this matter, once re-scheduled. Counsel are available at the Court's convenience to discuss these matters.

                                          Respectfully,

                                          */s/ David E. Moore*

                                          David E. Moore

DEM/cet
955112 / 32523

    cc:    Clerk of the Court (via hand delivery)
            Counsel of Record (via electronic mail)