# SCHEDULE F1

**Exhibit F1**

**PLAINTIFF ACCENTURE'S OBJECTIONS TO DEFENDANT GUIDEWIRE'S DEPOSITION COUNTER-DESIGNATIONS**

Subject to any Accenture motion *in limine*, Accenture submits the following objections to the deposition transcript counter-designations provided by Guidewire on February 12, 2010. Accenture's objections are to Guidewire's use of this testimony alone and are without waiver to Accenture's right to use the same testimony or portions of this testimony for different purposes. In addition to the specific objections set forth below, Accenture also incorporates any of its objections to the questions as posed during the depositions, as reflected in the transcripts, regardless of whether those objections are specifically entered as counter-designations by Accenture.

| **Affenit, Richard (CNA), 9/24/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 5:8-11 | 402 | | |
| 19:22-20:2 | 402 | | |
| 20:10-20:22 | 402 | | |
| 30:1-32:16 | 402 | 34:8-35:9 | No objection |
| 205:18-208:24 | 402 | | |
| 248:23 – 248:24 | 402 | | |
| 249:3 – 250:1 | 402 | | |
| 250:8 – 250:17 | 402 | | |
| 250:21 – 250:23 | 402 | | |

# Exhibit F1

**Exhibit F1**

| **Badower, Myron "Mike" (3rd party), 11/25/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 12:5 – 12:12 | No objection | | |
| 12:18 – 13:7 | Incomplete Q&A | | |
| 13:16 | Incomplete Q&A | | |
| 13:25 – 14:7 | No objection | | |
| 17:24 – 18:2 | No objection | | |
| 70:6 – 71:17 | No objection | | |

**Exhibit F1**

| Bensing, Brandon (CNA), 9/15/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 6:19 – 6:20 | Incomplete Q&A, 402, 403 | | |
| 16:17 – 17:17 | 402, 403 | | |
| 17:17 – 18:2 | 402, 403 | | |
| 23:12 – 25:4 | Incomplete Q&A, 402, 403 | | |
| 36:5 – 36:23 | Incomplete Q&A, 402, 403 | | |
| 47:10 – 47:18 | 402, 403 | | |
| 73:4 – 74:9 | Incomplete Q&A, 402, 403 | | |
| 95:3 – 95:6 | 402, 403 | | |
| 100:12 – 101:1 | 402, 403 | | |
| 101:8 – 102:21 | Incomplete Q&A, 402, 403 | | |
| 102:22 – 103:1 | Vague as to "that", 402, 403 | 103:2-3 | 402 |
| 103:9 – 104:12 | 611(c), 402, 403 | 104:13 | No objection |
| 105:6 – 105:7 | Incomplete Q&A, 402, 403 | | |
| 116:13 – 118:22 | 402, 403 | 171:16-24 | 402, 403 |
| 116:13 – 116:24 | 402, 403 | 171:16-24 | 402, 403 |
| 121:5 – 121:8 | 402, 403 | | |
| 194:7 – 194:17 | 402, 403 | 194:18-23 | 701, 403, 602 |

**Exhibit F1**

| Bensing, Brandon (CNA), 9/15/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 197:6 – 197:8 | Vague, lacks foundation, 402, 403 | | |
| 197:11 – 197:20 | Vague, lacks foundation, 402, 403 | | |
| 197:24 – 198:9 | Vague, lacks foundation, 402, 403 | 199:1-6 | 402; 403 |
| 199:7 – 199:11 | 402, 403 | | |
| 199:11 – 199:14 | Incomplete Q&A, 402, 403 | | |
| 200:1 – 200:3 | 402, 403 | | |
| 200:6 – 201:10 | Incomplete Q&A, 402, 403 | 200:11-18 | No objection |
| 209:3 – 209:7 | Incomplete Q&A, 402, 403 | | |
| 210:20 – 210:22 | 402, 403 | 210:17-19, 210:23-211:1 | 403 |
| 210:20 – 210:22 | 402, 403 | 210:17-19, 210:23-211:1 | 403 |
| 226:13 – 228:19 | Incomplete Q&A, document speaks for itself, calls for speculation, 402, 403 | | |
| 226:13 – 226:16 | Incomplete Q&A, 402, 403 | | |
| 228:18 – 229:20 | 402, 403 | 229:21-230:6, 231:6-12, 233:20-22, 235:4-11 | 403, 602 |

**Exhibit F1**

| Branson, Kenneth Vol. 1 (GW), 12/29/2008 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 9:12 – 9:21 | No objection | | |
| 9:22 – 13:5 | No objection | | |
| 13:6 – 13:11 | No objection | | |
| 14:12 – 15:3 | No objection | | |
| 15:6 – 15:8 | No objection | | |
| 15:10 – 15:20 | No objection | | |
| 15:23 – 16:5 | 602 | | |
| 16:8 – 16:19 | 602 | | |
| 16:21 – 17:6 | 602, | | |
| 17:15 – 17:17 | Vague as to time | | |
| 17:20 – 18:5 | Vague as to time | | |
| 18:9 – 18:17 | Vague as to time | | |
| 19:6 – 19:13 | No objection | | |
| 19:16 – 19:17 | No objection | | |
| 20:2 – 20:7 | 402 | | |
| 20:10 | 402 | | |
| 20:12 – 20:14 | Vague | | |
| 20:17 – 20:19 | Vague, compound, 402, argumentative | | |
| 20:23 – 21:14 | 402 | | |
| 21:17 – 22:4 | 402 | | |

