**Exhibit F1**

| **Johnston, Douglas (ASI), 7/1/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 10:19 – 11:23 | No objection | | |
| 69:24-70:12 | 402; 403 (pertains to claim construction); 701; Incomplete context | 69:14-23 | 701; 702; 402; 403; vague; foundation |
| 102:24-104:4 | 402; 403 (pertains to claim construction); 701; incomplete context | 104:5-105:7 | 701; 702; 402; 403; foundation |
| 106:9-107:1 | Incomplete Q/A; objection vague | 106:4-6; 84:5-87:17; 147:22-148:12; 148:20-149:13 | 701; 702; 402; 403; incomplete Q & A |
| 107:7-23 | Incomplete context | 86:10-89:13; 108:2-8 | 701; 702; 402; 403; compound; vague; foundation |
| 111:14-112:16 | Incomplete context | 112:17-20 | 701; 702; 402; 403; foundation |
| 116:11-16 | 402; 403 (pertains to claim construction); 701; incomplete context | 116:19-117:2 | 402; 403; 701; 702; incomplete context |
| 118:7-13 | 402; 403 (pertains to claim construction); 701; incomplete context | 116:19-117:2; 118:14-119:9 | 701; 702; 602; 402; 403; speculation |
| 147:7-148:6 | Incomplete context | 147:7-149:13 | No objection |
| 148:13-19 | Incomplete context | 147:7-149:13 | No objection |

**Exhibit F1**

| **Kenner, Nora (Gensource), 6/30/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 8:21 – 8:24 | No objection | | |
| 10:11 – 10:20 | Incomplete Q/A | 10:10-19 | No objection |
| 12:14 – 13:8 | Incomplete Q/A | 12:12-13:6 | No objection |
| 13:14 – 14:7 | Incomplete Q/A | 13:14-14:12 | No objection |
| 16:20 – 16:23 | Incomplete Q/A | 16:14-24 | No objection |
| 16:23 – 17:3 | Incomplete Q/A | 16:25-17:2 | No objection |
| 20:2 – 21:22 | Incomplete Q/A | 19:25-21:24 | No objection |
| 21:21 – 21:23 | Incomplete Q/A | 19:25-21:24 | No objection |

**Exhibit F1**

| **Kraft, Terry (Stoneriver), 6/23/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 6:14 – 6:21 | No objection | | |
| 6:25 – 7:20 | Incomplete context | 7:21-24 | No objection |
| 7:25 – 9:4 | Incomplete context | 7:21-24 | No objection |
| 10:1 – 10:14 | 402, 403, 701, 702 | | |
| 11:19 – 12:1 | Incomplete context | 12:2-21 | 402; 403; vague |
| 12:22 – 13:16 | No objection | | |
| 14:10 – 14:24 | Incomplete context | 14:25-15:6 | No objection |
| 15:7 – 15:14 | Incomplete context | 15:19-21 | No objection |
| 158:12-159:5 | Incomplete context | 159:6-10 | 701; 702; 402; 403 |
| 185:6-17 | 402; 403 (pertains to claim construction); 701; incomplete context | 185:18-186:3; 186:25-187:4 | 701; 702; 402; 403 |
| 186:18-187:11 | No objection | | |
| 194:3-13 | 402; 403 (pertains to claim construction); 701 | | |

**Exhibit F1**

| Kulp, Michael (GW), 9/16/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 6:1 – 6:3 | No objection. | | |
| 15:15 – 15:22 | No objection. | | |
| 59:25 – 61:4 | No objection. | | |
| 62:1 – 62:19 | No objection. | | |
| 62:24 – 63:4 | 402, 403, vague and ambiguous | | |
| 63:7 – 63:9 | 402, 403, vague and ambiguous | | |
| 70:22 – 70:23 | 402, 403, Compound, vague and ambiguous | | |
| 71:1 – 71:4 | 402, 403, Compound, vague and ambiguous | | |
| 71:6 – 71:10 | 402, 403, Compound, vague and ambiguous | | |
| 71:13 – 71:16 | 402, 403, Compound, vague and ambiguous | | |
| 71:19 – 71:25 | 402, 403, Compound, vague and ambiguous | | |
| 72:4 – 72:5 | 402, 403, Compound, vague and ambiguous | | |
| 73:18 – 74:2 | No objection. | | |
| 75:18 – 75:19 | Vague and ambiguous | | |
| 75:22 – 76:1 | Vague and ambiguous | | |
| 76:4 | Compound, vague and ambiguous | | |

**Exhibit F1**

| **Kulp, Michael (GW), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 76:6 – 76:13 | Compond, vague and ambiguous | | |
| 76:14 – 76:22 | Vague | | |
| 76:25 – 77:8 | Vague and ambiguous | | |
| 77:12 – 78:12 | 402, 403 | | |
| 78:16 – 78:19 | 402, 602, 901 | | |
| 78:25 – 80:7 | 402, 602, 901 | | |
| 80:8 – 81:10 | 402, 403, 602, 802, 901, vague and ambiguous | | |
| 81:13 – 82:14 | 402, 403, 602, 802, 901, vague and ambiguous | | |
| 82:17 – 82:22 | 402, 403, misstates testimony, vague and ambiguous | | |
| 82:25 – 83:3 | 402, 403, misstates testimony, vague and ambiguous | | |
| 83:5 | 402, 403, misstates testimony, vague and ambiguous | | |
| 83:7 – 83:19 | 402, 403 | | |
| 83:22 – 84:14 | 402, 403, misstates testimony | | |
| 84:19 – 85:1 | 402, 403, misstates testimony | | |

**Exhibit F1**

| **Kulp, Michael (GW), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 85:5 – 85:10 | 402, 403, misstates testimony | | |
| 85:16 – 85:20 | 402, 403, 901 | | |
| 86:11 – 86:12 | 402, 602, 901 | | |
| 86:13 – 87:10 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 87:12 – 87:13 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 87:14 – 87:16 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 87:18 – 87:20 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 87:25 – 88:21 | 402, 403, 602, 901 | | |
| 88:22 – 89:18 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 89:21 – 90:15 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 90:24 – 91:9 | 402, 602, 901 | | |
| 91:10 – 91:18 | 402, 602, 901 | | |
| 93:5 – 93:14 | 402, 602, 901 | | |
| 93:25 – 94:8 | 402, 602, 901, calls for | | |

