# SCHEDULE F2

**PLAINTIFF ACCENTURE'S OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS TO GUIDEWIRE'S AFFIRMATIVE DEPOSITION DESIGNATIONS**

Subject to any Accenture motion *in limine*, Accenture submits the following objections to the deposition transcript designations provided by Guidewire on February 12, 2010. Accenture's objections are to Guidewire's use of this testimony alone and are without waiver to Accenture's right to use the same testimony or portions of this testimony for different purposes. In addition to the specific objections set forth below, Accenture also incorporates any of its objections to the questions as posed during the depositions, as reflected in the transcripts, regardless of whether those objections are specifically entered as counter-designations by Accenture.

| Affenit, Richard (3rd Party), 9/24/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 19:22-20:2 | No objection | | |
| 30:1-35:9 | No objection | | |
| 64:17-19 | Incomplete context | 64:6-16 | No objection |
| 107:9-108:9 | Lacks foundation, vague | | |
| 293:2-5 | Incomplete context | 292:6-293:1 | Leading |
| 312:5-19 | No objection | | |
| 313:5-8 | Lacks foundation | 313:9-10 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 313:12-13 | No objection | | |

| Affenit, Richard (3rd Party), 9/24/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 314:4-8 | No objection | | |
| 314:17 - 315:4 | Vague | | |
| 315:19-22 | Mischaracterizes testimony, lacks foundation | 315:23-24 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 316:2 | No objection | | |
| 316:16 - 317:4 | Vague | 317:2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 317:13 - 319:11 | Vague, lacks foundation | 318:6-8<br>319:1-5 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 320:8 - 321:6 | Vague, lacks foundation, calls for speculation, leads the witness | 320:14-15<br>320:23-321:1 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 321:15-24 | Vague, lacks foundation, calls for speculation | 321:19-20 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 322:20 - 323:10 | Vague, lacks foundation, calls for speculation | 322:22<br>323:6 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| Affenit, Richard (3rd Party), 9/24/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 326:19 - 327:8 | 701, 702, vague, lacks foundation, calls for opinion | 327:2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 327:21 - 329:6 | 402, 403, mischaracterizes witness's testimony, lacks foundation, vague, calls for speculation. | 328:3-4<br>328:7-8<br>328:21-22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 329:17 - 330:21 | 402, 403, assumes facts not in evidence, lacks foundation, calls for speculation, vague. | 329:21-23<br>330:12-14 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 331:15 - 332:20 | 402, 403, lacks foundation, calls for speculation, vague. | 331:17-18<br>332:12-13 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 339:22 - 341:5 | 402, 403, lacks foundation, calls for speculation, vague. | 340:4-5<br>340:7-8 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 347:5-12 | Vague, calls for speculation | 347:9-10 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| | | | |

| Badower, Myron Ray "Mike" (Accenture Retiree), 11/25/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 10:21 - 13:10 | No objection | | |
| 13:18 - 16:16 | 701, 901 | 14:9-24, 16:17-19 | 14:9-24 is included within Guidewire's designation<br>16:17-19 is just an attorney objection that should not be played for the jury if the objection is overruled |
| 16:20 - 17:9 | 403 | | |
| 18:6 - 24:25 | Ambiguous, overbroad, mischaracterizes the document, 701, 702, 702, 802, 901 | 17:12-17:23 | No objection |
| 26:20-25 | 701, 802, 901 | 24:9-25 | Incomplete Q&A, attorney objection should not be played for the jury if it is overruled |
| 27:15 - 41:11 | Ambiguous, compound, assumes facts not in evidence, 701, 802, 901 | | |
| 41:22 - 42:45 | 701 | 43:1-2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 43:3-9 | 701 | | |
| 47:10 – 48:10 | 701, 802, 901 | | |
| 51:4 – 52:8 | Documents speak for themselves, 701, 802, 901 | | |
| 52:25-53:11 | No objection | | |

| Badower, Myron Ray "Mike" (Accenture Retiree), 11/25/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 57:9 – 58:22 | 701, 901 | 58:23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 60:5-13 | 901 | 60:13-14 | No objection |
| 60:23 - 61:5 | 701, 901 | 61:11-12 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 64:20 - 65:4 | No objection | | |
| 65:11 - 67:12 | 701, 802, 901 | 27:15-25 | No objection |
| 70:11 - 71:17 | 702, 403 | | |
| 73:1-5 | 901 | 73:6-7 | No objection |
| 74:3-20 | 701, 802, 901 | 73:6-7, 74:21-22 | No objection |
| 75:9-13 | 901 | 75:25-76:2 | No objection |
| 76:9 – 77:12 | Mischaracterizes the document, 701, 802, 901, | | |
| 78:19 – 79:14 | Ambiguous, 701 | | |
| 80:11-17 | 802 | | |
| 80:24-81:1 | 701 | 81:2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 81:3 | No objection | | |

| Badower, Myron Ray "Mike" (Accenture Retiree), 11/25/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 81:6-12 | 701 | | |
| 83:25 – 84:6 | Ambiguous, 701 | | |
| | | | |

| **Benes, Mauricio (Accenture), 9/18/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 7:7-12 | No objection. | | |
| 12:3-13 | No objection. | | |
| 12:22-24 | No objection. | | |
| 13:16 - 14:3 | Lacks foundation, 403 | | |
| 16:4-11 | Ambiguous, 402, 403 | | |
| 18:14-23 | 402, 403, 602 | 16:4-18:13 | No objection |
| 23:11 - 24:17 | Misstates prior testimony, ambiguous, 402, 403, 602 | | |
| 25:1-16 | Asked and answered, 402, 403, 602 | 24:18-25 | No objection |
| 42:7 - 45:14 | Lacks foundation, calls for speculation, ambiguous, 402, 403, 602, 701, 702, 802, 901 | 42:7-11, 43:2-11 | No objection |
| 47:19-22 | 402, 403 | 47:23-48:18 | No objection |
| 49:9 - 51:23 | Lacks foundation, calls for speculation, 402, 403, 602, 901 | 49:9-13, 51:24-52:22 | No objection |
| 55:8 - 59:19 | Lacks foundation, calls for speculation, calls for legal conclusion, document speaks for itself, ambiguous, mischaracterizes document, 402, 403, 602, 701, 702, 901 | 49:9-13,<br>59:20-62:6 | No objection<br>402, 403, improper legal opinion |

