| Finlayson, Robert (3rd Party), 7/2/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 16:13-17:6 | No objection | -- | |
| 18:18-19:6 | No objection | -- | |
| 19:18-20:12 | No objection | -- | |
| 21:19-21 | No objection | -- | |
| 22:12-23:1 | Incomplete Q & A | 23:2-13 | 402, 403, nonresponsive |
| 79:4-24 | 402, 403, 602, calls for speculation | 79:25-80:12 | 402, 403, 602, vague and ambiguous, nonresponsive counterdesignation |
| 101:10-102:14 | 402, 403, 602, calls for speculation | -- | |
| 115:1-8 | 402, 403, 602, calls for speculation | -- | |
| 117:1-14 | 402, 403, 602 | -- | |
| 118:3-119:1 | 402, 403, 602 | -- | |
| | | | |

| Flaharty, W. Michael (Accenture Expert), 1/18/2010 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 6:12-13 | 402, 403 | | |
| 7:11-14 | No objection | | |
| 8:2-7 | 402, 403 | | |
| 18:4-9 | 402, 403 | 17:20-18:3 | 402, 403, nonresponsive counterdesignation, nonresponsive |
| 210:25 – 211:23 | 403, 702, incomplete hypothetical, incomplete context, vague, lacks foundation | 395:9-396:2 | 402, 403, nonresponsive counterdesignation |
| 213:3-13 | 403, 702, incomplete hypothetical, incomplete context, vague, lacks foundation | 213:14-214:18, 395:9-396:2 | 402, 403, nonresponsive counterdesignation |
| 215:4-17 | 403, 702, incomplete hypothetical, incomplete context, vague, lacks foundation | 395:9-396:2 | 402, 403, nonresponsive counterdesignation |
| 219:20 – 221:16 | 403, 702, incomplete hypothetical, lacks foundation, vague | 395:9-396:2 | 402, 403, nonresponsive counterdesignation |
| | | | |
| | | | |

| **Foster, Matthew (Accenture), 7/9/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 5:21-22 | No objection. | | |
| 6:1-20 | No objection. | 7:16-8:4 | |
| 8:5-10 | 402, 403 | 7:16-8:4, 8:11-16 | |
| 9:19-10:10 | 402, 403 | 7:16-8:4, 8:11-16, 10:11-17 | 402, 403, nonresponsive counterdesignation |
| 11:3-11 | Ambiguous, 402, 403 | 7:16-8:4, 8:11-16, 10:11-17 | 402, 403, nonresponsive counterdesignation |
| 15:3-8 | 402, 403 | | |
| 16:15-21 | 402, 403 | | |
| 18:2-7 | 402, 403 | | |
| 22:1-7 | Calls for speculation, 402, 403, 602 | 22:17-25 | 402, 403, nonresponsive counterdesignation |
| 23:1-11 | Ambiguous, 402, 403, 602 | 22:17-25 | 402, 403 |
| 23:19-24:1 | Lacks foundation, calls for speculation, 402, 403, 602 | 22:17-25 | 402, 403 |
| 24:8-13 | Asked and answered, 402, 403, 602 | 22:17-25 | 402, 403 |
| 25:11-16 | Ambiguous, 402, 403, 602, 701, 702 | | |
| 25:21-26:5 | 402, 403, 901 | 27:17-28:21 | 402, 403, nonresponsive counterdesignation |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 27:12-28:23 | Asked and answered, document speaks for itself, 402, 403, 602, 901 | 27:17-28:21, 29:4-12 | 402, 403, nonresponsive counterdesignation, nonresponsive |
| 27:24-31:19 | Asked and answered, document speaks for itself, misstates testimony, mischaracterizes the document, argumentative, 402, 403, 602, 701, 702, 901 | 27:17-28:21, 29:4-12, 30:12-31:1 | 402, 403, nonresponsive counterdesignation, nonresponsive |
| 31:25-32:25 | Ambiguous, 402, 403, 901 | 32:21-24 | |
| 33:4-34:23 | Asked and answered, ambiguous, 402, 403, 602, 802, 901 | 32:21-24, 33:8-15 | 402, 403, 602, nonresponsive |
| 36:23-37:12 | 402, 403 | 37:13-23 | 402, 403, 602, nonresponsive |
| 38:21-39:15 | Document speaks for itself, 402, 403, 602 | 34:24-35:23 | 402, 403, 602, nonresponsive |
| 40:12-20 | Misstates testimony, 402, 403, 602 | | |
| 41:1-12 | 402, 403, 602 | | |
| 41:16-19 | 402, 403, 602, 901 | | |
| 42:3-17 | 402, 403, 602, 901 | 42:18-25 | 402, 403, nonresponsive |
| 43:15-20 | 402, 403, 602, 901 | 44:4-17, 45:2-12 | 402, 403 |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 46:10-47:16 | Asked and answered, lacks foundation, calls for speculation, 402, 403, 602, 901 | 46:22-47:6, 47:9-16 | |
| 48:20-25 | 402, 403, 602, 901 | 49:1-9 | 402, 403, nonresponsive |
| 49:22-51:3 | Ambiguous, asked and answered, 402, 403, 602, 901 | 51:4-8 | 402, 403 |
| 56:9-58:12 | Ambiguous, lacks foundation, calls for speculation, ambiguous, 402, 403, 602, 901 | 56:16-57:1 | |
| 58:18-21 | 402, 403 | 56:16-57:1 | |
| 60:4-22 | 402, 403, 602, 901 | 60:4-6, 60:23-61:8, 62:22-63:3 | 402, 403, Non responsive |
| 62:10-21 | Lacks foundation, calls for speculation, 402, 403, 602 | 62:22-63:3 | 402, 403, Non responsive |
| 63:24-64:11 | Ambiguous, misstates prior testimony, 402, 403 | | |
| 65:2-66:16 | Asked and answered, 402, 403, 602, 901, | 66:3-9 | |
| 69:3-20 | 402, 403, 802, 901 | 69:21-70:11, 70:17-20, 70:24-71:2 | 402, 403, nonresponsive |
| 71:14-25 | Asked and answered, 402, 403, 802, 901 | 71:10-13 | 402, 403, nonresponsive |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 73:17-74:10 | 402, 403, 901 | 46:19-47:6, 74:11-19, 76:20-77:3 | 402, 403, nonresponsive, nonresponsive counterdesignation |
| 77:18-78:2 | Misstates testimony, 402, 403, 901 | 46:19-47:6, 74:11-19, 76:20-77:3 | 402, 403, nonresponsive, nonresponsive counterdesignation |
| 79:13-81:22 | Asked and answered, document speaks for itself, 402, 403, 901 | 81:1-9, 81:23-82:13 | 402, 403, nonresponsive |
| 84:6-13 | 402, 403, 901 | | |
| 84:20-85:1 | 402, 403, 901 | 85:6-15, 86:5-15 | 402, 403, nonresponsive |
| 85:19-86:10 | Asked and answered, 402, 403, 901 | 85:6-15, 86:5-15 | 402, 403, nonresponsive |
| 89:4-91:8 | Lacks foundation, calls for speculation, 402, 403, 602. 901 | 88:9-21 | 402, 403, misleading |
| 92:6-93:2 | 402, 403, 602. 901 | 88:9-21 | 402, 403, misleading |
| 94:19-97:19 | Lacks foundation, calls for speculation, asked and answered, compound, 402, 403, 602, | 95:19-96:3 | |
| 98:16-99:3 | 402, 403 | | |
| 99:6-24 | Ambiguous, asked and answered, 402, 403 | | |
| 100:5-9 | 402, 403, 901 | 100:5-9, 101:9-16 | 402, 403, nonresponsive |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 100:22-101:8 | 402, 403, 901 | 100:5-9, 101:9-16 | 402, 403, nonresponsive |
| 101:25-103:1 | 402, 403, 901 | 100:5-9, 101:9-16, 102:18-22 | 402, 403, nonresponsive |
| 104:2-9 | 402, 403, 901 | 104:2-9 | |
| 112:1-3 | 402, 403, 701, 702, 901 | 104:2-9, 108:16-24 | Nonresponsive |
| 112:7-114:13 | Document speaks for itself, misstates testimony, 402, 403, 701, 702, 901 | 113:8-15, 114:9-13 | |
| 119:6-121:2 | 402, 403, 611(c), 701 | | |
| 121:15-122:7 | Misstates prior testimony, 402, 403, 611(c) | | |
| 128:3-8 | 402, 403, 701 | 127:16-21, 128: 9-18 | 402, 403, Nonresponsive, nonresponsive counterdesignation |
| 129:15-23 | 402, 403, 404 | | |
| 130:24-133:8 | Misstates testimony, mischaracterizes document, 402, 403, 404 | | |
| 133:20-134:4 | 402, 403, 404 | | |
| 134:18-136:14 | Document speaks for itself, 402, 403,. 404, 701, 702 | 136:15-137:4 | |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 137:10-140:5 | Mischaracterizes document, 402, 403, 404, 701 | 136:15-137:4 | |
| 142:20-23 | Incomplete Q&A | | |
| 143:17-145:10 | Incomplete Q&A, mischaracterizes the document, 402, 403, 404, 701 | | |
| 151:18-152:11 | 403, 404, 701 | | |
| 153:6-12 | Assumes facts not in evidence, 402, 403, 404 | | |
| 154:8-155:20 | 403, 404, 701 | | |
| 156:20-157:21 | 402, 403, 404, 701 | 157:22-158:13, 158:20-159:1 | 402, 403 |
| 159:13-160:1 | Mischaracterizes the document, 402, 403 | | |
| 160:8-25 | 402, 403, 701 | | |
| 161:1-4 | 402, 403, 701 | | |
| 161:9-15 | 402, 403 | | |
| 163:18-164:4 | 402, 403, 404 | | |
| 165:6-166:25 | 402, 403, 404, 701, 702 | | |
| 167:3-8 | 402, 403, 404 | | |
| 168:5-170:19 | Mischaracterizes the document, misstates testimony, 402, 403, 404, 701 | | |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 173:3-25 | Incomplete Q&A, assumes facts not in evidence, 701 | 174:2-10 | 402. 403 |
| 174:17-175:2 | 402, 403, 404, 611(c), 701 | | |
| 175:20-176:22 | 402, 403, 404, 611(c), 701 | | |
| 177:7-178:23 | Mischaracterizes the document, 402, 403, 404, 701 | | |
| 181:1-15 | Incomplete Q&A, assumes facts not in evidence, 402, 403, 404, 701, 702 | 181:16-21 | 402, 403 |
| 183:8-184:23 | Assumes facts not in evidence, 402, 403, 404, 701 | | |
| 188:5-11 | No objection | 188:19-24 | 402, 403 |
| 195:20-196:1 | 402, 403, 404, 407 | | |
| 196:12-197:1 | Misstates testimony, 402, 403 | | |
| 197:11-24 | 402, 403 | | |
| 199:3-203:10 | Misstates testimony, 402, 403, 404, 701, | | |
| 204:12-24 | Argumentative, ambiguous 402, 403, 404, 701 | | |
| 205:5-17 | No objection | | |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 206:9-208:2 | 402, 403, 701 | | |
| 209:12-210:12 | 402, 403, 701 | 211:17-25 | 402, 403, nonrepsonsive |
| 212:18-20 | 402 | | |
| 213:11-214:2 | Incomplete Q&A, 402, 701, 702 | 214:3-5 | 402, 403, nonresponsive |
| 216:3-217:17 | 402, 403, 701, 702 | | |
| 222:11-223:8 | 402, 403, 701, 702 | | |
| 225:1-15 | Incomplete Q&A, 402, 403, 701, 702 | 225:16-24 | 402, 403, nonresponsive, nonresponsive counterdesignation |
| 225:25-226:16 | 402, 403, 701, 702 | | |
| 229:14-20 | 402, 403, 701, 702 | | |
| 231:19-233:13 | 402, 403, 701, 702 | 231:15-18 | 402, 403, nonresponsive, nonresponsive counterdesignation |
| 233:18-234:11 | 402, 403, 701 | | |
| 235:3-236:24 | Document speaks for itself, 402, 403, 701, 702 | | |
| 237:12-239:3 | Document speaks for itself, 402, 403, 701, 702 | | |
| 240:10-241:13 | Asked and answered, argumentative, 402, 403, 701, 702 | | |
| 265:23-266:3 | 402, 701 | | |

