# SCHEDULE G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# SCHEDULE K1

INTERNET ARCHIVE

www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located at the Presidio of San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive is affiliated with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 150 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can type in a URL (i.e., a website address), select a date range, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the originally requested page.

4. The Internet Archive receives data from third parties who compile the data by using software programs known as crawlers that surf the Web and automatically store copies of website files at certain points in time as they existed at that point in time. This data is donated to the Internet Archive, which preserves and provides access to it.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files archived from the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 2/10/10

Christopher Butler

## CALIFORNIA JURAT

State of : California

County of: SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me

this 10 (Date) day of February (Month), 2010 (Year), by

(1) CHRISTOPHER SCOTT BUTLER
Name of Signer (s)

(2) ============
Name of Signer (s)

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal

[signature]
Signature of Notary Public

DMITRIY GLAZER
COMM. # 1854601
NOTARY PUBLIC - CALIFORNIA
CITY AND COUNTY OF SAN FRANCISCO
MY COMM. EXP. JUN. 29, 2013

(Notary Seal)

**OPTIONAL INFORMATION**

Information below is NOT required by law however may deter fraudulent removal of this form.

| Description of Attached Document | Right Thumbprint of Signer | Capacity Claimed by Signer(s) | Right Thumbprint of Signer |
|---|---|---|---|
| Number of Pages 1<br>Document Date: 02/10/2010<br><br>AFFIDAVIT OF CHRISTOPHER BUTLER<br>Title or type of document<br><br>Additional information | | ☐ Individual(s)<br>☐ Corporate Officer<br>________<br>☐ Partner<br>☐ Attorney-in-Fact<br>☐ Trustee(s)<br>☐ Other ________ | |

# Exhibit A

http://web.archive.org/web/20041214232022/www.guidewire.com/pdfs/Improving_Performance_with_CC.pdf

# Improving Claims Performance with Guidewire ClaimCenter

Guidewire Software

October 2003

Guidewire

## Table of Contents


Executive Summary 2
Central Claims Requirements 3
The Claims Systems Landscape Today 4
- Traditional claims systems 4
- Expert (point) systems 4
- Workflow and imaging tools 5

Guidewire ClaimCenter 6
- The rules-driven claim process 6
- Tailored to your business 7
- Fitting into the systems environment 8

ClaimCenter Value 9
- Notification and assignment 9
- Investigation 9
- Evaluation 10
- Negotiation and settlement 10
- Recovery 11
- Review 11

About Guidewire Software 11



Copyright © Guidewire Software. All Rights Reserved.

## Executive Summary

Any insurance carrier's financial performance depends heavily on its claims organization. However, claims departments have too often been overlooked and underequipped, lacking the tools they need to adapt to changing business conditions and improve performance.

Across the property and casualty insurance industry, the opportunity for improvement in claims is enormous. Leading insurers have long been aware of loss leakage, or excess indemnity payments, which Guidewire estimates at 6-10% of net premiums written (NPW). In addition, LAE (loss adjustment expense) leakage – wasted adjuster time, excessive legal bills, etc. – accounts for another 1-4% of NPW.[1] Combined, these represent a tremendous opportunity to improve any carrier's profitability. But still, carriers have had limited success in actually reducing leakage.

The hard part is not identifying how to improve the claims operation; every claims executive can think of initiatives and process changes that could have a material impact on performance. The challenge lies in actually changing the way claims are handled on the front lines. Typically, corporate policies are inconsistently applied, adjusters are bogged down with low-value tasks, expert resources are applied haphazardly, and new adjusters receive insufficient guidance– all root causes of leakage.

Existing claims systems provide little or no help in improving the claim process. These legacy systems, with their cryptic, text-based interfaces, were designed solely to store information and process financial transactions, leave the critical judgments and activities of claim handling entirely up to the adjuster's unassisted judgment.

Guidewire ClaimCenter is an end-to-end, web-based claims system, for all lines of business, designed specifically to fill this gap. In addition to the core information management and transaction processing features of any claims system, ClaimCenter provides rules-driven control over the entire claim lifecycle. The system tailors the claim process to each individual claim and monitors the operation to eliminate the errors that cause leakage. And ClaimCenter can be configured to the unique claim handling workflow of any insurance carrier.

ClaimCenter creates value by guiding adjusters to focus on the right activities and make the right decisions; by coordinating activities among multiple handlers; by increasing adjuster productivity; and by enhancing supervisor visibility and intervention. These benefits are realized both quantitatively in reduced leakage, and qualitatively in the increased job satisfaction of frontline claims professionals.

---

[1] Estimates by consulting firms including Accenture, McKinsey & Co., and PricewaterhouseCoopers (now IBM) put leakage and excess loss adjustment expense at 10-15% of NPW.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## Central Claims Requirements

At Guidewire Software, we have spent hundreds of hours talking to claims professionals of all levels in all types of property and casualty and workers' compensation insurance carriers. What has emerged from our research is a shared vision of what claims operations need to be successful. That vision encompasses three core elements:

- *Workflow*: comprehensive management of the end-to-end claim process, tailored to the requirements of each individual claim
- *Guidance*: systematic application of the skills and "best practices" that characterize expert claim handling – judgment, risk assessment, negotiation skill, prioritization, etc.
- *Visibility*: continuous monitoring of the claims operation, with proactive delivery of real-time information to supervisors and managers to ensure successful outcomes.

