Guidewire Software © 2001-2004

# Product



## Users

Guidewire ClaimCenter provides the powerful tools that claims handlers need to be productive.

**Claims adjusters**
ClaimCenter's comprehensive Adjuster Desktop gives frontline claims professionals an easy-to-use, powerful environment for handling claims. A prioritized activity list enables them to focus on their most important work, and activity completion tools streamline the process of getting it done, including navigation to additional point systems as required.

**Claims managers**
Supervisors, managers, and executives use ClaimCenter's Supervisor Dashboard to instantly access real-time information about their claims operation. Flexible exception criteria flag claims or other issues that require attention and proactively alert relevant managers, allowing them to intervene quickly using ClaimCenter's activity management tools.

**Specialists and vendors**
Modern claim handling increasingly depends on the participation of internal specialists (medical bill review, case management, fraud investigation, subrogation, etc.) and external vendors (repair shops, investigators, attorneys, etc.). ClaimCenter allows claims handlers to assign activities to these participants and give them selective access to claim files; specialists and vendors access the system over an intranet or extranet to view their claims and activities and complete them.

**Guidewire Software © 2001-2003**

http://web.archive.org/web/20050507052555/www.insurancenetworking.com/assets/article/4/BAM+White+Paper.pdf

Pega
Pegasystems Inc.

# PegaRULES™ Process Commander™
# Business Activity Monitoring: Empowering BPM

Pegasystems White Paper

© Copyright 2003 Pegasystems Inc. All rights reserved.

# Executive Summary

This white paper describes the robust set of business activity monitoring and management capabilities provided by PegaRULES Process Commander. It will explain that only by offering a combined set of user-focused process-monitoring tools with automated business activity management facilities can an enterprise reap the full ROI benefits of their business process management systems.

The intended audience for this white paper is technically oriented Business and IT staff looking to understand key characteristics of Process Commander's business activity monitoring and management tools.

### BAM Empowered BPM Delivers ROI

In the current business environment, companies are finding that business process management (BPM) solutions will enhance business productivity and efficiency. An emerging set of capabilities called Business Activity Monitoring is beginning to provide business managers with real-time information to better measure and manage business process performance, leading to better BPM return on investment.

Business Activity Monitoring (BAM) extends management's ability to examine business processes, assignments, work-in-progress, and data generated by BPM and related software. Gartner Inc. coined the term BAM, and defined it as a concept that "provides real-time access to critical business performance indicators to improve the speed and effectiveness of business operations."

Building on Gartners' definition, Susan Osterfelt, VP Bank of America (as note in DM Review), stated that BAM "involves alerts, triggers, sensors, and agents that determine a transaction or event that is meaningful."

Process Commander's integrated BAM facilities deliver two key capabilities:

- Process Monitoring: Delivering real-time process and assignment performance indicators to managers to improve operational execution and decision making
- Automated Process Management: Built on the PegaRULES rules engine, Process Commander automatically takes corrective action – proactively handling potential problems through reassignments, escalations, and dynamic process selection.

# Process Commander:

### Built-in BAM Empowers Process Management

Process Commander is the latest generation of Pegasystems' industry-leading rules-based BPM systems. Delivering a unique blend of practice and process rules – what Pegasystems calls "Smart BPM" – Process Commander is built on a patented enterprise rules engine. This critical technological advantage enables large enterprises using Process Commander to efficiently develop, execute, manage, and evolve decision-intensive BPM applications. Process Commander's BAM features enable business professionals to interact with BPM and related systems to:

- Increase operational productivity
- Improve quality of services and products
- Provide the agility to respond to changing market conditions
- Ensure compliance with government and corporate regulations

In addition to traditional reporting-oriented BAM facilities, Process Commander will automatically take corrective action whenever needed – improving productivity and customer satisfaction.

Process Commander enables businesses to manage and reduce the cost of doing business, while simultaneously creating opportunities for revenue growth by delivering products and services that exceed their customers' expectations. Process Commander meets industry-leading BAM requirements including:

- Monitoring the costs of processes and identifying areas for process improvement
- Monitoring process, performance for quality, effectiveness, and efficiency
- Managing capital and human resources
- Continuous process improvement activities

Process Commander provides BAM functionality to business professionals through both interactive monitoring tools, and automated process and event management. The interactive features present real-time data about processes, assignments, work-in-progress, and completed work to people who use the information to support process improvement activities. The automated features use the monitoring capabilities to automatically make decisions and take corrective action based on events and quality standards integrated into processes.

## Dashboards for Process Monitoring

Rich graphical and textural reporting tools allow users to rapidly change business processes, assignments, and business rules to meet changing market conditions.

Process Commander includes many built-in features to support business managers in monitoring and managing business processes. These include:

- Built-in, web-based reports and graphs
- Ad-hoc report creation facilities
- Assignment and process monitoring
- Work location indicators
- Audit trail facilities.

### Integrated Web-Based Reports and Graphs

Process Commander includes a wide variety of standard reports and graphs providing real-time information regarding processes, work and assignments, and historical data for analyzing performance over time. Reports and graphs are accessed from a single browser-based dashboard, which can be customized to include links to both standard and customized reports.

Web-based reporting capabilities allow managers to access and analyze critical information at any time, from anywhere. Using drill-down and expand/contract features, the right level of detail is always available.




Process Commander report and drill-down capability

An example of a summary report is shown above. The criteria presented in rows can be expanded or collapsed to present the desired level of detail, allowing more in depth analysis. Exporting data to Microsoft Excel is done with a single mouse click.

Group managers and business analysts can monitor and analyze processes, work, and assignments based on criteria such as:

- Timeliness – the amount of time that an assignment or work item has been in progress
- Work Status – the estimated amount of time needed to complete work and the actual amount of time applied towards completion
- Throughput – the number of items open during a given time period and the number of items that were open in the previous time period
- Customer Satisfaction and resolution quality – timeliness and SLA performance of completed work
- Root Cause Analysis – review the underlying reasons why work items were created as summary or detailed reports

Process Commander's dashboard includes both graphs and reports for easy performance analysis. Managers can customize the dashboard to view key performance indicators most important to them.

A customizable, web-based managers' dashboard, presents critical information in easy-to-read charts, along with easy access to underlying work and processes.




Process Commander built-in Monitoring and Management Dashboard

## Interactive Assignment and Process Management

Built-in features allow work to be easily reassigned to match departmental or operator capacity.

Process Commander's interactive BAM features enable management to quickly take corrective action on identified problems. For example, a manager can easily reassign work from an individual's work list (or department's work basket) when that operator's (or department's) workload is too heavy:




Built-in Process Commander work reassignment facilities

Managers and business analysts can use reports and graphs to monitor processes for bottlenecks using the information to support continuous improvement efforts.

