Guidewire

Home | Contact Us | Customer Login | Search

Solutions | Services | Knowledge | Customers | Company

Challenge

- Vision
- Product
- More Information

# Products

Components | Participants | Configuration | Value | Technology

## Participants

Guidewire ClaimCenter provides the powerful tools that claims handlers need to be productive.

**Claims adjusters**
ClaimCenter's web-based user interface gives frontline claims professionals an easy-to-use, powerful environment for handling claims. A prioritized Desktop enables them to focus on their most important work and drill into claim files for more information. Correspondence templates, document management, and other tools are only a click away. Adjusters can even navigate to other external applications from within the ClaimCenter interface.

**Claims managers**
Supervisors, managers, and executives use ClaimCenter's Team screens to instantly access real-time information about their claims operation. Flexible exception criteria flag claims or other issues that require attention and proactively alert relevant managers, allowing them to intervene quickly using ClaimCenter's activity management tools. Customers can define reports using any data in the system and deliver them to supervisors in real time.

**Internal specialists**
Because ClaimCenter's interface is entirely web-based, it is easy to provide access to anyone who needs it. Internal legal counsel can use the system to track cases and share information with external law firms. Underwriters can run reports on loss data or look at claim files directly. Customer service representatives can enter claims directly or look up claim status for customers. And ClaimCenter's sophisticated security and permissions infrastructure lets you define exactly what each user can see and do in the system.

**External partners**
Modern claim handling increasingly depends on the participation of external vendors and partners such as repair shops, investigators, attorneys, independent adjusters, and agents. ClaimCenter allows claims handlers to assign activities to these participants and give them selective access to claim files. Partners can access their activity lists and claims using an Internet browser. Because ClaimCenter carefully restricts what informaiton is visible to each user, sensitive data such as reserves is safe.

**Policyholders and claimants**
ClaimCenter's web-based technology makes it easy to publish claims status information to policyholders, claimants, and other parties in the claim process. Insurers can define exactly what information they want to be available and who is allowed to see it. Access can be embedded into an existing corporate web site for ease of use by customers.

**Guidewire Software © 2001-2004**

Guidewire

Home Contact Us Customer Login Search

Solutions | Services | Knowledge | Customers | Company

Team
Investors
Careers
Media & Events

# Media & Events

Articles | Press Releases | Events | Contact

## Montana State Fund Selects Guidewire ClaimCenter as Claims System

*HCL Technologies to Lead Implementation*

**HELENA, Mont. and SAN MATEO, Calif., August 3, 2004 –** Montana State Fund (MSF), the state's largest workers' compensation insurer, and Guidewire Software®, a leading provider of solutions to property and casualty and workers' compensation insurers, today announced that Montana State Fund has selected Guidewire ClaimCenter® as its new claims system. The implementation of the new system will be led by HCL Technologies, a global provider of information technology services to the insurance industry.

Montana State Fund (MSF) provides Montana employers and their employees with competitively priced coverage and service no matter what challenges face the insurance industry. In order to better serve the citizens of the state, MSF is continuously seeking to improve efficiency in its core operations and take advantage of modern technology to improve customer service. After a comprehensive review of available claims processing systems, MSF selected Guidewire ClaimCenter as the platform for innovation and increased efficiency in its claims organization.

"Guidewire ClaimCenter gives us the power and flexibility we need to deliver world-class claims service to the employers and employees of our state," said Harold Williams, chief information officer, Montana State Fund. "ClaimCenter will enable us to increase collaboration with our partners, deliver more information over the Internet, and ensure best-practice handling of every claim."

The selection of ClaimCenter was motivated by the system's support for Montana State Fund's key claims initiatives:

- Extending the claims processing environment to policyholders, agents, partners, providers, and employees
- Systematically enforcing claims management best practices across all policy types, business relationships, and regulatory requirements
- Providing a common electronic reporting solution to all relevant governing and regulatory bodies
- Delivering an enhanced claims toolset to increase adjuster productivity and reduce manual processes
- Streamlining work processes to increase efficiency throughout the claims organization

"We are proud to be serving the citizens of Montana through our selection by Montana State Fund," said John Raguin, chief executive officer, Guidewire Software. "We look forward to a long, collaborative relationship based on our shared commitment to operational excellence and superior customer service."

HCL Technologies, an approved implementation partner of Guidewire Software, will lead the implementation activities for the new claims solution. "We look forward to leveraging our partnership with Guidewire to deliver to Montana State Fund their next-generation claims solution in a timely and cost effective fashion," states Bill Macdonald, Global Insurance Director, HCL Technologies.

Guidewire ClaimCenter enables innovation in claims, using flexible business rules to optimize the claim process and automatically monitoring all operations to catch exceptions and eliminate errors. Claims executives can define and enforce their preferred claim handling practices, and can refine those practices over time. ClaimCenter is available both as a standalone claims system and as a set of individual components to complement any insurer's existing systems. ClaimCenter's modern architecture, web client, XML-based configuration, and web services support ensure lower total cost of ownership in any environment.

**About Montana State Fund**
Montana State Fund is a public entity that operates as a competitive state fund, providing coverage to nearly 28,000 employers in the state. It is the largest workers' compensation insurance company in Montana. For more information, visit www.montanastatefund.com.

**About Guidewire Software**
Guidewire Software is a leading provider of technology solutions to property and casualty and workers' compensation insurers. Guidewire applies modern software technology to help insurance carriers run their core operations and reduce costs. Guidewire ClaimCenter is the industry's first end-to-end, 100% web-based claims system for all lines of business. For more information, please visit www.guidewire.com.

**About HCL Technologies, Ltd.**
HCL Technologies is a leading global IT services company, providing IT Outsourcing, Business Process Outsourcing and Infrastructure Outsourcing Services. HCL Technologies has over 15,000 employees with operations spanning 26 locations in 14 countries. For more information, visit HCL Technologies at www.hcltech.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are registered trademarks of Guidewire Software, Inc.

Guidewire Software © 2001-2004

# Guidewire Web Seminars

Register

## Guidewire ClaimCenter
### *The Right Tool for Claims*

**Register** to view the web seminar replay, click here.

In business, you need the right tool to do the job. However, too many claims organizations are saddled with inadequate information systems. Too many insurers try to run their entire business on legacy policy administration systems, sometimes disguised as "all-in-one" systems. The result? Claims organizations suffer from low productivity, poor user satisfaction, limited managerial visibility, and unnecessary costs.

Guidewire ClaimCenter® is built from the ground up for the specific requirements of today's claims organizations. From initial loss entry through settlement and recovery, ClaimCenter provides a single platform for all claim handling activities and all lines of business, proven in the field by real claim adjusters. Flexible business rules give claims executives the tools they need to tailor the claim process to their specific requirements.

No longer do claims organizations have to settle for second best. ClaimCenter gives you the right tool for your job. Attend the web seminar to learn why insurers in all lines of business are using ClaimCenter today.

Learn why ClaimCenter is the system of choice for leading claims organizations across the country. Guidewire will present a product overview and demonstration, and CNA will be on hand to discuss their ClaimCenter implementation and experience working with Guidewire.

**Speakers** (Biographies)

- James Kwak, VP, Marketing - **Guidewire Software**
  *With special guest:*
- Jerome Reynolds, Director, Claims - **CNA**

**Who Should Attend**

Those benefitting from Guidewire Web Seminars include claims executives and managers from companies that are reorganizing their claims operations, overhauling their claims systems, or just beginning to evaluate their options.

Guidewire Software © 2001-2005

Guidewire

Home Contact Us Customer Login Search

Solutions | Products | Services | Knowledge | Customers | Company

Opportunities

Systems

Forums

More Information

# Web Seminars

## Register

Use the form below to register to view a replay of the recent Guidewire Web Seminar: Guidewire ClaimCenter - The Right Tool for Claims. Access information will be sent via email.

First name*

Last name*

Title*

Company*

Address 1

Address 2

City

State (International select Other) Select State

Zip/postal code

Country Select Country

Telephone*

Email*

Category:
- Prospective customer
- Current customer
- Partner (current or prospective)
- Media
- Other:

Interest:
- Currently evaluating claims systems
- Will be evaluating claims systems next year
- General interest
- Other (indicate below)

Additional questions or requests:

Submit

All personal information is kept strictly confidential. We do not sell or otherwise distribute contact information to any other party. We do maintain a mailing list of people who have explicitly expressed interest in our company or our solutions. If you ever wish to be removed from this mailing list, please let us know by clicking here.

Guidewire Software © 2001-2004

Guidewire

Home Contact Us Customer Login Search

Solutions Services Knowledge Customers Company

Team

Investors

Careers

Media & Events

# Media & Events

Articles | Press Releases | Events | Contact

## Guidewire Software and ProcessClaims Continue Series of Innovative Events with Upcoming Guidewire Claims Forum

*"Managing Claims in Changing Market Conditions" to be held on March 25, 2004 in San Francisco, California*

**SAN MATEO and MANHATTAN BEACH, Calif., February 11, 2004** – Guidewire Software, Inc., a leading provider of claims solutions to property and casualty insurers, and ProcessClaims, the leading provider of solutions and value-added services that streamline the claims process for the insurance industry and its partners, today announced the next Guidewire Claims Forum. This event will be held on March 25, 2004 at the Hyatt Regency San Francisco Airport. Similar to previous Guidewire Claims Forums, prominent industry leaders will come together to discuss "Managing Claims in Changing Marketing Conditions."

