IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GMBH and ACCENTURE LLP, | ) ) ) |
| Plaintiffs, | ) ) |
| v | ) Civ. No. 07-826-SLR ) |
| GUIDEWIRE SOFTWARE INC., | ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 5th day of March, 2010, consistent with the memorandum opinion issued this same date;[1]

IT IS ORDERED that:

1. Defendant's motion that the '284 patent is invalid as indefinite (D.I. 346) is denied.

2. Defendant's motion that the '284 patent is invalid because of an on-sale bar (D.I. 352) is denied.

3. Defendant's motion that the '284 patent is invalid as anticipated or, in the alternative, obvious (D.I. 356) is denied without prejudice to renew.

4. Defendant's motion that plaintiffs' trade secret misappropriation claim is barred by the statute of limitations (D.I. 350) is denied.

5. Defendant's motion that it does not infringe the '111 patent (D.I. 354) is denied without prejudice to renew.

---

[1]Defendant's motion relating to § 101 was denied without prejudice to renew by memorandum order dated February 26, 2010.

6. Plaintiffs' motion to strike defendant's on-sale bar arguments and related documents not identified in its invalidity contentions during discovery (D.I. 381) is denied.

_____<br>
United States District Judge