IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACCENTURE GLOBAL SERVICES, GmbH  )
and ACCENTURE, LLP,  )
 )
         Plaintiffs,  )   C.A. No. 07-826 (SLR)
 )
    v.  )
 )
GUIDEWIRE SOFTWARE, INC.,  )
 )
         Defendant.  )

## GUIDEWIRE'S OPPOSITION TO ACCENTURE'S MOTION TO STRIKE

Guidewire filed a twelve-page motion for clarification, reargument, and/or certification. D.I. 485. Accenture filed a twenty-page opposition. D.I. 487. Guidewire filed a five-page reply brief, D.I. 489, which Accenture has moved to strike. D.I. 490.

Accenture's *only* argument is that Guidewire's reply brief is improper under D.Del. LR 7.1.5, which governs motions for reargument. D.I. 490 at 1-3. But Guidewire had also moved for *clarification* because the Court's Order denying summary judgment referred to its constructions of the terms "from the group" and "comprising," which were not in fact included in the Court's Order on claim construction. D.I. 483, D.I. 482. Guidewire also moved for certification for interlocutory appeal. A reply brief was proper for both of those motions. Indeed, the rule governing motions for reargument provides that only a "brief answer" may be filed in response to a motion for reargument, which Accenture's twenty-page brief was not. L.R. 7.1.5.

Moreover, the Court's docket sheet states with respect to Accenture's Opposition that Guidewire's reply brief was due April 12, 2010, the date that it was filed.   D.I. 487. Guidewire's reply brief was not "expressly forbidden," by the rules or anything else.   Guidewire respectfully requests that the Court deny Accenture's motion to strike.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant Guidewire Software, Inc.*

OF COUNSEL:

Daralyn J. Durie
Clement S. Roberts
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111-3007
(415) 362-6666

April 14, 2010
3500713

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2010 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

April 14, 2010 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

James P. Bennett
L. Scott Oliver
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

Jack B. Blumenfeld (#1014)