IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES GMBH and ACCENTURE LLP<br>Plaintiffs, | )<br>)<br>)<br>) | |
| v. | )<br>) | Civ. No. 07-826-SLR |
| GUIDEWIRE SOFTWARE INC.,<br>Defendant. | )<br>)<br>)<br>) | |

**MEMORANDUM ORDER**

At Wilrnington this 30th day of June, 2010, having reviewed the decision handed down by the Supreme Court in *Bilski v. Kappos*, 561 U.S. ___, 2010 WL 2555192 (2010), in connection with defendant's motion for partial summary judgment regarding invalidity of U.S. Patent Nos. 7,013,284 ("the '284 patent") and 7,017,111 ("the '111 patent") as claiming unpatentable subject matter (D.I. 348);

IT IS ORDERED that the parties shall submit supplemental briefing directed to the subject matter eligibility of the '284 and '111 patents in accordance with the instruction provided by the Supreme Court.

IT IS FURTHER ORDERED that the supplemental briefing shall abide by the following guidelines:

1. Defendant shall submit its supplemental opening brief, not to exceed ten (10) pages, on or before **July 9, 2010**.

2. Plaintiff shall submit its supplemental answering brief, not to exceed ten (10)

pages, on or before **July 19, 2010**.

3.  Defendant may submit its supplemental reply brief, not to exceed five (5) pages, on or before **July 23, 2010**.

                                                                                   United States District Judge