## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-826-SLR |
| GUIDEWIRE SOFTWARE, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Andrew C. Mayo should be withdrawn as an attorney of record for Guidewire Software, Inc. ("Guidewire") in the above case. All other current counsel of record will continue to represent Guidewire in this matter, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in this case.

_____
Andrew C. Mayo (I.D. #5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
amayo@ashby-geddes.com

{00431690;v1}