IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP,<br><br>    Plaintiffs,<br><br>v.<br><br>GUIDEWIRE SOFTWARE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 07-826-SLR<br>)  C.A. No. 09-848-SLR-MPT<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs and counterclaim-defendants Accenture Global Services, GmbH and Accenture LLP (collectively "Accenture") and defendant and counterclaimant Guidewire Software, Inc. hereby stipulate to entry of an order dismissing the following claims and counterclaims pending in both *Accenture v. Guidewire*, C.A. No. 07-826-SLR, and *Accenture v. Guidewire*, C.A. No. 09-848-SLR. Each party shall bear its own fees and costs.

### With respect to *Accenture v. Guidewire*, C.A. No. 07-826-SLR:

Accenture hereby stipulates to dismissal with prejudice of its patent infringement claim regarding U.S. Patent No. 7,017,111 (the "'111 Patent"). The foregoing dismissal with prejudice precludes Accenture from suing Guidewire for infringement of the '111 patent with respect to any Guidewire product or service that was at issue in this litigation, as well as any product or service that is essentially the same as any Guidewire product or service at issue in this litigation, and Accenture stipulates that it will not sue Guidewire's current or future partners, customers or distributors for infringing the '111 Patent on account of any Guidewire product or service for which it could not sue Guidewire.

Guidewire hereby stipulates to dismissal without prejudice of its noninfringement and invalidity counterclaims regarding the '111 Patent. Guidewire shall not assert any of the above-referenced counterclaims, or any claims based on allegations in the above-referenced counterclaims, or any other claim or defense regarding the '111 against Accenture unless Accenture first files or threatens a lawsuit against Guidewire, or its current or future partners, distributors or customers as a defendant and accusing a Guidewire product or service of infringing the '111 Patent.

Guidewire hereby stipulates to dismissal without prejudice of its noninfringement and inequitable conduct counterclaims regarding U.S. Patent No. 7,013,284 (the "'284 Patent").

Accenture hereby stipulates to dismissal with prejudice of its trade secret misappropriation and tortious interference with business relations claims, as set forth in D.I. 92 as Claims 3 and 4.

Guidewire hereby stipulates to dismissal with prejudice of its trade secret misappropriation and breach of contract counterclaims, as set forth in D.I. 226 as Counterclaims 4 and 5.

A proposed final judgment is also attached hereto.

**With respect to *Accenture v. Guidewire*, C.A. No. 09-848-SLR:**

Accenture hereby stipulates to dismissal with prejudice of its patent infringement claim regarding U.S. Patent No. 7,617,240 (the "'240 Patent"). The foregoing dismissal with prejudice precludes Accenture from suing Guidewire for infringement of the '240 patent with respect to any Guidewire product or service that was at issue in this litigation, as well as any product or service that is essentially the same as any Guidewire product or service at issue in this litigation, and Accenture stipulates that it will not sue Guidewire's current or future partners,

customers or distributors for infringing the '240 Patent on account of any Guidewire product or service for which it could not sue Guidewire.

Guidewire hereby stipulates to dismissal without prejudice of its noninfringement, invalidity, and inequitable conduct counterclaims regarding the '240 Patent. Guidewire shall not assert any of the above-referenced counterclaims, or any claims based on allegations in the above-referenced counterclaims or any other claim or defense regarding the '240 against Accenture, unless Accenture first files or threatens a lawsuit against Guidewire, or its current or future partners, distributors or customers as a defendant and accusing a Guidewire product or service of infringing the '240 Patent.

A proposed final judgment is also attached hereto.

Neither side shall issue a press release or other advertising in connection with this stipulation and order or the attached judgments. Nothing in this provision, however, shall prevent Guidewire or Accenture from directly communicating with customers, prospects, or others.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com | By: /s/ Jack B. Blumenfeld<br>    Jack B. Blumenfeld (#1014)<br>    Julia Heaney (#3052)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    Tel: (302) 658-9200<br>    jblumenfeld@mnat.com<br>    jheaney@mnat.com |
| *Attorneys for Plaintiffs*<br>*Accenture Global Services GmbH*<br>*and Accenture LLP* | *Attorneys for Defendant*<br>*Guidewire Software, Inc.* |

IT IS SO ORDERED this _____ day of June, 2011.

_____
United States District Judge