IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 07-826-SLR<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GUIDEWIRE SOFTWARE, INC., | )<br>) |
| Defendant. | ) |

## [PROPOSED] FINAL JUDGMENT

Pursuant to this Court's May 31, 2011 Memorandum Opinion (D.I. 291) and Order (D.I. 292) granting Defendant Guidewire Software, Inc.'s ("Guidewire") Motion for Summary Judgment and pursuant to the Parties' Stipulation and Order for Partial Dismissal dated June 17, 2011;

IT IS ORDERED AND ADJUDGED that Plaintiffs Accenture Global Services, GmbH and Accenture LLP (collectively "Accenture") 1st Claim for infringement of U.S. Patent No. 7,013,284 be and hereby is dismissed with prejudice based on the Court's finding of invalidity.

IT IS ORDERED AND ADJUDGED that Accenture's 2nd Claim for infringement of U.S. Patent No. 7,017,111 be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Accenture's 3rd Claim for trade secret misappropriation be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Accenture's 4th Claim for tortious interference with business relations be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 1st Counterclaim for noninfringement of U.S. Patent No. 7,013,284 and U.S. Patent No. 7,017,111 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that final judgment be and is hereby entered in favor of Guidewire and against Accenture with respect to Guidewire's 2nd Counterclaim, invalidity of U.S. Patent No. 7,013,284.

IT IS ORDERED AND ADJUDGED that Guidewire's 2nd Counterclaim, for invalidity of U.S. Patent No. 7,017,111 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 3rd Counterclaim for unenforceability of U.S. Patent No. 7,013,284 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 4th Counterclaim for breach of contract be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 5th Counterclaim for misappropriation of trade secrets be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly directs the Clerk to enter this final judgment forthwith.

SO ORDERED this ___ day of June, 2011.

_____
United States District Judge