AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv826 | DATE FILED<br>12/18/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Accenture Global Services Gmbh<br>Accenture LLP | | DEFENDANT<br>Guidewire Software Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,013,284 B2 | 3/14/06 | Accenture LLP |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See order and judgment (attached)

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Nicole Fasano | DATE<br>6/22/11 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES, GmbH and ACCENTURE, LLP, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 07-826-SLR ) |
| GUIDEWIRE SOFTWARE, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 31st day of May, 2011, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Guidewire's motion for summary judgment of invalidity based on unpatentable subject matter (D.I. 348) is granted.

2. Guidewire's motion for clarification, reargument and/or certification (D.I. 485) is granted with respect to clarification and denied in all other respects.

3. Accenture's motion to strike (D.I. 490) is denied as moot.

_____
United States District Judge



531

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 07-826-SLR<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GUIDEWIRE SOFTWARE, INC., | )<br>) |
| Defendant. | ) |

### [PROPOSED] FINAL JUDGMENT

Pursuant to this Court's May 31, 2011 Memorandum Opinion (D.I. 291) and Order (D.I. 292) granting Defendant Guidewire Software, Inc.'s ("Guidewire") Motion for Summary Judgment and pursuant to the Parties' Stipulation and Order for Partial Dismissal dated June 17, 2011;

IT IS ORDERED AND ADJUDGED that Plaintiffs Accenture Global Services, GmbH and Accenture LLP (collectively "Accenture") 1st Claim for infringement of U.S. Patent No. 7,013,284 be and hereby is dismissed with prejudice based on the Court's finding of invalidity.

IT IS ORDERED AND ADJUDGED that Accenture's 2nd Claim for infringement of U.S. Patent No. 7,017,111 be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Accenture's 3rd Claim for trade secret misappropriation be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Accenture's 4th Claim for tortious interference with business relations be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 1st Counterclaim for noninfringement of U.S. Patent No. 7,013,284 and U.S. Patent No. 7,017,111 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that final judgment be and is hereby entered in favor of Guidewire and against Accenture with respect to Guidewire's 2nd Counterclaim, invalidity of U.S. Patent No. 7,013,284.

IT IS ORDERED AND ADJUDGED that Guidewire's 2nd Counterclaim, for invalidity of U.S. Patent No. 7,017,111 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 3rd Counterclaim for unenforceability of U.S. Patent No. 7,013,284 be and hereby is dismissed without prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 4th Counterclaim for breach of contract be and hereby is dismissed with prejudice.

IT IS ORDERED AND ADJUDGED that Guidewire's 5th Counterclaim for misappropriation of trade secrets be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly directs the Clerk to enter this final judgment forthwith.

SO ORDERED this _22d_ day of June, 2011.

_____
United States District Judge