**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES GmbH, and ACCENTURE LLP, <br><br> Plaintiffs, <br><br> v. <br><br> GUIDEWIRE SOFTWARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-826-SLR <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Accenture Global Services, GmbH and Accenture LLP in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States District Court for the District of Delaware, entered in this action on June 22, 2011, and all related and underlying orders and rulings.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| James P. Bennett <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA  94105 <br> Tel:  (415) 268-7169 <br><br> L. Scott Oliver <br> Diana Luo <br> Douglas Chartier <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, CA  94304 <br> Tel:  (650) 813-5700 | By:  */s/ David E. Moore* <br>         Richard L. Horwitz (#2246) <br>         David E. Moore (#3983) <br>         Hercules Plaza, 6th Floor <br>         1313 N. Market Street <br>         Wilmington, DE  19899 <br>         Tel:  (302) 984-6000 <br>         rhorwitz@potteranderson.com <br>         dmoore@potteranderson.com <br><br> *Attorneys for Plaintiffs* <br> *Accenture Global Services GmbH* <br> *and Accenture LLP* |

Dated:  July 8, 2011
1019301 / 32523

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 8, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 8, 2011, the attached document was served via Electronic Mail to the following person(s):

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT &
　TUNNELL
1201 North Market Street
Wilmington, DE  19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

Daralyn J. Durie
Ragesh Tangri
Clement S. Roberts
Joseph C. Gratz
Sonali Maitra
Jesse Geraci
DURIE TANGRI LEMLEY ROBERTS
　& KENT LLP
217 Leidesedorff Street
San Francisco, CA  94111
ddurie@durietangri.com
rtangri@durietangri.com
croberts@durietangri.com
jgratz@durietangri.com
smaitra@durietangri.com
jgeraci@durietangri.com

　　　*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

848351 / 32523