# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2011-1486 - ACCENTURE GLOBAL V GUIDEWIRE



Date of docketing: 07/13/2011

Appeal from: United States District Court / District of Delaware
case no. 07-CV-0826

Appellant(s): Accenture Global Services, GmbH and Accenture LLP

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
L. Scott Oliver
Daralyn J. Durie

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2011-1486

ACCENTURE GLOBAL SERVICES, GMBH and ACCENTURE LLP,

Plaintiffs-Appellants,

v.

GUIDEWIRE SOFTWARE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0826, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

ACCENTURE GLOBAL V GUIDEWIRE, 2011-1486

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT          11-1486          **RECEIVED**

Caption:    Accenture Global Services GmbH et al v. Guidewire Software Inc.          JUL 12 2011

Plaintiff(s):    Accenture Global Services GmbH, Accenture LLP,          United States Court of Appeals

Defendant(s): Guidewire Software Inc.          For The Federal Circuit

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 07cv826 SLR          Date of Judgment/Order:          6/22/2011

Cross/Related Appeal: NO
Date of Notice of Appeal:    7/8/2011
Date of Notice of Appeal Docketed: 7/8/2011          **FILED**
Appellant is: Accenture Global Services GmbH, Accenture LLP          U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Fees:   Court of Appeals Docket Fee Paid? PAID          JUL 13 2011

U.S. Appeal? Yes          JAN HORBALY
                         CLERK

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| *Attorney for Plaintiffs* | |
|---|---|
| **Richard L. Horwitz**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000 | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |

Attorneys for Plaintiff          Attorneys for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _Kristin Ringgold_
    Deputy Clerk

Date:   July 8, 2011