**Exhibit F1**

| **Branson, Kenneth Vol. 1 (GW), 12/29/2008** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 22:7 – 23:3 | Compound, 402 | | |
| 23:7 – 23:17 | 402 | | |
| 25:21 – 25:24 | No objection | | |
| 26:2 – 26:13 | 602 | | |
| 26:19 | 602 | | |
| 29:4 – 30:5 | No objection | | |
| 30:6 – 30:25 | Move to strike testimony of Accenture's lawyer, compound. | | |
| 31:3 – 31:22 | No objection | | |
| 31:23 – 34:6 | No objection | | |
| 35:22 – 38:3 | No objection | | |
| 38:6 – 39:24 | No objection | | |
| 39:25 – 40:2 | Vague | | |
| 40:5 – 42:16 | No objection | | |
| 43:23 – 44:1 | No objection | | |
| 44:2 – 44:7 | 402 as to the name of the document | | |
| 44:11 – 45:17 | 402 | | |
| 45:18 – 46:17 | No objection | | |
| 47:2 – 48:1 | No objection | | |

**Exhibit F1**

| **Branson, Kenneth Vol. 1 (GW), 12/29/2008** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 48:2 – 49:7 | 402 as to the location of the documents | | |
| 49:14 – 49:17 | 402, 403, Argumentative | | |
| 49:18 – 51:5 | No objection | 51:14-52:2 | 602 |
| 52:24 – 53:23 | No objection | | |
| 54:1 – 54:9 | 402 | | |
| 54:15 – 54:20 | 402 | | |
| 59:4 – 59:19 | No objection | 59:20-60:10 | No objection |
| 63:23 – 64:19 | Argumentative, misstates testimony, 402, 403 | | |
| 67:8 – 67:21 | 402, 602, foundation | | |
| 70:2 – 70:6 | 602 | | |
| 70:11 – 71:11 | 402, 602 | | |
| 72:2 – 72:14 | 402, 602 | | |
| 72:18 – 72:19 | 402, 403, attorney interruption, no testimony | | |
| 74:17 – 75:4 | 402 | | |
| 75:5 – 75:14 | 402, 602 | | |
| 75:15 – 76:5 | 402, 602 | | |
| 76:6 – 76:18 | 402, 403, 602, vague and ambiguous | | |

## Exhibit F1

| Branson, Kenneth Vol. 1 (GW), 12/29/2008 | | | |
|---|---|---|---|
| Accenture Designation (Page/line) | Guidewire's Objections | Guidewire's Counter-Designation (Page/line) | Accenture's Objections to Guidewire's Counter Designation |
| 77:5 – 77:25 | 402, 403, 602, foundation, speculation, vague and ambiguous | | |
| 78:3 – 80:6 | 402, 403, 602 | | |
| 104:15 – 105:2 | 402, foundation, vague and ambiguous | | |
| 105:3 – 105:5 | 402, foundation, vague and ambiguous, speculation | | |
| 105:7 – 106:7 | 402, foundation, vague and ambiguous | | |
| 144:13 – 145:6 | 402, 602 | | |
| 145:22 – 147:10 | 402, misstates testimony | | |
| 147:14 – 148:8 | 402, foundation | | |
| 9:12 – 9:21 | No objection | | |
| 13:6 – 13:11 | No objection | | |
| 19:20 – 19:24 | 402 | | |
| 72:20 – 73:11 | 402, 403, 602 | | |
| 73:13 – 73:14 | 402, 403, 602 | | |
| 73:15 – 74:6 | 402, 403, 602 | | |
| 74:7 – 74:16 | 402, 403, 602, foundation, speculation | | |
| 144:13 – 144:23 | 402, 602 | | |

**Exhibit F1**

| Branson, Kenneth Vol. 2 (GW), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | | |
| 8:3 – 8:5 | | 8:1-8:5 | No objection |
| 38:5 – 41:18 | 402, 403, 602 | | |
| 41:20 – 42:22 | 402, 403, 602 | 41:19-42:22 | No objection |
| 43:16 – 56:5 | 402, 403, 602, 901 compound, vague, attorney testimony, | | |
| 53:15 – 54:15 | 402, 602 | | |
| 55:23 – 56:5 | 402 | 53:21-56:5 | No objection |
| 57:3 – 59:18 | 402, 403, 602, vague, foundation | | |
| 60:11 – 65:19 | 402, 403, 404, 602, 802, 901, assumes facts, foundation, speculation | | |
| 66:17 – 66:23 | 402, 403, 404, 602, 802, 901, foundation, speculation | | |
| 68:3 – 68:11 | 402, 403, 404, 602, incomplete hypothetical, speculation | | |
| 68:12 – 72:24 | 402, 403, 404, 602, 802, 901, foundation | | |
| 84:21 – 88:16 | 402, 403, 404, 602, 802, 901, foundation, speculation | | |

**Exhibit F1**

| Branson, Kenneth Vol. 2 (GW), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 88:17 – 94:6 | 402, 403, 602, 802, 901, foundation, vague. | | |
| 94:7 – 109:12 | 402, 602, 802, 901, vague, compound, misstates testimony | | |
| 110:7 – 128:21 | 402, 602, attorney testimony, beyond the scope, overbroad, legal conclusion, vague, foundation, argumentative, calls for narrative | | |
| 128:22 – 131:21 | 402, 602, 802, 901, vague | | |
| 133:1 – 146:9 | 402, 602, vague, compound, calls for speculation, overbroad, foundation | | |
| 146:10 – 147:14 | 402 | | |
| 147:22 – 158:1 | 402, 602, vague, foundation, legal conclusion | | |
| 159:14 – 160:15 | 402, 602, vague, argumentative | | |
| 161:2 – 163:21 | 402, 403, 501 | | |