**Exhibit F1**

| Kulp, Michael (GW), 9/16/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | speculation | | |
| 94:10 – 94:11 | 402, 602, 901, calls for speculation | | |
| 94:12 – 95:4 | 402, 403, 602, 802, 901, no question | | |
| 95:8 – 95:13 | 402, 602, 802, 901, lacks foundation, calls for speculation | | |
| 95:16 – 96:16 | 402, 403, 602, 802, 901 | | |
| 96:25 – 97:4 | 402, 403, 602, 802, 901 | | |
| 97:8 – 98:18 | 402, 403, 602, 802, 901 | | |
| 98:21 – 99:13 | 402, 403, 602, 802, 901, misstates testimony | | |
| 99:15 – 99:19 | 402, 403, 602, 802, 901, misstates testimony | | |
| 99:24 – 100:25 | 402, 403, 602, 802, 901, vague, ambiguous, compound, calls for speculation | | |
| 101:3 – 101:13 | 402, 403, 602, 802, 901, vague, ambiguous, compound, calls for speculation | | |
| 101:15 – 101:16 | 402, 403, 602, 802, 901, vague, ambiguous, compound, calls for speculation | | |

**Exhibit F1**

| **Kulp, Michael (GW), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 101:19 – 102:21 | 402, 403, 602, 802, 901, vague, ambiguous, compound, calls for speculation | | |
| 102:22 – 103:7 | 402, 403, 602, 802, 901 | | |
| 103:8 – 103:11 | 402, 403, 602, 802, 901 | | |
| 103:13 – 103:14 | 402, 403, 602, 802, 901 | | |
| 103:15 – 103:16 | 402, 403, 602, 802, 901 | | |
| 104:3 – 104:20 | 402, 403, 602, 802, 901 | | |
| 104:21 – 105:7 | 402, 403, 602, 802, 901, calls for speculation | | |
| 105:9 – 105:10 | 402, 403, 602, 802, 901, calls for speculation | | |
| 107:1 – 109:15 | 402, 403, 602, 901 | | |
| 109:22 – 110:15 | 402, 403, 602, 901 | | |
| 110:18 – 111:13 | 402, 403, 602, 802, 901 | | |
| 111:21 – 112:10 | 402, 403, 602, 802, 901 | | |
| 112:11 – 112:23 | 402, 403, 602, 802, 901 | | |

**Exhibit F1**

| Kwak, James (GW), 7/17/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 14:13 – 21:18 | 402, 403, compound, vague, overbroad | | |
| 27:19 – 34:12 | 402, 403 | 26:5-27:18 | 402; 403; 404 |
| 34:13 – 53:1 | 402, 602, compound, vague | | |
| 53:2 – 62:24 | 402, 602 | | |
| 62:25 – 70:3 | 402, 602 compound, vague | | |
| 70:4 – 70:17 | 402, vague | | |
| 70:18 – 79:2 | 402, 602 vague | | |
| 79:14 – 82:7 | 402, 403, 802, 901 | | |
| 82:8 – 84:1 | 403, 802, | | |
| 84:2 – 125:1 | 402, 403, 404, 602, 802, compound, vague, lacks foundation | | |
| 126:5 – 173:10 | 402, 403, 404, 602, 802, compound, vague, lacks foundation | | |
| 174:1 – 244:13 | 402, 403, 404, 602, 802, compound, vague, lacks foundation | | |
| 244:14 – 252:19 | 402, 403, 404, 602, 802, compound, vague, lacks foundation | | |
| 253:5 – 257:12 | 402, 403, 404, 602, 802, compound, vague, lacks foundation | | |

**Exhibit F1**

| Maier, Eileen (GW), 9/23/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:9 – 7:12 | No objection | | |
| 31:10 – 32:5 | No objection | | |
| 32:8 – 33:11 | No objection | | |
| 34:1 – 35:5 | 402 | | |
| 36:20 – 37:14 | No objection | | |
| 37:15 – 38:18 | No objection | | |
| 38:21 – 39:15 | No objection | | |
| 39:16 – 39:21 | No objection | | |
| 40:25 – 41:6 | 403, 403 | 71:13-72:12 | 402, 403 |
| 82:18 – 84:3 | No objection | | |
| 84:6 – 84:7 | No objection | | |
| 84:8 – 86:11 | No objection | | |
| 90:2 – 90:5 | Vague as to time, 402, 403, 602 | | |
| 90:9 – 90:20 | Vague as to time, 402, 403, 602 | | |
| 91:1 – 93:16 | Vague as to time, 402, 403, 602 | | |
| 93:23 – 94:6 | No objection | | |
| 94:6 – 94:22 | No objection | | |
| 94:22 – 95:11 | No objection | | |
| 95:17 – 96:15 | No objection | | |

**Exhibit F1**

| **Maier, Eileen (GW), 9/23/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 96:18 – 96:24 | No objection | | |
| 99:17 – 99:24 | No objection | 99:2-16 | 402, 403, 602, 701, 802 |
| 100:4 – 100:5 | Incomplete Q&A, lacks foundation, vague | | |
| 100:25 – 101:11 | Incomplete Q&A, calls for speculation, lacks foundation as excerpted | 100:7-24 | 602, calls for speculation |
| 101:14 – 102:6 | Calls for speculation, lacks foundation as excerpted | 92:25-93:6,<br>94:8-18,<br>95:17-24 | 602<br>402<br>No objection |
| 102:8 – 102:19 | Incomplete Q&A | 92:25-93:6,<br>94:8-18,<br>95:17-24 | 602<br>402<br>No objection |
| 117:21 – 117:25 | Lacks foundation | | |
| 118:5 – 118:17 | Lacks foundation, vague | | |
| 118:22 – 120:2 | Compound, vague, lacks foundation, calls for speculation | | |
| 120:7 – 120:25 | Compound, vague, lacks foundation, calls for speculation | | |
| 121:1 | No objection | | |
| 121:18 – 122:8 | No objection | 122:9-12 | No objection |
| 124:17 – 125:25 | No objection | | |
| 126:4 – 126:5 | No objection | 126:16-18 | No objection |

**Exhibit F1**

| Maier, Eileen (GW), 9/23/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | 127:19-128;3 | 402 |