| Benes, Mauricio (Accenture), 9/18/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 65:17 - 66:14 | Lacks foundation, calls for speculation, document speaks for itself, 402, 403, 602, 901 | 49:9-13,<br>64:14-65:16,<br>66:15-67:1 | No objection<br>Incomplete Q&A, 402, 403<br>No objection |
| 70:3 - 71:12 | Lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 49:9-13 | No objection |
| 73:10 - 75:25 | Calls for speculation, misstates prior testimony, 402, 403, 602, 901 | 73:8-16,<br>76:1-4,<br>80:9-82:22 | No objection<br>Incomplete Q&A<br>No objection |
| 76:16 - 80:8 | Calls for speculation, ambiguous, lacks foundation, asked and answered, 402, 403, 602, 901 | 73:8-16,<br>79:6-17,<br>76:1-4,<br>80:9-82:22 | No objection<br>402, 403<br>Incomplete Q&A, 402, 403<br>No objection |
| 84:12 - 105:14 | Lacks foundation, calls for speculation, asked and answered, misstates prior testimony, ambiguous, document speaks for itself, ambiguous, document speaks for itself, argumentative, 402, 403, 602, 802, 901 | 73:8-16,<br>86:14-88:2,<br>90:18-24,<br>91:8-16,<br>93:24-94:15,<br>96:15-97:1,<br>99:22-100:1,<br>100:22-101:24 | No objection<br>Within GW's designation<br>Within GW's designation<br>Within GW's designation<br>Within GW's designation<br>Within GW's designation<br>Within GW's designation<br>Within GW's designation |

| Benes, Mauricio (Accenture), 9/18/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 115:18 - 116:11 | Ambiguous, 402, 403, 602, 901 | 111:24-112:24, 114:15-115:17 | No objection |
| 123:2 - 124:11 | Calls for speculation, 402, 403, 404, 602, 802, 901 | 123:2-13, 124:24-127:16 | Lacl of personal knowledge, speculation, nonresponsive |
| 129:10-25 | Asked and answered, 402, 403, 602 | | |
| 131:11 - 132:3 | Asked and answered, 402, 403, 602 | | |
| 133:24 - 134:18 | Ambiguous, calls for speculation, incomplete hypothetical, 402, 403, 404 | 133:17-23 | No objection |
| 138:7-15 | Misstates prior testimony, 402, 403, 404, 602 | | |
| 153:18 - 155:1 | Calls for speculation, 402, 403, 602, 901 | 153:18-21,<br>162:9-24 | No objection<br>Incomplete Q&A |
| 160:24 - 161:5 | 402, 403, 602 | | |
| 162:18-25 | Ambiguous, lacks foundations, 402, 403 | 163:1-25 | No objection |
| 164:22-165:21 | Lacks foundation, calls for speculation, incomplete Q&A, 402, 403, 404, 602 | 164:22-166:2,<br>167:12-24 | 166:1-2 is nonresponsive<br>No objection |
| 165:22-166:2 | 402, 403, 404 | | |
| 168:15-20 | 402, 403, 404, 602, calls for speculation | | |

| Benes, Mauricio (Accenture), 9/18/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 192:13 - 193:14 | Calls for speculation, misstates prior testimony, argumentative, 402, 403, 602 | 146:22-147:19,<br>177:15-179:16,<br>188:17-189:25,<br>190:19-192:12 | 402, 403, 602<br>602<br>402, 403, atttorney testimony<br>No objection |
| 196:17 - 200:15 | Lacks foundation, calls for speculation, calls for legal conclusion, asked and answered, argumentative, 402, 403, 404, 602, 701, 702, 901 | 194:22-196:16,<br>200:16-201:17 | No objection<br>Improper attorney testamony |
| 210:4 - 218:8 | Ambiguous, misstates prior testimony, lacks foundation, calls for speculation, mischaracterized document, document speaks for itself, 402, 403, 404, 602, 701, 702, 802, 901 | 207:1-210:3,<br>210:14-24,<br>217:10-218:3 | No objection<br>Included in GW's designation<br>Included in GW's desigation |
| | | | |

| Bensing, Brandon (CNA Insurance), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 16:24-17:4 | No objection | | |
| 121:5-8 | 402, 403, leading foundation, vague | 25:24 - 27:3 | 602, leading, lacks foundation, |
| 194:18-23 | 402, 403, 602, foundation | | |
| 210:17-211:1 | 402, 403, 602, incomplete context | 211:2-10 | 602 |
| 229:21-230:6 | 402, 403, 602, incomplete context | 230:7-13 | Not relevant to designation, 402, 403, 802, lacks foundation |
| 231:6-12 | 402, 403, incomplete Q&A | | |
| 233:20-22 | 402, 403, 602 | | |
| 235:4-11 | 402, 403, 602 | | |
| 297:10 - 300:16 | Vague, assumes facts not in evidence, 701, 702, 402, 602 | | |
| 301:15-23 | 701, 602 | | |
| 302:1 - 306:24 | Vague and ambiguous, assumes facts not in evidence, incomplete hypothetical, 701, 702, 403, 404, 602 | | |
| 308:7 - 309:1 | Vague and ambiguous, 701, 702, 404 | | |
| 309:3 - 310:20 | 701, 702, 602 | | |

| Bensing, Brandon (CNA Insurance), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 310:22 - 311:15 | Mischaracterizes previous testimony, vague and ambiguous, 701, 602 | | |
| 311:17-19 | No objection | | |
| 313:1 - 315:3 | Vague, 701, 702, 403, 602 | | |
| 316:12 - 317:15 | Vague and ambiguous, 701 | 118:19-22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| | | | |

| Bentley, Dwayne (3rd Party), 6/30/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 6:6-9:20 | No objection | | |
| 26:16-33:15 | Vague, ambiguous, 701, 602, 802, 901 | 26:16-21 | This is part of GW's desigation |
| 35:7-45:22 | Vague, 602 | 43:18, 44:12 | Incomplete Q&A, both "counterdesigations" are part of GW's designations |
| 46:8-58:5 | Vague, 402, 403 | | |
| 59:4-65:1 | Vague, 701, 702, 403 | | |
| 65:15-84:9 | Vague, 701, 611(c), 802, 901 | 65:15-66:3, 67:16-25, 69:13-70:8, 70:24-25, 73:19-23, 75:13-16 | These "counterdesigations" are part of GW's designations |
| 84:20-107:18 | Vague, incomplete hypothetical, 701, 702, 403, 602, 611(c), 802, 901 | 85:23-86:8, 88:22-89:7, 94:5, 94:15, 95:5-11 | These "counterdesigations" are part of GW's designations |
| 107:21-114:12 | Vague, 701, 403, 602 | | |
| 129:8-13 | Argumentative, 602, 901 | 127:14-128:2 | No objection |
| 136:19-141:23 | Vague, argumentative, 701, 611(c) | 138:21-22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 142:23-149:1 | Vague, argumentative, incomplete hypotethical, 701, 702, 611(c), 602 | | |