| Foster, Matthew (Accenture), 7/9/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 267:5-269:15 | Incomplete Q&A, 402, 403, 701, 702 | 266:24-267:1, 269:16-18 | Counterdesignation is an objection that should not be played for the jury if it is overruled, 402, 403 |
| 269:19-271:11 | 402, 403, 701, 702 | 269:22-24 | |
| 272:16-21 | 402, 403, 701, 702 | 269:22-24, 272:22 | Counterdesignation is an objection that should not be played for the jury if it is overruled |
| 272:24-273:4 | 402, 403, 701, 702 | 269:22-24 | |
| 274:5-10 | 402, 403, 701, 702, incomplete Q&A | 269:22-24, 274:11 | |
| | | | |

| Guyan, G. Victor (Accenture), 8/3/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 15:17-18 | No objection | 15:19-22 | |
| 15:23 - 16:20 | No objection | -- | |
| 18:6-15 | No objection | 18:16-19:13 | 402, 403, 602, nonreposnsive |
| 19:14 - 20:20 | 602 | -- | |
| 23:3-23 | No objection | -- | |
| 24:10-19 | No objection | 25:1-9 | |
| 26:16-18 | 404, 406 | -- | |
| 28:23 - 36:25 | 402, 403, 602, 701 | -- | |
| 37:1 - 51:1 | 402, 403, 602, 701 | 55:10-17 | 402, 403, 602, nonresponsive |
| 67:6-11 | 701 | | |
| 69:21 - 70:11 | 701 | | |
| 71:10 - 73:1 | 701 | 73:2-8 | 402, 403, 602 |
| 76:19 - 81:5 | 402, 403, 602, 701 | -- | |
| 81:11-19 | No objection | -- | |
| 82:19 - 83:23 | 402, 403 | 83:24-84:9 | 402, 403, 602, nonresponsive |
| 84:18 - 85:16 | No objection | -- | |
| 86:15-16 | No objection | -- | |
| 88:8-18 | No objection | 88:19-89:1 | 402, 403, 602 |
| 89:2-20 | No objection | 89:21-90:3 | 402, 403, nonresponsive |
| 90:10-18 | No objection | -- | |
| 91:16-92:10 | No objection | 92:11-92:23 | 402, 403, 602 |