However, as experienced claims professionals know, it is extremely challenging for carriers to realize this ideal. Claims executives understand what best practices are required to improve performance, but they lack the tools necessary to implement those best practices consistently. This challenge is only exacerbated by the growing shortage of skilled, experienced claims adjusters and supervisors in the industry as a whole.

Guidewire is dedicated to helping insurance carriers realize this vision and implement the claim handling processes they need to be successful. Guidewire ClaimCenter, an end-to-end, web-based claims system for all lines of business, was built to meet the critical needs of all members of the claims organization:

- Managers can define their optimal claim processes in the system, which applies these processes to each incoming claim;
- Adjusters benefit from proactive guidance at key points in the claims process
- Supervisors have real-time visibility into the claims operation, with specific claims proactively flagged for additional attention.

For the typical claims operation, ClaimCenter helps reduce leakage to the low levels achieved by industry pioneers. For leading carriers, ClaimCenter pushes claims performance to a level unattainable by skilled management alone.

A quick survey of the current claims system environment will demonstrate the key role played by ClaimCenter.


Copyright © Guidewire Software. All Rights Reserved.

## The Claims Systems Landscape Today

The first "claims systems," deployed in the 1970s or 1980s, were simply afterthoughts bolted onto the first policy administration systems, built on mainframe platforms and accessed through text-based, "green screen" interfaces. These claims "modules" typically allowed users to enter indemnity and expense transactions for accounting purposes, but provided no other claim handling functionality.

### *Traditional claims systems*

In the late 1980 and 1990s, the first systems dedicated to claims processing were developed. These systems ran primarily on mainframes or minicomputers such as the AS/400, although some were built on a client/server architecture - but all shared the same cryptic, text-based interfaces navigated by arcane key combinations. They served (and still serve) as the system of record for claims, responsible for financial transactions and reporting.

Unsurprisingly, systems built for financial tracking and reporting provide minimal support for the critical human activities involved in actually adjusting the claim. Typically, all steps except for setting up a new claim, setting reserves, and issuing payments remain entirely manual and off-line. Claims systems may include diary and notes features, allowing claim handlers to plan their own work and record what they have done, but these rudimentary tools provide neither expert guidance for frontline professionals nor the visibility and control that managers need to ensure an efficient operation.

Today, despite the tremendous advances in software technology in the last ten years, most available claims systems still cling to this basic model of financial transactions, notes, and diary, and most are still constrained by legacy architectures and primitive user interfaces.

### *Expert (point) systems*

What progress the industry has seen has come in the form of expert systems, designed to help the adjuster make specific decisions during the claim lifecycle. Damage estimation tools from companies such as Mitchell, CCC Information Services, ADP, and Marshall & Swift/Boeckh are widely used to assess the cost or settlement value of auto repairs, total losses, or property damage. They are typically used by adjusters to double-check an estimate provided by a vendor (e.g., repair shop) or to determine the starting point for a settlement negotiation. CSC's COLOSSUS pioneered the field of statistically-based injury evaluation, and similar tools have been developed for issues such as fraud detection and comparative liability estimation.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

A sound claim handling strategy has a place for such expert systems. However, these tools do not guide the adjuster through the claim process, and do not assist the adjuster in the core activities of handling a claim – proactive claimant management, effective investigation, negotiation planning, regulatory compliance, and follow-through on salvage or subrogation recovery. Instead, they only provide analytical assistance at one point in the claim lifecycle.

### *Workflow and imaging tools*

The shortcomings of traditional claims systems have led many carriers to look at two other categories of tools: workflow and imaging. Workflow tools allow insurers to chain together some routine steps in the claim process, such as acting on new documents that are added to a claim file. Imaging tools improve upon traditional paper files by enabling shared, electronic access to scanned images of paper documents, relieving adjusters of low-value paper-pushing tasks.

These tools should help claims operations eliminate manual tasks and increase productivity. But because document handling is only one type of activity, the larger – and more intractable – sources of leakage are not addressed by these tools. Document-focused tools are at best a partial answer. And implementing a new workflow tool in conjunction with a legacy claims system is a complex and difficult proposition, taxing even the most sophisticated IT departments.

The result is that well into the 21st century, most claims organizations seem to have missed out on the benefits of modern software and Internet technologies. While today's systems store (some) information and allow users to enter financial transactions, they have no influence over the claim process itself, allowing leakage to persist. The current systems environment does not embed best practices in claims handling, nor does it monitor the claims operation to ensure that those best practices are followed. In addition, the proliferation of expert systems and additional tools has only increased adjuster confusion and stress levels, sometimes decreasing productivity by distracting adjusters from effective claimant contact or compelling them to re-key information.

Instead, adjusters want an intuitive, user-friendly interface that provides easy access to the information they need and helpful guidance through the claim process. Managers want the ability to define their preferred claim process and monitor their operations in real time. And CIOs want a claims system that runs on modern technology and is accessed using a web browser, without the costs and risks of an internal development project or consulting engagement.


Copyright © Guidewire Software. All Rights Reserved.