## Ad-hoc Report Creation with the Report Wizard

The report wizard extends the pre-defined report capabilities of Process Commander by providing a powerful and intuitive tool for creating customized reports (both summary view and detailed list views). The wizard makes the reporting and querying capabilities within Process Commander more accessible to less technical business professionals. Reports generated through the wizard can be saved for easy access during future sessions.




Built-in Process Commander Report Wizard

In addition to a wide variety of built-in reports, Process Commander makes it easy to create and save customized reports, based on any work or process attribute.

## Where Am I in the Process?

Managers and business analysts can use the work location feature to graphically monitor work items as they progress through a business process. The work location feature empowers continuous process improvement by enabling business professionals to quickly track work through a process flow. The process flow chart will display an arrow to indicate where in the process the open work item is located, as shown below.




Process Commander flow with Work Location Indicator

In certain instances, users may want to visually see where their work is in the process. Process Commander's Work Location feature graphically shows where work is, where it was, and where it goes next.

### Audit Trail Supports Accountability

Process Commander automatically records the date, time, and user for each step in a process. This historical record, called an audit trail, tracks these details each time a work object is modified. Managers and business analysts can use the history reports to pinpoint sources of delays, and errors. Audit trails are also valuable for monitoring paths taken by work objects through the process in order to make process design improvements. The audit trail reports can be customized to give users the flexibility to adapt to their individual needs.

Secure history and audit trails, (to the transaction level) allows the tracking of compliance with government and corporate regulations.




Built-in Process Commander audit trail for a work item

## Automated Process Management

Built on the PegaRULES rules engine, Process Commander includes a number of facilities that automatically take corrective action – proactively handling potential problems through reassignments, escalations, and dynamic process selection. These features include:

- Service Level Agreements
- Urgency
- Agents
- Declarative Rules
- Triggers

### Service Level Agreements

The Service Level Agreements (SLAs) within Process Commander automate process flow, assignments, and rule execution based on time. They enable business analysts who create and manage business processes to define time quality metrics based on:

- Goals – the *desired* amount of time from assignment creation to assignment completion or work item creation to work item resolution
- Deadlines – the *maximum* amount of time from assignment creation to assignment completion or work item creation to work item resolution

When used for work list and work basket management SLA's identify late assignments through colored clock icons:

| | Work ID | Urgency | Subject |
|---|---|---|---|
| | W-137 | 70 | Create New Account |
| | [illegible] | [illegible] | Investigate Fraudulent Charge |
| | W-105 | 50 | Replace Stolen Card |
| | [illegible] | [illegible] | Issue Balance Transfer Checks |

Service Level Agreements and Urgency ratings can be used to flag critical work in users' work lists, and to initiate automated escalation processes.

- A "red clock" icon indicates that the work item is nearing or passed deadline
- A "yellow clock" icon indicates that the work item is nearing or passed a specified goal
- No icon indicates that the work item is within the defined goal time

The SLA definitions can contain notification and escalation events to automate responses when the goals and deadlines are exceeded. Notification types can include e-mail, pages, or phone calls to management informing them about work or assignments not completed on time. These messages equip managers with the information required to better manage work in process and improve service delivery. Escalation events can change the priority of work to inform both managers and operators of potential timeliness problems, and can automatically reroute work to different users to prevent continued problems.

In addition to proactively monitoring processes automated within Process Commander, SLAs can be applied to monitor task completion for events external to the enterprise.

Business user-friendly forms allow business managers to control Service Levels and Urgency in order to maximize customer satisfaction.




Example of Service Level Agreement form used to manage completion of credit card applications within one day of the application.

## Urgency

The urgency of a work item or assignment defines how important it is, relative to other work in progress. Urgency levels can be controlled manually by a manager, or automatically with service level agreements. Automatic changes are based on escalation events defined for the process. An assignment's urgency controls its placement on an

operator's or departments work list – items with greater urgency are automatically placed at the top of the list and those with lower urgency place lower in the list. Urgency definitions in an application bring visibility and attention to the most important work that's in process.

Agents, triggers, and declarative rules are just three of the techniques Process Commander uses to automate responses to changing work status.

### Agents

Agents operate in the background in Process Commander, and perform actions automatically as defined by the process flow. Agents monitor work and assignments against goal and deadline metrics defined in Service Level Agreements. When goals and deadlines are passed, an agent performs the notification and/or escalation events defined in the SLA. Agents provide proactive business activity management by automatically performing actions based on real-time business performance indicators.

### Declarative Rules

Process Commander leverages change-aware declarative rules that are only executed when underlying data actually changes. Declarative constraints proactively monitor information entered into Process Commander, and automatically alert users or other activities when defined constraints are violated.

### Triggers: Automated Database Monitoring

In addition to monitoring processes, work, and assignments, Process Commander can monitor databases for changes. A trigger can be defined to perform a specific action based on a change to a specific field in a database. Triggers can be set to start a new process, send a notification to a manager, start a new work object, link multiple work items together, or create an entry for the work item audit trail.

Business examples for the use of triggers include:

- Create an audit trail entry when the charge amount becomes greater than $1,000
- Notify a marketing manager when inventory exceeds a pre-set amount.
- Notify a client advisor when the account balance drops below $10,000.

Triggers are declarative in nature, and are an excellent example of Process Commander's automated monitoring and management capabilities that extend beyond the business process, to the data that supports it.

## Architected for Built-in BAM

Process Commander's unique architecture and business activity monitoring tools combine to provide traditional BAM reporting facilities along with the ability to automatically take corrective action -- maximizing BPM return on investment.

The Process Commander server runs on multiple operating systems, including Windows, Solaris, z/OS and AIX, and utilizes leading applications servers including IBM WebSphere, BEA WebLogic and Apache Tomcat. Process and business rules reside in a common rulebase, which may run on Oracle, Microsoft SQL and IBM DB2 relational databases. This unique combination of a distributed server architecture and centralized rulebase operating in heterogeneous environments provides managers monitoring and management capabilities, regardless of process or work execution location.

In addition to the built-in BAM facilities, Process Commander's open Java and XML architecture supports use of third-party reporting tools and management dashboards.

## Conclusion

PegaRULES Process Commander BPM is empowered by comprehensive BAM facilities that help business professionals manage business operations. Unlike other BPM solutions, which have only reporting and analysis features, Process Commander combines interactive and automated event processing to provide business users with the ideal mix of tools to improve the speed and effectiveness of business. Process Commander's dashboard capabilities enable managers to monitor processes and assignments in real-time through friendly and intuitive graphs and reports. The reports are enhanced by automated sensors and agents, which dynamically monitor process flows and assignments, and automatically perform activities to improve process quality and efficiency.