At the forum, claims professionals and respected industry speakers will discuss the important issues facing claims organizations in today's ever-changing business climate. Planned topics include:

- What are the key market developments that claims organizations need to be aware of?
- Is your claims organization nimble enough to quickly respond to future change?
- Is your claims system flexible enough to keep pace with your requirements?

The scheduled speakers include:

- Donald Light, senior analyst, Celent Communications
- Joe Cardenas, EVP and CIO, Employers Direct Insurance Company
- Caryn Siebert, former SVP of Claims, SAFECO
- Asif Ahmed, President and COO, Visibillity
- John Raguin, CEO, Guidewire Software
- Paul Farber, CEO, ProcessClaims

The highly popular Guidewire Claims Forums are now in their 3rd year. Previous events have featured speakers from insurance carriers such as CSAA, Canal Insurance, CNA, Farmers, Fireman's Fund, Hastings Mutual, and The St. Paul, as well as analysts, consultants and solution providers such as CCC, FNS, Gartner, IBM, McKinsey & Co., and the Robert E. Nolan Co.

For additional information on this Guidewire Claims Forum and registration details, please visit www.guidewire.com.

**About Guidewire Software**
Guidewire Software is a leading provider of claims solutions to property and casualty and workers' compensation insurers. Guidewire applies modern software technology to help insurance carriers run their claims operations and reduce avoidable claims costs. Guidewire ClaimCenter is the industry's first end-to-end, 100% web-based claims system for all lines of business. For more information, please visit www.guidewire.com.

**About ProcessClaims**
ProcessClaims is the leading provider of software connectivity and business process solutions designed to boost productivity, enhance customer service and deliver significant return on existing IT investments. The ProcessClaims solutions enhance and extend an insurance organization's existing IT investment by automating communication and information flow between employees, partners and their extended community. Companies can rapidly and cost-effectively build and implement automated rules-based business processes that deliver return on investment within weeks of deployment. For more information, please visit www.processclaims.com.

###

NOTE: Guidewire Software and Guidewire ClaimCenter are trademarks of Guidewire Software, Inc.

Guidewire Software © 2001-2004

Opportunities
Systems
Forums
More Information

# Guidewire Claims Forums

Upcoming Forums | Previous Forums | Register

## Innovation in Claims Co-sponsored by IBM

Sheraton Gateway Suites O'Hare
Chicago, Illinois
Wednesday, September 22, 2004
9:30am – 5:00pm

Join claims professionals and respected industry speakers as they discuss the impact of both business process and technology innovation on claim organizations. Faced with increasing financial pressures and customer demands, insurers continue to search for new claim handling processes and systems to enhance their market position in today's highly-competitive business climate. Forum attendees will gain insight into the innovative approaches that leading carriers have adopted to solve industry-wide claims challenges; from improving productivity to reducing costs.

**Speakers include**

- Jamie Bisker, Sr. Analyst-Insurance - **TowerGroup**
- Pat Funck, VP, IT – **Zurich North America**
- Denise Garth, VP, Membership and Development – **ACORD**
- Dean Harring, EVP, Claim Operations - **CNA**
- Judy Merante, Associate Partner, **IBM Business Consulting Services**
- John Raguin, CEO - **Guidewire Software**

**Who Should Attend**

Guidewire Claims Forums bring together leaders in claims and claims technology to discuss some of the most important issues facing claims organizations today. Claims Forums, now in their third year, are designed for claims executives and managers who want to learn more about key issues and trends in claims operations and claims systems, and for claims technology professionals who want to learn more about how technology can help improve the claims operation.

Companies who are reorganizing their claims operations, overhauling their claims systems, or only beginning to evaluate their options will benefit from the experiences and recommendations of leading industry executives and of colleagues at other insurance carriers.

**Logistical Details**

The Sheraton Gateway Suites O'Hare hotel is located at 6501 North Mannheim Road, Rosemont, IL , approximately 1 mile from Chicago-O'Hare International Airport. A block of rooms has been reserved for Guidewire Claims Forum attendees at a conference rate of $149 per night (single/double occupancy.) Please call the hotel at 1-888-627-8117 (toll-free) or 1-847-699-6300, and reference 'Guidewire Software', to get the reduced rate. Note that this rate expires on August 30, 2004, and discounted rooms may not be available after that date.

For those guests staying at the Sheraton Gateway Suites O'Hare, the hotel offers a complimentary airport shuttle from O'Hare airport. Taxi rates from the airport run $10. Free self-parking is available in the hotel garage. However, a parking fee of $12 per day is charged to park in the lot surrounding the hotel. Breakfast and lunch will be served during the event. Expected dress is business casual.

There is no registration fee for attendees from invited organizations. However, cancellations not received at least one week prior to the event will incur a $100 cancellation fee (to offset expenses incurred for each expected attendee).

**Air Travel**

Chicago is a relatively easy and economical airport to fly into. Some generally available airfares (as of late June), for nonstop travel if available, with arrival Tuesday evening and departure Thursday morning include:

- Atlanta: $153 (American; Delta; United & US Airways)
- Boston: $171 (American; United)
- Cleveland: $123 (American; Continental; United; US Airways)
- Columbus: $325 (American; United; US Airways)
- Hartford: $350 (American; United)
- Indianapolis: $123 (United; US Airways)
- Los Angeles: $223 (United; US Airways)
- Newark: $278 (American; Continental; United)
- San Francisco: $213 (American; United)
- Seattle: $293 (Alaska Airlines; America West; American; United)
- St. Louis: $141 (American)

**To register** for this unique event, or for more information, click here.

Guidewire Software © 2001-2004

## 2004 Annual Software Directory

The *Claims Magazine* Software Directory is provided as a tool to help you locate the latest and most innovative applications available in the claims market. Software providers were invited to submit listings of products with relevance to claims professionals. Here you'll find complete listings, with company names, contact person, and pertinent addresses and phone numbers. In addition, each listing details products by name and includes a brief description, including hardware requirements.

For directory information including updating listings, contact Del J. Trame, Marketing Coordinator, at dtrame@nuco.com .




**@Global, Inc.**
Kirk Gillis
13949 W. Colfax Avenue, Suite 220
Golden, CO 80401
800-419-4449
info@atglobal.com
www.atglobal.com
**Product:** Allegro
Integrated Claims Administration, Care Management and Medical Cost Containment system for insurers, third party administrators, managed care organizations and employers. Allegro automates business processing requirements for adjusters, nurse case managers and medical bill review personnel handling workers' compensation, automobile, liability and property insurance claims.
**Product:** webALLEGRO
A fully hosted version of Allegro that includes Internet server and management, data warehousing and recovery, hi-speed bandwidth and monitoring, application support and upgrades, database administration, and data center redundancy including power, environmental systems and security.
**Product:** webMBR
A comprehensive web based medical cost containment system that reduces medical bill review expenses up to 75% by consolidating all state fee schedules and rules, UCR and pharmacy databases, and preferred provider networks into a real time transaction processing system. The ROI for organizations deploying this new user-friendly approach to controlling allocated claim and medical bill processing expenses will be viewed as one of the most successful cost reduction strategies of the new millennium.

**Accurint**
Emily Coulter
6601 Park of Commerce Blvd
Boca Raton, FL 33487
1-888-332-8244
fax 561-893-8090
e-mail: sales@accurint.com
www.accurint.com
**Product:** A People Search for 25 cents that provides current and historical addresses on subjects and telephone numbers. This search is only chargeable when data is returned.
**Product:** A suite of detailed reports such as Comprehensive Report that provides information ranging from property ownership, criminal histories, relatives, neighbors, and more.
**Product:** A People at Work Search that links 118 million individuals to 264 million businesses.

**Adjustable Software**
David Kates, President
15 Woodman's Chart
Markham, ON L3R 6K5, Canada
905-415-0664
e-mail: daeast@adjustablesoftware.com
www.adjustablesoftware.com

**Product:** Digital Adjuster. Allows digital photos to be captioned, dated, and printed in a standard photo page format, including claim information, with up to four photos per page.

**ADP Claims Services Group**
6111 Bollinger Canyon Road
San Ramon, CA 94583
925-866-1100
mktgcomm@marketing.adpclaims.com
www.ADPClaims.com
**Product:** ADP Estimating. Fully-featured, single platform estimating system for repairers, insurers and independent adjusters. ADP Estimating is available in Web-based and CD-based versions and seamlessly integrates with other ADP claims-related applications. **Product:** Autosource. Total loss vehicle valuation service using ADP's used vehicle database of more than 110 million vehicle records per year.
**Product:** ADP Audit. Estimate audit application that reviews, assesses and reports any estimate variations from defined rules.
**Product:** ADP Claims Manager & Dispatch. Web-based end-to-end claims management applications that connect all parties involved in the claims process.
**Product:** Win-EMR™ Management Reports. Reporting tool used to analyze and manage claims data, and report key performance indicators and business trends.
**Product:** Autosource® Reporting Manager. Reporting tool that helps analyze, manage, and report on total loss valuations.