**Exhibit F1**

| Branson, Kenneth Vol. 2 (GW), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 163:22 – 177:11 | 402, 403, 501, 602, foundation, speculation, misstates testimony, argumentative, vague, compound, calls for narrative | | |
| 180:8 – 187:9 | 402, 403, 501, 602, 802, 901, foundation, speculation, argumentative | | |
| 187:10 – 191:5 | 402, 403, 602, vague, compound, calls for speculation | | |
| 191:6 – 211:19 | 402, 403, 602, 802, 901, foundation, misstates testimony, vague, compound, overbroad, calls for speculation, incomplete hypothetical, attorney argument | | |
| 211:20 – 212:25 | 402, 403, vague, compound, incomplete hypothetical, foundation | | |
| 213:16 – 215:3 | 402, 403, vague, compound, incomplete hypothetical, foundation | | |

**Exhibit F1**

| Branson, Kenneth Vol. 2 (GW), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 215:14 – 228:18 | 402, 403, 802, misstates testimony, compound, vague, incomplete hypothetical, foundation, overbroad, calls for narrative | | |
| 228:20 – 229:25 | 602, vague. | | |
| 230:1 – 236:16 | 402, 403, 501, 602, 802, 901, vague, foundation, misstates testimony, calls for speculation | | |
| 236:17 – 242:1 | 402, 403, compound | | |
| 242:2 – 257:8 | 402, 403, 602, attorney testimony, compound, calls for speculation, foundation, vague, mischaracterizes testimony, argumentative | | |
| 260:12 – 260:22 | 402, 403, 602, 901, foundation, speculation | | |
| 261:1 – 261:7 | 402, 403, 602, 901, foundation, speculation | | |
| 261:10 – 261:14 | 402, 403, 602, 901, foundation, speculation | | |
| 261:17 – 261:18 | 402, 403, 602, 901, foundation, speculation | | |

**Exhibit F1**

| **Branson, Kenneth Vol. 2 (GW), 8/26/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 261:25 – 262:19 | 402, 403, 602, 802, 901, foundation, speculation | | |
| 262:24 – 263:5 | 402, 403, 602, 802, 901, foundation, speculation | | |

**Exhibit F1**

| Branson, Kenneth Vol. 3 (GW) 12/15/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 318:22 – 319:14 | No objection | | |
| 341:8 – 341:12 | 402, vague, ambiguous | | |
| 341:32 – 341:19 | Designation appears to contain an error. 402, vague, ambiguous | | |
| 341:22 – 342:4 | 402, vague, ambiguous | | |
| 342:7 – 342:22 | 402, vague, ambiguous | | |
| 342:25 – 343:12 | 402, vague, ambiguous | | |
| 343:20 – 343:21 | 402, vague, ambiguous | | |
| 343:34 – 344:3 | Designation appears to contain an error. 402, | | |
| 344:4 – 344:12 | 402 | | |
| 352:8 – 353:25 | No objection | | |
| 354:4 – 354:11 | 402, 403 | | |
| 400:15 – 400:22 | No objection. | | |
| 401:12 – 402:4 | No objection. | | |
| 405:4 – 405:24 | No objection. | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit F1**

| **Burns, Margaret (FMPA), 11/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 4:18-19 | 402, Not a Q&A | | |
| 5:2 – 5:5 | 402 | | |
| 7:8 – 7:19 | 402 | | |
| 7:20 – 8:25 | 402 | | |
| | | | |
| | | | |
| | | | |
| 9:15 – 9:21 | 402 | | |
| 9:22 – 11:10 | 402 | 11:22-12:11 | No objection |
| 12:13 – 13:8 | 402, 802, 901, 602 | | |
| 13:12 – 13:19 | 402, 802, 901, 602 | | |
| 14:1 – 14:3 | 402, 901, 602 | | |
| 14:4 – 14:12 | 402, 602 | | |
| 14:18 – 15:23 | 402, 901, 602 | | |
| 15:24 – 16:5 | 402, 602 | | |
| 16:6 – 16:13 | 402, 403, 602 | 16:20-17:13 | 402, 602 |
| 18:19 – 18:24 | 402, 602 | 18:4-12 | No objection |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit F1**

| Chang, Lerk Ling (GW), 9/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 9:18 – 9:21 | No objection. | | |
| 41:8 – 45:21 | 402, 403, 602, 901, calls for speculation | | |
| 45:25 – 50:16 | 402, 403, 602, 901, calls for speculation | | |
| 77:8 – 77:23 | 402, 901 | | |
| 82.21 – 84.4 | 402, 602, 802, 901 | | |
| 100:16 – 102:4 | 402, 403, 602 | | |
| 107:5 – 107:18 | 402, 403, 602 | | |
| 122:5 – 123:12 | 402, 403, 602, 802, 901, calls for speculation | | |
| 123:14 – 123:19 | 402, 403, 602, 802, 901, calls for speculation | | |
| 128:10 – 132.3 | 402, 403, 602, 802, 901 | | |
| 141:22 – 142:20 | 402, 602, 802, 901 | | |
| 144:11 – 145:6 | 402, 602, 901 | 143:25-145:9 | 602 (143:25-144:10 only) |
| 148:4 – 149:4 | 402, 403, 802, 901, mischaracterizes testimony | | |
| 149:8 – 149:14 | 402, 403, 802, 901, mischaracterizes testimony | | |
| 151:4 – 152:10 | 402, 602, 901 | | |