**Exhibit F1**

| Naddaff, Alex (GW), 7/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 29:25 – 33:15 | Foundation, 402 | | |
| 34:14 – 35:6 | Foundation, 402 | | |
| 35:14 – 39:21 | 402, 403 | | |
| 40:5 – 51:3 | 402, 403, 602 | | |
| 52:25 – 54:7 | 402, 403 | | |
| 58:4 – 60:4 | 402, 403 | | |
| 64:4 – 64:25 | 402, 403, foundation, vague | 64:4-65:7 | No objection |
| 65:2 | See above. | | |
| 65:8 – 65:21 | 402, 403 | | |
| 79:15 – 89:7 | 402, 403, 802, compound, foundation | | |
| 92:4 – 98:4 | 402, 403, vague, foundation, calls for speculation | | |
| 99:18 – 102:16 | 402, 403, 602, 802, 901 | | |
| 104:2 – 112:11 | 402, 403, 602, 802, 901 | | |
| 115:4 – 118:19 | 402, 403, 602, 802, 901 | | |
| 119:10 – 131:8 | 402, 403, 602, 802, 901, vague, legal conclusion | | |
| 132:2 – 147:8 | 402, 403, 602, 802, 901 | | |
| 147:9 – 150:9 | 402, 403, 602, 802, 901 | | |
| 151:24 – 157:19 | 402, 403, 602, 802, 901 | 151:24-157:20 | No objection |

**Exhibit F1**

| Naddaff, Alex (GW), 7/22/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 157:20 | See above. | | |
| 157:21 – 161:25 | 402, 403, 602, 802, 901, calls for speculation. | | |
| 162:2 – 163:17 | 402, 403, 602, 802, 901 | | |
| 163:19 – 174:21 | 402, 403, 602, 802, 901, calls for speculation, foundation. | | |
| 176:8 – 199:5 | 402, 403, 602, 802, 901, foundation, calls for speculation, legal conclusion | | |
| 199:6 – 218:7 | 402, 403, 602, 802, 901, calls for speculation, overbroad | | |
| 218:8 – 257:22 | 402, 403, 602, 802, 901, vague, incomplete hypothetical, calls for speculation | | |
| 257:23 – 278:10 | 402, 403, 602, 802, 901 | | |
| 279:2 – 290:13 | 402, 403, 501, 602, 802, 901 | | |

**Exhibit F1**

| **Raguin, John (GW), 8/25/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:5 – 7:8 | No objection | | |
| 11:18 – 12:14 | No objection | | |
| 13:8 – 13:14 | No question | 12:15 – 14:2 | 402 |
| 14:5 – 14:11 | No question, no answer | | |
| 17:24 – 18:16 | 403, 404, 901, 602 | 18:17 – 19:16 | 402, 403, 602 |
| 21:10 – 22:10 | 403, 404, 602, 802, 901 | | |
| 25:21 – 26:6 | 402, 403, 404 | 24:11 – 25:20; 26:7 – 27:9; 28:19 – 29:2 | 402, 403, 602, 802 |
| 29:5 – 30:1 | 402, 403, 404, 602, 901 | | |
| 31:19 – 32:1 | 402, 403, 404, 602, 901 | 31:10 – 18 | 402, 403, 602 |
| 32:3 – 32:11 | Same objections as above. | Same counter-designation as above. | 402, 403, 602 |
| 34:22 – 36:7 | 402, 403, 404, 901 | 24:11 – 25:20; 38:20 – 39:18 | 402, 403, 602 |
| 40:7 – 41:4 | 402, 403, 404, 602, 802, 901 | 41:5 – 20; 44:3 – 14; 44:23 – 45:5 | 402, 403, 404, 602, 701 |
| 42:7 – 42:16 | 402, 403, 404, vague | | |
| 45:11 – 46:10 | 402, 403, 404, 901 | | |

**Exhibit F1**

| **Raguin, John (GW), 8/25/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 46:18 – 49:4 | 402, 403, 404, 802 | | |
| 50:13 – 51:11 | 402, 403, 404, 602, 901 | 53:2 – 7;<br>54:9 – 17 | 402, 403, 404 |
| 54:18 – 54:22 | 402, 403, 404, 901, lacks foundation | 53:2 – 7;<br>54:9 – 17;<br>54:23 – 55:13 | 402, 403, 404, 602, 802 |
| 55:18 – 56:21 | 402, 403, 404, 602, 901 | 56:25 – 58:8;<br>58:19 – 60:17;<br>60:24 – 61:6 | 402, 403, 404, 602, 701, 802 |
| 58:9 – 58:20 | 402, 403, 404, 602, 901, question without an answer | 56:25 – 58:8;<br>58:19 – 60:17;<br>60:24 – 61:6 | 402, 403, 404, 602, 701, 802 |
| 58:25 – 59:10 | 402, 403, 404, 602, 901 | 56:25 – 58:8;<br>58:19 – 60:17;<br>60:24 – 61:6 | 402, 403, 404, 602, 701, 802 |
| 61:11 – 62:10 | 402, 403, 404, 602, 901 | 56:25 – 58:8;<br>58:19 – 60:17;<br>60:24 – 61:6;<br>62:11 – 16;<br>63:7 – 25 | 402, 403, 404, 602, 701, 802 |
| 62:17 – 63:6 | 402, 403, 404, 602, 901 | 62:11 – 16;<br>63:7 – 25 | 402, 602 |
| 64:1 – 64:24 | 403, 602, 901 | 64:25 – 67:19;<br>68:17-19 | 402, 403, 602 |
| 69:6 – 69:19 | 403, 602, 901 | 64:25 – 67:19;<br>68:17-19 | 402, 403, 602 |
| 70:6 – 71:10 | 402, 403, 404, 602, 901, lacks foundation | 69:22-70:5;<br>70:11-22; | 402, 403, 602, 701, 702, 802 |

**Exhibit F1**

| **Raguin, John (GW), 8/25/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | 74:9 – 15; 74:16 – 22 | |
| 71:14 – 72:7 | 403, 602, 901, No question | 72:8 – 73:5; 74:9 – 15; 74:16 – 22 | 402, 403, 602, 701, 702, 802 |
| 76:2 – 76:24 | 402, 403, 404 | | |
| 77:20 – 83:19 | 402, 403, 404, 602, 901, no question | 83:20 – 84:3 | 402, 403 |
| 84:9 – 85:6 | 402, 403, 404 | 85:7 – 19 | 402, 403 |
| 87:5 – 97:13 | 402, 403, 404, 802, 901 | | |
| 98:1 – 99:20 | 402, 403, 404 | 99:21 – 101:18 | 402, 403, 602 |
| 100:19 – 101:4 | 402, 403, 404, 602, 901 | 101:5 – 102:5 | 402, 403, 602, |
| 102:6 – 104:8 | 402, 403, 404, 602, 901 | 104:9 – 105:9 | 402, 403, 404, 802 |
| 107:6 – 107:11 | 402, 403, 404, 602, 901, question only, no answer | | |
| 107:13 – 108:11 | 402, 403, 404, 602, 802, 901 | 108:12 – 20 | 402, 403, 602 |
| 109:11 – 115:23 | 402, 403, 404, 602, 901 | 115:24 – 116:1 | 402, 403 |
| 116:2 – 116:5 | 402, 403, 404, 602, incomplete hypothetical, question only, no answer | 115:24 – 116:1; 116:6 – 116:13 | 402, 403, 404, 602 |
| 116:14 – 116:20 | 402, 403, 404, 602, incomplete hypothetical, question only, no answer | 115:24 – 116:1; 116:6 – 116:13; 117:10 – 118:8 | 402, 403, 404, 602 |