| Bentley, Dwayne (3rd Party), 6/30/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 149:2-150:24 | Vague, 611(c) | | |
| 176:25-180:1 | Vague, 701, 702, 611(c) | | |
| 185:17-188:3 | Vague, 611(c) | | |
| | | | |

| Branson, Ken (Guidewire), 8/26/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 256:23-257:21 | 402, 403 | | |

| Conroy, Michael (3rd Party), 8/5/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 5:16-18 | No objection | -- | |
| 9:5-11:2 | No objection | -- | |
| 13:14-24 | No objection | -- | |
| 18:12-19 | No objection | -- | |
| 19:13-20:17 | No objection | -- | |
| 27:12-29:3 | 402 | -- | |
| 30:4-19 | No objection | -- | |
| 30:25-31:3 | No objection | -- | |
| 32:13-33:4 | No objection | -- | |
| 43:11-45:15 | No objection | -- | |
| 48:23-51:4 | 402, 403 | -- | |
| 61:7-22 | 402, 403 | -- | |
| 62:9-24 | No objection | -- | |
| 63:24-64:5 | 402, 403 | -- | |
| 68:3-5 | No objection | -- | |
| 68:22-25 | No objection | -- | |
| 72:12-74:17 | 402, 403 | -- | |
| 77:5-78:13 | 602 | 76:21-77:4 | No objection |
| 157:21-158:25 | Lack of context, 402, 403, 602 | 157:12-20 | No objection |
| 163:12-164:12 | Lack of context, 602 | 163:1-21 | 402, 602, incomplete Q&A |

| Conroy, Michael (3rd Party), 8/5/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 165:23-167:20 | 602 | -- | |
| 172:19-173:25 | 402, 403 | -- | |
| 174:7-175:11 | 402, 403 | -- | |
| 181:4-182:23 | 402, 403 | -- | |
| 184:13-185:7 | 404, 406 | -- | |
| 239:14-256:22 | RRE 402, 403, 602, 701 | -- | |
| 257:5-261:8 | 701 | -- | |
| 261:17-262:24 | 701, 602 | -- | |
| | | | |

| Costonis, Michael A. (Accenture), 5/6/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 4:12 – 7:2 | 402, 403 | -- | |
| 10:10-14 | 402, 403 | -- | |
| 32:19 - 46:11 | 701 | 44:5 - 14 | No objection |
| 48:20-50:16 | 402, 403 | -- | |
| 50:24 - 51:13 | 602 | -- | |
| 62:15 - 67:6 | 402, 403 | -- | |
| 77:17 - 87:6 | 402, 403, 602, 404 | 87:24 - 88:11 | Nonresponsive |
| 92:6 – 94:10 | 402, 403, 404, 602 | 94:17- 95:2 | No objection |
| 95:15 -20 | 402, 403, 404, 602 | 97:2 - 14 | 602 |
| 99:12 – 100:25 | 402, 403 | -- | |
| 102:2-11 | 402, 403 | -- | |
| 103:19-23 | 402, 403 | -- | |
| 104:17 – 105:10 | 402, 403 | -- | |
| 109:22-25 | 402, 403 | 109:6 - 21 | Not relevant to designation. |
| 111:25 – 117:16 | 402, 403, 404, 602, 802 | 117:8 - 16 | No objection |
| 119:22 – 122:25 | 402, 403 | 120:20 - 121:1 | No objection |
| 123:1-24 | 402, 403 | 123:4-15 | No objection |
| 124:20 – 125:5 | 402, 403 | 124:24 - 125:5 | No objection |
| 139:19 – 141:3 | 402, 403 | 139:19 - 140:7 | No objection |
| 146:15 – 154:24 | 402, 403 | 147:23 - 148:7 | No objection |
| 165:2 – 169:8 | 402, 403, 602, 404 | 168:5 - 16 | No objection |

| Costonis, Michael A. (Accenture), 5/6/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 170:18 – 181:23 | 402, 403, 602, 404 | 172:20 - 173:1<br>170:23 - 172:1 | No objection |
| 182:23 – 185:3 | No objection | 182:23 - 183:3<br>183:21 - 184:4 | No objection |
| 185:12 – 186:6 | No objection | -- | |
| 189:23 – 190:18 | 602 | -- | |
| 193:12 – 194:7 | 404 | -- | |
| 194:14-195:8 | 602 | 195:9 - 196:3 | 602 |
| 198:25 – 202:11 | 602, 701 | 202:12 - 203:7 | No objection |
| 205:13 – 207:9 | 404 | 206:2 - 9 | No objection |
| 208:10-12 | No objection | -- | |
| 208:21 – 209:15 | 404 | 209:16 - 210:1 | No objection |
| 211:14 – 212:2 | 404 | -- | |
| 213:2 – 217:11 | 402, 403, 404 | 217:12 - 15 | No objection |
| 232:7-16 | No objection | -- | |
| 233:2 – 234:3 | 402, 403, 404 | 234:4 - 235:2 | Incomplete without 235:3-6 |
| 235:7 – 236:22 | 402, 403, 404 | 236:23 - 237:22 | No objection |
| 238:24 – 240:4 | 402, 403, 404 | -- | |
| 245:6 – 246:19 | 402, 403, 404, 602 | 246:21 - 247:1 | Incomplete Q&A |
| 253:4 – 255:23 | 402, 403, 404, 602 | 255:25 - 257:9 | 602 |
| 277:12-20 | 602, 701 | -- | |
| 288:4-14 | No objection | -- | |