| Guyan, G. Victor (Accenture), 8/3/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 93:9 - 96:18 | 402, 403 | 96:19-98:11 | 402, 403, 602, nonresponsive |
| 98:13-20 | 701 | 98:21-99:2 | 402, 403, nonresponsive |
| 115:5 - 117:10 | 402, 403 | 118:16-119:15 | 402, 403 |
| 122:1 - 126:2 | 701 | 126:3-19 | 402, 403, nonresponsive |
| 127:1-11 | 701 | 127:12-130:5 | 402, 403, 602, nonresponsive |
| 130:8-9 | 701 | 130:10-132:23 | 402, 403, 602, nonresponsive |
| 134:13 - 135:6 | 701 | -- | |
| 139:9-22 | 406, 602 | -- | |
| 141:7 - 145:6 | 602, 701 | -- | |
| 150:23 - 151:5 | No objection | -- | |
| 152:4-8 | No objection | 152:9-20 | 402, 403, 602, nonresponsive |
| 152:21 - 153:9 | Incomplete Q & A | 153:10-154:10 | 402, 403, 602, nonresponsive |
| 157:24 - 163:1 | 602 | 160:8-17 | |
| 167:5-23 | 402, 403 | -- | |
| 172:2-15 | 602 | -- | |
| 173:25 - 175:2 | No objection | 172:16-173:24 | 402, 403, 602, nonresponsive |
| 182:17-19 | No objection | -- | |
| 184:6-8 | No objection | -- | |
| 184:20 - 185:3 | 602 | -- | |
| 185:24 - 186:20 | 602 | -- | |
| 187:23 - 188:23 | 602 | 187:1-22 | |

| Guyan, G. Victor (Accenture), 8/3/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 192:18 - 193:4 | 602, 701 | 192:2-17, 193:5-195:10 | 402, 403, 602, nonresponsive |
| 199:7 - 200:3 | 602 | 200:4-19 | 402, 403, 602, nonresponsive |
| 201:7 - 202:7 | 602 | -- | |
| 207:6 - 209:8 | 402, 403 | 209:24-210:8 | 402, 403, 602, nonresponsive |
| 220:10-14 | No objection | 220:15-221:20 | 402, 403, 602, nonresponsive |
| 225:2 - 226:19 | 602 | -- | |
| 229:1-21 | No objection | 226:20-228:17, 229:22-230:8 | 402, 403, 602, nonresponsive |
| 232:13 - 235:23 | 602, 701 | -- | |
| 247:16 - 252:19 | Incomplete Q &A | 252:20- 253:7 | 402, 403, 602, nonresponsive |
| 293:11-352:3 | 602, 701 | 293:11-352:3 | 402, 403, 602, nonresponsive |
| | | | |

| Hamann, Michael J. (Computer Sciences Corp.), 9/22/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 6:20 - 9:21 | 402, 403 | | |
| 17:22 - 18:16 | 402, 403 | | |
| 20:5-22 | 402, 403, 602, 701 | | |
| 21:18 - 38:13 | 402, 403, 802, foundation, calls for speculation, vague | | |
| 38:14 - 40:20 | 402, 403, 602, 701, 702, foundation, calls for speculation | | |
| 43:12 - 44:15 | 402, 403, 701, 702, foundation, vague, misstates testimony | 44:22-45:8 | 402, 403 |
| 57:1 – 73:16 | 402, 403, 701, 702, vague, leading | | |
| 74:22 - 80:24 | 402, 403, 701, 702, vague, leading | | |
| 86:4 - 89:6 | 402, 403, 701, 702, vague | | |
| 89:20 – 174:23 | 402, 403, 701, 702, vague, incomplete hypothetical, leading | | |
| | | | |

| Hatch, James (Lexis-Nexis ChoicePoint), 8/27/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 11:3 - 12:2 | No objections | | |
| 13:22 - 14:8 | No objections | | |
| 17:5-14 | 402, 403, vague | | |
| 17:21 - 18:1 | 402, 403, vague | | |
| 19:13-16 | 402, 403, compound, vague | | |
| 19:25 - 21:7 | 402, 403, vague | | |
| 21:14 - 23:9 | 402, 403, leading | | |
| 30:1 - 55:11 | 402, 403, speculation, foundation, asked and answered | | |
| 71:11 -75:21 | 402, 403, speculation, foundation, argumentative, leading, vague | | |
| 76:3 - 87:7 | 402, 403, vague, misstates testimony | | |
| 96:1-21 | 701, 702, 402, 403, leading | | |
| | | | |

| **Hoeschen, Wayne (3rd party), 8/5/2009** | | | | |
|---|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** | |
| 14:8 – 58:5 | 402, 403, 602, calls for speculation | | | |
| 14:8 – 14:21 | No objection | | | |
| 58:18 – 83:3 | 402, 403, 602, 701, 702, calls for speculation | 236:14-237:3, 237:8-238:5 | 402, 403, nonresponsive counter-designation | |
| 84:13 – 90:15 | 402, 403, 802 | | | |
| 91:12 – 105:12 | 402, 403, 802 | | | |
| 110:10 – 111:10 | 402, 403 | | | |
| 112:22 – 132:7 | 402, 403, 404, 802 | | | |
| 132:9 – 138:9 | 402, 403 | | | |
| 138:11 – 141:10 | 402, 403 | | | |
| 141:11 – 146:4 | 402, 403, 404, 802 | | | |
| 147:17 – 150:8 | 402, 403, 802 | | | |
| 150:9 | 402, 403, incomplete Q&A | | | |
| 150:9 – 196:22 | 402, 403, 404, 802 | | | |
| 197:7 – 207:8 | 402, 403, 802 | | | |
| 207:9 – 222:14 | 402, 403, 404, 701, 702, 802 | | | |
| 222:17 | 402, 403, incomplete Q&A | | | |
| 222:19 – 234:25 | 402, 403, 802 | | | |

| Hoeschen, Wayne (3rd party), 8/5/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 236:14 – 237:4 | 402, 403, 802 | 237:8-238:5 | 402, 403, nonresponsive counter-designation |
| 237:8-238:1 | 402, 403, 701, 702 | 236:14-237:3, 238:2-5 | 402, 403, nonresponsive counter-designation |
| 238:2 – 238:5 | 402, 403, 701, 702 | 236:14-237:3, 237:8-238:5 | 402, 403, nonresponsive counter-designation |

| Horton, David C. (Lexis-Nexis ChoicePoint), 8/26-27/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 7:15 - 12:25 | No objections | | |
| 13:12-13 | No objections | | |
| 13:20 - 14:16 | No objections | | |
| 17:5 - 20:23 | 402, 403, 602, vague, calls for speculation' foundation | | |
| 21:3 - 44:11 | 402, 403, 602, vague, foundation, calls for speculation | | |
| 44:23 - 57:7 | 402, 403, 701, 702, vague, calls for legal opinion, misstates testimony | | |
| 59:17-25 | 402, 403 | | |
| 61:18 – 73:22 | 402, 403, 701, 702, vague, calls for speculation, leading | | |
| 74:12 - 90:14 | 402, 403, 701, 702, vague, calls for legal opinion, leading | | |
| 90:20 - 92:19 | 402, 403, 701, 702, leading, vague | | |
| 93:21 - 175:21 | 402, 403, 701, 702, leading, vague, compound | | |
| 176:11 - 181:19 | 402, 403, 701, 702, calls for legal opinion, vague, compound | | |

| Horton, David C. (Lexis-Nexis ChoicePoint), 8/26-27/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 181:22 - 194:21 | 402, 403, 701, 702, calls for legal opinion, vague, misstates testimony, compound | | |
| 196:20 - 211:10 | 402, 403, 701, 702, calls for legal opinion, vague, calls for expert opinion | | |
| 211:18 - 213:4 | 402, 403, 701, 702, calls for legal opinion, vague | | |
| 213:7 - 218:3 | 402, 403, 701, 702, calls for legal opinion, vague | | |
| 218:6 - 219:25 | 402, 403, 701, 702, calls for legal opinion, vague, compound | | |
| 220:13 - 223:7 | 402, 403, 701, 702, calls for legal opinion, vague, compound, calls for expert opinion | | |
| 223:11 - 228:2 | 402, 403, 701, 702, calls for legal opinion, vague, compound | | |
| 228:9 - 249:12 | 402, 403, 701, 702, calls for legal opinion, vague, compound, calls for expert opinion | | |