## Guidewire ClaimCenter

Guidewire ClaimCenter is an end-to-end, web-based claims system designed to run an insurer's entire claims operation. In addition to the basic functions of information management and transaction processing, ClaimCenter provides a central point of control for all of the activities and decisions of the claims process, while offering an intuitive, productivity-enhancing workspace to adjusters and supervisors.

### *The rules-driven claim process*

Traditional claims systems take a *data-centric* approach to the claims process; they exist to receive, store, and retrieve claims information as it is generated through the process. ClaimCenter provides web-based, intuitive access to that important information, as well as the ability to store and retrieve electronic documents related to claims. However, it goes well beyond current systems, taking an *activity-centric* approach to claims.

ClaimCenter does not simply record the claims process, but orchestrates the complex array of activities involved, including planning, investigation, evaluation, judgment, consultation, negotiation, and collaboration. ClaimCenter helps adjusters "plan their work," identifying all the activities that need to be performed for a specific claim, taking into account loss information, account-specific rules, state regulations, best practices, and so on. These activities are recorded on the claim's individual workplan, which is used to track and manage the claim process. ClaimCenter then helps adjusters "work their plan," making sure activities are assigned to appropriate handlers and completed in a timely manner.

At the core of ClaimCenter is a flexible *rules engine*, designed specifically for the needs of property and casualty insurers. This rules engine allows each insurance carrier to define exactly how each type of claim will be handled: what tasks will be added to the workplan, what types of handlers they will be assigned to, when they are due, what happens if they become overdue, etc. The rules engine's flexible architecture makes it possible to define virtually any claim handling rules, such as state-by-state regulations or account-specific guidelines.

By managing claims as dynamic sets of activities driven by flexible business rules, ClaimCenter makes possible a new level of control over the claim process. During the lifecycle of a claim, ClaimCenter:

- *segments* the claim or exposure based on loss type, policy type, state, severity, or any other parameters;
- *creates a workplan* including the initial set of activities required for each individual claim;


Copyright © Guidewire Software. All Rights Reserved.

- *assigns* each claim, exposure, or activity to the appropriate owner, taking into account skill levels, claim type, and resource availability;
- *guides* the adjuster to identify potential issues in coverage, recovery, or investigation;
- *organizes and prioritizes* activities for adjusters and supervisors across multiple open claims;
- *responds* to new events by executing escalations or adding items to the workplan;
- *facilitates* activities by providing built-in tools, or linking to other in-house tools as appropriate; and
- *continuously monitors* claims and activities to identify claims requiring additional attention.




### *Tailored to your business*

In the past, a claims organization implementing a new claims system would often have to adapt its business processes to the requirements of the system. This was the case because traditional systems are largely "hard coded," meaning that screen layouts and workflow are defined in low-level code, inaccessible to the individual customer.

By contrast, claims organizations can tailor Guidewire ClaimCenter to their individual needs. Any data elements can be added to the system's data model, and any fields on any screens can be added, removed, or modified. All tables and drop-down lists can be filled with the values required by each carrier. And all business rules - including segmentation, assignment, workplans, escalations, exceptions, validation, default


Copyright © Guidewire Software. All Rights Reserved.

reserves, etc. - can be modified using a graphical user interface suited for business users, freeing the claims department from its historical dependence on IT for even the smallest changes.

As a result, each insurance carrier can configure ClaimCenter to match its own business, using the rules engine to tailor the claim process to suit each individual claim. And instead of being locked into a single configuration, claims organizations can modify the system as their business needs change, analyzing claim outcomes to refine their best practices and implementing those in the system in turn.

### *Fitting into the systems environment*

Although Guidewire ClaimCenter is the primary control center and processing system for the claims operation, it is designed to work in concert with the other systems that may be required. These can include:

- an FNOL or call center system for importing new losses;
- a policy administration system for identifying valid policies and importing coverage information;
- back-end general ledger, accounts payable, and check processing systems;
- expert desktop systems for damage estimation, injury evaluation, liability estimation, medical bill review, etc.;
- 3rd-party claim handling services such as glass claim administration services;
- Internet-based claim indexes and other data sources such as total loss valuation.

ClaimCenter provides the primary interface that adjusters and supervisors use to manage their work, and either fetches information from other systems or links users to those systems when required - limiting the clutter and confusion that afflict too many adjusters' desktops.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimCenter Value

Guidewire ClaimCenter is designed as both a powerful end user environment and a control center for reducing leakage.

Software solutions succeed only to the extent that end-users find them intuitive and indispensable to their job. ClaimCenter was designed from the beginning with the detailed involvement of veteran adjusters and supervisors. They helped shape ClaimCenter's unique approach by emphasizing four key objectives:

- *Guidance*: focus handlers on the highest-value activities and help them make the best decisions possible with given information
- *Productivity*: facilitate routine tasks and manage the onslaught of activities required by ever-increasing caseloads
- *Coordination*: involve multiple participants in a claim to apply specialized expertise where necessary
- *Visibility*: allow supervisors and executives to monitor the claims operation, identify issues, and intervene effectively

Not surprisingly, these objectives are intimately connected to the typical causes of leakage. Poor *productivity* can lead to long claim cycles and expensive litigation. Frequent or mismanaged handoffs reflect a *coordination* problem that can double the average leakage per claim. Lack of frontline *guidance* leads to poor decisions such as improperly accepted liability, missed recovery opportunities, and overly generous settlements.