Pega

## About Pegasystems Inc.

Pegasystems Inc. (NASDAQ: PEGA) provides rules-based, smart business process management (BPM) software to large organizations, helping to deliver significant ROI and providing them with the flexibility and agility to respond to changing business needs. With annualized revenues of approximately $100 million and a blue-chip customer base, the company offers applications for the financial services, healthcare, insurance and government markets, as well as a cross-industry BPM application. Pegasystems is headquartered in Cambridge, Mass., and has regional offices in North America, Europe and the Pacific Rim. For more information, visit www.pega.com.

**For more information about Pegasystems, or to attend a Simply Smart BPM Technical Briefing, call us at 1-866-PEGA-BPM, visit us on the Web at www.pega.com or e-mail us at info@pega.com.**

Copyright © 2003 Pegasystems Inc. All rights reserved. PegaRULES, Process Commander, Simply Smart BPM and the Pegasystems logo are trademarks or registered trademarks of Pegasystems Inc. All other product names, logos and symbols may be registered trademarks of their respective owners. Some features noted in this document may not be available in the current version of PegaRULES Process Commander but are planned for subsequent versions. In addition, changes may be made from time to time at Pegasystems' discretion. This document does not imply any commitment to offer or deliver products or services or any warranty of capability or performance in a specific customer environment. This document remains the property of Pegasystems and must be returned to it upon request.

2003-09

simply smart BPM™

**Corporate Headquarters**

Pegasystems Inc. 101 Main Street, Cambridge, MA 02142-1590 USA
PHONE: 617.374.9600 FAX: 617.374.9620 WEB: www.pega.com

**International Offices**

Australia Canada France United Kingdom

[redacted]

[redacted] JUNE 7, 2004

[redacted]

Your Views

Are you investing in or upgrading IT to meet the requirements under Sarbanes-Oxley?

- Yes
- No

Previous Polls

Portals

- Claims
- Policy Administration
- Customer Service
- Agency Management

Current Issue

Resource Guide

Supplements

Web Seminars

Calendar

Industry Links

White Papers

Ask the Experts

White Papers

*Insurance Networking News* provides access to industry White Papers as a service to our readers and to visitors of our Web site. We do not charge industry sources a fee to post their White Papers on our site, nor do we charge a fee to download the information.

However, distribution and reproduction is limited to the terms and conditions stated for each White Paper. *Insurance Networking News* reserves the right determine which White Papers will be posted on this Web site and the length of time that each document is posted.

Requests to post White Papers should be sent to feedback-inn@thomsonmedia.com

- Future of Property and Casualty Insurance Claims
- Economic Value Creation For The Insurance Industry
- Business Activity Monitoring: Empowering BPM
- Sarbanes-Oxley Compliance
- Celent CIO Survey
- Content Processing Services
- Workers' Comp In California
- ECM In Health Insurance
- Automated Speech Recognition: Fort Knox National Co.

Get Adobe Reader

Privacy Policy | Subscribe | Customer Service | Reprints | Feedback

[redacted]

© 2004 The Thomson Corporation and Insurance Networking News. All rights reserved. Use, duplication, or sale of this service, or data contained herein, is strictly prohibited.

[redacted]

[redacted] APRIL 30, 2004

[redacted]

Your Views

Are you measuring the ROI of your technology investments?

- Yes
- No
- Yes, but the metrics are flawed

Previous Polls

Portals

- Claims
- Policy Administration
- Customer Service
- Agency Management

Current Issue

Resource Guide

Supplements

Web Seminars

Calendar

Industry Links

White Papers

Ask the Experts

## Driven By The Rules

Using rules-based technology, insurance companies are automating routine tasks, streamlining claims workflow with consistent best practices, and automatically adjudicating low-risk claims.
By Therese Rutkowski, Managing Editor

*February 2, 2004* - When it comes to claims processing, insurers are being driven by the rules-business rules, that is. Using rules-based technology, insurance companies are automating routine tasks, streamlining claims workflow with consistent best practices, and automatically adjudicating low-risk claims.

"At this point, anybody who is not using rules-based technology is already behind the curve," says Michael Lucarini, partner in the insurance group at Bermuda-based Accenture. "There are certain processes and certain areas of low risk where insurance companies need to cut the costs out and streamline those processes. And that requires the ability to segment your claims and understand your claims experience."

Jefferson Pilot Financial Insurance Co. is one such company. The Omaha, Neb.-based insurer is using internally developed business rules technology to auto-adjudicate dental and short-term disability claims in its employee benefits division.

"We have a platform within our system that houses the business rules," says Thomas Charest, vice president of the employee care center at Jefferson Pilot. When a claim comes in the door, the system looks for certain attributes, and if those attributes are present, it automatically processes the claim.

Currently, Jefferson Pilot processes more than 52% of dental claims within 48 hours. And, on average, the insurer handles 90% of short-term disability claims within three business days and 10% of them within 24 hours.

"You're going to hear more about (auto-adjudication of claims)," Charest says. "Right now, we're working on the ability for an employer to submit a return-to-work date (for a short-term disability claim), and if it's within the duration guidelines, the claim will automatically adjudicate, and we'll pay up to that return-to-work date, without anybody touching it."

Streamlining claims processing is so important to Jefferson Pilot's employee benefit division that the insurer recently packaged auto-adjudication of dental and short-term disability claims under one service umbrella-called Jefferson Pilot Financial's Expedited Turnaround (JET) Claims Service.

Other JET services include one-call short-term disability submission

for employees and employers, and simplified life claims processing that identifies life claims that can be paid within 24 hours of receipt of a death report.

**One-call decisions**

"Employers No. 1 feedback comment to us through surveys is ease of submission," says Charest. "With that in mind, we built JET."

Charest also decided to invest the time and money to employ benefits specialists on the phones, rather than intake specialists, so employers can receive a decision on short-term disability claims in one call.

"If I had intake specialists taking those calls, all they'd be doing is data entry-and then they'd refer the caller to someone else for a decision," says Charest.

"Instead, we put a higher level of people on the phone so we can offer that next level of service-and employers love it. They can't believe that within 15 minutes they have an answer."

American National Insurance Co. (ANICO), a Galveston, Texas-based life, health, annuities, and property/casualty insurer, is another insurer that is using rules-based technology to improve its claims handling processes.

Using business process management software in four major call centers, including one that handles claims for its health and group business, the company has reduced its abandon call rate and improved its overall customer service levels.

"Our goal in implementing the software was to free the call centers from having to navigate multiple systems," says Gary Kirkham, vice president and director of the planning and support division at ANICO.

Resolving health claims is a complex process, he says. "If you're really injured in an auto accident, or if you're really sick, you've got multiple providers and multiple billing points. And it can be really confusing to decipher the deductibles and the co-pays and what services are covered."

When customers call about health claims, the information a CSR needs to help them may reside on multiple systems, he notes. "People don't just call and say, 'I need to know about the claim.' They call and ask questions. And the process we've developed allows us to follow where the customer wants to go, rather pushing the customer down the pipe we want them to go down."