**AIG Technologies, Inc.**
Rob Lamoureux
2 Peach Tree Hill Road
Livingston, NJ 07039
1-800-788-0144
fax: 973-535-0752
email: aigtinfo@aig.com
www.aigtechnologies.com
**Product:** WINS® Now. A web-based end-to-end insurance processing solution designed to streamline policy administration and increase speed to market for MGAs and small property-casualty companies, including start-up and virtual insurers.
**Product:** WINS® Digital. A technically advanced Internet-enabled property-casualty insurance processing solution that streamlines processes, enhances workflow, increases productivity and improves customer service across an insurer's organization—from quoting and policy issuance to claims management and regulatory reporting.

**Allegient Systems**
Wayne Nykyforchyn
15 River Rd., Suite 300
Wilton, CT 06897
203-834-9188, 866-600-2987
e-mail: info@allegientsystems.com
www.allegientsystems.com
**Product:** Allegient System. Advanced multi-tiered, web-based programs for managing both the expense and quality of supplier relationships, including the legal and independent adjuster communities.

**American Management Systems**
4050 Legato Road
Fairfax, VA 22033
800-255-8888
e-mail: solutions@ams.com
www.ams.com
**Product:** CaseFlow for Claims. Web-based document imaging and business process management program for short- and long-term disability and workers' compensation claim processing.

**The Bluebook**
Mark Josipovich
21098 Bake Parkway, Suite 100
Lake Forest, CA 92630
888-425-8326
e-mail: sales@bluebook.net
www.bluebook.net
**Product:** BEST 7 for Windows. Estimating software for structure and content losses. Includes Bluebook's international database with depreciation tables, ACV, NFIP, FRC, statement of loss, and P/L. Built-in digital training tutorial.

**Bramerhill Technology Group**
Rick Brady
4069 Yellow Ginger Glen, Suite 100
Norcross, GA 30092
770-368-3255
e-mail: risk@bramerhill.com
www.bramerhill.com
**Product:** ClaimsTech. Web-based property/ casualty adjuster's tool, offering price search and reporting and product replacement capabilities.

**Bridium**
Sandy Morgan, Director of Marketing
154 Technology Parkway, Suite 100
Norcross, GA 30092
770-448-1776, ext. 238, 866-448-1776
e-mail: smorgan@bridium.com
www.claimscube.com
**Product:** Claims 3. Internet-based claim service that provides workflow, diary, letters and notes, imaging, subrogation, salvage, and integration with third party information sources.

**Brightwork, Inc.**
Ted Luekens
1338 West Addison, Suite 1, Chicago IL 60613
773-529-0465
Sales@BrightworkInc.com
Sales@AboutAlyce.com
www.BrightworkInc.com
www.AboutAlyce.com
**Products:** Alyce Claims System is an intuitive, fast, pure-HTML Claims System, designed with detailed business rules and uncompromised security. It has a thorough financial package, a Medical Bill Repricing system, and much more. Alyce runs directly in your browser without middleware or applications servers.

**Burkitt Computer Corporation**
Michael Burkitt-Sales Executive
185 Riviera Dr. Suite 8
Markham, Ontario, Canada, L3R 5J6
905-752-2014
fax 905-752-2015
e-mail: mburkitt@bccorp.com
www.bccorp.com
**Product:** W5 for Adjusters-Claims Management Software
W5 for Adjusters is an advanced claims handling and management software solution with focus on saving adjusting firms time and money and improving customer satisfaction and retention through efficient information handling and detailed reports.
Service: Custom Network and Web Development in relation to W5 for Adjusters.

**Castek Inc.**
177 Lakeshore Boulevard East
Toronto, Ontario, Canada M5A 1B7
Phone: 1-866-9CASTEK.
e-mail: insurance@castek.com
www.castek.com
**Product:** Insure3 Claims (pronounced insure-cubed), part of Castek's Insure3 suite of insurance systems, is a claims management system for property and casualty insurers that supports multiple lines of business across the claims lifecycle, from first notice of loss, through assignment and adjudication, to settlement and recovery.
**Product:** ClaimsPath is a server-based, Internet-accessed application that connects all service providers in the claims resolution process, from first notice of loss to approval of invoices.

**CCC Information Services**
444 Merchandise Mart
World Trade Center Chicago
Chicago, IL 60654
312-222-4636, 800-621-8070
www.cccis.com
**Product:** Pathways Appraisal Solution. Automated appraisal software that integrates advanced tools, such as digital imaging.

**Product:** Pathways Image Management Solution. Web-based software tools, data storage, and electronic communication for images that help provide a complete electronic claim.
**Product:** Pathways Wireless Direct. Works in conjunction with Appraisal Solution to provide notification of new assignments without the use of traditional dial-up connections.
**Product:** EZNet Electronic Communications. A network that allows clients to communicate claim information electronically among insurers, appraisers, repair facilities, re-inspectors, and salvage yards.
**Product:** TL2000 Solution. Web-enabled total loss product that allows tracking of claims via a claim staff web site, helping to reduce cycle time and improve staff productivity.
**Product:** Pathways Appraisal Quality Solution. Automates the claim review and re-inspection process by providing audit capabilities that identify trends, highlight problem files, and compare the quality of appraisal resources to pre-determined standards.

**CGI**
Sales Department
600 Federal Street
Andover, MA 01810
800-433-2452
www.cgi.com
**Product:** INSideOUT Policy/Claims Processing is the heart of CGI's back-office insurance software suite. All components work together seamlessly to make processing more efficient, accurate and productive. Processing is performed online in real-time so changes to policies and claims are available instantly. The claims processing component was designed to provide users with up-to-date information by claim, as well as full historical information by transaction. All claim information is entered online and is available for inquiry within the policy and claim components. All INSideOUT products can be offered within the customer domain, out of any CGI data center or on an ASP basis.

**ChoicePoint**
Warren Taylor
1000 Alderman Dr.
Alpharetta, GA 30005
877-317-5000
www.choicepoint.com
**Products:** ChoicePoint Online, AutoTrackXP. Investigative tools that provide investigators access to more than 12 billion public and publicly available records. Employed in fraud investigation, criminal and civil investigation, debt collection, witness location, process serving, and asset verification.

**ClaimIQ**
Laure Lamy, VP Business Development
575 Market St., 9th floor
San Francisco, CA 94105
415.498.2400
e-mail: laure.lamy@claimiq.com
**Product:** ClaimIQ provides integrated decision support software and advisory services to Property-Casualty insurance companies. Our software helps customers share best practice judgment and decision-making behavior across their organization. ClaimIQ solutions improve process discipline and decision consistency, helping customers contain costs and enhance customer service. ClaimIQ supports all major decisions on casualty claims, including liability assessment, injury damages evaluation, fraud detection, and subrogation identification.

**Clear Technology**
Geoff Smyth
Senior Vice President, Sales
11030 Circle Point Road
Westminster, CO 80020
303-583-4134
e-mail: geoff.smyth@clear-technology.com
www.clear-technology.com
**Product:** Tranzax. A software platform that automates people-actions to significantly reduce incorrect data gathering, inconsistent application of rules, etc. and the resultant costs.

**CompIQ Corporation**
Kevin Conley,
Director of Business Development
2 South Pointe Drive, Suite 100
Lake Forest, CA 92630.
949.770.7828 ext. 20; 800.293.3131 ext. 20

fax: 949.770.7428
e-mail: kevinconley@compiqcorp.com
website: www.compiqcorp.com
**Products:** CompIQ Corporation is a national bill review service and software company. CompIQ Corp has broken new ground with the release of, IQReview 4.3 - state-of-the-art bill review software. IQReview increases productivity while reducing overhead. Our
web-based application is accessible anywhere through Internet Explorer.
IQReview - "the Einstein of Bill Review".

**Corporate Systems**
1200 Corporate Systems Center
Amarillo, TX 79102
806-337-3433, 800-927-3343
e-mail: info@csedge.com
www.csedge.com
**Product:** CS Data Conversion. Browser-based, fully customizable system that detects errors, validates data integrity, and converts and consolidates multiple data sources into one format.
**Product:** CS TeleClaim. Data collection system that captures loss-reporting information quickly and correctly through a 24-hour call center. Software used in client workstations or via the Internet.
**Product:** CS ClaimsPro. Administers and tracks property/casualty claims. Features include file management, legal tracking, check processing, and claim diary and narrative.
**Product:** CS MedBillPro. Browser-based system for reviewing and repricing medical bills according to state regulations and UCR values. Detects errors, duplicate charges, and over-utilization. Electronically delivers all associated documents.
**Product:** CS ReportPro. Fully customizable reporting options, including browser-based ad hoc and batch reporting.
**Product:** CS ClaimSuite. Browser-based suite comprising the 5 components.

**Covansys**
Steve Hendrix
32605 W. 12 Mile Road
Farmington Hills, MI 48335
913-469-8700, ext. 2503
e-mail: shendrix@covansys.com
www.covansys.com
**Product:** ClaimConnect. A comprehensive claims management and administration system developed for P&C insurers that boosts the efficiency, effectiveness and accuracy of claims professionals.