**Exhibit F1**

| Chang, Lerk Ling (GW), 9/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 153:1 – 155:25 | 402, 602, 802, 901 | | |
| 163:14 – 164:5 | 402, 602, 901 | | |
| 165:12 – 166:2 | 402, 403, 602, 701, 901, vague | 165:12-166:14 | 402, 602 (166:3-166:14 only) |
| 167:3 – 167:22 | 402, 403, 602, 901, foundation | | |
| 168:6 – 168:18 | 402, 403, 602, foundation | 168:6-168:19 | No objection |
| 170:23 – 171:17 | 402, 403, 602, 901 | | |
| 172:15 – 173:1 | 402, 403, 602, 901, calls for speculation | | |
| 173:3 | 402, 403, 602, 901, calls for speculation | | |
| 178:24 – 180:1 | 402, 403, 602, assumes facts, foundation | | |
| 181:13 – 182:19 | 402 | 181:10-182:19 | No objection |
| 183:25 – 184:18 | 402, 602, 802, 901 | | |
| 195:13 – 196:3 | 402, 602, 802, 901 | | |
| 198:6 – 199:2 | 402, 602, 802, 901 | 196:4-199:2 | 402, 602, 802 (196:4- 198:5 only) |
| 199:21 – 200:2 | 402, 602, 802, 901, calls for speculation | | |
| 205:25 – 206:25 | 402, 602, 802, 901 | | |
| 213:21 – 214:11 | 402, 602, 901 | | |

**Exhibit F1**

| **Chang, Lerk Ling (GW), 9/22/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 215:14 – 216:3 | 402, 602, 901 | | |

**Exhibit F1**

| Conroy, Michael (3rd party), 8/5/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 58:15-60:22 | No objection | 5:16-18 | No objection. |
| 63:13-63:23 | No objection | 9:5-11:2 | 402, 403, 802 |
| 70:17-71:10 | No objection | 13:14-24 | 402, 403 |
| 79:16-104:25 | 79:16-84:4 is 402<br><br>86:17 is 602<br><br>88:14 is leading. Argumentative | 18:12-19 | No objection. |
| 107:15-108:24 | No objection | 19:13-20:17 | No objection. |
| 108:25-110:16 | No objection | 27:12-29:3 | 402, 403, 602 |
| 110:17-120:18 | No objection | 30:4-19 | 402, 403 |
| 121:3-157:10 | Individual questions are objected to under 402, 403, 602, 802, and 901<br><br>The exhibits in this section also are objected to on authenticity, hearsay and 602 grounds | 30:25-31:3 | 402, 403 |
| 157:11-175:11 | We assume this is a typographical error, as it otherwise encompasses all of the following passages. | 32:13-33:4 | 403 |
| 157:12-157:20 | No objection | 43:11-45:15 | 402, 403, 602 |
| 159:11-160:19 | No objection | 48:23-51:4 | 402, 403 |

**Exhibit F1**

| Conroy, Michael (3rd party), 8/5/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 176:4-186:23 | No objection | 61:7-22 | 402, 403 |
| 183:14-183:19 | Included in above | 62:9-24 | 402, 403 |
| 183:24-184:11 | Included in above | 63:24-64:5 | 402, 403 |
| 185:8-185:11 | Included in above | 68:3-5 | 403 |
| 185:12-185:13 | Included in above | 68:22-25 | No objection. |
| 185:19-186:4 | Included in above | 72:12-74:17 | 403 |
| 186:8-186:23 | Included in above | 77:5-78:13 | 403 |
| 186:24-190:23 | 402 | 157:21-158:25 | 402, 403, 602, 802 |
| 190:25-207:22 | 402, 403, 602 | 163:12-164:12 | Incomplete Q&A, 402, 403 |
| 208:3-209:25 | 402, 602, 802, 901 | 165:23-167:20 | 402, 403 |
| 210:5-211:13 | No objection | 172:19-173:25 | 402, 403, 602 |
| 211:17-238:11 | 402, 403, 602, vague, lack of foundation, argumentative | 174:7-175:11 | 402, 403, 602, 701, 702 |
| 263:22-264:14 | No objection | 181:4-182:23 | 402, 403, 802 |
| 264:21-265:8 | 402, 602 | 184:13-185:7 | 402, 403, 602, 701, 702 |
| 265:17-266:6 | 402 | 239:14-256:22 | Lacks foundation, calls for speculation, calls for legal opinion, vague, ambiguous, compound, 402, 403, 602, 701, 702 |

**Exhibit F1**

| **Conroy, Michael (3rd party), 8/5/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | 257:5-261:8 | Calls for speculation, vague, ambiguous, calls for speculation, lacks foundation, calls for legal opinion, 402, 403, 602, 701, 702 |
| | | 261:17-262:24 | Vague, ambiguous, compound, calls for legal conclusion, 402, 403, 602, 701, 702 |

**Exhibit F1**

| Desmond, Brian (GW), 7/28/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 8:21 – 8:24 | No objection. | | |
| 116:3 – 116:23 | 402, foundation. | | |
| 133:17 – 134:12 | 402, foundation | | |
| 134:18 – 135:15 | 402, 403, 602, 802, 901 | | |
| 136:13 – 137:7 | 402, 403, ambiguous | | |
| 137:10 – 137:20 | 402, 403, ambiguous | | |
| 137:24 – 139:2 | 402, 403, ambiguous | | |
| 146:15 – 146:23 | 402, 602, 901 | | |
| 147:1 – 147:9 | 402, 602, 901 | 147:2-147:9 | No objection. |
| 159:4 – 159:6 | 402, 403, 602, 901 | | |
| 159:7 – 159:9 | 402, 403, 602, 802, 901 | | |
| 159:10 – 159:16 | 402, 403, 602, 802, 901 | | |
| 197:15-21 | 402, 403, 602, 901, compound | | |
| 197:25 – 198:4 | 402, 403, 602, 901, compound | | |
| 202:1 – 202:3 | 402, 403, calls for speculation | | |
| 202:8 – 202:18 | 402, 403, calls for speculation | | |
| 205:7 – 205:16 | 402 | | |
| 205:17 – 205:21 | 402, compound, overbroad | | |