**Exhibit F1**

| **Raguin, John (GW), 8/25/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | | |
| 118:9 – 124:2 | 402, 403, 404, 602, 901 | | |
| 125:2 – 127:1 | 402, 403, 404, 602, 901 | 128:1 – 7 | 402, 403, 602 |
| 128:19 – 129:25 | 402, 403, 404, 602, 901 | 131:1 – 18 | 402, 403, 602 |
| 136:23 – 137:2 | 402, 403, 404, 602, 901 | 137:15 – 138:6 | 402, 403 |
| 137:5 – 137:14 | 402, 403, 404, 602, 901 | 137:15 – 138:6 | 402, 403 |
| 138:7 – 139:6 | 402, 403, 404, 602, 901 | 139:7 – 9 | 402, 403, 602 |
| 139:10 – 139:24 | 402, 403, 404, 602, 901 | 139:7 – 9 | 402, 403, 602 |
| 140:3 – 144:8 | 402, 403, 404, 602, 901 | | |
| 144:11 – 145:4 | 402, 403, 404, 602, 901, incomplete question | | |
| 145:7 – 145:17 | 402, 403, 404, 602, 901 | | |
| 145:19 – 146:3 | 402, 403, 404, 602, 901 | | |
| 146:6 – 147:3 | 402, 403, 404, 602, 901 | | |
| 147:6 – 147:14 | 402, 403, 404, 602, 901 | | |
| 147:16 – 149:4 | 402, 403, 404, 602, 901 | | |
| 149:13 – 151:22 | 402, 403, 404, 602, 901 | | |
| 152:1 – 160:11 | 402, 403, 404, 602, 901 | | |
| 157:15 –160:11 | 402, 403, 404, 602, 901 | | |
| 160:23 – 163:21 | 402, 403, 404, 602, 901 | | |

**Exhibit F1**

| **Rexer, Peter (GW), 8/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 6:25 – 7:3 | No objection. | | |
| 50:8 – 50:24 | 402, 403 | | |
| 55:3 – 56:4 | 402, vague. | | |
| 56:8 | 402, vague. | | |
| 63:20 – 65:7 | 402, 403 | | |
| 66:24 – 67:24 | 402, 403 | | |
| 89:9 – 89:17 | 402, 403 | | |
| 115:6 – 115:16 | 402, 403, calls for speculation | | |
| 115:19 – 116:3 | 402, 403, calls for speculation | | |
| 164:17 – 164:20 | 402, 403, 602, 901 | | |
| 166:9 – 168:12 | 402, 403, 602 | | |
| 181:5 – 181:22 | 402, 403, 901, foundation | | |
| 181:24 – 182:25 | 402, 403, 802, 901, foundation | | |
| 183:2 | 402, 403, 802, 901, vague | 182:22-183:2 | No objection. |
| 183:2 – 183:5 | 402, 403, 802, 901, vague | 183:3-183:5 | No objection. |
| 183:8 – 183:19 | 402, 403, 802, 901, vague | | |

**Exhibit F1**

| **Rexer, Peter (GW), 8/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 183:22 – 183:25 | 402, 403, 802, 901, vague | | |
| 184:2 – 184:6 | 402, 403, 802, 901, vague | | |
| 187:1 – 188:25 | 402, 403, 602, 701 | | |
| 189:8 – 189:17 | 402, 403, 602 | | |
| 189:18 – 189:21 | 402, 403, no answer. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit F1**

| Richards, Marc (Brinks) Vol. 1, 6/10/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 4:20 – 5:6 | No objection | | |
| 8:17-9:3 | No objection | 8:3-6 | No objection |
| 119:17-120:3 | No objection | | |
| 148:2 – 148:13 | No objection | | |
| 148:13 – 149:7 | Incomplete Q&A, Nonresponsive | 149:19-150:8 | 403 |
| 153:14 – 154:9 | Nonresponsive | | |
| 155:7 – 156:17 | Nonresponsive, speculation | | |
| 160:19 – 160:23 | No objection | 160:7-18 | Incomplete hypothetical, 701, 702 |
| 161:3 – 161:24 | No objection | 162:2-6 | Incomplete hypothetical, 701, 702 |

**Exhibit F1**

| **Ryu, Marcus (GW), 8/14/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 9:25 | Incomplete Q&A | | |
| 14:16 – 23:22 | Incomplete Q&A, 402, 403, 602, vague, | | |
| 24:24 – 26:16 | 402, 403 | | |
| 29:15 – 62:23 | 402, 403, 403, 602, vague as to time, compound, lacks foundation, overbroad | | |
| 41:21 – 42:10 | Included in above | | |
| 63:15 – 101:4 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 81:24 – 84:5 | Included in above | | |
| 83:1 – 83:7 | Included in above | | |
| 83:11 – 84:5 | Included in above | | |
| 101:23 – 141:4 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 142:6 – 185:2 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 185:16 – 207:10 | 402, 403, 404, 602, 608, 802 vague as to | | |

**Exhibit F1**

| **Ryu, Marcus (GW), 8/14/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | time, compound, lacks foundation, overbroad, argumentative | | |
| 207:20 – 238:22 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 241:2 – 261:10 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 261:14 – 272:24 | 402, 403, 404, 602, 608, 802 vague as to time, compound, lacks foundation, overbroad, argumentative | | |
| 292:18 – 301:7 | 402, 403 | | |