| Costonis, Michael A. (Accenture), 5/6/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 288:21 – 293:10 | 402, 403, 404, 602 | -- | |
| 298:5-18 | 402, 403, 404, 602 | -- | |
| 300:16 – 304:4 | 402, 403 | 303:11 - 304:2 | No objection |
| 304:17-18 | Lack of Context | 304:19 - 22 | No objection |
| 304:23-313:8 | 402, 403, 602, argumentative, calls for speculation, calls for legal conclusion, vague | -- | |
| 313:14 – 315:9 | 402, 403, 404 | 314:18 - 24 | No objection |
| 316:23 – 318:17 | 402, 403, 404 | 317:22 - 318:5 | No objection |
| | | | |

| Cusano, Jr., John M. (Accenture), 7/7/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 4:18-20 | No objection | | |
| 5:19-6:1 | No objection | | |
| 6:6-10 | No objection | | |
| 9:2-25 | No objection | | |
| 10:2-11 | No objection | | |
| 17:9-11 | Incomplete context | 17:12-18:7 | No objection |
| 18:8-11 | 402, 403 | | |
| 30:10-21 | 402, 403, 602 | | |
| 33:10 - 34:10 | 602, 701 | 35:14-36:19 | Incomplete Q&A |
| 40:20 - 41:14 | 402, 403, 602 | | |
| 45:13-19 | 402, 403 | 45:20-24 | No objection |
| 47:9 - 50:24 | 402, 403, 404, 602, 701 | | |
| 51:16 - 52:12 | 402, 403, 404, 602, 701 | | |
| 52:13-21 | Incomplete context | 52:22-53:10 | No objection |
| 53:11-20 | 402, 403, 602 | 53:21-54:15 | No objection |
| 59:3 - 60:15 | 602 | | |
| 61:9 - 62:8 | 402, 403 | 60:25-61:8 | No objection |
| 63:5 - 65:4 | 402, 403 | 65:5-10 | No objection |
| 65:24 - 66:9 | 402, 403 | | |
| 75:5 - 76:17 | 602 | | |
| 81:16 - 82:25 | 402, 403 | 83:4-15 | No objection |

| Cusano, Jr., John M. (Accenture), 7/7/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 84:19 - 85:11 | 402, 403, 602 | 85:12-86:2 | No objection |
| 89:14-19 | No objection | | |
| 91:21 - 96:20 | 402, 403, 602 | | |
| 98:12 - 100:24 | 402, 403, 602 | | |
| 103:2 - 105:13 | 402, 403, 602 | 104:5-19 | No objection |
| 107:6 - 108:14 | 402, 403 | | |
| 112:2 - 113:6 | 402, 403, 602 | 113:7-10, 113:22-114:3 | 602 |
| 114:4-17 | 402, 403, 602, Incomplete Q&A | 114:18-115:14 | No objection |
| 115:18 - 117:15 | 402, 403, 602 | | |
| 139:19 - 140:3 | No objection | | |
| 141:18-23 | No objection | | |
| 141:24 - 144:11 | 402, 403, 602 | 144:12-20 | No objection |
| 159:5 - 162:19 | 402, 403, 404, 602 | | |
| 187:8 - 188:5 | No objection | | |
| 188:16 - 190:14 | 402, 403, 404 | 189:19-190:14 | No objection |
| 198:18 - 199:16 | 402, 403, 404, 602 | 199:17-200:19 | Nonresponsive |
| 205:11 - 207:22 | 402, 403, 404, 602 | | |
| 210:23 - 211:22 | 402, 403, 404, 602, Incomplete Q&A | 211:23-212:5 | Incomplete Q&A, nonresponsive, 602 |
| 246:6 - 247:16 | 402, 403, 404, 602, 701 | 247:17-248:19 | No objection |

| **Cusano, Jr., John M. (Accenture), 7/7/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 251:12-254:14 | 402, 403, 404, 602 | | |
| 272:5-12 | 402, 403, 404 | | |
| 278:13 - 279:4 | No objection | 278:13-279:4 | No objection |
| 297:10 - 281:6 | 402, 403, 602 | | |
| 281:14 - 282:5 | 402, 403 | | |
| 292:20 - 294:11 | 402, 403 | 294:12-295:5 | 402, 602 |
| 296:5 - 298:11 | 402, 403, 602, 701 | | |
| 303:6 - 304:9 | 402, 403, 602, 701 | 304:1-19 | Incomplete Q&A |
| 314:14 - 315:17 | 402, 403, 602, 701 | | |
| 316:17-23 | No objection | | |
| 318:4 - 322:24 | 402, 403, 602 | | |
| 324:7 - 325:2 | 402, 403, 602 | | |
| 330:25 - 332:11 | 402, 403, 404 | 331:20-332:23 | No objection |
| | | | |

| Davies, Colin (Accenture), 9/24/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 10:19 - 15:7 | No objection | 15:8-16:2 | No objection |
| 17:7-15 | No objection | -- | |
| 21:16 - 22:17 | 402, 403 | -- | |
| 35:19 - 36:23 | No objection | -- | |
| 43:8-12 | 402, 403 | 36:24-42:5, 42:15-19, 42:25-43:6 | Incomplete without 43:8-12 |
| 70:7-25 | 402, 403, call for opinion | 68:17-69:6, 69:10-70:5, 71:1-72:9 | No objection |
| 74:8-16 | No objection | -- | |
| 74:17 - 75:22 | 602, 402, 403 | 77:5-16 | No objection |
| 80:23 - 81:3 | 602, 402, 403 | 80:10-21 | No objection |
| 82:14 - 84:24 | 602, 402, 403, 404, 406 | -- | |
| 85:23 - 90:6 | 402, 403, | 88:10-90:6,<br>90:18-92:8,<br>93:24-94:16 | No objection |
| 98:11 - 101:21 | 602, calls for speculation | 99:1-15, 100:16-22 | No objection |
| 102:20 - 108:20 | 402, 403, 404, 406 | 102:20-103:1, 105:25-108:7 | No objection |
| 109:15 - 110:21 | 402, 403 | 110:8-21,<br>113:16-114:3 | No objection<br>No objection |
| 215:1 - 217:25 | 602, 402, 403, 404 | 216:18-217:13 | No objection |