| Horton, David C. (Lexis-Nexis ChoicePoint), 8/26-27/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 253:23 - 270:9 | 402, 403, 701, 702, 602, calls for speculation, vague, compound, calls for legal opinion | | |
| 284:8 - 286:4 | 402, 403, 701, 702, 602, calls for speculation, vague, calls for legal opinion | | |
| 287:16 - 289:6 | 402, 403, 701, 702 | | |
| 295:7 - 296:21 | 402, 403, 701, 702 | | |
| 297:25 - 298:5 | 402, 403, 701, 702 | | |
| 299:13 - 300:14 | 402, 403, 701, 702 | | |
| 324:9 - 326:18 | 402, 403, 701, 702, compound, vague, leading | | |
| 328:20 - 334:16 | 402, 403, 701, 702, vague | | |
| 334:19 - 337:7 | 402, 403, 701, 702, vague | | |
| 337:18 - -339:24 | 402, 403, 701, 702 | | |
| | | | |

| Jackoswki, Michael A. (Allstate Insurance Co.), 10/30/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 9:14-10:17 | No objection | -- | |
| 14:20-17:6 | Incomplete Q&A | 17:7-25 | 402, 403, 404, 602, 802, nonresponsive |
| 18:1-27:10 | No objection | -- | |
| 34:22-35:13 | Vague and ambiguous | 35:14-36:25 | 402, 403, 404, 602, 802, nonresponsive |
| 45:8-12 | No objection | 45:13-20 | 402, 403, 404, 602, 802, nonresponsive |
| 56:5-11 | No objection | 56:15 | 402, 403, 404, 602, 802, nonresponsive |
| 63:21 – 66:4 | No objection | -- | |
| 66:12-13 | Incomplete Q & A, 402 | 66:5-8, 66:14-18 | 402, 403, 404, 602, 802, nonresponsive |
| 67:23-68:4 | Incomplete Q & A, 602 | 68:5-69:5 | 402, 403, 404, 602, 802, nonresponsive |
| 69:6-8 | No objection | -- | |
| 69:16-18 | Incomplete Q & A, 602 | 69:19-70:23 | 402, 403, 404, 602, 802, nonresponsive |
| 70:24-71:4 | Incomplete Q & A, 602 | 71:5-6 | 402, 403, 404, 602, 802, nonresponsive |
| 75:10-77:9 | No objection | -- | |
| 77:14 – 78:10 | 602 | 78:11-25 | 402, 403, 404, 602, 802, nonresponsive |
| 81:20 – 82:11 | 602, lacks proper context | 81:4-19, 82:12-18 | 402, 403, 404, 602, 802, nonresponsive |

| Jackoswki, Michael A. (Allstate Insurance Co.), 10/30/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 84:7-22 | 602, 402, 403 | | |
| 87:23 – 88:7 | 602, 402, 403 | | |
| 89:9 – 92:19 | 602, | 92:20-22 | 402, 403, 404, 602, 802, nonresponsive |
| 96:9 – 97:24 | 402, 403, 602 incomplete hypothetical | 96:18 – 97:24 | 402, 403, 404, 602, 802, nonresponsive |
| 103:3-13 | 402, 403, 602 incomplete hypothetical | 102:7-103:2 | 402, 403, 404, 602, 802, nonresponsive |
| 114:3-25 | 402, 403, 602, calls for speculation and opinion | 105:21-106:10 | 402, 403, 404, 602, 802, nonresponsive |
| 117:20 – 118:2 | 402, 403, 602, calls for speculation and opinion | 105:21-106:10 | 402, 403, 404, 602, 802, nonresponsive |
| 119:13-17 | 602, calls for speculation | 119:20-120:4 | 402, 403, 404, 602, 802, nonresponsive |
| 123:6-16 | 402, 602, calls for speculation | 127:13-20 | 402, 403, 404, 602, 802, nonresponsive |
| 126:12 – 128:20 | 602 | 127:13-20 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| Johnston, Douglas (Applied Systems Inc.), 7/1/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 7:8 - 9:19 | No objection | | |
| 10:19 - 11:17 | Leading | | |
| 13:3-5 | Legal conclusion, vague | | |
| 23:13 - 26:23 | 802, 602, foundation, speculation | | |
| 27:1 - 39:20 | 802, 602, foundation, speculation | | |
| 42:13 - 50:19 | 802, 602, foundation, speculation | | |
| 51:13 - 53:20 | 802, 602, foundation, speculation | | |
| 59:14 - 60:7 | 701, 702, 402, 403, vague | | |
| 60:9 - 101:8 | 701, 702, 602, 402, 403, vague, leading, compound | | |
| 101:17 - 107:1 | 701, 702, 602, 402, 403, vague, leading, foundation | | |
| 107:21-23 | No objections | | |
| 108:9 - 109:3 | 701, 702, 602, 402, 403, foundation, vague, leading | | |
| 109:7 - 111:12 | 701, 702, 402, 403, foundation, vague, leading | | |

| Johnston, Douglas (Applied Systems Inc.), 7/1/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 111:14 - 112:20 | 701, 702, 402, 403, incomplete hypothetical, foundation | | |
| 112:23 - 117:2 | 701, 702, 402, 403, assumes facts, vague, incomplete hypothetical, | | |
| 119:23 - 126:22 | 701, 702, 402, 403, vague, incomplete hypothetical, leading | | |
| 130:13-131:16 | 701, 702, 602, 402, 403, leading, vague | | |
| 142:5-14 | 701, 702, 602, 402, 403 | | |
| 147:7-9 | 402, 403 | | |
| 148:20 - 149:13 | 701, 702, 602, 402, 403 | | |

| Kenner, Nora (GenSource), 6/30/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 12:8 - 33:8 | 402, 403, 701, 702 | | |
| 35:14 - 36:18 | 402, 403, 701, 702, vague | | |
| 42:23 - 60:7 | 402, 403, 701, 702, calls for speculation, vague | | |
| 78:8 - 79:6 | 402, 403, 701, 702, calls for speculation, vague, calls for expert testimony, calls for legal opinion | | |
| 80:15-17 | 402, 403, 701, 702, vague | | |
| 80:19 - 88:23 | 402, 403, 701, 702, incomplete hypothetical, vague, calls for expert testimony, calls for legal opinion | | |
| 89:8-19 | 402, 403, 701, 702, vague, lacks foundation | | |
| 90:5 – 93:24 | 402, 403, 701, 702, vague, calls for expert opinion, calls for legal opinion | | |
| 94:15 - 95:22 | 402, 403, 701, 702, incomplete hypothetical, vague | | |
| 97:13-2 | 402, 403, improper designation | | |
| 107:4-24 | 402, 403, 701, 703 | | |