ClaimCenter provides specific benefits in each phase of the claims lifecycle; a few examples are detailed below.

### *Notification and assignment*

Every claims professional knows that it is critical to get the right information to the right adjuster as soon as possible. However, many claims still get bogged down by faulty information capture and manual assignment procedures.

As soon as a claim is received by ClaimCenter, it is divided into different exposures, each assigned to an adjuster based on claim attributes, skill levels, and current workloads. Basic setup activities can be distributed to clerical staff, who use loss-specific prompting to gather all critical facts as early as possible. As a result, adjusters have the information they need to identify potential issues such as coverage exceptions or recovery opportunities, at a lower overall cost to the insurer.

### *Investigation*

In complex claims, establishing coverage and liability can be tricky issues that cannot be resolved by consulting a policy "dec sheet."


Copyright © Guidewire Software. All Rights Reserved.

Accurately identifying potential grounds to deny coverage or limit liability can be worth tens of thousands of dollars on a single claim.

ClaimCenter connects to the carrier's policy system in real time to import detailed coverage information, including deductibles and limits. Financial transactions can be compared to policy limits to flag potentially unnecessary payments. Potential coverage issues can be identified using exception rules and flagged for expert follow-up.

### *Evaluation*

Fraud has been estimated to cost U.S. property and casualty insurers at least $20 billion a year[2] - a tremendous source of excess loss payments generally ignored by leakage estimates. Although many carriers have turned to special investigative units (SIUs) to look into potentially fraudulent claims, their effectiveness is limited by the ability of frontline adjusters to forward the right claims to them. With no systematic way of screening claims for potential fraud, the SIU wastes time on routine claims and fraudulent claims go unnoticed.

ClaimCenter allows each insurer to implement its own fraud "red flags" as exception rules to flag claims for SIU attention. Red flags can be combined with monetary value to prioritize claims for investigation, ensuring that these experts focus on the 5-10% of claims where they are most needed. Random sampling of smaller claims can also be used to discourage vendors from attempting to "beat the system." Claim flagging can be used for other purposes as well - for example, to identify claims with multiple reserve changes and escalate them before they spiral out of control.

### *Negotiation and settlement*

For many insurers, one of the largest sources of leakage is unnecessarily generous settlements, due to a combination of poor (or nonexistent) planning, inappropriate incentives (leading adjusters to close claims at any cost), and a lack of access to key information.

Using ClaimCenter, adjusters can be required to complete a settlement plan for each claim, specifying their initial offer, target settlement, and maximum authorization, as well as key negotiating points and objection handling guidelines. The plan can be reviewed or approved by a supervisor in advance, ensuring proper preparation for the negotiation. Alternatively, expert negotiators can be invoked for complex or high-value cases, instead of leaving them to the judgment of frontline adjusters. ClaimCenter can also identify settlement issues in routine claims; for example, the system can flag minor workers' comp claims where an indemnity payment stream continues longer than medically necessary.

---

[2] Conning and Company, "Insurance Fraud: The Quiet Catastrophe" (2000).


Copyright © Guidewire Software. All Rights Reserved.

### *Recovery*

Foregone salvage and subrogation opportunities constitute a major source of leakage, primarily caused by a failure to identify all potential recoveries early in the claim lifecycle. Even when identified, recoveries are often under-prioritized by adjusters trained primarily to close files quickly at reasonable cost.

ClaimCenter uses business rules to identify salvage and subrogation opportunities early in the claim process. Where an opportunity exists, the claim workplan incorporates the required activities and assigns them to the adjuster or to a dedicated recovery team, enforcing company policies where applicable (e.g., soliciting a minimum number of competitive bids for vehicle salvage). The result is increased recoveries from all sources and lower net loss costs.

### *Review*

Many claims executives are frustrated by not knowing whether their current policies and procedures are, in fact, appropriately calibrated to minimize leakage. Currently, insurers have little choice other than expensive, labor-intensive file reviews conducted by external consultants or by internal audit groups.

ClaimCenter transforms the review process by capturing detailed process information about each claim that can be mined using ClaimCenter's reporting tool. Insurers can use this information to identify the key drivers of leakage and adjust their procedures accordingly in ClaimCenter's rules engine, creating a cycle of continuous improvement.

These are only a few of the many ways in which Guidewire ClaimCenter helps insurance carriers improve claims performance. ClaimCenter enables insurers to define any policies or best practices as business rules that are automatically implemented, enforced, and monitored across their entire claims operations. In short, ClaimCenter gives claims executives the tool they need to translate consulting reports and internal reviews into consistent, effective action on the front lines of the claims process – and thereby recapture the dollars lost to leakage.

---

**About Guidewire Software**

Guidewire Software applies modern software technology to help property and casualty insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is the industry's first end-to-end, 100% web-based claims system for all lines of business.