Specifically, ANICO is using business process management software from Pegasystems Inc., Cambridge, Mass., which has enabled the insurer to consolidate information from multiple applications and platforms so customer service representatives can provide a higher level of service-more quickly.

Pegasystems "is like a giant piece of middleware," says Kirkham. "It's a great tool to connect a workstation to a multiplicity of different systems and different architectures."

Before using Pegasystems, ANICO's CSRs had to determine which of two policy systems to query for customer data, Kirkham explains. "They'd ask a lot of questions, and they'd have to perform a lot of translation in their minds to determine coverage. Once they found the original record in the system, they'd often have to get out of that system and go into the claims system directly-or get out of that system and go somewhere else to verify the information."

Navigating up and down menus took a lot of time that the customer

did not want to spend with the CSR, and CSRs found it difficult to concentrate when they were trying to recall the proper key strokes and pull-down menus to find information for the customer.

"The project was initiated because we were experiencing high abandon rates across the board in customer service," says Kirkham.

In 1999, before implementing Pegasystems, the average abandon rate in the health customer service center was 7.7%. Last year, it had dropped to 0.6%. Similarly, the average speed of answering calls in 1999 was 1 minute and 37 seconds. By 2003, calls were answered in 14 seconds.

All this was made possible by consolidating information for the CSRs, says Kirkham, who describes how the new process works: As soon as the CSR answers the call and enters the customer's name, Pegasystems immediately gathers the relevant data and populates a clipboard, he explains. Policies, coverage and medical terminology also are at the CSR's fingertips.

Prior to implementing Pegasystems, policy forms were kept in a file cabinet. If there was a question about coverage, the CSR had to put the caller on hold and actually go to a physical file cabinet to pull a document. "Now, all they do is click and a PDF document drops down that has all that information on it," says Kirkham.

"CSRs can really be effective with the tools they have in front of them now," he says. "At the end of the day, they're not fried and frustrated. They feel like they've really worked to service the customer because the system has done the heavy lifting of finding the data, finding the policy forms, and applying the business rules."

**Upgrading architecture**

Improving its claims operation through the use of a Web-based, rules-driven system was one reason why Hastings Mutual Co. decided to implement ClaimCenter from Guidewire Inc., San Mateo, Calif.

The other reason for investing in the new claims technology was to upgrade to a thin-client, Web-based architecture that was more easily distributed to remote adjusters and to outside vendors and other service providers, says Robert Eshelbrenner, vice president of information technology at the Hastings, Mich.-based regional property/casualty carrier.

"The old system that remote adjusters are using is basically bailing wire and a PC-anywhere process," he says. "It wasn't something we wanted to live with for another 10 years."

Hastings is scheduled to be in production with ClaimCenter next month. The company will be replacing its DOS-based system, which was installed in the early 1990s.

The new ClaimCenter technology will enable Hastings Mutual to segment and assign claims and continuously track and manage claims activities.

ClaimCenter also features real-time, multi-party collaboration between different claim handlers; streamlined navigation to external tools; real-time supervisory visibility into individual and aggregate workloads; and flexible exception flagging to act on important claims.

"Currently, claims adjusters are setting up their own claims files," says Ray Rose, manager of claims at Hastings Mutual. "They're doing a lot of preparation work that we want to eliminate."

The other issue, which ClaimCenter will address, is loss assignment.

"Supervisors feel strongly about loss assignment. It takes up a lot of their time," Rose adds.

ClaimCenter will enable Hastings Mutual to offload some file set-up tasks from the adjusters to the home office, where losses will be set up and reserves established for adjusters.

"They'll get the assignment right away," says Rose. "Then, they'll do all the normal things a claims adjuster does-putting up notes about what they've done with a file and building activities that are required for a claim. We will eliminate a lot of set-up steps they had to do in the past. So they can focus on adjuster tasks rather than clerical ones," he says.

**Behind the scenes**

Hastings Mutual also will be able to establish default reserves and consistent workflows that are appropriate to specific claims and adjuster experience. "There are a lot of rules behind the scenes that will help us do a better job of serving our customers," Rose says.

Presenting policy information to adjusters in a more useable format will also make it easier for adjusters to work with customers-and it will reduce training time, according to Rose.

"Today, we train people on both the policy and the claims systems because they need to know all the various codes for limits and deductibles," he says. "It's very difficult to train people on both systems. When they leave after a week of training, they're pretty dizzy with all the information they've had to absorb."

But ClaimsCenter will be the source of policy information as well as claims information. "Part of this effort is to display policy information in a way that makes sense to the adjuster," he says.

Instead of claims handlers memorizing coverage codes, for example, policy information is converted into meaningful data labels-in English. As a result, training adjusters will take less than a day on the new system, he says.

Similarly, HB Group-a subsidiary of Co-operators, a group of Canadian insurance and financial services companies-has implemented technology that enables its claims service advisors to provide better customer service.

In 1999, the insurer established a "full contact center environment," which means call center reps can confirm coverage and provide facilitation services in one call, according to Dan Watchorn, vice president of operations and claims. "We do everything 'once-and-done'-at the time the client needs it," he says.

The next step for the Ontario-based company was to produce efficiencies through the use of business-to-business Internet technology, says Watchorn.

"From my strategic standpoint, if we can reduce the time our claims staff spends on the phone dispatching new assignments, giving extensions on rentals, validating additional auto repairs or extending authority on property losses, it frees up the phones to provide clients more access to our adjusters."

**Online collaboration**

To that end, HB Group is using an Internet-based application that connects adjusters and service providers online to more quickly resolve claims-from first notice of loss to approval of invoices.

Using the technology, from Toronto-based Castek Inc., claims adjusters can be proactive rather than reactive, according to Watchorn.

"We had already set up the call centers to provide speed and efficiency in meeting client needs at the time the client wanted it, and we reduced the duplication of several people having to touch the claim," he says. "But we still had the old issue of hanging up with the client, then calling the body shop, or calling the contractor and repeating the information to dispatch the assignment to them.

"We wanted to free up the phone lines for client access by reducing the amount of phone interaction and telephone tag that goes on between vendors and adjusters updating each other on the status of a claim," he says.

First introduced into HB Group's Ontario-based call center for auto claims in June 2001, the company has expanded the use of ClaimsPath to include field adjusters, salvage contractors and property contractors.

HB Group's Calgary claims center also is now using the application, and the company is translating it into French for implementation in its Quebec call center.

The results have been so positive that HB Group's parent company (Co-operators) is planning to use ClaimsPath in several other companies under its corporate umbrella.

Specifically, ClaimsPath enables the company to manage vendor and adjuster performance better than ever before, according to Watchorn. Like many insurers, HB Group has preferred vendor relationships. And ClaimsPath tracks individual adjuster performance to determine which adjusters are communicating the value of working with those vendors.