**CSC Financial Services Group**
Suite 100
200 W. Cesar Chavez
Austin, Texas 78701
800-345-7672
www.csc-fs.com/pc4
**Product:** POINT IN - Delivers a fully automated solution for midrange and small property and casualty insurance companies and Managing General Agents. POINT IN provides full function from underwriting to claims management to reinsurance for both personal and commercial lines. It is Web-enabled and features a streamlined user interface.
**Product:** Exceed Insurance Solutions - Uses ACORD XML and other industry standards in a Web services architecture to support the full range of property and casualty components: client, underwriting, policy, billing and claims. Exceed components work in both an integrated and a componentized
environment. Exceed features in-depth, rich function and proven scalability to meet the needs of mid-sized to large insurance carriers. Business rule processors move the development of business rules from the IT department to the user.
**Product:** iSolutionsR - Web-enables legacy applications using a Web services architecture with a rich easy-to-use tool suite. iSolutions allows carriers to interact with agents and customers using a wide variety of input devices. It provides product development tools to support rapid launch of new products and then issuance of policies over the Web.
**Product:** PABBLO - provides a Policy Processing client-server solution that offers comprehensive premium accounting and underwriting functions for commercial business lines, including Voluntary and Assigned Risk, Workers' Compensation, General Liability, Auto Liability and Physical Damage, Property, Builder's Risk, and Crime and Discovery. PABBLO is appropriate for small insurance carriers and companies in the risk management area with premium and underwriting needs.
**Product:** Automated Work Distributor - AWD can greatly enhance claims processing by automating the handling of the claims file. From first notice of loss to closure, AWD can electronically route the claims file from service representatives to adjusters to any applicable claims department. AWD allows the claims organization to maximize resource allocation, minimize processing costs and improve

customer service through efficient and expedient claims handling.
**Product:** ColossusR - Bodily injury evaluation tool that uses a repository of insurance and medical expertise as well as business rules to guide adjusters through injury evaluations. Colossus improves consistency, productivity and cost containment effectiveness.
**Product:** @First? - A comprehensive early fraud detection system. @First will constantly check all claims data for potential fraud, beginning with the first notice of loss and continuing throughout the life of the claim.
**Product:** @FaultR - A solution for evaluating percentage of fault with auto claims, @Fault improves accuracy and consistency of fault assessments, enforces best practices, strengthens negotiations and facilitates auditing.
**Product:** RISKMASTERR - Helps risk and claims managers process, manage and analyze critical claims data: P&C, WC, Auto, OSHA, Incident/Occurrence, General & Professional Liability. Browser-based and hosted versions are available.
**Product:** Claims CrusherR - A desktop command center for risk management information systems, Claims Crusher is designed for risk managers with relatively small claim volumes.
**Product:** LitigationAdvisor? - Litigation planning and management system that incorporates Web-based technology to help law departments, risk managers and others automate the litigation process and monitor legal costs.

**Datanex Inc.**
Pete Brooks
Florence, OR 97439
541-997-8292
email: pete.brooks@datanex.com
www.ClaimTrac.com
**Product:** ClaimTrac. Windows based Property and Casualty claim tracking software system. Manages claims from opening to closure and helps the Risk Manager to identify loss patterns.

**Decision Research Corp.**
1600 Kapiolani Blvd., Suite 900
Honolulu, HI 96814
808-949-8316
e-mail: sales@decisionresearch.com
www.decisionresearch.com
**Product:** V1STA DecisionMaker. Offers P&C insurers a complete system, or stand-alone modules that use proven technologies, quick installation and is easily customized.

**Delphi Technology, Inc. (dti)**
Bob Drake, Vice President of Sales
125 Summer Street, 19th Floor
Boston, MA 02110
617-778-2290
e-mail: rdrake@delphi-tech.com
www.delphi-tech.com
**Product:** OASIS. dti's OASIS Product Suite meets the needs of insurers, TPAs, and self-insured entities in P&C, workers' compensation, and professional liability fields. Components include: Policy, Claims, Financial, Risk Management, Internet Incident Reporting, Risk Analysis Management System, Data Warehouse, OASIS Policyholder Services, and OASIS Re. dti offers full implementation and deployment services from 140+ staff of technical and insurance professionals.
**Product:** OASIS Claims. OASIS Claims is a multi-line claims tracking and management system that can manage a claim from start to finish, and captures extensive information for all claims functions. Robust functionality includes: workflow management, extensive diary, litigation management, automatic coverage verification and coverage layering, full notes capability, and complete online claims history. OASIS Claims processes claims for all commercial lines of business.
**Product:** OASIS Internet Incident Reporting System (IIRS). IIRS provides the capability to report incidents for any line of business over the Internet via a secure web site, 24 hours a day, seven days a week, providing real-time entry and enabling immediate attention by a claims handler. Internet reporting provides cost-effective solutions and provides real-time access for immediate action. For workers' compensation claims, any state's First Reports of Injury (FROI) is automatically completed and can be viewed and printed from the web site. For General Liability and Property claims, the standard Acord form is completed. Configuration of company specific incident forms is also easily accomplished.

**Docucorp**
Kim Tyer
5910 N. Central Expressway, Suite 800
Dallas, TX 75206
800-735-6620
e-mail: info@docucorp.com
www.docucorp.com
**Product:** Claims Correspondence Solution. Allows insurance companies to electronically access policy and other data to verify coverage and automate and personalize claims correspondence.

**Document Sciences Corporation**
Scott Samuels, Director, Corporate Marketing
6339 Paseo del Lago
Carlsbad, CA 92009
760-602-1400 or 800-420-2620
e-mail: info@docscience.com
www.docscience.com
**Product:** xPression. Automates claims correspondence by enabling insurers to readily access data from admin, CRM, and ECM systems to produce real-time and high-volume batch claims correspondence, customized for each policyholder. Ensures correspondence remains compliant and accurate with pre-approved document templates and built-in approval workflow. And adds the power of multi-channel delivery of claims correspondence to any insurance administration system.

**EasyLink Services Corporation**
33 Knightsbridge Road
Piscataway, NJ, 08854
1-800-828-7115
www.easylink.com/insurance
**Product:** Document Capture & Management Services (DCM)converts paper-based forms and delivers its contents as data (ACORD XML, AL-3, etc.) into your systems within 30 minutes. Original images are stored as files that can be uploaded into your workflow systems. Reduce costs by 30% and maintain 99.5% field-level data accuracy.

**eAutoclaims**
Reed Mattingly
110 East Douglas Road
Oldsmar, FL 34677
e-mail: sales@eAutoclaims.com
www.eautoclaims.com
**Product:** eJusterSuite was developed to provide insurance companies with the ability to reduce their indemnity and loss adjustment expenses by sharing in the savings generated by technology. eJusterSuite(tm) allows claims handlers to electronically dispatch estimates through Independent Appraisers and Qualified Repair Shops. You can also use the system to dispatch and manage the processing of Glass Vendors, Rental companies, Accident Investigation companies, Tow Companies, Total Loss Salvage and other vendors involved in the claims process with the simple click of a mouse. These vendor partners can be yours or ours. No more phone calls, faxes or e-mails .... no more waiting for estimates or photos ... all of the functions required can be handled electronically.

**E-Claim.com, LLC**
3536 Lake Lynn Drive
Gretna, LA 70056
Telephone and Fax numbers:
504.433.9599 Office
504.388.3256 Cell
877.626.5328 Fax
e-mail: thomasb@e-claim.com
www.dynaclaim.com
www.claimassignments.com
**Products:** 1) DynaClaim - Complete web site design and marketing program for claims service providers and claims associations. Clients include NAIIA and LEA.
2) http://www.ClaimAssignments.com - Over 500 companies use our online forms to receive claim assignments via the Internet.

**Erisa Claim Exchange (ECX)**
Katherine Scalia
60 Morris Turnpike
3rd Floor
Summit, NJ 07901
1-888.311.3505
fax 973.218.9214

e-mail: kscalia@pmcsnj.com
http://www.TheECX.com
**Product:** ECX is the premier online exchange for the management and negotiation of healthcare receivables.

**Fair, Isaac and Company**
901 Marquette Avenue
Suite 3200
Minneapolis, MN 55402
612-758-5200
www.fairisaac.com
**Product:** Comp Advisor. Automatically reviews and reprices medical bills for workers' compensation. Includes electronic data interchange technology and Decision Manager for Claims.
**Product:** Auto Advisor. Medical repricing software that automates auto medical injury bill review. Includes Decision Manager for Claims.
**Product:** Decision Manager for Claims. Claims processing software that provides automation and expert claims analysis in investigation and prioritization.
**Product:** Claims Advisor for Exception Management. Predictive analytic software that, based on historical patterns, identifies claims most in need of investigation or special handling.
**Product:** Claims Advisor for Subrogation. Predictive analytic software that automatically identifies and notifies adjusters of claims that should be paid by other parties.
**Product:** MIRA Claims Advisor for Reserving. Predictive analytic software that consistently establishes accurate reserves.