**Exhibit F1**

| **Desmond, Brian (GW), 7/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 205:23 – 206:4 | 402, compound, overbroad | | |
| 206:8 – 206:12 | 402, compound, overbroad | | |
| 207:4 – 207:7 | 402, compound, overbroad | | |
| 207:11 – 207:15 | 402, compound, overbroad, ambiguous | | |
| 207:19 – 207:21 | 402, ambiguous | | |
| 208:6-10 | 402, 602, overbroad | | |
| 208:12-21 | 402, 602, overbroad, incomplete hypothetical | | |
| 208:25-209:6 | 402, 602, incomplete hypothetical | | |
| 209:10-11 | 402, 602, incomplete hypothetical, overbroad | | |
| 210:4-7 | 402 | | |
| 211:18 – 211:20 | 402, 403, 901 | 211:18-211:23 | 402, 403 |
| 212:11 – 213:4 | 402, 403, 602, 802, 901, calls for speculation | | |
| 213:9 – 213:10 | 402, 403, 602, 802, 901, calls for speculation | | |
| 221:8 – 222:15 | 402, 403, 602, 802, 901 | | |
| 231:10 – 231:21 | 402, 403, 602, 802, 901 | | |

**Exhibit F1**

| **Desmond, Brian (GW), 7/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 232:6 – 232:14 | 402, 403, 602, 802, 901, assumes facts, ambiguous, calls for speculation | 231:22-232:14 | 402 |
| 232:17 – 233:11 | 402, 403, 602, 802, 901, calls for speculation, assumes facts | | |
| 236:9 – 236:24 | 402, 403, 602, 901 | | |
| 247:18 – 248:4 | 402, 403, 602, 901 | | |
| 248:20 – 249:19 | 402, 403, 602, 802, 901, mischaracterizes document | 248:5-249:19 | 402, 403 |
| 256:7 – 257:6 | 402, 403, 602, 802, 901 | | |
| 257:6 – 259:16 | 402, 403, 602, 802, 901 | | |
| 260:10 – 260:17 | 402, 403, 602, 802, 901, overbroad, vague | | |
| 260:21 – 262:20 | 402, 403, 602, 802, 901, overbroad, vague | | |
| 263:17 – 264:17 | 402, 403, 501, 602, 802, 901, mischaracterizes testimony, mischaracterizes document, foundation | 262:21-264:17 | 402, 403, 602, 802 |
| 265:22 – 267:5 | 402, 403, 602, 802, 901 | | |
| 267:18 – 267:19 | 402, 403, 501, 602, 802, 901, calls for speculation, overbroad | | |

**Exhibit F1**

| **Desmond, Brian (GW), 7/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 269:18 – 269:23 | 402, 403, 602, 802, 901, calls for speculation | 269:15-270:3 | 402, 403 |
| 270:1 – 270:3 | 402, 403, 602, 802, 901, calls for speculation | 269:15-270:3 | 402, 403 |

**Exhibit F1**

| Eshelbrenner, Robert (Hastings Mutual), 8/28/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 8:11 – 8:18 | Incomplete Q & A | 8:9-8:18 | No objection. |
| 21:21 – 22:8 | 402, Incomplete Q & A, lacks foundation. | 20:7-22:12 | 402, 403 |
| 22:12 – 22:18 | 402, Incomplete Q & A, 602. | 20:7-23:14 | 402, 403 |
| 22:21 – 23:4 | 402, Incomplete Q & A, 602. | 20:7-23:14 | 402, 403 |
| 23:10 – 23:12 | 402, Incomplete Q & A, 602. | 20:7-23:14 | 402, 403 |
| 24:15 – 25:12 | 402 | | |
| 30:4 – 30:12 | No objection. | | |
| 31:8 – 32:18 | No objection. | | |
| 53:5 – 53:7 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 53:10 – 53:12 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 53:15 – 53:18 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 53:20 – 54:1 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 54:12 – 54:16 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 54:19 – 54:24 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 55:9 – 56:2 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 56:4 – 56:12 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 56:14 – 56:18 | Incomplete Q&A | 53:5-57:1 | 402, 403, 602 |
| 62:5 – 63:3 | Incomplete Q&A | 62:5-63:16 | 403 |

**Exhibit F1**

| Eshelbrenner, Robert (Hastings Mutual), 8/28/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 63:5 – 63:16 | Incomplete Q&A | 62:5-63:16 | 403 |
| 66:20 – 66:22 | Incomplete Q&A; misstates the content of the document; vague; 602; 402. | 66:20-68:25 | 402, 403 |
| 67:1 – 67:10 | Incomplete Q&A; misstates the content of the document; vague; 602; 402; calls for speculation. | 66:20-68:25 | 402, 403 |
| 67:12 – 67:20 | Incomplete Q&A; calls for speculation; 602. | 66:20-67:20 | 402, 403 |
| 68:13 – 68:17 | Incomplete Q&A; compound; 402. | 68:4-68:25 | 402, 403 |
| 68:19 – 68:25 | Incomplete Q&A; compound; 402. | 68:4-68:25 | 402, 403 |
| 69:20 – 70:15 | Incomplete Q&A; 402. | 68:13-70:22 | 402, 403, 802 |
| 70:17 – 70:22 | Incomplete Q&A; 402. | 68:13-70:22 | 402, 403, 802 |
| 71:9 – 72:3 | Misstates the witness's testimony; 402. | | |
| 73:17 – 73:20 | Incomplete Q&A; 402; 602. | 73:17-74:4 | 402, 403 |
| 73:22 – 74:4 | Incomplete Q&A; 402; 602. | 73:17-74:4 | 402, 403 |
| 74:23 – 75:7 | 402; 403; Misstates the content of the document. | | |
| 75:10 – 75:17 | 602 | | |