**Exhibit F1**

| Seybold, John (GW), 7/24/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 33:21 – 45:19 | No objection | | |
| 45:20 – 51:10 | No objection | | |
| 51:11 | No objection | | |
| 54:13 – 54:17 | No objection | | |
| 55:5 – 55:7 | No objection | | |
| 85:9 – 104:4 | 402, 403, 602, 701, 704, lacks foundation, vague, compound | | |
| 104:5 – 104:24 | 402, 403, 602, 802 | | |
| 108:16 – 117:2 | 402, 403, 404, 602, 802, vague, compound | | |
| 117:3 – 129:11 | 402, 403, 404, 602, 802, 901, lacks foundation, vague | | |
| 129:12 – 150:20 | 402, 403, 404, 602, 701, 704, 802, 901, vague | | |
| 152:22 – 174:9 | 402, 403, 404, 602, 701, 704, 802, 901, vague, argumentative | | |
| 174:10 – 222:13 | This designation is error (and thus ignored) in light of the fact that sections herein are separately designated below; Guidewire nonetheless reserves all objections including but | | |

**Exhibit F1**

| Seybold, John (GW), 7/24/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | not limited to 402, 403, 404, 602, 701, 704, 802, 901, overbreadth, leading, misstates prior testimony, argumentative, lacks foundation, vague, and compound | | |
| 185:17 – 186:9 | 402, 403, 701, 704, 901, lacks foundation, vague | 186:10 – 12 | No objection |
| 186:14 – 186:24 | 402, 403, 701, 704, 901, lacks foundation, vague | 186:10 – 12 | No objection |
| 200:1 – 200:2 | 403, 701, 704, vague, compound | 200:3 – 5 | No objection |
| 200:9 – 200:12 | 403, 701, 704, vague, compound | 200:3 – 5; 200:13 – 15 | No objection |
| 200:16 – 200:18 | 403, 701, 704, vague, compound | 200:13 – 15 | No objection |
| 200:25 – 201:1 | 403, 701, 704, vague, compound | 201:2 – 3; 201:9 – 10 | No objection |
| 201:11 – 201:17 | 403, 701, 704, vague, compound | 201:2 – 3; 201:9 – 10; 201:18 – 20 | 402 |
| 201:22 – 201:24 | 403, 701, 704, vague, compound, lacks foundation | 201:18 – 20 | No objection |
| 222:24 – 238:12 | 402, 403, 404, 602, 701, 704, 901, lacks foundation, incomplete | | |

**Exhibit F1**

| Seybold, John (GW), 7/24/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | hypothetical, vague | | |
| 248:2 – 250:8 | 403, 701, 704, lacks foundation | 240:10 – 248:1; 250:9 – 11 | 403, 611 |
| 250:13 – 251:12 | 403, 701, 704, lacks foundation | 240:10 – 248:1; 250:9 – 11 | 403, 611 |
| 251:13 – 252:1 | No objection | | |
| 252:2 – 253:13 | No objection | 253:14 – 256:5 | No objection |
| 266:18 – 267:11 | 403, 701, 704, lacks foundation | | |
| 267:12 – 269:2 | 403, 602, 701, 704, lacks foundation | 269:3 – 4 | No objection |
| 269:6 – 269:7 | 403, 602, 701, 704, lacks foundation | 269:3 – 4 | No objection |
| 269:9 – 269:12 | 402 | | |
| 272:12 – 273:12 | No objection | | |
| 33:21 – 45:19 | DUPLICATE | | |
| 45:20 – 51:10 | DUPLICATE | | |
| 51:11 | DUPLICATE | | |
| 54:13 – 54:17 | DUPLICATE | | |
| 55:5 – 55:7 | DUPLICATE | | |
| 85:9 – 104:4 | DUPLICATE | | |
| 104:5 – 104:24 | DUPLICATE | | |
| 108:16 – 117:2 | DUPLICATE | | |

**Exhibit F1**

| Seybold, John (GW), 7/24/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 117:3 – 129:11 | DUPLICATE | | |
| 129:12 – 150:20 | DUPLICATE | | |
| 152:22 – 174:9 | DUPLICATE | | |
| 174:10 – 222:13 | DUPLICATE | | |
| 185:17 – 186:9 | DUPLICATE | | |
| 186:14 – 186:24 | DUPLICATE | | |
| 200:1 – 200:2 | DUPLICATE | | |
| 200:9 – 200:12 | DUPLICATE | | |
| 200:16 – 200:18 | DUPLICATE | | |
| 200:25 – 201:1 | DUPLICATE | | |
| 201:11 – 201:17 | DUPLICATE | | |
| 201:22 – 201:24 | DUPLICATE | | |
| 222:24 – 238:12 | DUPLICATE | | |
| 248:2 – 250:8 | DUPLICATE | | |
| 250:13 – 251:12 | DUPLICATE | | |
| 251:13 – 252:1 | DUPLICATE | | |
| 252:2 – 253:13 | DUPLICATE | | |
| 266:18 – 267:11 | DUPLICATE | | |
| 267:12 – 269:2 | DUPLICATE | | |
| 269:6 – 269:7 | DUPLICATE | | |
| 269:9 – 269:12 | DUPLICATE | | |

**Exhibit F1**

| Seybold, John (GW), 7/24/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 272:12 – 273:12 | DUPLICATE | | |

**Exhibit F1**

| **Small, Diana (3rd party), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 4:13 – 4:17 | No objection | | |
| 15:11 – 18:4 | 402, 403, 404, 802, vague, asked and answered | 18:5 – 8 | 402, 403 |
| 18:10 – 18:24 | 402, 403, 404, 802, vague, asked and answered | 18:5 – 8 | 402, 403 |
| 26:21 – 27:10 | 402, 403, 404, 802 | | |
| 30:1 – 30:17 | 402, 403, 404, 802, vague, lacks foundation | 27:11 – 29:24 | 402, 403, 602, 802 |
| 43:11 – 45:23 | 402, 403, 404, 802 | | |
| 110:1 – 110:23 | 402, 403 | | |
| 113:18 – 114:5 | No objection | | |
| 125:22 – 126:6 | 402, 403, 404, 602, 802, 901, lacks foundation | | |
| 128:7 – 128:13 | 402, 403, 404, 602, 802, 901, lacks foundation | 128:15 – 22 | 402, 403, 802 |
| 128:13 – 128:14 | 402, 403, 404, 602, 802, 901, lacks foundation | 128:15 – 22 | 402, 403, 802 |
| 129:20 – 130:15 | 402, 403, 404, 602, 802, 901, lacks foundation | 129:16 – 19 | No objection. |