| Davies, Colin (Accenture), 9/24/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 218:11 - 221:3 | 602, 402, 403, 404 | 221:20-222:5 | 602 |
| 225:3 - 227:5 | 602, 402, 403, 404 | 226:13-23 | No objection |
| 227:23 - 231:15 | 602, 402, 403, 404 | 227:23 - 231:15 | No objection |
| 240:12 - 264:19 | 402, 403, 404 | 254:25-255:15, 258:18-259:1, 264:2-8 | No objection |
| | | | |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 10:13-19 | No objection | | |
| 11:2-6 | No objection | | |
| 25:18-21 | No objection | | |
| 35:24 - 36:9 | 402, 403, lacks foundation, ambiguous | 36:4-5 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 38:8-12 | 402, 403 | | |
| 41:24 - 42:7 | 402, 403 | | |
| 43:6 - 46:24 | 402, 403, calls for speculation, misstates testimony, mischaracterizes document | 43:13-16, 45:9, | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 47:7 - 48:11 | 402, 403, calls for speculation | | |
| 49:14 - 51:16 | 402, 403, lacks foundation, misstates tesimony | 49:20, 50:4, 51:9 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 51:17 - 52:4 | 402, 403 | | |
| 57:13 - 58:11 | 402, 403, lacks foundation, calls for speculation, misstates tesimony | 57:24-25, 58:7-9 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 59:21 - 60:3 | 402, 403 | | |
| 67:9-14 | 402, 403 | 67:15-68:12 | 602 |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 68:13-20 | 402, 403 | 68:24-69:15 | Incomplete Q&A, 402, 403 |
| 70:20 - 71:8 | 402, 403 | | |
| 72:5-15 | No objection | | |
| 72:24 - 75:2 | 701, 702, calls for legal conclusion, calls for speculation, calls for expert testimony | 74:17-18 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 74:15 - 77:9 | 701, 702, calls for legal conclusion, calls for speculation, calls for expert testimony | 77:10-78:19 | 602, 802 |
| 83:10 - 84:3 | No objection | | |
| 83:12 - 85:2 | No objection | 85:3-86:20 | 402, 403, 602, 802, nonresponsive |
| 88:5: - 90:12 | Ambiguous, lacks foundation, incomplete hypothetical, calls for speculation | 88:24,<br>89:13-14,<br>90:6-7,<br>90:13-91:10 | Attorney objection<br>Attorney objection<br>Attorney objection<br>No objection |
| 91:24 - 92:21 | No objection | | |
| 92:22-25 | No objection | | |
| 94:7-19 | No objection | | |
| 95:15 - 96:6 | 701, 702, calls for opinion and legal conclusion, lacks foundation | 95:22-23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 96:13 - 97:21 | 701, 702, calls for opinion and legal conclusion, lacks foundation | | |
| 98:2-13 | Vague, calls for speculation | | |
| 100:19-23 | No objection | | |
| 100:24 - 102:8 | No objection | | |
| 102:8 - 103:6 | Lacks foundation, calls for speculation | 102:13-14 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 104:17 - 105:2 | Witness not qualified to respond in corporate capacity | | |
| 108:15 - 112:2 | Lacks foundation, calls for speculation | 110:5-6, 110:11, 111:2-3, 111:13-15,<br>112:3-8 | Counterdesignation is an objection that should not be played for the jury if it is overruled<br>602, lacks foundation |
| 117:22 - 120:22 | 402, misstates testimony, | 119:15, 119:24, 120:13-14 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 128:16 - 129:3 | No objection | | |
| 134:11-23 | No objection | | |
| 140:12-18 | No objection | | |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 140:25 - 143:2 | 402, misstates testimony, lacks foundation, calls for speculation | 142:2, 142:15-16 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 146:11 - 151:13 | 402, 403, 602, 701, 702, lacks foundation, calls for speculation, calls for legal conclusion, assumes facts not in evidence, argumentative, mischaracterizes text of document | 146:20-21, 147:6-7, 147:15, 149:3-4, 149:19-20, 150:20-23, 151:9 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 154:13-24 | No objection | | |
| 155:14 - 156:4 | 402, lacks foundation, calls for speculation | | |
| 178:13-23 | No objection | | |
| 182:15 - 183:17 | 402, lacks foundation, | 182:25 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 183:18 - 184:6 | No objection | | |
| 184:7 - 185:18 | 402, assumes facts not in evidence, calls for speculation | 185:1-2, 185:15-16 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 188:17 - 191:4 | 402, 403, 602, lacks foundation, calls for speculation, ambiguous, mischaracterizes the text of the document | 188:20-21, 189:1-2, 190:1-2, 191:3, 191:6-7 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 191:8 - 192:17 | 402, 403, 602, misstates the text of the document, lacks foundation | 191:12, 192:7 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 193:4-15 | 402, 403, 602, argumentative | 193:11-12 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 202:3 - 206:25 | 402, 403, 602, lacks foundation, misstates the testimony, | 202:14, 202:22-24, 203:7-8, 203:17, 204:24-25: 206:21-22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 209:5 - 211:24 | 402, lacks foundation | 210:24 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 212:6 - 213:15 | 402, 403, 602, lacks foundation, calls for speculation | 213:11-12 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 214:1 - 216:9 | 402, 403 | | |
| 220:16 - 221:24 | 402, 403, 602 | | |
| 225:2 - 226:14 | 402, 403, 602, lacks foundation, calls for speculation | 225:24-25, 226:9 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 226:25 - 228:16 | 402, 403, 602, lacks foundation, argumentative, incomplete hypothetical | 227:20-21, 228:11 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DelSanto, John L. (Accenture), 9/11/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 332:3 - 334:2 | 402, 403, 602, lacks foundation, calls for speculation, argumentative | 232:16-17, 232:24-25, 233:13-14, 233:20-21 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 258:23 - 260:1 | 402, 403, 701, 702, lacks foundation, argumentative, calls for speculation, calls for legal conclusion | 259:1-3 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 269:15-271:7 | 402, 403, 602, 701, 702, lacks foundation, calls for legal conclusion | 269:18-19, 270:22, 271:1 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 280:16-20 | 402, 404 | 280:18 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 281:4-5 | Incomplete Q&A | | |
| 304:15 - 305:3 | 402, 602, calls for speculation | 304:18 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 318:2 - 319:4 | 403, 701, 702, calls for legal conclusion, calls for speculation | 318:23-24 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| | | | |