| Kenner, Nora (GenSource), 6/30/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| | | | |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 9:18-21 | No objection. | | |
| 11:13-22 | 402, 403 | | |
| 27:10-16 | 402, 403 | | |
| 42:3-10 | 402, 403, 602 | | |
| 44:23-45:12 | Misstates prior testimony, ambiguous, lacks foundation, 402, 403 | 44:14-47:15 | 402, 403, 404, 602, 802, nonresponsive |
| 45:12-23 | Misstates prior testimony, ambiguous, lacks foundation, 402, 403 | 44:14-47:15 | 402, 403, 404, 602, 802, nonresponsive |
| 47:16-22 | Asked and answered, 402, 403, 602 | | |
| 54:7-55:6 | 402, 403, 602, 901, | 51:3-24 | 402, 403, 404, 602, 802, nonresponsive |
| 70:8-22 | Ambiguous, 402, 403 | | |
| 73:14-74:20 | Ambiguous, 402, 403 | | |
| 78:12-79:14 | Document speaks for itself, 402, 403, 802 | 74:21-77:12 | 402, 403, 404, 602, 802, nonresponsive |
| 105:16-21 | 402, 403 | | |
| 128:5-129:15 | 402, 403, incomplete answer | 128:5-129:16 | 402, 403, 404, 602, 802, nonresponsive |
| 129:17-130:2 | 402, 403, 602 | 130:3-7 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 130:8-133:3 | Asked and answered, ambiguous, 402, 403, 602, 802 | 133:24-134:11 | 402, 403, 404, 602, 802, nonresponsive |
| 134:12-135:25 | Mischaracterizes documents, 402, 403, 602, 701, 802, 1002 | 137:25-138:11 | 402, 403, 404, 602, 802, nonresponsive |
| 138:18-140:19 | Speculation, asked and answered, calls for speculation, calls for legal conclusion, 402, 403, 602, 901 | 137:25-138:11, 140:20-23 | 402, 403, 404, 602, 802, nonresponsive |
| 141:5-144:16 | Lacks foundation, calls for speculation, calls for legal conclusion, assumes facts, 402, 403, 602, 701, 702, 901, 1002 | 145:16-146:2, 147:13-148:1 | 402, 403, 404, 602, 802, nonresponsive |
| 145:6-15 | Assumes facts, calls for legal conclusion, calls for speculation, 402, 403, 602, 701, 702 | 145:16-146:2, 147:13-148:1 | 402, 403, 404, 602, 802, nonresponsive |
| 148:2-12 | Asked and answered, 402, 403, 602, 701, 702 | 145:16-146:2, 147:13-148:1 | 402, 403, 404, 602, 802, nonresponsive |
| 149:11-150:9 | Lacks foundation, calls for speculation, document speaks for itself, 402, 403, 602, 901,802, 1002 | 150:10-20, 151:12-152:2 | 402, 403, 404, 602, 802, nonresponsive |
| 151:12-20 | Document speaks for itself, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 151:12-152:2 | 402, 403, 404, 602, 802, nonresponsive |

| **Kowshik, Ramkumar (Accenture), 8/19/2009** | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 152:8-153:23 | Lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 802, 901, 1002 | 152:3-17 | 402, 403, 404, 602, 802, nonresponsive |
| 154:11-23 | Document speaks for itself, lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901, 1002 | 153:24-154:9 | 402, 403, 404, 602, 802, nonresponsive |
| 155:5-156:1 | Document speaks for itself, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901, 1002 | 154:24-155:10, 155:16-157:14 | 402, 403, 404, 602, 802, nonresponsive |
| 157:3-14 | Document speaks for itself, lacks foundation, calls for speculation, 402, 403, 602, 701, 702, 901, 1002 | 157:15-158:21 | 402, 403, 404, 602, 802, nonresponsive |
| 157:21-158:21 | Lacks foundation, calls for speculation, document speaks for itself, calls for legal conclusion, 402, 403, 602, 701, 702, 901, 1002 | 157:15-158:21 | 402, 403, 404, 602, 802, nonresponsive |
| 159:1-6 | 402, 403, 602, 901, 1002 | 158:22-159:6 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 161:14-163:2 | Lacks foundation, calls for speculation, document speaks for itself, calls for legal conclusion, 402, 403, 602, 802, 901, 1002 | 161:9-24, 162:5-15 | 402, 403, 404, 602, 802, nonresponsive |
| 164:3-165:3 | Lacks foundation, calls for speculation, calls for legal conclusion, asked and answered, 402, 403, 602, 701, 702 | 164:3-165:3 | 402, 403, 404, 602, 802, nonresponsive |
| 166:4-8 | Incomplete Q&A, 402, 403, 602 | 165:23-166:8, 166:24-167:17 | 402, 403, 404, 602, 802, nonresponsive |
| 167:14-17 | 402, 403 | 166:24-167:17 | 402, 403, 404, 602, 802, nonresponsive |
| 167:20-23 | 402, 403 | | |
| 169:11-172:2 | Document speaks for itself, misstates testimony, lacks foundation, calls for speculation, 402, 403, 602, 802, 901 | 169:11-172:25 | 402, 403, 404, 602, 802, nonresponsive |
| 173:1-12 | Document speaks for itself, calls for speculation, lacks foundation, 402, 403, 602, 802, 901 | 169:11-172:25 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 173:25-175:22 | Document speaks for itself, calls for speculation, lacks foundation, calls for legal conclusion, misstates testimony, 402, 403, 602, 701, 702, 802, 901 | 169:11-172:25, 175:23-176:3 | 402, 403, 404, 602, 802, nonresponsive |
| 176:4-177:23 | Assumes facts, lacks foundation, calls for speculation, calls for legal conclusion, asked and answered, 402, 403, 602, 701, 702 | 175:23-176:3 | 402, 403, 404, 602, 802, nonresponsive |
| 181:20-182:10 | Assumes facts, lacks foundation, calls for speculation, 402, 403, 701 | | |
| 184:24-186:17 | Document speaks for itself, misstates testimony, lacks foundation, calls for speculation, calls for legal conclusion, assumes facts, 402, 403, 602, 701, 702, 901 | 169:11-172:25, 182:17-184:23, 186:18-187:4 | 402, 403, 404, 602, 802, nonresponsive |
| 187:5-188:11 | Lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, incomplete Q&A | 187:5-22 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 191:10-23 | Calls for legal conclusion, lacks foundation, calls for speculation, 402, 403, 602, 701, 702, incomplete Q&A | | |
| 192:17-193:5 | Asked and answered, calls for legal conclusion, calls for speculation, lacks foundation, 402, 403, 602, 701, 702 | | |
| 193:13-20 | 402, 403, 602, 901, incomplete Q&A | 193:13-194:12 | 402, 403, 404, 602, 802, nonresponsive |
| 198:21-199:3 | Lacks foundation, calls for speculation, 402, 403, 602, 901 | 169:6-19, 193:13-194:12 | 402, 403, 404, 602, 802, nonresponsive |
| 199:17-25 | 402, 403, 602, 901 | 199:11-25, 207:11-209:9, 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |
| 200:16-23 | Lacks foundation, calls for speculation, 402, 403, 602, 901 | 199:11-25, 202:9-22, 207:11-209:9, 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |
| 200:24-202:8 | Lacks foundation, calls for speculation, 402, 403, 602, 901 | 199:11-25, 207:11-209:9, 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |
| 205:2-206:14 | Document speaks for itself, lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 199:11-25, 207:11-209:9, 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 207:3-10 | Document speaks for itself, lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 199:11-25, 207:11-209:9, 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |
| 209:17-210:23 | Lacks foundation, calls for speculation, argumentative, 402, 403 | 211:7-21 | 402, 403, 404, 602, 802, nonresponsive |
| 212:12-2:13:9 | Misstates prior testimony, assumes facts, 402, 403 | | |
| 215:15-216:6 | 402, 403, 602, 901 | 215:15-216:21 | 402, 403, 404, 602, 802, nonresponsive |
| 217:10-24 | 402, 403, 602, 901 | 217:4-24 | |
| 219:2-220:20 | Document speaks for itself, 402, 403, 602, 901 | 169:11-172:25 | 402, 403, 404, 602, 802, nonresponsive |
| 220:23-223:9 | Document speaks for itself, ambiguous, misstates prior testimony, 402, 403, 602, 701, 702, 802, 901 | 169:11-172:25 | 402, 403, 404, 602, 802, nonresponsive |
| 223:14-224:12 | Lacks foundation, calls for speculation, ambiguous, 402, 403, 602, 901 | 223:11-20 | 402, 403, 404, 602, 802, nonresponsive |