Guidewire Software, Inc.
2121 South El Camino Real, Third Floor
San Mateo, California 94403

1 650 357 9100
sales@guidewire.com
www.guidewire.com


Copyright © Guidewire Software. All Rights Reserved.

http://web.archive.org/web/20041214235136/www.guidewire.com/pdfs/ClaimCenter_Components.pdf

# Guidewire ClaimCenter Components

Guidewire Software

January 2004

Guidewire

## Table of Contents


| | |
|---|---|
| Guidewire ClaimCenter Components | 3 |
| ClaimEntry | 4 |
| ClaimFolder | 5 |
| ClaimFinancials | 6 |
| ClaimAssign | 7 |
| ClaimGuide | 8 |
| ClaimAlert | 9 |
| ClaimDesktop | 10 |
| ClaimDashboard | 11 |
| Component Execution Framework | 12 |
| Recommended Configurations | 13 |
| About Guidewire Software | 14 |


**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## Guidewire ClaimCenter Components

Guidewire ClaimCenter is the property and casualty insurance industry's first end-to-end, web-based claims system for all lines of business, including workers' compensation. ClaimCenter is built on a component-based architecture, with individual components performing specific functions in the claim process. While many carriers want to implement a complete claims system, others prefer to select specific components to integrate with existing systems or components, developed internally or by other technology providers. ClaimCenter Components meet this need.

Guidewire ClaimCenter is composed of eight separate components:

- **ClaimEntry** for entering new loss information
- **ClaimFolder** for capturing and sharing detailed information about claims
- **ClaimFinancials** for entering and accounting for financial transactions
- **ClaimAssign** for segmenting and assigning incoming claims
- **ClaimGuide** for managing all claim handling activities
- **ClaimAlert** for flagging and handling claims with potential issues
- **ClaimDesktop** for organizing claim handlers' work and guiding them to information and resources
- **ClaimDashboard** for providing supervisors and managers with real-time visibility into the claims operation

In addition, the **Component Execution Framework** provides a set of common services for deploying and managing these components, including data, rules, security, configuration, integration, and administration.




**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimEntry

ClaimEntry allows users to enter new loss information (also known as first notices of loss, or FNOLs) directly via a graphical user interface. Users enter loss notices into a series of highly configurable screens that can be tailored both to different loss types and to information that has already been entered.

ClaimEntry features include:

- An intuitive, wizard-like interface guides users through the setup process.
- Different entry screens are displayed for different types of losses (such as auto, property, workers' compensation, etc.).
- Different detail screens are displayed for different types of damages( such as vehicle damage, property damage, lost wages, etc.).
- Individual fields or entire sections can appear only based on the value of previous fields; for example, fields can appear only for losses in specific states.
- Available values in drop-down lists can be filtered based on the values entered into previous fields.
- Fields can be required or not required, or editability can be made dependent on users' permissions.
- Notes can be added or edited at any point in during the entry process and saved to the claim file.
- Policy information can be imported from an external policy administration system, first searching for matching policies and then importing policy details, or entered manually.
- Potential duplicate claims are automatically flagged for the user to review before continuing with the new claim.
- If the user is interrupted for any reason (i.e., network connection lost), the loss is preserved in a draft state and can be continued later.
- ClaimEntry can be accessed by users both inside and outside the organization, including call center operators or agents; specific functionality can be turned on or off depending on the user.

Using ClaimEntry, claims organizations can tailor the loss notification process to their individual requirements and business processes. Losses entered into ClaimEntry can then be automatically forwarded to an external system or passed to ClaimAssign and ClaimFolder for further processing and handling.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimFolder

ClaimFolder is a set of configurable screens for capturing and accessing detailed claims information. Users inside or outside the organization have instant access to claim files using only an Internet browser.

ClaimFolder features include:

- Different screens are displayed for different types of losses (property, general liability, etc.) and for different types of damages (vehicle, property, injury, etc.).
- Customers can add any fields they want to any screen, and to the underlying data model if necessary.
- Any field can be renamed; fields can be made required, non-editable or editable only once.
- Fields or entire sections can be configured to appear only based on the values of other fields.
- All values in drop-down lists can be modified or replaced; available values can be filtered based on other fields on the claim.
- Flexible validation rules allow customers to define what values are acceptable, including complex validation rules that depend on multiple fields or other attributes.
- Multiple users can have simultaneous access to the same screens; locking mechanisms prevent conflicting changes to the same data.
- Policy information can be imported from an external policy administration system, first searching for matching policies and then importing policy details, or entered manually.
- Notes can be entered, tagged (by topic or element of the claim), and searched (by topic, author, date, etc.). Notes can be marked confidential for additional security.
- Documents can be generated from Word, Excel, or Acrobat templates. Any electronic file can be saved as part of the claim.
- Buttons, links, and menu items can be added to launch other desktop applications, in context.
- Access to individual screens or fields can be dependent on user permissions for security.
- Look and feel of all screens can be adapted to corporate guidelines and preferences using style sheets.

ClaimFolder gives claims organizations complete control over core claim file information, streamlining collaboration between claim professionals inside and outside the organization.


Copyright © Guidewire Software. All Rights Reserved.

## ClaimFinancials

ClaimFinancials provides the complete range of transaction entry and management functionality required for insurance claims. Users can enter any kind of transaction; standard reserve accounting is automatically applied by the system.