"It has given us a stronger capability internally to look at our staff to see who is doing an excellent job and pat them on the back and reward their performance, and focus on training for those who need more skills in selling the merits of the program," he says.

HB Group also has established specific requirements with certain vendors, which are built into the workflow automation. "For example, we have told one vendor that we expect them to respond to all assignments within 30 minutes after they're sent," says Watchorn. If the vendor has not opened an assignment within 30 minutes, the application automatically alerts the adjuster with a message.

ClaimsPath is providing hard-dollar savings as well, Watchorn adds. "We know there are cost savings associated with eliminating duplication and telephone tag. We also assumed there would be client satisfaction improvement. But those are tough to quantify."

Instead, HB Group looked for increases in referrals to its preferred vendors and lower indemnity costs. "Because we use staff appraisers on the majority of assignments, the impact on indemnity was not as significant as we expected-or as it might be for a company that doesn't have those controls in place," Watchorn admits.

But the company did uncover significant savings in turnaround time at its preferred shops, which translated into lower rental car costs.

"If you can see an average of two days' turnaround difference, and your average rental is $30 per day, there's a $60 savings per file," says Watchorn. "That's concrete evidence of direct-dollar savings. Plus, the client gets back in their vehicle more quickly, and the client is happier."

Indeed, with the evolution of technologies such as the Internet and

Web services, technology is no longer an excuse for not working well with vendor partners, says Accenture's Lucarini.

**Hard dollars saved**

In fact, he proposes that insurers should not only rely on their vendors to help them in the procurement process, they should push work out to them as well. "Vendors have the core competency to procure goods and services. We should put that onus on them if they want to work with us," he says.

If an insurer is paying to replace a policyholder's television, for example, the insurer can submit a credit at a local or chain TV distributor, he explains. "Make it the policyholder's responsibility to go to that store and pick out a TV."

That way, the insurer only has to send a transaction in that person's name to that distributor. "No longer does the insurer have to understand what kind of TV the policyholder had and arrange to have it shipped to their home." The retailer and the claimant can handle that part of the process, he says.

**Property Claims Adjusters Can Generate Revenue: MS/B**

With 64% of homes undervalued by 27%, insurers are losing premium dollars and policyholders are not fully protected. That's according to Jonathan Kost, claims director at Marshall & Swift/Boeckh (MS/B), citing the results of the New Berlin, Wis.-based company's July 2003 ITV Quality Index.

Claims adjusters can help generate revenue, which can drop to the bottom line, by participating in an insurance-to-value (ITV) initiative, he says. "If you have your claims adjusters-while they're out at a loss location doing a physical inspection-actually perform ITV calculations and pass that information back to the underwriting department, the carrier can garner a more accurate premium and the consumer is fully insured."

In addition, carriers can use analytics to capture data as a claim file is being adjusted and effectively model and propagate best estimating practices throughout the field, says Kost. This ensures adjusters produce consistent, accurate estimates, which reduces indemnity as well as costly supplements filed at the end of the process.

"For insurers that have implemented best practices throughout their adjustment force, we've seen about a four-point improvement in their combined ratio," he says.

**Integrated Claims System Provides a High Level of Automation for the "little guy"**

With $110 million in written premium, Compensation Risk Managers LLC (CRM) is a relatively small third-party administrator of self-funded workers' compensation programs.

But an integrated claims management solution from Insurity Inc., a ChoicePoint company, is providing the Poughkeepsie, N.Y.-based TPA with a level of automation typical of larger insurers.

Insurity's Pyramid system is integrated with the medical bill repricing engine from Medata Inc., Newbury Park, Calif., and with a case management system that uses IHQ medical protocols from McKesson Health Solutions LLC, Marlborough, Mass.

The integration of these three typically separate systems has enabled CRM to form a subsidiary managed care business-called Eimar-that saves $30 to $35 for every dollar spent on bill review and PPO

charges, according to Adam Strong, vice president of claims at CRM. That's well above the industry average of $8 to $9 in ROI, he says.

"A TPA of my size would typically latch onto a regional or national managed care company," says Strong. "But through Eimar, we have a staff of six bill reviewers, and every day, I know how many bills came in, how many were received, how many bills were paid, what the total inventory is, and the productivity of each person."

Eimar bill reviewers are using a different module of the same software that CRM uses for claims management. "They don't have to re-enter information such as the person's name, the doctor, the history," Strong explains. "They just pull up the claim that's already established in the system and review the bill."

In addition, Eimar staff uses the system to document efforts to schedule medical exams. "Adjusters don't need to be told an exam took place, because any time they look at the file, they're going to see it. It's right there in chronological order," Strong says.

As for telephonic case management, registered nurses also use the system. "And they are here on site," Strong adds. "That allows for more direct communication about what action is needed for a particular claim. It's not a referral that goes to the nurse who never sees the adjuster who has no idea who she is and isn't really accountable."



© 2004 The Thomson Corporation and Insurance Networking News. All rights reserved.
Use, duplication, or sale of this service, or data contained herein, is strictly prohibited.

Claims
COVERING THE BUSINESS OF LOSS



ASCR Directory
(Click Above to Find a Certified Restorer)

DKI Directory
(Need Quick Emergency Response?)

## September 2002

## Claims Technology

**A Five-Step Diagnosis for Your Claim Operation**
By John Raguin

Back to September Table of Contents

It has never been more difficult to be a claims executive than it is today.

With combined ratios reaching 110 in 2000 and 116 in 2001, not even the current hard market will bring property and casualty insurers back to underwriting profitability. CEOs and boards that spent the last few years pouring money into Internet sales and marketing initiatives have realized that the key to profitability lies in their claim operations, which consume 78 cents out of every premium dollar.

Industry analysts point to losses through "leakage" of 10 percent of premium income, or millions of dollars per year for most carriers, leaving claim departments on the hook to identify ways to capture the commensurate cost savings. The bottom line is that claim executives are being asked to deliver real, measurable improvement in both paid loss costs and loss adjustment expenses, often with no increase in capital budgets.

Where should claim executives look for these operational improvements and cost savings? The picture is clouded by the unprecedented number of reorganizations, process changes, and other initiatives that are being tried by large and small carriers throughout the industry. Some of the trends claim executives will undoubtedly have heard of are:

- consolidating multiple offices into large, centralized call centers;
- complementing the traditional adjuster with a team of specialists;
- segmenting claims into multiple categories for separate handling;
- identifying and tracking an ever-increasing number of performance metrics; and
- implementing new, specialized IT systems such as imaging, liability assessment, and fraud detection.