**FARA**
2360 Fifth Street
Mandeville, LA 70471
800-259-8388
e-mail: info@fara.com
www.fara.com
**Product:** iClaimsExpert. Offered on a subscription basis to clients seeking a solution to information storage and process management relative to worker's compensation, automobile, liability and other claims.

**FileNet**
3565 Harbor Blvd.
Costa Mesa, CA 92626
714-327-3400, 800-345-3638
www.filenet.com/acenzainsurance
**Product:** Acenza for Insurance. Web-enabled software designed to capture in-bound communications and manage the resulting business processes, including automated distribution of work, automated tracking, work management and analysis.

**FINEOS Corporation**
Leo Corcoran
24 Christopher Toppi Drive
South Portland, ME 04106
207-879-0400
e-mail: leo.corcoran@FINEOS.com
**Product:** FINEOS Claims Management for P&C. A J2 EE-compliant, CRM-enabled claims management system that handles property/casualty lines of business, enabling insurers to define business rules to launch specific actions, support claims inquiries and first notices of loss on the web.
**Product:** FINEOS Disability Claims. Powered by automated workflow and a robust technical architecture, the system manages short-term disability (STD) and long term disability (LTD) claims.

**First Notice Systems**
Greg Powers
Vice President
529 Main St., 6th Floor
Boston, MA 02129
617-886-2008
www.firstnotice.com
email: greg_powers@firstnotice.com
**Product:** ClaimCapture - a sophisticated, Web-based intake platform that captures first notice of loss and first report of injury information and intelligently distributes notifications in a variety of formats to multiple recipients. Carriers, TPAs, and self-insureds utilize ClaimCapture in their own call centers or leverage its power via First Notice's 24 x 7 outsourced claim reporting services.

**Fiserv Insurance Solutions**

Lloyd Benedict
2110 Wiley Blvd. SW
Cedar Rapids, IA 52404
800-943-2851
e-mail: solutions@fiserv.com
www.fiservinsurance.com
**Product:** Claims Workstation (V. 4). Claim management system that handles all property/casualty lines of business. Version 4 lets insurers define business rules to launch specific actions, supports claim inquiry and first notices of loss on the Web, and integrates work management technology.
**Product:** Claims Workstation (V. 5). A Web-based property/casualty claim management system designed with component based technology. Enhances operational efficiency by automating and streamlining many of the routine tasks in a claims department. Inherent system flexibility allows you to configure much of Claims Workstation to fit your unique environment. Platform independent.

**GAAP Software**
14605 Friendlywood Road
Burtonsville, MD 20866
800-GET-GAAP
www.gaapmga.com
**Product:** GAAPmga is the only easy-to-use total solution for Managing General Agents that organizes, processes and maintains all of your agency's business and accounting information – no matter the size of your agency, regardless of how many surplus lines or lines of business you carry, or the number of states where you operate. GAAPmga is a web-based, intuitive and precise insurance and accounting solution that meets your agency's specific requirements.

**GAB Robins**
9 Campus Dr.
Parsippany, NJ 07054
973-993-3400, 800-422-4436
e-mail: clientelligent@gabrobins.com
www.gabrobinsna.com
**Product:** ClienTelligent. Claim management and reporting system that provides access to claim information via the Web.

**GenSource Corporation**
25572 Avenue Stanford
Valencia, CA 91355
661-294-1300
e-mail:sales@gensourcecorp.com
www.gensourcecorp.com
**Product:** GenIRIS for Windows. Offers fully integrated or stand-alone, Web-enabled claims software for workers' compensation, property and casualty, and/or STD/LTD.

**Guidewire Software**
James Kwak, VP of Marketing
2121 South El Camino Real, Third Floor
San Mateo, CA 94403
650-357-9100, ext. 114
e-mail: jkwak@guidewire.com
www.guidewire.com
**Product:** Guidewire ClaimCenter is a complete, 100% web-based claims system for P&C and workers' comp insurers, TPAs, and self-insureds. ClaimCenter is written in Java/J2EE and can be completely tailored to each customer's requirements using XML and business rules instead of custom programming. ClaimCenter Components can be separately deployed to complement existing systems environments. ClaimCenter is in production supporting all lines of business.

**Hawkins Research**
Gale Hawkins
1304 Chestnut St., Suite E
Murray, KY 42071
800-736-1246
e-mail: gale@powerclaim.com
www.powerclaim.com
**Product:** PowerClaim. Software for property insurance adjusting; includes document scanning, global cost changing, NFIP forms, digital photos, diagramming, Craftsman, NRI, NCE, and mobile home databases.

**iGATE Global Solutions Limited**
Mahesh Guru

4320 Winfield Drive, Suite 200
Warrenville, IL 60555
630-836-8560
fax 630- 836-8010
e-mail: mguru@igate.com
www.igate.com
**Products:** At iGATE our solutions for the Insurance industry enable our clients to break out of the cycle that charaterizes the insurance business by helping them create a sustainable framework for improving business process ROI. Our distinct services have helped our Insurance customers improve renewal rates, turn NEW business processing costs in to a variable expense, improve pricing and customer segmentation and significantly drive down operational costs. Our services include Data Analytics, Claims and Policy Administration Services, Contact Center Strategy / Consulting and Enterprise Performance Measurement. Through our services we are able to deliver ROE improvements up to 150 to 450 basis points. For more information about our services, please call and/or visit our website.

**ImageRight**
1510 Klondike Road, Suite 400
Conyers, GA 30094
770-860-0065
e-mail: sales@imageright.com
www.imageright.com
**Product:** ImageRight's Insurance Focused Document Management and Workflow Solution delivers unprecedented productivity gains and customer service improvements for over 190 insurance companies, agents, and brokers. Every feature in ImageRight was developed at the request of an Underwriter, Claims adjuster, IT personnel, operations, or executive management of one of our insurance clients. ImageRight gives you complete document and content management coupled with criteria-based, integrated workflow automation scalable for all sizes of insurance operations from one source. We use no third parties.

**Insurance Data Processing (IDP)**
One Washington Square
Wyncote, PA 19095
800-523-6745
e-mail: sales@idpnet.com
www.idpnet.com
**Products:** Policy, billing, claims, automated underwriting and statistical reporting for the property/casualty industry. Acies/one- an integrated policy, claims, and billing administration system.

**Insurity**
875 Asylum Street
Hartford, CT 06106
877-616-7414
e-mail: info@insurity.com
www.insurity.com/claims/index.asp
**Products:** Insurity's knowledge-based claims management system combines expertise, processing, and control. Our flexible, Web-enabled applications enable rule-changes without programming support and include all of the functionality necessary to manage losses most effectively – first notice of loss, data warehouse, regulatory compliance, medical case management, medical bill review, non-occupational disability, managed litigation, long-term exposure (or "mass tort claims"), and reporting. Our approach improves outcomes by directing workflow, reducing redundancies and errors, improving productivity, lowering administrative costs, reducing severity, and decreasing cycle-time.

**ISCS**
1245 S. Winchester Blvd., Suite 300
San Jose, CA 95128-3908
888-901-ISCS
e-mail: sales@iscsinc.com
www.iscs.com
**Product:** SurePower 2000. Internet-enabled insurance processing system supporting diary entries, document imaging, quick access to boilerplate letters, full check issuance, and statement reconciliation.

**Insurance Services Office**
545 Washington Blvd.
Jersey City, NJ 07310-1686
800-888-4476

info@iso.com
www.iso.com
**Product:** ISO ClaimSearch®. All-claim system for fighting insurance fraud provides comprehensive information on bodily injury, property, and vehicle claims, with more than 370 million records in its database.
**Product:** NetMap for Claims™. Data visualization and analysis software that works with quantities of data in a company's claim system and the ClaimSearch database to graphically display hidden connections and detect patterns of fraud.
**Product:** ViewLink Manager™. PC-based data visualization and analysis software that can query the ClaimSearch claim-processing and fraud-fighting database, maintain search results and company claim data in a local database, and analyze connections in the data to detect fraud.
**Product:** Claims Outcome Advisor™. Uses interactive models to sort through complex medical, legal, and occupational issues surrounding bodily injury and workers' compensation claims to manage claims to fair and equitable outcomes.
**Product:** ClaimDirector℠. Rules-based scoring system that helps insurance fraud investigators distinguish between suspicious and meritorious claims. The system provides scores for claims based on an analysis of each claim's attributes and any matching records in the ISO ClaimSearch® database.
**Product:** Decision Net℠. An ISO ClaimSearch® service, it provides public records, motor vehicle records, police reports and medical records to insurance companies for analysis and investigations of claims submitted by policyholders.

**Insurance Solutions & Technology**
Gary Lucas
440 Knox Abbott Drive, Suite 300
Cayce, SC 29033
803-796-1112
e-mail: solutions@the-ist.com
www.the-ist.com
**Product:** Insurance Processing Solutions (IPS). A full-function client server based, Web-enabled system for P&C insurance companies and managing general agents with fully integrated document management.