**Exhibit F1**

| **Eshelbrenner, Robert (Hastings Mutual), 8/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 76:15 – 76:18 | Incomplete Q&A | 76:15-77:12 | 402, 403 |
| 76:23 – 77:12 | Incomplete Q&A | 76:15-77:12 | 402, 403 |
| 86:6 – 87:20 | 402, 403, Incomplete Q&A | 86:6-87:24 | 402, 403 |
| 87:23 – 87:24 | 402, 403, Incomplete Q&A | 86:6-87:24 | 402, 403 |
| 95:6 – 95:17 | Objection to attorney testimony, 402, 403, 602, 901, lacks foundation. | 95:6-95:22 | 402, 403, 602 |
| 96:4 – 96:5 | Incomplete Q&A, 602 | 96:4-96:10 | 402, 403 |
| 96:7 – 96:10 | Incomplete Q&A, 602 | 96:4-96:10 | 402, 403 |
| 96:16 – 96:23 | 402 | | |
| 100:1 – 100:21 | Objection to attorney testimony, 402, 403, 602, 901, lacks foundation. | 100:1-101:11 | 402, 403, 602 |
| 100:23 – 101:5 | 402, 602 | 100:1-101:11 | 402, 403, 602 |
| 101:8 – 101:11 | 402, 602 | 100:1-101:11 | 402, 403, 602 |
| 104:13 – 105:15 | 402, 602 | | |
| 106:7 – 107:7 | Incomplete Q&A, calls for a legal conclusion, 402, 602 | 106:4-110:23 | 402, 403, 602 |
| 107:10 – 108:25 | Incomplete Q&A | 106:4-110:23 | 402, 403, 602 |
| 109:14 – 110:20 | Incomplete Q&A | 106:4-110:23 | 402, 403, 602 |

**Exhibit F1**

| Eshelbrenner, Robert (Hastings Mutual), 8/28/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 110:23 | Incomplete Q&A | 106:4-110:23 | 402, 403, 602 |
| 112:19 – 113:9 | Incomplete Q&A, compound, 602 | 112:19-113:19 | 402, 403 |
| 113:11 – 113:19 | Incomplete Q&A, compound, 602 | 112:19-113:19 | 402, 403 |
| 117:2 – 117:8 | Objection to attorney testimony, 402, 403, 602, 901, lacks foundation. | | |
| 118:8 – 118:25 | 602 | 118:8-120:18 | 402, 403, 602 |
| 119:9 – 119:24 | 602, incomplete Q&A | 118:8-120:18 | 402, 403, 602 |
| 120:4 – 120:18 | 602, incomplete Q&A | 118:8-120:18 | 402, 403, 602 |
| 127:11 – 127:12 | Incomplete Q&A, calls for speculation, lacks foundation, 602, 402 | 127:11-132:6 | 402, 403, 602 |
| 127:15 – 127:20 | Incomplete Q&A, calls for speculation, lacks foundation, 602, 402 | 127:11-132:6 | 402, 403, 602 |
| 127:24 – 129:15 | Incomplete Q&A, calls for speculation, lacks foundation, 602, 402 | 127:11-132:6 | 402, 403, 602 |
| 131:14 – 132:6 | Incomplete Q&A, calls for speculation, lacks foundation, 602, 402 | 127:11-132:6 | 402, 403, 602 |
| 136:21 – 137:12 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 136:21 – 138:23 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |

**Exhibit F1**

| **Eshelbrenner, Robert (Hastings Mutual), 8/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 136:21 – 137:12 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 137:13 – 138:12 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 138:13 – 138:23 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 139:1 – 139:4 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 139:7 – 139:9 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 139:10 – 140:20 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 140:22 – 140:25 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 141:5 – 141:15 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 141:17 – 141:23 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 141:25 – 142:13 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 142:15 – 143:13 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 143:23 – 144:14 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 144:16 – 144:25 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |

**Exhibit F1**

| Eshelbrenner, Robert (Hastings Mutual), 8/28/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 145:4 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 145:5 – 145:17 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 145:18 – 145:19 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 145:24 – 146:3 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 146:6 – 147:24 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 148:2 – 149:11 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 149:12 – 149:21 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 149:22 – 150:1 | Incomplete Q&A, 403, 602, 802 | 136:21-150:1 | 402, 403, 404, 602, 802 |
| 173:4 – 173:8 | Incomplete Q&A, 402, 403 | 173:4-175:6 | 402, 403, 602 |
| 173:10 – 173:19 | Incomplete Q&A, 402, 403 | 173:4-175:6 | 402, 403, 602 |
| 173:21 – 174:5 | Incomplete Q&A, 402, 403 | 173:4-175:6 | 402, 403, 602 |
| 174:8 – 175:6 | Incomplete Q&A, 402, 403 | 173:4-175:6 | 402, 403, 602 |
| 193:3 – 194:3 | Incomplete Q&A, 402, 403, 602 | 193:3-194:11 | 402, 403, 602 |

**Exhibit F1**

| **Eshelbrenner, Robert (Hastings Mutual), 8/28/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 199:25 – 200:5 | Incomplete Q&A,402, 403 | 199:5-202:11 | 402, 403, 602 |
| 200:9 – 200:22 | Incomplete Q&A,402, 403 | 199:5-202:11 | 402, 403, 602 |
| 201:15 – 201:22 | Incomplete Q&A,402, 403 | 199:5-202:11 | 402, 403, 602 |
| 201:24 – 202:11 | Incomplete Q&A,402, 403 | 199:5-202:11 | 402, 403, 602 |
| 208:6 – 208:25 | 402, 403, 602 | | |
| 210:5 – 211:4 | 402, 403, 602 | | |
| 214:8 – 215:11 | | 23:12-220:20 | Lack foundation, vague, calls for speculation, incomplete hypothetical, calls for opinion, assumes facts not in evidence, mischaracterizes prior testimony, 402, 403, 602, 701, 702, 802 |