**Exhibit F1**

| **Small, Diana (3rd party), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 135:5 – 135:23 | 402, 403, 404, 602, 802, 901, lacks foundation | | |
| 138:19 – 138:22 | 402, 403, 404, 602, 802, 901, No question | 139:8 – 140:13 | 402, 403, 602 |
| 143:9 – 144:24 | 402, 403, 404, 602, 802, 901 | | |
| 145:19 – 146:14 | 402, 403, 404, 602, 901 | 149:11 – 150:6 | 402, 403 |
| 146:13 – 146:16 | 402, 403, 404, 602, 901, vague, incomplete hypothetical | 149:11 – 150:6 | 402, 403 |
| 153:1 – 153:5 | 402, 403, 404, 602, 701, 704, 901 | | |
| 153:5 – 153:7 | 402, 403, 404, 602, 701, 704, 901 | | |
| 157:10 – 157:17 | 402, 403, 404, 602, 701, 704, 901 | 157:20 – 158:5 | 402, 403, 404, 602 |
| 157:16 – 157:19 | 402, 403, 404, 602, 701, 704, 901 | 157:20 – 158:5 | 402, 403, 404, 602 |
| 158:15 – 158:17 | 402, 403, 404, 602, 901 | | |
| 159:2 – 160:1 | 402, 403, 404, 602, 901 | | |
| 159:24 – 160:3 | 402, 403, 404, 602, 901 | | |
| 161:1 – 161:5 | 402, 403, 404, 602, 701, 704, 901 | | |
| 161:4 – 161:13 | 402, 403, 404, 602, 701, 704, 901 | | |

**Exhibit F1**

| **Small, Diana (3rd party), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 162:4 – 162:12 | 402, 403, 404, 602, 701, 704, 901 | 162:13 | 402, 403 |
| 162:15 – 162:22 | 402, 403, 404, 602, 701, 704, 901 | 162:13 | 402, 403 |
| 162:23 – 163:18 | 402, 403, 404, 602, 701, 704, 901 | | |
| 165:1 – 165:7 | 402, 403, 404, 602, 901, question only, no answer | | |
| 167:10 – 168:9 | 402, 403, 404, 602, 901 | | |
| 175:3 – 175:6 | 402, 403, 404, 602, 901, no question | | |
| 176:24 – 177:6 | 402, 403, 404, 602, 901 | | |
| 177:6 – 177:7 | 402, 403, 404, 602, 901 | | |
| 177:20 – 177:24 | 402, 403, 404, 602, 901 | | |
| 178:17 – 179:10 | 402, 403, 404, 602, 901 | | |
| 174:15 – 175:1 | DUPLICATE | | |
| 175:3 – 177:7 | DUPLICATE | | |
| 125:22 – 126:6 | DUPLICATE | | |
| 128:7 – 128:13 | DUPLICATE | | |
| 128:13 – 128:14 | DUPLICATE | | |
| 129:20 – 130:15 | DUPLICATE | | |
| 135:5 – 135:23 | DUPLICATE | | |

**Exhibit F1**

| Small, Diana (3rd party), 9/16/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 138:19 – 138:22 | DUPLICATE | | |
| 143:9 – 144:24 | DUPLICATE | | |
| 145:19 – 146:14 | DUPLICATE | | |
| 146:13 – 146:16 | DUPLICATE | | |
| 153:1 – 153:5 | DUPLICATE | | |
| 153:5 – 153:7 | DUPLICATE | | |
| 157:10 – 157:17 | DUPLICATE | | |
| 157:16 – 157:19 | DUPLICATE | | |
| 158:15 – 158:17 | DUPLICATE | | |
| 159:2 – 160:1 | DUPLICATE | | |
| 159:24 – 160:3 | DUPLICATE | | |
| 161:1 – 161:5 | DUPLICATE | | |
| 161:4 – 161:13 | DUPLICATE | | |
| 162:4 – 162:12 | DUPLICATE | | |
| 162:15 – 162:22 | DUPLICATE | | |
| 162:23 – 163:18 | DUPLICATE | | |
| 165:1 – 165:7 | DUPLICATE | | |
| 167:10 – 168:9 | DUPLICATE | | |
| 175:3 – 175:6 | DUPLICATE | | |
| 176:24 – 177:6 | DUPLICATE | | |

**Exhibit F1**

| **Small, Diana (3rd party), 9/16/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 177:6 – 177:7 | DUPLICATE | | |
| 177:20 – 177:24 | DUPLICATE | | |
| 178:17 – 179:10 | DUPLICATE | | |

**Exhibit F1**

| **Stern, Amy (3rd party), 9/17/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 6:18 | Incomplete Q&A | 6:19 | No objection |
| 6:23 – 7:1 | No objection | | |
| 8:8 – 8:10 | Incomplete Q&A | 8:7 | No objection |
| 8:14 – 8:19 | Incomplete Q&A | 8:13 | No objection |
| 8:18 – 8:25 | Overlaps with previous designation, incomplete Q&A | | |
| 8:23 – 9:1 | Incomplete Q&A | | |
| 9:5 – 9:8 | Incomplete Q&A | | |
| 13:10 – 14:2 | Incomplete Q&A | | |

**Exhibit F1**

| Ustinov, Tracy (ASI), 7/1//2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:6 – 8:3 | 402 (TAM is not included in Guidewire's prior art contentions); incomplete Q/A | | |
| 46:10-14 | 402 (TAM is not included in Guidewire's prior art contentions) | | |
| 48:19-49:14 | 402 (TAM is not included in Guidewire's prior art contentions) | | |
| 50:8-17 | 402 (TAM is not included in Guidewire's prior art contentions) | | |
| 60:23-61:1 | 402 (TAM is not included in Guidewire's prior art contentions) | | |
| 61:13-24 | 402 (TAM is not included in Guidewire's prior art contentions); incomplete Q/A | | |
| 64:8-15 | 402 (TAM is not included in Guidewire's prior art contentions) | | |
| 65:22-66:11 | 402 (TAM is not included in Guidewire's prior art contentions) | | |

**Exhibit F1**

| **West, Jeff (3rd party), 11/19/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 4:7 – 4:10 | No objection | | |
| 4:9 – 4:10 | No objection | | |
| 8:9 – 8:25 | No objection | | |
| 9:1 – 9:20 | No objection | | |
| 9:7 – 9:20 | No objection | | |
| 6:7 – 6:12 | No objection | | |
| 7:20 – 7:25 | No objection | | |
| 9:7 – 9:20 | No objection | | |
| 10:11 – 12:4 | No objection | | |
| 12:5 – 13:3 | No objection | | |
| 13:14 – 13:16 | No objection | | |
| 13:24 – 14:21 | 402, 403, 602 | | |
| 15:6 – 15:7 | 402, 403, 602 | | |
| 15:14 – 16:2 | 402, 403, 602 | | |
| 16:4 – 16:5 | 402, 403, 602 | | |
| 16:7 – 16:15 | No objection | | |
| 16:16 – 16:24 | No objection | | |
| 16:25 – 17:8 | No objection | | |
| 17:13 – 17:24 | No objection | | |
| 18:1 – 18:2 | No objection | | |
| 18:3 – 18:5 | No objection | | |