| Devlin, Kathleen (Accenture), 9/10/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 5:7-10 | No objection. | | |
| 7:5-8:2 | Ambiguous, 402, 403 | | |
| 3:15-17 | No objection. | | |
| 22:16-25 | 402, 403 | 22:16-24:1 | 402 |
| 24:9-18 | 402, 403 | | |
| 25:19-28:15 | Misstates prior testimony, 402, 403, 602 | 28:5-23 | No objection |
| 28:25-31:10 | 402, 403, 602 | 28:5-23,<br>31:11-19,<br>34:23-36:14 | No objection |
| 33:6-34:2 | 402, 403 | | |
| 36:16-37:15 | 402, 403, 602 | 37:2-17,<br>41:14-43:5 | No objection<br>Incomplete Q&A |
| 40:4-40:7 | 402, 403, 702 | 38:2-40:3<br>41:14-43:5 | No objection<br>Incomplete Q&A |
| 43:7-16 | 402, 403, 602 | | |
| 69:11-74:1 | Calls for speculation, amiguous, lacks foundation, misstates prior testimony, 402, 403, 602, 701, 702, 802, 901, 1002 | 49:23-54:6,<br>68:11-69:10,<br>74:21-75:14 | No objection<br>602<br>No objection |
| 77:15-20 | 402, 403, 802 | | |

| Devlin, Kathleen (Accenture), 9/10/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 83:2-86:12 | Asked and answered, lacks foundation, calls for speculation, incomplete hypothetical, 402, 403, 404, 602, 901 | 83:3-87:20 | 402, 403, 602, nonresponseive |
| 107:7-16 | Ambiguous, 402, 403, 602 | 107:7-108:5, 102:12-104:10 | 402, 403, 404, 602, 802, nonresponsive |
| 121:25-123:3 | Ambiguous, asked and answered, 402, 403, 602, 802 | 121:2-21 | 402, 403, 404, 602, 802, nonresponsive |
| 123:6-17 | 402, 403 | 121:2-21 | 402, 403, 404, 602, 802, nonresponsive |
| 123:20-23 | 402, 403, 802 | 121:2-21 | 402, 403, 404, 602, 802, nonresponsive |
| 124:3-125:11 | 402, 403, 901 | | |
| 125:15-126:7 | Calls for legal conclusion, lacks foundation, 402, 403, 602, 701, 702 | 126:14-127:5 | 402, 403, 404, 602, 802, nonresponsive |
| 145:11-146:17 | Incomplete hypothetical, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, incomplete answer | 126:14-127:5, 146:6-18 | 402, 403, 404, 602, 802, nonresponsive |
| 146:25-147:8 | 402, 403 | 146:20-147:8 | 402, 403, 404, 602, 802, nonresponsive |
| 158:16-20 | No objection | | |

| **Devlin, Kathleen (Accenture), 9/10/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 149:17-20 | 402, 403 | 149:21-150:11 | 402, 403, 404, 602, 802, nonresponsive |
| 150:13-17 | Ambiguous, 402, 403 | 149:21-150:11 | 402, 403, 404, 602, 802, nonresponsive |
| 152:15-155:21 | Document speaks for itself, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 146:20-147:8, 152:2-153:10 | 402, 403, 404, 602, 802, nonresponsive |
| 161:5-163:3 | Lacks foundation, 402, 403, 602, 701, 702, 901, | 160:18-161:23 | 402, 403, 404, 602, 802, nonresponsive |
| 166:20-167:4 | Lacks foundation, calls for speculation, 402, 403, 602, 901 | 160:18-161:23 | 402, 403, 404, 602, 802, nonresponsive |
| 167:20-168:8 | Calls for speculation, 402, 403, 602 | 160:18-161:23 | 402, 403, 404, 602, 802, nonresponsive |
| 187:15-190:4 | Assumes facts, calls for legal conclusion, 402, 403, 602 | 146:20-147:8 | 402, 403, 404, 602, 802, nonresponsive |
| 191:13-195:16 | Lacks foundation, calls for speculation, 402, 403, 602, 802, 901 | 195:18-196:4 | 402, 403, 404, 602, 802, nonresponsive |
| 197:8-200:6 | Lacks foundation, calls for speculation, asked and answered, argumentative, 402, 403, 602, 701, 901 | 195:18-196:4, 197:15-198:4 | 402, 403, 404, 602, 802, nonresponsive |
| 200:9-201:11 | Lacks foundation, calls for legal conclusion, 402, 403 | 146:20-147:8 | 402, 403, 404, 602, 802, nonresponsive |

| **Devlin, Kathleen (Accenture), 9/10/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 202:9-203:13 | 402, 403, 901 | 204:5-207:2, 210:22-214:14 | 402, 403, 404, 602, 802, nonresponsive |
| 204:5-211:22 | Assumes facts, lacks foundation, calls for speculation, asks and answered, misstates prior testimony, 402, 403, 602, 701, 702, 901 | 204:5-207:2, 210:22-214:14, 224:19-225:4 | 402, 403, 404, 602, 802, nonresponsive |
| 219:19-220:13 | Incomplete hypothetical, calls for speculation, 402, 403, 602 | | |
| 220:25-222:4 | 402, 403, 602, 802, 901 | 146:20-147:8, 224:19-225:4 | 402, 403, 404, 602, 802, nonresponsive |
| 223:2-10 | 402, 403, 602 | 146:20-147:8, 224:19-225:4 | 402, 403, 404, 602, 802, nonresponsive |
| 226:18-238:4 | Misstates prior testimony, lacks foundation, assumes facts, compound, document speaks for itself, 402, 403, 602, 701, 702 | 146:20-147:8, 224:19-225:4 | 402, 403, 404, 602, 802, nonresponsive |
| 239:20-240:8 | Calls for speculation, 402, 403, 602, 901 | 238:7-239:8 | 402, 403, 404, 602, 802, nonresponsive |
| 245:4-9 | 402, 403 | | |
| 253:10-17 | Misstates prior testimony, 402, 403, 602, 901 | | |
| 255:15-17 | 402, 403, 901 | | |

| Devlin, Kathleen (Accenture), 9/10/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 256:19-257:7 | Lacks foundation, calls for speculation, 402, 403, 901 | | |
| 269:19-270:6 | 402, 403, 602 | 269:3-17 | 402, 403, 404, 602, 802, nonresponsive |
| 272:7-17 | 402, 403, 602, 901 | 271:18-272:17 | 402, 403, 404, 602, 802, nonresponsive |
| 279:1-281:12 | Missing question, lacks foundation, calls for speculation, 402, 403, 602, 802, | 278:10-279:1, 281:13-282:2 | 402, 403, 404, 602, 802, nonresponsive |
| 282:23-288:7 | Document speaks for itself, asked and answered, ambiguous, lacks foundation, misstates prior testimony, assumes facts, 402, 403, 602, | 279:2-23, 287:18-288:7 | 402, 403, 404, 602, 802, nonresponsive |
| 289:3-19 | Calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702 | | |
| | | | |