| Kowshik, Ramkumar (Accenture), 8/19/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 224:16-227:14 | Document speaks for itself, lacks foundation, calls for speculation, assumes facts, calls for legal conclusion, 402, 403, ,602, 701, 702, 901 | 224:13-19, 225:9-226:2, 227:2-14 | 402, 403, 404, 602, 802, nonresponsive |
| 228:1-3 | 402, 403 | | |
| 228:13-21 | Lacks foundation, calls for speculation, 402, 403, 602 | | |
| 229:10-25 | 402, 403, 602, 802, 901 | 229:10-13 | 402, 403, 404, 602, 802, nonresponsive |
| 230:3-232:4 | Document speaks for itself, lacks foundation, calls for speculation, misstates testimony, 402, 403, 602, 802, 901 | 229:10-13, 230:1-2, 231:17-232:4 | 402, 403, 404, 602, 802, nonresponsive |
| 232:14-234:20 | Document speaks for itself, 402, 403, 602, 901 | 232:9-22 | 402, 403, 404, 602, 802, nonresponsive |
| 234:21-235:7 | 402, 403, 602, 901 | 232:9-22 | 402, 403, 404, 602, 802, nonresponsive |
| 237:21-238:7 | Lacks foundation, calls for speculation, calls for legal conclusion, 402, 403, 602, 701, 702, 901 | 232:9-22 | 402, 403, 404, 602, 802, nonresponsive |
| 249:16-250:19 | Asked and answered, lacks foundation, calls for speculation, 402, 403, 404 | 247:11-250:19 | 402, 403, 404, 602, 802, nonresponsive |

| Kraft, Terry (Fiserv), 6/23/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 6:14 - 15:21 | 402, 403 | | |
| 30:14 - 36:5 | 402, 403 | | |
| 59:5 - 65:11 | 402, 403 | | |
| 68:19-25 | 402, 403, 701, 702 | | |
| 69:18 - 106:7 | 402, 403, 701, 702 | | |
| 78:11 - 79:9 | 402, 403, 701, 702 | | |
| 106:19 - 107:11 | 402, 403, 701, 702 | | |
| 108:13 - 145:9 | 402, 403, 701, 702, 802, vague | | |
| 149:6-9 | 402, 403, incomplete Q&A | | |
| 146:11 - 149:5 | 402, 403, 701, 702 | | |
| 149:22 - 150:6 | 402, 403, 701, 702 | | |
| 156:10 - 158:8 | 402, 403, 701, 702 | | |
| 158:12 - 174:17 | 402, 403, 701, 702, calls for legal opinion, calls for speculation, vague | | |
| 184:3 - 194:21 | 402, 403, 701, 702 | 186:18-187:11 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| Lucarini, Michael A. (Accenture), 6/23/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 5:15-16 | No objection | | |
| 6:11-20 | No objection | | |
| 7:25 - 8:4 | No objection | | |
| 8:20 - 9:1 | No objection | | |
| 12:25 - 14:4 | 701 | | |
| 15:25 - 17:6 | 701, | | |
| 24:2 - 26:12 | Ambiguous as to time, 701 | | |
| 32:25 - 58:22 | Misstates testimony, mischaracterizes the document, 701, 802, 901 | | |
| 63:16 - 64:25 | 701 | | |
| 80:19-25 | No objection | | |
| 82:9 - 83:3 | 701 | 81:18-82:8, 83:4-83:18 | 402, 403, 404, 602, 802, nonresponsive |
| 84:9 - 89:17 | Document speaks for itself, 701 | | |
| 91:19-21 | No objection | | |
| 92:17 - 96:18 | Assumes facts not in evidence, document speaks for itself, 701, 802, 901 | 91:13-18 | 402, 403, 404, 602, 802, nonresponsive |
| 97:7-20 | No objection | | |

| Lucarini, Michael A. (Accenture), 6/23/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 99:14 - 101:3 | 701, 901 | 97:7-10 | 402, 403, 404, 602, 802, nonresponsive |
| 103:2 - 104:12 | 701, 901 | | |
| 105:11 - 107:21 | 701 | | |
| 122:16-22 | No objection | | |
| 136:16 - 138:7 | 701 | 126:12-15, 135:24-136:15 | 402, 403, 404, 602, 802, nonresponsive |
| 153:2 - 166:5 | 701, 802 | | |
| 182:15-17 | No objection | | |
| 182:24 - 183:22 | 402, 403 | 181:24-182:6, 183:23-184:11, 185:2-6, 185:11-14 | 402, 403, 404, 602, 802, nonresponsive |
| 189:21 - 192:21 | 403, 702 | 189:3-189:20, 192:22-193:2 | 402, 403, 404, 602, 802, nonresponsive |
| 194:9 - 199:22 | 602, 701, 802, 901 | | |
| 200:15 - 202:23 | 701, 802, 901 | | |
| 205:11 - 206:6 | 403, 701, 702, 802 | | |
| 206:17 - 207:6 | 403, 802 | | |
| 208:24 - 211:16 | 403, 802 | | |
| 214:7 - 216:23 | 403, 802 | 217:20-218:2 | 402, 403, 404, 602, 802, nonresponsive |
| 219:19-21 | 402, 403 | | |

| Lucarini, Michael A. (Accenture), 6/23/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 220:16 - 228:25 | Misstates testimony, argumentative, 701 | | |
| 229:14 - 232:20 | Argumentative, 701 | | |
| 233:7 - 238:2 | 402, 403, 701, 802 | | |
| 238:12 - 241:13 | 701, 702 | | |
| 242:22 - 243:11 | 701, 901 | | |
| 245:16-19 | 701, 901 | | |
| 292:18 - 294:9 | 702, 701 | | |
| | | | |

| Michaels, Nicole K., (Accenture), 7/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 4:17-24 | No objection. | | |
| 9:4-7 | No objection. | 8:25-9:3 | 402, 403, 404, 602, 802, nonresponsive |
| 76:4-10 | 402, 403, 602, 901 | 76:4-10, 77:6-21 | 402, 403, 404, 602, 802, nonresponsive |
| 77:6 - 78:19 | Calls for speculation, 402, 403, 602, 901 | 76:4-10, 77:6-21, 78:20-79:13, 81:16-83:16 | 402, 403, 404, 602, 802, nonresponsive |
| 118:2 - 119:3 | Lacks foundation, 402, 403, 602 | 116:24-117:25 | 402, 403, 404, 602, 802, nonresponsive |
| 144:21 - 146:7 | 402, 403, 802 | 146:8-25 | 402, 403, 404, 602, 802, nonresponsive |
| 150:14 - 156:10 | Lacks foundation, calls for speculation, ambiguous, misstates prior testimony, 402, 403, 404, 602 | 156:11-157:12 | 402, 403, 404, 602, 802, nonresponsive |
| 160:1 - 163:20 | Ambiguous, 402, 403, 404, 602, 701, 702 | 159:25-160:20, 161:22-162:14, 163:21-165:3 | 402, 403, 404, 602, 802, nonresponsive |
| 166:12-16 | 402, 403, 602, 901 | 166:12-167:20 | 402, 403, 404, 602, 802, nonresponsive |
| 168:8 - 169:7 | 402, 403, 404, 602, 901 | 163:9-165:3, 166:12-167:20 | 402, 403, 404, 602, 802, nonresponsive |
| 171:3 - 173:19 | Incomplete Q&A, calls for speculation, lacks foundation, 402, 403, 404, 602 | 174:2-11 | 402, 403, 404, 602, 802, nonresponsive |