ClaimFinancials features include:

- Payment options include partial, final, first-and-final, and supplemental payments. Multiple payments (even on multiple coverages) can be grouped on one check. Checks can be associated with and made out to multiple payees.
- Recurring payments can be made for any duration and specified for any day of the week or month; reminders are automatically generated when the payment stream is about to expire.
- Multiple levels of categorization allow highly granular transaction coding. All transactions are coded in indemnity or expense categories. A single transaction (one claimant, one coverage) can be subdivided into multiple line items for coding and analysis. All codes can be extended or replaced by customers.
- Transactions above the user's authority limit are automatically forwarded to supervisors for approval. Authority limits can vary for different transaction types (reserves, payments, reserve changes, etc.), different coverages, or even specific claims.
- All recoveries can be entered, including subrogation, salvage, and loss and expense credits. Recovery reserves can be created to track expected recovery amounts.
- All transactions can be reversed. Payments can also be stopped or recoded. Check status information can be imported and presented to users.
- The Financials Summary screen gives overviews by exposure, claimant, or coverage, with drill-down into specific transactions.
- Multiple parameters can be set by customers to match their preferred behavior. For example, payments above current reserves can be allowed or disallowed (if allowed, balancing reserve transactions are automatically generated).
- Ability to view or enter transactions can be turned on or off for different users for security.
- Transactions can be sent in real time or batch mode to check processing and general ledger systems. Any payment handling instructions (batching, check/EFT, etc.) can be passed to the check system; manual payments will not be passed.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimAssign

ClaimAssign gives insurers complete control over how claims and exposures are segmented and assigned to users. ClaimAssign can process claims entered via ClaimEntry or imported from an external system.

ClaimAssign features include:

- Claims and exposures can be segmented into any customer-defined categories (complexity, severity, etc.), based on any attributes of the claim or the claims organization.
- Location-based assignment associates specific groups or users with specific geographic territories; given a zip code (loss location, insured address, or any other), the claim will be automatically forwarded to the appropriate user.
- Assignment can be based on any user attributes; for example, adjusters' language skills can be registered, so Spanish-speaking claimants will be handled by Spanish-speaking adjusters.
- Adjusters can be associated with specific accounts, so a large insured's claims are always handled by the same adjuster.
- Groups are categorized by group type, making it possible to assign different types of losses to different teams.
- Claims or exposures can be assigned by round-robin across groups or users. Different load factors can be used to spread work disproportionately within a group (for example, so a supervisor gets only 25% of the new work of ordinary team members).
- Items can be put in a "pending assignment" queue for the group supervisor to review and assign manually.
- Specialized assignment rules can be defined for individual catastrophes.
- An optional strategy can be assigned to each claim or exposure, for additional control over the downstream handling process.
- All segmentation and assignment rules can be modified by the claims organization and deployed immediately (after testing), making changes possible in hours or days.

Using ClaimAssign, claims and exposures are immediately, automatically routed to their appropriate owners for rapid claimant contact and optimal utilization of expert resources.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimGuide

ClaimGuide manages all of the activities involved in handling a claim. This component analyzes incoming claims to create a tailored workplan of all required activities, and tracks the workplan on an ongoing basis to ensure successful completion.

ClaimGuide features include:

- Initial workplans are defined for the claim as a whole or for individual exposures. Activities can be created or not based on any attributes of the claim or exposure.
- Activities can be generated to meet state-specific deadlines, minimizing penalties for non-compliance.
- Activity assignment rules determine the appropriate owner of each activity, based on the type of activity and any attributes of the claim, exposure, or organization. All forms of assigning claims or exposures (see ClaimAssign) are available for assigning activities.
- Workplans can be tailored to the experience level (or other attributes) of the adjuster; senior adjusters can be given minimal guidance, while novices are given step-by-step instructions.
- All activities can be made mandatory or non-mandatory; non-mandatory activities can be skipped in order to limit burden on adjusters.
- Activities have due dates (targets) and escalation dates (which define when automated follow-up actions should take place). All dates can be specified in hours or days, which can be defined as business days or calendar days.
- Escalated activities are automatically tagged for supervisory notification. Additional actions can be taken in response to escalated activities: claims can be flagged for review, additional activities can be created, or claim fields can be modified.
- The set of activities is defined by the customer as a set of activity patterns; any attributes of activity patterns can be overridden for individual instances.
- All workplan and escalation rules can be tailored to the customer's individual requirements and claim handling processes.
- ClaimGuide provides an interface for users to manage their activities; alternatively, ClaimGuide can serve as a background activity management system driving an external diary system.

Using ClaimGuide, claims organizations can be sure that their guidelines and best practices are being followed in the field, and will be able to track compliance effectively.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimAlert

ClaimAlert gives claims organizations the ability to take any action based on any attributes of a claim. ClaimAlert periodically sweeps through all claims looking for any customer-defined characteristics and taking any requested actions.

ClaimAlert features include:

- Claims can be flagged for supervisory attention, enabling supervisors to focus on the most critical claims rather than having to review all of them periodically.
- New activities can be generated in response to any aspects of a claim; for example, Notify Reinsurer activities can be created if the total incurred approaches the reinsurance layer.
- A broad range of built-in functions streamlines financial evaluation; rules can be triggered by reserves or payments, or a combination, for any exposure or for the claim as a whole.
- Exception rules can identify problematic claim handling issues, such as multiple reserve changes.
- Rules can catch anomalies that cost significant amounts of money, such as long-term indemnities for relatively minor injuries.
- ClaimAlert can respond to changes on a claim by notifying required experts; for example, if a vehicle or property becomes a total loss during the claim lifecycle, the salvage team can be notified with an activity.
- Email notifications can be sent to any destination based on claim attributes; for example, lack of some important information can trigger an email to an insured or claimant.
- Changes generated by ClaimAlert can be displayed in other ClaimCenter components (such as ClaimFolder, ClaimDesktop, and ClaimDashboard), or can be sent to an external claims system for display and handling.