The difficult question, however, is knowing what the right next step is for your claim operation. Do you need to overhaul your overall organizational structure, or do you just need to tweak your processes around the edges? The questions we ask below are a starting point for diagnosing your claim operation and identifying the areas you need to focus on in order to close the gap with industry best practices. They are based on more than 100 interviews with claim professionals at dozens of carriers that have both excelled and struggled in each of these areas, and on visits to claim offices spent watching and analyzing the actual work done by adjusters and supervisors.

1. How many different computer systems do your adjusters use?

When visiting claim offices, we have seen adjusters struggling even to keep track of the many systems they are expected to use in various circumstances. Some of the distinct systems we have encountered are: policy administration, claim financials (reserves and payments), correspondence generation, data warehousing, web-based reporting, notes and diary, damage estimation (auto and property), medical bill review, litigation assessment, fraud detection, first notice of loss, bodily injury evaluation, imaging and document management, vendor management (for body shops or contractors), and litigation management. While these tools all have value when used properly, they depend on the adjuster's ability to remember when and how to use each system; otherwise, they simply represent millions of dollars in IT deadweight. If your adjusters are using more than three or four systems regularly, they probably need help in navigating their claim environment.

2. Do you handle every claim the same way?

It goes without saying that every claim is different. Every claim operation has guidelines for how different types of claims should be handled: which vehicles should be inspected, which claims should be referred to




the SIU, etc. Too often, however, the default handling process is to route all claims to generalist adjusters, forcing them to triage claims on the fly and apply the right guidelines to each one. A sure giveaway for this situation is the yellow sticky test: if adjusters have Post-It notes scattered around their monitors reminding them what to do in various circumstances, your operation is handling every claim the same way – handing it to the adjuster and hoping for the best. If this is the case, you need to find other ways to segment and assign your claims, identifying what type of claim you are dealing with, and assigning to the right person for that type.

3. Can more than one person work on a claim at once?

The question is not whether you can assign two people to work on the same claim; the question is whether they can both do meaningful work at the same time. If a BI specialist has to ask the main adjuster to send over the claim file by interoffice mail, both can't be working on the claim at the same time. If your systems can't differentiate and keep track of multiple activities that are assigned to the adjuster, internal specialists, or even external vendors, you're relying on the adjuster to be an information traffic cop, leaving considerable room for neglect or error.

One step you can take is straightforward, though often costly and sometimes unsuccessful. Today's imaging systems can replace thick paper files with electronically scanned copies of all relevant documents. The next step is more challenging, however: improving coordination among the many people inside and outside your organization who touch a claim, so that you are making maximum use of the expertise you already have in your organization.

4. How do your supervisors decide what to supervise?

Your supervisors are often your best, most seasoned people. Their job is to identify and solve potential problems before they arise, and to mentor and coach their teams to ensure top performance. They can only take action on what they can see, however, and, in many organizations, their ability to see what is going on within their teams is limited to weekly, printed reports and mandatory, periodic reviews of every claim under their jurisdictions. Faced with these primitive tools, each supervisor has probably developed tricks and routines, such as a few performance metrics to look at, a process for selecting claims for spot checks, a checklist of things to look for in claim files, etc. Although this enables them to do their jobs, it may not be aligned with the top priorities of the claim operation as a whole. If your supervisors are not getting real-time insight into the highest-priority issues facing their teams, they need better visibility and problem identification tools that help them understand what is going on and where they need to focus their attention.

5. How do your adjusters decide what to do?

Your adjusters are the arms, legs, and backbone of your claim operation. Your customer service, cost containment, and expense control are only as good as your adjusters. Chances are, however, that they spend most of their time reacting to outside stimuli: phone messages, new mail, new claim assignments, and diary prompts. They work at a rapid pace, but their activities are largely dictated by their diary systems – open a claim, make a phone call, enter a note, and create a diary for a week later – not by the claim handling best practices that you have tried to instill in your organization. They spend their time trying to clear all of their "to do" lists and keep their heads above water, rather than creating and executing a handling plan appropriate to each individual claim, with a focus on identifying and making decisions necessary to achieve the most cost effective claim resolution.

If this describes your operation, work prioritization and decision support for your adjusters are major improvement opportunities. Remember that it is only by influencing the daily behavior of the front-line adjuster that you can make a difference in controlling leakage and improving customer satisfaction.

Identifying your most important challenges is only half the battle, of course. The other half is solving them. There is no one-size-fits-all solution. If your immediate challenge is supervisory visibility, you may want to invest in a data warehouse and advanced data mining technology. On the other hand, you may want to survey your current supervisors, establish what the current best practice is, and implement that throughout your organization. The right answer will depend on your current situation, your appetite for change, and, of course, your budget. Hopefully, however, this quick diagnostic has helped you focus on the key issues you need to address in your claim operation, and put you halfway on the road toward meeting your ever-increasing performance targets.

---

Back to September Table of Contents

*Copyright Notice: This material is copyrighted and may not be republished without permission of Claims magazine. For more information, e-mail editor@claimsmag.com or call (800) 544-0622.*

**ACE•SCLA Conference | Archives | Bookstore | Classifieds | Subscribe | Industry Links**
**Industry Calendar | Advertising | About Our Claims Magazine Staff | Home**

http://web.archive.org/web/20060528091743/http://www.guidewire.com/pdfs/Guidewire_ClaimCenterBrochure.pdf



Ken Branson, Vice President, Product Development

Guidewire
**ClaimCenter**

## P&C INSURANCE CLAIMS

*Claims organizations today are under pressure to deliver improved financial performance, while medical inflation, widespread litigation, and increasing customer demands are making the adjuster's job more difficult than ever before. To meet this challenge, claims executives want to increase consistency, improve enforcement of best practices, and enhance productivity throughout the claims operation. Guidewire ClaimCenter® is the insurance industry's first and most widely used web-based claims system built entirely on modern technology. ClaimCenter is in production for all lines of business, giving adjusters the productivity tools they need while using business rules to give insurers complete control over the claim process.*

Key Features

- Intuitive, web-based user interface
- Rules-driven management of end-to-end claim process
- Electronic document management interface
- Real-time operational and financial dashboards
- Secure Internet access by external users

Benefits

- Improved enforcement of best practices
- Increased productivity of core claims staff
- Streamlined access for external users
- Faster response to customer inquiries
- Shortened claim lifecycle
- Improved data visibility and analysis
- Reduced leakage (unnecessary loss costs)
- Reduced cost of implementation and maintenance

## TODAY'S CHALLENGE

Claims management is one of the most important functions of an insurance organization. Claims are the primary point at which customer service is delivered and the source of the overwhelming majority of costs to an insurance carrier. However, many companies still practice a highly manual approach to claims, relying heavily on overworked frontline adjusters, shuffling through thick paper files, who pay out millions of dollars per year with minimal support or oversight. Insurance carriers pay for these manual processes in excess adjustment expenses and in leakage – unnecessary loss costs – amounting to over $40 billion per year in the U.S. alone.