**InSystems**
Janet Bendon Fabri
19 Allstate Parkway, #400, Markham, Ontario L3R 5A4
905.513.1400 or 1.877.363.7027
fax 905.513.1419
e-mail: sales@insystems.com
www.insystems.com
**Products:** InSystems Correspondence for Claims Correspondence InSystems specializes in complex document and compliance automation for insurance and financial services. InSystems Correspondence automates and accelerates the creation and management of personalized ad hoc correspondence and delivers it via print & mail, fax and email. InSystems Correspondence, an integrated, flexible and rules-driven solution, has deep, purpose-built functionality providing online libraries of approved, centrally-administered correspondence content that is ideal for Claims applications.

**JCRS Inland Marine Solutions**
Dave Hendry, President
3345 Grand Ave., Suite 4
Oakland, CA 94610
510-444-4811
e-mail: dhendry@jcrs.com
www.jcrs.com
**Product:** JEMS for Claims. Loss reporting, estimating, fulfillment, and recovery.
**Product:** JEMS for Underwriting. Appraisal scoring, insurance to value, and schedule generation incorporating SEMCIplus. Software configuration options include stand-alone, integrated, and ASP.

**Jupiter Analytics**
(PO Box 8550)
6015 Paseo Valencia
Rancho Santa Fe, California 92067
858-756-0236,
fax 858-756-9236
info@jupiteranalytics.com
www.jupiteranalytics.com
**Product:** ClaimsMIner. A software solution that applies Advanced Computer Data Mining techniques to detect overpayments, fraud, waste and abuse in Healthcare and Workers Compensation.

ClaimsMiner is available for Insurance Companies, TPA's, and Self Insured Entities and is available on either a Product basis or an Outsourcing basis.

**JW Software, Inc.**
Jason Meyer
12300 Old Tesson Road
Suite 400B
St. Louis, MO 63128
314/843/5950
fax 314/843/5939
e-mail: jason.meyer@jwsoftware.com
www.jwsoftware.com
**Product:** We provide Claims Management Software for TPA's, Self Insured Entities and Insurance Companies.

**Marshall & Swift / Boeckh**
Jonathan Kost, Claims Director
2885 S Calhoun Road
New Berlin, WI 53151
262-780-2800; 800-285-1288
Fax 262-860-6367
e-mail: sales@dds-solutions.com
www.msbinfo.com
**Product:** IntegriClaim™ Property Claims Management Solution
Component-based estimating technology and so much more to manage the property claims process from first report to final payout. Adjusters easily calculate fair and accurate estimates. Managers see precisely where claims dollars are being spent and how to implement changes that result in financial improvement.

**Medata, Inc.**
Jack Zahm
2741 Walnut Avenue, 2nd Floor
Tustin, CA 92718
800-854-7591
800-435-1444
info@medata.com
www.medata.com
**Product:** Comprehensive Bill Review software and Medical Management tools designed for Workers' Compensation and Auto Liability claims. Software reviews appropriate state fee schedule and/or by proprietary provider charge database. Software reprices for Utilization, Rarity, Duplications, Bundling of unbundled codes, and PPO program rates. Product is available as: Leased, ASP, Web-based application and Service Bureau. Medata Toolbox is a rules based application for electronic workflow and auto-adjudication.

**Medical Directions, Inc.**
39 Elgin Ave.
North Kingstown, RI 02852
401-294-6731
fax 401-294-7856
email: info@medclaimtrainer.com
www.medclaimtrainer.com
**Product:** The Medical Claim Trainer, a highly interactive, computer based training program, is available in both online and CD-ROM format for intranet or network licensing. This medical claims training program provides specific claims evaluation tools and is designed to go beyond the medical record interpretation and terminology courses currently in use in claims. The program is approved for continuing education credits.

**Metropolitan Reporting Bureau**
Dennis Hummel
1845 Walnut St., 22nd Floor
Philadelphia, PA 19103
Ph. 800-245-6686 Fax 800-343-9047
e-mail: dhummel@metroreporting.com
www.metroreporting.com
**Product:** Police Reports Online. Web-based system for ordering and receiving police accident reports, incidents and photographs, driving histories, registration checks, title histories, fire reports, weather reports, subrogation, financial-assets, OSHA reports, and skip traces.

**MFXchange Holdings, Inc.**
John Reuter (ClaimsAssure)

Dan Grant (RiskVault)
895 Don Mills Road
3rd floor - Tow Morneau Sobeco Centre
Toronto, ON M3C 1W3
866-639-6399
e-mail: jreuter@mfxfairfax.com
email: dgrant@mfxfairfax.com
www.mfxfairfax.com
**Product:** ClaimsAssure. A Web-based comprehensive claims processing system designed around the adjuster's real-world needs.
**Product:** RiskVault. An independent Web-based risk management system thatconsolidates all documents and data associated with a claim in a single,secure location.

**Mitchell International**
Jim Kinsherf, Vice President, Regional Accounts
9889 Willow Creek Road
San Diego, CA 92131
Phone: 1 800-854-7030, 858-578-6550 ext. 7732
Fax: 858-653-5785
e-mail: jim.kinsherf@mitchell.com
www.mitchell.com
**Product:** eMitchell.com. Internet-based solution that accelerates the claims process. It electronically connects all parties involved in the claims process (staff and business partners) to streamline workflow, enhance productivity, and reduce overall claim cycle time.
**Product:** eClaim Manager. Claims organizer and workflow application that improves staff productivity. It assembles and routes essential claim data, including estimates, images and supporting documents into single, portable and sharable "electronic" folders.
**Product:** UltraMate. Advanced estimating system for automotive physical damage repair. Its proven technology provides the essential tools for writing accurate, professional and verifiable damage reports, automatically.

**Mitratech**
Shaheen Javadizadeh, VP Sales
3539 Motor Ave.
Los Angeles, CA 90034
1-800-852-4188
Fax: 310-280-0752
e-mail: sales@mitratech.com
www.mitratech.com
**Product:** TeamConnect Claims
Flexible and feature-rich Claims Management solution for P&C carriers. Built on 100% internet technology, best practices are automated and business rules drive decisions and workflows so claims are handled consistently by loss type. Robust reporting, compliance, and analytic capabilities help improve claim performance, enable management oversight, and detect potential fraud. J2EE compliant with an XML interface, TeamConnect Claims incorporates a powerful configuration capability that quickly and easily supports changes to the business rules, the user interface, and the data model, with minimal, if any, programming.
**Product:** TeamConnect Claims Litigation
Helps you manage the entire litigation process, from investigation to discovery to trial, keeping you on top of the status and progress of your cases. Litigation workflow, class action suits, multiple litigation offices, intelligent case assignment, outside council and service provider management, financials and document management. When your claims turn into cases, rely on Mitratech, the industry leader in legal matter management solutions.

**MountainView Software**
Steve Schmutz
335 North 300 West, Suite 104
Kaysville, UT 84037
1-888-533-1122
fax: 801-544-3138
e-mail: info@mvsc.com
www.mvsc.com
**Products:** ClaimZone® Enterprise Edition. A total claims management system completely web-based, designed from the ground up to run over the web – either on your intranet or from MountainView Software as an ASP. All commercial lines are covered, including workers comp, liability, property, auto, and many specialty lines.
**Product:** Claim Zone Client Server. A claims management and reporting software application with features including Notes, Diaries, and First Reports for all 50 states. Provides integration with Word®, EDI, and full financial tracking as well as utilizes the Crystal Reports® software program for

the creation of all internal reports and for Ad Hoc reporting.
**Product:** iFROI.com®. An internet-based data capture application for first reports. Completely browser-based and allows first report data entry for all 50 states.

**Objective Viewpoint**
Donald Meyers
City Park Corp Center
250 Parkway Drive. Suite 150
Lincolnshire, IL. 60069
847-325-5745
Fax 847-325-5566
**Products:** Claim Settlement Program Analysis, Claim Compliance Reviews, Organizational Process Studies, Litigation Analysis, File Quality Auditing

**Optical Image Technology, Inc. (OIT)**
Jim Thumma
3006 Research Drive
State College, PA 16801
814-238-0038
fax 814-238-0011
e-mail: info@docfinity.com
www.docfinity.com
**Product:** DocFinity Suite. Document management solutions with infinite possibilities, which allow companies to automate business processes, reduce operating expenses, retrieve information in a matter of seconds, and better serve customers.

**Orca Software, Inc.**
3385 Rancho Vista Court
Gilroy, CA 95020
408-848-3046
e-mail: orcasw@orcasoftware.net
website: www.orcasoftware.net
**Product:** Claimen & iClaimen. Designed for property/casualty claim handling. Features include loss reporting and setup, reserving and payments, diary management, history, recovery, litigation, reporting, import and export capabilities, and SQL connectivity. iClamen provides web access.

**Panasonic Computer Solutions**
Mark Lund
3521 Walington Drive
Plano, TX 75093
972-596-7770
fax: 972-867-7547
e-mail: mark_lund@p2c2.com
www.panasdonic.com/toughbooks
**Product:** Toughbook

**Perceptive Vision, Inc.**
David Lintz
7734 Hedge Lane Terrace
Shawnee, KS 66227
913-667-3153, 800-941-7460, ext.3153
e-mail: david.lintz@imagenow.com
www.imagenow.com
**Product:** ImageNow. Patented document imaging, management, and workflow solutions that integrate seamlessly with claims, underwriting, customer service, and back office software applications.