pa-1385833

**Exhibit F1**

| **Finlayson, Robert (3rd party), 7/2/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 24:2 – 28:12 | 402 | | |
| 34:19 – 35:15 | No objection | | |
| 40:21 – 41:2 | No objection | | |
| 42:15 – 45:4 | No objection | | |
| 46:21 – 59:10 | 402 | | |
| 59:14 – 61:17 | Lacks foundation | | |
| 62:23 – 63:9 | No objection | | |
| 64:19 – 72:18 | Vague, 402 | | |
| 72:19 – 99:6 | 402, 403, 602, vague, overbroad, lacks foundation, 802, 901 | | |
| 99:7 – 107:18 | 402, 403, 602 802 | | |
| 109:11 – 128:22 | 402, 403, 602, 802 lacks foundation | | |
| 128:23 – 147:8 | 402, 403, 602, 802 lacks foundation | | |
| 148:1 – 186:15 | 402, 403, 602, 802 lacks foundation, overbroad | | |
| | | 16:13-17:6 | 402, 403 |
| | | 18:18-19:6 | 402, 403 |
| | | 19:18-20:12 | 402, 403 |
| | | 21:19-21 | 402, 403 |

**Exhibit F1**

| Finlayson, Robert (3rd party), 7/2/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | 22:12-23:1 | 402, 403, 802, incomplete Q&A |

**Exhibit F1**

| Hamann, Michael (CSC), 9/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:18 – 8:7 | Incomplete context | 8:8-19 | No objection |
| 8:20 – 9:24 | No objection | | |
| 65:15-20 | 402, incomplete context | 128:23-130:5; 130:14-21; 132:13-15; 132:18-133:9 | 701; 702; 402; 403; incomplete context |
| 65:21-66:10 | 402 | 67:12-69:11 | 402; 403 |
| 67:16-21 | Incomplete Q/A | 67:12-69:11; 73:10-16 | 701;702; 402; 403; leading |
| 70:6-15 | No objection | 73:10-16 | No objection |
| 75:11-15 | 402; incomplete context | 143:3-144:17 | 402; 403; 701; 702 |
| 77:15-23 | 402; incomplete context | 143:3-144:17 | 402; 403; 701; 702 |
| 94:15-95:14 | 402; 403 (pertains to claim construction); 701 | | |
| 95:19-96:17 | 402; 403 (pertains to claim construction); 701 | | |
| 127:9-128:2 | Incomplete context | 128:23-130:5; 130:14-21; 132:13-15; 132:18-133:9 | 701; 702; 402; 403; incomplete context |
| 132:13-133:9 | Incomplete context | 128:23-130:5; 130:14-21 | 701; 702; 402; 403; incomplete context |
| 133:11-134:7 | 402; 403; incomplete context | 149:18-152:5; 155:11-14; 156:3-7; 156:11-16 | 701; 702; 402; 403; incomplete context; vague |

**Exhibit F1**

| Hamann, Michael (CSC), 9/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 139:25-140:12 | 402; 403; incomplete context | 144:18-146:24 | 402; 403; 701; 702; foundation; calls for speculation |
| 161:24-162:22 | No objection | | |
| 171:9-172:16 | Incomplete context | 172:18-173:22 | 402; 403; 701; 702 |
| 172:18-174:23 | No objection | | |

**Exhibit F1**

| **Hatch, James (ChoicePoint), 8/27/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 11:14 – 12:2 | No objection | | |
| 15:4 – 15:18 | No objection | | |
| 85:25-86:9 | Incomplete context | 86:13-24 | 402; 403; 701; 702; compound |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit F1**

| **Hoeschen, Wayne (3rd party), 8/5/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 14:8 – 58:5 | 402, 403, 802 | | |
| 14:8 – 14:21 | | 9:24-14:21 | 402, 403 |
| 58:18 – 83:3 | 402, 403, 802, vague, foundation, overbroad | | |
| 84:13 – 90:15 | 402, 403, vague | | |
| 91:12 – 105:12 | 402, 403, foundation | | |
| 110:10 – 111:10 | 402, 403, 602, 901 | | |
| 112:22 – 132:7 | 402, 403, 602, 901, vague | | |
| 132:9 – 138:9 | 402, 403, 602, 901, foundation | | |
| 138:11 – 141:10 | | | |
| 141:11 – 146:4 | | | |
| 147:17 – 150:8 | 402, 403 | | |
| 150:9 | | 150:9-11 | No objection. |
| 150:9 – 196:22 | 402, 403, foundation, vague, mischaracterizes, | | |
| 197:7 – 207:8 | 402, 403, 602, 802, 901 | | |
| 207:9 – 222:14 | 402, 403, 602, 802, 901, vague, calls for speculation | | |

**Exhibit F1**

| Hoeschen, Wayne (3rd party), 8/5/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 222:19 – 234:25 | 402, 403, 602, 901, compound, overbroad, speculation, mischaracterizes testimony, foundation | | |
| 236:14 – 237:4 | 602. | | |
| 238:2 – 238:5 | No objection. | | |
| | | 222:17 | 402, 403, 602 |
| | | 237:8-238:1 | 402, 403 |

**Exhibit F1**

| Horton, David Vol. 1 (ChoicePoint), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 13:12 – 14:11 | No objection | | |
| 14:12 – 15:9 | No objection | | |
| 14:20-15:6 | Incomplete; duplicate of prior desgnation | 14:12 – 15:9 | No objection |
| 15:10-22 | 402; 403 | | |
| 17:7-15 | 402; 403; incomplete context | 17:16-18:14 | No objection |
| 17:16-18:6 | Incomplete context | 17:16-18:14 | No objection |
| 52:1-9 | 402; 403; incomplete context | 51:23-25; 65:17-67:5; 93:21-168:14; 202:25-207:6; 209:5-211:10; 213:7-12; 284:8-286:4; 287:16-289:6; 295:7-296:21; 299:13-300:14; 328:20-334:16; 338:11-339:24 | 701; 702; 402; 403; compound; vague; assumes facts; calls for legal opinion |
| 63:1-15 | Incomplete context; 403 (pertains to claim construction issue); 701 | 68:12-69:15 | 701; 702; 402; 403; vague; leading |
| 63:24-64:9 | Incomplete context | 64:10-14 | 402; 403; 701; 702 |
| 68:21-69:6 | Incomplete context; 403 (pertains to claim construction issue); 701 | 68:12-69:15 | No objection |
| 75:24-76:11 | Incomplete context | 76:12-77:8 | 402; 403; 701; 702 |
| 94:15-95:3 | No objection | | |