**Exhibit F1**

| West, Jeff (3rd party), 11/19/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 18:8 – 18:11 | No objection | | |
| 18:16 – 18:20 | Leading, vague, 402, 403, 602. | | |
| 19:13 – 19:15 | No objection | | |
| 19:17 – 20:2 | No objection | | |
| 20:6 – 20:11 | 602 | | |
| 20:13 – 20:21 | 602 | | |
| 20:13 – 20:15 | In complete Q&A | | |
| 20:25 – 21:5 | No objection | | |
| 21:6 – 21:8 | No objection | | |
| 21:10 | No objection | 21:16-18 | No objection. |
| 24:7 – 25:2 | No objection | 22:18-24 | 802 |
| 25:9 – 25:15 | No objection | | |
| 26:6 – 26:24 | No objection | | |
| 26:25 – 27:13 | No objection | | |
| 31:11 – 31:14 | No objection | | |
| 32:2 – 32:15 | Leading, 602, 901 | | |
| 32:19 – 32:20 | Leading, 602, 901 | | |
| 33:2 – 33:6 | 602 | | |
| 34:2 – 34:8 | 402, 602 | | |
| 34:9 – 35:4 | 602 | | |

**Exhibit F1**

| **West, Jeff (3rd party), 11/19/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 35:6 – 35:11 | 602 | | |
| 35:13 – 35:22 | Lacks foundation, 612 | | |
| 35:25 – 36:6 | 602 | | |
| 36:7 – 36:8 | No objection | 36:9-17 | 402, 403, 404, 602 |
| 37:5 – 37:21 | 602, Incomplete Q&A | | |
| 38:5 – 38:8 | No objection | | |
| 44:25 – 45:8 | 602, improper attorney testimony, no question. | | |
| 45:25 – 46:4 | No objection | | |
| 46:5 – 46:14 | 602, improper attorney testimony, withdrawn question w/out answer | | |
| 46:17 | Withdrawn question w/out answer | | |
| 46:24 – 47:2 | Incomplete Q&A | | |
| 47:3 – 48:4 | Incomplete Q&A | | |
| 49:1 – 49:7 | No objection | 49:8-51:18 | 402, 403, 602 |
| 51:19 – 52:8 | No objection | | |
| 52:9 – 52:20 | No objection | | |
| 53:3 – 53:25 | No objection through line 22. Move to strike improper (and incorrect) attorney testimony in lines 23-25. | | |

**Exhibit F1**

| **West, Jeff (3rd party), 11/19/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 54:10 – 54:15 | Incomplete Q&A | 54:16-17 | 402, 403, 602, 701, 702 |
| 55:4 – 55:8 | Move to strike improper attorney testimony in lines 55:4-6 | | |
| 56:7 – 58:5 | 602 | | |
| 59:4 – 59:11 | Incomplete Q&A, 602 | | |
| 59:18 – 60:1 | 602 | | |
| 60:8 – 60:16 | 602 | | |
| 60:19 | 602 | | |
| 60:20 – 61:10 | Move to strike improper attorney testimony in 60:20-24 | | |
| 61:11 – 61:13 | No objection | | |
| 61:14 – 63:4 | No objection | | |
| 63:5 – 64:9 | 602, 802, 901, leading | 64:10-18 | 402, 403, 602 |
| 66:5 – 66:9 | Improper attorney testimony, 402 | | |
| 67:2 – 67:6 | 602, 901 | | |
| 67:7 – 67:19 | Leading | | |
| 67:21 – 68:10 | Leading | 68:11-69:5 | No objection |
| 73:25 – 74:10 | 402 | | |
| 92:11 – 92:20 | No objection | | |
| 92:21 – 93:5 | No objection | | |

**Exhibit F1**

| **West, Jeff (3rd party), 11/19/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 99:11 – 99:19 | 402 | | |
| 99:21 – 101:16 | 402 | | |
| 101:17 – 101:24 | No objection | | |
| 101:25 – 104:9 | No objection | | |
| 114:7 – 114:25 | 402,403 | | |

**Exhibit F1**

| **Wheeler, Randy (Valley Oaks), 7/31/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 22:19 – 23:18 | 402 as to 22:19-23:8 | | |
| 93:10-95:12 | 402; 403 (pertains to claim construction); 701 | | |
| 104:5-105:18 | 402; 403 (pertains to claim construction); 701 | | |
| 126:4-12 | 402; 403 (pertains to claim construction); 701 | | |
| 157:19-20 | 402; 403 (pertains to claim construction); 701; incomplete Q/A; mischaracterizes prior testimony | | |

**Exhibit F1**

| **Won, Ben (FMPA), 11/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 7:7 – 7:24 | No objection | | |
| 7:25 – 9:12 | No objection | | |
| 7:25 – 9:12 | No objection (but duplicate of entry above) | | |
| 9:13 – 10:4 | No objection | | |
| 10:5 – 12:15 | No objection | | |
| 12:24 – 13:23 | No objection | | |
| 13:23 – 14:19 | No objection. | | |
| 15:2 – 16:7 | No objection | | |
| 17:10 – 19:25 | 402, 403, 602, 802, 901 | | |
| 20:3 | 602 | 21:2-4<br>21:21-24 | 402, 403, 602 |
| 22:21 – 23:6 | 402, 602, lacks foundation | | |
| 23:8 | 602, lacks foundation | | |
| 23:11 – 23:12 | 602 | | |
| 23:18 | 602 | | |
| 24:9 – 25:5 | Vague, 602 | | |
| 25:8 – 25:13 | Vague, leading, 402, 602, 802, 901 lacks foundation | | |
| 25:23 – 26:1 | 402, 602, 802, 901 | 26:2-4 | 403 |

**Exhibit F1**

| **Won, Ben (FMPA), 11/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 26:16 – 26:18 | 402, 602, 802, 901 | | |
| 26:21 – 27:6 | 402, 403, 802, 901 | | |
| 27:15 – 28:11 | 402, 901 | | |
| 28:14 – 28:15 | 402, 802, 901 | | |
| 28:22 – 29:2 | Incomplete Q&A, 802, 901 | | |
| 29:3 – 31:5 | 402, 802, 901 | | |
| 31:6 – 31:10 | 402 | | |
| 31:11 – 33:16 | 402, 403 | | |
| 33:18 – 33:24 | 402, 403, 602, 802, 901 | | |
| 33:25 – 34:6 | 802, 901 | | |
| 34:8 – 35:11 | 802, 901 | | |
| 35:12 – 36:2 | 802. 901 | | |
| 36:3 – 36:24 | 802, 901 | | |
| 37:2 – 37:19 | 802, 901, Leading | | |
| 37:22 – 38:25 | 602, 802, 901 | | |
| 39:3 – 40:2 | 602, 802, 901 | | |
| 41:3 – 41:5 | No objection | 40:6-21 | No objection |
| 41:13 – 42:3 | No objection to this passage, but it is evidence that the other passages should be excluded under 602 | | |

**Exhibit F1**

| Won, Ben (FMPA), 11/18/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 42:4 – 42:9 | 602, compound, lacks foundation, leading | | |
| 42:12 – 42:15 | 602, compound, lacks foundation | | |
| 42:16 – 43:15 | Incomplete Q&A | | |
| 44:25 – 45:15 | 802, 901 | | |
| 45:20 – 47:10 | 602, 802, 901 | | |
| 47:22 – 47:25 | 802, 901 | | |
| 48:14 – 49:4 | 802, 901 | | |
| 49:7 – 50:13 | 402, 403, 602, 802, 901 | | |
| 50:16 – 50:17 | 602, 802, 901 | | |
| 50:23 – 51:2 | 802, 901 | | |
| 51:5 – 51:8 | 802, 901 | | |
| 51:10 – 51:18 | 802, 901 | | |
| 52:12 – 52:19 | Compound, 802, 901 | | |
| 53:5 – 53:15 | 802, 901, leading, incomplete Q&A | | |
| 53:19 – 53:25 | 602, leading, vague 802, 901 | | |
| 54:2 – 54:7 | Compound, vague, 602 | | |
| 54:9 – 55:12 | 402, 602, 802, 901 | | |
| 55:14 – 55:20 | 602 | | |
| 55:23 – 56:23 | No objection (except to | | |

**Exhibit F1**

| Won, Ben (FMPA), 11/18/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | the underlying document) | | |
| 57:8 – 57:12 | 602, 802, 901 | 56:24-57:7 | 403 |
| 57:15 – 57:17 | 602, 802, 901 | | |
| 57:18 – 57:20 | No objection (except the passage shows that the whole line of questioning is subject to 602) | | |
| 57:21 – 59:8 | 402, 403, 602 | | |
| 59:12 – 59:17 | 602, 901 | | |
| 59:20 – 59:22 | 602 | | |
| 61:2 – 61:4 | 602, 901, lack of foundation | 59:23-60:3<br>60:15-19 | 403 |
| 61:7 – 61:19 | 602, leading, 901, lacks foundation | | |
| 62:3 – 62:8 | 602, leading, 901 | | |
| 62:14 – 62:17 | 802, 901 | | |
| 62:21 – 63:12 | Improper attorney testimony, 602, 802, 901, lacks foundation | | |
| 63:15 – 63:17 | 602 | | |
| 63:18 – 64:3 | 802, 901 | | |
| 64:21 – 65:1 | 901 | 65:24-66:14 | Vague as to "these," 701, 403, 602 |

**Exhibit F1**

| Won, Ben (FMPA), 11/18/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 89:1 – 89:8 | 402, 403 | 89:9-15 | Vague as to time |
| 89:16 – 89:19 | 402, 602 | | |
| 89:23 – 90:20 | 402, 403 | 91:6-11 | No objection |
| 91:25 – 92:16 | 402, 403, argumentative, leading, | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 93:16 – 94:6 | 402, 403, 802, 901, 613, compound, argumentative, outside scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 94:10 – 94:16 | 402, 403, 802, 901, 613, argumentative, outside scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 94:18 – 95:13 | 402, 403, 802, 901, 613, argumentative, outside scope | 95:14-25<br>111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 95:22 – 96:10 | 402, 403, 802, 901, 613, argumentative, outside scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 96:18 – 96:19 | 402, 403, 802, 901, 613, argumentative, outside scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), |

**Exhibit F1**

| **Won, Ben (FMPA), 11/18/2009** | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | | 702, 402, 403 |
| 96:22 – 97:18 | 402, 403, 802, 901, 613, argumentative, outside scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 97:19 – 98:6 | No objection | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 98:22 – 99:13 | Leading, compound | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 99:15 – 100:15 | 402, attorney testimony | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 101:15 – 102:9 | Compound, leading, attorney testimony | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 102:11 – 102:16 | Beyond the scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 103:9 – 104:14 | Beyond the scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes |

**Exhibit F1**

| Won, Ben (FMPA), 11/18/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| | | | testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 104:25 – 105:4 | Beyond the scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 105:5 – 106:6 | Beyond the scope | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 106:7 – 106:13 | Beyond the scope, leading | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 107:17 – 107:23 | Beyond the scope, 402, 403 | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 107:24 – 108:1 | Beyond the scope, 402, 403 | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 108:3 – 108:11 | Beyond the scope, 402, 403 | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |

**Exhibit F1**

| Won, Ben (FMPA), 11/18/2009 | | | |
|---|---|---|---|
| **Accenture Designation (Page/line)** | **Guidewire's Objections** | **Guidewire's Counter-Designation (Page/line)** | **Accenture's Objections to Guidewire's Counter Designation** |
| 108:14 – 108:18 | Beyond the scope, 402, 403 | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 108:20 | Beyond the scope, 402, 403 | 111:9-120:5 | Mischaracterizes the document, mischaracterizes testimony, vague, compound, argumentative, 701, 611(c), 702, 402, 403 |
| 121:9 – 121:20 | Beyond the scope, 402, 403 | | |
| 121:22 | Beyond the scope, 402, 403 | | |
| 121:25 – 122:18 | Beyond the scope, 402, 403, leading, misstates prior testimony | | |
| 122:21 | Beyond the scope, 402, 403, leading, misstates prior testimony | | |
| 122:22 – 123:5 | Beyond the scope, 402, 403, leading, argumentative | 123:7-9 | Argumentative, 402, 403, 611(c) |
| 123:9 – 123:17 | Beyond the scope, 402, 403, leading, argumentative | | |
| 123:19 | Beyond the scope, 402, 403, leading, argumentative | | |