| **DiGregorio, Gino B. (Accenture), 9/15/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 11:14-15 | Incomplete Q&A | 11:16 | |
| 15:21-25 | No objection | | |
| 16:11-12 | No objection | | |
| 17:3-4 | No objection | | |
| 21:4-17 | Ambiguous | 21:8 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 21:25 - 22:5 | 402, 403 | | |
| 35:10 - 32:12 | No objection | | |
| 33:4-7 | No objection | | |
| 35:6 - 36:21 | 402, 403, ambiguous and misstates testimony | 35:10 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 38:25 - 39:3 | No objection | | |
| 40:10-25 | No objection | | |
| 43:1 - 44:12 | 402, 403, 602, vague, calls for speculation | 44:2-3 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 45:25 - 46:6 | 602, Lacks foundation, calls for speculation | 46:3-4 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 46:17-21 | No objection | | |
| 47:7 - 48:15 | 403, 602, lacks foundation, calls for speculation | 48:2-3 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 53:15-24 | 403 | | |
| 54:15 - 55:12 | 403, 701, 602, 702, calls for speculation, calls for legal conclusion. | 54:25-55:1 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 59:9-17 | 403, 702, misstates the testimony, calls for legal conclusion | 59:13-14 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 60:25 - 61:9 | 403, 701, 702, calls for speculation, calls for legal conclusion | 61:4-5 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 62:25 - 63:9 | 403, 701, 702, misstates the testimony, calls for legal conclusion, ambiguous, calls for speculation | 63:6-7 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 63:11-17 | 702, calls for legal conclusion | 63:13-14 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 64:6-11 | 402, 403, ambiguous | 64:8 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 76:19-77:9 | 403, 701, 702, calls for speculation, calls for legal conclusion | 76:21-22, 77:4-5 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 95:19 - 97:14 | 402, 403 | 96:3 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 107:1 - 111:14 | 402, 403, ambiguous, misstates testimony | 110:1, 111:4-5 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 112:23-25 | 402, 403, misstates testimony | 113:1-21 | Incomplete Q&A, 402, 403, 602, nonresponsive |
| 116:1-117:13 | 402, 403, 602, calls for speculation, ambiguous, calls for legal conclusion | | |
| 118:4-21 | 402, 403, 404, misstates testimony, calls for speculation, calls for legal conclusion | | |
| 119:23-120:20 | 402, 403, 404, asked and answered | | |
| 123:14-124:13 | 402, 403, asked and answered, calls for speculation, lacks foundation | | |
| 128:17-25 | Calls for speculation | 128:20 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 129:12 - 132:1 | 402, 403, 602, 701, 702, misstates the testimony, lacks foundation, calls for speculation, calls for legal conclusion, argumentative | 129:14-15, 129:21-22, 130:3, 130:9-10, 130:13, 131:1, 131:7-8, 131:22-23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 133:12 - 134:5 | 402, 403, misstates the tesimony | 133:15-16 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 136:10 - 138:2 | 402, 403 | | |
| 142:7-22 | Incomplete Q&A, misstates testimony | 142:20 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 143:13 - 146:16 | 402, 403, misstates testimony | 143:16 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 148:18 - 150:22 | 402, 403, misstates testimony, argumentative | 150:1-2, 150:13 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 151:18 - 152:5 | 402, 403, 701 | | |

| **DiGregorio, Gino B. (Accenture), 9/15/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 160:9-16 | 402, 403 | | |
| 162:2 - 162:12 | 402, 403, 701, lacks foundation, calls for speculation, incomplete Q&A | 162:7-8 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 164:24 - 165:18 | 402, 403 | | |
| 166:23 - 167:1 | 402, 403 | | |
| 170:17 - 172:2 | 402, 403 | | |
| 173:2 - 173:3 | Incomplete Q &A | | |
| 184:20 - 186:2 | 402, 403, ambiguous | 185:1-2, 185:10-11, 187:17-24 | Counterdesignation is an objection that should not be played for the jury if it is overruled<br><br>402, 403, 602, nonrepsonsive |
| 188:4-14 | 402, 403 | 187:17-24 | 402, 403, 602, nonresponsive |
| 189:8 - 190:6 | 402, 403, 701, assumes facts not in evidence, lacks foundation, calls for speculation | 189:16-17, 189:22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 193:2 - 194:7 | 402, 403 | 194:2-7 | |
| 196:15 - 198:25 | 402, 402 | 198:23-199:1 199:15-200:7 | Incomplete Q&A<br><br>402, 403, 602, 704, nonresponsive |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 201:21 - 210:10 | 402, 403, 602, 701, ambiguous, lacks foundation, calls for speculation, mischaracterizes the content of exhibits, misstates testimony | 202:7, 203:25-204:1, 204:10-11, 204:23-24, 205:18-19, 206:8-9: 206:18-20, 207:8-10, 208:14-15, 208:24-25, 209:10-11, 209:19-20, 210:8-9 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 212:12-22 | 402, 403 | 212:23-213-2, 213:11-214:1 | Counterdesignation is an objection that should not be played for the jury if it is overruled<br>402, 403, 602, 704, nonresponsive |
| 215:24 - 219:25 | 402, 403, 701, lacks foundation, calls for speculation, mischaracterizes the content of exhibits, misstates testimony | 216:14-15, 216:25-217:1, 217:12, 218:14, 219:1, 219:22-23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 221:1 - 222:1 | 402, 403, 602,701, lacks foundation, calls for speculation, agrgumentative, misstates testimony | 221:19, 221:22-24 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 225:19 - 226:19 | 402,403 | | |
| 227:3 - 228:12 | 403, 403 | | |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 229:6-13 | 402, 403 | | |
| 236:5-9 | 402, 403 | | |
| 238:21 - 243:2 | 402, 403, 602, 701, lacks foundation, ambiguous, argumentative, misstates testimony, calls for speculation. | 239:1, 239:10-11, 239:17, 239:24-25 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 244:1 - 245:6 | 402, 403, lacks foundation, calls for speculation | 244:22-23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 245:7 - 247:18 | 402, 403, lacks foundation calls for speculation | 246:11-12, 246:18-19 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 250:14 - 251:25 | 402, 403, lacks foundation calls for speculation | 251:6-7 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 257:21 - 260:2 | 402, 403, lacks foundation calls for speculation, misstates testimony, assumes facts not in evidence | 258:12, 259:7-8, 259:16-17 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 260:22 - 261:22 | 402, 403, argumentative | 261:12-13 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 264:14 - 265:14 | 402, 403, misstates testimony, misconstrues text of exhibit | 265:1-2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 266:10 - 267:7 | 402, 403, 602, 701, lacks foundation, calls for speculation, argumentative, incomplete Q&A | 267:7-9 | Counterdesignation is an objection that should not be played for the jury if it is overruled<br><br>Incomplete Q&A |
| 268:9 - 270:6 | 402, 403, lacks foundation, ambiguous, misstates testimony | 268:20, 269:3, 269:14, 270:3-4 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 271:18 - 276:22 | 402, 403, 602, 701, 702, lacks foundation, ambiguous, calls for speculation, calls for legal conclusion | 272:17-18, 274:1-2, 275:1-2, 275:9-10, 276:6-7, 276:19-20 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 277:22 - 278:3 | 402, 403, ambiguous | 277:24-25 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 280:10 - 281:4 | 402, 403, lacks foundation, calls for speculation | 280:22-23 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 291:16 - 293:22 | 402, 403, 602, 701, lacks foundation, calls for speculation | 291:19-20 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 295:23 - 298:13 | 402, 403, 602, lacks foundation, calls for speculation | 298:9-10 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 299:5-9 | 402, 403 | | |
| 326:17 - 328:24 | 402, 403, 602, lacks foundation, calls for speculation | 327:1-2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |

| DiGregorio, Gino B. (Accenture), 9/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 366:1 - 367:24 | 402, 403, 602, lacks foundation, calls for speculation | 367:1-2 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 369:8 - 371:1 | 402, 403 | | |
| 379:6-23 | 402, 403, 602, calls for speculation | 379:11-12 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 382:15 - 385:8 | 402, 403, misstates testimony, argumentative | 384:4,<br>385:2-3 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 385:11-24 | 402, 403 | | |
| 388:13-24 | 402, 403 | | |
| | | | |

| **Duff, Alexander E. (Accenture), 7/27/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 8:12-17 | No objection. | | |
| 8:24 – 9:1 | No objection. | | |
| 10:11-24 | 402, 403 | | |
| 34:22-25 | Incomplete Q&A, vague, lacks foundation, calls for speculation, 402, 403, 602, 901 | 33:7-15, 35:1-14 | 402, 403, non responsive counterdesignation |
| 43:7 – 44:2 | 402, 403 | | |
| 44:14-19 | 402, 403 | | |
| 46:19 – 47:2 | 402, 403, 802 | 47:3-12 | 402, 403 |
| 52:2-12 | Asked and answered, 402, 403, 602 | 52:20-53:7 | 402, 403 |
| 54:3-15 | Vague, lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702 | 47:13-49:25 | 402, 403 |
| 55:19 – 56:10 | Vague, lacks foundation, assumes facts, calls for opinion, argumentative, 402, 403, 602, 701, 702 | 47:13-49:25 | 402, 403, nonresponsive |
| 73:9-23 | 403 | | |
| 81:10-21 | 402, 403, 802 | 81:15-82:18 | 402, 403, 602, nonresponsive |

| Duff, Alexander E. (Accenture), 7/27/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 82:19 – 84:14 | Vague, lacks foundation, argumentative, 402, 403, 602, incomplete Q&A | 81:15-82:18, 83:8-85:7, 88:10-89:6 | 402, 403, 602, 802, nonresponsive, incomplete Q&A |
| 85:8-20 | 402, 403, 802 | | |
| 87:3 – 88:22 | Vague, lacks foundation, assumes facts, calls for speculation, 402, 403, 602 | 87:20-89:6 | 402, 403, 602, 802 |
| 91:5-8 | 402, 403 | 95:23-96:2 | 402, 403 |
| 91:25 – 92:4 | 402, 403, 602, 901 | 47:13-49:25, 91:9-24, 92:5-93:1, 95:23-96:2 | 402, 403, 602, nonresponsive |
| 93:2-24 | Vague, lacks foundation, 402, 403, 602, 701, 702 | 47:13-49:25, 91:9-24, 92:5-93:1, 93:25-94:21, 95:23-96:2 | 402, 403, 602, nonresponsive |
| | | | |

| Eshelbrenner, Robert J. (Hastings Mutual Insurance Co./CNA), 8/28/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 20:6 - 23:14 | Incomplete Q&A | | |
| 31:25 - 32:12 | No objection | | |
| 35:9 - 42:10 | 402, 403, 701 | | |
| 53:5 - 56:7 | No objection | | |
| 62:3 - 63:16 | No objection | | |
| 77:10-12 | 402, 403, 404 | | |
| 82:10 - 84:11 | 402, 403, 701 | | |
| 84:15-25 | 402, 403 | | |
| 98:6-16 | 402, 403, 701 | 98:17-99:23 | 402, 403 |
| 106:4-23 | 402 | | |
| 107:10 - 109:9 | Incomplete Q&A, 403, 701 | | |
| 111:18 - 112:7 | Incomplete Q&A, 701 | | |
| 136:21 - 137:7 | No objection | | |
| 137:22 - 138:5 | No objection | | |
| 141:21 - 142:15 | No objection | | |
| 145:18 - 146:6 | No objection | | |
| 182:10 - 184:12 | 402, 403, 404, 701 | 184:13-186:10 | 402, 403, 602, vague/ ambiguous, nonresponsive counterdesignation |
| 199:25 - 200:11 | No objection | | |
| 205:14-19 | 402: 403, 404, 802 | 203:20-204:5, 205:20-21 | 402, 403, 602, nonresponsive |

| Eshelbrenner, Robert J. (Hastings Mutual Insurance Co./CNA), 8/28/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 205:22 - 206:14 | 402: 403, 404, 701, 802 | | |
| 213:12 - 215:11 | Vague as to time, 402, 403, 701 | | |
| 215:13 - 227:1 | Vague, incomplete hypothetical, mischaracterizes prior testimony, 402, 403, 404, 701, 702 | | |
| 228:16 - 229:18 | Vague as to time | 227:6-228:6 | 402, 403, lacks foundation |
| | | | |