| Michaels, Nicole K., (Accenture), 7/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 175:8 - 176:17 | 402, 403, 404, 602 | 175:17-176:17 | 402, 403, 404, 602, 802, nonresponsive |
| 178:15-21 | 402, 403 | | |
| 182:20 - 184:15 | Lacks foundation, calls for speculation, 402, 403, 602, 802 | 184:16-24 | 402, 403, 404, 602, 802, nonresponsive |
| 203:2 - 213:23 | Document speaks for itself, calls for speculation, calls for legal conclusion, ambiguous, lacks foundation 402, 403, 404, 602, 701, 702, 901 | 206:10-17 | 402, 403, 404, 602, 802, nonresponsive |
| 216:14 - 217:21 | 403, 404 | | |
| 218:19 - 232:17 | Document speaks for itself, lacks foundation, calls for speculation, misstates prior testimony, ambiguous, 402, 403, 404, 602, 802, 901 | 218:19-219:7, 221:23-222:17, 223:12-224:3, 226:12-227:19, 232:18-19 | 402, 403, 404, 602, 802, nonresponsive |
| 233:27 - 246:20 | Incomplete Q&A, asked and answered, ambiguous, lacks foundation, calls for speculation, calls for legal conclusion, misstates prior testimony, 402, 403, 602, 701, 702 | 234:24-235:16, 244:20-245:12 | 402, 403, 404, 602, 802, nonresponsive |
| 252:10 - 255:20 | Document speaks for itself, 402, 403, 602, 901 | 255:4-15, 255:21-256:7 | 402, 403, 404, 602, 802, nonresponsive |

| Michaels, Nicole K., (Accenture), 7/15/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 260:7 - 268:5 | Document speaks for itself, mischaracterizes the document, misstates prior testimony, calls for speculation, 402, 403, 602, 901 | 267:10-15, 268:6-16 | 402, 403, 404, 602, 802, nonresponsive |
| 269:14-17 | 403 | | |
| 277:25 - 278:25 | Document speaks for itself, lacks foundation, calls for speculation, 402, 403, 602 | | |
| 289:18 - 291:25 | Lacks foundation, calls for speculation, ambiguous, document speaks for itself, misstates prior testimony, 402, 403, 404, 602 | | |
| 294:4-22 | Misstates prior testimony, lacks foundation, calls for speculation, 402, 403, 602, 901 | 292:13-15, 294:13-16 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |
| | | | |
| | | | |
| | | | |

| Richards, Marc V. (Brinks Hofer), 6/10/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 32:12 - 36:16 | 701, 602, 802, 901 | | |
| 46:12 - 58:1 | Document speaks for itself, vague, 802, 901, 702 | | |
| 64:22 - 82:21 | Vague, argumentative, document speaks for itself, 701, 702, 802, 901 | | |
| 82:23 - 83:2 | 701, 702 | 83:3-8 | 402, 403, 404, 602, 802, nonresponsive |
| 83:9 – 83:9 | No objection | | |
| 84:4-17 | 403 | | |
| 85:6-8 | 701 | 85:9-13 | 402, 403, 404, 602, 802, nonresponsive |
| 85:14 – 85:14 | No objection | | |
| 86:8-12 | 701, 403 | 86:13-14 | 402, 403, 404, 602, 802, nonresponsive |
| 86:15 – 86:15 | No objection | | |
| 89:23 - 91:24 | No objection | | |
| 95:7-12 | 402, 403 | | |
| 95:17-19 | 402, 403 | | |
| 96:2-5 | 701, 702 | 96:6-9 | 402, 403, 404, 602, 802, nonresponsive |
| 96:10-11 | 402, 403 | | |

| Richards, Marc V. (Brinks Hofer), 6/10/2009 | | | |
|---|---|---|---|
| Guidewire Designation (Page/line) | Accenture's Objections | Accenture's Counter-Designation (Page/line) | Guidewire's Objections to Accenture's Counter-Designation |
| 96:19-24 | 701, 702 | 97:1-3 | 402, 403, 404, 602, 802, nonresponsive |
| 97:4-8 | 402, 403 | | |
| 97:13-16 | 701, 702 | 97:17-19 | 402, 403, 404, 602, 802, nonresponsive |
| 97:20 - 98:1 | 402, 403 | | |
| 98:3-6 | 701, 702, 602 | 98:7-8 | 402, 403, 404, 602, 802, nonresponsive |
| 98:9 – 98:9 | No objection | | |
| 99:24 - 100:5 | Vague, 701, 702 | 100:5-10 | 402, 403, 404, 602, 802, nonresponsive |
| 100:11 – 100:11 | No objection | | |
| 101:8-13 | Asked and answered, 701, 702 | 101:14-15 | 402, 403, 404, 602, 802, nonresponsive |
| 101:16-17 | 402, 403 | | |
| 103:11-15 | 602, 802, 901, 701, 702 | 101:24-102:9, 103:16-19 | 402, 403, 404, 602, 802, nonresponsive |
| 103:20-24 | 402, 403 | | |
| 104:11-14 | 701, 702, 602 | 104:15-18 | 402, 403, 404, 602, 802, nonresponsive |
| 104:19-20 | 402, 403 | | |
| 105:1-4 | 701, 702, 602 | 105:5-9 | 402, 403, 404, 602, 802, nonresponsive |
| 105:10-11 | 402, 403 | | |

| Richards, Marc V. (Brinks Hofer), 6/10/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 106:2-6 | 701, 702, 602 | 106:7 | 402, 403, 404, 602, 802, nonresponsive |
| 106:8-9 | 402, 403 | | |
| 106:14-20 | 802, 901 | 106:21-107:4 | 402, 403, 404, 602, 802, nonresponsive |
| 107:7-10 | Vague, 701, 702, 602 | 107:11-16 | 402, 403, 404, 602, 802, nonresponsive |
| 107:17-19 | No objection | | |
| 107:24 - 108:6 | Vague, 701, 702, 602 | 108:7 | 402, 403, 404, 602, 802, nonresponsive |
| 108:8-11 | 402, 403 | | |
| 108:16-24 | 701, 702, 402, 403 | | |
| 110:7-10 | 402, 403 | 110:11-15 | 402, 403, 404, 602, 802, nonresponsive |
| 110:16-19 | 402, 403 | | |
| 110:21-24 | 402, 403 | 111:1-6 | 402, 403, 404, 602, 802, nonresponsive |
| 111:7-9 | 402, 403 | | |
| 111:14-18 | 402, 403 | 111:19 | 402, 403, 404, 602, 802, nonresponsive |
| 111:20-24 | 402, 403 | | |
| 112:5-9 | Vague, 701, 403, 602 | 112:10-16 | 402, 403, 404, 602, 802, nonresponsive |
| 112:17-21 | 402, 403 | | |

| Richards, Marc V. (Brinks Hofer), 6/10/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 113:2-9 | Vague, 701, 403, 602 | 113:10-13 | 402, 403, 404, 602, 802, nonresponsive |
| 113:14-20 | 402, 403 | | |
| 121:18 – 127:11 | Vague, incomplete hypothetical, 602, 802, 901 | | |
| 127:13 – 147:22 | Vague, 802, 901 | | |
| 148:2 – 157:7 | 802, 901 | | |
| | | | |

| Seybold, John (Guidewire), 7/24/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 248:2-249:15 | No objection | | |
| 266:18-269:7 | No objection | | |
| | | | |

| Schoeneck, Richard C. (Accenture), 4/21/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 4:8-12 | No objection | | |
| 5:12 - 6:7 | No objection | | |
| 19:11 - 20:11 | No objection | | |
| 81:4 - 84:1 | 402, 403, vague, calls for speculation. | 81:16, 82:1, 82:14, 82:22-23, 83:15, 83:23 | 402, 403, 404, 602, 802, nonresponsive |
| 140:11 - 160:15 | 402, 403, vague, calls for speculation, compound, argumentative, lacks foundation | 141:5, 146:18, 146:23, 147:10, 148:7, 148:11, 151:1, 152:13, 153:4, 153:13, 153:20, 155:8, 156:5, 156:17: 157:13, 157:23-24 159:22 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| Small, Diana C (3rd Party), 9/16/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 116:8-22 | 402, 403, lacks foundation | 116:23-24 | 402, 403, 404, 602, 802, nonresponsive |
| 117:4-118:11 | 402, 403 | | |
| 118:24-119:13 | 402, 403 | | |
| 132:15-133:9 | 402, 403, 404, 701, 702 | | |
| 139:8-140:13 | No objection | 138:23-139:2 | 402, 403, 404, 602, 802, nonresponsive |
| 149:11-150:6 | 402, 403 | | |
| 157:20-158:5 | 701, 702 | 158:18-21 | 402, 403, 404, 602, 802, nonresponsive |
| 226:8-22 | Improper designation | | |

| Stern, Amy N. (Accenture), 9/17/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 6:18-19 | No objection | | |
| 14:12 - 19:8 | 701, 702, vague, calls for opinionand legal conclusion | 16:24-25, 17:5, 17:12, 17:22-23, 18:2, 18:14, 18:21-22, 19:2, 19:8 | 402, 403, 404, 602, 802, nonresponsive |
| 19:17 - 21:11 | 403, 701, 702, vague, calls for opinion and legal conclusion, lacks foundation, calls for speculation, misstates the testimony | 19:20, 20:9-10, 20:19, 21:6-7 | 402, 403, 404, 602, 802, nonresponsive |
| 39:8 - 41:2 | 402, 403, 701, 702, calls for legal conclusion and expert testimony | 39:12-13, 39:25-40:1, 40:24-25 | 402, 403, 404, 602, 802, nonresponsive |
| 42:21 - 43:6 | 402, 403, vague, lacks foundation | 43:5 | 402, 403, 404, 602, 802, nonresponsive |
| 46:8-17 | 402, 403, vague, calls for speculation | 46:10, 46:15-16 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| Sutcliff, Michael (Accenture), 9/17/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 120:6 - 127:10 | 701, 702, lacks foundation, mischaracterizes document, compound, calls for legal conclusion, calls for speculation, incomplete hypothetical | 123:23-24, 124:22-24, 125:6, 125:15, 125:17-126:16, 126:23-24, 127:8-9 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| West, Jeffery (Former Guidewire employee), 11/19/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 80:3-9 | 402, 403 | -- | |
| 80:15 | 402, 403 | -- | |
| 80:17-22 | 402, 403 | -- | |
| 80:24 - 81:6 | 402, 403, Move to strike 81:4-5 as it is not a question | -- | |
| 81:9 - 93:5 | 402, 403, speculative | 86:1- 18 | 402, 403, 404, 602, 802, nonresponsive |
| 93:25 - 94:11 | No objection | -- | |
| 94:13 - 98:18 | 402, 403, 602, | 98:3-10 | 402, 403, 404, 602, 802, nonresponsive |
| 98:20 - 99:7 | No objection | -- | |
| | | | |

| Wheeler, Randy M. (Valley Oaks Systems), 7/31/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 7:14 - 24:1 | 402, 403, vague | | |
| 25:2-4 | 402, 403, vague | | |
| 27:19 – 30:25 | 402, 403, 701, 702, leading | | |
| 31:1 - 32:25 | 402, 403, 701, 702 | 33:10-22 | 402, 403, 404, 602, 802, nonresponsive |
| 34:8 - 35:16 | 402, 403, 701, 702, vague | | |
| 36:13 - 37:5 | 402, 403, 701, 702 | 43:4-44:9 | 402, 403, 404, 602, 802, nonresponsive |
| 38:8 - 40:9 | 402, 403, 701, 702 | 43:4-44:9 | 402, 403, 404, 602, 802, nonresponsive |
| 69:21 - 78:22 | 402, 403, 602, 701, 702, lacks foundation, calls for speculation | | |
| 88:4 - 94:21 | 402, 403, 701, 702 | 94:22-95:12, 150:10-151:9 | 402, 403, 404, 602, 802, nonresponsive |
| 96:24 - 100:1 | 402, 403, 701, 702 | | |
| 100:21 - 107:15 | 402, 403, 701, 702, vague | 104:5-105:15 | 402, 403, 404, 602, 802, nonresponsive |
| 109:21 - 112:13 | 402, 403, 701, 702 | 150:10-151:9 | 402, 403, 404, 602, 802, nonresponsive |
| 116:10 - 118:11 | 402, 403, 701, 702 | | |
| 118:14 – 124:5 | 402, 403, 701, 702 | | |
| 123:11-18 | 402, 403, 701, 702 | 150:10-151:9 | 402, 403, 404, 602, 802, nonresponsive |

| Wheeler, Randy M. (Valley Oaks Systems), 7/31/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 128:12-25 | 402, 403, 701, 702 | | |
| 129:3-16 | 402, 403, 701, 702 | | |
| 130:14 - 134:16 | 402, 403, 701, 702 | | |
| 139:2 - 141:22 | 402, 403, 701, 702 | | |
| 151:13 - 157:14 | 402, 403, 701, 702 | 150:10-151:9 | 402, 403, 404, 602, 802, nonresponsive |
| 159:4 - 160:17 | 402, 403, 701, 702 | 150:10-151:9 | 402, 403, 404, 602, 802, nonresponsive |
| | | | |

| Won, Ben (RVOS), 11/18/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 66:21-67:6 | No objection | | |
| 71:1-8 | Compound | | |
| 71:14-74:25 | Document speaks for itself, 701 | 89:16-19, 89:23-90:20 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 75:3 | 701, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 75:5-9 | Compound, 701, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 75:16-20 | 701, 702, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 75:23-76:6 | Compound, 701, 702, 404, 602 | 87:17-88:4, 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 76:9-12 | Compound, 701, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 76: 15 | 701, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |

| Won, Ben (RVOS), 11/18/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 77:1-12 | Compound, 702 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 77:15-19 | 701, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 77:21-78:2 | Compound, 702, 404 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 78:5-15 | Compound, 701, 702, 602 | | |
| 78:18-23 | Compound, 701, 702, 602, 404 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 79:2-80:10 | 702, 404 | 92:11-16 | 402, 403, 404, vague and ambiguous, leading |
| 80:13-22 | 701, 702, 602, 404 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 81:1-6 | 701, 702, 602 | 87:17-88:4, 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |

| Won, Ben (RVOS), 11/18/2009 | | | |
|---|---|---|---|
| **Guidewire Designation (Page/line)** | **Accenture's Objections** | **Accenture's Counter-Designation (Page/line)** | **Guidewire's Objections to Accenture's Counter-Designation** |
| 81:12-17 | 701, 702, 602 | 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 81:19-82:3 | 701, 702, 602 | 87:17-88:4, 89:16-19, 89:23-90:20, 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 82:6-14 | 701, 702, 602 | 89:1-8, 92:11-16 | 402, 403, 404, vague and ambiguous, leading, 704 |
| 82:17 | 701, 403 | | |
| 83:12-14 | 402, 403 | | |
| 83:17-84:8 | 402, 403 | | |
| 84:11-17 | Compound, 701, 602, 402, 403 | | |
| 84:19 | Compound, 701, 602, 402, 403 | | |
| 84:25-86:9 | 402, 403 | | |
| 86:11-24 | 402, 403 | | |
| 111:9-120:5 | 402, 403 | | |