ClaimAlert prevents routine claims from escalating into expensive litigated cases, by identifying and acting on issues before they spiral out of control.


Copyright © Guidewire Software. All Rights Reserved.

## ClaimDesktop

ClaimDesktop complements other ClaimCenter components by giving users a "front page" or window into all of their claims and activities. ClaimDesktop allow users to navigate to information in tools in other ClaimCenter components or other systems as appropriate.

- Users log in to sorted, prioritized lists of activities, claims, and exposures that they are responsible for. Login preferences can be set by each individual user.
- Filters give users tailored views of their work, such as overdue activities only, today's work, all work due in the next week, flagged claims, etc.
- Lists can be sorted by any field to provide any view of a user's work.
- Items listed in ClaimDesktop are hyperlinked to additional information or tools in other components or external systems. For example, activities can open directly to both activity details and claim information.
- Action buttons allow users to complete or skip activities, reassign activities, claims, or exposures, or perform other activities without leaving the ClaimDesktop screens.
- Pagination allows users to handle long lists of items without having to wait for long downloads.
- All screens can be tailored by customers to add, remove, or modify any columns on the screen.
- Search screens allow users to find specific claims or activities using a broad range of standard fields (insured or claimant name, claim number, policy number, etc.) and other useful fields (state of jurisdiction, VIN, catastrophe, etc.). Search criteria can be configured by individual customers.
- Users can see up-to-date statistical information, such as their current and recent amounts of open, new, and closed work.

ClaimDesktop helps adjusters do their work more efficiently by guiding them to their most important activities and pointing them to the information they need.

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

## ClaimDashboard

ClaimDashboard gives supervisors and managers real-time visibility into the claims operation. Instead of depending on paper reports, produced centrally and delivered weekly or monthly, they can monitor workload continuously and identify issues before they escalate.

ClaimDashboard features include:

- Summary tables display the number of open, closed, and new work items for each member of a team. Tables also display flagged claims and overdue activities.
- Graphical views provide a quick snapshot of team workload, separated into flagged and non-flagged claims.
- Detailed lists of claims, exposures, activities are available for any team or for individual team members, with multiple filters to deliver the most valuable view to the user.
- Lists can be sorted by any field to provide the most appropriate view of a team's or user's work.
- Supervisors can drill down from team- or user-level lists to see details for any claim, exposure, or activity, and take action immediately, in other ClaimCenter components or external systems.
- Action buttons allow supervisors to remove flags, reassign items, and take other action without leaving the ClaimDashboard screens.
- Each supervisor automatically sees data only for his or her teams and team members. Upper-level managers can view their entire hierarchy, drilling down from one team to the level below it.
- Pagination allows users to handle long lists of items without having to wait for long downloads.
- All screens can be tailored by customers to add, remove, or modify any columns on the screen.

ClaimDashboard gives supervisors the tools they need to make their teams more effective. Instead of having to crawl through paper files looking for problems, they can quickly identify issues and take action in just a few minutes.


Copyright © Guidewire Software. All Rights Reserved.

## Component Execution Framework

The Component Execution Framework provides a set of common services that ensure consistent configuration and management of all ClaimCenter components. The Component Execution Framework is required with any components, and includes the following sets of services:

- **Data** services provide consistent management of data models and operational data across components. Customers can modify the data model, table entries, or data formats, and preserve changes across upgrades. Multiple levels of data validation can be enforced to meet business or integration requirements.
- **Business rules** are executed by a rules engine that is accessed by multiple components to make decisions at various points in the claim lifecycle. Customers can optionally access an external rules engine for specific decisions.
- **Security** is enforced by internal or external authentication, as well as flexible role-based permissions governing access to data and functionality in any component. Customers can define any number of roles, each with its own permissions for viewing screens or taking actions.
- **Integration** services include multiple mechanisms for connecting any component to external systems, including web services APIs, web-based data extraction, outbound event-based messaging, and launching other applications directly from the user interface.
- **Configuration** of any component is supported by a single, consistent environment and methodology. Configuration changes can be preserved across version upgrades.
- **Contacts** are managed centrally for sharing across components as required. Alternatively, components can point externally to an enterprise-wide contact database.
- **Reporting** can be performed either in an existing data warehouse or by modifying and extending operational reports provided with various components.
- **Administration** of users and groups is provided in a single, web-based interface for any components.

Together, these services relieve customers of the burden of having to configure and manage multiple components separately. Instead, project teams and administrators can make changes and manage components in one place, limiting costs and risks.


Copyright © Guidewire Software. All Rights Reserved.

## Recommended Configurations

Different insurers will select different ClaimCenter components, depending on their business and technology needs and on their existing system capabilities. To help guide these decisions, Guidewire has defined a set of recommended component configurations.

### *Triaging new losses*

Required: ClaimAssign

Optional: ClaimEntry

Claim Assign gives claims organizations the automated, rules-driven segmentation and assignment they need to get the right claim to the right person at the right time. ClaimAssign can process losses imported from another system, such as an existing claims system or a dedicated FNOL solution. Optionally, ClaimEntry can also be implemented for flexible, direct entry of new loss information.

### *Activity management*

Required: ClaimAssign, ClaimGuide

Optional: ClaimAlert

ClaimAssign takes the first step in effective activity management by directing work to the appropriate people. Many current claims systems have primitive diary systems that adjusters use to record reminders and completed tasks. ClaimGuide puts intelligence behind the diary system by using business rules to identify and escalate important activities. Adjusters can continue using their familiar interface, while ClaimAssign and ClaimGuide provide guidance from behind the scenes, or they can use the ClaimGuide interface directly. Optionally, ClaimAlert adds the ability to flag and act on claims for any reason.

### *Enhanced claim handling*

Required: ClaimDesktop, ClaimAssign, ClaimGuide

Optional: ClaimAlert, ClaimDashboard

Many insurance carriers have adequate systems for recording information and financial transactions, but are missing many components that improve claim handling, such as activity management, document management, or correspondence. Using ClaimDesktop, ClaimAssign, and ClaimGuide, insurers can add these powerful capabilities without having to replace existing systems. ClaimAlert can add additional control over the claim process, while ClaimDashboard can add real-time visibility for supervisors.


Copyright © Guidewire Software. All Rights Reserved.

### *Financial transactions*

Required: ClaimFinancials

Optional: ClaimDesktop

ClaimFinancials allows insurers to replace their aging, inflexible, and potentially error-ridden transaction systems with a modern financials component providing increased control (through authority limits and approvals) and better data for analysis (through improved coding). ClaimFinancials can be used with an external component or system for managing basic claims information and activities.

Whatever your requirements, Guidewire can help you improve performance in your claims operation. Contact us to discuss what ClaimCenter components can do for you.

---

**About Guidewire Software**

Guidewire Software applies modern software technology to help property and casualty insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is the industry's first end-to-end, 100% web-based claims system for all lines of business, including workers' compensation. Guidewire ClaimCenter Components meet specific business needs to complement any existing systems environment or ongoing project.

Guidewire Software, Inc.
2121 South El Camino Real, Third Floor
San Mateo, California 94403

1 650 357 9100
sales@guidewire.com
www.guidewire.com

**Guidewire Software confidential and proprietary**
Copyright © Guidewire Software. All Rights Reserved.

# Media & Events



## Guidewire Software Announces Release of Guidewire ClaimCenter

*Next-Generation Claims System Enables P&C Insurers to Reduce Claims Costs and Improve Customer Service*

**SAN MATEO, Calif., April 23, 2003** –Guidewire Software™, Inc., a leading provider of claims solutions for property and casualty insurers, today announced the release of Guidewire ClaimCenter™, a comprehensive property and casualty insurance claims system, designed to help insurers eliminate avoidable claims costs and improve customer service.

Guidewire ClaimCenter, built using the latest proven software technology, applies flexible business rules to implement customer-specific claim handling practices, allowing insurers to tailor their claim process to their unique business requirements. This increased control and flexibility enable insurers to increase claim handling productivity and accuracy, enforce known best practices, and reduce the total cost of technology ownership. ClaimCenter is currently being implemented at both midsize and large insurance carriers to support personal and commercial lines, including workers' compensation.

"Dozens of insurance carriers have told us that they are currently struggling with obsolete architectures, archaic user interfaces, and rigid processes," said Ken Branson, vice president of product development, Guidewire Software. "ClaimCenter is designed and built from the ground up to meet their most stringent requirements today, while giving them the long-term flexibility they need for changing business conditions tomorrow."

Guidewire ClaimCenter represents a generational advance over existing claims systems designed as static repositories for claim information and transaction processing. Some of ClaimCenter's innovative features include:

- Automated, rules-driven segmentation and assignment based on any claim attributes
- Continuous tracking and management of all activities required for a specific claim
- Real-time, multi-party collaboration among distributed claim handlers
- Automated navigation to external tools such as correspondence and damage estimation
- Real-time supervisory visibility into aggregate and individual workloads
- Flexible exception flagging and handling rules to identify and act on important claims
- Extension and configuration of the data model and user interfaces using XML

"Guidewire ClaimCenter represents a new vision for insurance claims systems," said Wayne Hoeschen, former CIO, The St. Paul Companies. "ClaimCenter gives claims executives detailed control over their operations, based on a best-in-class, modern technology architecture at a reasonable cost of ownership."

ClaimCenter is a J2EE (Java 2 Platform, Enterprise Edition) application, written entirely in Java, and runs on the insurance industry's leading database, application server, and operating system platforms. All aspects of ClaimCenter can be easily configured using XML instead of custom programming, and business rules can be managed by business end users for maximum flexibility to changing needs. ClaimCenter's extensible architecture supports company-specific data models and rules in order to meet the unique requirements of the most complex insurer.

**About Guidewire Software**
Guidewire Software is a leading provider of claims solutions to property and casualty insurers. Guidewire applies the latest proven software technology to help insurers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is a comprehensive, next-generation claims system that uses business rules to implement claim handling best practices and reduce leakage throughout the claim process. For more information, please visit www.guidewire.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are registered trademarks of Guidewire Software, Inc. Java and J2EE are trademarks of Sun Microsystems, Inc.