Many claims executives are well aware of these limitations. However, their ability to improve the claim process is constrained by the legacy systems that still dominate the industry. These systems suffer from archaic interfaces that hamper productivity and limited designs that fail to manage the actual claim process.

Guidewire ClaimCenter enables insurers to modernize the claim operation, improve customer service, and reduce costs. ClaimCenter was designed in collaboration with claim adjusters, managers, and executives to address the most pressing challenges facing claims organizations today.

## ARCHITECTURE OVERVIEW

*Guidewire ClaimCenter includes eight major functional components, together supporting the end-to-end claim process.*

*All components are built on a common software platform, providing consistent mechanisms for configuring functionality, managing security, and administering the system.*

## TECHNOLOGY ADVANTAGE

Guidewire ClaimCenter was designed and built on an all-modern architecture for maximum flexibility and performance. The system is written in Java for the J2EE standard and runs on multiple industry-leading platforms. Clustering ensures rapid performance for any number of users.

While ClaimCenter provides a complete set of screens and business rules to run "out of the box," the system can be tailored to the needs of any insurer. The data model, screens, and business rules are managed in XML or in the graphical Guidewire Studio environment for ease of configuration. To streamline upgrades, all configuration changes are made in special extension files.

ClaimCenter's robust integration layer has been proven under all required integration scenarios, from batch file transfer to real-time synchronization with mainframe systems, including bulk conversion from legacy systems. Most importantly, ClaimCenter has been successfully implemented at multiple customer sites on-time and on-budget.

- 100% Java/J2EE
- Web client
- Clustering for scalability to thousands of concurrent users
- Completely configurable using XML and business rules
- Over 10,000 automated tests

# ARCHITECTURE OVERVIEW




## ClaimDashboard

- Real-time views of team workload
- Drill-down through organization to individual detail
- Claim and exposure aging
- Key metrics for open and closed claims
- Financial performance on open and closed claims

## ClaimDesktop

- Unified view of all work across all claims
- Activity queues
- Unified litigation calendar
- Powerful, configurable search
- Ad-hoc reporting with data export

## ClaimEntry

- Configurable wizard to enter new losses
- Tailored screens for different types of losses
- "Quick claim" option for rapid loss entry
- Search for and import of detailed policy information

## ClaimAssign

- Segmentation of claims according to any criteria
- Rules-based assignment of new claims based on any attributes
- Separate assignment of claims and exposures
- Assignment by round-robin with varying workloads
- Assignment by location and group type or user attribute

## ClaimFolder

- Configurable screens for all claim information
- Manual or automatic creation of documents from templates
- Access to any electronic documents
- Easy access to policy data
- Evaluation, negotiation, and litigation management
- Validation of data integrity

## ClaimFinancials

- Automatic and manual reserves
- Final, partial, and supplemental payments
- Flexible recurring payments
- Recoveries and recovery reserves
- Automatically enforced authority limits
- Aggregate policy limits

## ClaimGuide

- Action plan tailored to attributes of any claim
- Action plan tailored to user attributes
- Complete control of claim workflow
- Assignment of activities to internal or external users
- Automatic email notifications to internal or external users

## ClaimAlert

- Exception-based notification and management
- Automated escalation of overdue activities
- Flagging of claims based on any criteria
- Automated exception handling

## ENHANCED PRODUCTIVITY

Claims personnel today are faced with daunting workloads, increasingly demanding customers and claimants, new internal guidelines and state regulations. What they need are powerful tools to help them find information, make decisions, and do their work more quickly.

Guidewire ClaimCenter gives claims personnel a broad range of tools to streamline their day-to-day tasks. Intuitive, web-based screens provide instant access to critical information and the ability to drill into details on demand. Standard letters and forms can be generated from templates or even automatically generated. Benefit amounts and reserves can be automatically calculated using any formulas. Automated interfaces eliminate tedious re-keying and reduce risk to data integrity. Powerful search tools enable quick responses to external inquiries.

By relieving them of the menial tasks that take up so much of their time today, ClaimCenter gives adjusters the information and time they need to analyze claims and make the right decisions.

## INCREASED CONTROL

There are many different types of claims: routine claims, complex claims, litigated claims, claims with coverage issues, and so on. Ideally, each claim should be handled in the right way by the right people. However, most systems today use a "one size fits all" approach, providing little or no guidance over the claim process itself.

Using Guidewire ClaimCenter, claim executives can tailor the handling process to each individual claim. ClaimCenter's business rules engine provides complete control over the claim process - segmentation and assignment, activity generation, collaboration, responses to new information, exception handling, etc. Each insurer can define and manage its own processes to adapt to changing business needs. Managerial dashboards provide real-time visibility into key data on any level of the organization, providing unprecedented insight into the workings of the claim operation. By monitoring the claim process and refining business rules, claim executives can continuously enhance the efficiency of the claims operation, improving outcomes and reducing costs.

## COLLABORATION & CUSTOMER SERVICE

Traditionally, the claim process has been an internal affair, owned by a single adjuster and tracked in a paper file. Claims organizations have struggled to share information with external partners such as independent adjusters, case managers, and defense attorneys. In addition, agents' and customers' demands for more and better information have gone largely unmet. The result has been both high interaction costs and strained customer relationships.

Because it was built for the Internet, Guidewire ClaimCenter can break down the barriers between the claims organization and its partners and customers. External vendors can access the system to view information or work on activities; alternatively, they can be notified of new assignments via automated email messages. Insurers can choose what information to make available on the Internet, and to whom, reducing ad hoc inquiries while increasing responsiveness to customers. As a result, claims organizations can reduce their overall cost of doing business while improving customer satisfaction.

*"Guidewire ClaimCenter enables us to manage claims according to our unique best practices and maintain high productivity throughout the organization."*

■ Adrian Brown, Chief Information Officer, Canal Insurance

*"Guidewire ClaimCenter has delivered the modern user experience and increased flexibility that we were looking for."*

■ Robert Eshelbrenner, VP, Information Technology, Hastings Mutual Insurance Company

*"Guidewire ClaimCenter gives us the flexibility to meet our unique requirements and to support our business as it grows and evolves over the years to come."*

■ Joyce Schulman, VP, Claims, Employers Direct Insurance Company

Learn what Guidewire ClaimCenter can do for your claim organization by contacting Guidewire at:

Guidewire

Guidewire World Headquarters:
2121 S. El Camino Real, Third Floor
San Mateo, CA 94403 USA
Phone: + 1 650 357 9100
Fax: +1 650 357 9101
Email: info@guidewire.com
www.guidewire.com

Guidewire Software © 2005. Guidewire Software and Guidewire ClaimCenter are registered trademarks of Guidewire Software, Inc. All other product names are the trademarks of their respective companies. 4/05

# Products

Components | Participants | Configuration | Value | Technology

## Configuration

No two claims organizations are exactly alike. Guidewire ClaimCenter can be extensively configured to meet the unique requirements of any claims organization, without the need for custom programming - allowing customers to modify the system over time as their needs change.

ClaimCenter provides tools for easy configuration of every aspect of the system:

- **Business rules** control the claim process and tailor it to the requirements of each individual claim. All ClaimCenter rulesets can be modified or completely rewritten by each customer, using a graphical user interface. Rules governing segmentation, assignment, work planning, escalations, exceptions, initial reserves, and many other aspects of the system can be managed by the claims department and modified in minutes or hours, providing the flexibility to adapt to change without the need for a lengthy IT project.
- **Screen changes** are implemented in clearly-organized XML files. Fields can be added, removed, renamed, modified, or reordered, giving customers complete control over what information is displayed and how it can be edited. The "look and feel" of the user interface are controlled through style sheets, allowing each company to tailor the interface to conform to corporate guidelines.
- **Data model** extensions require only editing an XML file. Fields of any data type can be added to the system, including fields with drop-down lists. Fields can be created that only display based on the value of another field, making it possible to display state-specific fields dynamically. All drop-down lists can be easily modified to match company-specific codes.
- **Organizational attributes** can be defined to match the structure and practices of each claims organization. Each customer can define any number of roles in the system, each with a distinct set of permissions to view or edit information or take action in the system. Similarly, group types, regions, authority limits, and many other aspects of the system can be easily configured using XML.
- **Correspondence and forms templates** can be individually written to conform to each company's preferred practices. Templates use industry-standard document formats (Word, Excel, and Acrobat) for ease of creation and use.

All ClaimCenter configuration changes are "upgrade-safe," meaning that they are automatically preserved across upgrades to the base system. Customer-specific configuration information is stored in separate configuration files that are not modified by Guidewire. When the customer upgrades to a new version of ClaimCenter, these configuration files are automatically re-applied to the system. Database upgrades can be performed "in place," without the need for cumbersome scripts to transfer data from one database to another.

ClaimCenter's comprehensive configuration infrastructure gives you the power to tailor the system to match your vision for how claims should be handled. For the first time, claims organizations can realize the benefits of a custom-built solution, with the cost and maintainability advantages of a packaged application.

Guidewire Software © 2001-2004

# Welcome to Everest Automation

Everest Automation's vision is to deliver break-through competitive advantage to our customers by providing strategic automation solutions that facilitate our customers to drive ever improving efficiencies and thereby drive *bottom-line growth.*

Please contact us to find out how we can help your company

***Let us*** help you drive ***bottom line growth***

**Technology Expertise**

Java, J2EE, EJB, WebStart
.NET, C#
Web Services
SQL Server, DB2, Oracle
Portals
Content management

**Services & Solutions**

- Industry solutions
- Application development
- Application management
- Business processes
- Data center virtualization

New Technology Spotlights:

- Xen - Server Virtualization
- Wicket

Copyright 2005-2006 Everest Automation, Inc. :: Terms of Use :: Privacy Policy :: Search :: Site Map

Guidewire

Home Contact Us Customer Login Search

Solutions Services Knowledge Customers Company

Team

Investors

Careers

Media & Events

# Media & Events

Articles | Press Releases | Events | Contact

## ImageRight and Guidewire Announce Integrated Claims and Document Management Solution

*Integrated solution offers single, web-based desktop to all claims information and documents*

**CONYERS, GA and SAN MATEO, CA, February 17, 2004** – ImageRight, a leading provider of document management and workflow solutions for insurers, and Guidewire Software, Inc., a leading provider of claims solutions to property and casualty insurers, today announced the immediate availability of an integrated claims processing and document management solution for the insurance industry. In addition, Guidewire has joined the ImageRight Business Alliance as a Gold Partner.

Many property and casualty claims organizations are struggling with legacy systems that provide little control over the claim process and offer no ability to manage electronic documents. The result is a highly manual process in which information is buried in thick paper files, with adjusters receiving little or no claim handling guidance from the claims system. By collaborating to integrate the Guidewire ClaimCenter claims system and the ImageRight document management system, the two companies provide claims organizations a single, web-based desktop to all claim information and documents, dramatically improving both information sharing and collaboration throughout the entire claim process.

"Property and casualty insurers must seek more efficient document and process management for claims," said Kimberly Harris, research director, Gartner. "Insurers must look for new solutions to help re-engineer their core business processes to become more efficient and competitive."

This ImageRight-Guidewire combination leverages the existing capabilities of leading solutions for document management and claims management. ImageRight provides robust document management, rendering, and storage capabilities, enabling insurers to manage documents in any format, from any source. Guidewire ClaimCenter is an advanced claims process management system that uses flexible business rules to manage the end-to-end claim process and improve claim outcomes; ClaimCenter users can access claim information, litigation, subrogation, salvage, notes, activities, contacts, and all financial transactions from a single, web-based interface.

With the ImageRight and Guidewire ClaimCenter integration:

- Electronic documents are generated from correspondence templates and stored as part of the electronic claim file for later shared access.
- Paper documents are scanned into electronic form and automatically attached to the claim file for access by claim handlers.
- Workflow activities are automatically generated and assigned to appropriate adjusters in response to new documents.
- Claim adjusters access all claim information, activities, reserve and payment transactions, and documents from a single, web-based user interface, without the need to toggle between applications.

"The combination of Guidewire's claims management expertise and our document management expertise provides a comprehensive solution to insurers looking for a modern, paperless claims solution," said Skip Morris, vice president of marketing at ImageRight. "We are pleased to welcome Guidewire into the ImageRight Business Alliance, and to offer our fully integrated solution to the market."

"ImageRight shares our dedication to the insurance industry and our deep commitment to customer success," said James Kwak, vice president of marketing at Guidewire Software. "This collaborative solution offers insurers the option of a fully-featured document management solution, with a proven integration to Guidewire ClaimCenter."

**About ImageRight**
ImageRight's Insurance Focused Document Management and Advanced Workflow solution delivers unprecedented productivity gains and customer service improvements for over 180 insurance companies. Every feature and function of the solution was developed at the request of an insurance professional from our many clients. ImageRight is truly the Document Management & Workflow Solution That Insurance Built! www.imageright.com.

**About Guidewire Software**
Guidewire Software is a leading provider of solutions to property and casualty and workers' compensation insurers. Guidewire applies modern software technology to help insurance carriers run their core operations and reduce costs. Guidewire ClaimCenter is the industry's first end-to-end, 100% web-based claims system for all lines of business. For more information, please visit www.guidewire.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are trademarks of Guidewire Software, Inc.

Guidewire Software © 2001-2004