**Preferred Medical Claim Solutions (PMCS)**
Katherine Scalia
17200 N. Perimeter Drive
Scottsdale, AZ 85255
1-877-768-1968
fax 480.905.9480
e-mail: kscalia@pmcsnj.com.com
http://www.pmcsaz.com
**Product:** Preferred Data Interchange (PDI)
PMCS utilizes the PDI solution as a key component of its *Advance Funded Provider (AFP) program*. PDI allows PMCS to seamlessly advance fund providers, ultimately saving their clients and business partners tens of millions of dollars.

**ProcessClaims**
1600 Rosecrans Avenue, Bldg. 7, Suite 300
Manhattan Beach, CA 90266
310-937-6333
e-mail: info@ProcessClaims.com
www.ProcessClaims.com

**Quest Claims Services**
Terry Miller
1000 E. Sturgis
St. Johns, MI 48879
800-541-2593
e-mail: terrym@questsoftware.com
www.questsoftware.com
**Products:** Claims Reporting, Auditing, Vendor Locator software. Call center to handle property claim needs. Windows-based ACORD forms, location and notification of service vendors, handling of policyholders' loss needs, notification of adjusters and agents. Out-source service or in-house software.

**Rebus Systems**
300 Lighting Way, 1st Floor
Seacaucus, NJ 07094
201-233-2900
www.rebusgroup.com
**Product:** GENIUS. A fully integrated application administering all aspects of insurance.

**ReClaim Technology**
581 Country Club Drive
Newark, OH 43055
740-344-6956
e-mail: na@reclaimtech.com
www.reclaimtech.com
**Product:** CatClaim, FacClaim, CasClaim, ClashClaim, XSClaim. An artificial intelligence software and development company specializing in the area of reinsurance.

**Recognition Research**
1750 Kraft Dr., Suite 2000
Blacksburg, VA 24060
540-961-6500
e-mail: solutions@rrinc.com
www.rrinc.com
**Product:** FormWorks. Auto-capture and adjudication application for paper and EDI health insurance claims. FormWorks can reduce the number of rejected EDI claims.

**Relativity Technologies**
Peter Mollins
Product Marketing Manager
Peter.Mollins@relativity.com
2300 Rexwoods Dr.
Raleigh, NC USA 27607
1 919 786 2800
www.relativity.com
At more than 150 organizations worldwide, Relativity's software solutions have driven down the cost and accelerated the modernization, management, and maintenance of enterprise applications. Global 1000 businesses, including insurance companies, banks, system integrators, and outsourcers rely on Relativity's Modernization Workbench(tm) to solve critical business challenges through Enterprise Application Modernization. Relativity's solutions allow organizations to reduce risk, streamline mergers and acquisitions, manage outsourcing, increase operational flexibility, and adapt to new technologies and architectures.

**SAP America**
3999 W. Chester Pike
Newtown Square, PA 19073
888-727-8591
www.sap.com/insurance
**Product:** mySAP Insurance. Integrates insurance business processes, from first customer contact to policy and product management, to collections, disbursement, and claim management.

**Scene Genesis**
1159 Pittsford-Victor Rd.
Pittsford, NY 14534
585-387-9883, 877-253-9894
e-mail: sales@scenegenesis.com
www.scenegenesis.com
**Product:** Sceneaccess.net. Provides a fast, effective, secure way to compile, transmit, and store photos and reports. Requires only web browser and Internet connection.

**Sextant Health Cost Solutions**
Jack Eaton, CEO
21 Saco St.
Wesbtrook, ME 04092
207-854-8362
e-mail: sales@sextanthealth.com
www.sextanthealth.com
**Products:** CaseMate OPL CaseManager Enterprise automates the entire OPL recovery process, including claims subrogation, coordination of benefits, and workers' compensation. CaseMate OPL CaseManager reviews claims data from every major claims processing system and discovers and prioritizes potential high-dollar claims for analyst follow-up. Share data, automate claims correspondence, and completely track and monitor all OPL cases and recoveries.

**Simsol Software**
3452 Lake Lynda Dr., Suite 20
Orlando, FL 32817
407-384-8818, 800-447-4676
e-mail: sales@simsol.com
www.simsol.com
**Product:** Simsol for Adjusters. Windows-based estimating and property claim documentation software for adjusters. Residential, commercial, and mobile home databases for property claim and structure valuation. Digital photos, CAD diagramming, content inventory, and form generation modules.
Product: Simsol Inside Adjuster Assistant. Windows-based tool for the inside desk adjuster. Training property estimator with construction graphics. Completes estimates over-the-phone or from contractors' bids. Checks construction prices for entire U.S. with built-in price-checker module.
**Product:** Simsol Discovery. Data mining warehouse, allows users to upload claims to SIMSOL's secure server, enabling managers to instantly locate any claim or estimate in the warehouse and view, print or comment on any part of the electronic claim file. Your entire management staff may share claim and estimate information simultaneously. Discovery's ability to export all claim and estimate data to programs like Excel(tm) make your reports easy to build and manipulate.

**Sundial Software**
File Billing and Management System
17501 E. U.S. 40 Highway
Independence, MO 64055
888-840-6116
e-mail: info@sundialsoft.com
www.sundialsoft.com
**Products:** Time Billing and File Management. Designed for Independent Adjusters and other service providers. Sundial is now on version 5.4.5 and is available by subscription. If you have to maintain multiple billing schedules, you may need this program. This system works on a network and is designed for single or multiple claims offices.

**SunGard Sherwood Systems**
Mary Onate
200 Business Park Drive
Armonk, NY 10504
803-419-4882
e-mail: mary.onate@sungard.com
www.sungard.com/sherwood
**Product:** Amarta LIFE
A life assurance, pensions and annuity administration system that supports individual and group insurance products and processes. Amarta LIFE is based on a business rules engine and workflow environment that enables common insurance processes to be combined with insurers' best practices. Amarta LIFE facilitates new product launches, legacy transformation, business process outsourcing and multi-national deployment.
**Product:** Amarta LIFE Fast Start
A series of interrelated modules populated with global insurance best practices that helps to reduce deployment time of Amarta LIFE. Amarta LIFE Fast Start modules include: plan maintenance, new

business, accounts, premiums and commissions.
**Product:** FrontTier GROUP
A group benefits administration solution for life, health and annuity providers that supports products including Long Term Disability, Group Life, AD&D, Short Term Disability, Voluntary LTD, Voluntary AD&D and Travel Accident. FrontTier GROUP automates the management of multifaceted quotations through a variety of distribution channels, processing complex amendments and managing claims.
**Product:** ProCede-A ceded reinsurance management solution that supports the reinsurance process for general insurance (P&C), professional reinsurance and life carriers. ProCede handles the placement of premiums and losses with reinsurers, tracking receivables and payables, alongside accounting and credit control, and the production of management and regulatory reports. ProCede can operate as a stand-alone solution or fully integrate with existing policy administration/underwriting solutions.
**Product:** FrontTier
A web-enabled insurance administration solution for property and casualty insurers that helps run their business effectively and efficiently. FrontTier delivers the pre-built functionality of a package with the architecture, security, workflow and tools necessary to adapt to specific business needs and launch new products. FrontTier offers integrated business process management functionality that automates Submissions, Quotations, Policies, Rating, Billing, Accounting, Workflow, Claims, Documents and Reports.

**T. Mark Fay Consulting, Inc.**
Mark Fay
1844 Robert Lane
Naperville IL 60564
866-TMARKFAY
e-mail: info@tmarkfay.com
www.tmarkfay.com
**Products:** The Claim Toolkit™ is a series of educational seminars, training classes and process changes supported by our easy to use internet software. Our "back to basics" methods and tools benefit over 20,000 claim professionals at large and small carriers, TPAs, fleets and independents. The Claim Toolkit™ is available for personal and commercial auto, personal and commercial property, general liability, product liability, police liability, directors and officer's liability and worker's compensation. This unique approach and software gives your team the knowledge and the confidence to effectively investigate, assess and negotiate cases the way it should be done. Working with your existing Claim Management Systems, the Claim Toolkit™ can be installed in one day and implemented, start to finish, in 90 days OR LESS. Contact us today for a free two week test drive.

**Taliant Software, LLP**
Jim Haley
720 S. Colorado Blvd., Suite 102 A
Denver, CO 80246
303-209-4601
e-mail: jhaley@taliantsoftware.com
www.taliantsoftware.com
**Product:** PowerComp® is an integrated, component-based software package designed for Workers' Compensation. The product includes functionally rich Claims Management, Policyholder Services Administration, and a complete set of Common System Tools. Deployed in a component based open technology environment, PowerComp® imposes no technical or functional restrictions. Now available in a Java based J2EE environment.

**TEKclaims**
Dean Carroll
616 Arlington Avenue
Cincinnati, OH 45215
513-821-7844
e-mail: DHC@TEKclaims.com
www.TEKclaims.com
**Product:** TEKclaims. Performs cause of loss, extent of damage, and valuation services on computers and electronic equipment.

**TranSolutions, Inc.**
Peter M. Celestina
22015 N. Calle Royale
Scottsdale, AZ 85255
480-473-2453
e-mail: pete.celestina@transolutionsinc.com
www.transolutionsinc.com
www.myezclaim.com

**Products:** TranSolutions's Solutions for freight loss & damage and freight overcharge recovery management include EZ-Claim, EZ-TotalClaim and myezclaim.com.

**Trumbull**
4 Griffin Road North
Windsor, CT 06095
877-285-2174.
Fax: 888-310-6350
e-mail: info@trumbull-services.com
www.trumbull-services.com
**Product:** Subrosource. Trumbull's secure, web-enabled subrogation recovery software, is the only software tool driven by a patented process. Subrosource has a unique identification and scoring component to identify files with subrogation potential and helps to increase productivity by automating workflow and streamlining processes with tailored strategies. Subrosource helps companies maximize recoveries. Trumbull can also provide full subrogation recovery services.

**Unitech Systems, Inc.**
Dan Sollis
1240 E. Diehl Road, Suite 300
Naperville, IL 60563
630-505-1800
**Products:** Unitech Systems software assures the accuracy, consistency and reliability of the financial, operational, and management information needed to run your insurance business. The Claims Payment Analytics Tool automatically identifies duplicate payments, detects "failure to review terms" errors, provides notification to avoid escheatment, and prevents compliance errors. The Cycle Time Diagnostic Tool detects significant claims trends, identifies processing issues, monitors applications for errors, and alerts employees to take action. Together, these claims solutions ensure that claims data is complete, correct, and consistent with policy information.

**Valley Oak Systems, Inc.**
Bishop Ranch 8
5000 Executive Pkwy, Suite 340
San Roman, CA 94583
925-242-4600
e-mail: info@valleyoak.com
www.valleyoak.com
**Product:** iVOS. Browser-based claims management software for multiple lines of insurance, features Internet access, advanced business rules automation, intuitive user interface, no middle-ware and no software distribution.

**Verbatim**
Mike Kennedy, CEO
#1 - 1445 McGill Rd.
Kamloops, BC V2C 6K7, Canada
888-828-0383
e-mail: info@visualstatement.com
www.visualstatement.com
**Product:** VS Investigator Suite - Claims Edition. Diagrams and statements.
**Product:** CMS Millennium. Complete claim management system.
All products require Windows 98 and higher, and are networkable.

**Visibillity, Inc.**
225 N. Michigan Avenue, Suite 1600
Chicago, IL 60601
312-616-5900, 888-484-7424
e-mail: info@visibillity.com
www.visibillity.com
**Product:** The Visibillity Collaborative Litigation Management Solution offers a comprehensive approach for upfront budget agreement, bill-to-budget review, analytical tools, and many more features for claim personnel and outside counsel.

**WildCard Systems**
1601 Sawgrass Corporate Pkwy., Suite 300
Sunrise, FL 33323
954-851-0700
e-mail: generalmanager@claimcard.com
www.claimcard.com
**Product:** ClaimCard. Payment system designed for the settlement of all types of insurance claims. Created to solve claim disbursement challenges and lower costs associated with these payments.

**Workgroup Technology Partners**
Jack Eaton, CEO
21 Saco St., Westbrook, ME 04092
207-856-5300
e-mail: sales@wgtech.com
www.wgtech.com
**Products:** Workgroup Technology Partners develops iAutomate: ABTS Benefits, a comprehensive software application for insurance benefits plan managers that automates the steps involved in creating, customizing, and maintaining benefit plans while calculating exact commissions; and iAutomate: Erlon Surety, an automated surety system.

**WorldGroup**
Ron Lang
1375 55th Street
Emeryville, CA 94608
800-785-4526
e-mail: ron_lang@wgcusa.com
www.wgcusa.com
**Product:** WGInsureWorx Claims Components. A component library designed specifically for mid to large commercial lines and group insurance carriers. As on of the first J2EE compliant core processing systems available to the insurance industry, InsureWorx delivers a fully integrated, web-based environment to provide easy access and straight-through processing for true anywhere, anytime computing.

**Xactware**
1426 E. 750 North
Orem, UT 84097
801-764-5900, 800-424-9228
e-mail: xsales@xactware.com
www.xactware.com
**Product:** XactValue. Windows-based, insurance-to-value software. Valuates homes based on reconstruction costs. Integrated with Xactimate and uses the same area-specific pricing.
**Product:** XactNet. Secure extranet that automates the assignment process, including assignment creation, field delivery, estimate upload, and qualified DRP contractor lists. Provides 24-hour claim tracking online.
**Product:** Xactimate. Windows-based, property loss estimation software with updated price lists for 445 regions in North America. Includes XactNet connectivity and Xperts to improve estimating speed and accuracy.
**Product:** ILX Construction Training. In-house training system on CD-ROM. Includes 40 hours of construction training using video, animation, and expert narration. Tracks students' exam scores individually.
**Product:** XactAnalysis. Online DRP/claim management tool that provides carriers and DRP contractors with 24-hour management reports on a secure web site.

**Xerox Global Services**
80 Linden Oaks Drive, 804-02B
Rochester, NY 14625
1-800-ASK-XEROX
e-mail: Kim.Grover@usa.xerox.com
www.xerox.com/insuranceandfinancialservices
**Product:** Web-based Forms Management. Forms management for P&C carriers and agencies.

*Claims Magazine is a publication of The National Underwriter Company.*

BACK TO TOP

Copyright Notice: This material is copyrighted and may not be republished without permission of Claims magazine. For more information, e-mail editor@claimsmag.com or call (800)544-0622.

The National Underwriter Company • 5081 Olympic Boulevard, Erlanger, KY 41018 • 1-800-543-0874

Privacy Statement Contact Webmaster Terms of Use

Guidewire

Home Contact Us Customer Login Search

Solutions Services Knowledge Customers Company

Challenge
Vision
Product
More Information

# Products

Components | Participants | Configuration | Value | Technology

## Components

Guidewire ClaimCenter is a complete system for managing the end-to-end claims process, from first notice of loss through settlement and recovery, providing information management, process management, and financial transaction capabilities. ClaimCenter is composed of individual components designed to perform specific functions in the claim lifecycle. This component-based architecture allows insurers to deploy the entire solution as a complete claims system, or to deploy selected ClaimCenter components to add to an existing systems environment or ongoing project.

ClaimCenter includes the following major components:

- **ClaimEntry** is a complete FNOL (first notice of loss) module, allowing users to enter claims directly into the system, with branching and context-sensitive fields.
- **ClaimAssign** provides automated, rules-driven segmentation and assignment of claims and exposures, based on any attributes of the claim or the claims organization. This component can process claims entered via ClaimEntry or imported from another call center or other system.
- **ClaimFolder** is a complete, electronic claim file for capturing and sharing information about claims and exposures in an intuitive, web-based interface. Optional add-ons allow users to enter and edit notes, create correspondence and forms from templates, and store electronic documents in any format. ClaimFolder can also manage policy information, either imported from an external system or entered directly into the system.
- **ClaimGuide** manages all of the activities involved in handling a claim. Flexible business rules analyze each claim and determine a claim workplan tailored to the exact characteristics of that claim and the adjuster(s) handling it. During the claim lifecycle, ClaimGuide distributes activities to appropriate owners, tracking all activities to ensure they are completed successfully and triggering escalations when necessary.
- **ClaimAlert** complements ClaimGuide by applying rules-driven exception handling to the claim process. Exception rules run periodically, looking for any characteristics defined by the customer. When an exception is found, it can be flagged for supervisory attention, or activities can be generated and assigned to handle the exception.
- **ClaimFinancials** is a complete module for entering and accounting for claim-related financial transacations, including default initial reserves, case reserves, automatic and manual payments, void and stop payments, recoveries, and recovery reserves. Users can see summary overviews of claim financials and drill in to see specific transactions. Authority limits are systematically applied, with over-limit transactions automatically forwarded to a supervisor for approval.
- **ClaimDesktop** gives users a comprehensive, prioritized view of their work, including activities, claims, and exposures. Users can drill into any items assigned to them, whether detailed information is located in ClaimCenter or in another system. Filters and flags provide immediate visibility into the urgency and importance of work items.
- **ClaimDashboard** provides supervisors and managers with real-time visibility into the claims operation. Instead of being limited to periodic, printed reports, supervisors can see the current state of open and completed work across their teams, and drill down to see individual adjusters' workload and individual claims. Filters and flags highlight adjusters or claims requiring immediate attention.

Underlying all the components are a common set of services for managing data, business

rules, security, integration, and administration. These services provide consistent mechanisms for extending, configuring, implementing, and managing ClaimCenter components, instead of having to install and maintain each one individually. ClaimCenter's robust integration infrastrucure provides multiple mechanisms for connecting to external components or systems.

ClaimCenter components can be used to add functionality to an existing claims system, perform specific business functions in a larger claims system project, or serve as a starting point to accelerate internal development. The component architecture also gives customers the option to deploy the entire system using a phased approach.

To learn more about which approach is right for your company, please click here to request more information.

**Guidewire Software © 2001-2004**

# SCHEDULE L

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**