**Exhibit F1**

| Horton, David Vol. 1 (ChoicePoint), 8/26/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 96:12-16 | Incomplete Q/A | 96:12-24 | No objection |
| 104:2-16 | No objections; incomplete context | | |
| 105:21-106:4 | No objection | | |
| 107:13-24 | Incomplete context | 106:11-108:11 | 701; 702; 402; 403; compound; leading; assumes facts; foundation |
| 111:14-112:23 | Incomplete context | 111:9-11; 112:24-113:24 | No objection |
| 112:24-113:24 | Incomplete context | 111:9-11; 111:14-112:23 | No objection |
| 123:3-123:15 | No objection | | |
| 132:23-133:21 | No objection | | |
| 133:22-134:7 | Incomplate context | 135:12-136:2; 136:24-138:5 | 402; 403; 701; 702; Assumes facts not in evidence |
| 137:12-19 | Incomplete context | 136:24-138:5 | 701; 702; 402; 403; leading; vague; legal opinion |
| 141:14-142:12 | Incomplete context | 142:13-143:1; 143:2-9 | No objection |
| 143:2-9 | Incomplete context | 141:14-142:12; 142:13-143:1 | No objection |
| 142:13-143:1 | Incomplete context | 141:14-142:12; 143:2-9 | No objection |
| 143:21-144:2 | No objection | | |
| 171:7-172:17 | No objection | | |

**Exhibit F1**

| **Horton, David Vol. 1 (ChoicePoint), 8/26/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 175:22-176:7 | Incomplete context | 175:10-21 | 701; 702; 402; 403; leading; vague |
| 210:11-21 | No objection | | |
| 218:24-220:12 | Incomplete context | 181:22:186:20 | 701; 702; 402; 403; leading; legal conclusion; misstates testimony; compound |
| 229:7-230:9 | Incomplete context | 228:23-229:6 | 402; 403; 701; 702 |

**Exhibit F1**

| **Horton, David Vol. 2 (ChoicePoint), 8/27/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 314:12-315:16 | 402; 403 (pertains to claim construction); 701 | | |
| 338:19-339:11 | Incomplete context | 338:11-18; 339:12-20 | 701; 702; 402; 403; leading |
| 341:11-24 | 402; 403; Incomplete Q/A | 339:25-341:10 | 701; 702; 402; 403; foundation |
| 343:13-19 | 402; 403; incomplete context | 339:35-341:24 | 701; 702; 402; 403; foundation |

**Exhibit F1**

| **Hung, Priscilla (GW), 8/7/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:5 – 7:8 | No objection. | | |
| 42:11 – 42:15 | No objection. | | |
| 45:23 – 48:5 | No objection. | | |
| 50:2 – 53:2 | 402, 403 | | |
| 76:1 – 76:6 | 402, 602, 901 | | |
| 78:15 – 78:22 | 402, 602, 901 | | |
| 79:3 – 79:17 | 402, 602, 901 | | |
| 80:25 – 81:3 | 402, 602, 802, 901, foundation | | |
| 103:14 – 104:18 | 402, 403, 602 | | |
| 108:5 – 110:17 | 402, 403, 602, 802, 901, attorney testimony | | |
| 115:21 – 116:2 | 402, 403, 602, 901 | | |
| 118:20 – 119:5 | 402, 403, 602 | | |
| 119:25 – 121:2 | 402, 403, 602, 901 | | |
| 123:10 – 124:6 | 402, 403, 602, 802, 901, misstates document | | |
| 124:10 | 402, 403, 602, 802, 901, misstates document | | |
| 124:12 – 125:8 | 402, 403, 602, 802, 901, misstates document | | |

**Exhibit F1**

| Hung, Priscilla (GW), 8/7/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 125:11-19 | 402, 403, 602, 802, 901, vague, legal conclusion | | |
| 125:20-125:24 | 402, 403, 602, 802, 901, vague, legal conclusion | | |
| 132:13 – 132:15 | 402, 403, 901 | | |
| 133:12 – 133:25 | 402, 403, 602, 901 | | |
| 137:6 – 137:25 | 402, 403, 602, 802, 901 | | |
| 138:1 – 138:6 | 402, 403, 602, no question | | |
| 138:10 – 138:24 | 402, 403, 602, 802, no question, misstates document | | |
| 139:4 – 139:10 | 402, 403, 602, 802, foundation, legal conclusion, misstates testimony | | |
| 139:15 – 140:15 | 402, 403, 602, 802, foundation, legal conclusion, misstates testimony | | |
| 140:18 – 141:1 | 402, 403, 602, 802, misstates testimony | | |
| 141:7 – 141:19 | 402, 403, 602, 802, foundation, legal conclusion, argumentative, misstates testimony | | |

**Exhibit F1**

| Hung, Priscilla (GW), 8/7/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 141:24 – 142:12 | 402, 403, 602, 802, foundation, compound, legal conclusion, misstates testimony, calls for speculation | | |

**Exhibit F1**

| Jackowski, Michael (Allstate), 10/30/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 9:14 – 10:17 | No objection | | |
| 15:15 – 15:25 | No objection | | |
| 49:18 – 49:22 | Incomplete Q&A | 48:19-49:17 | Vague |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |